## Exhibit A

**Pride Group Organizational Charts**







Johal Group - Canada
Organizational Chart
Updated October 2023
Sulakhan Johal
Jasvir Johal
Amrinder Johal
Navraj Amrinder Sulakhan Rashpal
Navraj Amrinder Sulakhan Rashpal
Jasvir Kamaljit Nirvair Onkar
Jasvir Kamaljit Nirvair Onkar
A&N 2016 Family Trust 2
N&O 2016 Family Trust 2
2554194 Ontario Inc. (SJ Corp. Ben.)
2554193 Ontario Inc. (JJ Corp. Ben.)
A&N 2016 Family Trust
N&O 2016 Family Trust
2500819 Ontario Inc. (holds insurance policies for all passenger vehicles)
933 Helena Holdings Inc. (holds Fort Erie, ON property)
2629017 Ontario Inc. (YE Dec 31)
2413586 Ontario Inc. (YE Dec 31 ) (GP to SHH LP)
2692293 Ontario Ltd.
Pride Group Logistics USA, Co (Delaware Co.)
Pride Group Holdings Inc. (YE Feb 28) Mgmt. HoldCo
Pride Group Logistics Ltd. (YE Dec 31) ON CCPC
2611089 Ontario Inc. (YE Dec 31) HoldCo
Pride Global Insurance Company Ltd.(YE Dec 31) Insurance Captive
2043002 Ontario Inc. (YE Dec 31) Real Estate Holdco
Tpine Truck Rental Inc. (YE Dec 31) New Heavy Equipment Sale and Rental
Tpine Financial Services Inc. (YE Dec 31) Non-active Future receivables factoring
Pride Group Enterprises Ltd. (YE Dec 31) Future private placement
Pride Fleet Solutions Inc. (YE Dec 31) Fuel wholesale & repair shop
Pride Fresh Inc. (YE Dec 31) Non-active Future produce import
Tpine Canada GP Inc. (YE Dec 31) General Partner of the SPE
Tpine Leasing Capital Corporation (YE Dec 31) Heavy duty and construction equipment leasing
Pride Truck Sales Ltd. (YE Dec 31) Used heavy equipment sale
Dixie Truck Parts Inc. (YE Dec 31) Truck and equipment parts sales
Pride Group EV Sales Ltd. (YE Dec 31) EV equipment sales
Pride Group Logistics International Ltd. (YE Dec 31) Freight forwarding and brokerage
Dixie Tire Centre Inc. (YE Dec 31) Tires sales
Various Real Estate Holding Companies (See tab 2)
TPine Canada Securitization LP (YE Dec 31) SPE for lease securitization
50 CS
50 CS
50 CS
50 CS
Class C shares
Class A Special shares; Class C Special shares
100 CS
Class C shares
Class C shares
Class B Special shares
49 CS
49 CS
Class C shares
100 CS
Class B Special shares
Class A Special shares
Class A Special shares; Class C Special shares
Class A special shares Class C shares
Class B shares
CS
120,000 CS
100 CS
100 CS
100 CS
100 CS
100 CS
100 CS
100 CS
100CS
100 CS
0.02%
99.98%

2043002 Ontario Inc. (YE Dec 31) Real Estate Holdco
100%
2863283 Ontario Inc. (YE Dec 31) Holds Property in Cornwall, ON
2837229 Ontario Inc. (YE Dec 31) Holds Property in Milton, ON
2076401 Ontario Inc. (YE Jun 30) Holds Milton property
Block 6 Holding Inc. (YE Dec 31) Holds property in Milton ON (in development)
2108184 Alberta Ltd. (YE Dec 31) Holds Edmonton Property
2029909 Ontario Inc. (YE Dec 31) Holds lease for 6050 Dixie Rd
12944154 Canada Inc. (YE Dec 31) Holds property in Dorval, QC
13184633 Canada Inc. (YE Dec 31) Holds property in Montreal, QC
13761983 Canada Inc (YE Dec 31) (holds Pitfield QC raw land)
102098416 Saskatchewan Ltd. (YE Dec 31) Holds property in Regina, SK
177A Street Surrey Holding Inc. (YE Dec 31) Holds Surrey BC Property
52 Street Edmonton Holding Inc. (YE Dec 31) Holds Edmonton Property
84 ST SE Holdings Inc. (YE Dec 31) Holds Calgary Property
1450 Meyerside Holding Inc. (YE Dec 31) Holds Mississauga Office Building
Pride Group Real Estate Holdings Inc. (YE Dec31)
100%
68th Street Saskatoon Holding Inc. (YE Dec 31) Holds property in Saskatoon, SK
30530 Matsqui Abbotsford Holding Inc. (Dec 31) Holds Property in Abbotsford BC
3000 Pitfield Holding Inc. (Dec 31) Holds Property in Montreal QC

JOHAL GROUP - USA
Corporate Structure
October 2023
USA



JOHAL GROUP - USA
Corporate Structure
October 2023
USA

Pergola Holdings Corp
C-Corp
(Delaware)

100%

- 963 Sweetwater Holding Corp (Florida Co.)
- Alexis Investments LLC (holds land in Ohio)
- Bishop Road Holding Corp (Washington Co) Chehalis, WA Ppty
- Terminal Road Holding Corp (Indiana Co.) Indiana Ppty
- High Prairie Texas Holding Corp (Texas Co.)
- 131 Industrial Blvd Holding Corp (TN Co)
- PGED Holdings, Corp (Texas Co.)

- Old Nation Highway Holding Corp (Georgia Co) Georgia Ppty
- Valley Boulevard Fontana Holding Corp (California Co) Fontana Ppty
- Highway 46 McFarland Holding Corp (California Co) Mc Farland Ppty
- 11670 Interstate Holding Corp (Texas Co.) San Antonio Ppty
- Frontage Road Holding Corp (FKA:Manheim Road Illinois Holding Corp) (Illinois Co)
- French Camp Holding, Corp (California Co) Stockton Ppty
- Fruitridge Holding, Corp (California Co)

- Chestnut Avenue Fresno Holding Corp (California Co) Fresno Ppty
- Di Miller Drive Bakersfield Holding Corp (California Co) Bakersfiled Ppty
- 401 South Meridian OKC Holding Corp (Oklahoma Co) Oklahoma City Ppty
- 8201 Hwy 66 Tulsa Holding Corp (Oklahoma Co) Tulsa Ppty
- 59th Ave Phoenix Holding Corp (Arizona Co) Phoenix Ppty
- Corrington Missouri Holding Corp (Missouri Co) Kanas City MO Ppty
- Eastgate Missouri Holding Corp (Missouri Co) Springfield MO Ppty

- 13th Street Pompano Beach FL Holding Corp. (Florida Co) Pompano Beach Ppty
- Loop 820 Fort Worth Holding Corp. (Texas Co) Fort Worth Ppty
- 162 Route Road Troy Holding Corp (Illinois Co) Troy IL Prty
- East Brundage Lane Bakersfield Holding Corp (California Co) East Brundage Bakersfield Ppty
- Oakmont Drive IN Holding Corp (Indiana Co)

Pride Group Real Estate Holdings Inc. (Canada Corporation)

100%

- Manheim Road Holding Corp (IL Co)
- Crescentville Road Cincinnati Holding Corp (OH Co)
- 87th Avenue Medley FL Holding Corp (Illinois Co)

# Parker Global
# Organizational Chart

