<u>**Exhibit A**</u>

**Notice Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Joint Administration Requested) |

**ORDER SCHEDULING HEARING ON CHAPTER 15 PETITIONS AND RELATED RELIEF AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE**

Upon the motion (the "<u>Motion</u>")[2] of Randall Benson, solely in his capacity as the duly authorized foreign representative (the "<u>Foreign Representative</u>") of the above-captioned debtors (collectively, the "<u>Debtors</u>"), for entry of an order (this "<u>Order</u>"): (i) scheduling a hearing (the "<u>Recognition Hearing</u>") on the relief sought in the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "<u>Verified Petition</u>") and the *Chapter 15 Petition for Recognition of a Foreign Proceeding* for each of the Debtors (together with the Verified Petition, the "<u>Petitions</u>") (ii) setting the deadline by which any responses or objections to the Petitions must be received (the "<u>Objection Deadline</u>"), (iii) approving the form of the notice of these chapter 15 cases (the "<u>Chapter 15 Cases</u>"), the relief sought in the Petitions, the Objection Deadline, the Court's entry of the Provisional Relief Order and the Recognition Hearing that is attached as Exhibit 1 to the Motion (the "<u>Notice</u>") and (iv) approving the manner of service of the Notice; and the Court having found that it has jurisdiction to consider the Motion and the relief requested

---

[1]  The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of this proceeding being proper before the Court pursuant to 28 U.S.C. § 1410(1) and (3); and the Court having determined that the relief requested in the Motion is necessary and beneficial to the Debtors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      The Recognition Hearing to consider the relief sought in the Petitions shall be held before this Court in Room [●] of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, on [●], 2024 at [●]:[●] [●].m. (Eastern Time).

3.      Any party in interest wishing to submit a response, answer, or objection to the Petitions must do so pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and such response, answer, or objection must (i) be in writing, (ii) set forth in detail the factual and legal bases therefor, (iii) be filed with the United States Bankruptcy Court for the District of Delaware, Office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, and (iv) served upon counsel for the Foreign Representative, Linklaters LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attention: Penelope J. Jensen, Esq. and Christopher J. Hunker, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801 (Attention: Derek C. Abbott, Esq. and Andrew R. Remming, Esq.), so as to be actually received on or before [●], 2024 at [●]:[●] [●].m. (Eastern Time).

4.      The form of Notice attached to the Motion as **<u>Exhibit 1</u>** is hereby approved.

5.      Prior to serving the Notice or causing it to be served, the Foreign Representative may insert any missing dates and other information, correct any typographical errors, conform the provisions thereof to the provisions of this Order and make such other and further non-material, non-substantive changes as the Foreign Representative deems necessary or appropriate.

6.      Pursuant to Bankruptcy Rule 2002(q) and Local Rule 2002-1(b), the Foreign Representative shall serve the Notice, Petitions and Provisional Relief Order (collectively, the "Notice Documents") by hand delivery, overnight courier, or domestic or foreign mail, first-class postage prepaid or, for entities with addresses that are not in the United States, by electronic mail two (2) business days after entry of the Notice Order and the Provisional Relief Order, or as soon thereafter as is reasonably practicable, upon the following entities or their counsel, if known: (i) the United States Trustee for the District of Delaware; (ii) the Debtors; (iii) all persons or bodies authorized to administer foreign proceedings of the Debtors, including the CCAA Proceedings; (iv) all entities against whom provisional relief is being sought under section 1519 of the Bankruptcy Code; (v) all known creditors and contract counterparties of the Debtors and their non-Debtor affiliates in the United States; (vi) all parties to litigation pending in the United States to which any of the Debtors and their non-Debtor affiliates is a party at the time of the filing of the Petitions; (vii) all parties that have filed a notice of appearance in the Chapter 15 Cases; and (viii) all other parties that have requested notice in these cases pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

7.      The Foreign Representative shall cause the Notice to be published on or before April 11, 2024 in the national edition of the Wall Street Journal, and in such other publications as the Foreign Representative deems appropriate.

3

8.      In the event any party files a notice of appearance in the Chapter 15 Cases subsequent to the Foreign Representative's initial service of the Notice Documents as provided for in this Order, the Foreign Representative will serve, or cause to be served on such party, the Notice Documents and any subsequent notices upon that party within three (3) business days of the filing of the notice of appearance, if such documents have not already been served on such party (or its counsel).

9.      Subsequent notices shall be served in the form and manner set forth in this Order or as otherwise required by the Bankruptcy Code and Bankruptcy Rules.

10.     The notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of the Chapter 15 cases or, to the extent applicable, are hereby waived.

11.     Service of the Notice Documents in accordance with this Order is hereby approved as adequate and sufficient notice and service on all interested parties.  Notice provided in accordance with this Order satisfies the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Rules, including Bankruptcy Rules 2002(p) and (q) and Local Rule 2002-1(b).  No other or further notice is required.

12.     Notwithstanding any provision in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules to the contrary, the Foreign Representative shall file the certificate of service of the Notice Documents in advance of the Recognition Hearing.

13.     The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

14.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

15.    This Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.

Dated:    April [●], 2024
          Wilmington, Delaware

_____
THE HONORABLE CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

## __Exhibit 1__

Notice

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Joint Administration Requested) |

**NOTICE OF FILING AND HEARING ON PETITIONS SEEKING RECOGNITION OF**
**FOREIGN PROCEEDING AND RELATED RELIEF PURSUANT TO**
**CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on March 27, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the *Companies' Creditors Arrangement Act*, R.S.C. 1985 c. C-36, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), and that on April 1, 2024 filed the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Verified Petition")[2] and the *Chapter 15 Petition for Recognition of a Foreign Proceeding* for each of the Debtors (together with the Verified Petition, the "Petitions") pursuant to chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on April [●], 2024, the Court entered an order granting provisional and related relief [Dkt. [●]] pursuant to sections 105(a) and 1519 of the Bankruptcy Code (the "Provisional Relief Order") with respect to the Debtors and certain non-Debtor affiliates, their assets, and their contracts in the United States. The Provisional Relief Order, among other things, enjoins actions in the United States in contravention of the orders of the Canadian Court in the CCAA Proceedings from the entry of such Provisional Relief Order through and including the date of the Recognition Hearing (as defined below).

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative seeks the entry of an order (a) finding that (i) each of the Debtors is eligible to be a "debtor" under chapter 15 of the Bankruptcy Code, (ii) each of the CCAA Proceedings is a foreign main proceeding within the meaning of section 1502 of the Bankruptcy Code (iii) the Foreign Representative satisfies the

---

[1]     The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Verified Petition.

requirements of a "foreign representative" under section 101(24) of the Bankruptcy Code, and (iv) each of the Petitions was properly filed and meets the requirements of section 1515 of the Bankruptcy Code; (b) granting recognition of each of the CCAA Proceedings as a "foreign main proceeding" under sections 1517 and 1520 of the Bankruptcy Code; (c) granting all relief afforded to foreign main proceedings under section 1520 of the Bankruptcy Code; (d) recognizing, granting comity to, and giving full force and effect within the territorial jurisdiction of the United States to the CCAA Proceedings, the Initial Order and other orders of the Canadian Court; (e) granting additional relief under sections 1521 and 1507 of the Bankruptcy Code, including for purposes of applying section 365 of the Bankruptcy Code in the Chapter 15 Cases; and (f) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing (the "Recognition Hearing") to consider the relief requested in the Petitions for **[●]:[●] [●].m. (Eastern Time) on [●], 2024** in Room **[●]** of the of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petitions and all documents filed in the Chapter 15 Cases are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from (i) the Court's website at http:// www.deb.uscourts.gov (a PACER login and password are required to retrieve a document), (ii) the website maintained by the Foreign Representative's noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/pridegroup or (iii) upon written request to the Foreign Representative's counsel (including by facsimile or e-mail) addressed to:

> **LINKLATERS LLP**
> Penelope J. Jensen
> Christopher J. Hunker
> Clark L. Xue
> 1290 Avenue of the Americas
> New York, NY 10104
> Telephone: (212) 903-9000
> Facsimile: (212) 903-9100
> penelope.jensen@linklaters.com
> christopher.hunker@linklaters.com
> clark.xue@linklaters.com
>
>  -and-
>
> **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
> Derek C. Abbott (No. 3376)
> Andrew R. Remming (No. 5120)
> Austin T. Park (No. 7247)
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> Telephone:  (302) 658-9200
> Facsimile:  (302) 658-3989

dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response, answer, or objection to the Petitions must do so pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such response, answer, or objection must (i) be in writing, (ii) set forth in detail the factual and legal bases therefor, (iii) be filed with the United States Bankruptcy Court for the District of Delaware, Office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, and (iv) served upon counsel for the Foreign Representative, Linklaters LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attention: Penelope J. Jensen, Esq. and Christopher J. Hunker, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801 (Attention: Derek C. Abbott, Esq. and Andrew R. Remming, Esq.), so as to be actually received on or before [●], 2024 at [●]:[●] [●].m. (Eastern Time)

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Petitions must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the cases.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petitions without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative does not currently intend to conduct a claims process in the Chapter 15 Cases.  To the extent there is a claims process established in the CCAA Proceedings, parties are directed to the CCAA Proceedings pending before the Canadian Court.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

*[Remainder of page intentionally left blank.]*

Dated:  April [●], 2024
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

_____

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 903-9000
Facsimile:  (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*