**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Joint Administration Requested) |

**NOTICE OF HEARING TO CONSIDER FIRST DAY PAPERS ON**
**APRIL 2, 2024 AT 3:30 P.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY ONE-HOUR PRIOR TO THE HEARING, UNLESS OTHERWISE NOTICED, USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE AT HTTPS://ECF.DEB.USCOURTS.GOV/CGI-BIN/NYSBAPPEARANCES.PL.**

**PLEASE TAKE NOTICE** that on April 1, 2024, the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

of Delaware, on **April 2, 2024 at 3:30 p.m. (ET)** on the following motions requesting certain "first day" relief (the "First Day Pleadings"), which have been filed by the Debtors in connection with its chapter 15 case (the "Chapter 15 Case").

| **D.I. No.** | **First Day Pleadings** |
|---|---|
| D.I. 3 | Declaration of Randall Benson in Support of (A) the Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, And (III) Related Relief Under Chapter 15 of the Bankruptcy Code and (B) Motion for Provisional Relief |
| D.I. 4 | Declaration of Rachel Nicholson as Canadian Counsel in Support of Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code |
| D.I. 5 | Motion of the Foreign Representative for Entry of an Order Scheduling a Hearing on Chapter 15 Petitions for Recognition and Related Relief and Specifying Form and Manner of Service of Notice |
| D.I. 6 | Motion of the Foreign Representative for Entry of an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code |
| D.I. 8 | Motion of the Foreign Representative for Order Directing Joint Administration of Chapter 15 Cases and Related Relief |

**Parties who wish to participate in the First Day Hearing may do so by registering for the hearing at: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl. Registration is required By one-hour prior to the hearing.**

Copies of the First Day Pleadings are available for review without charge at the noticing agent's website, https://dm.epiq11.com/pridegroup or by email at TPine@epiqglobal.com. Copies of the First Day Pleadings also may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.

Dated: April 1, 2024
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*