## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Joint Administration Requested) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON APRIL 2, 2024 AT 3:30 P.M. (EASTERN TIME)

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY ONE-HOUR PRIOR TO THE HEARING, UNLESS OTHERWISE NOTICED, USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE AT HTTPS://ECF.DEB.USCOURTS.GOV/CGI-BIN/NYSBAPPEARANCES.PL.**

## PETITIONS

1. Voluntary Petitions

    a. Pride Group Holdings Inc. - Case No. 24-10632 (D.I. 1, Filed 4/1/24).
    b. 2043002 Ontario Inc. - Case No. 24-10634 (D.I. 1, Filed 4/1/24).
    c. 2554193 Ontario Inc. - Case No. 24-10635 (D.I. 1, Filed 4/1/24).
    d. 2554194 Ontario Inc. - Case No. 24-10636 (D.I. 1, Filed 4/1/24).
    e. 2692293 Ontario Ltd. - Case No. 24-10637 (D.I. 1, Filed 4/1/24).
    f. 1000089137 Ontario Inc. - Case No. 24-10638 (D.I. 1, Filed 4/1/24).
    g. Arnold Transportation Services, Inc. - Case No. 24-10639 (D.I. 1, Filed 4/1/24).
    h. Coastline Holdings, Corp. - Case No. 24-10641 (D.I. 1, Filed 4/1/24).
    i. Dixie Truck Parts Inc. (Canada) - Case No. 24-10642 (D.I. 1, Filed 4/1/24).
    j. Dixie Truck Parts Inc. (US) - Case No. 24-10643 (D.I. 1, Filed 4/1/24).
    k. DVP Holdings, Corp. - Case No. 24-10644 (D.I. 1, Filed 4/1/24).
    l. Parker Global Enterprises, Inc. - Case No. 24-10645 (D.I. 1, Filed 4/1/24).

---

[1]  The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

m.  Parker Transport Co. - Case No. 24-10646 (D.I. 1, Filed 4/1/24).

n.  Pride Group Logistics International Ltd. - Case No. 24-10647 (D.I. 1, Filed 4/1/24).

o.  Pride Fleet Solutions Inc. - Case No. 24-10648 (D.I. 1, Filed 4/1/24).

p.  Pride Group Logistics Ltd. - Case No. 24-10649 (D.I. 1, Filed 4/1/24).

q.  Pride Fleet Solutions USA Inc. - Case No. 24-10650 (D.I. 1, Filed 4/1/24).

r.  Pride Group EV Sales Ltd. - Case No. 24-10651 (D.I. 1, Filed 4/1/24).

s.  Pride Group Logistics USA, Inc. - Case No. 24-10652 (D.I. 1, Filed 4/1/24).

t.  TPine Financial Services Corp. - Case No. 24-10653 (D.I. 1, Filed 4/1/24).

u.  Pride Group Real Estate Holdings Inc. - Case No. 24-10654 (D.I. 1, Filed 4/1/24).

v.  TPine Financial Services Inc. - Case No. 24-10655 (D.I. 1, Filed 4/1/24).

w.  TPine Leasing Capital Corporation - Case No. 24-10656 (D.I. 1, Filed 4/1/24).

x.  Pride Truck Sales Ltd. - Case No. 24-10657 (D.I. 1, Filed 4/1/24).

y.  TPine Rental USA, Inc. - Case No. 24-10658 (D.I. 1, Filed 4/1/24).

z.  TPine Truck Rental Inc. - Case No. 24-10660 (D.I. 1, Filed 4/1/24).

2.  Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (D.I. 2, Filed 4/1/24).

## DECLARATIONS IN SUPPORT

3.  Declaration of Randall Benson in Support of (A) the Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative and (III) Related Relief under Chapter 15 of the Bankruptcy Code and (B) Motion for Provisional Relief (D.I. 3, Filed 4/1/24).

4.  Declaration of Rachel Nicholson as Canadian Counsel in Support of Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code (D.I. 4, Filed 4/1/24).

## MATTERS GOING FORWARD

5.  Motion of the Foreign Representative for Entry of an Order Scheduling a Hearing on Chapter 15 Petitions for Recognition and Related Relief and Specifying Form and Manner of Service of Notice (D.I. 5, Filed 4/1/24).

    Status: This matter will be going forward.

6.  Motion of the Foreign Representative for Entry of an Order Granting Provisional Relief Pursuant to Sections 105(A) and 1519 of the Bankruptcy Code (D.I. 6, Filed 4/1/24).

    Status: This matter will be going forward.

7. Motion of the Foreign Representative for Order Directing Joint Administration of Chapter 15 Cases and Related Relief (D.I. 8, Filed 4/1/24).

   Status: This matter will be going forward.

Dated: April 1, 2024
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
abbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*