**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.*,[1] | Case No. 24-10632 (CTG) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance in the above-captioned cases as counsel for Daimler Truck Financial Services USA LLC ("**DTFS USA**") pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

GREENBERG TRAURIG, LLP
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
Email: Anthony.Clark@gtlaw.com
         Dennis.Meloro@gtlaw.com

COOKSEY, TOOLEN, GAGE
DUFFY & WOOG
Kim Gage
535 Anton Boulevard
10th Floor
Costa Mesa, CA  92626
Telephone: (714) 431-1100
E-mail: kgage@cookseylaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions,

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit is intended nor shall be deemed to waive (i) any right to have final orders in non-core matters entered only after de novo review; (ii) any right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which DTFS USA is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: April 1, 2024

**GREENBERG TRAURIG, LLP**

By: */s/ Dennis A. Meloro*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
Email: Anthony. Clark@gtlaw.com
         Dennis.Meloro@gtlaw.com

-and-

Kim Gage
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, 10th Floor
Costa Mesa, CA  92626
Telephone: (714) 431-1090
E-mail: kgage@cookseylaw.com

*Counsel to Daimler Truck Financial Services USA LLC*