# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the undersigned hereby enter their appearance on behalf of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. ("MHCA") and request that they be added to the official mailing matrix and service lists in the above-captioned chapter 15 bankruptcy cases (the "Cases") and that copies of all notices, motions, pleadings (courtesy copies), subpoenas (courtesy copies), and other papers filed or served in these Cases be served upon them at the following addresses:

| | |
|---|---|
| Jason D. Angelo, Esq.<br>**REED SMITH LLP**<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone:  +1.302.778.7500<br>Facsimile:  +1.302.778.7575<br>E-mail:  jangelo@reedsmith.com | Aaron G. Javian, Esq.<br>**REED SMITH LLP**<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone:  +1.212.521.5400<br>Facsimile:  +1.121.521.5450<br>E-mail:  ajavian@reedsmith.com |

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010(b), but also includes, without limitation, any notices of any orders, pleadings (courtesy copies), subpoenas (courtesy copies), motions, applications, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that nothing in this *Notice of Appearance and Demand for Service of Notices and Papers* (this "Notice") is intended to, or does, (i) authorize the undersigned to accept service of any subpoena or pleading on behalf of the MHCA or (ii) waives MHCA's rights to proper formal service pursuant to Federal Rules of Bankruptcy Procedure 7004 and 9016 (and Federal Rules of Civil Procedure 4 and 45) or any other applicable rules or statutes.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of any of the rights of MHCA, including, without limitation, to (i) have final orders in noncore matters entered only after *de novo* review by a District Court judge, (ii) trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which MHCA is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

|  |  |
|---|---|
| Dated: April 1, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP**<br><br>By: */s/ Jason D. Angelo*<br>Jason D. Angelo (No. 6009)<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: +1.302.778.7500<br>Facsimile: +1.302.778.7575<br>E-mail: jangelo@reedsmith.com<br><br>-and-<br><br>Aaron G. Javian, Esq. (*pro hac vice* forthcoming)<br>REED SMITH LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone: +1.212.521.5400<br>Facsimile: +1.121.521.5450<br>E-mail: ajavian@reedsmith.com<br><br>*Counsel to Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April 2024, I caused a copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be filed and served via ECF Noticing to all parties receiving ECF Notices in these chapter 15 cases.

*/s/ Jason D. Angelo*
Jason D. Angelo (No. 6009)