# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Aaron G. Javian, Esquire of Reed Smith LLP to represent the Prepetition ABL Agent in the above-captioned chapter 15 cases.

Dated: April 1, 2024  
    Wilmington, Delaware

By: */s/ Jason D. Angelo*  
Jason D. Angelo (No. 6009)  
REED SMITH LLP  
1201 North Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: +1.302.778.7500  
E-mail: jangelo@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: April 1, 2024

By: */s/ Aaron G. Javian*  
Aaron G. Javian, Esq.  
REED SMITH LLP  
599 Lexington Avenue, 22nd Floor  
New York, NY 10022  
Telephone: +1.212.521.5400  
Facsimile: +1.121.521.5450  
E-mail: ajavian@reedsmith.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.