# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.*,[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firms of Chapman and Cutler LLP and Womble Bond Dickinson (US) LLP hereby enter their appearances as counsel to Royal Bank of Canada, as Administrative Agent (the "RBC"), in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE** that the undersigned request that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

| **CHAMPMAN AND CUTLER LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| Michael T. Benz, Esquire | Matthew P. Ward, Esquire |
| Stephen R. Tetro, II, Esquire | Todd A. Atkinson, Esquire |
| James P. Sullivan, Esquire | 1313 North Market Street, Suite 1200 |
| 320 South Canal Street, 27th Floor | Wilmington, Delaware 19801 |
| Chicago, IL 60606 | Telephone: (302) 252-4320 |
| Telephone: (312) 845-2969 | Facsimile: (302) 252-4330 |
| Facsimile: (312) 516-3969 | Email: matthew.ward@wbd-us.com |
| Email: benz@chapman.com | todd.atkinson@wbd-us.com |
| stetro@chapman.com | |
| jsullivan@chapman.com | |

-and-

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Yuliya Zahoroda, Esquire
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Telephone: (212) 655-3332
Facsimile: (646) 862-9057
yzahoroda@chapman.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes orders and notices of any application, complaint, demand, motion, notice, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight, hand-delivery, telephone, electronically or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein or which affects any of the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the RBC, in any capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: April 1, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Matthew P. Ward*<br>Matthew P. Ward (Del. Bar No. 4471)<br>Todd A. Atkinson (Del. Bar No. 4825)<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br>         todd.atkinson@wbd-us.com<br><br>-and- |

**CHAPMAN AND CUTLER LLP**
Michael T. Benz, Esquire
Stephen R. Tetro, II, Esquire
James P. Sullivan, Esquire
320 South Canal Street, 27th Floor
Chicago, IL 60606
Telephone: (312) 845-2969
Facsimile: (312) 516-3969
benz@chapman.com
stetro@chapman.com
jsullivan@chapman.com

-and-

Yuliya Zahoroda, Esquire
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Telephone: (212) 655-3332
Facsimile: (646) 862-9057
yzahoroda@chapman.com

*Counsel to Royal Bank of Canada, as Administrative Agent*