## CERTIFICATE OF SERVICE

I, Matthew P. Ward, do hereby certify that on April 1, 2024, I caused a copy of the ***Notice of Appearance and Demand for Service of Papers*** to be served upon the parties listed below in the manner indicated.

| | |
|---|---|
| VIA ELECTRONIC MAIL<br>Counsel for the Foreign Representative<br>Morris Nichols, Arsht & Tunnel LLP<br>Derek C. Abbott, Esquire<br>Andrew R. Remming, Esquire<br>Austin T. Park, Esquire<br>1221 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>apark@morrisnichols.com | VIA ELECTRONIC MAIL<br>Counsel for the Foreign Representative<br>Linklaters LLP<br>Penelope J. Jensen, Esquire<br>Christopher J. Hunker, Esquire<br>Clark L. Xue, Esquire<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Penelope.jensen@linklaters.com<br>Christopher.hunker@linklaters.com<br>Clark.xue@linklaters.com |

*/s/ Matthew P. Ward*
Matthew P. Ward (DE Bar No. 4471)