# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.*,[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that PACCAR Financial Corp. ("PACCAR") hereby appears in the above-captioned cases through their undersigned counsel and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceedings and all papers served or required to be served in these cases be given and served upon:

| | |
|---|---|
| **PERKINS COIE LLP**<br>Bradley Cosman, Esq.<br>Tina Moss, Esq.<br>2525 E. Camelback Road, Suite 500<br>Phoenix, Arizona 85016-4227<br>Tel: (602) 351-8000<br>Email: BCosman@perkinscoie.com<br>Email: TMoss@perkinscoie.com | **ASHBY & GEDDES, P.A.**<br>Michael D. DeBaecke<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 654-1888<br>Email: MDeBaecke@ashbygeddes.com |
| **BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP**<br>Craig R. Colraine, Esq.<br>Nikita Tanwar, Esq.<br>Suite 1000 - 33 Bloor Street East<br>Toronto, Canada, M4W 3H1<br>Tel: (416) 961-4100 (Ext. 213)<br>Email: colraine@bslsc.com<br>         nikita@bslsc.com | |

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

{02001766;v1 }

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes copies of all papers, including, but not limited to, notices, reports, pleadings, motions, applications, petitions, or other requests filed in these cases or any related adversary proceeding and that such notice be provided to the persons listed above.

**PLEASE TAKE FURTHER NOTICE** that PACCAR intends that neither this Notice of Appearance nor any other filing shall be sufficient to waive (1) its right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or in any matters, controversies, or proceedings related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which PACCAR is or may be entitled to under applicable law or in equity, all of which are expressly preserved.

Dated: April 2, 2024
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: MDeBaecke@ashbygeddes.com

-and-

**PERKINS COIE LLP**
Bradley Cosman, Esq.
Tina Moss, Esq.
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel: (602) 351-8000
Email: BCosman@perkinscoie.com
Email: TMoss@perkinscoie.com

-and-

**BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP**
Craig R. Colraine, Esq.
Nikita Tanwar, Esq.
Suite 1000 - 33 Bloor Street East
Toronto, Canada, M4W 3H1
Tel: (416) 961-4100 (Ext. 213)
Email: colraine@bslsc.com
          nikita@bslsc.com

*Counsel to PACCAR Financial Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 2, 2024, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served on all parties of record via CM/ECF.

Dated: April 2, 2024

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)