# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Joint Administration Requested)<br><br>Re:  D.I. 16 |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp., through its undersigned counsel, hereby withdraws the *Motion and Order for Admission Pro Hac Vice* [D.I. 16] filed on April 1, 2024.

Dated: April 2, 2024
       Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By:  */s/ Jason D. Angelo*
Jason D. Angelo (No. 6009)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  +1.302.778.7500
Facsimile:  +1.302.778.7575
E-mail:  jangelo@reedsmith.com

*Counsel for Mitsubishi HC Capital America Inc.*
*f/k/a Hitachi Capital America Corp.*