# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.*, | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to sections 102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002, 3017(a), 9007, and 9010, the undersigned appears as counsel for Milestone Trailer Leasing, LLC ("Milestone"), creditor and party-in-interest, and requests that all notices given or required to be served in the above-captioned cases (the "Bankruptcy Cases") be served upon the following individual at the following address and that such individual be added to the mailing matrix in the Bankruptcy Cases. All such notices should be addressed as follows:

Deborah M. Perry
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7565
Email: dperry@munsch.com

**PLEASE TAKE FURTHER NOTICE** that, the request set forth above includes the notices and all other papers mentioned or described in Bankruptcy Rules 2002, 3017(a), and 9010(b) and the Bankruptcy Rules referenced or incorporated in Bankruptcy Rules 2002, 3017(a), and 9010(b) and also includes, without limiting the generality of the foregoing request, all orders, pleadings, motions, applications, complaints, demands, hearings, requests for

**NOTICE OF APPEARANCE – Page 1**

hearings, petitions, answers, replies, responses, memoranda, and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to the Bankruptcy Cases, whether formal or informal and whether filed, transmitted or conveyed by mail, overnight delivery, messenger, telephone, facsimile, e-mail, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of Milestone: (1) to have final orders in noncore matters entered only after <u>de novo</u> review by a United States District Judge; (2) to have a trial by jury in any proceeding so triable in the Bankruptcy Cases or in any case, controversy, or proceeding related to the Bankruptcy Cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contest jurisdiction or appropriate venue in any case, controversy, or proceeding related to the Bankruptcy Cases; or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Milestone is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Milestone expressly reserves. This Notice of Appearance and Request for Service of Papers is not, and shall not be construed to be, a consent of Milestone pursuant to 28 U.S.C. § 157(c)(2).

Dated:  April 2, 2024

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ *Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone:  (214) 855-7565
Email:  dperry@munsch.com

*Counsel for Milestone Trailer Leasing, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 2, 2024, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in the Bankruptcy Case.

/s/ *Deborah M. Perry*
Deborah M. Perry

**NOTICE OF APPEARANCE – Page 3**