IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings, Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that **STEVENS & LEE, P.C.** hereby appears as Counsel on behalf of National Trailer Leasing, Inc. pursuant to 11 U.S.C. §§ 1109(b) and Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and demands service of all notices and papers herein upon:

**STEVENS & LEE, P.C.**
Alexis R. Gambale (# 7150)
Elizabeth A. Rogers
919 North Market Street, Suite 1300
Wilmington, DE  19801
Telephone: (302) 425-2619
Facsimile: (610) 371-7972
Email: alexis.gambale@stevenslee.com
Email: elizabeth.rogers@stevenslee.com

-and-

Jason C. Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6054
Facsimile: (610) 337-4374
Email: jason.manfrey@stevenslee.com

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtors, their property, or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Demand for Service of Papers* (the "**Notice**") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of: (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the counsel listed above request to be added to any official service list for notices of all contested matters or other proceedings in this case.

Dated: Wilmington, Delaware
April 2, 2024

**STEVENS & LEE, P.C.**

By: /s/ *Alexis R. Gambale*
Alexis R. Gambale (# 7150)
Elizabeth A. Rogers (*Pro Hac Vice Pending*)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-2619
Facsimile: (610) 371-7972
Email: alexis.gambale@stevenslee.com
Email: elizabeth.rogers@stevenslee.com

Jason C. Manfrey (*Pro Hac Vice Pending*)
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6054
Facsimile: (610) 337-4374
Email: jason.manfrey@stevenslee.com

*Counsel for National Trailer Leasing, Inc.*