**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on April 2, 2024, she caused a true copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Pleadings* to be served electronically upon all parties in interested registered to receive notice through the Court's CM/ECF System.

*/s/ Alexis R. Gambale*
Alexis R. Gambale (# 7150)