Pride Group Holdings Inc.
24-10632

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Derek | Abbott | Morris, Nichols, Arsht & Tunnell | Pride Group Holdings Inc. | Video and Audio |
| Jason | Angelo | Reed Smith LLP | Mitsubishi HC Capital America Inc. f/k/a Hitachi C | Video and Audio |
| Todd | Atkinson | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| David | Audley | Chapman and Cutler LLP | BMO Transportation Finance | Video and Audio |
| Ryan | Bartley | Young Conaway Stargatt & Taylor, LLP | Interested Party | Video and Audio |
| Malcolm | Bates | Office of the United States Trustee | Office of the United States Trustee | Video and Audio |
| Randall | Benson | RC Benson Consulting | Pride Group Holdings Inc. | Video and Audio |
| Michael | Benz | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |
| Clint | Carlisle | Morris, Nichols, Arsht & Tunnell LLP | Pride Group Holdings Inc. | Video and Audio |
| Marc | Carmel | | Roynat | Video and Audio |
| Craig | Colraine | BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | PACCAR | Video and Audio |
| Morris Nichols | Conference Room | Morris, Nichols, Arsht & Tunnell LLP | Pride Group Holdings Inc. | Video and Audio |
| Bradley | Cosman | PERKINS COIE LLP | PACCAR | Video and Audio |
| Michael | DeBaecke | Ashby & Geddes, P.A. | PACCAR | Video and Audio |
| Landon | Foody | McDermott Will & Emery LLP | Ernst & Young Inc. as court-appointed monitor | Audio Only |
| Timothy | Fox | Office of the United States Trustee | U.S. Trustee | Video and Audio |
| Kim | Gage | Cooksey, Toolen, Gage, Duffy & Woog | | Video and Audio |
| Frederick | Gareri | Pride Group Holdings Inc. | | Video and Audio |
| Cindy | Giobbe | Womble Bond | Volvo | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Christopher | Hunker | Linklaters LLP | Debtors | Video and Audio |
| Aaron | Javian | Reed Smith LLP | Mitsubishi HC Capital America Inc. f/k/a Hitachi C | Video and Audio |
| Penelope | Jensen | Linklaters LLP | Debtors | Video and Audio |
| Dimitra | Kalantoni | Reed Smith LLP | Mitsubishi HC Capital America Inc. f/k/a Hitachi C | Video and Audio |
| James S. "Charlie" | Livermon | Womble Bond | Volvo Financial | Video and Audio |
| Daniel | Loberto | | | Audio Only |
| Kate | Mailloux | epiq | Epiq | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Daimler Truck Financial Services USA LLC | Video and Audio |
| Tina | Moss | Perkins Coie LLP | PACCAR | Audio Only |
| Tina | Moss | Perkins Coie LLP | PACCAR Financial Corp. | Video and Audio |
| Ryan | Nadick | McDonald Hopkins LLC | Roynat | Video and Audio |
| Rachel | Nicholson | Thornton Grout Finnigan LLP | Pride Group | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Pride Group Holdings Inc. | Video and Audio |
| D. | Parker-Thompson | | | Audio Only |
| Morgan | Patterson | Womble Bond Dickinson (US) LLP | Volvo | Video and Audio |
| Amtoj | Randhawa | | | Audio Only |
| Andrew | Remming | Morris, Nichols, Arsht & Tunnell LLP | Pride Group Holdings Inc. | Video and Audio |
| Jared | Roach | Reed Smith LLP | Mitsubishi HC Capital America Inc. f/k/a Hitachi C | Video and Audio |
| Raj | Sahni | Bennett Jones | Canadian counsel to Directors | Video and Audio |
| John | Salmas | Dentons Canada LLP | | Audio Only |
| Sean | Scott | Mayer Brown LLP | Regions Bank NA | Video and Audio |
| Curtis | Smith | Linklaters LLP | Debtors | Audio Only |
| Garrick | Smith | Munsch Hardt Kopf & Harr, P.C. | Milestone Equipment Holdings, LLC | Video and Audio |
| James | Sullivan | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Richard | Tannenbaum | Reed Smith LLP | Mitsubishi HC Capital America Inc. f/k/a Hitachi C | Video and Audio |
| Nikita | Tanwar | BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | PACCAR | Video and Audio |
| Stephen | Tetro | stetro@chapman.com | 312-845-3859 | Pride Group Holdings Inc. and Pride Group Holdings Inc. |
| Joseph | Trad | Lewis Rice | Regions Equipment Finance | Audio Only |
| Matthew | Ward | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| Nichole | Wilcher | Womble Bond Dickinson US, LLP | | Audio Only |
| Yuliya | Zahoroda | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |