IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered<br><br>Re: D.I. 6 |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF THE FOREIGN REPRESENTATIVE FOR PROVISIONAL RELIEF PURSUANT TO SECTIONS 105(a) AND 1519 OF THE BANKRUPTCY CODE**

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative, (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") hereby certifies as follows:

1. On April 1, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 15 of the Bankruptcy Code.

2. Also on the Petition Date, the Foreign Representative filed the *Motion of the Foreign Representative for Entry of an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* (the "Motion") (D.I. 6). Attached to the Motion as Exhibit A was a proposed form of order (the "Proposed Order").

3. On April 2, 2024, at 3:30 p.m. (ET), the United States Bankruptcy Court for the District of Delaware (the "Court") held a hearing to consider the relief requested in the Motion. Following the hearing, parties in interest were given an opportunity to comment on the Proposed

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Order, and Mitsubishi HC Capital America Inc. ("MHCA"), Royal Bank of Canada ("RBC"), and Regions Bank N.A. provided informal comments to the Proposed Order.

6. The Debtors have revised the Proposed Order (the "Revised Proposed Order") to resolve the informal comments received. A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.

7. For the convenience of the Court and all parties in interest, a redline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit B**.

8. MHCA, RBC, Regions Bank N.A., Regions Equipment Finance Corporation, and Regions Commercial Equipment Finance LLC have approved the Revised Proposed Order.

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the Revised Proposed Order, attached hereto as **Exhibit A**, at its earliest convenience.

[*Signature Page to Follow*]

Dated: April 3, 2024
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*