**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   24-10632 |
| PRIDE GROUP HOLDINGS INC | § | |
| DEBTORS(S), | § | CHAPTER   15 |

### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on  3rd  day of  April  ,2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | |
|---|---|
| DEREK C ABBOTT<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. MARKET STREET; P.O BOX 1347<br>WILMINGTON, DE 19899 | TIMOTHY JAY FOX, JR.<br>OFFICE OF US TRUSTEE, US DEPT OF JUSTICE<br>844 KING ST, STE 2207, LOCKBOX #35<br>WILMINGTON, DE 19801 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:   (214) 880-0089
Facsimile:   (469) 221-5003
Email:          dallas.bankruptcy@lgbs.com

By: /s/ John K. Turner
John Kendrick Turner
SBN: 00788563 TX