# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.*,[1] | Case No. 24-10632 (CTG) |
| Debtors in a Foreign Proceeding. | Jointly Administered |

## ENTRY OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bielli & Klauder, LLC, McDonald Hopkins, LLC and McMillian LLP hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Roynat Inc. in the above-referenced bankruptcy case; and hereby request that copies of all notices and pleading given or filed in this case be given and served upon the following:

| **BIELLI & KLAUDER, LLC** | **MCDONALD HOPKINS, LLC** | **MCMILLAN LLP** |
|---|---|---|
| David M. Klauder, Esquire | Marc J. Carmel, Esquire | Adam C. Maerov, Esquire |
| 1204 N. King Street | Ryan S. Nadick, Esquire | Kourtney Rylands, Esquire |
| Wilmington, DE 19801 | 300 North LaSalle Street, | TD Canada Trust Tower |
| Phone: (302) 803-4600 | Suite 1400 | Suite 1700 |
| dklauder@bk-legal.com | Chicago, IL 60654 | 421 7th Avenue S.W. |
| | Phone: (312) 280-0111 | Calgary Alberta |
| | mcarmel@mcdonaldhopkins.com | Canada T2P 4K9 |
| | rnadick@mcdonaldhopkins.com | Phone: (403) 531-4700 |
| | | Adam.Maerov@mcmillan.ca |
| | | Kourtney.Rylands@mcmillan.ca |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request,

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

| | |
|---|---|
| Dated:  April 5, 2024<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Email: dklauder@bk-legal.com<br><br>and<br><br>**McDONALD HOPKINS, LLC**<br><br>Marc J. Carmel, Esquire<br>Ryan S. Nadick, Esquire<br>300 North LaSalle Street, Suite 1400<br>Chicago, IL 60654<br>Phone: (312) 280-0111<br>Email: mcarmel@mcdonaldhopkins.com<br>Email: rnadick@mcdonaldhopkins.com<br><br>*Counsel for Roynat Inc.* |