**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |

**NOTICE OF FILING AND HEARING ON PETITIONS SEEKING RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF PURSUANT TO CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on March 27, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the *Companies' Creditors Arrangement Act*, R.S.C. 1985 c. C-36, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), and that on April 1, 2024 filed the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Verified Petition")[2] and the *Chapter 15 Petition for Recognition of a Foreign Proceeding* for each of the Debtors (together with the Verified Petition, the "Petitions") pursuant to chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on April 3, 2024, the Court entered an order granting provisional and related relief [Dkt. 49] pursuant to sections 105(a) and 1519 of the Bankruptcy Code (the "Provisional Relief Order") with respect to the Debtors and certain non-Debtor affiliates, their assets, and their contracts in the United States. The Provisional Relief Order, among other things, enjoins actions in the United States in contravention of the orders of the Canadian Court in the CCAA Proceedings from the entry of such Provisional Relief Order through and including the date of the Recognition Hearing (as defined below).

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative seeks the entry of an order (a) finding that (i) each of the Debtors is eligible to be a "debtor" under chapter 15 of the Bankruptcy Code, (ii) each of the CCAA Proceedings is a foreign main proceeding within the

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Verified Petition.

meaning of section 1502 of the Bankruptcy Code (iii) the Foreign Representative satisfies the requirements of a "foreign representative" under section 101(24) of the Bankruptcy Code, and (iv) each of the Petitions was properly filed and meets the requirements of section 1515 of the Bankruptcy Code; (b) granting recognition of each of the CCAA Proceedings as a "foreign main proceeding" under sections 1517 and 1520 of the Bankruptcy Code; (c) granting all relief afforded to foreign main proceedings under section 1520 of the Bankruptcy Code; (d) recognizing, granting comity to, and giving full force and effect within the territorial jurisdiction of the United States to the CCAA Proceedings, the Initial Order and other orders of the Canadian Court; (e) granting additional relief under sections 1521 and 1507 of the Bankruptcy Code, including for purposes of applying section 365 of the Bankruptcy Code in the Chapter 15 Cases; and (f) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing (the "Recognition Hearing") to consider the relief requested in the Petitions for **9:00 a.m. (Eastern Time) on May 2, 2024**, before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petitions and all documents filed in the Chapter 15 Cases are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from (i) the Court's website at http:// www.deb.uscourts.gov (a PACER login and password are required to retrieve a document), (ii) the website maintained by the Foreign Representative's noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/pridegroup or (iii) upon written request to the Foreign Representative's counsel (including by facsimile or e-mail) addressed to:

> **LINKLATERS LLP**
> Penelope J. Jensen
> Christopher J. Hunker
> Clark L. Xue
> 1290 Avenue of the Americas
> New York, NY 10104
> Telephone: (212) 903-9000
> Facsimile: (212) 903-9100
> penelope.jensen@linklaters.com
> christopher.hunker@linklaters.com
> clark.xue@linklaters.com
>
>  -and-
>
> **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
> Derek C. Abbott (No. 3376)
> Andrew R. Remming (No. 5120)
> Austin T. Park (No. 7247)
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

      Telephone: (302) 658-9200
      Facsimile: (302) 658-3989
      dabbott@morrisnichols.com
      aremming@morrisnichols.com
      apark@morrisnichols.com

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response, answer, or objection to the Petitions must do so pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such response, answer, or objection must (i) be in writing, (ii) set forth in detail the factual and legal bases therefor, (iii) be filed with the United States Bankruptcy Court for the District of Delaware, Office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, and (iv) served upon counsel for the Foreign Representative, Linklaters LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attention: Penelope J. Jensen, Esq. and Christopher J. Hunker, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801 (Attention: Derek C. Abbott, Esq. and Andrew R. Remming, Esq.), so as to be actually received on or before **April 25, 2024 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Petitions must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the cases.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petitions without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative does not currently intend to conduct a claims process in the Chapter 15 Cases. To the extent there is a claims process established in the CCAA Proceedings, parties are directed to the CCAA Proceedings pending before the Canadian Court.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

*[Remainder of page intentionally left blank.]*

Dated: April 5, 2024
      Wilmington, Delaware

            **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

            */s/ Austin T. Park*
            Derek C. Abbott (No. 3376)
            Andrew R. Remming (No. 5120)
            Austin T. Park (No. 7247)
            1201 North Market Street
            P.O. Box 1347
            Wilmington, DE 19899-1347
            Telephone: (302) 658-9200
            Facsimile: (302) 658-3989
            dabbott@morrisnichols.com
            aremming@morrisnichols.com
            apark@morrisnichols.com

            -and-

            **LINKLATERS LLP**
            Penelope J. Jensen
            Christopher J. Hunker
            Clark L. Xue
            1290 Avenue of the Americas
            New York, NY 10104
            Telephone:  (212) 903-9000
            Facsimile:  (212) 903-9100
            penelope.jensen@linklaters.com
            christopher.hunker@linklaters.com
            clark.xue@linklaters.com

            *Attorneys for the Foreign Representative*