**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10632 |
| PRIDE GROUP HOLDINGS INC | § | |
| DEBTORS(S), | § | CHAPTER 15 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF HOUSTON     HOUSTON COMM COLL SYSTEM     HOUSTON ISD   HARRIS CO ESD # 12**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __5th__ day of __April__, 2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

DEREK C ABBOTT
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. MARKET STREET; P.O BOX 1347
WILMINGTON, DE 19899

TIMOTHY JAY FOX, JR.
OFFICE OF US TRUSTEE, US DEPT OF JUSTICE
844 KING ST, STE 2207, LOCKBOX #35
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:         houston_bankruptcy@lgbs.com

By:  /s/Tara L. Grundemeier
Tara L. Grundemeier
SBN: 24036691 TX