**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.*, | Case No. 24-10632 (CTG) |
| Debtors. | (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Randall P. Mroczynski of Cooksey, Toolen, Gage Duffy & Woog to represent Daimler Truck Financial Services USA LLC in the above-captioned bankruptcy cases.

Dated: April 2, 2024

*/s/ Dennis A. Meloro*
Dennis A. Meloro, Esq. (DE Bar No. 4435)
Greenberg Traurig, LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Email: melorod@gtlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: April 2, 2024

*/s/ Randall P. Mroczynski*
Randall P. Mroczynski
Cooksey, Toolen, Gage Duffy & Woog
535 Anton Boulevard, 10th Floor
Costa Mesa, CA 92626
Telephone: (714) 431-1026
E-mail: rmroczynski@cookseylaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: April 8th, 2024
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**