IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings, Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves to the admission *pro hac vice* of Elizabeth A. Rogers of Stevens & Lee, P.C., to represent National Trailer Leasing, Inc. in this action.

Dated: Wilmington, Delaware
April 2, 2024

By: */s/ Alexis R. Gambale*
Alexis R. Gambale (# 7150)
**STEVENS & LEE, P.C.**
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-2619
Email: alexis.gambale@stevenslee.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED POR HACE VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated April 2, 2024

*/s/ Elizabeth A. Rogers*
Elizabeth A. Rogers
**STEVENS & LEE, P.C.**
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3301
Email: elizabeth.rogers@stevenslee.com

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 9th, 2024**  
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**  
**UNITED STATES BANKRUPTCY JUDGE**