**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc. *et al.*,[1] | Case No. 24-10632 (CTG) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

  **PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears in the above-referenced chapter 15 cases as counsel to National Bank of Canada and National Bank Financial Inc. (collectively, "NBC"), and pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

| | |
|---|---|
| Jody C. Barillare (Bar No. 5107) | Kevin J. Biron |
| Morgan, Lewis & Bockius LLP | Stephan E. Hornung |
| 1201 N. Market Street, Suite 2201 | Graham L. Fisher |
| Wilmington, DE 19801 | Morgan, Lewis & Bockius LLP |
| Telephone: (302) 574-3000 | 101 Park Avenue |
| Email: jody.barillare@morganlewis.com | New York, NY 10178 |
| | Telephone: (212) 309-6000 |
| | Email: kevin.biron@morganlewis.com |
| |    stephan.hornung@morganlewis.com |
| |    graham.fisher@morganlewis.com |

  **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of NBC including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) NBC's right to enforce any contractual provision with respect to arbitration; or (v) any other rights, claims, actions, or defenses to which NBC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses expressly are reserved.

Dated: April 9, 2024
Wilmington, DE

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

 /s/ *Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com

– and –

Kevin J. Biron
Stephan E. Hornung
Graham L. Fisher
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Email: kevin.biron@morganlewis.com
 stephan.hornung@morganlewis.com
 graham.fisher@morganlewis.com

*Counsel for National Bank of Canada and National Bank Financial Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 15 cases.

*/s/ Jody C. Barillare*

Jody C. Barillare, Esq.