**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| Pride Group Holdings Inc., *et al.*[1] | ) | Case No. 24-10632 (CTG) |
| | ) | |
| Debtors in Foreign Proceedings. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances, as counsel to Regions Bank, pursuant to section 342 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the above-captioned chapter 15 cases (collectively, the "Chapter 15 Cases"), and all papers served or required to be served in the Chapter 15 Cases, be given and served upon:

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

31530004.1

| | |
|---|---|
| Sean T. Scott, Esq. | Michael R. Nestor, Esq. |
| Joshua R. Gross, Esq. | Matthew B. Lunn, Esq. |
| Jade M. Edwards, Esq. | Ryan M. Bartley, Esq. |
| MAYER BROWN LLP | YOUNG CONAWAY STARGATT |
| 71 South Wacker Drive | & TAYLOR, LLP |
| Chicago, IL 60606 | 1000 North King Street |
| Telephone: (312) 782-0600 | Wilmington, DE 19801 |
| Email:  STScottt@mayerbrown.com | Telephone:  (302) 571-6600 |
|         JGross@mayerbrown.com | CM/ECF Noticing: |
|         JMEdwards@mayerbrown.com | bankfilings@ycst.com |
| | Email:  mnestor@ycst.com |
| |         mlunn@ycst.com |
| |         rbartley@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of liquidation or reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the above-captioned debtors, Regions Bank, or the property of either of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of:  (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution; (ii) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (v) any

31530004.1

objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (vi) any election of remedy; or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 10, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Ryan M. Bartley*
Michael R. Nestor (No. 3526).
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
CM/ECF Noticing: bankfilings@ycst.com
Email: mnestor@ycst.com
       mlunn@ycst.com
       rbartley@ycst.com

-and-

**MAYER BROWN LLP**
Sean T. Scott
Joshua R. Gross
Jade M. Edwards
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Email: STScottt@mayerbrown.com
       JGross@mayerbrown.com
       JMEdwards@mayerbrown.com

*Counsel to Regions Bank*

31530004.1