**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) <br> ) Chapter 15 <br> ) |
| Pride Group Holdings Inc., *et al.* | ) Case No. 24-10632 (CTG) <br> ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered <br> ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOSEPH J. TRAD

Pursuant to Local Rule 9010-1 and the certification below, the undersigned counsel moves for the admission *pro hac vice* of Joseph J. Trad of the law firm Lewis Rice LLC to represent Regions Equipment Finance Corporation and Regions Commercial Equipment Finance, LLC in the above-captioned matter.

Dated: April 10, 2024

*/s/ Ryan M. Bartley*
Ryan M. Bartley (No. 4985)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Email: rbartley@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Missouri, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 10, 2024

*/s/Joseph J. Trad*
Joseph J. Trad
LEWIS RICE LLC
600 Washington Avenue, Suite 2400
St. Louis, MO 63101
Telephone: (314) 444-7600
Email: jtrad@lewisrice.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

31532494.1