IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.*,[1] | Case No. 24-10632 (CTG) |
| Debtors. | (Jointly Administered) |

**RESERVATION OF RIGHTS REGARDING MOTION OF
THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER
GRANTING PROVISIONAL RELIEF IN CONNECTION WITH
DEBTOR IN POSSESSION FINANCING AND CERTAIN PROTOCOLS
PURSUANT TO SECTIONS 105(a) AND 1519 OF THE BANKRUPTCY CODE**

Daimler Truck Financial Services USA LLC ("**DTFS**") hereby files this reservation of rights regarding the *Motion of the Foreign Representative for Entry of an Order Granting Provisional Relief in Connection with Debtor in Possession Financing and Certain Protocols Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* [D.I. 70] (the "**Motion**") and respectfully states as follows:

**Background**

1. DTFS provides secured financing to non-debtor TPine Leasing Capital, LP ("**TPine**") pursuant to certain notes and security agreements regarding the purchase of Freightlinter trucks. As of the March 27, 2024 Canadian petition date, TPine owed DTFS approximately $70 million, on account of approximately 700 trucks.

2. On April 9, 2024, the Canadian Court signed an Amended and Restated Initial Order (the **A&R Initial Order**") which, according to the Debtors: (i) authorizes the DIP Borrowers to obtain and borrow under the DIP Facility in accordance with the terms of the DIP

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.
ADMIN 693523458v4

Term Sheet to finance the ordinary working capital and other general corporate purposes of the DIP Borrowers; (ii) grants the DIP Charge to the DIP Agent for and on behalf of the DIP Lenders on the property of the Pride Entities; (iii) extends the Stay Period through June 30, 2024 (or such later time as the Canadian Court may order); and (iv) increases the Administration Charge and the Directors' and Officers' Charge over the property of the Pride Entities.  Motion at ¶ 12.[2]

3.  The potential Intercompany Advance Charge (which appears to be proposed to prime DTFS' interests) is not restricted and without limit.[3]  Pursuant to the DIP Term Sheet (as defined in the Motion):

> All Post-Filing intercompany advances from any DIP Borrower to another DIP Borrower shall be secured by a first ranking super-priority court-ordered charge in favour of the advancing DIP Borrower on the assets, undertakings and properties of the recipient DIP Borrower (the "**Intercompany Advances Charge**"). The Intercompany Advances Charge and all underlying indebtedness shall be subject to the DIP Charge. No DIP Borrower shall make any advance or Distribution to, on behalf of, or for the benefit of any Person who is not a DIP Borrower.
>
> As among the DIP Charge and the other charges created by the Initial Order and the Amended and Restated Initial Order, the relative priority shall be as follows: 1. the Administration Charge; 2. the Intercompany Advances Charge; 3. the DIP Charge; and 4. the Directors' Charge (as defined in the Amended and Restated Initial Order);

*See also* A&R Initial Order at 58, 60:

> that to the extent that a Pride Entity (the "Lending Entity") after the date of this Order, makes any payment to any Pride Entity (such Pride Entity, a "Recipient Case Entity"), such Lending Entity is hereby granted a charge (the "Intercompany Advances Charge") on all of the Property of the Recipient Entity in the amount of such payment or obligation or transfer, provided that, in relation to any payment(s) proposed to or from a R/E HoldCo (as such term is defined in the Johal Affidavit) by or to a Pride Entity that would be subject to the Intercompany Advances Charge, notice setting out sufficient details, including the basis for such payment, is provided to any relevant third party mortgagee and the DIP Agent in advance of

---

[2] Any references to the Motion and/or A&R Initial Order are qualified in their entirety by the terms of the Motion and/or A&R Initial Order, as applicable.

[3] It is unclear why one DIP Borrower would need to advance funds to another DIP Borrower, when each DIP Borrower is by definition equally capable of being a borrower.  It is even more unclear why the DIP Charge is expressly subordinate to DTFS' security interests, but the simple act of one DIP Borrower instead advancing such borrowed funds eliminates or subordinates DTFS' priority.

making any such payment(s). The Intercompany Advances Charge shall have the priority set out in paragraphs 60 and 61 hereof.

### Reservation of Rights

4. DTFS expressly does not consent to the priming of its security interests or liens and reserves all of its rights. Pending entry of the Recognition Order, to the extent any Debtor or DIP Borrower proposes to create or enforce a security interest lien on account of any Intercompany Advances Charge in a way that is senior to any possessed by DTFS, DTFS reserves its right to object to and to contest or challenge any such efforts.

5. Nothing in the record to date explains the necessity or appropriateness' of priming DTFS. DTFS further reserves the right to seek discovery.

Dated: April 10, 2024

**GREENBERG TRAURIG, LLP**

By: /s/ Dennis A. Meloro
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
Email: Anthony. Clark@gtlaw.com
         Dennis.Meloro@gtlaw.com

-and-

Kim Gage
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, 10th Floor
Costa Mesa, CA  92626
Telephone: (714) 431-1090
E-mail: kgage@cookseylaw.com

*Counsel to Daimler Truck Financial Services USA LLC*