IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 15 |
| Pride Group Holdings Inc., *et al.* | ) Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF TRIP NIX

Pursuant to Local Rule 9010-1 and the certification below, the undersigned counsel moves for the admission *pro hac vice* of Trip Nix of the law firm Holland & Knight LLP to represent Regions Equipment Finance Corporation and Regions Commercial Equipment Finance, LLC in the above-captioned matter.

Dated: April 10, 2024

*/s/ Ryan M. Bartley*
Ryan M. Bartley (No. 4985)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Email: rbartley@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 10, 2024

*/s/Trip Nix*
Trip Nix
HOLLAND & KNIGHT LLP
100 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 685-6400
Email: trip.nix@hklaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: April 11th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

31532561.1