# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM 7

CASE NUMBER: 24-10632    CASE NAME: Pride Group Holding, Inc.    DATE: 4/11/2024 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael DeBaecke | Ashby Geddes | PACCAR Financial Corp. |
| Timothy J. Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
| Steve Tetro | Chapman & Cutler | Royal Bank of Canada, as Agent |
| Matthew Ward | Womble | " |
| Morgan Patty | WBD | VFS |
| Jonathon Lipshie | UST | UST |
| Jami Nimeroff | Brown McGarry Nimeroff LLC | Triumph Financial Services |
| Chris Hunker | Linklaters | Foreign Rep. |
| Penelope Jensen | " | " |
| Andrew Remming | MNAT | " |
| Clint Carlisle | " | " |
| Autum Park | " | " |
| Dennis A. Meloro | Greenberg Traurig LLP | Daimler Truck Financial Services |
| Ryan Bartley | YCST | Regions |

Pride Group Holdings Inc.
24-10632

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Rick | Archer | Law360 | | Audio Only |
| Todd | Atkinson | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| Ryan | Bartley | Young Conaway Stargatt & Taylor, LLP | Regions | Video and Audio |
| Michael | Benz | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |
| Kevin | Biron | Morgan, Lewis & Bockius LLP | National Bank of Canada | Video and Audio |
| Stuart | Brotman | Fasken | Royal Bank of Canada | Video and Audio |
| Michael | DeBaecke | Ashby & Geddes, P.A. | PACCAR | Video and Audio |
| Carmen | Dingman | McDermott Will & Emery LLP | Interested Party | Video and Audio |
| Jade | Edwards | | Regions Bank | Video and Audio |
| Graham | Fisher | Morgan, Lewis and Bockius LLP | National Bank of Canada | Video and Audio |
| Kim | Gage | Cooksey, Toolen, Gage, Duffy & Woog | | Video and Audio |
| Clara | Geoghegan | | Law360 | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Charlie | Livermon | Womble Bond | Volvo Financial Services | Video and Audio |
| Daniel | Loberto | Blakes | Monitor&#039;s counsel | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Daimler Financisl | Video and Audio |
| Tina | Moss | Perkins Coie LLP | PACCAR | Video and Audio |
| Ryan | Nadick | McDonald Hopkins LLC | Roynat Inc, | Video and Audio |
| Rachel | Nicholson | Thornton Grout Finnigan | Canadian counsel to Debtors | Video and Audio |
| Trip | Nix | | | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Debtors | Video and Audio |
| Deborah | Perry | Munsch Hardt Kopf & Harr PC | Milestone Trailer Leasing LLC | Video and Audio |
| Amtoj | Randhawa | | | Audio Only |
| Daniel | Richer | Fasken | Royal Bank of Canada | Video and Audio |
| Sean | Scott | | Regions Bank | Video and Audio |
| Dev | Singh | Fasken | Royal Bank of Canada | Video and Audio |
| Curtis | Smith | Linklaters LLP | | Video and Audio |
| Garrick | Smith | Munsch Hardt Kopf & Harr, P.C. | Milestone Trailer Leasing, LLC | Video and Audio |
| James | Sullivan | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Stephen | Tetro | stetro@chapman.com | Pride Group Holdings Inc. and Randall Benson | Video and Audio |
| Joseph | Trad | | Regions | Video and Audio |
| Matthew | Ward | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| Leanne | Williams | Thornton Grout Finnigan | Canadian counsel to Debtors | Video and Audio |
| Yuliya | Zahoroda | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |
| Ben | Zigterman | Law360 | Law360 | Audio Only |