# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| PRIDE GROUP HOLDINGS INC., *et al.*[1] | ) | Case No. 24-10632 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtor | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Workforce Commission ("TWC") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Christopher S. Murphy
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
christopher.murphy@oag.texas.gov

The TWC respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

<u>*/s/ Christopher S. Murphy*</u>
**CHRISTOPHER S. MURPHY**
Assistant Attorney General
Texas State Bar No. 24079031

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov

**ATTORNEYS FOR THE TEXAS**
**WORKFORCE COMMISSION**

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2024, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Arnold Transportation Services, Inc.
3375 High Prairie Rd
Grand Prairie, TX 75050

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Derek C. Abbott** DAbbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com
- **Derek C. Abbott** Dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com
- **Derek C. Abbott** dabbott@mnat.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com
- **Derek C. Abbott** dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com
- **Jason Daniel Angelo** JAngelo@reedsmith.com, glauer@reedsmith.com
- **Todd Allan Atkinson** todd.atkinson@wbd-us.com, heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
- **Marc J. Carmel** mcarmel@mcdonaldhopkins.com
- **Michael David DeBaecke** mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
- **Epiq Corporate Restructuring, LLC** sgarabato@epiqglobal.com
- **Timothy Jay Fox** timothy.fox@usdoj.gov
- **Kim Patterson Gage** kgage@cookseylaw.com
- **Alexis R. Gambale** alexis.gambale@stevenslee.com, matthew.nagle@stevenslee.com
- **Tara L. Grundemeier** houston_bankruptcy@lgbs.com
- **David M. Klauder** dklauder@bk-legal.com, DE17@ecfcbis.com
- **James S Livermon** charlie.livermon@wbd-us.com
- **Jason C. Manfrey** jason.manfrey@stevenslee.com, jdistanislao@foxrothchild.com;brian-oneill-fox-5537@ecf.pacerpro.com
- **Dennis A. Meloro** melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Austin Park** apark@morrisnichols.com

3

- **Morgan L. Patterson** morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
- **Deborah Michelle Perry** dperry@munsch.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Matthew P. Ward** matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

*/s/ Christopher S. Murphy*
**CHRISTOPHER S. MURPHY**