## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 15 |
| PRIDE GROUP HOLDINGS INC., *et al.*[1] | ) ) ) | Case No. 24-10632 (CTG) |
|  | ) ) | (Jointly Administered) |
| Debtor | ) |  |

### GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Texas Workforce Commission, by and through the Office of the Attorney General of Texas, in this action: I am admitted to practice law in the U.S. District Courts for the Western, Eastern, Northern and Southern Districts of Texas, the Supreme Court of Texas and all lower Texas courts. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Christopher S. Murphy*
**CHRISTOPHER S. MURPHY**
Assistant Attorney General
Texas State Bar No. 24079031

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov

**ATTORNEYS FOR THE TEXAS**
**WORKFORCE COMMISSION**

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2024, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Arnold Transportation Services, Inc.
3375 High Prairie Rd
Grand Prairie, TX 75050

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Derek C. Abbott** DAbbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com
- **Derek C. Abbott** Dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com
- **Derek C. Abbott** dabbott@mnat.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com
- **Derek C. Abbott** dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com
- **Jason Daniel Angelo** JAngelo@reedsmith.com, glauer@reedsmith.com
- **Todd Allan Atkinson** todd.atkinson@wbd-us.com, heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
- **Marc J. Carmel** mcarmel@mcdonaldhopkins.com
- **Michael David DeBaecke** mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com
- **Epiq Corporate Restructuring, LLC** sgarabato@epiqglobal.com
- **Timothy Jay Fox** timothy.fox@usdoj.gov
- **Kim Patterson Gage** kgage@cookseylaw.com
- **Alexis R. Gambale** alexis.gambale@stevenslee.com, matthew.nagle@stevenslee.com
- **Tara L. Grundemeier** houston_bankruptcy@lgbs.com
- **David M. Klauder** dklauder@bk-legal.com, DE17@ecfcbis.com
- **James S Livermon** charlie.livermon@wbd-us.com
- **Jason C. Manfrey** jason.manfrey@stevenslee.com, jdistanislao@foxrothchild.com;brian-oneill-fox-5537@ecf.pacerpro.com
- **Dennis A. Meloro** melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Austin Park** apark@morrisnichols.com

- **Morgan L. Patterson** morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
- **Deborah Michelle Perry** dperry@munsch.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Matthew P. Ward** matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

*/s/ Christopher S. Murphy*
**CHRISTOPHER S. MURPHY**