## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., et al.<br><br>                Debtors. | Chapter 15<br><br>Case No. 24-10632 |

### NOTICE OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE THAT Triumph Financial Services LLC ("Triumph"), by and through undersigned counsel, enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served as follows:

> Jami B. Nimeroff, Esquire
> BROWN McGARRY NIMEROFF LLC
> 919 N. Market Street, Suite 420
> Wilmington, DE 19801
> Telephone: (302) 428-8142
> Facsimile: (302) 351-2744
> Email: jnimeroff@bmnlawyers.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

Triumph's right (i) to have final orders in non-core matters and certain core matters entered by an Article III judge or entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Triumph is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: April 15, 2024

BROWN McGARRY NIMEROFF LLC

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire (No. 4049)
919 N. Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8142
Facsimile: (302) 351-2744
Email: jnimeroff@bmnlawyers.com

*Attorneys for Triumph Financial Services LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., et al.<br><br>                  Debtors. | Chapter 15<br><br>Case No. 24-10632 |

**<u>CERTIFICATE OF SERVICE</u>**

      I, Jami B. Nimeroff, hereby certify that on this 15th day of April, 2024, I caused a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers to be electronically filed with the Court using the CM/ECF System and to be served upon all parties requesting service therefrom. The document is available for viewing and downloading.

                                                        */s/ Jami B. Nimeroff*
                                                        Jami B. Nimeroff