**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Truck Rental Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Leasing Capital Corporation, | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Truck Sales Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Rental USA, Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Coastline Holdings, Corp., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group Logistics Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |

| | |
|---|---|
| In re | Chapter 15 |
| 2043002 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Fleet Solutions Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Dixie Truck Parts Inc. (Canada), | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Dixie Truck Parts Inc. (US), | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Financial Services Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Financial Services Corp., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group Logistics USA, Co., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |

| | |
|---|---|
| In re | Chapter 15 |
| Pride Fleet Solutions USA Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group Real Estate Holdings Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group EV Sales Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group Logistics International Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 2692293 Ontario Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 1000089137 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 2554193 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |

| | |
|---|---|
| In re | Chapter 15 |
| 2554194 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Arnold Transportation Services, Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Parker Transport Co., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Parker Global Enterprises, Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| DVP Holdings, Corp., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 102098416 Saskatchewan Ltd., | Case No. 24-10771 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 11670 Interstate Holding, Corp., | Case No. 24-10782 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 12944154 Canada Inc., | Case No. 24-10777 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 131 Industrial Blvd Holding Corp., | Case No. 24-10791 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 13184633 Canada Inc., | Case No. 24-10780 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 13761983 Canada Inc., | Case No. 24-10781 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 13th Street Pompano Beach FL Holding Corp., | Case No. 24-10797 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 1450 Meyerside Holding Inc., | Case No. 24-10787 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 162 Route Road Troy Holding Corp., | Case No. 24-10792 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 177A Street Surrey Holding Inc., | Case No. 24-10793 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2029909 Ontario Inc., | Case No. 24-10786 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2076401 Ontario Inc., | Case No. 24-10788 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2108184 Alberta Ltd., | Case No. 24-10789 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2837229 Ontario Inc., | Case No. 24-10774 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2863283 Ontario Inc., | Case No. 24-10776 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 3000 Pitfield Holding Inc., | Case No. 24-10795 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 30530 Matsqui Abbotsford Holding Inc., | Case No. 24-10784 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 401 South Meridian OKC Holding Corp., | Case No. 24-10794 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 52 Street Edmonton Holding Inc., | Case No. 24-10798 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 59th Ave Phoenix Holding Corp., | Case No. 24-10799 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 68th Street Saskatoon Holding Inc., | Case No. 24-10800 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 8201 Hwy 66 Tulsa Holding Corp., | Case No. 24-10796 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 84 St SE Calgary Holdings Inc., | Case No. 24-10801 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 87th Avenue Medley FL Holding Corp., | Case No. 24-10790 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 933 Helena Holdings Inc., | Case No. 24-10783 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 963 Sweetwater Holding Corp., | Case No. 24-10785 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Alexis Investments, LLC, | Case No. 24-10773 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Bishop Road Holding Corp., | Case No. 24-10775 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Corrington Missouri Holding Corp., | Case No. 24-10778 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Crescentville Road Cincinnati Holding Corp., | Case No. 24-10779 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re<br><br>Di Miller Drive Bakersfield Holding Corp.,<br><br>          Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10765 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>East Brundage Lane Bakersfield Holding Corp.,<br><br>          Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10767 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>Eastgate Missouri Holding Corp.,<br><br>          Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10769 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>French Camp Holding Corp.,<br><br>          Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10770 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>Frontage Road Holding Corp.,<br><br>          Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10772 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>High Prairie Texas Holding Corp.,<br><br>          Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10758 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>Highway 46 McFarland Holding Corp.,<br><br>          Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10761 (CTG)<br><br>(Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| Loop 820 Fort Worth Holding Corp., | Case No. 24-10763 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Manheim Road Holding Corp., | Case No. 24-10766 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Oakmont Drive IN Holding Corp., | Case No. 24-10768 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Old National Highway Holding Corp., | Case No. 24-10757 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| PGED Holding, Corp., | Case No. 24-10759 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Terminal Road Holding, Corp., | Case No. 24-10760 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Ternes Drive Holding Corp., | Case No. 24-10762 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| Valley Boulevard Fontana Holding Corp., | Case No. 24-10764 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

### SECOND MOTION OF THE FOREIGN REPRESENTATIVE FOR ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 15 CASES AND RELATED RELIEF

Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the *Companies' Creditors Arrangement Act*, R.S.C. 1985 c. C-36, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached as **Exhibit A**, (i) authorizing and directing the joint administration of the above-captioned chapter 15 cases (the "Chapter 15 Cases") for procedural purposes only pursuant to Section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); (ii) authorizing the filing of a consolidated list pursuant to Bankruptcy Rule 1007(a)(4); and (iii) granting related relief.  In support of this Motion, the Foreign Representative respectfully states as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for

14

the District of Delaware, dated February 29, 2012.  Recognition of a foreign proceeding and other matters under chapter 15 of the Bankruptcy Code are core matters under 28 U.S.C. § 157(b)(2)(P).

2.      The Foreign Representative, solely in his capacity as such, consents to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

3.      Venue is proper in this District pursuant to 28 U.S.C. § 1410.

4.      The statutory predicates for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1.

## **BACKGROUND**

5.      On March 27, 2024, the Debtors commenced the CCAA Proceedings under the supervision of the Canadian Court.  On March 28, 2024, the Canadian Court signed an order (as amended and restated by order of the Canadian Court dated April 9, 2024, the "A&R Initial Order") authorizing, among other things, Randall Benson to act as the Foreign Representative of the Debtors.

6.      On April 1, 2024, the Foreign Representative filed petitions for certain of the Debtors (the "Initial Debtors")[1] under chapter 15 of the Bankruptcy Code for recognition of the CCAA Proceedings, thereby commencing the Initial Debtors' Chapter 15 Cases.

7.      On April 2, 2024, the Court entered the *Order Directing Joint Administration of Chapter 15 Cases and Granting Related Relief* [Dkt. No. 42], pursuant to which the Court directed the joint administration of the Initial Debtors' Chapter 15 Cases for procedural purposes only.

---

[1]      A list of the Initial Debtors is set forth in **Exhibit B** attached hereto.

8.      On April 15. 2024, the Foreign Representative filed petitions for certain affiliates of the Initial Debtors (the "New Debtors")[2] under chapter 15 of the Bankruptcy Code for recognition of the CCAA Proceedings, thereby commencing the New Debtors' Chapter 15 Cases.

9.      A detailed description of the Debtors and their business and the facts and circumstances surrounding the CCAA Proceedings and the Chapter 15 Cases are set forth in the (i) *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 2] (the "Verified Petition"),[3] and (ii) the *Declaration of Randall Benson in Support of (A) the Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code and (B) Motion for Provisional Relief* [D.I. 3] (the "Foreign Representative Declaration").   The Foreign Representative intends to file an amended Verified Petition and amended Foreign Representative Declaration in the coming days.

## RELIEF REQUESTED

10.      By this Motion, the Foreign Representative respectfully requests entry of an order, substantially in the form attached as **Exhibit A**, authorizing and directing the joint administration of the Chapter 15 Cases for procedural purposes only.

11.      The Foreign Representative also requests that the caption of the Chapter 15 Cases be modified to reflect the joint administration of such cases, substantially as follows (including the accompanying footnote as follows):

---

[2]      A list of the New Debtors is set forth in **Exhibit C** attached hereto.

[3]      Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Verified Petition.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.* [1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |

1    The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

12.    The Foreign Representative requests that the Court find that the proposed caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

13.    The Foreign Representative also requests that the following notation be entered on the docket for each of the Chapter 15 Cases, except in the case of Pride Group Holdings Inc., to reflect the joint administration of these Chapter 15 Cases:

An Order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the chapter 15 cases of Pride Group Holdings Inc., TPine Truck Rental Inc., TPine Leasing Capital Corporation, Pride Truck Sales Ltd., Pride Group Logistics Ltd., 2043002 Ontario Inc., Pride Fleet Solutions Inc., Dixie Truck Parts Inc. (Canada), TPine Financial Services Inc., Pride Group Real Estate Holdings Inc., Pride Group EV Sales Ltd., Pride Group Logistics International Ltd., 2692293 Ontario Ltd., 1000089137 Ontario Inc., 2554193 Ontario Inc., 2554194 Ontario Inc., TPine Rental USA, Inc., Coastline Holdings, Corp., Pride Fleet Solutions USA Inc., Pride Group Logistics USA, Co., Dixie Truck Parts Inc. (US), TPine Financial Services Corp., Arnold Transportation Services, Inc., Parker Transport Co., Parker

Global Enterprises, Inc., DVP Holdings, Corp., 102098416 Saskatchewan Ltd., 11670 Interstate Holding, Corp., 12944154 Canada Inc., 131 Industrial Blvd Holding Corp., 13184633 Canada Inc., 13761983 Canada Inc., 13th Street Pompano Beach FL Holding Corp., 1450 Meyerside Holding Inc., 162 Route Road Troy Holding Corp., 177A Street Surrey Holding Inc., 2029909 Ontario Inc., 2076401 Ontario Inc., 2108184 Alberta Ltd., 2837229 Ontario Inc., 2863283 Ontario Inc., 3000 Pitfield Holding Inc., 30530 Matsqui Abbotsford Holding Inc., 401 South Meridian OKC Holding Corp., 52 Street Edmonton Holding Inc., 59th Ave Phoenix Holding Corp., 68th Street Saskatoon Holding Inc., 8201 Hwy 66 Tulsa Holding Corp., 84 St SE Calgary Holdings Inc., 87th Avenue Medley FL Holding Corp., 933 Helena Holdings Inc., 963 Sweetwater Holding Corp., Alexis Investments, LLC, Bishop Road Holding Corp., Corrington Missouri Holding Corp., Crescentville Road Cincinnati Holding Corp., Di Miller Drive Bakersfield Holding Corp., East Brundage Lane Bakersfield Holding Corp., Eastgate Missouri Holding Corp., French Camp Holding Corp., Frontage Road Holding Corp., High Prairie Texas Holding Corp., Highway 46 McFarland Holding Corp., Loop 820 Fort Worth Holding Corp., Manheim Road Holding Corp., Oakmont Drive IN Holding Corp., Old National Highway Holding Corp., PGED Holding, Corp., Terminal Road Holding, Corp., Ternes Drive Holding Corp., and Valley Boulevard Fontana Holding Corp. The docket in Case No. 24-10632 (CTG) should be consulted for all matters affecting this case.

14.    Further, the Foreign Representative requests that the Court authorizes the Foreign Representative to file and utilize a combined list under Bankruptcy Rule 1007(a)(4) for these jointly-administered Chapter 15 Cases and that combined notices may be sent to the Debtors' creditors and other parties in interest where appropriate.

## BASIS FOR RELIEF REQUESTED

15.    Bankruptcy Rule 1015(b) provides that if two or more petitions for relief are pending in the same court by or against a debtor and its affiliate, the court may order joint administration of the cases. The Debtors are "affiliates" as that term is defined under section 101(2) of the Bankruptcy Code, as each of the Debtors are under 100% common ownership and control.

16.     Additionally, Local Rule 1015-1 provides that this Court may order joint administration without notice or a hearing upon the filing of a motion requesting such joint administration and an affidavit or verification establishing that joint administration is warranted and will ease the administrative burden for the Court and the parties.

17.     Entry of an order directing joint administration of the Chapter 15 Cases will avoid duplicative notices, applications and orders, thereby saving the Foreign Representative and parties in interest considerable time and expense and easing the administrative burden on the Court and the parties.  The rights of creditors will not be adversely affected because this Motion requests only administrative consolidation of the Chapter 15 Cases.  By aggregating all papers related to the Debtors under the same case caption and docket, creditors and parties in interest will be able to access and review relevant information concerning the Debtors in one place, which will better enable parties to keep apprised of the matters before this Court.

18.     Additionally, filing a consolidated list under Bankruptcy Rule 1007(a)(4) is appropriate in these cases.  As the provisional and final relief sought in each of these cases is identical, and any additional relief sought is likely to impact most or all of the Debtors, the Foreign Representative anticipates that most if not all motions, notices, hearings, orders and other papers filed in these cases will affect most or all of the Debtors.  Under these circumstances filing and maintaining separate lists under Bankruptcy Rule 1007(a)(4) would result in unnecessary confusion and wasteful duplication of effort and service.

## NOTICE

19.     The Foreign Representative has provided notice of this Motion consistent with Local Rule 9013-1(m).  The Foreign Representative submits that such notice is sufficient in view of the facts and circumstances, and no other or further notice need be provided.

## **CONCLUSION**

WHEREFORE, the Foreign Representative respectfully requests that the Court enter an order, substantially in the form attached as **Exhibit A**, (i) authorizing and directing the joint administration of the Chapter 15 Cases for procedural purposes only, (ii) authorizing the filing of a consolidated list pursuant to Bankruptcy Rule 1007(a)(4) and (iii) granting related relief as this Court deems just and proper.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 15, 2024
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3367)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 903-9000
Facsimile:  (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*