**Exhibit B**

**Initial Debtors**

1000089137 ONTARIO INC.
2043002 ONTARIO INC.
2554193 ONTARIO INC.
2554194 ONTARIO INC.
2692293 ONTARIO LTD.
ARNOLD TRANSPORTATION SERVICES, INC.
COASTLINE HOLDINGS, CORP.
DIXIE TRUCK PARTS INC. (CANADA)
DIXIE TRUCK PARTS INC. (US)
DVP HOLDINGS, CORP.
PARKER GLOBAL ENTERPRISES, INC.
PARKER TRANSPORT CO.
PRIDE FLEET SOLUTIONS INC.
PRIDE FLEET SOLUTIONS USA INC.
PRIDE GROUP EV SALES LTD.
PRIDE GROUP HOLDINGS INC.
PRIDE GROUP LOGISTICS INTERNATIONAL LTD.
PRIDE GROUP LOGISTICS LTD.
PRIDE GROUP LOGISTICS USA, CO.
PRIDE GROUP REAL ESTATE HOLDINGS INC.
PRIDE TRUCK SALES LTD.
TPINE FINANCIAL SERVICES CORP.
TPINE FINANCIAL SERVICES INC.
TPINE LEASING CAPITAL CORPORATION
TPINE RENTAL USA, INC.
TPINE TRUCK RENTAL INC.