**Exhibit C**

**New Debtors**

102098416 SASKATCHEWAN LTD.
11670 INTERSTATE HOLDING, CORP.
12944154 CANADA INC.
131 INDUSTRIAL BLVD HOLDING CORP.
13184633 CANADA INC.
13761983 CANADA INC.
13TH STREET POMPANO BEACH FL HOLDING CORP.
1450 MEYERSIDE HOLDING INC.
162 ROUTE ROAD TROY HOLDING CORP.
177A STREET SURREY HOLDING INC.
2029909 ONTARIO INC.
2076401 ONTARIO INC.
2108184 ALBERTA LTD.
2837229 ONTARIO INC.
2863283 ONTARIO INC.
3000 PITFIELD HOLDING INC.
30530 MATSQUI ABBOTSFORD HOLDING INC.
401 SOUTH MERIDIAN OKC HOLDING CORP.
52 STREET EDMONTON HOLDING INC.
59TH AVE PHOENIX HOLDING CORP.
68TH STREET SASKATOON HOLDING INC.
8201 HWY 66 TULSA HOLDING CORP.
84 ST SE CALGARY HOLDINGS INC.
87TH AVENUE MEDLEY FL HOLDING CORP.
933 HELENA HOLDINGS INC.
963 SWEETWATER HOLDING CORP.
ALEXIS INVESTMENTS, LLC
BISHOP ROAD HOLDING CORP.
CORRINGTON MISSOURI HOLDING CORP.
CRESCENTVILLE ROAD CINCINNATI HOLDING CORP.
DI MILLER DRIVE BAKERSFIELD HOLDING CORP.
EAST BRUNDAGE LANE BAKERSFIELD HOLDING CORP.
EASTGATE MISSOURI HOLDING CORP.
FRENCH CAMP HOLDING CORP.
FRONTAGE ROAD HOLDING CORP.
HIGH PRAIRIE TEXAS HOLDING CORP.
HIGHWAY 46 MCFARLAND HOLDING CORP.
LOOP 820 FORT WORTH HOLDING CORP.
MANHEIM ROAD HOLDING CORP.
OAKMONT DRIVE IN HOLDING CORP.

OLD NATIONAL HIGHWAY HOLDING CORP.
PGED HOLDING, CORP.
TERMINAL ROAD HOLDING, CORP.
TERNES DRIVE HOLDING CORP.
VALLEY BOULEVARD FONTANA HOLDING CORP.