# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

**AMENDED**[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 16, 2024 AT 2:00 P.M. (EASTERN TIME)**

> This hearing will be conducted in-person in Courtroom #7, 3rd floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.
>
> COURTCALL WILL NOT BE USED FOR THIS HEARING. To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.

## MATTER GOING FORWARD

1. Motion of the Foreign Representative for Entry of an Order Granting Provisional Relief in Connection with Debtor in Possession Financing and Certain Protocols Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code (D.I. 70, filed 4/9/24).

   Objection / Response Deadline: April 10, 2024 at 11:59 p.m. (ET)

   Related Documents:

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Amended items in **bold**.

A.  Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (D.I. 2, Filed 4/1/24);

B.  Declaration of Randall Benson in Support of (A) the Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative and (III) Related Relief under Chapter 15 of the Bankruptcy Code and (B) Motion for Provisional Relief (D.I. 3, Filed 4/1/24);

C.  Motion of the Foreign Representative for Entry of an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code (D.I. 6; Filed 4/1/24);

D.  Declaration of Randall Benson in Support of Motion of the Foreign Representative for Entry of an Order Granting Provisional Relief in Connection with Debtor in Possession Financing and Certain Protocols Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code (D.I. 71, filed 4/9/24);

E.  Notice of Motion and Hearing (D.I. 72, filed 4/9/24)**; and**

F.  **Notice of Filing of Revised Proposed Order Granting Provisional Relief in Connection with Debtor in Possession Financing and Certain Protocols pursuant to Sections 105(a) and 1519 Of the Bankruptcy Code. (To be filed).**

Responses Received:

A.  Reservation of Rights Regarding Motion of the Foreign Representative for Entry of an Order Granting Provisional Relief in Connection with Debtor in Possession Financing and Certain Protocols Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code (D.I. 79, filed 4/11/24); and

B.  Region Bank's Limited Objection and Reservation of Rights to the Motion of the Foreign Representative for Entry of an Order Granting Provisional Relief in Connection with Debtor in Possession Financing and Certain Protocols Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code (D.I. 90, filed 4/11/24).

Status: This matter will be going forward.

## FIRST DAY HEARING FOR ADDITIONAL DEBTORS

2.  **Second Motion of the Foreign Representative for Order Directing Joint Administration of Chapter 15 Cases and Related Relief (D.I. 102, filed 4/15/24).**

**Petitions:**

A. **Old National Highway Holding Corp.**
   Case No. 24-10757 (D.I. 1, filed 4/15/24);

B. **High Prairie Texas Holding Corp.**
   Case No. 24-10758 (D.I. 1, filed 4/15/24);

C. **PGED Holding, Corp.**
   Case No. 24-10759 (D.I. 1, filed 4/15/24);

D. **Terminal Road Holding, Corp.**
   Case No. 24-10760 (D.I. 1, filed 4/15/24);

E. **Highway 46 McFarland Holding Corp.**
   Case No. 24-10761 (D.I. 1, filed 4/15/24);

F. **Ternes Drive Holding Corp.**
   Case No. 24-10762 (D.I. 1, filed 4/15/24);

G. **Loop 820 Fort Worth Holding Corp.**
   Case No. 24-10763 (D.I. 1, filed 4/15/24);

H. **Valley Boulevard Fontana Holding Corp.**
   Case No. 24-10764 (D.I. 1, filed 4/15/24);

I. **Di Miller Drive Bakersfield Holding Corp.**
   Case No. 24-10765 (D.I. 1, filed 4/15/24);

J. **Manheim Road Holding Corp.**
   Case No. 24-10766 (D.I. 1, filed 4/15/24);

K. **East Brundage Lane Bakersfield Holding Corp.**
   Case No. 24-10767 (D.I. 1, filed 4/15/24);

L. **Oakmont Drive IN Holding Corp.**
   Case No. 24-10768 (D.I. 1, filed 4/15/24);

M. **Eastgate Missouri Holding Corp.**
   Case No. 24-10769 (D.I. 1, filed 4/15/24);

N. **French Camp Holding Corp.**
   Case No. 24-10770 (D.I. 1, filed 4/15/24);

O. **102098416 Saskatchewan Ltd.**
   Case No. 24-10771 (D.I. 1, filed 4/15/24);

P.    **Frontage Road Holding Corp.**
Case No. 24-10772 (D.I. 1, filed 4/15/24);

Q.    **Alexis Investments, LLC**
Case No. 24-10773 (D.I. 1, filed 4/15/24);

R.    **2837229 Ontario Inc.**
Case No. 24-10774 (D.I. 1, filed 4/15/24);

S.    **Bishop Road Holding Corp.**
Case No. 24-10775 (D.I. 1, filed 4/15/24);

T.    **2863283 Ontario Inc.**
Case No. 24-10776 (D.I. 1, filed 4/15/24);

U.    **12944154 Canada Inc.**
Case No. 24-10777 (D.I. 1, filed 4/15/24);

V.    **Corrington Missouri Holding Corp.**
Case No. 24-10778 (D.I. 1, filed 4/15/24);

W.    **Crescentville Road Cincinnati Holding Corp.**
Case No. 24-10779 (D.I. 1, filed 4/15/24);

X.    **13184633 Canada Inc.**
Case No. 24-10780 (D.I. 1, filed 4/15/24);

Y.    **13761983 Canada Inc.**
Case No. 24-10781 (D.I. 1, filed 4/15/24);

Z.    **11670 Interstate Holding, Corp.**
Case No. 24-10782 (D.I. 1, filed 4/15/24);

AA.    **933 Helena Holdings Inc.**
Case No. 24-10783 (D.I. 1, filed 4/15/24);

BB.    **30530 Matsqui Abbotsford Holding Inc.**
Case No. 24-10784 (D.I. 1, filed 4/15/24);

CC.    **963 Sweetwater Holding Corp.**
Case No. 24-10785 (D.I. 1, filed 4/15/24);

DD.    **2029909 Ontario Inc.**
Case No. 24-10786 (D.I. 1, filed 4/15/24);

**EE.**     **1450 Meyerside Holding Inc.**
**Case No. 24-10787 (D.I. 1, filed 4/15/24);**

**FF.**     **2076401 Ontario Inc.**
**Case No. 24-10788 (D.I. 1, filed 4/15/24);**

**GG.**     **2108184 Alberta Ltd.**
**Case No. 24-10789 (D.I. 1, filed 4/15/24);**

**HH.**     **87th Avenue Medley FL Holding Corp.**
**Case No. 24-10790 (D.I. 1, filed 4/15/24);**

**II.**     **131 Industrial Blvd Holding Corp.**
**Case No. 24-10791 (D.I. 1, filed 4/15/24);**

**JJ.**     **162 Route Road Troy Holding Corp.**
**Case No. 24-10792 (D.I. 1, filed 4/15/24);**

**KK.**     **177A Street Surrey Holding Inc.**
**Case No. 24-10793 (D.I. 1, filed 4/15/24);**

**LL.**     **401 South Meridian OKC Holding Corp.**
**Case No. 24-10794 (D.I. 1, filed 4/15/24);**

**MM.**     **3000 Pitfield Holding Inc.**
**Case No. 24-10795 (D.I. 1, filed 4/15/24);**

**NN.**     **8201 Hwy 66 Tulsa Holding Corp.**
**Case No. 24-10796 (D.I. 1, filed 4/15/24);**

**OO.**     **13th Street Pompano Beach FL Holding Corp.**
**Case No. 24-10797 (D.I. 1, filed 4/15/24);**

**PP.**     **52 Street Edmonton Holding Inc.**
**Case No. 24-10798 (D.I. 1, filed 4/15/24);**

**QQ.**     **59th Ave Phoenix Holding Corp.**
**Case No. 24-10799 (D.I. 1, filed 4/15/24);**

**RR.**     **68th Street Saskatoon Holding Inc.**
**Case No. 24-10800 (D.I. 1, filed 4/15/24);**

**SS.**     **84 St SE Calgary Holdings Inc.**
**Case No. 24-10801 (D.I. 1, filed 4/15/24).**

**Status:** This matter is going forward.

Dated: April 16, 2024
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
abbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*