# SIGN-IN SHEET

**JUDGE**: Goldblatt    **COURTROOM**: 7

**CASE NUMBER**: 24-10632 CASE **NAME**: Pride Group Holdings Inc. **DATE**: 4/16/2024 (2:00 p.m.)

*****PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED*****

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stephen Tetro | Chapman & Cutler | Royal Bank of Canada |
| Matthew Ward | Womble Bond Dickinson | " |
| Michael DeBaecke | Ashby Geddes | PACCAR Financial Corp. |
| Jami Nimeroff | Brown McGarry Nimeroff LLC | Triumph Financial Services |
| Timothy J. Fox Jr. | Office U.S. Trustee | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Pride Group Holdings Inc., et al.

24-10632

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Derek | Abbott | Morris, Nichols, Arsht & Tunnell | Debtors | Video and Audio |
| Rick | Archer | | Law360 | Audio Only |
| Todd | Atkinson | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| Randall | Benson | RC Benson Consulting | Foreign Representative | Video and Audio |
| Michael | Benz | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |
| Stuart | Brotman | Fasken Firm | Royal Bank of Canada | Video and Audio |
| Clint | Carlisle | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Michael | DeBaecke | Ashby & Geddes, P.A. | PACCAR | Video and Audio |
| Carmen | Dingman | McDermott Will & Emery LLP | | Audio Only |
| Jade | Edwards | | Regions Bank | Video and Audio |
| Puya | Fesharaki | Thornton Grout Finnigan | Debtors | Video and Audio |
| Kim | Gage | Cooksey, Toolen, Gage, Duffy & Woog | | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Bradley | Giordano | McDermott Will & Emery LLP | | Audio Only |
| Joshua | Gross | | Regions Bank | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Christopher | Hunker | Linklaters LLP | Debtors&#039; counsel | Video and Audio |
| Penelope | Jensen | Linklaters LLP | Debtors | Video and Audio |
| Charlie | Livermon | Womble Bond | Volvo | Video and Audio |
| Daniel | Loberto | Blakes | Canadian Monitor&#039;s Counsel | Video and Audio |
| Matthew | Lunn | Young, Conaway, Stargatt & Taylor LLP | Regions Bank | Video and Audio |
| Stacy | Lutkus | McDermott Will & Emery LLP | | Audio Only |
| Tina | Moss | Perkins Coie LLP | PACCAR | Video and Audio |
| Rachel | Nicholson | Thornton Grout Finnigan | Debtors | Video and Audio |
| Trip | Nix | | | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Debtors | Video and Audio |
| Morgan | Patterson | Womble Bond Dickinson (US) LLP | Volvo | Video and Audio |
| Nolley | Rainey | McDermott Will & Emery LLP | | Audio Only |
| Amtoj | Randhawa | | | Audio Only |
| Andrew | Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtors | Video and Audio |
| Daniel | Richer | Fasken Firm | Royal Bank of Canada | Video and Audio |
| Sean | Scott | | Regions Bank | Video and Audio |
| Dev | Singh | Fasken Firm | Royal Bank of Canada | Video and Audio |

Pride Group Holdings Inc., et al.

24-10632

| Curtis | Smith | Linklaters LLP | Debtors | Video and Audio |
|--------|-------|----------------|---------|-----------------|
| Garrick | Smith | Munsch Hardt Kopf & Harr, P.C. | Milestone Equipment Leasing LLC | Video and Audio |
| James | Sullivan | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Stephen | Tetro | stetro@chapman.com | 312-845-3859 | Video and Audio |
| Joseph | Trad | | | Video and Audio |
| Matthew | Ward | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| Nichole | Wilcher | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| Leanne | Williams | Thornton Grout Finnigan | Debtors | Video and Audio |
| Clark | Xue | Linklaters LLP | Debtors&#039; counsel | Video and Audio |
| Yuliya | Zahoroda | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |
| Ben | Zigterman | Law360 | Law360 | Audio Only |