**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Truck Rental Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Leasing Capital Corporation, | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Truck Sales Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Rental USA, Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Coastline Holdings, Corp., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group Logistics Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |

| | |
|---|---|
| In re<br><br>2043002 Ontario Inc.,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |
| In re<br><br>Pride Fleet Solutions Inc.,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |
| In re<br><br>Dixie Truck Parts Inc. (Canada),<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |
| In re<br><br>Dixie Truck Parts Inc. (US),<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |
| In re<br><br>TPine Financial Services Inc.,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |
| In re<br><br>TPine Financial Services Corp.,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |
| In re<br><br>Pride Group Logistics USA, Co.,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

| | |
|---|---|
| In re | Chapter 15 |
| Pride Fleet Solutions USA Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group Real Estate Holdings Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group EV Sales Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group Logistics International Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 2692293 Ontario Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 1000089137 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 2554193 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |

| | |
|---|---|
| In re | Chapter 15 |
| 2554194 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Arnold Transportation Services, Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Parker Transport Co., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Parker Global Enterprises, Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| DVP Holdings, Corp., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 102098416 Saskatchewan Ltd., | Case No. 24-10771 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 11670 Interstate Holding, Corp., | Case No. 24-10782 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 12944154 Canada Inc., | Case No. 24-10777 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 131 Industrial Blvd Holding Corp., | Case No. 24-10791 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 13184633 Canada Inc., | Case No. 24-10780 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 13761983 Canada Inc., | Case No. 24-10781 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 13th Street Pompano Beach FL Holding Corp., | Case No. 24-10797 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 1450 Meyerside Holding Inc., | Case No. 24-10787 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 162 Route Road Troy Holding Corp., | Case No. 24-10792 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 177A Street Surrey Holding Inc., | Case No. 24-10793 (CTG) |
|     Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2029909 Ontario Inc., | Case No. 24-10786 (CTG) |
|     Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2076401 Ontario Inc., | Case No. 24-10788 (CTG) |
|     Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2108184 Alberta Ltd., | Case No. 24-10789 (CTG) |
|     Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2837229 Ontario Inc., | Case No. 24-10774 (CTG) |
|     Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 2863283 Ontario Inc., | Case No. 24-10776 (CTG) |
|     Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 3000 Pitfield Holding Inc., | Case No. 24-10795 (CTG) |
|     Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 30530 Matsqui Abbotsford Holding Inc., | Case No. 24-10784 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 401 South Meridian OKC Holding Corp., | Case No. 24-10794 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 52 Street Edmonton Holding Inc., | Case No. 24-10798 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 59th Ave Phoenix Holding Corp., | Case No. 24-10799 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 68th Street Saskatoon Holding Inc., | Case No. 24-10800 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 8201 Hwy 66 Tulsa Holding Corp., | Case No. 24-10796 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 84 St SE Calgary Holdings Inc., | Case No. 24-10801 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 87th Avenue Medley FL Holding Corp., | Case No. 24-10790 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 933 Helena Holdings Inc., | Case No. 24-10783 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 963 Sweetwater Holding Corp., | Case No. 24-10785 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Alexis Investments, LLC, | Case No. 24-10773 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Bishop Road Holding Corp., | Case No. 24-10775 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Corrington Missouri Holding Corp., | Case No. 24-10778 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Crescentville Road Cincinnati Holding Corp., | Case No. 24-10779 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| Di Miller Drive Bakersfield Holding Corp., | Case No. 24-10765 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| East Brundage Lane Bakersfield Holding Corp., | Case No. 24-10767 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Eastgate Missouri Holding Corp., | Case No. 24-10769 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| French Camp Holding Corp., | Case No. 24-10770 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Frontage Road Holding Corp., | Case No. 24-10772 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| High Prairie Texas Holding Corp., | Case No. 24-10758 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Highway 46 McFarland Holding Corp., | Case No. 24-10761 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| Loop 820 Fort Worth Holding Corp., | Case No. 24-10763 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Manheim Road Holding Corp., | Case No. 24-10766 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Oakmont Drive IN Holding Corp., | Case No. 24-10768 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Old National Highway Holding Corp., | Case No. 24-10757 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| PGED Holding, Corp., | Case No. 24-10759 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Terminal Road Holding, Corp., | Case No. 24-10760 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Ternes Drive Holding Corp., | Case No. 24-10762 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re<br><br>Valley Boulevard Fontana Holding Corp.,<br><br>              Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10764 (CTG)<br><br>(Joint Administration Requested) |

**ORDER DIRECTING JOINT ADMINISTRATION OF
CHAPTER 15 CASES AND GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[1] of Randall Benson, solely in his capacity as the duly authorized foreign representative (the "<u>Foreign Representative</u>") of the above-captioned debtors (collectively, the "<u>Debtors</u>"), for entry of an order (this "<u>Order</u>"): (i) directing the joint administration of these chapter 15 cases (the "<u>Chapter 15 Cases</u>") for procedural purposes only pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1; (ii) authorizing the filing of a consolidated list pursuant to Bankruptcy Rule 1007(a)(4); and (iii) granting related relief; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of this proceeding being proper before the Court pursuant to 28 U.S.C. § 1410; and the Court having determined that the relief requested in the Motion is necessary and beneficial to the Debtors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED as set forth herein.

    2.    Pursuant to Bankruptcy Rule 1015(b), the Chapter 15 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the docket of Case No. 24-10632 (CTG).

---

[1]     Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

3. The Clerk of Court shall maintain one file and one docket for these jointly administered cases, which file and docket for each of these Chapter 15 Cases shall be the file and docket for Pride Group Holdings Inc., Case No. 24-10632 (CTG).

4. All pleadings and other papers filed in the Chapter 15 Cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.* [1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

1    The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

5. The foregoing caption satisfies the requirements set forth in section 342(c) of the Bankruptcy Code and Bankruptcy Rule 1005 in all respects.

6. The following notation shall be entered on the docket for each of the Chapter 15 Cases, except in the case of Pride Group Holdings Inc., to reflect the joint administration of these Chapter 15 Cases:

> An Order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the chapter 15 cases of Pride Group Holdings Inc., TPine Truck Rental Inc., TPine Leasing Capital Corporation, Pride Truck Sales Ltd., Pride Group Logistics Ltd., 2043002 Ontario Inc., Pride Fleet Solutions Inc., Dixie Truck Parts Inc. (Canada), TPine Financial

Services Inc., Pride Group Real Estate Holdings Inc., Pride Group EV Sales Ltd., Pride Group Logistics International Ltd., 2692293 Ontario Ltd., 1000089137 Ontario Inc., 2554193 Ontario Inc., 2554194 Ontario Inc., TPine Rental USA, Inc., Coastline Holdings, Corp., Pride Fleet Solutions USA Inc., Pride Group Logistics USA, Co., Dixie Truck Parts Inc. (US), TPine Financial Services Corp., Arnold Transportation Services, Inc., Parker Transport Co., Parker Global Enterprises, Inc., DVP Holdings, Corp., 102098416 Saskatchewan Ltd., 11670 Interstate Holding, Corp., 12944154 Canada Inc., 131 Industrial Blvd Holding Corp., 13184633 Canada Inc., 13761983 Canada Inc., 13th Street Pompano Beach FL Holding Corp., 1450 Meyerside Holding Inc., 162 Route Road Troy Holding Corp., 177A Street Surrey Holding Inc., 2029909 Ontario Inc., 2076401 Ontario Inc., 2108184 Alberta Ltd., 2837229 Ontario Inc., 2863283 Ontario Inc., 3000 Pitfield Holding Inc., 30530 Matsqui Abbotsford Holding Inc., 401 South Meridian OKC Holding Corp., 52 Street Edmonton Holding Inc., 59th Ave Phoenix Holding Corp., 68th Street Saskatoon Holding Inc., 8201 Hwy 66 Tulsa Holding Corp., 84 St SE Calgary Holdings Inc., 87th Avenue Medley FL Holding Corp., 933 Helena Holdings Inc., 963 Sweetwater Holding Corp., Alexis Investments, LLC, Bishop Road Holding Corp., Corrington Missouri Holding Corp., Crescentville Road Cincinnati Holding Corp., Di Miller Drive Bakersfield Holding Corp., East Brundage Lane Bakersfield Holding Corp., Eastgate Missouri Holding Corp., French Camp Holding Corp., Frontage Road Holding Corp., High Prairie Texas Holding Corp., Highway 46 McFarland Holding Corp., Loop 820 Fort Worth Holding Corp., Manheim Road Holding Corp., Oakmont Drive IN Holding Corp., Old National Highway Holding Corp., PGED Holding, Corp., Terminal Road Holding, Corp., Ternes Drive Holding Corp., and Valley Boulevard Fontana Holding Corp. The docket in Case No. 24-10632 (CTG) should be consulted for all matters affecting this case.

7. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

8. The Foreign Representative is authorized to file and utilize a combined list under Bankruptcy Rule 1007(a)(4) for the Debtors' jointly-administered cases and may send combined notices to creditors of the Debtors and other parties in interest where appropriate.

9. The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and the Clerk is hereby directed to enter this Order on the docket in the chapter 15 case of each of the Debtors.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: April 16th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**