Schedule A
**List of Debtors**[1]

**Operating Companies**

*Canadian Operating Entities*

1. PRIDE TRUCK SALES LTD.
2. TPINE TRUCK RENTAL INC.
3. PRIDE GROUP LOGISTICS LTD.
4. PRIDE GROUP LOGISTICS INTERNATIONAL LTD.
5. TPINE LEASING CAPITAL CORPORATION
6. DIXIE TRUCK PARTS INC.
7. PRIDE FLEET SOLUTIONS INC.
8. TPINE FINANCIAL SERVICES INC.
9. PRIDE GROUP EV SALES LTD.

*U.S. Operating Entities*

1. TPINE RENTAL USA, INC.
2. PRIDE GROUP LOGISTICS USA, CO.
3. ARNOLD TRANSPORTATION SERVICES, INC.
4. DIXIE TRUCK PARTS INC.
5. TPINE FINANCIAL SERVICES CORP.
6. PARKER TRANSPORT CO.
7. PRIDE FLEET SOLUTIONS USA INC.

**Other Holding Companies**

*Other Canadian Holding Companies*

1. 2692293 ONTARIO LTD.
2. 2043002 ONTARIO INC.
3. PRIDE GROUP HOLDINGS INC.
4. 2554193 ONTARIO INC.
5. 2554194 ONTARIO INC.
6. PRIDE GROUP REAL ESTATE HOLDINGS INC.
7. 1000089137 ONTARIO INC.

*Other U.S. Holding Companies*

1. COASTLINE HOLDINGS, CORP.
2. PARKER GLOBAL ENTERPRISES, INC.

---

[1] Each of the "Operating Companies" and "Other Holding Companies" set forth below filed chapter 15 petitions on April 1, 2024. Each of the "Real Estate Holding Companies" set forth below filed chapter 15 petitions on [April 15], 2024.

3. DVP HOLDINGS, CORP.

**Real Estate Holding Companies**

*Canadian Real Estate Holding Companies*

1. 2029909 ONTARIO INC.
2. 2076401 ONTARIO INC.
3. 1450 MEYERSIDE HOLDING INC.
4. 933 HELENA HOLDINGS INC.
5. 30530 MATSQUI ABBOTSFORD HOLDING INC.
6. 2863283 ONTARIO INC.
7. 2837229 ONTARIO INC.
8. 2108184 ALBERTA LTD.
9. 12944154 CANADA INC.
10. 13184633 CANADA INC.
11. 13761983 CANADA INC.
12. 102098416 SASKATCHEWAN LTD.
13. 177A STREET SURREY HOLDING INC.
14. 52 STREET EDMONTON HOLDING INC.
15. 84 ST SE CALGARY HOLDINGS INC.
16. 68TH STREET SASKATOON HOLDING INC.
17. 3000 PITFIELD HOLDING INC.

*U.S. Real Estate Holding Companies*

1. PGED HOLDING, CORP.
2. HIGH PRAIRIE TEXAS HOLDING CORP.
3. 131 INDUSTRIAL BLVD HOLDING CORP.
4. 59TH AVE PHOENIX HOLDING CORP.
5. DI MILLER DRIVE BAKERSFIELD HOLDING CORP.
6. FRONTAGE ROAD HOLDING CORP.
7. ALEXIS INVESTMENTS, LLC
8. TERNES DRIVE HOLDING CORP.
9. VALLEY BOULEVARD FONTANA HOLDING CORP.
10. HIGHWAY 46 MCFARLAND HOLDING CORP.
11. TERMINAL ROAD HOLDING, CORP.
12. BISHOP ROAD HOLDING CORP.
13. OLD NATIONAL HIGHWAY HOLDING CORP.
14. 11670 INTERSTATE HOLDING, CORP.
15. 401 SOUTH MERIDIAN OKC HOLDING CORP.
16. 8201 HWY 66 TULSA HOLDING CORP.
17. EASTGATE MISSOURI HOLDING CORP.
18. FRENCH CAMP HOLDING CORP.
19. 87TH AVENUE MEDLEY FL HOLDING CORP.
20. LOOP 820 FORT WORTH HOLDING CORP.

21. 162 ROUTE ROAD TROY HOLDING CORP.
22. CRESCENTVILLE ROAD CINCINNATI HOLDING CORP.
23. MANHEIM ROAD HOLDING CORP.
24. 13TH STREET POMPANO BEACH FL HOLDING CORP.
25. EAST BRUNDAGE LANE BAKERSFIELD HOLDING CORP.
26. CORRINGTON MISSOURI HOLDING CORP.
27. 963 SWEETWATER HOLDING CORP.
28. OAKMONT DRIVE IN HOLDING CORP.