# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 18, 2024, Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp., caused interrogatories (pursuant to Fed. R. Civ. P. 33) and requests for production of documents (pursuant to Fed. R. Civ. P. 34) to be served upon Pride Truck Sales L.P.; TPine Leasing Capital L.P.; and TPine Rental USA Inc.

[*continued on following page*]

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

| | |
|---|---|
| Dated: April 21, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP**<br><br>By:  */s/ Mark W. Eckard*<br>Mark W. Eckard (No. 4542)<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone:  +1.302.778.7500<br>Facsimile:  +1.302.778.7575<br>E-mail:  meckard@reedsmith.com<br><br>-and-<br><br>Aaron G. Javian, Esq. (Admitted *pro hac vice*)<br>REED SMITH LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone:  +1.212.521.5400<br>Facsimile:  +1.121.521.5450<br>E-mail:  ajavian@reedsmith.com<br><br>*Counsel to Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.* |