IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Re: D.I. 3** |

NOTICE OF FILING OF AMENDED FOREIGN
REPRESENTATIVE DECLARATION

**PLEASE TAKE NOTICE** that on March 27, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act, R.S.C. 1985 c. C-36, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL, and that on April 1, 2024 filed the *Declaration of Randall Benson in Support of (A) the Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative and (III) Related Relief Under Chapter 15 of the Bankruptcy Code and (B) Motion for Provisional Relief* [D.I. 3] (the "Foreign Representative Declaration").

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative hereby submits an *Amended Declaration of Randall Benson in Support of the Debtors' Amended Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Amended Foreign Representative Declaration").

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative has amended the Foreign Representative Declaration to reflect the additional developments in the case since the Foreign Representative Declaration was filed, including the addition of new debtors to be jointly administered under the docket of Case No. 24-10632 (CTG), pursuant to the *Order Directing Joint Administration of Chapter 15 Cases and Granting Related Relief* [D.I. 107] entered on April 16, 2024.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the Amended Foreign Representative Declaration.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redline of the Amended Foreign Representative Declaration marked against the Foreign Representative Declaration.

**PLEASE TAKE FURTHER NOTICE** that copies of the Foreign Representative Declaration and all other documents filed with the Court are available free of charge on the website maintained by Epiq Corporate Restructuring, LLC, the Debtors' claims and noticing agent, at https://dm.epiq11.com/case/pridegroup/info or for a fee via PACER at http://ecf.deb.uscourts.gov.

Dated:  April 23, 2024
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 903-9000
Facsimile:  (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*