# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Pride Group Holdings Inc., *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael M. Schmahl, Esq., to serve as counsel for Ego Express, Inc., in the above-captioned cases.

Dated:  April 24, 2024

*/s/ Margaret F. England*
Margaret F. England (DE 4248)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Email: mengland@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: April 24, 2024

By:  *Michael M. Schmahl*
Michael M. Schmahl, Esq.
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
Telephone: (312) 312-5530
Email: mschmahl@mps-law.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.