# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings, Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings | (Joint Administration Requested) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D. Del. LBR 9010-2(a), the undersigned notifies the Court that Joseph H. Huston, Jr., Esq. will be substituted as attorney of record for National Trailer Leasing, Inc., creditor in this case.

Date: April 24, 2024

*/s/ Alexis R. Gambale*
Signature of Former Attorney

Date: April 24, 2024

*/s/Joseph H. Huston, Jr.*
Signature of Substituted Attorney

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.