## **CERTIFICATE OF SERVICE**

    I, Joseph H. Huston, Jr., state that on April 24, 2024, I caused a true and correct copy of the foregoing Notice of Substitution of Attorney to be electronically filed through the Court's CM/ECF system. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system, including Debtor's counsel.

| | |
|---|---|
| Date: April 24, 2024 | */s/ Joseph H. Huston, Jr.* |
| | Joseph H. Huston, Jr. |

SL1 2102796v1 114256.00004