**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Truck Rental Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Leasing Capital Corporation, | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Truck Sales Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Rental USA, Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Coastline Holdings, Corp., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Logistics Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 2043002 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Fleet Solutions Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Dixie Truck Parts Inc. (Canada), | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Dixie Truck Parts Inc. (US), | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Financial Services Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| TPine Financial Services Corp., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Logistics USA, Co., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Fleet Solutions USA Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group Real Estate Holdings Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group EV Sales Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Pride Group Logistics International Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 2692293 Ontario Ltd., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 1000089137 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |

| | |
|---|---|
| In re | Chapter 15 |
| 2554193 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 2554194 Ontario Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Arnold Transportation Services, Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Parker Transport Co., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| Parker Global Enterprises, Inc., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| DVP Holdings, Corp., | Case No. 24-10632 (CTG) |
| Debtor in a Foreign Proceeding. | Jointly Administered |
| In re | Chapter 15 |
| 102098416 Saskatchewan Ltd., | Case No. 24-10771 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 11670 Interstate Holding, Corp., | Case No. 24-10782 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 12944154 Canada Inc., | Case No. 24-10777 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 131 Industrial Blvd Holding Corp., | Case No. 24-10791 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 13184633 Canada Inc., | Case No. 24-10780 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 13761983 Canada Inc., | Case No. 24-10781 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 13th Street Pompano Beach FL Holding Corp., | Case No. 24-10797 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 1450 Meyerside Holding Inc., | Case No. 24-10787 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re<br><br>162 Route Road Troy Holding Corp.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10792 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>177A Street Surrey Holding Inc.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10793 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>2029909 Ontario Inc.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10786 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>2076401 Ontario Inc.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10788 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>2108184 Alberta Ltd.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10789 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>2837229 Ontario Inc.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10774 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>2863283 Ontario Inc.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10776 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>3000 Pitfield Holding Inc.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10795 (CTG)<br><br>(Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| 30530 Matsqui Abbotsford Holding Inc., | Case No. 24-10784 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 401 South Meridian OKC Holding Corp., | Case No. 24-10794 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 52 Street Edmonton Holding Inc., | Case No. 24-10798 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 59th Ave Phoenix Holding Corp., | Case No. 24-10799 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 68th Street Saskatoon Holding Inc., | Case No. 24-10800 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 8201 Hwy 66 Tulsa Holding Corp., | Case No. 24-10796 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 84 St SE Calgary Holdings Inc., | Case No. 24-10801 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| 87th Avenue Medley FL Holding Corp., | Case No. 24-10790 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re<br><br>933 Helena Holdings Inc.,<br><br>       Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10783 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>963 Sweetwater Holding Corp.,<br><br>       Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10785 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>Alexis Investments, LLC.,<br><br>       Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10773 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>Bishop Road Holding Corp.,<br><br>       Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10775 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>Corrington Missouri Holding Corp.,<br><br>       Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10778 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>Crescentville Road Cincinnati Holding Corp.,<br><br>       Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10779 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>Di Miller Drive Bakersfield Holding Corp.,<br><br>       Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10765 (CTG)<br><br>(Joint Administration Requested) |
| In re<br><br>East Brundage Lane Bakersfield Holding Corp.,<br><br>       Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10767 (CTG)<br><br>(Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| Eastgate Missouri Holding Corp., | Case No. 24-10769 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| French Camp Holding Corp., | Case No. 24-10770 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Frontage Road Holding Corp., | Case No. 24-10772 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| High Prairie Texas Holding Corp., | Case No. 24-10758 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Highway 46 McFarland Holding Corp., | Case No. 24-10761 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Loop 820 Fort Worth Holding Corp., | Case No. 24-10763 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Manheim Road Holding Corp., | Case No. 24-10766 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

| | |
|---|---|
| In re | Chapter 15 |
| Oakmont Drive IN Holding Corp., | Case No. 24-10768 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Old National Highway Holding Corp., | Case No. 24-10757 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| PGED Holding, Corp., | Case No. 24-10759 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Terminal Road Holding, Corp., | Case No. 24-10760 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Ternes Drive Holding Corp., | Case No. 24-10762 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| In re | Chapter 15 |
| Valley Boulevard Fontana Holding Corp., | Case No. 24-10764 (CTG) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |
| | **Ref. Docket Nos. 102 & 107** |

## <u>CERTIFICATE OF SERVICE</u>

I, DIANE STREANY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 16, 2024, I caused to be served the:

    a.  "Second Motion of the Foreign Representative for Order Directing Joint Administration of Chapter 15 Cases and Related Relief," dated April 15, 2024 [Docket No. 102], and

    b.  "Order Directing Joint Administration of Chapter 15 Cases and Granting Related Relief," dated April 16, 2024 [Docket No. 107],

by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 2121043 ONTARIO INC. | C/O 8242 FIFTH LINE HALTON HILL ON L7G 4S6 CANADA |
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| ANDERSON, MCPHARLIN &  CONNERS LLP | ATTN: MARK E ARONSON 707 WILSHIRE BLVD, STE 4000 LOS ANGELES CA 90017 |
| ARAG LEGAL SOLUTIONS INC. | 121 KING ST W, SUITE 2200 TORONTO ON M5H 3T9 CANADA |
| ARNOLD FOSTER LLP | HERBERT ARNOLD & THOMAS ARNOLD 201-232 GUELPH ST HALTON HILLS ON L7G 4B1 |
| ARTHUR J. GALLAGHER CANADA LIMITED | SUITE 430-55 STANDISH COURT MISSISSAUGA ON L5R 4B2 CANADA |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BENNETT JONES LLP | RAJ S. SAHNI 3400 ONE FIRST CANADIAN PLACE TORONTO ON M5X 1A4 CANADA |
| BFL CANADA RISK & | INS SERVICES INC - TOR 181 UNIVERSITY AVE. SUITE 1700 TORONTO ON M5H 3M7 CANADA |
| BIRENBAUM STEINBERG LANDAU SAVIN & | COLRAINE C COLRAINE & N TANWAR 33 BLOOR STREET E., STE 1000 TORONTO ON M4W 3H1 CANADA |
| BLAKE, CASSELS & GRAYDON LLP | PAMELA HUFF, CHRIS BURR, DANIEL LOBERTO, KEVIN WU - 199 BAY STREET, STE 4000 COMMERCE COURT WEST TORONTO ON M5L 1A9 CANADA |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| BUSINESS DEVELOPMENT BANK OF CANADA | 1500 - 1133 MELVILLE STREET VANCOUVER ON V6E 4E5 CANADA |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CHAITONS LLP | HARVEY CHAITON 5000 YONGE STREET 10TH FLOOR TORONTO ON M2N 7E9 CANADA |
| CHAPMAN AND CUTLER LLP | GIOVANNI DE MERICH & YULIYA ZAHORODA 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CHAPMAN AND CUTLER LLP | MICHAEL T. BENZ, JAMES P. SULLIVAN, YULIYA ZAHORODA & STEPHEN TETRO II 320 S. CANAL ST., 27TH FL. CHICAGO IL 60606-5707 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| COOKSEY, TOOLEN, GAGE, DUFFY & WOOG | KIM GAGE 535 ANTON BOULEVARD, 10TH FLOOR COSTA MESA CA 92626-1947 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| CWB MAXIUM FINANCIAL INC. | NATHAN FERGUSON 30 VOGELL ROAD, SUITE 1 RICHMOND HILL ON L4B 3K6 CANADA |
| DAGM WUBSHET, MARTA A TIBEBU, AND DMH | EXPRESS TRUCKING, LLC; LAW OFFICES OF EUGENE N BOLIN, JR, PS; ATTN E BOLIN, JR 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUCKS FINANCIAL SERVICES | CANADA CORPORATION 2860 MATHESON BLVD. EAST SUITE 202 MISSISSAUGA ON L4W 0A5 CANADA |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING 820 N. FRENCH STREET WILMINGTON DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DENTONS CANADA LLP | D WIEBE, J MEYER, E GRAY, J SALMAS  & R KENNEDY - 77 KING ST WEST, STE 400 TORONTO-DOMINION CENTRE TORONTO ON M5K 0A1 CANADA |
| DEPARTMENT OF JUSTICE CANADA | ONTARIO REGIONAL OFFICE NATIONAL LITIGATION SECTOR 120 ADELAIDE STREET WEST, STE 400 TORONTO ON M5H 1T1 CANADA |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| ERNST & YOUNG INC. | ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES & EMILY MASRY 100 ADELAIDE STREET WEST TORONTO ON M5H 0B3 CANADA |
| FASKEN MARTINEAU DUMOULIN LLP | D SINGH, S BROTMAN & D RICHER 2400 - 333 BAY STREET BOX 20 TORONTO ON M5H 2T6 CANADA |
| FEDERAL INSURANCE COMPANY | 2500-199 BAY STREET TORONTO ON M5L 1E2 CANADA |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL BANCORP INC. | CHRIS WUEST 211 HIGH POINT DRIVE VICTOR NY 14564 |

| Claim Name | Address Information |
|---|---|
| FIRST AMERICAN COMMERCIAL BANCORP, INC. | 255 WOODCLIFF DRIVE FAIRPORT NY 14450 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GM FINANCIAL CANADA LEASING LTD. | FAITHLYN HEMMINGS 2001 SHEPPARD AVENUE, SUITE 600 TORONTO ON M2J 4Z8 CANADA |
| GOWLING WLG | T GERTNER 1 FIRST CANADIAN PLACE 100 KING ST WEST, STE 1600 TORONTO ON M5X 1G5 CANADA |
| GREAT AMERICA FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HALTON HILL HYDRO INC. | SCOTT KNAPMAN & MATTHEW WRIGHT 43 ALICE STREET ACTON ON L7J 2A9 CANADA |
| HDI GLOBAL SPECIALTY SE | 130 ADELAIDE ST W, SUITE 3400 TORONTO ON M5H 3P5 CANADA |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| HUSKY OIL OPERATIONS LIMITED C/O CENOVUS | ENERGY INC. - GARY MOLNAR 707- 8TH AVE SW PO BOX 6525, STATION D CALGARY AB T2P 3G7 CANADA |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE, NW WASHINGTON DC 20220-0001 |
| JOHN HENRY SMITH LAND INC. | BOX 266 SIMCOE ON N3Y 4LI CANADA |
| JOHN HENRY SMITH LAND INC. | 16 WERRET AVENUE SIMCOE ON N3Y 5N5 CANADA |
| LEWIS RICE LLC | JOSEPH J. TRAD & PATRICK F. GANNINGER 600 WASHINGTON AVENUE SUITE 2500 ST. LOUIS MO 63101 |
| LIBERTY MUTUAL INSURANCE CO. | SUITE 900, 181 BAY STREET TORONTO ON M5J 2T3 CANADA |
| LLOYD'S UNDERWRITERS | ROYAL BANK PLAZA SOUTH TOWER 200 BAY STREET, SUITE 2930 PO BOX 51 TORONTO ON M5J 2J2 CANADA |
| MCCARTHY TETRAULT LLP | H BABOS-MARCHAND & H MEREDITH SUITE MZ400 1000 DE LA GAUCHETIERE STREET WEST MONTREAL QC H3B 0A2 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: JAMEY GAGE & TREVOR COURTIS SUITE 5300, TD BANK TOWER 66 WELLINGTON STREET WEST TORONTO ON M5K 1E6 CANADA |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MCMILLAN LLP | K. RYLANDS & A. MAEROY, TD CANADA TRUST TOWER 421 7TH AVENUE S.W., SUIT 1700 CALGARY AB T2P 4K9 CANADA |
| MERCEDES-BENZ FINANCIAL & MERCEDES-BENZ | FINANCIAL SERVICES CANADA CORPORATION 2680 MATHESON BLVD. E. STE 500 MISSISSAUGA ON L4W 0A5 CANADA |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MILESTONE TRAILER LEASING, LLC | C/O MUNSCH HARDT KOPF & HARR, P.C. ATTN: PETER C. HOGUE 500 N AKARD, STE 400 DALLAS TX 75201 |
| MINISTER OF FINANCE INSOLVENCY UNIT | 6TH FLOOR, 33 KING STREET WEST OSHAWA ON L1H 8H5 CANADA |
| MITSUBISHI HC CAPITAL C/O REED SMITH LLP | RICHARD TANNENBAUM, HYUNA YONG AND JARED ROACH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | DEREK C. ABBOTT 1201 NORTH MARKET STREET 16TH FLOOR WILMINGTON DE 19899-1347 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| OFFICE OF THE SUPERINTENDENT OF | BANKRUPTCY CCAA TEAM INNOVATION, SCIENCE & ECONOMIC 300 GEORGIA STREET W, SUITE 2000 VANCOUVER BC V6B 6E1 CANADA |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE-TIMOTHY JAY FOX JR 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| OSLER, HOSKIN & HARCOURT LLP | TRACY SANDLER, BEN MULLER & J MCDONALD BOX 50, 1 FIRST CANADIAN PLACE TORONTO ON M5X 1B8 CANADA |

| Claim Name | Address Information |
|---|---|
| OSLER, HOSKIN & HARCOURT LLP | BLAIR MCRADU & MARC WASSERMAN BOX 50, 1 FIRST CANADIAN PLACE TORONTO ON M5X 1B8 CANADA |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |
| PALLETT VALO LLP | JOHN RUSSO & MONTY DHALIWAL 77 CITY CENTRE DRIVE WEST TOWER, STE 300 MISSISSAUGA ON L5B 1M5 CANADA |
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REED SMITH LLP | JARED S. ROACH 225 FIFTH AVENUE PITTSBURGH PA 15222-2716 |
| REGIONS BANK | AS ADMIN AGENT 1180 W PEACHTREE ST NW, STE 1400 ATLANTA GA 30309 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O LEWIS RICE LLC ATTN: JOSEPH TRAD 600 WASHINGTON AVE, STE 2500 ST. LOUIS MO 63101 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP ATTN: MORGAN J. DELABAR ONE ARTS PLAZA, 1722 ROUTH ST, STE 1500 DALLAS TX 75201 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP WILLIAM TRIP NIX & NICHOLAS R. MILLER 100 CONGRESS AVE, STE 1800 AUSTIN TX 78701 |
| REGIONS EQUIPMENT FINANCE CORPORATION | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O LEWIS RICE LLC ATTN: JOSEPH TRAD 600 WASHINGTON AVE, STE 2500 ST. LOUIS MO 63101 |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP ATTN: MORGAN J. DELABAR ONE ARTS PLAZA, 1722 ROUTH ST, STE 1500 DALLAS TX 75201 |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP WILLIAM TRIP NIX & NICHOLAS R. MILLER 100 CONGRESS AVE, STE 1800 AUSTIN TX 78701 |
| ROYAL BANK OF CANADA | 20 KING ST W, 4TH FL TORONTO ON M5H 1C4 CANADA |
| ROYAL BANK OF CANADA | AS ADMIN AGENT 200 BAY ST, 4TH FL NORTH TOWER, ROYAL BANK PLAZA TORONTO ON M5J 2W7 CANADA |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS; FRANCHISE TAX JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 4 DOVER DE 19901 |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549-5985 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE BUILDING 820 N FRENCH ST WILMINGTON DE 19801 |
| STIKEMAN ELLIOTT LLP | L. NICHOLSON, M. MCELHERAN & R. HAMMAD 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STOUGHTON TRAILERS CANADA CORPORATION | 416 S. ACADEMY STREET STOUGHTON WI 53589 |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |
| TD EQUIPMENT FINANCE CANADA, | A DIVISION OF THE TORONTO-DOMINION BANK JOHN DI RENZO 222 BAY STREET, 7TH FLOOR TORONTO ON M5K 1A2 CANADA |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |

| Claim Name | Address Information |
|---|---|
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| THORNTON GROUT FINNIGAN LLP | LEANNE WILLIAMS, RACHEL NICHOLSON & PUYA FESHARAKI 100 WELLINGTON ST WEST, STE 3200 TORONTO ON M5K 1K7 CANADA |
| TOWERHILL INSURANCE | UNDERWRITERS INC. 7100 WOODBINE AVENUE, SUITE 301 MARKHAM ON L3R 5J2 CANADA |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| U.S. DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| VAL VERDE FAMILY LIMITED PARTNERSHIP | 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VERSA FINANCE US CORP. | MICHAEL DIXSON 1745 SWAN LAKE ROAD BOSSIER CITY LA 71111 |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |
| WELLS FARGO EQUIPMENT FINANCE COMPANY | MARC LAVIGNE 1100 – 1290 CENTRAL PARKWAY WEST MISSISSAUGU ON L5C 4R3 CANADA |
| WOMBLE BOND DICKINSON (US) LLP | MATTHEW WARD & TODD ATKINSON 1313 NORTH MARKET STREET SUITE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON (US) LLP | MORGAN PATTERSON 1313 NORTH MARKET STREET, STE 1200 WILMINGTON DE 27601 |
| WOMBLE BOND DICKSINSON (US) LLP | CHARLIE LIVERMON 555 FAYETTEVILLE STREET, STE 1100 RALEIGH NC 27601 |
| ZURICH INSURANCE COMPANY LTD. | FIRST CANADIAN PLACE 100 KING STREET WEST TORONTO ON M5X 1C9 CANADA |

**Total Creditor count  131**

| Claim Name | Address Information |
| --- | --- |
| ERNST & YOUNG INC. | (MONITOR) ATTN: ALEX MORRISON, KAREN FUNG & SIMONE CARVALHO 100 ADELAIDE STREET WEST TORONTO ON M5H 0B3 CANADA |

**Total Creditor count  1**

**EXHIBIT B**

Pride Group Holdings Inc. - Case No. 24-10632 (CTG)

Core Email Service List

| Creditor Name | Email Address |
| --- | --- |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| SECRETARY OF STATE/DIV OF REVENUE DIVISION OF CORPORATIONS | dosdoc_ftax@delaware.gov |
| SECRETARY OF STATE/DIV OF REVENUE DIVISION OF CORPORATIONS; FRANCHISE TAX | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | commissionerlee@sec.gov; secbankruptcy-ogc-ado@sec.gov |
| SECURITIES & EXCHANGE COMMISSION NEW YORK REGIONAL OFFICE | ocr@sec.gov |
| U.S. DEPARTMENT OF JUSTICE | askdoj@usdoj.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| OFFICE OF THE UNITED STATES TRUSTEE DISTRICT OF DELAWARE | timothy.fox@usdoj.gov |

Pride Group Holdings Inc. - Case No. 24-10632 (CTG)
Additional Email Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE & NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR & DANIEL LOBERTO | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ, STEPHEN R TETRO, II, JAMES P SULLIVAN | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK & DENNIS A. MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX | trip.nix@hklaw.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | dallas.bankruptcy@tgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | houston_bankruptcy@lgbs.com |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | stscottt@mayerbrown.com; jgross@mayerbrown.com; jmedwards@mayerbrown.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL & RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON; STEPHAN E. HORNUNG; GRAHAM L. FISHER | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; graham.fisher@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN & TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO & AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: ALEXIS R. GAMBALE & ELIZABETH A. ROGERS | alexis.gambale@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III | charlie.livermon@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |

Pride Group Holdings Inc. - Case No. 24-10632 (CTG)
Provisional Relief Email Parties

| NAME | ATTN | EMAIL |
|---|---|---|
| ARNOLD FOSTER LLP | ATTN: HERBERT ARNOLD & THOMAS ARNOLD | htaesq@aol.com; tarnold@arnold-foster.com |
| BENNETT JONES LLP | ATTN: RAJ S. SAHNI | sahnir@bennettjones.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & | ATTN: C COLRAINE & N TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR, DANIEL LOBERTO, KEVIN WU | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com; kevin.wu@blakes.com |
| BMO CAPITAL MARKETS | +46:37 | estelle.richmond@bmo.com |
| BUSINESS DEVELOPMENT BANK OF CANADA | | legalwfsc@bdc.ca |
| CHAITONS LLP | ATTN: HARVEY CHAITON | harvey@chaitons.com |
| CHAPMAN AND CUTLER LLP | ATTN: GIOVANNI DE MERICH & YULIYA ZAHORODA | gdemerich@chapman.com; yzahoroda@chapman.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T. BENZ, JAMES P. SULLIVAN, YULIYA ZAHORODA & STEPHEN TETRO II | benz@chapman.com; jsulliva@chapman.com; yzahoroda@chapman.com; stetro@chapman.com |
| COOKSEY, TOOLEN, GAGE, DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| CWB MAXIUM FINANCIAL INC. | ATTN: NATHAN FERGUSON | nathan.ferguson@cwbmaxium.com |
| DAIMLER TRUCKS FINANCIAL SERVICES | CANADA CORPORATION | fleetservices@daimlertruck.com |
| DENTONS CANADA LLP | ATTN: D WIEBE, J MEYER, E GRAY, J SALMAS & R KENNEDY | dennis.wiebe@dentons.com; jonathan.meyer@dentons.com; elaine.gray@dentons.com; john.salmas@dentons.com; robert.kennedy@dentons.com |
| DEPARTMENT OF JUSTICE CANADA | ONTARIO REGIONAL OFFICE NATIONAL LITIGATION SECTOR | agc-pgc.toronto-tax-fiscal@justice.gc.ca; sandra.tsui@justice.gc.ca; |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES & EMILY MASRY | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com |
| FASKEN MARTINEAU DUMOULIN LLP | ATTN: D SINGH, S BROTMAN & D RICHER | dsingh@fasken.com; sbrotman@fasken.com; dricher@fasken.com |
| FIRST AMERICAN COMMERCIAL BANCORP INC. | ATTN: CHRIS WUEST | chris.wuest@faef.com |
| GM FINANCIAL CANADA LEASING LTD. | ATTN: FAITHLYN HEMMINGS | faithlyn.hemmings@gm.com |
| GOWLING WLG | ATTN: T GERTNER | thomas.gertner@gowlingwlg.com |
| HALTON HILL HYDRO INC. | SCOTT KNAPMAN & MATTHEW WRIGHT | sknapman@haltonhillshydro.com; mattheww@haltonhillshydro.com |
| HUSKY OIL OPERATIONS LIMITED C/O CENOVUS | ENERGY INC. - ATTN: GARY MOLNAR | gary.molnar@cenovus.com |
| LEWIS RICE LLC | ATTN: JOSEPH J. TRAD & PATRICK F. GANNINGER | jtrad@lewisrice.com; pganninger@lewisrice.com |
| MCCARTHY TETRAULT LLP | ATTN: H BABOS-MARCHAND & H MEREDITH | hbmarchand@mccarthy.ca; hmeredith@mccarthy.ca |
| MCCARTHY TETRAULT LLP | ATTN: JAMEY GAGE & TREVOR COURTIS | jgage@mccarthy.ca; tcourtis@mccarthy.ca |
| MCMILLAN LLP | ATTN: K. RYLANDS & A. MAEROY, | kourtney.rylands@mcmillan.ca; adam.maerov@mcmillan.ca |
| MERCEDES-BENZ FINANCIAL & MERCEDES-BENZ | FINANCIAL SERVICES CANADA CORPORATION | hina.latif@mercedes-benz.com |
| MILESTONE TRAILER LEASING, LLC | C/O MUNSCH HARDT KOPF & HARR, P.C. - ATTN: PETER C. HOGUE | phogue@munsch.com; |

Pride Group Holdings Inc. - Case No. 24-10632 (CTG)
Provisional Relief Email Parties

| NAME | ATTN | EMAIL |
|------|------|-------|
| MINISTER OF FINANCE INSOLVENCY UNIT | | insolvency.unit@ontario.ca |
| MITSUBISHI HC CAPITAL C/O REED SMITH LLP | ATTN: RICHARD TANNENBAUM, HYUNA YONG AND JARED ROACH | rtannenbaum@reedsmith.com; jroach@reedsmith.com; jangelo@reedsmith.com; hyong@reedsmith.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | dabbott@morrisnichols.com |
| OFFICE OF THE SUPERINTENDENT OF | BANKRUPTCY CCAA TEAM INNOVATION, SCIENCE & ECONOMIC | osbccaa-laccbsf@ised-isde.gc.ca |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY SANDLER, BEN MULLER & J MCDONALD | tsandler@osler.com; bmuller@osler.com; jmacdonald@osler.com |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: BLAIR MCRADU & MARC WASSERMAN | bmcradu@osler.com; bmuller@osler.com; tsandler@osler.com; jmacdonald@osler.com; mwasserman@osler.com |
| PALLETT VALO LLP | ATTN: JOHN RUSSO & MONTY DHALIWAL | jrusso@pallettvalo.com; mdhaliwal@pallettvalo.com |
| RC BENSON CONSULTING INC. | | r.benson@rcbensonconsulting.com |
| REED SMITH LLP | ATTN: JARED S. ROACH | jroach@reedsmith.com |
| REGIONS BANK | AS ADMIN AGENT | joseph.franke@regions.com; kyle.shenton@regions.com; stscott@mayerbrown.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | jtrad@lewisrice.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP-ATTN: MORGAN J. DELABAR | morgan.delabar@hklaw.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | trip.nix@hklaw.com; nick.miller@hklaw.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | jtrad@lewisrice.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP-ATTN: MORGAN J. DELABAR | morgan.delabar@hklaw.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | trip.nix@hklaw.com; nick.miller@hklaw.com |
| ROYAL BANK OF CANADA | | brad.d.newton@rbc.com |
| ROYAL BANK OF CANADA | AS ADMIN AGENT | james.cogill@rbccm.com |
| STIKEMAN ELLIOTT LLP | ATTN: L. NICHOLSON, M. MCELHERAN & R. HAMMAD | leenicholson@stikeman.com; mmcelheran@stikeman.com; rhammad@stikeman.com |
| TD EQUIPMENT FINANCE CANADA, | A DIVISION OF THE TORONTO-DOMINION BANK - ATTN: JOHN DI RENZO | john.direnzo@tdsecurities.com |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE WILLIAMS, RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| VERSA FINANCE US CORP. | ATTN: MICHAEL DIXSON | miked@versabank.com |
| WELLS FARGO EQUIPMENT FINANCE COMPANY | ATTN: MARC LAVIGNE | marc.lavigne@wellsfargo.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW WARD & TODD ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MORGAN PATTERSON | morgan.patterson@wbd-us.com |
| WOMBLE BOND DICKSINSON (US) LLP | ATTN: CHARLIE LIVERMON | charlie.livermon@wbd-us.com |
| | | mea@amclaw.com |