**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Ref. Docket Nos. 1, 2, 49, 56, & 58** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2024, I caused to be served the:

   a. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1],

   b. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10634,*

   c. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10635,*

   d. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10636,*

   e. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10637,*

   f. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10638,*

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

g. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10639,*

h. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10641,*

i. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10642,*

j. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10643,*

k. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10644,*

l. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10645,*

m. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10646,*

n. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10647,*

o. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10648,*

p. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10649,*

q. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10650,*

r. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10651,*

s. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10652,*

t. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10653,*

u.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10654,*

v.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10655,*

w.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10656,*

x.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10657,*

y.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10658,*

z.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10660,*

aa. "Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code," dated April 1, 2024 [Docket No. 2],

bb. "Order Granting Motion of the Foreign Representative for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code," dated April 3, 2024 [Docket No. 49],

cc. "Order Scheduling Hearing on Chapter 15 Petitions and Related Relief and Specifying Form and Manner of Service of Notice," dated April 5, 2024 [Docket No. 56], and

dd. "Notice of Filing and Hearing on Petitions Seeking Recognition of Foreign Proceeding and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code," dated April 5, 2024 [Docket No. 58],

by causing true and correct copies to be:

i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

# EXHIBIT A

Pride Group Holdings, Inc.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HOLLAND & KNIGHT LLP | (COUNSEL TO REGIONS EQUIP FINANCE CORP & REGIONS COMMERCIAL EQUIP FINANCE, LLC) ATTN: TRIP NIX 100 CONGRESS AVE, STE 1800 AUSTIN TX 78701 |
| LEWIS RICE LLC | (COUNSEL TO REGIONS EQUIP FINANCE CORP & REGIONS COMMERCIAL EQUIP FINANCE, LLC) ATTN: JOSEPH J. TRAD 600 WASHINGTON AVE, STE 2400 SAINT LOUIS MO 63101 |
| MAYER BROWN LLP | (COUNSEL TO REGIONS BANK) ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS 71 S WACKER DR CHICAGO IL 60606 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO NATL BANK OF CANADA & NATL BANK FINANCIAL INC) ATTN: JODY C BARILLARE 1201 N MARKET ST, STE 2201 WILMINGTON DE 19801 |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO NATL BANK OF CANADA & NATL BANK FINANCIAL INC.) ATTN: KEVIN J. BIRON, STEPHAN E. HORNUNG & GRAHAM L. FISHER 101 PARK AVE NEW YORK NY 10178 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO REGIONS BANK & REGIONS EQUIP FINANCE CORP & REGIONS COMMERCIAL EQUIP FINANCE) ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY 1000 N KING ST WILMINGTON DE 19801 |

**Total Creditor count  6**

**EXHIBIT B**

Pride Group Holdings Inc., et al. Case No. 24-10632 (CTG)
Electronic Mail Service List

| Email |
|---|
| graham.fisher@morganlewis.com |
| JGross@mayerbrown.com |
| JMEdwards@mayerbrown.com |
| jody.barillare@morganlewis.com |
| kevin.biron@morganlewis.com |
| mlunn@ycst.com |
| mnestor@ycst.com |
| rbartley@ycst.com |
| stephan.hornung@morganlewis.com |