**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Ref. Docket Nos. 1, 58, 110** |

## <u>CERTIFICATE OF SERVICE</u>

I, DIANE STREANY, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 17, 2024, I caused to be served the:

    a.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10757,*

    b.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10758,*

    c.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10759,*

    d.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10760,*

    e.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10761,*

    f.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10762,*

    g.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10763,*

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

h.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10764,*

i.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10765,*

j.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10766,*

k.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10767,*

l.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10768,*

m.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10769,*

n.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10770,*

o.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10771,*

p.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10772,*

q.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10773,*

r.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10774,*

s.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10775,*

t.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10776,*

u.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10777,*

v.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10778,*

w.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10779,*

x. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10780,*

y. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10781,*

z. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10782,*

aa. Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10783,*

bb. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10784,*

cc. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10785,*

dd. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10786,*

ee. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10787,*

ff. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10788,*

gg. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10789,*

hh. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10790,*

ii. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10791,*

jj. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10792,*

kk. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10793,*

ll. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10794,*

mm. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10795,*

nn. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10796,*

oo. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10797,*

pp. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10798,*

qq. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10799,*

rr. Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10800,*

ss. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10801,*

tt. "Notice of Filing and Hearing on Petitions Seeking Recognition of Foreign Proceeding and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code," dated April 5, 2024 [Docket No. 58], and

uu. "Order Granting Provisional Relief in Connection with Debtor in Possession Financing and Certain Protocols Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code," dated April 17, 2024 [Docket No. 110],

by causing true and correct copies to be:

i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

iii. delivered via electronic mail to: *STScott@mayerbrown.com* and *pfesharaki@tgf.ca*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| 2121043 ONTARIO INC. | C/O 8242 FIFTH LINE HALTON HILL ON L7G 4S6 CANADA |
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| ABBOT HOUSTON LOCKSMITH INC | 4740 INGERSOLL ST HOUSTON TX 77027 |
| AES INDIANA | 2102 N.LLLINOIS STREET INDIANAPOLIS IN 46202 |
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST MONTGOMERY AL 36130 |
| ALHAMBRA | PO BOX 660579 DALLAS TX 75266-0579 |
| AMERICAN RADIO CORPORATION (USD) | PO BOX 2587 AMARILLO TX 79105 |
| AMERICAN WATER | PO BOX 6029 CAROL SREAM IL 60197-6029 |
| AMERICOLD LOGISTICS, LLC | 25584 NETWORK PLACE CHICAGO IL 60673-1255 |
| ANSONIA - AN EQUIFAC COMPANY | PO BOX 740253 ATLANTA GA 30374-0253 |
| ARAG LEGAL SOLUTIONS INC. | 121 KING ST W, SUITE 2200 TORONTO ON M5H 3T9 CANADA |
| ARIZONA DEPT OF REVENUE | 1600 W. MONROE PHOENIX AZ 85007-2650 |
| ARNOLD TRANSPORTATION SERVICES, INC. | 3375 HIGH PRAIRIE ROAD GRAND PRAIRIE TX 75050 |
| ARTHUR J. GALLAGHER CANADA LIMITED | SUITE 430-55 STANDISH COURT MISSISSAUGA ON L5R 4B2 CANADA |
| AT&T | PO BOX 5019 CAROL STREAM IL 60197 |
| ATMOS ENERGY | PO BOX 650205 DALLAS TX 75265-0205 |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| AVRS | 1137 NORTH MCDOWELL BLVD PETALUMA CA 94954 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BEXAR COUNTY TAX ASSESSOR-COLLECTOR | ALBERT URESTI VISTA VERDE PLZ BLDG 233 N PECOS LA TRINIDAD SAN ANTONIO TX 78207 |
| BFL CANADA RISK & | INS SERVICES INC - TOR 181 UNIVERSITY AVE. SUITE 1700 TORONTO ON M5H 3M7 CANADA |
| BISHOP ROAD ENTERPRISES, LLC | C/O BISHOP ROAD HOLDING CORP 6050 DIXIE RD MISSISSAUGA ON L5T 1A6 CANADA |
| BISHOP ROAD ENTERPRISES, LLC | C/O BISHOP ROAD HOLDING CORP 1696 BISHOP RD CHEHALIS WA 98532 |
| BLUEBIRD NETWORK | 4215 PHILIPS FARM RD, STE 103 COLUMBIA MO 65201 |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| BROWARD COUNTY, FLORIDA | RECORDS, TAXES & TREASURY DIV GOVERNMENTAL CENTER ROOM A100 115 S ANDREWS AVE FT LAUDERDALE FL 33301 |
| CALIFORNIA BOARD OF EQUALIZATION | CA DEPT OF TAX AND FEE ADMINISTRATION 450 N ST SACRAMENTO CA 95814 |
| CALIFORNIA FRANCHISE TAX BOARD | 300 S SPRING ST STE 5704 LOS ANGELES CA 90013-1265 |
| CALIFORNIA FRANCHISE TAX BOARD | 7575 METROPOLITAN DR STE 201 SAN DIEGO CA 92108-4421 |
| CALIFORNIA FRANCHISE TAX BOARD | 600 W SANTA ANA BLVD STE 300 SANTA ANA CA 92701-4543 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942867 SACRAMENTO CA 94267-0001 |
| CALIFORNIA FRANCHISE TAX BOARD | 1515 CLAY ST STE 305 OAKLAND CA 94612-1445 |
| CALIFORNIA FRANCHISE TAX BOARD | 3321 POWER INN RD STE 250 SACRAMENTO CA 95826-3893 |
| CARRIER TRANSICOLD OF UTAH | PO BOX 25415 SALT LAKE CITY UT 84125 |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CENTERPOINT ENERGY | P.O. BOX 1423 HOUSTON TX 77251-1423 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| CIERRA TOWING & CRUSHING LLC | 4201 EAST AMARILLO RD AMARILLO TX 79107 |
| CINCINNATI HOLDING CO LLC | 51 ATLANTIC AVE FLORAL PARK NY 11001-2741 |
| CINCINNATI HOLDING CO LLC | 600 CINCINNATI MILLS DR CINCINNATI OH 45240 |
| CITY OF COLLEGE PARK | PO BOX 87137 COLLEGE PARK GA 30337 |
| CITY OF DALLAS | P.O.BOX 075277 DALLAS TX 75277-1000 |
| CITY OF FORT WORTH WATER DEPARTMENT | PO BOX 870 FORT WORTH TX 76101-0870 |
| CITY OF HOUSTON DRAINAGE UTILITY BILL | 611 WALKER ST HOUSTON TX 77002 |
| CITY OF LAVERGNE | TAX DEPT., 5093 MURFREESBARE ROAD LA VERGNE TN 37086 |

| Claim Name | Address Information |
|---|---|
| CITY OF LAVERGNE | 5093 MURFREESBORO RD LA VERGNE TN 37086-2706 |
| CITY OF STOCKTON | 425 N EL DORADO ST STOCKTON CA 95202 |
| CITY PUBLIC SERVICES | PO BOX 1771 SAN ANTONIO TX 78296 |
| CITY UTILITIES | PO BOX 551 SPRINGFIELD MO 06580 |
| COLUMBIA GAS | P.O. BOX 2318 COLUMBUS OH 43216-2318 |
| COMCAST BUSINESS | PO BOX 2127 NORCROSS GA 30091 |
| COMPLETE TOWING | 13050 WALTON VERONA ROAD WALTON KY 41094 |
| COOK COUNTY TREASURER | MARIA PAPPAS 118 NORTH CLARK ST, ROOM 112 CHICAGO IL 60602 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| COX BUSINESS | PO BOX 1259 OAKS PA 19456 |
| CRAWLER PARTS, INC. | DBA HEAVYQUIP 14910 GULF FREEWAY HOUSTON TX 77034 |
| CREEK COUNTY TREASURER | RICK ENGLEMAN COLLINS BLDG 317 E LEE AVE, ROOM 201 SAPULPA OK 74066 |
| CROW'S TRUCK CENTER | 5500 DAVIDSON RD MEMPHIS TN 38118 |
| CT POWER LLC & ICEBERG ENTERPRISES CO | 5100 E 58TH AVE COMMERCE CITY CO 80022 |
| DAGM WUBSHET, MARTA A TIBEBU, AND DMH | EXPRESS TRUCKING, LLC; LAW OFFICES OF EUGENE N BOLIN, JR, PS; ATTN E BOLIN, JR 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUCK FINANCIAL SERVICES USA LLC | 14372 HERITAGE PKWY, STE 400 FT WORTH TX 76177 |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DAVES HEAVY DUTY TOWING LLC | 3530 BROADWAY BLVD SE ALBUQUERQUE NM 87105 |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST WILMINGTON DE 19801 |
| DELAWARE DIVISION OF REVENUE | 540 S DUPONT HWY DOVER DE 19901 |
| DELAWARE DIVISION OF REVENUE | 20653 DUPONT BLVD STE 2 GEORGETOWN DE 19947 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DIESELLIFE FLEET SERVICES LLC | 11110 N HOUSTON ROSSLYN RD HOUSTON TX 77088-1405 |
| DON'S TOWING AND TRUCK SERVICE LLC | 1960 STATE ST RACINE WI 53404 |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| DTE ENERGY | P.O. BOX 740786 CINCINNATI OH 45274-0786 |
| DUKE ENERGY CORP | 525 S TRYON ST CHARLOTTE NC 28202 |
| EAST BRUNDAGE LANE BAKERSFILED HOLDING | 1450 MEYERSIDE DR, STE 401 MISSISSAUGA ON L5T 2N5 CANADA |
| EAST NILES COMMUNITY SERVICES DISTRICT | PO BOX 6038 BAKERSFIELD CA 93386-6038 |
| EASTGARE MISSOURI HOLDING CORP. | 34880 LYNDON B JOHNSON FRWY DALLAS TX 75241-7200 |
| EFS LLC - USD | PO BOX 11360 SUCCERSALE CENTREVILLE MONTREAL QC H3C 5H1 CANADA |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| ESKEW'S GARAGE AND TOWING | 307 OLD BROKEN BOW HWY BROKEN BOW OK 74728 |
| FEDERAL INSURANCE COMPANY | 2500-199 BAY STREET TORONTO ON M5L 1E2 CANADA |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL BANCORP, INC. | 255 WOODCLIFF DRIVE FAIRPORT NY 14450 |
| FIRST ENERGY | 76 SOUTH MAIN STREET AKRON OH 44308 |
| FLEET MAINTENANCE INC | 67 RANSIER DRIVE WEST SENECA BUFFALO NY 14224 |
| FOMBY & SONS TOWING, TRUCK & TIRE REPAIR | PO BOX 446 ATOKA OK 74525 |
| FONTANA WATER COMPANY | 15966 ARROW ROUTE FONTANA CA 92335 |
| FPL | GENERAL MAIL FACILITY MIAMI FL 33188-0001 |
| FULTON COUNTY TAX COMMISSIONER | DR. ARTHUR E FERDINAND 161 PRYOR ST, NW ATLANTA GA 30303 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GEORGIA DEPT OF REVENUE | 314 EAST MAIN ST STE 150 CARTERSVILLE GA 30120 |

| Claim Name | Address Information |
|---|---|
| GEORGIA DEPT OF REVENUE | 1800 CENTURY CENTER BLVD., N.E. STE 12000 ATLANTA GA 30345-3205 |
| GEORGIA DEPT OF REVENUE | 528 BORAD ST SE GAINESVILLE GA 30501-3728 |
| GEORGIA DEPT OF REVENUE | 610 RONALD REAGAN DRIVE BUILDING G-1 EVANS GA 30809 |
| GEXA ENERGY | 601 TRAVIS ST, SUITE 1400 HOUSTON TX 77002 |
| GRAHAM TIRE | 3480 GORDON DRIVE SIOUX CITY IA 51105 |
| GRAND ISLAND EXPRESS | 432 SOUTH STUHR RD GRAND ISLAND NE 68802-2122 |
| GREAT AMERICA FINANCIAL SERVICES | PO BOX 660831 DALLAS TX 75266-0831 |
| GREAT AMERICA FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HAMILTON COUNTY TREASURER | PO BOX 740857 CINCINNATI OH 45274-0857 |
| HDI GLOBAL SPECIALTY SE | 130 ADELAIDE ST W, SUITE 3400 TORONTO ON M5H 3P5 CANADA |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HINCKLEY SPRINGS | 6055 S HARLEM AVE CHICAGO IL 60638 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| HOLT TRUCK CENTERS LLC | 5665 SE LOOP 410 SAN ANTONIO TX 78222 |
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 1021 N GRAND AVE E PO BOX 19276 SPRINFIELD IL 62794-9276 |
| ILLINOIS DEPT OF REVENUE | SUBURBAN N REGIONAL BLDG 9511 HARRISON ST DES PLAINES IL 60016-1563 |
| ILLINOIS DEPT OF REVENUE | 555 W MONROE, STE 1100 CHICAGO IL 60661 |
| ILLINOIS DEPT OF REVENUE | 200 S WYMAN ST ROCKFORD IL 61101 |
| ILLINOIS DEPT OF REVENUE | 15 EXECUTIVE DR STE 2 FAIRVIEW HEIGHTS IL 62208-1331 |
| ILLINOIS DEPT OF REVENUE | WILLARD ICE BLDG 101 W JEFFERSON ST. SPRINGFIELD IL 62702 |
| ILLINOIS DEPT OF REVENUE | 2309 W MAIN ST STE 114 MARION IL 62959-1196 |
| INDIANA DEPT OF REVENUE | 7230 ENGLE RD., STE. 314 FT WAYNE IN 46804 |
| INDIANA DEPT OF REVENUE | 3640 N BRIARWOOD LN STE 5 MUNCIE IN 47304 |
| INDIANA DEPT OF REVENUE | 1411 E 85TH AVE MERRILLVILLE IN 46410 |
| INDIANA DEPT OF REVENUE | 105 E JEFFERSON BLVD STE 350 SOUTH BEND IN 46601 |
| INDIANA DEPT OF REVENUE | 124 W SUPERIOR ST KOKOMO IN 46901 |
| INDIANA DEPT OF REVENUE | 1200 MADISON ST STE E CLARKSVILLE IN 47129 |
| INDIANA DEPT OF REVENUE | 4475 RAY BOLL BLVD COLUMBUS IN 47203 |
| INDIANA DEPT OF REVENUE | 1531 S CURREY PIKE STE 400 BLOOMINGTON IN 47403 |
| INDIANA DEPT OF REVENUE | 500 S GREEN RIVER RD STE 202, GOODWILL BLDG EVANSVILLE IN 47715 |
| INDIANA DEPT OF REVENUE | 30 N 8TH ST 3RD FL TERRE HAUTE IN 47807 |
| INDIANA DEPT OF REVENUE | 100 EXECUTIVE DR STE B LAFAYETTE IN 47905 |
| INTEGRITY MOBILE TRUCK MAINTENANCE | 5757 MARTEL AVE DALLAS TX 75206 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 819 TAYLOR ST STE 6A14 FORTWORTH TX 76102 |
| INTERSTATE BATTERIES | 1769 BRITANNIA RD E MISSISSAUGA ON L4W 4B2 CANADA |
| INTERSTATE BATTERIES - ATLANTA | 2649 N COBB PKWY KENNESAW GA 30152 |
| INTERSTATE BATTERIES - BAKERSFIELD | 9792 GLENOAKS BLVD SUN VALLEY CA 91352-1014 |
| INTERSTATE BATTERIES - INDIANAPOLIS | 6848 E 21ST. INDIANAPOLIS IN 46219 |
| INTERSTATE BATTERIES USA | 6654 W WASHINGTON ST INDIANAPOLIS IN 46241 |
| INTERSTATE BATTERIES- NEW JERSEY | 1308 12TH ST NORTH BERGEN NJ 07047 |
| INTERSTATE TRUCK & TRAILER REPAIR LLC | 11905 OLD HWY 66 ROLLA MO 65401 |
| INWOOD TRUCK & SALES LLC | 230 TRUXMORE CT INWOOD WV 25428 |
| J & M WRECKER SERVICES INC | 501 W PLANTATION CLUTE TX 77531 |
| JESSE'S TRUCK AND TRAILER REPAIR LLC | 114 N NORTH ST DANVILLE IL 61832 |
| JOHN HENRY SMITH LAND INC. | BOX 266 SIMCOE ON N3Y 4LI CANADA |
| JOHN HENRY SMITH LAND INC. | 16 WERRET AVENUE SIMCOE ON N3Y 5N5 CANADA |
| KC 24HR TRUCK REPAIR | 1250 N WASHINGTON CHERRYVALLE KS 67335 |

| Claim Name | Address Information |
|---|---|
| KERN COUNTY TREASURER | 1115 TRUXTUN AVENUE, 2ND FLOOR BAKERSFIELD CA 93301 |
| KYRISH TRUCK CENTERS OF HOUSTON | 8900 NORTH LOOP EAST HOUSTON TX 77029 |
| LAWSON PRODUCTS INC | 7315 RAPISTAN COURT MISSISSAUGA ON L5N 5Z4 CANADA |
| LEWIS COUNTY PUD | PO BOX 239 CHEHALIS WA 98532 |
| LEWIS COUNTY TREASURER | ARNY DAVIS 351 NW NORTH ST CHEHALIS WA 98532 |
| LEWIS COUNTY WASHINGTON PROPERTY TAX | 351 NW. NORTH ST CHEHALIS WA 98532 |
| LIBERTY MUTUAL INSURANCE CO. | SUITE 900, 181 BAY STREET TORONTO ON M5J 2T3 CANADA |
| LLOYD'S UNDERWRITERS | ROYAL BANK PLAZA SOUTH TOWER 200 BAY STREET, SUITE 2930 PO BOX 51 TORONTO ON M5J 2J2 CANADA |
| LOCKED OUT LLC | 1710 CHUCKER ST ABILENE TX 79605 |
| LOVES (COD) | 1600 NORTH PENNSYLVANIA OKLAHOMA CITY OK 73102 |
| MALAGA COUNTY WATER DISTRICT | 3580 S. FRANK FRESNO CA 93725 |
| MARICOPA COUNTY TREASURER | PO BOX 52133 PHOENIX AZ 85072-2133 |
| MARICOPI COUNTRY TREASURER | JOHN M. ALLEN 301 W JEFFERSON ST #100 PHOENIX AZ 85003 |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES 100 CAMBRIDGE ST, 6TH FL BOSTON MA 02114-9569 |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES PO BOX 9569 BOSTON MA 02114-9569 |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| METRO TOWING | 1800 LEE ST ALEXANDRIA LA 71301 |
| METROPOLITAN LIFE INSURANCE COMPANY | PO BOX 360229 PITTSBURGH PA 15251 |
| MHC KENWORTH ATLANTA | 5860 RIVERVIEW ROAD MABLETON GA 30126 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MICHIGAN DEPT OF TREASURY | MICHIGAN DEPARTMENT OF TREASURY LANSING MI 48922 |
| MICHIGAN GAS | PO BOX 19001 GREEN BAY WI 54307-9001 |
| MIDDLE TENN EMC | PO BOX, 330008 MURFREESBORO TN 37133 |
| MIDSTATE LLC | PO BOX 15432 LITTLE ROCK AR 72231 |
| MITSUBISHI HC CAPITAL AMERICA, INC | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| MONROE COUNTY TREASURER | JESSE STANFORD 51 SOUTH MACOMB ST MONROE MI 48161 |
| MOORE & VAN ALLEN PLLC | 100 NORTH TYRON STREET, SUITE 4700 CHARLOTTE NC 28202 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| MUTUAL OF OMAHA INSURANCE COMPANY | 3300 MUTUAL OF OMAHA PLAZA OMAHA NE 68175 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL FUEL GAS | 410 MAIN ST BUFFALO NY 14202 |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION PO BOX 211 TRENTON NJ 08625-0211 |
| NEW YORK DEPT. OF FINANCE | CORRESPONDENCE UNIT ONE CENTRE ST, 22ND FL NEW YORK NY 10007 |
| NICOR GAS | PO BOX 2020 AURORA IL 60507-2020 |
| NORTH HARRIS COUNTY STORAGE | 9490 FM 1960 BYPASS RD WEST HUMBLE TX 77338 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OHIO DEPT OF TAXATION | PO BOX 182131 COLUMBUS OH 43218-2131 |
| OKLAHOMA COUNTY TAX SYSTEM | PO BOX 268875 OKLAHOMA CITY OK 73126-8875 |
| OKLAHOMA COUNTY TREASURER | FORREST 'BUTCH' FREEMAN OKLAHOMA COUNTY ANNEX BLDG 320 ROBERT S KERR AVE, #307 OKLAHOMA CITY OK 73102 |
| OKLAHOMA GAS & ELECTRIC COMPANY | OPO BOX 24990 OKLAHOMA CITY OK 73124-0990 |
| OKLAHOMA TAX COMMISSION | 300 N BROADWAY AVE OKLAHOMA CITY OK 73102 |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |

| Claim Name | Address Information |
|---|---|
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |
| PALM BEACH COUNTY TAX COLLECTOR | ANNE M. GANNON GOVERNMENTAL CENTER 301 N OLIVE AVE, 3RD FL WEST PALM BEACH FL 33401 |
| PAPE KENWORTH(1755) | 1755 ADAMS AVENUE SAN LEANDRO CA 94577 |
| PG&E | 705 'P' STREET FRESNO CA 93760 |
| PHONXAY KEOKHAM, CPA TREASURER | 44 N, SAN JOAQUIN ST., SIUTE 150 STOCKTON CA 95202 |
| POP-A-LOCK | 1104 S 1ST ST TEMPLE TX 76504 |
| PRIDE FLEET SOLUTION FUEL -USD | 6050 DIXIE ROAD MISSISSAUGA ON L5T 1Y6 CANADA |
| PRIDE FLEET SOLUTIONS REPAIR (USD) | 6050 DIXIE ROAD MISSISSAUGA ON L5T 1Y6 CANADA |
| PRIDE GROUP HOLDINGS, INC. | 6050 DIXIE ROAD MISSISSAUGA ON L5T 1A6 |
| PRIDE TRUCK SALES LP | 1125 E ALEXIS RD TOLEDO OH 43612 |
| RAPHAEL BRUMMER | C/O I-95 PROPERTIES LLC 1901 HARBOURVIEW DR FORT LAUDERDALE FL 33316 |
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REEFER SERVICE INC | 2930 CORPORATE GROVE DR. HUDSONVILLE MI 49426 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE CORPORATION | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| RELIANT ENERGY | PO BOX 3765 HOUSTON TX 77253-3765 |
| ROGER'S TOWING, INC. | 386 SUGAR STREET MARION VA 24354 |
| ROLFE JOSEPH WALKER | 3375 HIGH PRAIRIE RD GRAND PRAIRIE TX 75050 |
| ROLFE JOSEPH WALKER | 301 CACTUS ST FULTON TX 78358 |
| ROYAL BANK OF CANADA | 20 KING ST W, 4TH FL TORONTO ON M5H 1C4 CANADA |
| ROYAL BANK OF CANADA | AS ADMIN AGENT 200 BAY ST, 4TH FL NORTH TOWER, ROYAL BANK PLAZA TORONTO ON M5J 2T6 CANADA |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| RUTHERFORD CO. TRUSTEE | P.O. BOX 1316 MURFREESBORO TN 37133 |
| RUTHERFORD COUNTY , TN | COUNTY TRUSTEE OFFICE 1 PUBLIC SQUARE SUITE 102 MURFREESBORO TN 37130 |
| SAN BERNARDINO COUNTY TAX COLLECTOR | ENSEN MASON CPA, CFA 268 W HOSPITALITY LN FIRST FLOOR SAN BERNARDINO CA 92408 |
| SAN GABRIEL VALLEY WATER COMPANY | 11142 GARVEY AVENUE; SOUTH EL MONTE CA 91733 |
| SAN JOAQUIN CNTY TREASURER-TAX COLLECTOR | PHONXAY KEOKHAM, CPA 44 N SAN JOAQUIN ST FIRST FLOOR, STE 150 STOCKTON CA 95202 |
| SHELL DALLAS | 2324 MCKINNEY AVE DALLAS TX 75201 |
| SOUTHERN CALIFORNIA EDISON | PO BOX 6400 RANCHO CUCAMONGA CA 91729-6400 |
| SOUTHERN TIRE MART AT PILOT LLC | 800 HIGHWAY 98 COLUMBIA MS 39429 |
| SOUTHSIDE WRECKER INC | PO BOX 1799 MANCHACA TX 78652 |
| SPARKLETTS | 200 EAGLES LANDING BLVD LAKELAND FL 33810 |
| SPECTRUM BUSINESS | 340 N MCKINLEY STREET # 103 CORONA CA 92879 |
| SRP | PO BOX 52025 PHOENIX AZ 85072 |
| STATE OF CALIFORNIA EMPLOYMENT | DEVELOPMENT DEPARTMENT 722 CAPITOL MALL #5098 SACRAMENTO CA 95814 |
| STOUGHTON TRAILERS CANADA CORPORATION | 416 S. ACADEMY STREET STOUGHTON WI 53589 |
| SUPER 1 ROAD SERVICE | 10118 GLENGATE LN HOUSTON TX 77036 |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 CAPITOL STATION AUSTIN TX 78711-3528 |

| Claim Name | Address Information |
| --- | --- |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 |
| TEXAS TOWING SOUTH | 2051 RIGSBY AVE SAN ANTONIO TX 78210 |
| TEXAS TOWING WRECKER SERVICE INC | 206 S COMMERCIAL STREET FORT WORTH TX 76107 |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| THOMPSON TRUCK & TRAILER, LLC | 7820 6TH ST SW CEDAR RAPIDS IA 52404 |
| TODDS TOWING & RECOVERY LLC | 16100 S LINCOLN HWY PLAINFIELD IL 60586 |
| TOLEDO EDISON A FIRSTENERGY COMPANY | P.O. BOX 3687 AKRON OH 44309-3687 |
| TOWERHILL INSURANCE | UNDERWRITERS INC. 7100 WOODBINE AVENUE, SUITE 301 MARKHAM ON L3R 5J2 CANADA |
| TPINE LEASING CAPITAL LP | 1125 E ALEXIS RD TOLEDO OH 43612 |
| TPINE RENTAL USA INC. | 1125 E ALEXIS RD TOLEDO OH 43612 |
| TPX COMMUNICATION | PO BOX 36430 LAS VEGAS NV 89133-6430 |
| TRUE NATURAL GAS | 807 COLLINSWORTH RD PALMETTO GA 30268 |
| U.S. DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| UNITED COMMUNITY BANK | 1900 W ILES AVE SPRINFIELD IL 62704 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| UNWIRED | 215 W FALLBROOK AVE; SUITE 203 FRESNO CA 93711 |
| USR | 231 N. MARTINGALE ROAD, SUITE 100 SCHAUMBURG IL 60173 |
| VAL VERDE FAMILY LIMITED PARTNERSHIP | 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VECTREN ENERGY | PO BOX 209 EVANSVILLE IN 47702 |
| VERIZON BUSINESS | PO BOX 489 NAWARK NJ 07101-0489 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VFS LEASING CO | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VIVANT | 810 OFFICE PARK CIR, SUITE 140 LEWISVILLE TX 75057 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |
| WENDY BURGESS - TAX ASSESSOR | 100 E. WEATHEFORD FORT WORTH TX 76196 |
| WEST CENTRAL CONSCRVANCY DISTRICT | 243 S COUNTY RD 625 E AVON IN 46123 |
| WILL COUNTY TREASURER | TIM BROPHY WILL COUNTY OFFICE BLDG 302 N CHICAGO ST JOLIET IL 60432 |
| ZURICH INSURANCE COMPANY LTD. | FIRST CANADIAN PLACE 100 KING STREET WEST TORONTO ON M5X 1C9 CANADA |

**Total Creditor count  266**

| Claim Name | Address Information |
|---|---|
| ERNST & YOUNG INC. | (MONITOR) ATTN: ALEX MORRISON, KAREN FUNG & SIMONE CARVALHO 100 ADELAIDE STREET WEST TORONTO ON M5H 0B3 CANADA |

**Total Creditor count  1**

**PRIDE GROUP HOLDINGS INC. - CASE NO. 24-10632 (CTG)**
**Service List**

ARTHUR J. GALLAGHER RISK MGMNT SERVICE
201 E 4TH ST STE
CINCINNATI, OH 45202

INDIANA DEPT OF REVENUE
100 N SENATE IGCN
RM N105
INDIANAPOLIS, IN 46204

**EXHIBIT B**

Pride Group Holdings Inc. - Case No. 24-10632 (CTG)
Notice of Appearance Email Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE & NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR & DANIEL LOBERTO | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ, STEPHEN R TETRO, II, JAMES P SULLIVAN | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK & DENNIS A. MELORO | Anthony.Clark@gtlaw.com; Dennis.Meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX | trip.nix@hklaw.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | dallas.bankruptcy@tgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | houston_bankruptcy@lgbs.com |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | STScott@mayerbrown.com; JGross@mayerbrown.com; JMEdwards@mayerbrown.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL & RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON; STEPHAN E. HORNUNG; GRAHAM L. FISHER | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; graham.fisher@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN & TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO & AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: ALEXIS R. GAMBALE & ELIZABETH A. ROGERS | alexis.gambale@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; micholson@tgf.ca; pfresharaki@tgf.ca |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III | charlie.livermon@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |

**Pride Group Holdings Inc. - Case No. 24-10632 (CTG)**
**Electronic Mail Matrix Service List**

| EMAIL |
| --- |
| charlie.livermon@wbd-us.com |
| EMILY.MASRY@PARTHENON.EY.COM |
| gary.molnar@cenovus.com |
| htaesq@aol.com |
| JGAGE@MCCARTHY.CA |
| KEVIN.WU@BLAKES.COM |
| MATTHEWW@HALTONHILLSHYDRO.COM |
| MDHALIWAL@PALLETTVALO.COM |
| MICHAEL.HAYES@PARTHENON.EY.COM |
| morgan.patterson@wbd-us.com |
| MWASSERMAN@OSLER.COM |
| RHAMMAD@STIKEMAN.COM |
| ROBERT.KENNEDY@DENTONS.COM |
| SKNAPMAN@HALTONHILLSHYDRO.COM |
| tarnold@arnold-foster.com |
| TCOURTIS@MCCARTHY.CA |
| timothy.fox@usdoj.gov |

**Pride Group Holdings Inc. - Case No. 24-10632 (CTG)**
**Electronic Mail Matrix Service List**

123@ASD.COM
1800RADIATOR@GMAIL.COM
aandrade@pridetrucksales.com
Aaron.Roberts@Pilottravelcenters.Com
aattri@pridetrucksales.com
abagi@pridetrucksales.com
Accounting@24X7Primacy.Com
Accounting@Cdllegal.Com
accounting@jdfactor.com
accounting@rdtruckservice.com
Accounting@Thomas-And-Company.Com
Accounting@Towtulsa.Com
ACCOUNTSRECEIVABLE@DESCARTES.COM
Accountsreceivable@I44Truckcenter.Com
Accountsreceivable@Peoplenetonline.Com
accountsreceivable@redwoodlogistics.com
acctsrec@batteriesftw.net
adam.maerov@mcmillan.ca
adhillon@pridetrucksales.com
AEXPRESSLLC@YAHOO.COM
AGC-PGC.Toronto-Tax-Fiscal@justice.gc.ca
Aggiapal@pridetrucksales.com
agill@tpinecapital.com
aguerero@pridetrucksales.com
ajomaa@pridetrucksales.com
Akaur@Tpinecapital.Com
alane@tpinecapital.com
Alex.F.Morrison@parthenon.ey.com
Alexandra.Bochkova@Michelin.Com
alina.ales@ibsa.com
almeyratrucking@gmail.com
amandeep@pridetrucksales.com
amederos@pridetrucksales.com
amoran@pridetrucksales.com
amtoj.randhawa@pridegroupenterprises.com
anand@pridetrucksales.com
Ann@Flornadian.Com
Ap@Fleetserviceoftulsa.Com
Ap@Otrfleetservice.Com
apalmer@Dixietruckparts.com
aquran@Dixietruckparts.com
ar.interstate@gmail.com
Ar.Remittance@Hti.Biz

Ar@Esmartcontrol.Com
AR@ITRADENETWORK.COM
Ar@Marketexpress.Com
Ar@Milecorp.Com
Ar@Ringcentral.Com
Ar-Cashapps@Transflo.Com
arfan.ali@pridetrucksales.com
Arinvoice@Kleinschmidt.Com
arlene@pridefleetsolutions.com
Arlubesci@Chevron.Com
Arnatlna_Gbs@Goodyear.Com
arozak@pridegrouplogistics.com
Arremit@Imperialsupplies.Com
Arremittance@Bfusa.Com
Arremittance@Corcentric.Com
Arskybitz.Telular@Ametek.Com
Arwbservice@Wbservice.Com
asaladino@pridetrucksales.com
asanchez@pridefleetsolutions.com
asaqlain@pridefleetsolutions.com
ascheetz@pridetrucksales.com
asharma@pridegroupenterprises.com
ashleymartin@ajg.com
ashleymartin@ajg.com
AskDOJ@usdoj.gov
astewart@pridetrucksales.com
ATLANTA@FLEETPRIDE.COM
attorney.general@delaware.gov
attorney.general@delaware.gov
Aus-Oraclecc@Aramark.Com
austin.trickey@pridegroupenterprises.com
avtar@pridetrucksales.com
BA4211@MSN.COM
BATTERIESTEST@FLEETPRIDE.COM
bbowden@pridegrouplogistics.com
benz@chapman.com
bgeorge@pridetrucksales.com
bgill@tpinecapital.com
Bgrorge@pridetrucksales.com
Billing@Spg-Companies.Com
Billing@Tenstreet.Com
Billing@Withvector.Com
BLACKBELTFREIGHT123@GMAIL.COM

**Pride Group Holdings Inc. - Case No. 24-10632 (CTG)**
**Electronic Mail Matrix Service List**

| | |
|---|---|
| bmcradu@osler.com; | csingh@pridetrucksales.com |
| bmuller@osler.com | Customer-Remittance@Fleetcharge.Com |
| Bob@gbsales.com | cwyma@pridetrucksales.com |
| BOBBRAND@JDDISTRIBUTING.NET | dabbott@morrisnichols.com |
| Bogdana@Compasslease.Com | dallashotshots@ibsa.com |
| brad.d.newton@rbc.com | Daniel.loberto@blakes.com |
| Branch680@Orkin.Com | DANIEL@NOVOTRANSPORTATION.COM |
| BRIDGESTONE@FIRESTONE.COM | Danielle.Wallace@Jbssa.Com |
| businesstaxregister@dor.mo.gov | Dave@Toexceed.Com |
| cambria.serrano@pridegroupenterprises.com | DAVERTRANS01@GMAIL.COM |
| CARRIERINC@GMAIL.COM | Dawn.Kluesner@Transamerica.Com |
| Cashapp@Comdata.Com | Denise.Serna@ibsa.com |
| CASHAPP@COMDATA.COM | dennis.moody@irs.gov |
| cashapp@rtsfinancial.com | dennis.wiebe@dentons.com |
| cashapp@rtsfinancial.com | derek@myinterstatestore.com |
| Cashapp@Ta-Petro.Com | Dfarrar@Tandwtire.Com |
| CashApplication@apexcapitalcorp.com | Directdeposits@Weisersecurity.Com |
| Cashreceipts@Hireright.Com | DISPATCH@C2CXPRESS.CA |
| Cashteam@Leasingconnection.Com | DISPATCH@FCFXTRUCKING.COM |
| CASPER@INTERLANDINC.NET | DISPATCH@GALOGISTICSLLC.COM |
| CENTRALVALLEY2013@GMAIL.COM | DISPATCH@HUENEMAN.COM |
| cfields@pridefleetsolutions.com | dispatch@interstatetow.com |
| charles.messing@irs.gov | DISPATCH@JPFREIGHT.US |
| charper@tpinecapital.com | DISPATCH@MIDGROUPLOGISTICS.NET |
| chris.burr@blakes.com | DISPATCH@NATIONWIDECARGO.COM |
| chris.wuest@faef.com | DISPATCH@PICLOGISTICSGROUP.COM |
| chris.wuest@faef.com | DISPATCH@RNATRUCKING.COM |
| chris@pridegroupenterprises.com | DISPATCH@TESSIL.NET |
| Chrisariz81@Gmail.Com | DISPATCH@UNITEDTRUCKINGINC.NET |
| christopher.hunker@linklaters.com | DISPATCH@VYNERA.COM |
| clark.xue@linklaters.com | djohal@pridetrucksales.com |
| Clientpayments@Lockton.Com | djsteinbarger@actresearch.net |
| CollectorHelp@GreeneCountyMO.gov | dlemaster@lucastrucksales.net |
| colraine@bslsc.com; | Dna2399@Yahoo.Com |
| COMMISSIONERLEE@SEC.GOV | Donna.Vitanza@Trimble.Com |
| Contact@Idelic.Com | DOR_Taxpayerservice@state.co.us |
| CONTINENTALEXP2016@GMAIL.COM | DOR_Taxpayerservice@state.co.us |
| cotreas@lancaster.ne.gov | DORMedia@dor.wa.gov |
| County.Treasurer@Hamilton-co.org | DORMedia@dor.wa.gov |
| cpetersen@tpinecapital.com | DOSDOC_FTAX@DELAWARE.GOV |
| Credit@Paccarpartsfleetservices.Com | DOSDOC_FTAX@DELAWARE.GOV |
| creektsroffice@sbcglobal.net | dricher@fasken.com |
| cromero@pridetrucksales.com | dsingh@fasken.com |

**Pride Group Holdings Inc. - Case No. 24-10632 (CTG)**
**Electronic Mail Matrix Service List**

| | |
|---|---|
| DTSperformance@yahoo.com | hbmarchand@mccarthy.ca |
| dwatson@peterbilttpe.com | HBRETTRUCKING@GMAIL.COM |
| egrubb@fiveriversrealty.com | hbutter@pridefleetsolutions.com |
| elaine.gray@dentons.com | hbutter@pridetrucksales.com |
| Electronicpay@Ricoh-Usa.Com | hina.latif@mercedes-benz.com |
| ELLYELLA_25@LIVE.COM | hlewis@pridetrucksales.com |
| emailDOR@floridarevenue.com | hmeredith@mccarthy.ca |
| Erin@Hoffmantruckservices.Com | Hmiller@Teleasing.Com |
| erios@pridetrucksales.com | hpsingh@pridetrucksales.com |
| eshehata@pridetrucksales.com | HRVACICK@YAHOO.COM |
| estelle.richmond@bmo.com | hsethman@co.hendricks.in.us |
| evazquez@pridetrucksales.com | hsingh@pridetrucksales.com |
| ewelsh@pridegrouplogistics.com | https://dor.georgia.gov/locations/savannah |
| extraplus1@outlook.com | huertam65@gmail.com |
| ezarate@pridetrucksales.com | hyong@reedsmith.com |
| F&S@TireCenter.com | ibs.simivalley@ibsa.com |
| faithlyn.hemmings@gm.com | IMPERIAL@SUPPLIES.COM |
| Fcsdumas@Gmail.Com | Infinity-Ar@Gafg.Com |
| Financecreditteam@Tmwsystems.Com | info@ahallied.com |
| find@gmail.com | INFO@BISKAINC.COM |
| FLEET@PRIDE.COM | info@corcentric.com |
| FLEETPRIDE@PRIDESTOCKTON.COM | info@dixiepartscentre.com |
| Fleetservices@Daimlertruck.Com | info@goodyearbelts.com |
| FLEXTECH@GMAIL.COM | INFO@HAULSPECIALIST.COM |
| floorprep10@gmail.com | insolvency.unit@ontario.ca |
| fmederos@pridetrucksales.com | Interstatear@Interstatetrailer.Com |
| FONTANA@GUESS.COM | Invoices@Navitus.Com |
| FORCE@DISTRIBUTING.COM | iqbal@pridetrucksales.com |
| fourstarbuildersinc@yahoo.com | isingh@pridetrucksales.com |
| gchopra@pridegroupenterprises.com | IVAN@CARGORUNNERCO.COM |
| gdemerich@chapman.com | IVAN@SOMATCORPORATION.COM |
| georgesgarage2681@gmail.com | J&Etire@gmail.com |
| GMAURER@RMCOS.COM | jabramczyk@pridefleetsolutions.com |
| Goinscc@Yahoo.Com | JALWOTRUCKING@GMAIL.COM |
| Greg.Jackson@Bypass.Com | james.cogill@rbccm.com |
| Gunning.Cpwinc@Att.Net | james.joyce@990capital.com |
| gurbaz@pridefleetsolutions.com | jangelo@reedsmith.com |
| gurmoj@Dixietruckparts.com | JASSI_HAYER@YAHOO.COM |
| gurmoj@pridetrucksales.com | jaswant@pridetrucksales.com |
| harp.singh@pridetrucksales.com | jbaksh@pridetrucksales.com |
| harp@pridegrouplogistics.com | jbaverstock@pridefleetsolutions.com |
| harvey@chaitons.com | jchristian@pridefleetsolutions.com |
| Hayes.Atwood@Swit-Tx.Com | jcrawford@pridetrucksales.com |

**Pride Group Holdings Inc. - Case No. 24-10632 (CTG)**
**Electronic Mail Matrix Service List**

| | |
|---|---|
| jdouglas@pridegrouplogistics.com | ksheikh@pridetrucksales.com |
| jessica.jintenney@pridegroupenterprises.com | ksmith@tpinecapital.com |
| Jesus.Garcia@powerfleet.com | lauren.nguyen@pridegroupenterprises.com |
| jhenley@silverbackhd.com | lcampoli@automann.com |
| Jkuser@Vanguardcleaning.Com | lcortez@pridetrucksales.com |
| jlane@pridetrucksales.com | leenicholson@stikeman.com |
| jlane@pridetrucksales.com | legalwfsc@bdc.ca |
| jlopez@pridetrucksales.com | lhilburn@tpinecapital.com |
| JMacDonald@osler.com | lhirsch@salesforce.com |
| JMCFREIGHTINC@GMAIL.COM | LIONSGATEFREIGHT@GMAIL.COM |
| john.direnzo@tdsecurities.com | LIZA.DAVIS@DELAWARE.GOV |
| john.salmas@dentons.com | lizh@ibsarizona.com |
| jonathan.meyer@dentons.com | lmartinez@pridetrucksales.com |
| joseph.franke@regions.com; kyle.shenton@regions.com | lovepreet@pridetrucksales.com |
| jpasdach@mddistributors.com | Lucentfundingtn@Lucenthealth.Com |
| JPTRUCK555@GMAIL.COM | lunderwood@pridetrucksales.com |
| jroach@reedsmith.com | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| jroach@reedsmith.com | mafran@pridetrucksales.com |
| jrodriquez@pridegroupenterprises.com | manny3pastran@gmail.com |
| jrusso@pallettvalo.com | manraj@pridefleetsolutions.com |
| jsulliva@chapman.com | marc.lavigne@wellsfargo.com |
| jthothar@pridetrucksales.com | Mark@SDRtowing.com |
| jthothar@pridetrucksales.com | Matthew.Trull@ibsa.com |
| jthrift@powertrain-inc.com | Matthew.Ward@wbd-us.com |
| jtrad@lewisrice.com | maya@pridetrucksales.com |
| jtrad@lewisrice.com | mazhar@pridetrucksales.com |
| jtrad@lewisrice.com | mbenzada@pridetrucksales.com |
| jtressa@pridetrucksales.com | mcalcagno@pridegrouplogistics.com |
| JVROSSROBERTS@ATT.NET | mcarosielli@tpinecapital.com |
| JWEXPRESSLLC@YAHOO.COM | mchaidez@pridetrucksales.com |
| K.Halley@Tripleaeq.Com | MCLARK@CLARK-TRANSPORT.COM |
| KAMYONCARRIERSLLC@GMAIL.COM | Mdelbovo@Gmail.Com |
| Kandnelectricinc@Gmail.Com | mdelbovo@tpinecapital.com |
| Karen.K.Fung@parthenon.ey.com | mdhiman@pridefleetsolutions.com |
| karmjit@pridetrucksales.com | mdirk@pridefleetsolutions.com |
| KELUEXPRESS@GMAIL.COM | mea@amclaw.com |
| kgage@cookseylaw.com | Michelin@gmail.com |
| kgudwani@pridegroupenterprises.com | Michelle.Ferguson@Verticalag.Com |
| KJCIVER@TRIWEST.NET | michelle.hayes@ibsa.com |
| klass@pridegrouplogistics.com | MIKE@SECURELGX.COM |
| KNULTISERVICESLLC@GMAIL.COM | MikeD@versabank.com |
| Kourtney.rylands@mcmillan.ca | MIT.FREIGHT.INC@GMAIL.COM |
| krishi@pridefleetsolutions.com | mjaradi@Dixietruckparts.com |

**Pride Group Holdings Inc. - Case No. 24-10632 (CTG)**
**Electronic Mail Matrix Service List**

| | |
|---|---|
| mjoumaa@pridetrucksales.com | Payments@tbcap.com |
| mlee@munsch.com | PEACH@STATE.COM |
| mmcelheran@stikeman.com | penelope.jensen@linklaters.com; |
| Mmohan@Atticrrg.Com | PETERBILT@GMAIL.COM |
| mmorris@pridegroupenterprises.com | pganninger@lewisrice.com |
| MO@AA-EXPRESS.COM | phill@holtlogistics.com |
| monarca70@gmail.com | phill@holtlogistics.com |
| MORELAND@GMAIL.COM | phogue@munsch.com; |
| MORETTATRUCKING@GMAIL.COM | pkaur@pridetrucksales.com |
| Morgan.Delabar@hklaw.com | POLANCOTRANSPORT@YAHOO.COM |
| Morgan.Delabar@hklaw.com | pperetti@pridegrouplogistics.com |
| msingh@pridetrucksales.com | prana@pridegrouplogistics.com |
| msotelo@pridetrucksales.com | Prepassbilling@Conduent.Com |
| mytaxes@indy.gov | Prioritytow@Aol.Com |
| Nathan.Ferguson@cwbmaxium.com | prkaur@pridetrucksales.com |
| natsfax@wraich.net | Propaynotify@Protectiveinsurance.Com |
| nbinepal@pridegrouplogistics.com | propertytax@dallascounty.org |
| ngarland@pridetrucksales.com | proptax@miamidade.gov |
| nghag@pridetrucksales.com | pruano@pridetrucksales.com |
| Nick.Miller@hklaw.com | psanghera@pridetrucksales.com |
| Nicole.Carbon@Aig.Com | psidhu@pridetrucksales.com |
| nikita@bslsc.com | psloan@pridetrucksales.com |
| njoumaa@pridetrucksales.com | psmith@pridefleetsolutions.com |
| NL.Atlanta@newlifeparts.com | Qball10437@Fuse.Net |
| Nmanseau@Protectiveinsurance.Com | QUES@EMAIL.COM |
| noreply@roadsync.com | r.benson@rcbensonconsulting.com |
| nqasim@pridetrucksales.com | RALPHSZUMILO@RACEWAYTRANSPORT.COM |
| nzapata@pridetrucksales.com | raman@pridetrucksales.com |
| oceanicexpress9@gmail.com | rberrios@pridetrucksales.com |
| OCR@SEC.GOV | registrationstogo@dallascounty.org |
| OKMTRUCKING@GMAIL.COM | registrationstogo@dallascounty.org |
| OLIVIA@ANDOBATRUCKING.COM | Remittance@Bluebeacon.Com |
| Omni.Payment@Omnitracs.Com | Remittance@Corpbill.Com |
| Onlineservices@Exxonmobilfleetonline.Com | Remittance@Corpbill.Com |
| osbccaa-laccbsf@ised-isde.gc.ca | Remittance@Loves.Com |
| palvi@pridegroupenterprises.com | remittance@nextdayfundinginc.com |
| pamela.huff@blakes.com | Remittance@Paccarpartsfleetservices.Com |
| parminder@pridefleetsolutions.com | repairs@lrmleasing.com |
| parvinder@pridetrucksales.com | rfee@pridegroupenterprises.com |
| pastoralawncarellc@gmail.com | rgiles@pridegrouplogistics.com |
| payfirstline@firstlinefundinggroup.com | rgutierrez@pridetrucksales.com |
| PAYMENT@AMBASSADORBRIDGE.COM | rhabib@eswgroup.com |
| Payments@Farringtontowing.Com | rhonda@jamesturbo.com |

**Pride Group Holdings Inc. - Case No. 24-10632 (CTG)**
**Electronic Mail Matrix Service List**

RISKEYTRANSPORTATION@GMAIL.COM
Rleisten.Trimaxxindustries@Gmail.Com
rmarquez@pridetrucksales.com
Robert.Vaneaton@Mapgraphix.Com
Robert.Young@fleetpride.com
Ron.Iraheta@Fayebsg.Com
rtannenbaum@reedsmith.com
rverma@pridetrucksales.com
ryagappan@pridetrucksales.com
sahnir@bennettjones.com
salender@pridetrucksales.com
Sales@Mmpjax.Com
sandeep@pridefleetsolutions.com
Sandra.Ellington@ValleyPSI.com
sandra.tsui@justice.gc.ca
sandystowinglisa@gmail.com
sarahcherry@cwpaving.com
sathwal@pridetrucksales.com
savannah@fstire.com
sbrotman@fasken.com
schahal@pridetrucksales.com
sciosek@prideev.com
SECBankruptcy-OGC-ADO@sec.gov
SECBankruptcy-OGC-ADO@sec.gov
SECBankruptcy-OGC-ADO@sec.gov
service@lifreightliner.com
sgebrehiwet@pridetrucksales.com
sghag@pridetrucksales.com
sghag@tpinecapital.com
shahank@benningtonfinancial.ca
Sharon.Manning@Plansource.Com
shawn.reed@designsinternationalinc.com
SHELL@FRESNO.COM
SHELL@SHELL.COM
Simone.Carvalho@parthenon.ey.com
simran@pridefleetsolutions.com
singhtruckservice@gmail.com
sislam@pridetrucksales.com
skaur@pridetrucksales.com
skumar@pridetrucksales.com
slata@pridetrucksales.com
smarion@pridegrouplogistics.com
SMSXPRESSLLC@GMAIL.COM

SODEYSTL@GMAIL.COM
ssadat@pridetrucksales.com
ssharma@pridegroupenterprises.com
sshiley@pridetrucksales.com
Stephen.Haupt@colliers.com
stetro@chapman.com
steve@pilkingtontaxconsulting.com
STM@STM.com
Stocktonnationalaccounts@eastbaytire.com
STScott@mayerbrown.com
sturner@pridegrouplogistics.com
Supportemail@Pb.Com
surinder@pridetrucksales.com
Tajinder@pridetrucksales.com
tammyz@horwithfreightliner.com
taxoffice@tarrantcountytx.gov
tbrowning@pridegrouplogistics.com
TCC@KERNCOUNTY.COM
TCC@KERNCOUNTY.COM
TCC@KERNCOUNTY.COM
TDOR.Bankruptcy@tn.gov
TEDWHITETRUCKING@GMAIL.COM
Teladocinvoice@Teladoc.Com
tessania.lawrence@justice.gc.ca
test@example.com
tgillies@pridetrucksales.com
Thollingsworth@Metrosigncenter.Com
thomas.gertner@gowlingwlg.com
TIM@CHERRYSALES.NET
Timbesinc@Yahoo.Com
tjanicki@prideev.com
TNICHOLS@DOR.IN.GOV
todd.atkinson@wbd-us.com
tonyn@paicanada.com
tracy@totalbrakesystems.com
Trailerrepairsolutions@Gmail.Com
treasurer@co.lucas.oh.us
Trip.Nix@hklaw.com
TRO@dinexemission.com
TRUCKLOAD@MMM-EXPRESS.COM
tsandler@osler.com
TSandler@osler.com
TYPE@TEST.COM

**Pride Group Holdings Inc. - Case No. 24-10632 (CTG)**
**Electronic Mail Matrix Service List**

| | |
|---|---|
| United.Pacific@UP.com | Vzwmail@Ecrmemail.Verizonwireless.Com |
| uphar@pridegrouplogistics.com | wastemangement123@gmail.com |
| us-accounts-receivable@e2open.com | Waterbilling@Gptx.Org |
| uvasquez@pridetrucksales.com | west123@gmail.com |
| VALLEY@GMAIL.COM | wismail@pridetrucksales.com |
| vbakshi@pridefleetsolutions.com | yprieto@pridetrucksales.com |
| vikask@pridetrucksales.com | ysilva@pridetrucksales.com |
| vmcdaniel@pridefleetsolutions.com | yzahoroda@chapman.com |
| VPBROSS1@GMAIL.COM | yzahoroda@chapman.com |
| vtiwari@amherstleasing.com | Zachary.Killam@fleetpride.com |