**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.*, | Case No. 24-10632 (CTG) |
| | (Jointly Administered) |
| Debtors in Foreign Proceedings. | |

## NOTICE OF LAW FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that the law firm of Gellert Scali Busenkell & Brown, LLC has changed its name to Gellert Seitz Busenkell & Brown, LLC. The office addresses, telephone numbers, facsimile numbers, and email addresses have not changed.

Dated: April 26, 2024
Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN LLC

*/s/ Margaret F. England*
Margaret F. England (DE 4248)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 416-3341
Fax: (302) 425-5814
Email: mengland@gsbblaw.com

and

MASON POLLICK & SCHMAHL, LLC
Michael M. Schmahl, Esq. (*pro hac vice*)
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
Telephone: (312) 312-5530
Email: mschmahl@mps-law.com
*Counsel to Ego Express, Inc.*