IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that McDermott Will & Emery LLP hereby enters its appearance (this "Notice of Appearance") in the above-captioned cases as counsel to Ernst & Young Inc., in its capacity as the court-appointed monitor (the "Court-Appointed Monitor") of the above-captioned debtors in proceedings under the Companies' Creditors Arrangement Act pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br>Bradley Thomas Giordano<br>Carmen Dingman<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606-0029<br>Telephone:   (312) 372-2000<br>Fax:               (312) 984-7700<br>E-mail:          bgiordano@mwe.com<br>                     cdingman@mwe.com | **MCDERMOTT WILL & EMERY LLP**<br>Stacy A. Lutkus<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:   (212) 547-5400<br>Fax:               (212) 547-5444<br>E-mail:          salutkus@mwe.com |

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**MCDERMOTT WILL & EMERY LLP**
David R. Hurst
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Fax:   (302) 351-8711
E-mail:   dhurst@mwe.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017(a), 9007, and 9010, this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

| | |
|---|---|
| Dated: April 26, 2024<br>Wilmington, Delaware | MCDERMOTT WILL & EMERY LLP<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, DE  19801<br>Telephone:     (302) 485-3900<br>Fax:               (302) 351-8711<br>E-mail:           dhurst@mwe.com<br><br>– and –<br><br>Bradley Thomas Giordano<br>Carmen Dingman<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029<br>Telephone:     (312) 372-2000<br>Fax:               (312) 984-7700<br>E-mail:           bgiordano@mwe.com<br>                      cdingman@mwe.com<br><br>– and –<br><br>Stacy A. Lutkus<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone:     (212) 547-5400<br>Fax:               (212) 547-5444<br>E-mail:           salutkus@mwe.com<br><br>*Counsel to Ernst & Young Inc., in its capacity as Court-Appointed Monitor* |