## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.,* | Case No. 24-10632 (CTG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 26, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| 04/26/2024 | 132 | Notice of Appearance. Filed by Ernst & Young Inc., in its capacity as Court-Appointed Monitor. (Hurst, David) (Entered: 04/26/2024) |
|---|---|---|

X _____
Laurie Heggan

Dated: April 26, 2024
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 26th day of April 2024, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

ASHBY & GEDDES, P.A.
(COUNSEL TO PACCAR FINANCIAL CORP)
ATTN MICHAEL D DEBAECKE
500 DELAWARE AVE, 8TH FLR
WILMINGTON, DE 19801

BIELLI & KLAUDER, LLC
(COUNSEL TO ROYNAT INC.)
ATTN: DAVID M. KLAUDER
1204 N KING STREET
WILMINGTON, DE 19801

BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP
(COUNSEL TO PACCAR FINANCIAL CORP)
ATTN CRAIG R COLRAINE. NIKITA TANWAR
STE 1000 - 33 BLOOR STREET EAST
TORONTO, M4W 3H1
CANADA

BLAKE, CASSELS & GRAYDON LLP
(COUNSEL TO MONITOR)
ATTN: PAMELA HUFF, CHRIS BURR &
DANIEL LOBERTO
199 BAY STREET, SUITE 4000
TORONTO, ON M5L 1A9
CANADA

BROWN MCGARRY NIMEROFF LLC
(COUNSEL TO TRIUMPH FINANCIAL SERVICES LLC)
ATTN: JAMI B. NIMEROFF
919 N MARKET STREET, STE 420
WILMINGTON, DE 19801

CHAPMAN AND CUTLER LLP
(COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT)
ATTN MICHAEL T BENZ, STEPHEN R TETRO II, JAMES P
SULLIVAN
320 SOUTH CANAL STREET, 27TH FLOOR
CHICAGO, IL 60606

CHAPMAN AND CUTLER LLP
(COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT)
ATTN YULIYA ZAHORODA
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10020-1708

COOKSEY, TOOLEN, GAGE DUFFY & WOOG
(COUNSEL TO DAIMLER TRUCK FINANCIAL SERVICES USA
LLC)
ATTN KIM GAGE
535 ANTON BOULEVARD, 10TH FL
COSTA MESA, CA 92626

ERNST & YOUNG INC.
(MONITOR)
ATTN: ALEX MORRISON, KAREN FUNG &
SIMONE CARVALHO
100 ADELAIDE STREET WEST
TORONTO, ON M5H 0B3
CANADA

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO EGO EXPRESS, INC.)
ATTN: MARGARET F ENGLAND
1201 N ORANGE ST, STE 300
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
(COUNSEL TO DAIMLER TRUCK FINANCIAL SERVICES USA
LLC)
ATTN ANTHONY W CLARK & DENNIS A MELORO
222 DELAWARE AVENUE, STE 1600
WILMINGTON, DE 19801

HOLLAND & KNIGHT LLP
(COUNSEL TO REGIONS EQUIP FINANCE CORP &
REGIONS COMMERCIAL EQUIP FINANCE, LLC)
ATTN: TRIP NIX
100 CONGRESS AVE, STE 1800
AUSTIN, TX 78701

LEWIS RICE LLC
(COUNSEL TO REGIONS EQUIP FINANCE CORP &
REGIONS COMMERCIAL EQUIP FINANCE, LLC)
ATTN: JOSEPH J. TRAD
600 WASHINGTON AVE, STE 2400
SAINT LOUIS, MO 63101

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO DALLAS COUNTY & TARRANT COUNTY)
ATTN: JOHN K. TURNER
2777 N. STEMMONS FREEWAY, STE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO CITY OF HOUSTON, HOUSTON HOMM COLL
SYSTEM, HOUSTON ISD & HARRIS CO ESD #12)
ATTN: TARA L. GRUNDEMEIER
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO BEXAR COUNTY)
ATTN: DON STECKER
112 E PECAN ST, STE 2200
SAN ANTONIO, TX 78205

LINKLATERS LLP
(COUNSEL TO DEBTORS)
ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER &
CLARK L. XUE
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MASON POLLICK & SCHMAHL, LLC
(COUNSEL TO EGO EXPRESS, INC.)
ATTN: MICHAEL M SCHMAHL
70 W HUBBARD, STE 304
CHICAGO, IL 60654

MAYER BROWN LLP
(COUNSEL TO REGIONS BANK)
ATTN: SEAN T. SCOTT, JOSHUA R. GROSS &
JADE M. EDWARDS
71 S WACKER DR
CHICAGO, IL 60606

MCDONALD HOPKINS, LLC
(COUNSEL TO ROYNAT INC.)
ATTN: MARC J. CARMEL & RYAN S. NADICK
300 NORTH LASALLE ST, STE 1400
CHICAGO, IL 60654

MCMILLAN LLP
(COUNSEL TO ROYNAT INC.)
ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS
TD CANADA TRUST TOWER
421 7TH AVENUE SW
CALGARY ALBERTA, T2P 4K9

MORGAN LEWIS & BOCKIUS LLP
(COUNSEL TO NATL BANK OF CANADA &
NATL BANK FINANCIAL INC)
ATTN: JODY C BARILLARE
1201 N MARKET ST, STE 2201
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
(COUNSEL TO NATL BANK OF CANADA &
NATL BANK FINANCIAL INC.)
ATTN: KEVIN J. BIRON, STEPHAN E. HORNUNG &
GRAHAM L. FISHER
101 PARK AVE
NEW YORK, NY 10178

MUNSCH HARDT KOPF & HARR, PC
(COUNSEL TO MILESTONE TRAILER LEASING, LLC)
ATTN DEBORAH M PERRY
500 N AKARD ST, STE 4000
DALLAS, TX 75201

PERKINS COIE LLP
(COUNSEL TO PACCAR FINANCIAL CORP.)
ATTN BRADLEY COSMAN, TINA MOSS
2525 E CAMELBACK ROAD, STE 500
PHOENIX, AZ 85016-4227

REED SMITH LLP
(COUNSEL TO MITSUBISHI HC CAPITAL AMERICA INC)
ATTN JASON D ANGELO
1201 NORTH MARKET STREET, STE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO MITSUBISHI HC CAPITAL AMERICA INC)
ATTN AARON G JAVIAN
599 LEXINGTON AVENUE, 22ND FLR
NEW YORK, NY 10022

STEVENS & LEE, P.C.
(COUNSEL TO NATIONAL TRAILER LEASING, INC.)
ATTN JOSEPH H HUSTON, JR & ELIZABETH A ROGERS
919 NORTH MARKET ST, STE 1300
WILMINGTON, DE 19801

STEVENS & LEE, P.C.
(COUNSEL TO NATIONAL TRAILER LEASING, INC.)
ATTN JASON C MANFREY
620 FREEDOM BUSINESS CENTER, STE 200
KING OF PRUSSIA, PA 19406

TEXAS WORKFORCE COMMISSION
ATTN: CHRISTOPHER S. MURPHY, ASST ATTY GENERAL
TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

THORNTON GROUT FINNIGAN LLP
(CANADIAN COUNSEL TO DEBTORS)
ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON &
PUYA FESHARAKI
TD WEST TOWER, TORONTO-DOMINION CENTRE
100 WELLINGTON STREET WEST, STE 3200
TORONTO, ON M5K 1K7
CANADA

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT)
ATTN MATTHEW P WARD & TODD A ATKINSON
1313 NORTH MARKET STREET, STE 1200
WILMINGTON, DE 19801

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO VOLVO FINANCIAL SERVICES)
ATTN MORGAN L PATTERSON
1313 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO VOLVE FINANCIAL SERVICES)
ATTN JAMES S LIVERMON III
555 FAYETTEVILLE ST, STE 1100
RALEIGH, NC 27601

YOUNG CONAWAY STARGATT & TAYLOR LLP
(COUNSEL TO REGIONS BANK & REGIONS
EQUIP FINANCE CORP & REGIONS COMMERCIAL
EQUIP FINANCE)
ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN &
RYAN M. BARTLEY
1000 N KING ST
WILMINGTON, DE 19801