# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 04/10/2024

ADVERTISER: Pride Group Holdings Inc.

and that the foregoing statements are true and correct to the best of my knowledge.

Wayne Sidor

Sworn to
before me this
10th day of April
2024

Notary Public

IAN C. MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
07/18/2028
STATE OF NEW JERSEY

# NEW HIGHS AND LOWS

WSJ.com/newhighs

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**-Daily percentage change from the previous trading session.

Tuesday, April 9, 2024

## Highs

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| ACI Worldwide | ACIW | 33.83 | 2.5 |
| AIB Acqn | AIBBU | 12.50 | 8.7 |
| AP Acqn A | APCA | 11.32 | 0.2 |
| Absci | ABSI | 6.72 | 16.8 |
| AddexTherap | ADXN | 27.90 | 27.7 |
| Aegon | AEG | 6.38 | -0.6 |
| AffiliatedMgrs | AMG | 169.65 | 0.7 |
| Agric&NatSolnsA | ANSC | 10.20 | ... |
| AlamosGold | AGI | 15.45 | 1.3 |
| Alphabet C | GOOG | 159.89 | 1.3 |
| Alphabet A | GOOGL | 158.56 | 1.1 |
| Amazon.com | AMZN | 187.34 | 0.3 |
| AnalogDevices | ADI | 204.20 | 3.8 |
| AptIncmREIT | AIRC | 38.68 | 0.2 |
| APi Group | APG | 39.98 | -0.2 |
| ApolloGlblMgmt | APO | 117.15 | -3.6 |
| ApolloGlbPfdA | APOpA | 66.05 | -3.0 |
| AppLovin | APP | 79.55 | -2.0 |
| APxAcqnI | APXIU | 12.00 | 7.2 |
| Arhaus | ARHS | 16.60 | -0.4 |
| ArisMining | ARMN | 3.78 | -1.6 |
| ArisWater | ARIS | 15.31 | 0.5 |
| ArmadaAcqnIWt | AACIW | 0.21 | -17.8 |
| ArtisanPtrsAsset | APAM | 46.75 | 1.2 |
| Artivion | AORT | 21.90 | ... |
| AssetMarkFin | AMK | 37.54 | 0.7 |
| AudioEye | AEYE | 12.84 | 28.8 |
| BRF | BRFS | 3.52 | 3.0 |
| BancoBBVA | BBAR | 9.51 | -0.1 |
| Bladex | BLX | 30.65 | 0.2 |
| BlackHawkAcqn | BKHAU | 10.18 | ... |
| BlockchainCoinWt | BCSAW | 0.18 | 255.9 |
| BlueOwlCapital | OBDC | 15.67 | ... |
| BrookdaleSrLiving | BKD | 7.05 | -1.0 |
| BukitJalilGlb1 | BUJAU | 10.90 | 3.7 |
| ByrnaTech | BYRN | 15.34 | 0.1 |
| CNX Resources | CNX | 24.63 | 1.7 |
| Cabot | CBT | 98.34 | 4.2 |
| Caesarstone | CSTE | 5.84 | 14.1 |
| CanadianNatRscs | CNQ | 81.92 | 1.2 |
| CannaGlblAcqn | CNGLU | 11.02 | 1.6 |
| CarpenterTech | CRS | 82.16 | -0.4 |
| CenovusEnergy | CVE | 21.64 | 0.6 |
| CenovusEnergyWt | CVE.WS | 16.94 | 0.6 |
| CentralPuerto | CEPU | 11.60 | 0.5 |
| CenturyAluminum | CENX | 17.58 | -0.4 |
| ChimeraPfdC | CIMpC | 21.42 | 0.5 |
| CleanHarbors | CLH | 204.06 | 0.5 |
| CoeurMining | CDE | 5.37 | 4.2 |
| CostamarePfdC | CMREpC | 26.46 | 1.3 |
| CostamarePfdE | CMREpE | 26.89 | 0.3 |
| CrescentPoint | CPG | 8.90 | 0.3 |
| Cresud | CRESY | 10.13 | 0.8 |
| CuriosityStream | CURI | 1.37 | 4.8 |
| Ducommun | DCO | 58.19 | 1.7 |
| EOG Rscs | EOG | 137.22 | 1.2 |
| EaglePointNts28 | ECCX | 24.93 | 0.3 |
| EldoradoGold | EGO | 15.73 | 3.9 |
| ElementSolns | ESI | 25.72 | 1.4 |
| EmbraceChange | EMCGU | 11.83 | 6.1 |
| EmersonElec | EMR | 115.26 | -0.4 |
| EnergySvsofAmerica | ESOA | 9.49 | -3.9 |
| EnteraBio | ENTX | 2.32 | 15.4 |
| EquitransMdstm | ETRN | 12.91 | 2.5 |
| FinnovateAcqn | FNVTU | 12.11 | 7.9 |
| FirstHorizonPfdD | FHNpD | 25.69 | ... |
| FirstMajSilver | AG | 8.34 | 1.8 |
| Flowserve | FLS | 48.31 | -0.4 |
| FormFactor | FORM | 47.94 | 1.8 |
| FortunaSilver | FSM | 4.92 | 2.6 |
| FreeportMcM | FCX | 52.03 | 2.6 |
| FutureHealthESG | FHLT | 15.05 | 7.8 |
| GEO Group | GEO | 16.31 | -0.1 |
| GalectinTherap | GALT | 3.97 | 5.3 |
| GatosSilver | GATO | 9.79 | 0.5 |
| GladstonePfdG | GOODO | 20.48 | ... |
| Glaukos | GKOS | 102.33 | 0.7 |
| GoldFields | GFI | 18.07 | 3.8 |
| GraphicPkg | GPK | 29.50 | 2.1 |
| GpoFinGalicia | GGAL | 30.16 | 3.4 |
| GpoSupervielle | SUPV | 6.38 | -1.3 |
| HarmonyGold | HMY | 9.31 | 1.1 |
| HudbayMinerals | HBM | 8.11 | 6.8 |
| HudsonAcqnI | HUDA | 10.74 | ... |
| HuntingtonBcshs | HBAN | 14.07 | 0.2 |
| ICICI Bank | IBN | 26.75 | 2.1 |
| ICZOOMA | IZM | 34.96 | 43.4 |
| ING Groep | ING | 17.18 | -0.5 |
| IRSA | IRS | 10.40 | -0.1 |
| InFinTAcqnA | IFIN | 11.48 | ... |
| Informatica | INFA | 38.58 | -0.3 |
| InsightAcqnA | INAQ | 10.89 | 0.6 |
| IntegerHoldings | ITGR | 119.00 | 3.1 |
| IntlBcshs | IBOC | 56.53 | -0.2 |
| InvestcorpEur I | IVCBU | 11.50 | 3.2 |
| Iridex | IRIX | 3.65 | -2.3 |
| IsraelAcqns | ISRLU | 12.00 | 1.9 |
| JanusHenderson | JHG | 33.25 | 0.7 |
| KaiserAlum | KALU | 95.56 | -0.3 |
| KinrossGold | KGC | 6.57 | 0.9 |
| Kirby | KEX | 101.17 | 0.5 |
| Lands'End | LE | 12.30 | 10.7 |
| LifewayFoods | LWAY | 23.31 | 6.2 |
| LomaNegra | LOMA | 7.87 | -1.1 |
| MFAFinNts29 | MFAN | 25.75 | ... |
| MRC Global | MRC | 13.00 | -1.6 |
| MainStreetCap | MAIN | 47.71 | 0.1 |
| Maris-Tech | MTEK | 1.76 | -0.6 |
| Massimo | MAMO | 4.66 | 18.1 |
| McEwenMining | MUX | 11.85 | 2.8 |
| MetalSkyStar | MSSA | 11.23 | 1.2 |
| MetalsAcqn | MTAL | 14.11 | ... |
| MoneyLion | ML | 87.00 | -8.2 |
| Moog A | MOG.A | 160.76 | -0.8 |
| MountainI A | MCAA | 11.52 | 0.1 |
| MrCooper | COOP | 78.54 | ... |
| NRG Energy | NRG | 74.74 | -1.4 |
| NRX PharmWt | NRXPW | 0.39 | 13.1 |
| Nasdaq | NDAQ | 64.25 | 2.3 |
| NortechSystems | NSYS | 17.72 | 10.7 |
| Nucor | NUE | 203.00 | -0.5 |
| NurixTherap | NRIX | 17.51 | 26.7 |
| nVentElectric | NVT | 78.98 | -3.9 |
| OCA Acqn A | OCAX | 10.91 | 0.4 |
| OFSCapNts2028 | OFSSH | 22.48 | 0.8 |
| Ovintiv | OVV | 55.66 | 0.4 |
| PHINIA | PHIN | 40.12 | 4.0 |
| PackagingCpAm | PKG | 191.27 | -0.4 |
| PactivEvergreen | PTVE | 15.51 | 1.4 |
| PennyMacNts28 | PMTU | 25.64 | 0.8 |
| PerellaWeinberg | PWP | 16.07 | 2.1 |
| PermianRscs | PR | 18.25 | 1.7 |
| PerpetuaRscs | PPTA | 6.91 | 3.3 |
| Pilgrim'sPride | PPC | 35.61 | 0.2 |
| PiperSandler | PIPR | 202.76 | -1.4 |
| PlumAcqnI | PLMIU | 11.11 | 4.8 |
| PrecisionDrilling | PDS | 77.21 | -1.3 |
| Q2 | QTWO | 53.96 | 0.7 |
| QuinStreet | QNST | 17.76 | -0.7 |
| RealBrokerage | REAX | 4.58 | 2.6 |
| ReinsGrp | RGA | 196.25 | -2.9 |
| RigelResourceWt | RRAC.WS | 0.30 | ... |
| RithmCapPfdA | RITMpA | 25.20 | -0.2 |
| RithmCapPfdB | RITMpB | 25.00 | 1.0 |
| RithmCapPfdD | RITMpD | 23.60 | -0.7 |
| Root | ROOT | 85.99 | 2.6 |
| RoyalBkCanada | RY | 103.88 | -0.3 |
| Shell | SHEL | 72.72 | ... |
| SilverCrestMetals | SILV | 7.63 | 5.0 |
| SoCopper | SCCO | 117.86 | 3.7 |
| SparkIAcqnA | SPKL | 10.29 | 0.2 |
| SpringValleyII A | SVII | 11.00 | ... |
| Sprott | SII | 41.44 | 1.2 |
| StrawberryFldREIT | STRW | 8.35 | -0.1 |
| TE Connectivity | TEL | 147.98 | 2.1 |
| TFI Intl | TFII | 162.13 | 1.0 |
| TMT Acqn | TMTC | 10.87 | 0.6 |
| Talkspace | TALK | 3.92 | 1.3 |
| TasekoMines | TGB | 2.58 | 3.3 |
| Tecnoglass | TGLS | 58.42 | 5.4 |
| 10XCapital A | VCXB | 10.85 | 0.3 |
| TencentMusic | TME | 11.97 | 2.2 |
| TetraTech | TTEK | 194.99 | 0.5 |
| ThirdHarmonic | THRD | 11.80 | 1.7 |
| TrinityCapNts2029 | TRINZ | 25.55 | -0.3 |
| TsakosEnergyPfdF | TNPpF | 27.15 | 0.3 |
| TwoHarborsPfdB | TWOpB | 23.71 | 0.9 |
| USCmdtyIndxFd | USCI | 63.29 | 0.1 |
| USCopperIndex | CPER | 27.05 | ... |
| VictoryCapital | VCTR | 44.14 | -0.1 |
| ViperEnergy | VNOM | 40.27 | 1.6 |
| VistaEnergy | VIST | 44.25 | -1.6 |
| Westlake | WLK | 162.64 | 2.5 |
| XtrkRreFreeGlbNat | NRES | 28.41 | 0.8 |
| YPF | YPF | 22.27 | 0.2 |
| ZalatorisAcqn | TCOA | 10.94 | 0.2 |

## Lows

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| ATI PhysTherapy | ATIP | 4.66 | -2.5 |
| ATS | ATS | 31.98 | 1.5 |
| Ayro | AYRO | 1.40 | -8.4 |
| AcordaTherap | ACOR | 0.98 | -15.0 |
| AgapeATP | ATPC | 0.28 | -4.4 |
| AllarityTherap | ALLR | 3.50 | -16.5 |
| AlphaTech | ATGL | 2.38 | 0.4 |
| AltaGlobal | MMA | 3.26 | -11.2 |
| AmericanWell | AMWL | 0.71 | -0.6 |
| AnavexLifeSci | AVXL | 4.29 | ... |
| AppliedUV | AUVI | 0.76 | -7.2 |
| AptevoTherap | APVO | 3.25 | -12.4 |
| AscentSolar | ASTI | 0.28 | -12.4 |
| Auna | AUNA | 7.19 | -9.4 |
| Azitra | AZTR | 0.16 | -16.4 |
| BeamGlobalWt | BEEMW | 0.08 | -28.0 |
| BinahCapital | BCG | 7.38 | -7.9 |
| BioLineRX | BLRX | 0.69 | -7.1 |
| BluejayDiag | BJDX | 0.60 | -3.3 |
| BogotaFinl | BSBK | 6.57 | 0.5 |
| BoundlessBio | BOLD | 11.91 | -3.7 |
| C&F Fin | CFFI | 46.20 | -1.0 |
| CadrenalTherap | CVKD | 0.38 | -19.9 |
| CareMax | CMAX | 3.63 | -5.7 |
| ChromocellTherap | CHRO | 1.90 | -8.4 |
| Comstock | LODE | 0.32 | -2.1 |
| Dynatronics | DYNT | 0.39 | -0.5 |
| ElevaiLabs | ELAB | 0.60 | -7.4 |
| Embecta | EMBC | 11.76 | -2.6 |
| Endava | DAVA | 32.84 | -3.2 |
| EvokePharma | EVOK | 0.52 | -5.4 |
| Eyenovia | EYEN | 0.57 | -15.7 |
| FSD Pharma | HUGE | 0.60 | -1.6 |
| Fanhua | FANH | 4.20 | -8.7 |
| FocusUniversal | FCUV | 0.26 | -2.3 |
| FreightTech | FRGT | 0.95 | -14.1 |
| GD Culture | GDC | 0.80 | -1.9 |
| GabelliPfdA | GLUpA | 41.00 | -4.2 |
| GameStop | GME | 10.73 | 1.7 |
| Genelux | GNLX | 4.44 | -1.5 |
| GoldenHeaven | GDHG | 0.89 | -6.1 |
| GoldenSunHlth | GSUN | 0.31 | -5.2 |
| Graphex | GRFX | 0.25 | -7.9 |
| HaoxiHlthTech | HAO | 4.03 | 8.3 |
| HealthcrTriangle | HCTI | 1.67 | -5.6 |
| InMode | INMD | 18.14 | -6.9 |
| InteractStrength | TRNR | 0.22 | -6.8 |
| Intrusion | INTZ | 2.58 | 12.7 |
| J-Long | JL | 0.81 | -4.4 |
| JackintheBox | JACK | 59.79 | 1.8 |
| Jiuzi | JZXN | 0.49 | -7.9 |
| LamfGlbl I | LGVCU | 8.55 | -15.8 |
| LiqTechIntl | LIQT | 2.82 | -1.1 |
| MaxeonSolar | MAXN | 2.36 | -2.4 |
| MicroAlgo | MLGO | 3.18 | -8.5 |
| MustangBio | MBIO | 0.65 | -3.2 |
| N2OFF | NITO | 1.08 | 2.2 |
| NanoVibronix | NAOV | 0.70 | -3.8 |
| Neogen | NEOG | 12.57 | -9.3 |
| NewGenIvf | NIVF | 0.82 | 6.5 |
| Noodles | NDLS | 1.52 | ... |
| NovaBayPharm | NBY | 0.08 | -5.6 |
| OportunFin | OPRT | 2.09 | -6.1 |
| PDS Biotech | PDSB | 3.10 | -1.2 |
| PainReform | PRFX | 1.30 | -13.2 |
| PerfectMoment | PMNT | 3.03 | -4.9 |
| PetMedExpress | PETS | 4.43 | -3.9 |
| PredictiveOncology | POAI | 1.76 | -7.9 |
| Primech | PMEC | 0.67 | -5.3 |
| RMGAcqnIIIWt | RMGCW | 0.00 | -90.0 |
| RoyaltyMgmt | RMCO | 1.08 | -3.5 |
| SES AI Wt | SES.WS | 0.03 | -43.8 |
| SU Group | SUGP | 2.07 | -4.2 |
| SylaTech | SYT | 2.61 | -5.1 |
| SciSparc | SPRC | 1.70 | -3.9 |
| SemantixWt | STIXW | 0.00 | 522.0 |
| SeresTherap | MCRB | 0.69 | -3.1 |
| ShenandoahTel | SHEN | 15.39 | -0.4 |
| Shimmick | SHIM | 3.36 | -0.5 |
| Sono-Tek | SOTK | 4.38 | 0.3 |
| Starbucks | SBUX | 86.31 | -0.1 |
| TFF Pharm | TFFP | 4.19 | 3.8 |
| TevogenBio | TVGN | 2.24 | -13.0 |
| ToughBuiltInds | TBLT | 2.12 | 13.4 |
| VintageWineEstates | VWE | 0.29 | -6.0 |
| VirginGalactic | SPCE | 1.14 | -0.8 |
| VivosTherap | VVOS | 2.47 | -9.1 |
| WheelerREIT | WHLR | 0.13 | -5.4 |
| WiSA Tech | WISA | 0.02 | -6.1 |
| ZoomPower | ZOOZ | 2.82 | -9.6 |
| ZapataComputing | ZPTA | 2.33 | 7.0 |
| Zoomcar | ZCAR | 0.40 | -5.1 |

# Biggest 1,000 Stocks | WSJ.com/stocks

Continued From Page B8

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| TakeTwoSoftware | TTWO | 154.70 | 1.05 |
| TakedaPharm | TAK | 13.65 | -0.02 |
| Tapestry | TPR | 42.69 | -0.45 |
| TargaResources | TRGP | 114.41 | -1.56 |
| Target | TGT | 171.63 | 1.93 |
| TechnipFMC | FTI | 26.19 | -0.43 |
| TeckResourcesB | TECK | 49.14 | 2.18 |
| TeledyneTech | TDY | 416.06 | 1.49 |
| Teleflex | TFX | 223.79 | 6.89 |
| Ericsson | ERIC | 5.22 | 0.07 |
| TelefonicaBras | VIV | 10.15 | 0.14 |
| Telefonica | TEF | 4.31 | -0.03 |
| TelekmIndonesia | TLK | 21.47 | 0.16 |
| TempurSealy | TPX | 53.59 | -0.03 |
| Tenaris | TS | 39.58 | -0.55 |
| ▲TencentMusic | TME | 11.84 | 0.25 |
| TenetHealthcare | THC | 101.81 | -0.03 |
| Teradyne | TER | 111.19 | 3.37 |
| Tesla | TSLA | 176.88 | 3.90 |
| ▲TetraTech | TTEK | 194.51 | 1.01 |
| TevaPharm | TEVA | 13.97 | -0.23 |
| TexasInstruments | TXN | 173.46 | -4.00 |
| TexasPacLand | TPL | 589.41 | 10.29 |
| TexasRoadhouse | TXRH | 149.26 | -0.93 |
| Textron | TXT | 96.31 | -0.67 |
| ThermoFisher | TMO | 589.20 | 10.40 |
| ThomsonReuters | TRI | 154.54 | 0.57 |
| 3M | MMM | 92.61 | 0.68 |
| Toast | TOST | 23.70 | 0.53 |
| TollBros | TOL | 124.32 | -0.17 |
| TopBuild | BLD | 434.27 | -3.25 |
| Toro | TTC | 88.16 | 1.15 |
| TorontoDomBk | TD | 59.07 | 0.30 |
| TotalEnergies | TTE | 73.03 | -0.64 |
| ToyotaMotor | TM | 246.93 | 2.72 |
| TractorSupply | TSCO | 253.19 | 3.62 |
| TradeDesk | TTD | 86.84 | 0.16 |
| Tradeweb | TW | 103.03 | 1.01 |
| TraneTech | TT | 301.22 | -2.62 |
| TransDigm | TDG | 1215.93 | -17.36 |
| TransUnion | TRU | 79.71 | 0.90 |
| Travelers | TRV | 223.84 | -6.75 |
| Trex | TREX | 96.02 | -1.33 |
| Trimble | TRMB | 62.97 | 0.79 |
| Trip.com | TCOM | 49.00 | 0.18 |
| TruistFinl | TFC | 38.97 | 0.12 |
| Twilio | TWLO | 61.61 | 0.34 |
| TylerTech | TYL | 423.20 | 5.00 |
| TysonFoods | TSN | 59.41 | 0.32 |
| UBS Group | UBS | 30.80 | -0.35 |
| UDR | UDR | 37.87 | 0.66 |
| U-Haul | UHAL | 68.11 | 0.81 |
| U-Haul N | UHAL/B | 66.14 | 0.84 |
| US Foods | USFD | 51.78 | 0.49 |
| UWM | UWMC | 6.76 | 0.43 |
| Uber | UBER | 75.14 | 0.11 |
| UiPath | PATH | 21.80 | 0.15 |
| UltaBeauty | ULTA | 454.80 | 2.02 |
| Unilever | UL | 48.40 | 0.22 |
| UnionPacific | UNP | 240.79 | 0.50 |
| UnitedAirlines | UAL | 43.44 | 0.13 |
| UnitedMicro | UMC | 8.27 | 0.09 |
| UPS B | UPS | 150.57 | 0.46 |
| UnitedRentals | URI | 696.76 | -6.20 |
| US Bancorp | USB | 43.94 | 0.22 |
| US Steel | X | 41.93 | 1.38 |
| UnitedTherap | UTHR | 237.04 | 0.08 |
| UnitedHealth | UNH | 459.72 | 3.72 |
| UnitySoftware | U | 27.08 | 0.87 |
| UniversalDisplay | OLED | 167.36 | 3.10 |
| UniversalHealthB | UHS | 171.50 | -0.13 |
| UnumGroup | UNM | 51.63 | -1.64 |
| VICI Prop | VICI | 29.80 | 0.17 |
| VailResorts | MTN | 232.25 | 1.41 |
| Vale | VALE | 12.50 | ... |
| ValeroEnergy | VLO | 176.26 | -4.63 |
| VeevaSystems | VEEV | 216.54 | 1.57 |
| Ventas | VTR | 44.01 | 0.52 |
| Veralto | VLTO | 89.20 | 1.53 |
| VeriSign | VRSN | 189.69 | 2.52 |
| VeriskAnalytics | VRSK | 229.36 | 2.98 |
| Verizon | VZ | 40.84 | -0.22 |
| VertexPharm | VRTX | 404.48 | 0.26 |
| Vertiv | VRT | 81.80 | -2.35 |
| Viatris | VTRS | 11.82 | 0.07 |
| VikingTherap | VKTX | 72.83 | -3.05 |
| VinFastAuto | VFS | 4.10 | -0.08 |
| Vipshop | VIPS | 17.09 | 0.25 |
| Visa | V | 276.72 | -1.04 |
| **Vistra** | **VST** | **69.53** | **-4.89** |
| Vodafone | VOD | 8.63 | 0.07 |
| VulcanMatls | VMC | 265.62 | -4.10 |

**W X Y Z**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| WEC Energy | WEC | 81.91 | 0.58 |
| WEX | WEX | 239.87 | -0.35 |
| W.P.Carey | WPC | 57.76 | 1.76 |
| WPP | WPP | 47.93 | 1.16 |
| Wabtec | WAB | 147.86 | -1.60 |
| WalgreensBoots | WBA | 19.18 | 0.02 |
| Walmart | WMT | 59.79 | 0.01 |
| WarnerBrosA | WBD | 8.69 | 0.17 |
| WarnerMusic | WMG | 35.20 | 0.10 |
| WasteConnections | WCN | 168.36 | 0.10 |
| WasteMgt | WM | 206.48 | -0.22 |
| Waters | WAT | 345.03 | 5.99 |
| Watsco | WSO | 437.09 | -7.48 |
| Wayfair | W | 66.32 | 0.95 |
| WeatherfordIntl | WFRD | 121.01 | -2.27 |
| WebsterFin | WBS | 48.61 | -0.18 |
| WellsFargo | WFC | 57.58 | -0.21 |
| Welltower | WELL | 92.00 | 0.11 |
| WescoIntl | WCC | 172.78 | 0.24 |
| WestPharmSvcs | WST | 392.38 | -0.20 |
| WesternDigital | WDC | 72.65 | -0.30 |
| WesternMidstrm | WES | 35.49 | -0.45 |
| ▲Westlake | WLK | 162.06 | 3.91 |
| WestRock | WRK | 49.15 | -0.10 |
| Weyerhaeuser | WY | 35.03 | 0.61 |
| WheatonPrecMtls | WPM | 51.00 | 0.94 |
| Williams | WMB | 39.24 | 0.29 |
| Williams-Sonoma | WSM | 308.99 | 0.74 |
| WillisTowers | WTW | 265.10 | -2.29 |
| WillScotMobile | WSC | 43.27 | -0.35 |
| Wingstop | WING | 354.32 | -9.00 |
| Wipro | WIT | 5.68 | 0.06 |
| Wix.com | WIX | 136.09 | 1.24 |
| WoodsideEnergy | WDS | 19.88 | -0.26 |
| Woodward | WWD | 152.59 | -5.51 |
| WooriFinl | WF | 31.47 | ... |
| Workday | WDAY | 271.10 | 2.49 |
| WynnResorts | WYNN | 106.49 | 0.50 |
| XP | XP | 25.33 | 0.36 |
| XPO | XPO | 127.34 | -1.30 |
| XcelEnergy | XEL | 54.37 | 0.29 |
| Xylem | XYL | 128.93 | 1.18 |
| ▲YPF | YPF | 21.75 | 0.04 |
| Yum!Brands | YUM | 137.02 | 1.80 |
| YumChina | YUMC | 39.14 | 0.77 |
| ZTO Express | ZTO | 20.48 | 0.36 |
| ZebraTech | ZBRA | 306.17 | 9.30 |
| Zillow C | Z | 47.99 | 0.29 |
| Zillow A | ZG | 47.19 | 0.58 |
| ZimmerBiomet | ZBH | 129.40 | 2.71 |
| Zoetis | ZTS | 167.14 | 1.45 |
| ZoomVideo | ZM | 63.85 | 0.84 |
| Zscaler | ZS | 188.50 | 4.79 |

## Cash Prices

Tues., April 9, 2024

These prices reflect buying and selling of a variety of actual or "physical" commodities in the marketplace—separate from the futures price on an exchange, which reflects what the commodity might be worth in future months.

| | Tuesday |
|---|---|
| **Energy** | |
| Coal,C.Aplc.,12500Btu,1.2SO2-r,w | 77.350 |
| Coal,PwdrRvrBsn,8800Btu,0.8SO2-r,w | 13.650 |
| **Metals** | |
| **Gold, per troy oz** | |
| Engelhard industrial | 2352.00 |
| Handy & Harman base | 2356.10 |
| Handy & Harman fabricated | 2615.27 |
| LBMA Gold Price AM | *2336.90 |
| LBMA Gold Price PM | *2320.25 |
| Krugerrand,wholesale-e | 2425.54 |
| Maple Leaf-e | 2448.86 |
| American Eagle-e | 2448.86 |
| Mexican peso-e | 2819.99 |
| Austria crown-e | 2289.07 |
| Austria phil-e | 2448.86 |
| **Silver, troy oz.** | |
| Engelhard industrial | 28.1500 |
| Handy & Harman base | 27.7080 |
| Handy & Harman fabricated | 34.6350 |
| LBMA spot price | *£22.0300 |
| (U.S.$ equivalent) | *27.8250 |
| Coins,wholesale $1,000 face-a | 21942 |
| **Other metals** | |
| LBMA Platinum Price PM | *946.0 |
| Platinum,Engelhard industrial | 985.0 |
| Palladium,Engelhard industrial | 1080.0 |
| Aluminum, LME, $ per metric ton | *2415.0 |
| Copper,Comex spot | 4.2860 |
| Iron Ore, 62% Fe CFR China-s | 104.5 |
| Steel, HRC USA, FOB Midwest Mill-s | *835.0 |
| **Battery/EV metals** | |
| BMI Lithium Carbonate, EXW China, =99.2%-v,w | 15050 |
| BMI Lithium Hydroxide, EXW China, =56.5%-v,w | 13825 |
| BMI Cobalt sulphate, EXW China, >20.5%-v,m | 4485 |
| BMI Nickel Sulphate, EXW China, >22%-v,m | 4192 |
| BMI Flake Graphite, FOB China, -100 Mesh, 94-95%-v,m | 485 |
| **Fibers and Textiles** | |
| Burlap,10-oz,40-inch NY yd-n,w | 0.8000 |
| Cotton,1 1/16 std lw-mdMphs-u | 0.8254 |
| Cotlook 'A' Index-t | *91.95 |
| Hides,hvy native steers piece fob-u | n.a. |
| Wool,64s,staple,Terr del-u,w | n.a. |
| **Grains and Feeds** | |
| Bran,wheat middlings, KC-u,w | 80 |
| Corn,No. 2 yellow,Cent IL-bp,u | 4.0600 |
| Corn gluten feed,Midwest-u,w | 93.8 |
| Corn gluten meal,Midwest-u,w | 401.7 |
| Cottonseed meal-u,w | 338 |
| Hominy feed,Cent IL-u,w | 112 |
| Meat-bonemeal,50% pro Mnpls-u,w | 330 |
| Oats,No.2 milling,Mnpls-u | 4.1175 |
| Rice, Long Grain Milled, No. 2 AR-u,w | 36.25 |
| Sorghum,(Milo) No.2 Gulf-u | n.a. |
| SoybeanMeal,Cent IL,rail,ton48%-u,w | 358.10 |
| Soybeans,No.1 yllw IL-bp,u | 11.5300 |
| Wheat,Spring14%-pro Mnpls-u | 8.2125 |
| Wheat,No.2 soft red,St.Louis-u | 5.5025 |
| Wheat - Hard - KC (USDA) $ per bu-u | 6.1625 |
| Wheat,No.1soft white,Portld,OR-u | 5.7500 |
| **Food** | |
| Beef,carcass equiv. index | |
| choice 1-3,600-900 lbs.-u | 285.86 |
| select 1-3,600-900 lbs.-u | 279.77 |
| Broilers, National comp wtd. avg.-u,w | 1.3301 |
| Butter,AA Chicago-d | 2.9700 |
| Cheddar cheese,bbl,Chicago-d | 156.25 |
| Cheddar cheese,blk,Chicago-d | 157.00 |
| Milk,Nonfat dry,Chicago lb.-d | 113.50 |
| Coffee,Brazilian,Comp-y | 2.1259 |
| Coffee,Colombian, NY-y | 2.2706 |
| Eggs,large white,Chicago-u | 2.4150 |
| Flour,hard winter KC-p | 17.50 |
| Hams,17-20 lbs,Mid-US fob-u | n.a. |
| Hogs,Iowa-So. Minnesota-u | 89.64 |
| Pork bellies,12-14 lb MidUS-u | 1.4356 |
| Pork loins,13-19 lb MidUS-u | 1.2404 |
| Steers,Tex.-Okla. Choice-u | n.a. |
| Steers,feeder,Okla. City-u | 303.75 |
| **Fats and Oils** | |
| Degummed corn oil, crude wtd. avg.-u,w | n.a. |
| Grease,choice white,Chicago-h | 0.4100 |
| Lard,Chicago-u | n.a. |
| Soybean oil,crude;Centl IL-u,w | 0.4814 |
| Tallow,bleach;Chicago-h | 0.4350 |
| Tallow,edible,Chicago-u | n.a. |

KEY TO CODES: A=ask; B=bid; BP=country elevator bids to producers; C=corrected; D=CME; E=Manfra,Tordella & Brookes; H=American Commodities Brokerage Co; K=bi-weekly; M=monthly; N=nominal; n.a.=not quoted or not available; P=Sosland Publishing; R=SNL Energy; S=Platts-TSI; T=Cotlook Limited; U=USDA; V=Benchmark Mineral Intelligence; W=weekly; Y=International Coffee Organization; Z=not quoted. *Data as of 4/8

Source: Dow Jones Market Data

## BANKRATE.COM® MMA, Savings and CDs

### Average Yields of Major Banks

Tuesday, April 09, 2024

| Type | MMA | 1-MO | 2-MO | 3-MO | 6-MO | 1-YR | 2-YR | 2.5YR | 5YR |
|---|---|---|---|---|---|---|---|---|---|
| **National average** | | | | | | | | | |
| Savings | 0.59 | 0.46 | 0.52 | 1.67 | 1.57 | 1.59 | 1.42 | 1.21 | 1.22 |
| Jumbos | 0.97 | 0.47 | 0.53 | 1.71 | 1.64 | 1.75 | 1.56 | 1.32 | 1.37 |
| **Weekly change** | | | | | | | | | |
| Savings | 0.00 | 0.01 | 0.01 | -0.20 | 0.01 | 0.03 | 0.02 | 0.01 | 0.02 |
| Jumbos | 0.01 | 0.01 | 0.00 | -0.21 | 0.02 | 0.03 | 0.03 | 0.01 | 0.05 |

### Consumer Savings Rates

Below are the top federally insured offers available nationwide according to Bankrate.com's weekly survey of highest yields. For latest offers and reviews of these financial institutions, please visit bankrate.com/banking/reviews. Information is believed to be reliable, but not guaranteed.

### High yield savings

| Bank / Phone number | Minimum | Yield (%) |
|---|---|---|
| **Money market account** | | |
| MyBankingDirect (516) 683-4100 | $500 | 5.35 |
| BrioDirect (877) 369-2746 | $5,000 | 5.35 |
| Vio Bank (888) 999-9170 | $100 | 5.30 |
| **One-month CD** | | |
| VirtualBank, a division of First Horizon Bank (877) 998-2265 | $10,000 | 2.48 |
| Lone Star Bank (713) 358-9400 | $1,000 | 0.20 |
| Presidential Bank, FSB (800) 799-1424 | $1,000 | 0.10 |
| **Two-month CD** | | |
| VirtualBank, a division of First Horizon Bank (877) 998-2265 | $10,000 | 2.74 |
| Lone Star Bank (713) 358-9400 | $1,000 | 0.20 |
| Presidential Bank, FSB (800) 799-1424 | $1,000 | 0.10 |
| **Three-month CD** | | |
| America First FCU (801) 627-0900 | $500 | 5.25 |
| Banesco USA (888) 228-1597 | $1,500 | 5.25 |
| Popular Direct (800) 274-5696 | $10,000 | 5.25 |
| **Six-month CD** | | |
| Rising Bank (888) 222-9484 | $1,000 | 5.31 |
| Popular Direct (800) 274-5696 | $10,000 | 5.30 |
| Barclays Bank (888) 720-8756 | $0 | 5.30 |
| **One-year CD** | | |
| CFG Community Bank (888) 205-8388 | $500 | 5.31 |
| First Internet Bank of Indiana (888) 873-3424 | $1,000 | 5.31 |
| America First FCU (801) 627-0900 | $500 | 5.30 |
| **Two-year CD** | | |
| First Internet Bank of Indiana (888) 873-3424 | $1,000 | 4.82 |
| Luana Savings Bank (800) 666-2012 | $2,000 | 4.81 |
| First National Bank of America (800) 968-3626 | $1,000 | 4.80 |
| **Five-year CD** | | |
| First National Bank of America (800) 968-3626 | $1,000 | 4.55 |
| First Internet Bank of Indiana (888) 873-3424 | $1,000 | 4.55 |
| Quontic Bank (800) 908-6600 | $500 | 4.30 |

### High yield jumbos - Minimum is $100,000

| Bank / Phone number | Yield (%) |
|---|---|
| **Money market account** | |
| Vio Bank (888) 999-9170 | 5.30 |
| UFB Direct (877) 472-9200 | 5.25 |
| Western State Bank (701) 277-5003 | 5.15 |
| **One-month CD** | |
| VirtualBank, a division of First Horizon Bank (877) 998-2265 | 2.48 |
| Lone Star Bank (713) 358-9400 | 0.20 |
| Presidential Bank, FSB (800) 799-1424 | 0.10 |
| **Two-month CD** | |
| VirtualBank, a division of First Horizon Bank (877) 998-2265 | 2.74 |
| Lone Star Bank (713) 358-9400 | 0.20 |
| Presidential Bank, FSB (800) 799-1424 | 0.10 |
| **Three-month CD** | |
| America First FCU (801) 627-0900 | 5.25 |
| Merrick Bank (866) 638-6851 | 5.25 |
| Popular Direct (800) 274-5696 | 5.25 |
| **Six-month CD** | |
| Popular Direct (800) 274-5696 | 5.30 |
| Barclays Bank (888) 720-8756 | 5.30 |
| TAB Bank (800) 355-3063 | 5.27 |
| **One-year CD** | |
| GTE Financial Credit Union (U) (888) 871-2690 | 5.38 |
| Credit One Bank, NA (877) 825-3242 | 5.35 |
| CFG Community Bank (888) 205-8388 | 5.31 |
| **Two-year CD** | |
| Luana Savings Bank (800) 666-2012 | 4.96 |
| First Internet Bank of Indiana (888) 873-3424 | 4.82 |
| TAB Bank (800) 355-3063 | 4.80 |
| **Five-year CD** | |
| First Internet Bank of Indiana (888) 873-3424 | 4.55 |
| Popular Direct (800) 274-5696 | 4.30 |
| Quontic Bank (800) 908-6600 | 4.30 |

Notes: Accounts are federally insured up to $250,000 per person. Yields are based on method of compounding and rate stated for the lowest required opening deposit to earn interest. CD figures are for fixed rates only. MMA: Allows six (6) third-party transfers per month, three (3) of which may be checks. Rates are subject to change.

Source: Bankrate.com, a publication of Bankrate, Inc., Palm Beach Gardens, FL 33410 Internet: www.bankrate.com

## Dividend Changes

KEY: A: annual; M: monthly; Q: quarterly; r: revised; SA: semiannual; S2:1: stock split and ratio; SO: spin-off.

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable / Record |
|---|---|---|---|---|---|
| **Increased** | | | | | |
| Agree Realty | ADC | 5.1 | .25 / .247 | M | May14 / Apr30 |
| American Equity | AEL | 0.7 | .38 / .36 | A | Apr29 / Apr15 |
| **Reduced** | | | | | |
| MV Oil Trust | MVO | 14.3 | .33 / .465 | Q | Apr25 / Apr15 |
| **Stocks** | | | | | |
| Agenus | AGEN | | 1:20 | | /Apr12 |
| Smith Micro Software | SMSI | | 1:8 | | /Apr11 |
| TRACON Pharmaceuticals | TCON | | 1:20 | | /Apr10 |
| **Foreign** | | | | | |
| Compania de Minas ADR | BVN | 0.5 | .0726 | SA | May10 / Apr18 |
| Fomento Econ Mex ADR | FMX | 1.1 | .4657 | SA | Apr29 / Apr17 |
| Grupo Aval Acciones ADR | AVAL | 5.9 | .0084 | M | Aug09 / Jul31 |
| Grupo Aval Acciones ADR | AVAL | 5.9 | .0085 | M | Jul10 / Jul01 |
| Tsakos Energy Pfd F | TNPpF | 8.8 | .59375 | Q | Apr30 / Apr25 |

Note: Dividend yields as of 3:30 p.m. ET

Sources: FactSet; Dow Jones Market Data

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## ANNOUNCEMENTS

BS in Applied Mathematics - Class of 2024 -
Seeking Employment upon Graduation from Fordham University in May.
"Passion for AI Platforms & Data Analytics"
Let's Connect | ryanbruce455@gmail.com

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2024 Dow Jones & Company, Inc. All Rights Reserved.

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| In re Pride Group Holdings Inc., *et al*.[1] Debtors in Foreign Proceedings. | Chapter 15 Case No. 24-10632 (CTG) Jointly Administered |
|---|---|

**NOTICE OF FILING AND HEARING ON PETITIONS SEEKING RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF PURSUANT TO CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On March 27, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the *Companies' Creditors Arrangement Act*, R.S.C. 1985 c. C-36, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), and that on April 1, 2024 filed the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Verified Petition")[2] and the *Chapter 15 Petition for Recognition of a Foreign Proceeding* for each of the Debtors (together with the Verified Petition, the "Petitions") pursuant to chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

On April 3, 2024, the Court entered an order granting provisional and related relief [Dkt. 49] pursuant to sections 105(a) and 1519 of the Bankruptcy Code (the "Provisional Relief Order") with respect to the Debtors and certain non-Debtor affiliates, their assets, and their contracts in the United States. The Provisional Relief Order, among other things, enjoins actions in the United States in contravention of the orders of the Canadian Court in the CCAA Proceedings from the entry of such Provisional Relief Order through and including the date of the Recognition Hearing (as defined below).

The Foreign Representative seeks the entry of an order (a) finding that (i) each of the Debtors is eligible to be a "debtor" under chapter 15 of the Bankruptcy Code, (ii) each of the CCAA Proceedings is a foreign main proceeding within the meaning of section 1502 of the Bankruptcy Code (iii) the Foreign Representative satisfies the requirements of a "foreign representative" under section 101(24) of the Bankruptcy Code, and (iv) each of the Petitions was properly filed and meets the requirements of section 1515 of the Bankruptcy Code; (b) granting recognition of each of the CCAA Proceedings as a "foreign main proceeding" under sections 1517 and 1520 of the Bankruptcy Code; (c) granting all relief afforded to foreign main proceedings under section 1520 of the Bankruptcy Code; (d) recognizing, granting comity to, and giving full force and effect within the territorial jurisdiction of the United States to the CCAA Proceedings, the Initial Order and other orders of the Canadian Court; (e) granting additional relief under sections 1521 and 1507 of the Bankruptcy Code, including for purposes of applying section 365 of the Bankruptcy Code in the Chapter 15 Cases; and (f) granting related relief.

The Court has scheduled a hearing (the "Recognition Hearing") to consider the relief requested in the Petitions for **9:00 a.m. (Eastern Time) on May 2, 2024**, before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware, 19801.

Copies of the Petitions and all documents filed in the Chapter 15 Cases are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from (i) the Court's website at http://www.deb.uscourts.gov (a PACER login and password are required to retrieve a document), (ii) the website maintained by the Foreign Representative's noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/pridegroup or (iii) upon written request to the Foreign Representative's counsel (including by facsimile or e-mail) addressed to: **LINKLATERS LLP**, Penelope J. Jensen, Christopher J. Hunker, Clark L. Xue, 1290 Avenue of the Americas, New York, NY 10104, Telephone: (212) 903-9000, Facsimile: (212) 903-9100, penelope.jensen@linklaters.com, christopher.hunker@linklaters.com, clark.xue@linklaters.com -and- **MORRIS, NICHOLS, ARSHT & TUNNELL LLP,** Derek C. Abbott (No. 3376), Andrew R. Remming (No. 5120), Austin T. Park (No. 7247), 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, dabbott@morrisnichols.com, aremming@morrisnichols.com, apark@morrisnichols.com.

Any party in interest wishing to submit a response, answer, or objection to the Petitions must do so pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such response, answer, or objection must (i) be in writing, (ii) set forth in detail the factual and legal bases therefor, (iii) be filed with the United States Bankruptcy Court for the District of Delaware, Office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, and (iv) served upon counsel for the Foreign Representative, Linklaters LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attention: Penelope J. Jensen, Esq. and Christopher J. Hunker, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801 (Attention: Derek C. Abbott, Esq. and Andrew R. Remming, Esq.), so as to be actually received on or before **April 25, 2024 at 4:00 p.m. (Eastern Time)**.

All parties in interest opposed to the Petitions must appear at the Recognition Hearing at the time and place set forth above.

At the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the cases.

If no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petitions without further notice or hearing.

The Foreign Representative does not currently intend to conduct a claims process in the Chapter 15 Cases. To the extent there is a claims process established in the CCAA Proceedings, parties are directed to the CCAA Proceedings pending before the Canadian Court.

The Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Verified Petition.

## NOTICE OF SALE

**NOTICE OF SALE**

PLEASE TAKE NOTICE, that in accordance with applicable provisions of the Uniform Commercial Code as enacted in New York, by virtue of certain Event(s) of Default under those certain Pledge and Security Agreements dated as of October 21, 2020 (the "**Pledge Agreements**"), executed and delivered by DIMITRI VLAHAKIS and ZENOVIA VLAHAKIS (individually, and collectively, the "**Pledgor**"), and in accordance with it rights as holder of the security, MAGUIRE BAY RIDGE LLC (the "**Secured Party**"), by virtue of possession of those certain Share Certificates held in accordance with Article 8 of the Uniform Commercial Code of the State of New York (the "**Code**") and by virtue of those certain UCC-1 Filing Statement made in favor of Secured Party, all in accordance with Article 9 of the Code, Secured Party will offer for sale, at public auction, (i) all of Pledgor's respective right, title, and interest in and to the following: (i) 1818 79TH REALTY, LLC, a New York limited liability company, 901 73RD STREET LLC, a New York limited liability company, and 7506 Fifth Avenue LLC, a New York limited liability company (collectively, the "**Pledged Entities**"), and (ii) certain related rights and property relating thereto (collectively, (i) and (ii) are the "**Collateral**"). Secured Party's understanding is that the principal asset of the Pledged Entities is that certain fee interest in the premise located at 1818 79th Street, Brooklyn, NY 11214, 901 73rd Street, Brooklyn, NY 11228 and 7506 Fifth Avenue, Brooklyn, NY 11209 (collectively, the "**Property**").

Mannion Auctions, LLC ("**Mannion**"), under the direction of Matthew D. Mannion, licensed auctioneer (DCA #1434494) (the "**Auctioneer**"), will conduct a public sale consisting of the Collateral (as set forth in Schedule A below), via online bidding, on **April 30, 2024 at 2:30pm,** in satisfaction of an indebtedness in the approximate amount of **$14,685,868.19**, including principal, interest on principal, and reasonable fees and costs, plus default interest through April 30, 2024, subject to open charges and all additional costs, fees and disbursements permitted by law. The Secured Party reserves the right to credit bid.

Online bidding will be made available via Zoom Meeting:
Meeting link: https://us06web.zoom.us/j/89833826812?pwd=ejd0bkFNYm9aclo1RWhldlJVaFVvZz09
Meeting ID: 898 3382 6812 Passcode: 485874 One Tap Mobile: +16465588656,,89833826812#,,,,*485874# US (New York) ; +16469313860,,89833826812#,,,,*485874# US. Dial by your location: +1 646 558 8656 US (New York); +1 646 931 3860 US; +1 301 715 8592 US (Washington DC); +1 305 224 1968 US; +1 309 205 3325 US; +1 312 626 6799 US (Chicago); +1 669 444 9171 US; +1 689 278 1000 US; +1 719 359 4580 US; +1 720 707 2699 US (Denver); +1 253 205 0468 US; +1 253 215 8782 US (Tacoma); +1 346 248 7799 US (Houston); +1 360 209 5623 US; +1 386 347 5053 US; +1 507 473 4847 US; +1 564 217 2000 US.

**Bidder Qualification Deadline:** Interested parties who intend to bid on the Collateral must contact DJ Johnston ("**Johnston**"), at B6 Real Estate Advisors, 355 Lexington Avenue, 3rd Floor, New York, New York 10017, (646) 933-2619, djohnston@b6realestate.com, to receive the Terms and Conditions of Sale and bidding instructions by **April 26, 2024 by 4:00 pm**. Upon execution of a standard confidentiality and non-disclosure agreement, additional documentation and information will be available. Interested parties who do not contact Johnston and qualify prior to the sale will not be permitted to enter a bid.

**SCHEDULE A: Pledged Interest in 1818 79th Realty LLC: PLEDGOR:** DIMITRI VLAHAKIS, an individual. **ISSUER**: 1818 79TH REALTY LLC, a New York limited liability company. **INTERESTS PLEDGED:** 50% membership interest. The UCC1 was filed on November 3, 2020 with the New York Secretary of State under the Filing No. #2020110030424354. The UCC3 Assignment was filed on March 15, 2023 with the New York Secretary of State under the Filing No. #202303158113612. PLEDGOR: ZENOVIA VLAHAKIS, an individual. **ISSUER**: 1818 79TH REALTY LLC, a New York limited liability company. **INTERESTS PLEDGED:** 50% membership interest. The UCC1 was filed on November 3, 2020 with the New York Secretary of State under the Filing No. #2020110030424354. The UCC3 Assignment was filed on March 15, 2023 with the New York Secretary of State under the Filing No. #202303158113612. **Pledged Interest in 901 73ed Street LLC: PLEDGOR**: DIMITRI VLAHAKIS, an individual. **ISSUER**: 901 73RD STREET LLC, a New York limited liability company. **INTERESTS PLEDGED:** 99% membership interest. The UCC1 was filed on November 3, 2020 with the New York Secretary of State under the Filing No. #202011030424342. The UCC3 Assignment was filed on March 15, 2023 with the New York Secretary of State under the Filing No. # 202303158113559. **PLEDGOR**: ZENOVIA VLAHAKIS, an individual. **ISSUER**: 901 73RD STREET LLC, a New York limited liability company. **INTERESTS PLEDGED:** 1% membership interest. The UCC1 was filed on November 3, 2020 with the New York Secretary of State under the Filing No. #202011030424342. The UCC3 Assignment was filed on March 15, 2023 with the New York Secretary of State under the Filing No. # 202303158113559. **Pledged Interest** in 7506 Fifth Avenue LLC: **PLEDGOR**: DIMITRI VLAHAKIS, an individual. **ISSUER**: 7506 Fifth Avenue LLC, a New York limited liability company. **INTERESTS PLEDGED:** 99% membership interest. The UCC1 was filed on February 7, 2022 with the New York Secretary of State under the Filing No. #202202070059554. The UCC3 Assignment was filed on March 15, 2023 with the New York Secretary of State under the Filing No. #202303158113648. **PLEDGOR**: DIMITRI VLAHAKIS, an individual. **ISSUER**: 7506 Fifth Avenue LLC, a New York limited liability company. **INTERESTS PLEDGED:** 1% membership interest. The UCC1 was filed on February 7, 2022 with the New York Secretary of State under the Filing No. #202202070059554. The UCC3 Assignment was filed on March 15, 2023 with the New York Secretary of State under the Filing No. #202303158113648. KRISS & FEUERSTEIN LLP, Attn: Jerold C. Feuerstein, Esq., Attorneys for Secured Party, 360 Lexington Avenue, Suite 1200, New York, New York 10017, (212) 661-2900.

## BUSINESS OPPORTUNITIES

MORTGAGE REIT
8%-9% RETURN
TAX EFFICIENT
REAL ESTATE SECURED
FIXED INCOME
SEEKING RIA'S & ACCREDITED INVESTORS
866-700-0600
ALLIANCE MORTGAGE FUND
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE • 02066955 Broker License ID

## CAREERS

**Systems Analyst, Manager**

Acentra Health, LLC seeks Systems Analyst, Manager in Lansing, MI (100% telework permitted anywhere in the U.S.) to manage dvlpmnt of integration solutns & publish technology points of view on real time & batch integration techniques. Job reqs Bachelor's in Comp Sci, Comp Engg, Info Systms or rltd & 5 yrs of exp in any occupation involving Medicaid Systms Implementations. Email cover letter & resume to Kim Uppal at recruitment@cns-inc.com Reference Job Code 3453400.