## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

Pride Group Holdings Inc., et al.[1]

              Debtors in Foreign Proceedings.

Chapter 15

Case No. 24-10632

**RE:**

### [PROPOSED] ORDER

Upon consideration of the *Motion of Triumph Financial Services, LLC to Dismiss or Terminate Chapter 15 Case of Arnold Transportation Services, Inc. and Vacate Provisional Orders as to Arnold Transportation Services, Inc. or, in the Alternative, for Relief from Such Orders to the Extent Necessary or Appropriate* (the "Motion"); and due and proper notice of the Motion and supporting affidavits and declaration having been provided and no other or further notice being necessary or required; and no objections or other responses having been filed that have not been overruled, withdrawn, or otherwise resolved; and all interested parties having had an opportunity to be heard at the hearing on the Motion; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The *Chapter 15 Petition for Recognition of a Foreign Proceeding* filed by the Randall Benson, as foreign representative (the "Foreign Representative") on April 1, 2024 for Arnold Transportation Services, Inc. (case number 24-10639) is hereby dismissed with prejudice.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

3.      The *Order Granting Motion of the Foreign Representative for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* entered on April 3, 2024 [D.I. 49] and the *Order Granting Provisional Relief in Connection with Debtors-In-Possession Financing and Certain Protocols Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* entered on April 17, 2024 [D.I. 110] are vacated as of April 23, 2024.