# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., et al.[1]<br><br>          Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632<br><br>RE: DI 136 |

## MOTION TO SHORTEN NOTICE WITH RESPECT TO THE MOTION OF TRIUMPH FINANCIAL SERVICES, LLC TO DISMISS OR TERMINATE CHAPTER 15 CASE OF ARNOLD TRANSPORTATION SERVICES, INC. AND VACATE PROVISIONAL ORDERS AS TO ARNOLD TRANSPORTATION SERVICES, INC. OR, IN THE ALTERNATIVE, FOR RELIEF FROM SUCH ORDERS TO THE EXTENT NECESSARY OR APPROPRIATE

Triumph Financial Services LLC formerly known as Advance Business Capital LLC d.b.a. Triumph Business Capital ("Triumph"), by and through its undersigned counsel, hereby moves for the entry of an order ("Motion to Shorten"), pursuant to Fed. R. Bankr. P. 9006 and Del. Bankr. L.R. 9006-1(e), shortening the notice period for Triumph's *Motion to Dismiss or Terminate Chapter 15 Case of Arnold Transportation Services, Inc. and Vacate Provisional Orders as to Arnold Transportation Services, Inc. or in the Alternative, for Relief from Such Orders to the Extent Necessary or Appropriate* (the "Motion"). In support of this Motion to Shorten, Triumph respectfully states as follows:[2]

    1.    Pursuant to the Motion, filed contemporaneously with this Motion to Shorten, Triumph requests entry of an order dismissing or terminating the Chapter 15 case of Arnold

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] All capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

Transportation Services, Inc. ("Arnold") as of April 23, 2024, the date upon which the Foreign Representative filed the Amended Recognition Petition and his Amended Foreign Representative Declaration in support thereof, pursuant to which the Foreign Representative withdrew his request for recognition of the CCAA Proceedings under Chapter 15 of the Bankruptcy Code and any other relief with respect to Arnold.  Thus, the current Chapter 15 proceeding for Arnold retains no purpose whatsoever.

2. While this Court may properly interpret the Foreign Representative's Amended Recognition Petition as his own request to terminate the Chapter 15 case as to Arnold, it remains pending.  Moreover, while the Foreign Representative suggested that Arnold may file a Chapter 7 petition in the United States it has not yet done so.  Thus, despite there being no grounds for further Chapter 15 relief in this Court as to Arnold, Arnold's creditors including Triumph remain in a holding pattern burdened by the Chapter 15 and the Provisional Relief Orders entered pending recognition of a foreign proceeding that will never occur.

3. Del. Bankr. L.R. 9006-1(c)(i) requires 14 days' notice on a motion.  Pursuant to Bankruptcy Rule 9006(c)(1), however, the Court may shorten the notice period on a motion. Fed. R. Bankr. P. 9006(c) gives a bankruptcy court authority to shorten a notice period "for cause shown."  "Cause" is determined by courts on a case-by-case basis, based on the particular facts of the case.

4. Here, ample cause exists to grant the request to shorten notice on the Motion.  The Court already is scheduled to hear the Foreign Representative's Petition for recognition of the CCAA Proceedings as to the other entities within the "Pride Group" (now defined to not include Arnold) in the Amended Recognition Petition on **May 2, 2024 at 9:00 a.m.** (the "Recognition

Hearing"). Thus, this Court already is scheduled to consider recognition and further relief as to the "Pride Group" at that time.

5. Shortening notice makes sense and will not cause prejudice here. The Foreign Representative, creditors and interested parties already are on notice that the Amended Recognition Petition, filed on April 23, 2024, no longer seeks any relief as to Arnold in these Chapter 15 cases. A formal order of dismissal or termination is appropriate to free Arnold's creditors of the burdens of this case. Moreover, since the Foreign Representative requested in the Amended Recognition Petition that the Court extend the Provisional Relief Orders as to the "Pride Group" (not including Arnold) at the May 2, 2024 Recognition Hearing, interested parties already have been put on notice that the Court will consider the Provisional Relief Orders on that date. Triumph's request for an order vacating those Provisional Relief Orders as to Arnold is consistent with the relief already being considered at the Recognition Hearing.

6. By this Motion to Shorten, Triumph requests that the Motion be heard at the same time as the Recognition Hearing on May 2nd, with any objections to the relief sought in the Motion be made at or before the hearing.

7. **Certification of Delaware Counsel pursuant to Del. Bankr. Local Rule 9006-1(e).** Undersigned counsel for Triumph certifies that on April 29, 2024 she advised counsel to the Foreign Representative and Timothy Fox, Trial Attorney for the Office of the United States Trustee, of the Motion and Triumph's request that the Court schedule the hearing on the Motion at the time of the Recognition Hearing on **May 2, 2024 at 9:00 a.m.**

8. Mr. Fox advised that the United States Trustee does not object to the Motion to Shorten. Counsel for the Foreign Representative opposes the Motion to Shorten.

3

WHEREFORE, for the foregoing reasons, Triumph Financial Services, LLC respectfully requests the entry of an order, in the form attached hereto, scheduling a hearing on the Motion for **May 2, 2024 at 9:00 a.m.**, and granting such other relief as this Court deems just and equitable.

Dated  April 29, 2024  **BROWN McGARRY NIMEROFF LLC**
Wilmington, Delaware

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire (No. 4049)
919 N. Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8142
Email: jnimeroff@bmnlawyers.com

*Attorneys for Triumph Financial Services, LLC*