IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., et al.[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632<br><br>RE: DI 136 |

**ORDER SHORTENING THE NOTICE PERIOD WITH RESPECT TO THE MOTION OF TRIUMPH FINANCIAL SERVICES, LLC TO DISMISS OR TERMINATE CHAPTER 15 CASE OF ARNOLD TRANSPORTATION SERVICES, INC. AND VACATE PROVISIONAL ORDERS AS TO ARNOLD TRANSPORTATION SERVICES, INC. OR, IN THE ALTERNATIVE, FOR RELIEF FROM SUCH ORDERS TO THE EXTENT NECESSARY OR APPROPRIATE**

Upon consideration of the Motion of Triumph Financial Services, LLC ("Motion to Shorten") for Entry of an Order Shortening the Notice Period with Respect to the *Motion of Triumph Financial Services, LLC to Dismiss or Terminate Chapter 15 Case of Arnold Transportation Services, Inc. and Vacate Provisional Orders as to Arnold Transportation Services, Inc. or, in the Alternative, for Relief from Such Orders to the Extent Necessary or Appropriate* (the "Motion"), seeking entry of an order shortening time for notice on the Motion, scheduling the hearing date and time, and establishing the deadline by which parties must file objections to the Motion; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and after due deliberation and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is granted to the extent set forth herein.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

2. A hearing on the Motion will be held on **May 2, 2024 at 9:00 a.m. (ET)**.

3. The deadline to file objections to the Motion shall be at the hearing.