# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., et al.[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632<br><br>**Hearing Date: April 30, 2024 at 3:00 p.m.** |

## NOTICE OF ZOOM STATUS CONFERENCE
## WITH RESPECT TO MOTION OF TRIUMPH FINANCIAL SERVICES, LLC TO SHORTEN NOTICE OF MOTION TO DISMISS OR TERMINATE CHAPTER 15 CASE OF ARNOLD TRANSPORTATION SERVICES, INC. AND VACATE PROVISIONAL ORDERS AS TO ARNOLD TRANSPORTATION SERVICES, INC. OR, IN THE ALTERNATIVE, FOR RELIEF FROM SUCH ORDERS TO THE EXTENT NECESSARY OR APPROPRIATE

**PLEASE TAKE NOTICE** that on April 29, 2024 Triumph Financial Services LLC formerly known as Advance Business Capital LLC d.b.a. Triumph Business Capital ("Triumph"), filed the *Motion of Triumph Financial Services, LLC to Dismiss or Terminate Chapter 15 Case of Arnold Transportation Services, Inc. and Vacate Provisional Orders as to Arnold Transportation Services, Inc., or, in the Alternative, for Relief from Such Orders to the Extent Necessary or Appropriate* [DI 136] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2024, Triumph filed a *Motion to Shorten Notice* with respect to the Motion [DI 137].

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a Status Conference with respect to the *Motion to Shorten Notice* for **April 30, 2024 at 3:00 p.m**. **The Status Conference will be conducted remotely via Zoom.**

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by one-hour prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

Dated: April 30, 2024
Wilmington, Delaware

**BROWN McGARRY NIMEROFF LLC**

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire (No. 4049)
919 N. Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8142
Email: jnimeroff@bmnlawyers.com

*Attorneys for Triumph Financial Services, LLC*