IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., et al.[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 |

### CERTIFICATE OF SERVICE

I, Jami B. Nimeroff, hereby certify that on April 29, 2024 I caused a true and correct copy of the (1) ***Motion of Triumph Financial Services, LLC to Dismiss or Terminate Chapter 15 Case of Arnold Transportation Services, Inc. and Vacate Provisional Orders as to Arnold Transportation Services, Inc., or, in the Alternative, for Relief from Such Orders to the Extent Necessary or Appropriate*** [DI 136] (the "Motion to Dismiss") and (2) ***Motion to Shorten Notice*** regarding the Motion to Dismiss (the "Motion to Shorten") [DI 137] to be electronically filed with the Court using the CM/ECF System and to be served on all parties requesting service therefrom. The documents are available for viewing and downloading. I further certify that on April 29, 2024 I caused a true and correct copy of the Motion to Dismiss and Motion to Shorten to be served by electronic mail upon the parties on the attached Service List.

I further certify that on April 30, 2024 I caused a true and correct copy of the ***Notice of Zoom Status Conference*** regarding the Motion to Shorten [DI 138] to be served by electronic mail upon the parties on the attached Service List.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Respectfully submitted,

Dated April 30, 2024
      Wilmington, Delaware

**BROWN McGARRY NIMEROFF LLC**

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire (No. 4049)
919 N. Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8142
Email: jnimeroff@bmnlawyers.com

*Attorneys for Triumph Financial Services, LLC*

**SERVICE LIST**

ASHBY & GEDDES, P.A.
(COUNSEL TO PACCAR FINANCIAL CORP)
ATTN MICHAEL D DEBAECKE
500 DELAWARE AVE, 8TH FLR
WILMINGTON, DE 19801
mdebaecke@ashbygeddes.com

BIELLI & KLAUDER, LLC
(COUNSEL TO ROYNAT INC.)
ATTN: DAVID M. KLAUDER
1204 N KING STREET
WILMINGTON, DE 19801
dklauder@bk-legal.com

BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP
(COUNSEL TO PACCAR FINANCIAL CORP)
ATTN CRAIG R COLRAINE. NIKITA TANWAR
STE 1000 - 33 BLOOR STREET EAST
TORONTO, M4W 3H1
CANADA
colraine@bslsc.com; nikita@bslsc.com

BLAKE, CASSELS & GRAYDON LLP
(COUNSEL TO MONITOR)
ATTN: PAMELA HUFF, CHRIS BURR &
DANIEL LOBERTO
199 BAY STREET, SUITE 4000
TORONTO, ON M5L 1A9
CANADA
pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com

CHAPMAN AND CUTLER LLP
(COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT)
ATTN MICHAEL T BENZ, STEPHEN R TETRO II, JAMES P SULLIVAN
320 SOUTH CANAL STREET, 27TH FLOOR
CHICAGO, IL 60606
benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com

CHAPMAN AND CUTLER LLP
(COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT)
ATTN YULIYA ZAHORODA
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10020-1708
yzahoroda@chapman.com

COOKSEY, TOOLEN, GAGE DUFFY & WOOG
(COUNSEL TO DAIMLER TRUCK FINANCIAL SERVICES USA LLC)
ATTN KIM GAGE
535 ANTON BOULEVARD, 10TH FL
COSTA MESA, CA 92626
kgage@coolseylaw.com

ERNST & YOUNG INC.
(MONITOR)
ATTN: ALEX MORRISON, KAREN FUNG &
SIMONE CARVALHO
100 ADELAIDE STREET WEST
TORONTO, ON M5H 0B3
CANADA
alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com;
Simone.Carvalho@parthenon.ey.com

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO EGO EXPRESS, INC.)
ATTN: MARGARET F ENGLAND
1201 N ORANGE ST, STE 300
WILMINGTON, DE 19801
mengland@gsbblaw.com

GREENBERG TRAURIG, LLP
(COUNSEL TO DAIMLER TRUCK FINANCIAL SERVICES USA LLC)
ATTN ANTHONY W CLARK & DENNIS A MELORO
222 DELAWARE AVENUE, STE 1600
WILMINGTON, DE 19801
anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com

HOLLAND & KNIGHT LLP
(COUNSEL TO REGIONS EQUIP FINANCE CORP &
REGIONS COMMERCIAL EQUIP FINANCE, LLC)
ATTN: TRIP NIX
100 CONGRESS AVE, STE 1800
AUSTIN, TX 78701
trip.nix@hklaw.com

LEWIS RICE LLC
(COUNSEL TO REGIONS EQUIP FINANCE CORP &
REGIONS COMMERCIAL EQUIP FINANCE, LLC)
ATTN: JOSEPH J. TRAD
600 WASHINGTON AVE, STE 2400
SAINT LOUIS, MO 63101
jtrad@lewisrice.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO DALLAS COUNTY & TARRANT COUNTY)
ATTN: JOHN K. TURNER
2777 N. STEMMONS FREEWAY, STE 1000
DALLAS, TX 75207
dallas.bankruptcy@lgbs.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO CITY OF HOUSTON, HOUSTON HOMM COLL
SYSTEM, HOUSTON ISD & HARRIS CO ESD #12)
ATTN: TARA L. GRUNDEMEIER
PO BOX 3064
HOUSTON, TX 77253-3064
houston_bankruptcy@lgbs.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO BEXAR COUNTY)
ATTN: DON STECKER
112 E PECAN ST, STE 2200
SAN ANTONIO, TX 78205
sanantonio.bankruptcy@lgbs.com

LINKLATERS LLP
(COUNSEL TO DEBTORS)
ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER &
CLARK L. XUE
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com

MASON POLLICK & SCHMAHL, LLC
(COUNSEL TO EGO EXPRESS, INC.)
ATTN: MICHAEL M SCHMAHL
70 W HUBBARD, STE 304
CHICAGO, IL 60654
mschmahl@mps-law.com

MAYER BROWN LLP
(COUNSEL TO REGIONS BANK)
ATTN: SEAN T. SCOTT, JOSHUA R. GROSS &
JADE M. EDWARDS
71 S WACKER DR
CHICAGO, IL 60606
STScott@mayerbrown.com; JGross@mayerbrown.com; JMEdwards@mayerbrown.com

MCDONALD HOPKINS, LLC
(COUNSEL TO ROYNAT INC.)
ATTN: MARC J. CARMEL & RYAN S. NADICK
300 NORTH LASALLE ST, STE 1400
CHICAGO, IL 60654
mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com

MCMILLAN LLP
(COUNSEL TO ROYNAT INC.)
ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS
TD CANADA TRUST TOWER
421 7TH AVENUE SW
CALGARY ALBERTA, T2P 4K9
adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca

MORGAN LEWIS & BOCKIUS LLP
(COUNSEL TO NATL BANK OF CANADA &
NATL BANK FINANCIAL INC)
ATTN: JODY C BARILLARE
1201 N MARKET ST, STE 2201
WILMINGTON, DE 19801
jody.barillare@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
(COUNSEL TO NATL BANK OF CANADA &
NATL BANK FINANCIAL INC.)
ATTN: KEVIN J. BIRON, STEPHAN E. HORNUNG &
GRAHAM L. FISHER
101 PARK AVE
NEW YORK, NY 10178
kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com;
graham.fisher@morganlewis.com

MUNSCH HARDT KOPF & HARR, PC
(COUNSEL TO MILESTONE TRAILER LEASING, LLC)
ATTN DEBORAH M PERRY
500 N AKARD ST, STE 4000
DALLAS, TX 75201
dperry@munsch.com

PERKINS COIE LLP
(COUNSEL TO PACCAR FINANCIAL CORP.)
ATTN BRADLEY COSMAN, TINA MOSS
2525 E CAMELBACK ROAD, STE 500
PHOENIX, AZ 85016-4227
bcosman@perkinscoie.com; tmoss@perkinscoie.com

REED SMITH LLP
(COUNSEL TO MITSUBISHI HC CAPITAL AMERICA INC)
ATTN JASON D ANGELO
1201 NORTH MARKET STREET, STE 1500
WILMINGTON, DE 19801
jangelo@reedsmith.com

REED SMITH LLP
(COUNSEL TO MITSUBISHI HC CAPITAL AMERICA INC)
ATTN AARON G JAVIAN
599 LEXINGTON AVENUE, 22ND FLR
NEW YORK, NY 10022
ajavian@reedsmith.com

STEVENS & LEE, P.C.
(COUNSEL TO NATIONAL TRAILER LEASING, INC.)
ATTN JOSEPH H HUSTON, JR & ELIZABETH A ROGERS
919 NORTH MARKET ST, STE 1300
WILMINGTON, DE 19801
joseph.huston@stevenslee.com; elizabeth.rogers@stevenslee.com

STEVENS & LEE, P.C.
(COUNSEL TO NATIONAL TRAILER LEASING, INC.)
ATTN JASON C MANFREY
620 FREEDOM BUSINESS CENTER, STE 200
KING OF PRUSSIA, PA 19406
jason.manfrey@stevenslee.com

TEXAS WORKFORCE COMMISSION
ATTN: CHRISTOPHER S. MURPHY, ASST ATTY GENERAL
TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
christopher.murphy@oag.texas.gov

THORNTON GROUT FINNIGAN LLP
(CANADIAN COUNSEL TO DEBTORS)
ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON &
PUYA FESHARAKI
TD WEST TOWER, TORONTO-DOMINION CENTRE
100 WELLINGTON STREET WEST, STE 3200
TORONTO, ON M5K 1K7
CANADA
lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT)
ATTN MATTHEW P WARD & TODD A ATKINSON
1313 NORTH MARKET STREET, STE 1200
WILMINGTON, DE 19801
matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO VOLVO FINANCIAL SERVICES)
ATTN MORGAN L PATTERSON
1313 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801
morgan.patterson@wbd-us.com

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO VOLVE FINANCIAL SERVICES)
ATTN JAMES S LIVERMON III
555 FAYETTEVILLE ST, STE 1100
RALEIGH, NC 27601
charlie.livermon@wbd-us.com

YOUNG CONAWAY STARGATT & TAYLOR LLP
(COUNSEL TO REGIONS BANK & REGIONS
EQUIP FINANCE CORP & REGIONS COMMERCIAL
EQUIP FINANCE)
ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN &
RYAN M. BARTLEY
1000 N KING ST
WILMINGTON, DE 19801
mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com