# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| | Ref. Docket Nos. 115-116 |

## CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 19, 2024, I caused to be served the:

   a. "Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Frontage Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief," dated April 19, 2024 [Docket No. 115], and

   b. "Declaration of Amrinder Johal in Support of Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Frontage Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief," dated April 19, 2024 [Docket No. 116],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   iii. delivered via electronic mail to: *hdpatel10122@gmail.com* and *charles@mlgcounsel.net*.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Amy Henault*
Amy Henault

# EXHIBIT A

# Pride Group Holdings, Inc.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 2121043 ONTARIO INC. | C/O 8242 FIFTH LINE HALTON HILL ON L7G 4S6 CANADA |
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| ARAG LEGAL SOLUTIONS INC. | 121 KING ST W, SUITE 2200 TORONTO ON M5H 3T9 CANADA |
| ARTHUR J. GALLAGHER CANADA LIMITED | SUITE 430-55 STANDISH COURT MISSISSAUGA ON L5R 4B2 CANADA |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BFL CANADA RISK & | INS SERVICES INC - TOR 181 UNIVERSITY AVE. SUITE 1700 TORONTO ON M5H 3M7 CANADA |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| DAGM WUBSHET, MARTA A TIBEBU, AND DMH | EXPRESS TRUCKING, LLC; LAW OFFICES OF EUGENE N BOLIN, JR, PS; ATTN E BOLIN, JR 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| FEDERAL INSURANCE COMPANY | 2500-199 BAY STREET TORONTO ON M5L 1E2 CANADA |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL BANCORP, INC. | 211 HIGH POINT DR VICTOR NY 14564-1061 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GREAT AMERICA FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HDI GLOBAL SPECIALTY SE | 130 ADELAIDE ST W, SUITE 3400 TORONTO ON M5H 3P5 CANADA |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JOHN HENRY SMITH LAND INC. | BOX 266 SIMCOE ON N3Y 4LI CANADA |
| JOHN HENRY SMITH LAND INC. | 16 WERRET AVENUE SIMCOE ON N3Y 5N5 CANADA |
| LIBERTY MUTUAL INSURANCE CO. | SUITE 900, 181 BAY STREET TORONTO ON M5J 2T3 CANADA |
| LLOYD'S UNDERWRITERS | ROYAL BANK PLAZA SOUTH TOWER 200 BAY STREET, SUITE 2930 PO BOX 51 TORONTO ON M5J 2J2 CANADA |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |

| Claim Name | Address Information |
|---|---|
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE CORPORATION | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| STOUGHTON TRAILERS CANADA CORPORATION | 416 S. ACADEMY STREET STOUGHTON WI 53589 |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| TOWERHILL INSURANCE | UNDERWRITERS INC. 7100 WOODBINE AVENUE, SUITE 301 MARKHAM ON L3R 5J2 CANADA |
| VAL VERDE FAMILY LIMITED PARTNERSHIP | 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |
| ZURICH INSURANCE COMPANY LTD. | FIRST CANADIAN PLACE 100 KING STREET WEST TORONTO ON M5X 1C9 CANADA |

**Total Creditor count  67**

| Claim Name | Address Information |
|---|---|
| ERNST & YOUNG INC. | (MONITOR) ATTN: ALEX MORRISON, KAREN FUNG & SIMONE CARVALHO 100 ADELAIDE STREET WEST TORONTO ON M5H 0B3 CANADA |

**Total Creditor count  1**

Pride Group Holdings Inc., *et al*
Case No. 24-10632 (CTG)
First Class Mail Additional Parties

| | |
|---|---|
| HARDIK PATEL<br>7220 122ND AVE<br>KENOSHA, WI 53142 | FIRST AMERICAN TITLE INSURANCE CO<br>(TITLE COMPANY)<br>ATTN JIM MCINTOSH<br>200 W MADISON ST, STE 800<br>CHICAGO, IL 60606 |
| MACK LAW GROUP<br>ATTN CHARLES MACK<br>1363 SHERMER RD, STE 210<br>NORTHBROOK, IL 60062 | FIRST AMERICAN TITLE INSURANCE CO<br>(ESCROW AGENT)<br>ATTN JIM MCINTOSH<br>2O0 W MADISON ST, STE 800<br>CHICAGO, IL 60606 |

**EXHIBIT B**

Group Holdings Inc., *et al* - Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE & NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR & DANIEL LOBERTO | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ, STEPHEN R TETRO, II, JAMES P SULLIVAN | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK & DENNIS A. MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX | trip.nix@hklaw.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN K. TURNER | dallas.bankruptcy@tgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | stscott@mayerbrown.com; jgross@mayerbrown.com; jmedwards@mayerbrown.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL & RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON; STEPHAN E. HORNUNG; GRAHAM L. FISHER | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; graham.fisher@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN & TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO & AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: ALEXIS R. GAMBALE & ELIZABETH A. ROGERS | alexis.gambale@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III | charlie.livermon@wbd-us.com |

Group Holdings Inc., *et al* - Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| ANDERSON, MCPHARLIN & CONNERS LLP | ATTN: MARK E. ARONSON | mea@amclaw.com |
| ARNOLD FOSTER LLP | ATTN: HERBERT ARNOLD & THOMAS ARNOLD | htaesq@aol.com; tarnold@arnold-foster.com |
| BENNETT JONES LLP | ATTN: RAJ S. SAHNI | sahnir@bennettjones.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & | ATTN: C COLRAINE & N TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR, DANIEL LOBERTO, KEVIN WU | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com; kevin.wu@blakes.com |
| BMO CAPITAL MARKETS | | estelle.richmond@bmo.com |
| BUSINESS DEVELOPMENT BANK OF CANADA | | legalwfsc@bdc.ca |
| CHAITONS LLP | ATTN: HARVEY CHAITON | harvey@chaitons.com |
| CHAPMAN AND CUTLER LLP | ATTN: GIOVANNI DE MERICH & YULIYA ZAHORODA | gdemerich@chapman.com; yzahoroda@chapman.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T. BENZ, JAMES P. SULLIVAN, YULIYA ZAHORODA & STEPHEN TETRO II | benz@chapman.com; jsulliva@chapman.com; yzahoroda@chapman.com; stetro@chapman.com |
| COOKSEY, TOOLEN, GAGE, DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| CWB MAXIUM FINANCIAL INC. | ATTN: NATHAN FERGUSON | nathan.ferguson@cwbmaxium.com |
| DAIMLER TRUCKS FINANCIAL SERVICES | CANADA CORPORATION | fleetservices@daimlertruck.com |
| DELAWARE DEPARTMENT OF JUSTICE | | attorney.general@delaware.gov |
| DENTONS CANADA LLP | ATTN: D WIEBE, J MEYER, E GRAY, J SALMAS & R KENNEDY | dennis.wiebe@dentons.com; jonathan.meyer@dentons.com; elaine.gray@dentons.com; john.salmas@dentons.com; robert.kennedy@dentons.com |
| DEPARTMENT OF JUSTICE CANADA | ONTARIO REGIONAL OFFICE NATIONAL LITIGATION SECTOR | agc-pgc.toronto-tax-fiscal@justice.gc.ca; sandra.tsui@justice.gc.ca |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES & EMILY MASRY | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com |
| FASKEN MARTINEAU DUMOULIN LLP | ATTN: D SINGH, S BROTMAN & D RICHER | dsingh@fasken.com; sbrotman@fasken.com; dricher@fasken.com |
| FIRST AMERICAN COMMERCIAL BANCORP INC. | ATTN: CHRIS WUEST | chris.wuest@faef.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| GM FINANCIAL CANADA LEASING LTD. | ATTN: FAITHLYN HEMMINGS | faithlyn.hemmings@gm.com |
| GOWLING WLG | ATTN: T GERTNER | thomas.gertner@gowlingwlg.com |
| HALTON HILL HYDRO INC. | SCOTT KNAPMAN & MATTHEW WRIGHT | sknapman@haltonhillshydro.com; mattheww@haltonhillshydro.com |
| HUSKY OIL OPERATIONS LIMITED C/O CENOVUS | ENERGY INC. - ATTN: GARY MOLNAR | gary.molnar@cenovus.com |
| INTERNAL REVENUE SERVICE | | charles.messing@irs.gov; dennis.moody@irs.gov |
| LEWIS RICE LLC | ATTN: JOSEPH J. TRAD & PATRICK F. GANNINGER | jtrad@lewisrice.com; pganninger@lewisrice.com |
| MCCARTHY TETRAULT LLP | ATTN: H BABOS-MARCHAND & H MEREDITH | hbmarchand@mccarthy.ca; hmeredith@mccarthy.ca |
| MCCARTHY TETRAULT LLP | ATTN: JAMEY GAGE & TREVOR COURTIS | jgage@mccarthy.ca; tcourtis@mccarthy.ca |
| MCMILLAN LLP | ATTN: K. RYLANDS & A. MAEROY, | kourtney.rylands@mcmillan.ca; adam.maerov@mcmillan.ca |
| MERCEDES-BENZ FINANCIAL & MERCEDES-BENZ | FINANCIAL SERVICES CANADA CORPORATION | hina.latif@mercedes-benz.com |
| MILESTONE TRAILER LEASING, LLC | C/O MUNSCH HARDT KOPF & HARR, P.C. - ATTN: PETER C. HOGUE | phogue@munsch.com |
| MINISTER OF FINANCE INSOLVENCY UNIT | | insolvency.unit@ontario.ca |
| MITSUBISHI HC CAPITAL C/O REED SMITH LLP | ATTN: RICHARD TANNENBAUM, HYUNA YONG AND JARED ROACH | rtannenbaum@reedsmith.com; jroach@reedsmith.com; jangelo@reedsmith.com; hyong@reedsmith.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | dabbott@morrisnichols.com |
| OFFICE OF THE SUPERINTENDENT OF | BANKRUPTCY CCAA TEAM INNOVATION, SCIENCE & ECONOMIC | osbccaa-laccbsf@ised-isde.gc.ca |
| OFFICE OF THE UNITED STATES TRUSTEE DISTRICT OF DELAWARE | TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY SANDLER, BEN MULLER & J MCDONALD | tsandler@osler.com; bmuller@osler.com; jmacdonald@osler.com |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: BLAIR MCRADU & MARC WASSERMAN | bmcradu@osler.com; bmuller@osler.com; tsandler@osler.com; jmacdonald@osler.com; mwasserman@osler.com |
| PALLETT VALO LLP | ATTN: JOHN RUSSO & MONTY DHALIWAL | jrusso@pallettvalo.com; mdhaliwal@pallettvalo.com |
| RC BENSON CONSULTING INC. | | r.benson@rcbensonconsulting.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| REED SMITH LLP | ATTN: JARED S. ROACH | jroach@reedsmith.com |
| REGIONS BANK | AS ADMIN AGENT | joseph.franke@regions.com; kyle.shenton@regions.com; stscott@mayerbrown.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | jtrad@lewisrice.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP- ATTN: MORGAN J. DELABAR | morgan.delabar@hklaw.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | trip.nix@hklaw.com; nick.miller@hklaw.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | jtrad@lewisrice.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP- ATTN: MORGAN J. DELABAR | morgan.delabar@hklaw.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | trip.nix@hklaw.com; nick.miller@hklaw.com |
| ROYAL BANK OF CANADA | | brad.d.newton@rbc.com |
| ROYAL BANK OF CANADA | AS ADMIN AGENT | james.cogill@rbccm.com |
| SECRETARY OF STATE/DIV OF REVENUE DIVISION OF CORPORATIONS; FRANCHISE TAX | | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | | commissionerlizarraga@sec.gov; secbankruptcy-ogc-ado@sec.gov |
| SECURITIES & EXCHANGE COMMISSION NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI | ocr@sec.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STIKEMAN ELLIOTT LLP | ATTN: L. NICHOLSON, M. MCELHERAN & R. HAMMAD | leenicholson@stikeman.com; mmcelheran@stikeman.com; rhammad@stikeman.com |
| TD EQUIPMENT FINANCE CANADA, | A DIVISION OF THE TORONTO-DOMINION BANK - ATTN: JOHN DI RENZO | john.direnzo@tdsecurities.com |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE WILLIAMS, RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| U.S. DEPARTMENT OF JUSTICE | | askdoj@usdoj.gov |
| VERSA FINANCE US CORP. | ATTN: MICHAEL DIXSON | miked@versabank.com |
| WELLS FARGO EQUIPMENT FINANCE COMPANY | ATTN: MARC LAVIGNE | marc.lavigne@wellsfargo.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MORGAN PATTERSON | morgan.patterson@wbd-us.com |

Group Holdings Inc., et al - Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW WARD & TODD ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKSINSON (US) LLP | ATTN: CHARLIE LIVERMON | charlie.livermon@wbd-us.com |