Pride Group Holdings, Inc.
Case No. 24-10632

| First Name | Last Name | Firm | Rep | Via | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Derek | Abbott | Morris, Nichols, Arsht & Tunnell | Pride Group Holdings | Video and Audio | | | | | |
| Todd | Atkinson | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio | | | | | |
| Ryan | Bartley | Young Conaway Stargatt & Taylor, LLP | Regions Bank | Video and Audio | | | | | |
| Michael | Benz | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio | | | | | |
| Clint | Carlisle | Morris, Nichols, Arsht & Tunnell LLP | Pride Group Holdings | Video and Audio | | | | | |
| Michael | DeBaecke | Ashby & Geddes | PACCAR | Video and Audio | | | | | |
| Carmen | Dingman | McDermott Will & Emery | | Video and Audio | | | | | |
| Timothy | Fox | Office of the United States Trustee | U.S. Trustee | Video and Audio | | | | | |
| Cindy | Giobbe | Womble Bond Dickinson (US) LLP | Volvo Financial Services | Video and Audio | | | | | |
| Bradley | Giordano | McDermott Will & Emery | | Video and Audio | | | | | |
| Nicolas | Jenner | Landis Rath & Cobb LLP | Triumph Commercial Finance | Video and Audio | | | | | |
| Charlie | Livermon | Womble Bond Dickinson (US) LLP | Volvo Financial Services | Video and Audio | | | | | |
| Tina | Moss | Perkins Coie LLP | PACCAR | Video and Audio | | | | | |
| Ryan | Nadick | McDonald Hopkins | Roynat | Video and Audio | | | | | |
| Jami | Nimeroff | Brown McGarry Nimeroff LLC | Triumph Financial Services LLC | Video and Audio | | | | | |
| Austin | Park | Morris Nichols Arsht and Tunnell | Pride Group Holdings | Video and Audio | | | | | |
| Morgan | Patterson | Womble Bond Dickinson (US) LLP | Volvo Financial Services | Video and Audio | | | | | |
| Andrew | Remming | Morris, Nichols, Arsht & Tunnell LLP | Pride Group Holdings | Video and Audio | | | | | |
| Sean | Scott | Mayer Brown | Regions Bank | Video and | Video and Audio | | | | |
| Stephen | Tetro | stetro@chapman.com | | Pride Group Holdings Inc. and Randall Benson | | | | | |
| Nichole | Wilcher | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio | | | | | |
| Yuliya | Zahoroda | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio | | | | | |
| landon | foody | McDermott Will & Emery LLP | | Video and Audio | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |