**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al*.[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| | **Ref. Docket Nos. 120-121** |

<u>**CERTIFICATE OF SERVICE**</u>

I, JACK LAWRENCE, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Notice of Filing of Amended Foreign Representative Declaration," dated April 23, 2024 [Docket No. 120], and

    b.  "Notice of Filing of Amended Verified Petition," dated April 23, 2024 [Docket No. 121],

by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on April 23, 2024, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, on April 24, 2024.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Jack Lawrence*
Jack Lawrence

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

# EXHIBIT A

Pride Group Holdings Inc., *et al*. - Case No. 24-10632 (CTG)

Core Email Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE & NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR & DANIEL LOBERTO | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ, STEPHEN R TETRO, II, JAMES P SULLIVAN | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK & DENNIS A. MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX | trip.nix@hklaw.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN K. TURNER | dallas.bankruptcy@tgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | stscott@mayerbrown.com; jgross@mayerbrown.com; jmedwards@mayerbrown.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL & RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON; STEPHAN E. HORNUNG; GRAHAM L. FISHER | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; graham.fisher@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN & TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO & AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: ALEXIS R. GAMBALE & ELIZABETH A. ROGERS | alexis.gambale@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)
Core Email Service List

| NAME | ATTN | EMAIL |
|------|------|-------|
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III | charlie.livermon@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)

Creditor Matrix Email Service List

| Creditor Matrix Email List |
| --- |
| 123@ASD.COM |
| 1800RADIATOR@GMAIL.COM |
| aandrade@pridetrucksales.com |
| Aaron.Roberts@Pilottravelcenters.Com |
| aattri@pridetrucksales.com |
| abagi@pridetrucksales.com |
| Accounting@24X7Primacy.Com |
| Accounting@Cdllegal.Com |
| accounting@jdfactor.com |
| accounting@rdtruckservice.com |
| Accounting@Thomas-And-Company.Com |
| Accounting@Towtulsa.Com |
| ACCOUNTSRECEIVABLE@DESCARTES.COM |
| Accountsreceivable@I44Truckcenter.Com |
| Accountsreceivable@Peoplenetonline.Com |
| accountsreceivable@redwoodlogistics.com |
| acctsrec@batteriesftw.net |
| adam.maerov@mcmillan.ca |
| adhillon@pridetrucksales.com |
| AEXPRESSLLC@YAHOO.COM |
| AGC-PGC.Toronto-Tax-Fiscal@justice.gc.ca |
| Aggiapal@pridetrucksales.com |
| agill@tpinecapital.com |
| aguerero@pridetrucksales.com |
| aiqbal@millerthomson.com |
| ajomaa@pridetrucksales.com |
| Akaur@Tpinecapital.Com |
| alane@tpinecapital.com |
| Alex.F.Morrison@parthenon.ey.com |
| Alexandra.Bochkova@Michelin.Com |
| alina.ales@ibsa.com |
| almeyratrucking@gmail.com |
| amandeep@pridetrucksales.com |
| amederos@pridetrucksales.com |
| amoran@pridetrucksales.com |
| amtoj.randhawa@pridegroupenterprises.com |
| amy.gillespie@cenovus.com |
| anand@pridetrucksales.com |
| anh.nguyen@shell.com |
| Ann@Flornadian.Com |
| Ap@Fleetserviceoftulsa.Com |
| Ap@Otrfleetservice.Com |
| apalmer@Dixietruckparts.com |
| aquran@Dixietruckparts.com |
| ar.interstate@gmail.com |
| Ar.Remittance@Hti.Biz |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)
Creditor Matrix Email Service List

| Creditor Matrix Email List |
|---|
| Ar@Esmartcontrol.Com |
| AR@ITRADENETWORK.COM |
| Ar@Marketexpress.Com |
| Ar@Milecorp.Com |
| Ar@Ringcentral.Com |
| Ar-Cashapps@Transflo.Com |
| arfan.ali@pridetrucksales.com |
| Arinvoice@Kleinschmidt.Com |
| arlene@pridefleetsolutions.com |
| Arlubesci@Chevron.Com |
| Arnatlna_Gbs@Goodyear.Com |
| arozak@pridegrouplogistics.com |
| Arremit@Imperialsupplies.Com |
| Arremittance@Bfusa.Com |
| Arremittance@Corcentric.Com |
| Arskybitz.Telular@Ametek.Com |
| Arwbservice@Wbservice.Com |
| asaladino@pridetrucksales.com |
| asanchez@pridefleetsolutions.com |
| asaqlain@pridefleetsolutions.com |
| ascheetz@pridetrucksales.com |
| asharma@pridegroupenterprises.com |
| AskDOJ@usdoj.gov |
| astewart@pridetrucksales.com |
| ATLANTA@FLEETPRIDE.COM |
| attorney.general@delaware.gov |
| attorney.general@delaware.gov |
| Aus-Oraclecc@Aramark.Com |
| austin.trickey@pridegroupenterprises.com |
| avtar@pridetrucksales.com |
| BA4211@MSN.COM |
| BANKRUPTCY.LEGAL@CHUBB.COM |
| bankruptcy-notices@shell.com |
| BATTERIESTEST@FLEETPRIDE.COM |
| BBISSELL@RECONLLP.COM |
| bbowden@pridegrouplogistics.com |
| benz@chapman.com |
| bgeorge@pridetrucksales.com |
| bgill@tpinecapital.com |
| Bgrorge@pridetrucksales.com |
| Billing@Spg-Companies.Com |
| Billing@Tenstreet.Com |
| Billing@Withvector.Com |
| bkofman@ksvadvisory.com |
| BLACKBELTFREIGHT123@GMAIL.COM |
| bmcradu@osler.com |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)
Creditor Matrix Email Service List

| Creditor Matrix Email List |
| --- |
| bmuller@osler.com |
| Bob@gbsales.com |
| BOBBRAND@JDDISTRIBUTING.NET |
| Bogdana@Compasslease.Com |
| brad.d.newton@rbc.com |
| Branch680@Orkin.Com |
| BRIDGESTONE@FIRESTONE.COM |
| businesstaxregister@dor.mo.gov |
| cambria.serrano@pridegroupenterprises.com |
| CARRIERINC@GMAIL.COM |
| Cashapp@Comdata.Com |
| CASHAPP@COMDATA.COM |
| cashapp@rtsfinancial.com |
| cashapp@rtsfinancial.com |
| Cashapp@Ta-Petro.Com |
| CashApplication@apexcapitalcorp.com |
| Cashreceipts@Hireright.Com |
| Cashteam@Leasingconnection.Com |
| CASPER@INTERLANDINC.NET |
| CDESCOURS@GOODMANS.CA |
| CENTRALVALLEY2013@GMAIL.COM |
| CFELL@RECONLLP.COM |
| cfields@pridefleetsolutions.com |
| charles.messing@irs.gov |
| charlie.livermon@wbd-us.com |
| charper@tpinecapital.com |
| chris.burr@blakes.com |
| chris.wuest@faef.com |
| chris.wuest@faef.com |
| chris@pridegroupenterprises.com |
| Chrisariz81@Gmail.Com |
| christopher.hunker@linklaters.com |
| clark.xue@linklaters.com |
| Clientpayments@Lockton.Com |
| CollectorHelp@GreeneCountyMO.gov |
| colraine@bslsc.com |
| COMMISSIONERLIZARRAGA@SEC.GOV |
| Contact@Idelic.Com |
| CONTINENTALEXP2016@GMAIL.COM |
| cotreas@lancaster.ne.gov |
| County.Treasurer@Hamilton-co.org |
| cpetersen@tpinecapital.com |
| Credit@Paccarpartsfleetservices.Com |
| creektsroffice@sbcglobal.net |
| cromero@pridetrucksales.com |
| csingh@pridetrucksales.com |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)
Creditor Matrix Email Service List

| Creditor Matrix Email List |
|---|
| Customer-Remittance@Fleetcharge.Com |
| customerservice@fultoncountyga.gov |
| cwyma@pridetrucksales.com |
| dabbott@morrisnichols.com |
| dallashotshots@ibsa.com |
| Daniel.loberto@blakes.com |
| DANIEL@NOVOTRANSPORTATION.COM |
| Danielle.Wallace@Jbssa.Com |
| Dave@Toexceed.Com |
| DAVERTRANS01@GMAIL.COM |
| Dawn.Kluesner@Transamerica.Com |
| DEAN.LANGLEY@TD.CA |
| Denise.Serna@ibsa.com |
| dennis.moody@irs.gov |
| dennis.wiebe@dentons.com |
| derek@myinterstatestore.com |
| Dfarrar@Tandwtire.Com |
| Directdeposits@Weisersecurity.Com |
| DISPATCH@C2CXPRESS.CA |
| DISPATCH@FCFXTRUCKING.COM |
| DISPATCH@GALOGISTICSLLC.COM |
| DISPATCH@HUENEMAN.COM |
| dispatch@interstatetow.com |
| DISPATCH@JPFREIGHT.US |
| DISPATCH@MIDGROUPLOGISTICS.NET |
| DISPATCH@NATIONWIDECARGO.COM |
| DISPATCH@PICLOGISTICSGROUP.COM |
| DISPATCH@RNATRUCKING.COM |
| DISPATCH@TESSIL.NET |
| DISPATCH@UNITEDTRUCKINGINC.NET |
| DISPATCH@VYNERA.COM |
| djohal@pridetrucksales.com |
| djsteinbarger@actresearch.net |
| DKANE@VEDDERPRICE.COM |
| dlemaster@lucastrucksales.net |
| DMOURNING@TFIN.COM |
| Dna2399@Yahoo.Com |
| Donna.Vitanza@Trimble.Com |
| DOR_Taxpayerservice@state.co.us |
| DOR_Taxpayerservice@state.co.us |
| DORMedia@dor.wa.gov |
| DORMedia@dor.wa.gov |
| DOSDOC_FTAX@DELAWARE.GOV |
| DOSDOC_FTAX@DELAWARE.GOV |
| dricher@fasken.com |
| dsingh@fasken.com |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)
Creditor Matrix Email Service List

| Creditor Matrix Email List |
|---|
| DTSperformance@yahoo.com |
| dwatson@peterbilttpe.com |
| edmond.lamek@dlapiper.com |
| egrubb@fiveriversrealty.com |
| elaine.gray@dentons.com |
| Electronicpay@Ricoh-Usa.Com |
| ELLYELLA_25@LIVE.COM |
| emailDOR@floridarevenue.com |
| EMILY.MASRY@PARTHENON.EY.COM |
| Erin@Hoffmantruckservices.Com |
| erios@pridetrucksales.com |
| eshehata@pridetrucksales.com |
| estelle.richmond@bmo.com |
| evazquez@pridetrucksales.com |
| ewelsh@pridegrouplogistics.com |
| extraplus1@outlook.com |
| ezarate@pridetrucksales.com |
| F&S@TireCenter.com |
| Fcsdumas@Gmail.Com |
| Financecreditteam@Tmwsystems.Com |
| find@gmail.com |
| FLEET@PRIDE.COM |
| FLEETPRIDE@PRIDESTOCKTON.COM |
| Fleetservices@Daimlertruck.Com |
| FLEXTECH@GMAIL.COM |
| floorprep10@gmail.com |
| fmederos@pridetrucksales.com |
| FONTANA@GUESS.COM |
| FORCE@DISTRIBUTING.COM |
| fosterj@bennettjones.com |
| fourstarbuildersinc@yahoo.com |
| fozia.chaudary@justice.gc.ca |
| gchopra@pridegroupenterprises.com |
| gdemerich@chapman.com |
| georgesgarage2681@gmail.com |
| GMAURER@RMCOS.COM |
| Goinscc@Yahoo.Com |
| Greg.Jackson@Bypass.Com |
| Gunning.Cpwinc@Att.Net |
| gurbaz@pridefleetsolutions.com |
| gurmoj@Dixietruckparts.com |
| gurmoj@pridetrucksales.com |
| harp.singh@pridetrucksales.com |
| harp@pridegrouplogistics.com |
| harvey@chaitons.com |
| Hayes.Atwood@Swit-Tx.Com |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)
Creditor Matrix Email Service List

| Creditor Matrix Email List |
|---|
| HBRETTRUCKING@GMAIL.COM |
| hbutter@pridefleetsolutions.com |
| hbutter@pridetrucksales.com |
| hina.latif@mercedes-benz.com |
| hlewis@pridetrucksales.com |
| hmeredith@mccarthy.ca |
| Hmiller@Teleasing.Com |
| hpsingh@pridetrucksales.com |
| HRVACICK@YAHOO.COM |
| hsethman@co.hendricks.in.us |
| hsingh@pridetrucksales.com |
| htaesq@aol.com |
| huertam65@gmail.com |
| hyong@reedsmith.com |
| ibs.simivalley@ibsa.com |
| IMPERIAL@SUPPLIES.COM |
| Infinity-Ar@Gafg.Com |
| info@ahallied.com |
| INFO@BISKAINC.COM |
| info@corcentric.com |
| info@dixiepartscentre.com |
| info@goodyearbelts.com |
| INFO@HAULSPECIALIST.COM |
| insolvency.unit@ontario.ca |
| Interstatear@Interstatetrailer.Com |
| Invoices@Navitus.Com |
| iqbal@pridetrucksales.com |
| isingh@pridetrucksales.com |
| IVAN@CARGORUNNERCO.COM |
| IVAN@SOMATCORPORATION.COM |
| J&Etire@gmail.com |
| jabramczyk@pridefleetsolutions.com |
| JALWOTRUCKING@GMAIL.COM |
| james.cogill@rbccm.com |
| james.joyce@990capital.com |
| jangelo@reedsmith.com |
| JASSI_HAYER@YAHOO.COM |
| jaswant@pridetrucksales.com |
| jbaksh@pridetrucksales.com |
| jbaverstock@pridefleetsolutions.com |
| jcarhart@millerthomson.com |
| jchristian@pridefleetsolutions.com |
| jcrawford@pridetrucksales.com |
| jdouglas@pridegrouplogistics.com |
| jeffrey.levine@mcmillan.ca |
| jessica.jintenney@pridegroupenterprises.com |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)

Creditor Matrix Email Service List

| Creditor Matrix Email List |
|---|
| Jesus.Garcia@powerfleet.com |
| JGAGE@MCCARTHY.CA |
| jhenley@silverbackhd.com |
| Jkuser@Vanguardcleaning.Com |
| jlane@pridetrucksales.com |
| jlane@pridetrucksales.com |
| jlopez@pridetrucksales.com |
| JMacDonald@osler.com |
| JMCFREIGHTINC@GMAIL.COM |
| john.salmas@dentons.com |
| jonathan.meyer@dentons.com |
| joseph.franke@regions.com |
| jpasdach@mddistributors.com |
| JPTRUCK555@GMAIL.COM |
| jroach@reedsmith.com |
| jroach@reedsmith.com |
| jrodriquez@pridegroupenterprises.com |
| jrusso@pallettvalo.com |
| jsulliva@chapman.com |
| jthothar@pridetrucksales.com |
| jthothar@pridetrucksales.com |
| jthrift@powertrain-inc.com |
| jtrad@lewisrice.com |
| jtrad@lewisrice.com |
| jtrad@lewisrice.com |
| jtressa@pridetrucksales.com |
| JVROSSROBERTS@ATT.NET |
| JWEXPRESSLLC@YAHOO.COM |
| K.Halley@Tripleaeq.Com |
| KAMYONCARRIERSLLC@GMAIL.COM |
| Kandnelectricinc@Gmail.Com |
| Karen.K.Fung@parthenon.ey.com |
| karmjit@pridetrucksales.com |
| kathy.ruhe@cenovus.com |
| KELUEXPRESS@GMAIL.COM |
| kevin.dias@justice.gc.ca |
| KEVIN.WU@BLAKES.COM |
| kgage@cookseylaw.com |
| kgudwani@pridegroupenterprises.com |
| KJCIVER@TRIWEST.NET |
| klass@pridegrouplogistics.com |
| KNULTISERVICESLLC@GMAIL.COM |
| Kourtney.rylands@mcmillan.ca |
| krishi@pridefleetsolutions.com |
| ksheikh@pridetrucksales.com |
| ksmith@tpinecapital.com |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)
Creditor Matrix Email Service List

| Creditor Matrix Email List |
| --- |
| kyle.shenton@regions.com |
| lauren.nguyen@pridegroupenterprises.com |
| lcampoli@automann.com |
| lcortez@pridetrucksales.com |
| leenicholson@stikeman.com |
| lhilburn@tpinecapital.com |
| lhirsch@salesforce.com |
| LIONSGATEFREIGHT@GMAIL.COM |
| lizh@ibsarizona.com |
| lmartinez@pridetrucksales.com |
| lovepreet@pridetrucksales.com |
| Lucentfundingtn@Lucenthealth.Com |
| lunderwood@pridetrucksales.com |
| lwilliams@tgf.ca |
| mafran@pridetrucksales.com |
| manny3pastran@gmail.com |
| manraj@pridefleetsolutions.com |
| Mark@SDRtowing.com |
| Matthew.Trull@ibsa.com |
| Matthew.Ward@wbd-us.com |
| MATTHEWW@HALTONHILLSHYDRO.COM |
| maya@pridetrucksales.com |
| mazhar@pridetrucksales.com |
| mbenzada@pridetrucksales.com |
| mcalcagno@pridegrouplogistics.com |
| mcarosielli@tpinecapital.com |
| mchaidez@pridetrucksales.com |
| MCLARK@CLARK-TRANSPORT.COM |
| MCLEMENTE@SIDLEY.COM |
| mcressatti@millerthomson.com |
| Mdelbovo@Gmail.Com |
| mdelbovo@tpinecapital.com |
| MDHALIWAL@PALLETTVALO.COM |
| mdhiman@pridefleetsolutions.com |
| mdirk@pridefleetsolutions.com |
| mea@amclaw.com |
| meggie.johnson@justice.gc.ca |
| MICHAEL.HAYES@PARTHENON.EY.COM |
| Michelin@gmail.com |
| Michelle.Ferguson@Verticalag.Com |
| michelle.hayes@ibsa.com |
| MIKE@SECURELGX.COM |
| MIT.FREIGHT.INC@GMAIL.COM |
| mjaradi@Dixietruckparts.com |
| mjoumaa@pridetrucksales.com |
| mlee@munsch.com |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)
Creditor Matrix Email Service List

| Creditor Matrix Email List |
| --- |
| mmcelheran@stikeman.com |
| Mmohan@Atticrrg.Com |
| mmorris@pridegroupenterprises.com |
| mnoel@mccarthy.ca |
| MO@AA-EXPRESS.COM |
| monarca70@gmail.com |
| MORELAND@GMAIL.COM |
| MORETTATRUCKING@GMAIL.COM |
| Morgan.Delabar@hklaw.com |
| Morgan.Delabar@hklaw.com |
| morgan.patterson@wbd-us.com |
| MSASSI@CASSELS.COM |
| msingh@pridetrucksales.com |
| msotelo@pridetrucksales.com |
| MTAMBLYN@TORKINMANES.COM |
| MWASSERMAN@OSLER.COM |
| MWERNER@SIDLEY.COM |
| mytaxes@indy.gov |
| natsfax@wraich.net |
| nbinepal@pridegrouplogistics.com |
| ngarland@pridetrucksales.com |
| nghag@pridetrucksales.com |
| Nick.Miller@hklaw.com |
| Nicole.Carbon@Aig.Com |
| nikita@bslsc.com |
| njoumaa@pridetrucksales.com |
| NL.Atlanta@newlifeparts.com |
| Nmanseau@Protectiveinsurance.Com |
| noreply@roadsync.com |
| nqasim@pridetrucksales.com |
| nyna.bishop@wellsfargo.com |
| nzapata@pridetrucksales.com |
| oceanicexpress9@gmail.com |
| OCR@SEC.GOV |
| OKMTRUCKING@GMAIL.COM |
| OLIVIA@ANDOBATRUCKING.COM |
| Omni.Payment@Omnitracs.Com |
| Onlineservices@Exxonmobilfleetonline.Com |
| osbccaa-laccbsf@ised-isde.gc.ca |
| palvi@pridegroupenterprises.com |
| pamela.huff@blakes.com |
| parminder@pridefleetsolutions.com |
| parvinder@pridetrucksales.com |
| pastoralawncarellc@gmail.com |
| payfirstline@firstlinefundinggroup.com |
| PAYMENT@AMBASSADORBRIDGE.COM |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)

Creditor Matrix Email Service List

| Creditor Matrix Email List |
|---|
| Payments@Farringtontowing.Com |
| Payments@tbcap.com |
| PEACH@STATE.COM |
| penelope.jensen@linklaters.com; |
| PETERBILT@GMAIL.COM |
| pfesharaki@tgf.ca |
| pganninger@lewisrice.com |
| phill@holtlogistics.com |
| phill@holtlogistics.com |
| phogue@munsch.com |
| pkaur@pridetrucksales.com |
| POLANCOTRANSPORT@YAHOO.COM |
| pperetti@pridegrouplogistics.com |
| prana@pridegrouplogistics.com |
| Prepassbilling@Conduent.Com |
| Prioritytow@Aol.Com |
| prkaur@pridetrucksales.com |
| Propaynotify@Protectiveinsurance.Com |
| propertytax@dallascounty.org |
| proptax@miamidade.gov |
| pruano@pridetrucksales.com |
| psanghera@pridetrucksales.com |
| psidhu@pridetrucksales.com |
| psloan@pridetrucksales.com |
| psmith@pridefleetsolutions.com |
| Qball10437@Fuse.Net |
| QUES@EMAIL.COM |
| r.benson@rcbensonconsulting.com |
| RALPHSZUMILO@RACEWAYTRANSPORT.COM |
| raman@pridetrucksales.com |
| rberrios@pridetrucksales.com |
| registrationstogo@dallascounty.org |
| registrationstogo@dallascounty.org |
| Remittance@Bluebeacon.Com |
| Remittance@Corpbill.Com |
| Remittance@Corpbill.Com |
| Remittance@Loves.Com |
| remittance@nextdayfundinginc.com |
| Remittance@Paccarpartsfleetservices.Com |
| repairs@lrmleasing.com |
| rfee@pridegroupenterprises.com |
| rgiles@pridegrouplogistics.com |
| rgutierrez@pridetrucksales.com |
| rhabib@eswgroup.com |
| RHAMMAD@STIKEMAN.COM |
| rhonda@jamesturbo.com |

Pride Group Holdings Inc., *et al*. - Case No. 24-10632 (CTG)
Creditor Matrix Email Service List

| Creditor Matrix Email List |
| --- |
| RISKEYTRANSPORTATION@GMAIL.COM |
| Rleisten.Trimaxxindustries@Gmail.Com |
| rmarquez@pridetrucksales.com |
| rnicholson@tgf.ca |
| ROBERT.KENNEDY@DENTONS.COM |
| ROBERT.PRINCE@BDC.CA |
| Robert.Vaneaton@Mapgraphix.Com |
| Robert.Young@fleetpride.com |
| Ron.Iraheta@Fayebsg.Com |
| rtannenbaum@reedsmith.com |
| rverma@pridetrucksales.com |
| ryagappan@pridetrucksales.com |
| sahnir@bennettjones.com |
| salender@pridetrucksales.com |
| Sales@Mmpjax.Com |
| sandeep@pridefleetsolutions.com |
| Sandra.Ellington@ValleyPSI.com |
| sandra.palma@jcra-arc.gc.ca |
| sandystowinglisa@gmail.com |
| sarahcherry@cwpaving.com |
| sathwal@pridetrucksales.com |
| savannah@fstire.com |
| sbrotman@fasken.com |
| schahal@pridetrucksales.com |
| sciosek@prideev.com |
| SECBankruptcy-OGC-ADO@sec.gov |
| SECBankruptcy-OGC-ADO@sec.gov |
| SECBankruptcy-OGC-ADO@sec.gov |
| service@lifreightliner.com |
| SFERNANDES@CASSELS.COM |
| sgebrehiwet@pridetrucksales.com |
| sghag@pridetrucksales.com |
| sghag@tpinecapital.com |
| SGRAFF@AIRDBERLIS.COM |
| shahank@benningtonfinancial.ca |
| Sharon.Manning@Plansource.Com |
| shawn.reed@designsinternationalinc.com |
| SHELL@FRESNO.COM |
| SHELL@SHELL.COM |
| Simone.Carvalho@parthenon.ey.com |
| simran@pridefleetsolutions.com |
| singhtruckservice@gmail.com |
| sislam@pridetrucksales.com |
| SJOSHI@RECONLLP.COM |
| skaur@pridetrucksales.com |
| SKNAPMAN@HALTONHILLSHYDRO.COM |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)
Creditor Matrix Email Service List

| Creditor Matrix Email List |
|---|
| skumar@pridetrucksales.com |
| slata@pridetrucksales.com |
| smarion@pridegrouplogistics.com |
| SMSXPRESSLLC@GMAIL.COM |
| SODEYSTL@GMAIL.COM |
| SPARSONS@AIRDBERLIS.COM |
| ssadat@pridetrucksales.com |
| ssharma@pridegroupenterprises.com |
| sshiley@pridetrucksales.com |
| Stephen.Haupt@colliers.com |
| stetro@chapman.com |
| steve@pilkingtontaxconsulting.com |
| STHOM@TORKINMANES.COM |
| STM@STM.com |
| Stocktonnationalaccounts@eastbaytire.com |
| STScott@mayerbrown.com |
| sturner@pridegrouplogistics.com |
| Supportemail@Pb.Com |
| surinder@pridetrucksales.com |
| SVENTON@FOGLERS.COM |
| Tajinder@pridetrucksales.com |
| tammyz@horwithfreightliner.com |
| tarnold@arnold-foster.com |
| taxoffice@tarrantcountytx.gov |
| tbrowning@pridegrouplogistics.com |
| TCC@KERNCOUNTY.COM |
| TCC@KERNCOUNTY.COM |
| TCC@KERNCOUNTY.COM |
| TCOURTIS@MCCARTHY.CA |
| TDOR.Bankruptcy@tn.gov |
| TEDWHITETRUCKING@GMAIL.COM |
| Teladocinvoice@Teladoc.Com |
| tessania.lawrence@justice.gc.ca |
| test@example.com |
| tgillies@pridetrucksales.com |
| Thollingsworth@Metrosigncenter.Com |
| thomas.gertner@gowlingwlg.com |
| TIM@CHERRYSALES.NET |
| Timbesinc@Yahoo.Com |
| tjanicki@prideev.com |
| todd.atkinson@wbd-us.com |
| tonyn@paicanada.com |
| tracy@totalbrakesystems.com |
| Trailerrepairsolutions@Gmail.Com |
| treasurer@co.lucas.oh.us |
| Trip.Nix@hklaw.com |

Pride Group Holdings Inc., *et al* . - Case No. 24-10632 (CTG)

Creditor Matrix Email Service List

| Creditor Matrix Email List |
|---|
| TRO@dinexemission.com |
| TRUCKLOAD@MMM-EXPRESS.COM |
| tsandler@osler.com |
| TYPE@TEST.COM |
| United.Pacific@UP.com |
| uphar@pridegrouplogistics.com |
| us-accounts-receivable@e2open.com |
| uvasquez@pridetrucksales.com |
| VALLEY@GMAIL.COM |
| vbakshi@pridefleetsolutions.com |
| VDARE@FOGLERS.COM |
| vikask@pridetrucksales.com |
| vmcdaniel@pridefleetsolutions.com |
| VPBROSS1@GMAIL.COM |
| vtiwari@amherstleasing.com |
| Vzwmail@Ecrmemail.Verizonwireless.Com |
| wastemangement123@gmail.com |
| Waterbilling@Gptx.Org |
| west123@gmail.com |
| wismail@pridetrucksales.com |
| yprieto@pridetrucksales.com |
| ysilva@pridetrucksales.com |
| yzahoroda@chapman.com |
| yzahoroda@chapman.com |
| Zachary.Killam@fleetpride.com |

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG & SIMONE CARVALHO 100 ADELAIDE STREET WEST TORONTO ON M5H 0B3 CANADA |

**Total Creditor count  1**

| Claim Name | Address Information |
|---|---|
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| ABBOT HOUSTON LOCKSMITH INC | 4740 INGERSOLL ST HOUSTON TX 77027 |
| AES INDIANA | 2102 N.LLLINOIS STREET INDIANAPOLIS IN 46202 |
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST MONTGOMERY AL 36130 |
| ALHAMBRA | PO BOX 660579 DALLAS TX 75266-0579 |
| AMERICAN RADIO CORPORATION (USD) | PO BOX 2587 AMARILLO TX 79105 |
| AMERICAN WATER | PO BOX 6029 CAROL SREAM IL 60197-6029 |
| AMERICOLD LOGISTICS, LLC | 25584 NETWORK PLACE CHICAGO IL 60673-1255 |
| ANSONIA - AN EQUIFAC COMPANY | PO BOX 740253 ATLANTA GA 30374-0253 |
| ARAG LEGAL SOLUTIONS INC. | 121 KING ST W, SUITE 2200 TORONTO ON M5H 3T9 CANADA |
| ARIZONA DEPT OF REVENUE | 1600 W. MONROE PHOENIX AZ 85007-2650 |
| ARNOLD TRANSPORTATION SERVICES, | INC. 3375 HIGH PRAIRIE ROAD GRAND PRAIRIE TX 75050 |
| ARTHUR J. GALLAGHER CANADA LIMITED | SUITE 430-55 STANDISH COURT MISSISSAUGA ON L5R 4B2 CANADA |
| ARTHUR J. GALLAGHER RISK MGMNT | SERVICE 201 E 4TH ST STE CINCINNATI OH 45202 |
| AT&T | PO BOX 5019 CAROL STREAM IL 60197 |
| ATMOS ENERGY | PO BOX 650205 DALLAS TX 75265-0205 |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| AVRS | 1137 NORTH MCDOWELL BLVD PETALUMA CA 94954 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BEXAR COUNTY TAX ASSESSOR-COLLECTOR | ALBERT URESTI VISTA VERDE PLZ BLDG 233 N PECOS LA TRINIDAD SAN ANTONIO TX 78207 |
| BFL CANADA RISK & | INS SERVICES INC - TOR 181 UNIVERSITY AVE. SUITE 1700 TORONTO ON M5H 3M7 CANADA |
| BISHOP ROAD ENTERPRISES, LLC | C/O BISHOP ROAD HOLDING CORP 6050 DIXIE RD MISSISSAUGA ON L5T 1A6 CANADA |
| BISHOP ROAD ENTERPRISES, LLC | C/O BISHOP ROAD HOLDING CORP 1696 BISHOP RD CHEHALIS WA 98532 |
| BLUEBIRD NETWORK | 4215 PHILIPS FARM RD, STE 103 COLUMBIA MO 65201 |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| BROWARD COUNTY, FLORIDA | RECORDS, TAXES & TREASURY DIV GOVERNMENTAL CENTER ROOM A100 115 S ANDREWS AVE FT LAUDERDALE FL 33301 |
| CALIFORNIA BOARD OF EQUALIZATION | CA DEPT OF TAX & FEE ADMINISTRATION 450 N ST SACRAMENTO CA 95814 |
| CALIFORNIA FRANCHISE TAX BOARD | 300 S SPRING ST STE 5704 LOS ANGELES CA 90013-1265 |
| CALIFORNIA FRANCHISE TAX BOARD | 7575 METROPOLITAN DR STE 201 SAN DIEGO CA 92108-4421 |
| CALIFORNIA FRANCHISE TAX BOARD | 600 W SANTA ANA BLVD STE 300 SANTA ANA CA 92701-4543 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942867 SACRAMENTO CA 94267-0001 |
| CALIFORNIA FRANCHISE TAX BOARD | 1515 CLAY ST STE 305 OAKLAND CA 94612-1445 |
| CALIFORNIA FRANCHISE TAX BOARD | 3321 POWER INN RD STE 250 SACRAMENTO CA 95826-3893 |
| CARRIER TRANSICOLD OF UTAH | PO BOX 25415 SALT LAKE CITY UT 84125 |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CENTERPOINT ENERGY | P.O. BOX 1423 HOUSTON TX 77251-1423 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| CIERRA TOWING & CRUSHING LLC | 4201 EAST AMARILLO RD AMARILLO TX 79107 |
| CINCINNATI HOLDING CO LLC | 51 ATLANTIC AVE FLORAL PARK NY 11001-2741 |
| CINCINNATI HOLDING CO LLC | 600 CINCINNATI MILLS DR CINCINNATI OH 45240 |
| CITY OF COLLEGE PARK | PO BOX 87137 COLLEGE PARK GA 30337 |
| CITY OF DALLAS | P.O.BOX 075277 DALLAS TX 75277-1000 |
| CITY OF FORT WORTH WATER DEPARTMENT | PO BOX 870 FORT WORTH TX 76101-0870 |
| CITY OF HOUSTON DRAINAGE UTILITY | BILL 611 WALKER ST HOUSTON TX 77002 |
| CITY OF LAVERGNE | TAX DEPT., 5093 MURFREESBARE ROAD LA VERGNE TN 37086 |

| Claim Name | Address Information |
|---|---|
| CITY OF LAVERGNE | 5093 MURFREESBORO RD LA VERGNE TN 37086-2706 |
| CITY OF STOCKTON | 425 N EL DORADO ST STOCKTON CA 95202 |
| CITY PUBLIC SERVICES | PO BOX 1771 SAN ANTONIO TX 78296 |
| CITY UTILITIES | PO BOX 551 SPRINGFIELD MO 06580 |
| COLUMBIA GAS | P.O. BOX 2318 COLUMBUS OH 43216-2318 |
| COMCAST BUSINESS | PO BOX 2127 NORCROSS GA 30091 |
| COMPLETE TOWING | 13050 WALTON VERONA ROAD WALTON KY 41094 |
| COOK COUNTY TREASURER | MARIA PAPPAS 118 NORTH CLARK ST, ROOM 112 CHICAGO IL 60602 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| COX BUSINESS | PO BOX 1259 OAKS PA 19456 |
| CRAWLER PARTS, INC. | DBA HEAVYQUIP 14910 GULF FREEWAY HOUSTON TX 77034 |
| CREEK COUNTY TREASURER | RICK ENGLEMAN COLLINS BLDG 317 E LEE AVE, ROOM 201 SAPULPA OK 74066 |
| CROW'S TRUCK CENTER | 5500 DAVIDSON RD MEMPHIS TN 38118 |
| CT POWER LLC & ICEBERG ENTERPRISES | CO 5100 E 58TH AVE COMMERCE CITY CO 80022 |
| DAGM WUBSHET, MARTA A TIBEBU, & DMH | EXPRESS TRUCKING, LLC; LAW OFF. OF EUGENE N BOLIN, JR, PS ATTN E BOLIN JR, 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUCK FINANCIAL SERVICES | USA LLC 14372 HERITAGE PKWY, STE 400 FT WORTH TX 76177 |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DAVES HEAVY DUTY TOWING LLC | 3530 BROADWAY BLVD SE ALBUQUERQUE NM 87105 |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST WILMINGTON DE 19801 |
| DELAWARE DIVISION OF REVENUE | 540 S DUPONT HWY DOVER DE 19901 |
| DELAWARE DIVISION OF REVENUE | 20653 DUPONT BLVD STE 2 GEORGETOWN DE 19947 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DIESELLIFE FLEET SERVICES LLC | 11110 N HOUSTON ROSSLYN RD HOUSTON TX 77088-1405 |
| DON'S TOWING AND TRUCK SERVICE LLC | 1960 STATE ST RACINE WI 53404 |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| DTE ENERGY | P.O. BOX 740786 CINCINNATI OH 45274-0786 |
| DUKE ENERGY CORP | 525 S TRYON ST CHARLOTTE NC 28202 |
| EAST BRUNDAGE LANE BAKERSFILED | HOLDING 1450 MEYERSIDE DR, STE 401 MISSISSAUGA ON L5T 2N5 CANADA |
| EAST NILES COMMUNITY SERVICES | DISTRICT PO BOX 6038 BAKERSFIELD CA 93386-6038 |
| EASTGARE MISSOURI HOLDING CORP. | 34880 LYNDON B JOHNSON FRWY DALLAS TX 75241-7200 |
| EFS LLC - USD | PO BOX 11360 SUCCERSALE CENTREVILLE MONTREAL QC H3C 5H1 CANADA |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| ESKEW'S GARAGE AND TOWING | 307 OLD BROKEN BOW HWY BROKEN BOW OK 74728 |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL | BANCORP, INC. 211 HIGH POINT DR VICTOR NY 14564-1061 |
| FIRST ENERGY | 76 SOUTH MAIN STREET AKRON OH 44308 |
| FLEET MAINTENANCE INC | 67 RANSIER DRIVE WEST SENECA BUFFALO NY 14224 |
| FOMBY & SONS TOWING, TRUCK & TIRE | REPAIR PO BOX 446 ATOKA OK 74525 |
| FONTANA WATER COMPANY | 15966 ARROW ROUTE FONTANA CA 92335 |
| FPL | GENERAL MAIL FACILITY MIAMI FL 33188-0001 |
| FULTON COUNTY TAX COMMISSIONER | DR. ARTHUR E FERDINAND 161 PRYOR ST, NW ATLANTA GA 30303 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GEORGIA DEPT OF REVENUE | 314 EAST MAIN ST STE 150 CARTERSVILLE GA 30120 |
| GEORGIA DEPT OF REVENUE | 1800 CENTURY CENTER BLVD., N.E. STE 12000 ATLANTA GA 30345-3205 |
| GEORGIA DEPT OF REVENUE | 528 BORAD ST SE GAINESVILLE GA 30501-3728 |

| Claim Name | Address Information |
|---|---|
| GEORGIA DEPT OF REVENUE | 610 RONALD REAGAN DRIVE BUILDING G-1 EVANS GA 30809 |
| GEORGIA DEPT OF REVENUE | 1000 TOWNE CENTER BLVD BLDG 900, STE A POOLER GA 31322 |
| GEXA ENERGY | 601 TRAVIS ST, SUITE 1400 HOUSTON TX 77002 |
| GM FINANCIAL CANADA LEASING LTD. | 2001 SHEPPARD AVENUE, SUITE 600 TORONTO ON M2J 4Z8 CANADA |
| GRAHAM TIRE | 3480 GORDON DRIVE SIOUX CITY IA 51105 |
| GRAND ISLAND EXPRESS | 432 SOUTH STUHR RD GRAND ISLAND NE 68802-2122 |
| GREAT AMERICA FINANCIAL SERVICES | CORP 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GREAT AMERICA FINANCIAL SERVICES | PO BOX 660831 DALLAS TX 75266-0831 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HAMILTON COUNTY TREASURER | PO BOX 740857 CINCINNATI OH 45274-0857 |
| HDDA, LLC | ATTN: ROBERT ROTHSCHILD 350 PARK AVENUE, 16TH FL NEW YORK NY 10022 |
| HDI GLOBAL SPECIALTY SE | 130 ADELAIDE ST W, SUITE 3400 TORONTO ON M5H 3P5 CANADA |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HINCKLEY SPRINGS | 6055 S HARLEM AVE CHICAGO IL 60638 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| HOLT TRUCK CENTERS LLC | 5665 SE LOOP 410 SAN ANTONIO TX 78222 |
| ILLINIS ENVIRONMENTAL PROTECTION | AGENCY 1021 N GRAND AVE E PO BOX 19276 SPRINFIELD IL 62794-9276 |
| ILLINOIS DEPT OF REVENUE | SUBURBAN N REGIONAL BLDG 9511 HARRISON ST DES PLAINES IL 60016-1563 |
| ILLINOIS DEPT OF REVENUE | 555 W MONROE, STE 1100 CHICAGO IL 60661 |
| ILLINOIS DEPT OF REVENUE | 200 S WYMAN ST ROCKFORD IL 61101 |
| ILLINOIS DEPT OF REVENUE | 15 EXECUTIVE DR STE 2 FAIRVIEW HEIGHTS IL 62208-1331 |
| ILLINOIS DEPT OF REVENUE | WILLARD ICE BLDG 101 W JEFFERSON ST. SPRINGFIELD IL 62702 |
| ILLINOIS DEPT OF REVENUE | 2309 W MAIN ST STE 114 MARION IL 62959-1196 |
| INDIANA DEPT OF REVENUE | 7230 ENGLE RD., STE. 314 FT WAYNE IN 46804 |
| INDIANA DEPT OF REVENUE | 3640 N BRIARWOOD LN STE 5 MUNCIE IN 47304 |
| INDIANA DEPT OF REVENUE | 100 N SENATE IGCN RM N105 INDIANAPOLIS IN 46204 |
| INDIANA DEPT OF REVENUE | 1411 E 85TH AVE MERRILLVILLE IN 46410 |
| INDIANA DEPT OF REVENUE | 105 E JEFFERSON BLVD STE 350 SOUTH BEND IN 46601 |
| INDIANA DEPT OF REVENUE | 124 W SUPERIOR ST KOKOMO IN 46901 |
| INDIANA DEPT OF REVENUE | 1200 MADISON ST STE E CLARKSVILLE IN 47129 |
| INDIANA DEPT OF REVENUE | 4475 RAY BOLL BLVD COLUMBUS IN 47203 |
| INDIANA DEPT OF REVENUE | 1531 S CURREY PIKE STE 400 BLOOMINGTON IN 47403 |
| INDIANA DEPT OF REVENUE | 500 S GREEN RIVER RD STE 202, GOODWILL BLDG EVANSVILLE IN 47715 |
| INDIANA DEPT OF REVENUE | 30 N 8TH ST 3RD FL TERRE HAUTE IN 47807 |
| INDIANA DEPT OF REVENUE | 100 EXECUTIVE DR STE B LAFAYETTE IN 47905 |
| INTEGRITY MOBILE TRUCK MAINTENANCE | 5757 MARTEL AVE DALLAS TX 75206 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 819 TAYLOR ST STE 6A14 FORTWORTH TX 76102 |
| INTERSTATE BATTERIES | 1769 BRITANNIA RD E MISSISSAUGA ON L4W 4B2 CANADA |
| INTERSTATE BATTERIES - ATLANTA | 2649 N COBB PKWY KENNESAW GA 30152 |
| INTERSTATE BATTERIES - BAKERSFIELD | 9792 GLENOAKS BLVD SUN VALLEY CA 91352-1014 |
| INTERSTATE BATTERIES - INDIANAPOLIS | 6848 E 21ST. INDIANAPOLIS IN 46219 |
| INTERSTATE BATTERIES USA | 6654 W WASHINGTON ST INDIANAPOLIS IN 46241 |
| INTERSTATE BATTERIES- NEW JERSEY | 1308 12TH ST NORTH BERGEN NJ 07047 |
| INTERSTATE TRUCK & TRAILER REPAIR | LLC 11905 OLD HWY 66 ROLLA MO 65401 |
| INVESTA SERVICES LLC | 1266 W PACES FERRY RD #517 ATLANTA GA 30327 |
| INWOOD TRUCK & SALES LLC | 230 TRUXMORE CT INWOOD WV 25428 |
| J & M WRECKER SERVICES INC | 501 W PLANTATION CLUTE TX 77531 |
| JESSE'S TRUCK AND TRAILER REPAIR | LLC 114 N NORTH ST DANVILLE IL 61832 |

| Claim Name | Address Information |
| --- | --- |
| JOHN HENRY SMITH LAND INC. | BOX 266 SIMCOE ON N3Y 4L1 CANADA |
| JOHN HENRY SMITH LAND INC. | 16 WERRET AVENUE SIMCOE ON N3Y 5N5 CANADA |
| KC 24HR TRUCK REPAIR | 1250 N WASHINGTON CHERRYVALLE KS 67335 |
| KERN COUNTY TREASURER | 1115 TRUXTUN AVENUE, 2ND FLOOR BAKERSFIELD CA 93301 |
| KYRISH TRUCK CENTERS OF HOUSTON | 8900 NORTH LOOP EAST HOUSTON TX 77029 |
| LAWSON PRODUCTS INC | 7315 RAPISTAN COURT MISSISSAUGA ON L5N 5Z4 CANADA |
| LEWIS COUNTY PUD | PO BOX 239 CHEHALIS WA 98532 |
| LEWIS COUNTY TREASURER | ARNY DAVIS 351 NW NORTH ST CHEHALIS WA 98532 |
| LEWIS COUNTY WASHINGTON PROPERTY | TAX 351 NW. NORTH ST CHEHALIS WA 98532 |
| LIBERTY MUTUAL INSURANCE CO. | SUITE 900, 181 BAY STREET TORONTO ON M5J 2T3 CANADA |
| LLOYD'S UNDERWRITERS | ROYAL BANK PLAZA SOUTH TOWER 200 BAY STREET, SUITE 2930 PO BOX 51 TORONTO ON M5J 2J2 CANADA |
| LOCKED OUT LLC | 1710 CHUCKER ST ABILENE TX 79605 |
| LOVES (COD) | 1600 NORTH PENNSYLVANIA OKLAHOMA CITY OK 73102 |
| MALAGA COUNTY WATER DISTRICT | 3580 S. FRANK FRESNO CA 93725 |
| MARICOPA COUNTY TREASURER | PO BOX 52133 PHOENIX AZ 85072-2133 |
| MARICOPI COUNTRY TREASURER | JOHN M. ALLEN 301 W JEFFERSON ST #100 PHOENIX AZ 85003 |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES 100 CAMBRIDGE ST, 6TH FL BOSTON MA 02114-9569 |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES PO BOX 9569 BOSTON MA 02114-9569 |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MERCEDES-BENZ FINANCIAL SERVICES | USA LLC 13650 HERITAGE PKWY FT WORTH TX 76177 |
| METRO TOWING | 1800 LEE ST ALEXANDRIA LA 71301 |
| METROPOLITAN LIFE INSURANCE COMPANY | PO BOX 360229 PITTSBURGH PA 15251 |
| MHC KENWORTH ATLANTA | 5860 RIVERVIEW ROAD MABLETON GA 30126 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MICHIGAN DEPT OF TREASURY | MICHIGAN DEPARTMENT OF TREASURY LANSING MI 48922 |
| MICHIGAN GAS | PO BOX 19001 GREEN BAY WI 54307-9001 |
| MIDDLE TENN EMC | PO BOX, 330008 MURFREESBORO TN 37133 |
| MIDSTATE LLC | PO BOX 15432 LITTLE ROCK AR 72231 |
| MITSUBISHI HC CAPITAL AMERICA, INC | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| MONROE COUNTY TREASURER | JESSE STANFORD 51 SOUTH MACOMB ST MONROE MI 48161 |
| MOORE & VAN ALLEN PLLC | 100 NORTH TYRON STREET, SUITE 4700 CHARLOTTE NC 28202 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| MUTUAL OF OMAHA INSURANCE COMPANY | 3300 MUTUAL OF OMAHA PLAZA OMAHA NE 68175 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL FUEL GAS | 410 MAIN ST BUFFALO NY 14202 |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION PO BOX 211 TRENTON NJ 08625-0211 |
| NEW YORK DEPT. OF FINANCE | CORRESPONDENCE UNIT ONE CENTRE ST, 22ND FL NEW YORK NY 10007 |
| NICOR GAS | PO BOX 2020 AURORA IL 60507-2020 |
| NORTH HARRIS COUNTY STORAGE | 9490 FM 1960 BYPASS RD WEST HUMBLE TX 77338 |
| OFFICE OF THE UNITED STATES ATTY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OHIO DEPT OF TAXATION | PO BOX 182131 COLUMBUS OH 43218-2131 |
| OKLAHOMA COUNTY TAX SYSTEM | PO BOX 268875 OKLAHOMA CITY OK 73126-8875 |
| OKLAHOMA COUNTY TREASURER | FORREST 'BUTCH' FREEMAN OKLAHOMA COUNTY ANNEX BLDG 320 ROBERT S KERR AVE, #307 OKLAHOMA CITY OK 73102 |
| OKLAHOMA GAS & ELECTRIC COMPANY | OPO BOX 24990 OKLAHOMA CITY OK 73124-0990 |
| OKLAHOMA TAX COMMISSION | 300 N BROADWAY AVE OKLAHOMA CITY OK 73102 |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |

| Claim Name | Address Information |
| --- | --- |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |
| PALM BEACH COUNTY TAX COLLECTOR | ANNE M. GANNON GOVERNMENTAL CENTER 301 N OLIVE AVE, 3RD FL WEST PALM BEACH FL 33401 |
| PAPE KENWORTH(1755) | 1755 ADAMS AVENUE SAN LEANDRO CA 94577 |
| PG&E | 705 'P' STREET FRESNO CA 93760 |
| PHONXAY KEOKHAM, CPA TREASURER | 44 N, SAN JOAQUIN ST., SIUTE 150 STOCKTON CA 95202 |
| POP-A-LOCK | 1104 S 1ST ST TEMPLE TX 76504 |
| PRIDE FLEET SOLUTION FUEL -USD | 6050 DIXIE ROAD MISSISSAUGA ON L5T 1Y6 CANADA |
| PRIDE FLEET SOLUTIONS REPAIR (USD) | 6050 DIXIE ROAD MISSISSAUGA ON L5T 1Y6 CANADA |
| PRIDE GROUP HOLDINGS, INC. | 6050 DIXIE ROAD MISSISSAUGA ON L5T 1A6 CANADA |
| PRIDE TRUCK SALES LP | 1125 E ALEXIS RD TOLEDO OH 43612 |
| RAPHAEL BRUMMER | C/O I-95 PROPERTIES LLC 1901 HARBOURVIEW DR FORT LAUDERDALE FL 33316 |
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REEFER SERVICE INC | 2930 CORPORATE GROVE DR. HUDSONVILLE MI 49426 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT | FINANCE LLC 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE | CORPORATION 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| RELIANT ENERGY | PO BOX 3765 HOUSTON TX 77253-3765 |
| ROGER'S TOWING, INC. | 386 SUGAR STREET MARION VA 24354 |
| ROLFE JOSEPH WALKER | 3375 HIGH PRAIRIE RD GRAND PRAIRIE TX 75050 |
| ROLFE JOSEPH WALKER | 301 CACTUS ST FULTON TX 78358 |
| ROYAL BANK OF CANADA | 20 KING ST W, 4TH FL TORONTO ON M5H 1C4 CANADA |
| ROYAL BANK OF CANADA | AS ADMIN AGENT 200 BAY ST, 4TH FL NORTH TOWER, ROYAL BANK PLAZA TORONTO ON M5J 2T6 CANADA |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| RUTHERFORD CO. TRUSTEE | P.O. BOX 1316 MURFREESBORO TN 37133 |
| RUTHERFORD COUNTY , TN | COUNTY TRUSTEE OFFICE 1 PUBLIC SQUARE SUITE 102 MURFREESBORO TN 37130 |
| SAN BERNARDINO COUNTY TAX COLLECTOR | ENSEN MASON CPA, CFA 268 W HOSPITALITY LN FIRST FLOOR SAN BERNARDINO CA 92408 |
| SAN GABRIEL VALLEY WATER COMPANY | 11142 GARVEY AVENUE; SOUTH EL MONTE CA 91733 |
| SAN JOAQUIN CNTY TREASURER-TAX | COLLECTOR, PHONXAY KEOKHAM, CPA 44 N SAN JOAQUIN ST FIRST FLOOR, STE 150 STOCKTON CA 95202 |
| SHELL DALLAS | 2324 MCKINNEY AVE DALLAS TX 75201 |
| SOUTHERN CALIFORNIA EDISON | PO BOX 6400 RANCHO CUCAMONGA CA 91729-6400 |
| SOUTHERN TIRE MART AT PILOT LLC | 800 HIGHWAY 98 COLUMBIA MS 39429 |
| SOUTHSIDE WRECKER INC | PO BOX 1799 MANCHACA TX 78652 |
| SPARKLETTS | 200 EAGLES LANDING BLVD LAKELAND FL 33810 |
| SPECTRUM BUSINESS | 340 N MCKINLEY STREET # 103 CORONA CA 92879 |
| SRP | PO BOX 52025 PHOENIX AZ 85072 |
| STATE OF CALIFORNIA EMPLOYMENT | DEVELOPMENT DEPARTMENT 722 CAPITOL MALL #5098 SACRAMENTO CA 95814 |
| STOUGHTON TRAILERS CANADA | CORPORATION 416 S. ACADEMY STREET STOUGHTON WI 53589 |
| SUPER 1 ROAD SERVICE | 10118 GLENGATE LN HOUSTON TX 77036 |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |

| Claim Name | Address Information |
|---|---|
| TEXAS COMPTROLLER OF PUBLIC | ACCOUNTS PO BOX 13528 CAPITOL STATION AUSTIN TX 78711-3528 |
| TEXAS COMPTROLLER OF PUBLIC | ACCOUNTS LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 |
| TEXAS TOWING SOUTH | 2051 RIGSBY AVE SAN ANTONIO TX 78210 |
| TEXAS TOWING WRECKER SERVICE INC | 206 S COMMERCIAL STREET FORT WORTH TX 76107 |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| THOMPSON TRUCK & TRAILER, LLC | 7820 6TH ST SW CEDAR RAPIDS IA 52404 |
| TODDS TOWING & RECOVERY LLC | 16100 S LINCOLN HWY PLAINFIELD IL 60586 |
| TOLEDO EDISON A FIRSTENERGY COMPANY | P.O. BOX 3687 AKRON OH 44309-3687 |
| TOWERHILL INSURANCE | UNDERWRITERS INC. 7100 WOODBINE AVENUE, SUITE 301 MARKHAM ON L3R 5J2 CANADA |
| TPINE LEASING CAPITAL LP | 1125 E ALEXIS RD TOLEDO OH 43612 |
| TPINE RENTAL USA INC. | 1125 E ALEXIS RD TOLEDO OH 43612 |
| TPX COMMUNICATION | PO BOX 36430 LAS VEGAS NV 89133-6430 |
| TRUE NATURAL GAS | 807 COLLINSWORTH RD PALMETTO GA 30268 |
| U.S. DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| UNITED COMMUNITY BANK | 1900 W ILES AVE SPRINGFIELD IL 62704 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| UNWIRED | 215 W FALLBROOK AVE; SUITE 203 FRESNO CA 93711 |
| USR | 231 N. MARTINGALE ROAD, SUITE 100 SCHAUMBURG IL 60173 |
| VAL VERDE FAMILY LIMITED | PARTNERSHIP 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VECTREN ENERGY | PO BOX 209 EVANSVILLE IN 47702 |
| VERIZON BUSINESS | PO BOX 489 NAWARK NJ 07101-0489 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VFS LEASING CO | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VIVANT | 810 OFFICE PARK CIR, SUITE 140 LEWISVILLE TX 75057 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |
| WENDY BURGESS - TAX ASSESSOR | 100 E. WEATHEFORD FORT WORTH TX 76196 |
| WEST CENTRAL CONSCRVANCY DISTRICT | 243 S COUNTY RD 625 E AVON IN 46123 |
| WILL COUNTY TREASURER | TIM BROPHY WILL COUNTY OFFICE BLDG 302 N CHICAGO ST JOLIET IL 60432 |
| ZURICH INSURANCE COMPANY LTD. | FIRST CANADIAN PLACE 100 KING STREET WEST TORONTO ON M5X 1C9 CANADA |

**Total Creditor count  270**