**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 2, 2024 AT 9:00 A.M. (EASTERN TIME)**

> **This hearing will be conducted in-person in Courtroom #7, 3rd floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING. To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.**

**MATTERS GOING FORWARD**

1. Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (D.I. 2, filed 4/1/24).

    Objection / Response Deadline: April 25, 2024, at 4:00 p.m. (ET).

    Responses Received:

    A. Regions Bank's Limited Objection to Amended Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] **Amended items appear in bold.**

Representative and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (D.I. 128, filed 4/25/24).

Related Documents:

A. Petitions (See Exhibit A);

B. Declaration of Randall Benson in Support of (A) the Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative and (III) Related Relief under Chapter 15 of the Bankruptcy Code and (B) Motion for Provisional Relief (D.I. 3, filed 4/1/24);

C. Notice of Filing of Amended Foreign Representative Declaration (D.I. 120, filed 4/23/24);

D. Notice of Filing of Amended Verified Petition (D.I. 121, filed 4/23/24);

E. Notice of Filing of Second Amended Recognition Order (D.I. 140, filed 4/30/24);

F. Foreign Representative's Reply in Support of Amended Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (D.I. 141, filed 4/30/24); and

G. **Notice of Filing of Third Amended Recognition Order (D.I. 149, filed 5/1/2024).**

Status:  This matter is going forward.

2. **Motion to Shorten Notice with Respect to the Motion of Triumph Financial Services, LLC to Dismiss or Terminate Chapter 15 Case of Arnold Transportation Services, Inc. and Vacate Provisional Orders as to Arnold Transportation Services, Inc. or, in the Alternative, for Relief From Such Orders to the Extent Necessary or Appropriate (D.I. 137, filed 4/29/24).**

**Objection / Response Deadline: N/A.**

**Related Documents:**

A. **Motion of Triumph Financial Services, LLC to Dismiss or Terminate Chapter 15 Case of Arnold Transportation Services, Inc. and Vacate Provisional Orders as to Arnold Transportation Services, Inc. or, in the Alternative, for Relief From Such Orders to the Extent Necessary or Appropriate (D.I. 136, filed 4/29/24); and**

  **B.**  **Notice of Zoom Status Conference with Respect to Motion of Triumph Financial Services, LLC to Shorten Notice of Motion to Dismiss or Terminate Chapter 15 Case of Arnold Transportation Services, Inc. and Vacate Provisional Orders as to Arnold Transportation Services, Inc. or, in the Alternative, for Relief From Such Orders to the Extent Necessary or Appropriate ([D.I. 138](), filed 4/30/24).**

  **Status:**  **This matter is going forward.**

Dated: May 1, 2024
   Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
abbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*