# SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 7

**CASE NUMBER:** Pride Group Holdings Inc.   **CASE NAME:** 24-10632   **DATE:** 5/2/2024 (9:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CO-RRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Penelope Jensen | Linklater | Foreign Rep |
| Chris Hunker | " | " " |
| Andrew Remming | Morris, Nichols, Arsht & Tunnell | " " |
| Austin Park | " " " " | " " |
| Clint Carlisle | " " " " | " " |
| Michael DeBaecke | Ashby Geddes | Paccar Financial Corp. |
| Jami Nimeroff | Brown McGarry Nimeroff LLC | Triumph Financial Services LLC |
| Timothy J. Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
| Ryan Bartley | Young Conaway | Regions |
| Sean Scott | Mayer Brown | Regions |
| Nicolas Jenner | Landis Rath & Cobb LLP | Triumph Bank |
| | | |
| | | |
| | | |
| | | |

Pride Group Holdings Inc
24-10632

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Derek | Abbott | Morris, Nichols, Arsht & Tunnell | Debtors | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Todd | Atkinson | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| Randall | Benson | RC Benson Consulting | Foreign Representative | Video and Audio |
| Michael | Benz | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |
| Sturat | Brotman | Fasken | Royal Bank of Canada | Video and Audio |
| Chris | Burr | Blake, Cassels & Graydon LLP | Pride Group Holdings | Video and Audio |
| Clint | Carlisle | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Kevin | Collins | Barnes & Thornburg LLP | Lucent Health Services | Video and Audio |
| Michael | Colvin | C&C Holdings LLC. | | Video and Audio |
| Michael | DeBaecke | Ashby & Geddes | PACCAR | Video and Audio |
| Puya | Fesharaki | Thornton Grout Finnigan | Debtors | Video and Audio |
| Landon | Foody | McDermott Will & Emery LLP | Ernst & Young Inc., as Court-Appointed Monitor | Video and Audio |
| Kim | Gage | Cooksey, Toolen, Gage, Duffy & Woog | Daimler Truck Financial Services USA LLC | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Bradley | Giordano | McDermott Will & Emery LLP | Ernst & Young Inc., as Court-Appointed Monitor | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Christopher | Hunker | Linklaters LLP | Debtors' counsel | Video and Audio |
| Penelope | Jensen | Linklaters LLP | Debtors | Video and Audio |
| James | Livermon | Womble Bond | Volvo Financial Services | Video and Audio |
| Daniel | Loberto | Blakes | Monitor's counsel | Video and Audio |
| Stacy | Lutkus | McDermott Will & Emery LLP | Ernst & Young Inc., as Court-Appointed Monitor | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Daimler Financial | Video and Audio |
| Tina | Moss | Perkins Coie LLP | PACCAR | Video and Audio |
| Ryan | Nadick | McDonald Hopkins LLC | Roynat Inc. | Video and Audio |
| Rachel | Nicholson | Thornton Grout Finnigan | Canadian counsel to Debtors | Video and Audio |
| Jami | Nimeroff | Brown McGarry Nimeroff LLC | Triumph Financial Services LLC | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Debtors | Video and Audio |
| Morgan | Patterson | Womble Bond Dickinson (US) LLP | Volvo Financial Services | Video and Audio |
| Deborah | Perry | Munsch Hardt Kopf & Harr PC | Milestone Trailer Leasing LLC | Video and Audio |
| Nolley | Rainey | McDermott Will & Emery LLP | | Audio Only |
| Amtoj | Randhawa | | | Audio Only |
| Andrew | Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtors | Video and Audio |

Pride Group Holdings Inc
24-10632

| | | | | |
|---|---|---|---|---|
| Daniel | Richer | Fasken Associates | Royal Bank of Canada | Video and Audio |
| Elizabeth | Rogers | Stevens & Lee, P.C. | National Trailer Leasing | Audio Only |
| Sean | Scott | Mayer Brown | Regions Bank | Video and Audio |
| Curtis | Smith | Linklaters LLP | Debtors | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Stephen | Tetro | stetro@chapman.com | Pride Group Holdings Inc. and Randall Benson | Video and Audio |
| Matthew | Ward | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| Nichole | Wilcher | Womble Bond Dickinson (US) LLP | Royal Bank of Canada | Video and Audio |
| Leanne | Williams | Thornton Grout Finnigan | Canadian counsel to Debtors | Video and Audio |
| Clark | Xue | Linklaters LLP | Debtors' counsel | Video and Audio |
| Yuliya | Zahoroda | Chapman and Cutler LLP | Royal Bank of Canada | Video and Audio |