## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Hearing Date:** **May 24, 2024 at 10:00 a.m. (ET)** |
| | **Objection Deadline:** **May 17, 2024 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SALE OF PROPERTY OF DEBTOR BISHOP ROAD HOLDING CORP. FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on May 3, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") filed the *Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Bishop Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 17, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by counsel for the Foreign Representative, Linklaters LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attention: Penelope J. Jensen, Esq. and Christopher J. Hunker, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801 (Attention: Derek C. Abbott, Esq. and Andrew R. Remming, Esq.).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **May 24, 2024, at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware, 19801.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 3, 2024
      Wilmington, Delaware

               **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

               */s/ Austin T. Park*
               Derek C. Abbott (No. 3376)
               Andrew R. Remming (No. 5120)
               Austin T. Park (No. 7247)
               1201 North Market Street
               P.O. Box 1347
               Wilmington, DE 19899-1347
               Telephone: (302) 658-9200
               Facsimile: (302) 658-3989
               dabbott@morrisnichols.com
               aremming@morrisnichols.com
               apark@morrisnichols.com

               -and-

               **LINKLATERS LLP**
               Penelope J. Jensen
               Christopher J. Hunker
               Clark L. Xue
               1290 Avenue of the Americas
               New York, NY 10104
               Telephone:  (212) 903-9000
               Facsimile:  (212) 903-9100
               penelope.jensen@linklaters.com
               christopher.hunker@linklaters.com
               clark.xue@linklaters.com

               *Attorneys for the Foreign Representative*