**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I. 115** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SALE OF PROPERTY OF DEBTOR FRONTAGE ROAD HOLDING CORP. FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") hereby certify that, as of the date hereof, Linklaters LLP and Morris, Nichols, Arsht & Tunnell LLP have received no answer, objection, or other responsive pleading to the *Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Frontage Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief* (D.I. 115) (the "Motion"), filed on April 19, 2024.

The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion appears on the Court's docket in these cases. Pursuant to the notice of

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Motion, objections to the Motion were to be filed and served no later than May 3, 2024 at 4:00 p.m. (Eastern Time).

The proposed sale order attached as Exhibit A to the Motion was revised to specify that proceeds from the sale of assets pursuant to the Motion will not be distributed without further order from the Canadian Court and the consent of Royal Bank of Canada. A copy of the revised proposed sale order is attached hereto as **Exhibit A**.  For the convenience of the Court and all parties in interest, a redline comparing the revised proposed sale order to the proposed sale order is attached hereto as **Exhibit B**.

[*Signature Page to Follow*]

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the revised proposed sale order attached hereto at its earliest convenience.

Dated: May 6, 2024
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*