IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
2024 MAY -6  AM 10: 26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE :

Pride Group Holdings Inc.　　　　　　　　　§　　　　CASE NO. 24-10632-CTG
　　　　　　　　　　　　　　　　　　　　　§　　　　(Chapter 15)
　　　Debtor(s)　　　　　　　　　　　　　§

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**City of Garland, Garland ISD,
Carrollton-Farmers Branch ISD**
c/o Linda D. Reece
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042
(972) 278-8282
(817) 860-6509 FAX
email: lreece@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 1

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
Attorneys for Claimant(s)

By: _____
Linda D. Reece
State Bar No. 24065471
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042
(972) 278-8282
(817) 860-6509 FAX

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been sent to the parties listed by the Court's ECF notification system. And all other parties via CM/ECF e-notice: April 26, 2024

_____
Linda D. Reece

RECEIVED 2024 MAY -6 AM 10: 26 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 2