# UNITED STATES BANKRUPTCY COURT
## District of Delaware

RECEIVED
2024 MAY -6 AM 10: 21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

PRIDE GROUP HOLDING, INC.

*Debtor(s)*    /

Case No. 24-10632-CTG
Chapter 15

# REQUEST FOR SERVICE

Creditor, Miami-Dade Office of the Tax Collector, through the Miami Dade County Paralegal Unit, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade Office of the Tax Collector in care of the Miami-Dade County Paralegal Unit.

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the foregoing has been provided by U.S. Mail and/or Email to:

Office of the Trustee: U.S.Trustee, District of Delaware (Delaware), 844 King Street, Room 2207, Lockbox #35, Wilmington, DE  19801,

Attorney for the Debtor: Derek C. Abbott, Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE  19899, dabbott@mnat.com

Office of the Tax Collector
Peter K. Cam, Tax Collector
Miami-Dade County, FL
This 29th day of April, 2024
By:  /s/ ALEXIS GONZALEZ
Paralegal Collection Specialist
Miami-Dade Bankruptcy Unit
200 NW 2ND Avenue, #430
Miami, FL 33128
**305-375-5707**   FAX **(305) 375-4601**
E-Mail:  Alexis.Gonzalez@miamidade.gov
MDTCBKC@miamidade.gov