| | |
|---|---|
| 1 | COUNTY OF KERN, STATE OF CALIFORNIA |
| 2 | c/o Treasurer/Tax Collector's Office<br>Attn: Bankruptcy Division |
| 3 | P.O. Box 579<br>Bakersfield, CA 93302-0579 |
| 4 | Telephone: |
| 5 | E-Mail: bankruptcy@kerncounty.com |
| 6 | Creditor |

RECEIVED
2024 MAY -7  AM 10: 31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re

**Debtor**
Highway 46 McFarland Holding Corp
                Debtor.

Address: 1100 Brickell Bay Dr #310747
Miami, FL  33231

Tax ID:

Case No. **24-10761**

Chapter 15

**PROOF OF SERVICE OF REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS**

///
///
///
///
///
///
///
///
///

1

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of Kern. I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, 2nd Floor, Bakersfield, California 93301-4639.

On April 24, 2024, I served the within REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bakersfield, California addressed to those parties on the attached sheet.

__X__ **BY REGULAR MAIL:** I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Angelica Leon, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on April 24, 2024, at Bakersfield, California.

_____
Angelica Leon
Fiscal Support Specialist
Kern County Treasurer and Tax Collector Office

**Service List**

**Attorney**
Derek C. Abbott
P.O. Box 1347
Wilmington, DE 19899

**Other**
Randall Benson
1450 Meyerside Drive, Suite 401
Mississauga, L5T 2N5



**JORDAN KAUFMAN**
KERN COUNTY TREASURER-TAX COLLECTOR
1115 TRUXTUN AVENUE, 2nd FLOOR
BAKERSFIELD, CALIF. 93301-4640

TEMP-RETURN SERVICE REQUESTED

United States Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, DE 19801

RECEIVED
MAY -7 AM 10: 31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

1  COUNTY OF KERN, STATE OF CALIFORNIA
   c/o Treasurer/Tax Collector's Office
2  Attn: Bankruptcy Division
   P.O. Box 579
3  Bakersfield, CA 93302-0579
   Telephone:
4  E-Mail: bankruptcy@kerncounty.com

5  Creditor

## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| In re | Case No. 24-10761 |
| Debtor | |
| Highway 46 McFarland Holding Corp | Chapter 15 |
| Debtor. | |
| Address: 1100 Brickell Bay Dr #310747 Miami, FL 33231 | **REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS** |
| City, State Zip: | |
| Tax ID: | |

NOTICE IS HEREBY GIVEN that Jordan Kaufman, Treasurer/Tax Collector for the County of Kern, by , , serves as claims representative for the County of Kern, a creditor and a party in interest in the above captioned bankruptcy case. This office hereby requests that the Office of the Treasurer/Tax Collector be added to the master mailing list. Pursuant to the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without limitation 11 U.S.C. section 1109(b) and Rules 2002, 3017, 4001, 7004, 9007, 9013 and 9022, the undersigned hereby requests that special notice of all matters that may come before the Court be made as follows:

**KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE**

1

        **ATTN: BANKRUPTCY DIVISION**
        **c/o**
        **P.O. BOX 579**
        **BAKERSFIELD, CA 93302-0579**
        **Email: bankruptcy@kerncounty.com**

        The foregoing request includes all mailing lists, matrices, notices and papers referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents brought before the Court in this case, including, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements.

        This Request for Notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request for notice, the County of Kern is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which the County of Kern may be a party. This notice shall not be deemed or construed to be a waiver of rights to any action, defense, setoff or recoupment that may be available in law or in equity and any such rights are expressly reserved.

Dated: 04/24/2024

        Respectfully submitted,

        JORDAN KAUFMAN, TREASURER/TAX COLLECTOR

        By  *[signature]*

        Kern County Treasurer and Tax Collector Office



**JORDAN KAUFMAN**
KERN COUNTY TREASURER-TAX COLLECTOR
1115 TRUXTUN AVENUE, 2nd FLOOR
BAKERSFIELD, CALIF. 93301-4640

TEMP-RETURN SERVICE REQUESTED

United States Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, DE 19801

| | |
|---|---|
| 1 | COUNTY OF KERN, STATE OF CALIFORNIA |
| 2 | c/o Treasurer/Tax Collector's Office |
| | Attn: Bankruptcy Division |
| 3 | P.O. Box 579 |
| | Bakersfield, CA 93302-0579 |
| 4 | Telephone: |
| | E-Mail: bankruptcy@kerncounty.com |
| 5 | |
| 6 | Creditor |

RECEIVED
2024 MAY -7  AM 10: 30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## UNITED STATES BANKRUPTCY COURT

### District of Delaware

| | | |
|---|---|---|
| In re | ) | Case No. |
| | ) | **24-10765** |
| **Debtor** | ) | |
| Di Miller Drive Bakersfield Holding Corp | ) | Chapter 15 |
| Debtor. | ) | |
| | ) | PROOF OF SERVICE OF |
| Address: 1100 Brickell Bay Dr. #310747 | ) | REQUEST FOR NOTICE OF ALL |
| Miami, FL  33231 | ) | PLEADINGS AND HEARINGS |
| | ) | |
| Tax ID: | ) | |

///
///
///
///
///
///
///
///
///

1

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of Kern. I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, 2nd Floor, Bakersfield, California 93301-4639.

On April 24, 2024, I served the within REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bakersfield, California addressed to those parties on the attached sheet.

__X__ **BY REGULAR MAIL:** I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on the same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Angelica Leon, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on April 24, 2024, at Bakersfield, California.

*Angelica Leon*
Angelica Leon
Fiscal Support Specialist
Kern County Treasurer and Tax Collector Office

**Service List**

**Attorney**
Derek C. Abbott
P.O. Box 1347
Wilmington, DE 19899

**Other**
Randall Benson
1450 Meyerside Drive, Suite 401
Mississauga, L5T 2N5



**JORDAN KAUFMAN**
KERN COUNTY TREASURER-TAX COLLECTOR
1115 TRUXTUN AVENUE, 2nd FLOOR
BAKERSFIELD, CALIF. 93301-4640

TEMP-RETURN SERVICE REQUESTED

United States Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, DE 19801

RECEIVED
2024 MAY -7 AM 10: 30

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

1  COUNTY OF KERN, STATE OF CALIFORNIA
   c/o Treasurer/Tax Collector's Office
2  Attn: Bankruptcy Division
   P.O. Box 579
3  Bakersfield, CA 93302-0579
   Telephone:
4  E-Mail: bankruptcy@kerncounty.com

5  Creditor

6              UNITED STATES BANKRUPTCY COURT
7                    District of Delaware

8  In re                                )    Case No.
                                        )    24-10765
9  Debtor                               )
   Di Miller Drive Bakersfield Holding  )
10 Corp                                 )    Chapter 15
                                        )
                   Debtor.              )
11                                      )
   Address:   1100  Brickell  Bay  Dr.  )    REQUEST FOR NOTICE OF ALL
12 #310747                              )    PLEADINGS AND HEARINGS
   Miami, FL 33231                      )
13 City, State Zip:                     )

14
   Tax ID:
15

16  NOTICE IS HEREBY GIVEN that Jordan Kaufman, Treasurer/Tax Collector for the
17  County of Kern, by , , serves as claims representative for the County of Kern, a creditor
18  and a party in interest in the above captioned bankruptcy case.  This office hereby
19  requests that the Office of the Treasurer/Tax Collector be added to the master mailing
20  list.  Pursuant to the provisions of the Bankruptcy Code and Federal Rules of
21  Bankruptcy Procedure, including without limitation 11 U.S.C. section 1109(b) and Rules
22  2002, 3017, 4001, 7004, 9007, 9013 and 9022, the undersigned hereby requests that
23  special notice of all matters that may come before the Court be made as follows:

24
25
26
27                                      1
28

**KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE**
**ATTN: BANKRUPTCY DIVISION**
c/o
P.O. BOX 579
BAKERSFIELD, CA 93302-0579
Email: bankruptcy@kerncounty.com

The foregoing request includes all mailing lists, matrices, notices and papers referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents brought before the Court in this case, including, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements.

This Request for Notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request for notice, the County of Kern is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which the County of Kern may be a party. This notice shall not be deemed or construed to be a waiver of rights to any action, defense, setoff or recoupment that may be available in law or in equity and any such rights are expressly reserved.

Dated: 04/24/2024

Respectfully submitted,

JORDAN KAUFMAN, TREASURER/TAX COLLECTOR

By _J. Pa_____

Kern County Treasurer and Tax Collector Office



**JORDAN KAUFMAN**
KERN COUNTY TREASURER-TAX COLLECTOR
1115 TRUXTUN AVENUE, 2nd FLOOR
BAKERSFIELD, CALIF. 93301-4640

TEMP-RETURN SERVICE REQUESTED

United States Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, DE 19801

```
                                                              RECEIVED
                                                              2024 MAY -7  AM 10: 31
 1  COUNTY OF KERN, STATE OF CALIFORNIA
    c/o Treasurer/Tax Collector's Office                          CLERK
 2  Attn: Bankruptcy Division                               U.S. BANKRUPTCY COURT
    P.O. Box 579                                             DISTRICT OF DELAWARE
 3  Bakersfield, CA 93302-0579
    Telephone:
 4  E-Mail: bankruptcy@kerncounty.com

 5  Creditor

 6                    UNITED STATES BANKRUPTCY COURT
                            District of Delaware
 7

 8  In re                                   )   Case No.
                                            )   24-10767
 9  Debtor                                  )
    East   Brundage   Lane   Bakersfield    )   Chapter 15
10  Holding Corp                            )
                                            )
                                Debtor.     )
11                                          )
                                            )   REQUEST FOR NOTICE OF ALL
    Address:    1100   Brickell   Bay  Drive)   PLEADINGS AND HEARINGS
12  #310747                                 )
    Miami, FL 33231                         )
13  City, State Zip:                        )

14
    Tax ID:
15
```

16  NOTICE IS HEREBY GIVEN that Jordan Kaufman, Treasurer/Tax Collector for the

17  County of Kern, by , , serves as claims representative for the County of Kern, a creditor

18  and a party in interest in the above captioned bankruptcy case. This office hereby

19  requests that the Office of the Treasurer/Tax Collector be added to the master mailing

20  list. Pursuant to the provisions of the Bankruptcy Code and Federal Rules of

21  Bankruptcy Procedure, including without limitation 11 U.S.C. section 1109(b) and Rules

22  2002, 3017, 4001, 7004, 9007, 9013 and 9022, the undersigned hereby requests that

23  special notice of all matters that may come before the Court be made as follows:

24

25

26

27                                         1

28

KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE
ATTN: BANKRUPTCY DIVISION
c/o
P.O. BOX 579
BAKERSFIELD, CA 93302-0579
Email: bankruptcy@kerncounty.com

The foregoing request includes all mailing lists, matrices, notices and papers referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents brought before the Court in this case, including, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements.

This Request for Notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request for notice, the County of Kern is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which the County of Kern may be a party. This notice shall not be deemed or construed to be a waiver of rights to any action, defense, setoff or recoupment that may be available in law or in equity and any such rights are expressly reserved.

Dated: 04/24/2024

Respectfully submitted,

JORDAN KAUFMAN, TREASURER/TAX COLLECTOR

By _____

Kern County Treasurer and Tax Collector Office

-2-



**JORDAN KAUFMAN**
KERN COUNTY TREASURER-TAX COLLECTOR
1115 TRUXTUN AVENUE, 2nd FLOOR
BAKERSFIELD, CALIF. 93301-4640

TEMP-RETURN SERVICE REQUESTED

United States Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, DE 19801

| | |
|---|---|
| 1  COUNTY OF KERN, STATE OF CALIFORNIA | RECEIVED |
| 2  c/o Treasurer/Tax Collector's Office<br>Attn: Bankruptcy Division | 2024 MAY -7  AM 10: 31 |
| 3  P.O. Box 579<br>Bakersfield, CA 93302-0579 | CLERK<br>U.S. BANKRUPTCY COURT |
| 4  Telephone:<br>E-Mail: bankruptcy@kerncounty.com | DISTRICT OF DELAWARE |

6  Creditor

8               UNITED STATES BANKRUPTCY COURT

9                       District of Delaware

| | |
|---|---|
| 11  In re                           ) | Case No.<br>**24-10767** |
| 12  **Debtor**<br>East Brundage Lane Bakersfield ) | Chapter 15 |
| 13  Holding Corp                    )<br>              **Debtor.** ) | PROOF OF SERVICE OF<br>REQUEST FOR NOTICE OF ALL |
| 14  Address: 1100 Brickell Bay Drive ) | PLEADINGS AND HEARINGS |
| 15  #310747<br>Miami, FL  33231     ) | |

17  Tax ID:

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of Kern. I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, 2nd Floor, Bakersfield, California 93301-4639.

On April 24, 2024, I served the within REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bakersfield, California addressed to those parties on the attached sheet.

__X__ **BY REGULAR MAIL:** I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on the same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Angelica Leon, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on April 24, 2024, at Bakersfield, California.

*Angelica Leon* (signature)

Angelica Leon
Fiscal Support Specialist
Kern County Treasurer and Tax Collector Office

**Service List**

**Attorney**
Derek C. Abbott
PO Box 1347
Wilmington, DE 19899

**Other**
Randal Benson
1450 Meyerside Dr, STE 401
Mississauga, L5T 2N5



**JORDAN KAUFMAN**
KERN COUNTY TREASURER-TAX COLLECTOR
1115 TRUXTUN AVENUE, 2nd FLOOR
BAKERSFIELD, CALIF. 93301-4640

TEMP-RETURN SERVICE REQUESTED

United States Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, DE 19801