**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED
2024 MAY 10  AM 10: 38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PRIDE GROUP HOLDINGS, INC., | ) Case No. BK: 24-10632 |
| ET AL., | ) Chapter 15 |
| | ) |
| Debtor. | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Oklahoma County Treasurer a creditor herein, and enters it appearance herein and request that all notices, pleadings or other documents filed herein be sent to its representatives at the following address:

> Tammy Jones, Pro Se
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 307
> Oklahoma City, Okla. 73102
> (405)-713-1324
> tammy.jones@oklahomacounty.org

Dated: APRIL 30, 2024

Respectfully submitted,

OKLAHOMA COUNTY TREASURER
By:

_____
Tammy Jones, Pro Se
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, Okla. 73102
(405)-713-1324
tammy.jones@oklahomacounty.org

## CERTIFICATE OF SERVICE

I hereby certify that on the ___30th___ day of ___APRIL___, 2024 a true and correct copy of the above and foregoing was mailed, postage prepaid, to the following:

DEREK C. ABBOTT
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

CHRISTOPHER HUNKER
LINKLATERS LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET ST., 3RD FLOOR
WILMINGTON, DE 19801

_____
Tammy Jones