**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Ref. Docket Nos. 1, 2, 49, 56, 58, & 110** |

<u>**SUPPLEMENTAL CERTIFICATE OF SERVICE**</u>

I, DIANE STREANY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2024, I caused to be served the:

   a. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1],

   b. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10634,*

   c. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10635,*

   d. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10636,*

   e. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10637,*

   f. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10638,*

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

g. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10639,*

h. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10641,*

i. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10642,*

j. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10643,*

k. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10644,*

l. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10645,*

m. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10646,*

n. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10647,*

o. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10648,*

p. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10649,*

q. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10650,*

r. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10651,*

s. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10652,*

t. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10653,*

u.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10654,*

v.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10655,*

w.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10656,*

x.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10657,*

y.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10658,*

z.  "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 1, 2024 [Docket No. 1], *related to case no. 24-10660,*

aa. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10757,*

bb. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10758,*

cc. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10759,*

dd. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10760,*

ee. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10761*,

ff. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10762,*

gg. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10763,*

hh. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10764,*

ii. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10765,*

jj. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10766,*

kk. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10767,*

ll. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10768,*

mm. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10769,*

nn. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10770,*

oo. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10771,*

pp. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10772,*

qq. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10773,*

rr. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10774,*

ss. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10775,*

tt. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10776,*

uu. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10777,*

vv. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10778,*

ww. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10779,*

xx. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10780,*

yy. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10781,*

zz. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10782,*

aaa. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10783,*

bbb. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10784,*

ccc. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10785,*

ddd. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10786,*

eee. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10787,*

fff. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10788,*

ggg. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10789,*

hhh. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10790*,

iii. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10791,*

jjj. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10792,*

kkk. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10793,*

lll. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10794,*

mmm. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10795,*

nnn. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10796,*

ooo. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10797,*

ppp. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10798,*

qqq. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10799,*

rrr. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10800,*

sss. "Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding," dated April 15, 2024 [Docket No. 1], *related to case no. 24-10801,*

ttt. "Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code," dated April 1, 2024 [Docket No. 2],

uuu. "Order Granting Motion of the Foreign Representative for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code," dated April 3, 2024 [Docket No. 49],

vvv. "Order Scheduling Hearing on Chapter 15 Petitions and Related Relief and Specifying Form and Manner of Service of Notice," dated April 5, 2024 [Docket No. 56],

www. "Notice of Filing and Hearing on Petitions Seeking Recognition of Foreign Proceeding and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code," dated April 5, 2024 [Docket No. 58], and

xxx. "Order Granting Provisional Relief in Connection with Debtor in Possession Financing and Certain Protocols Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code," dated April 17, 2024 [Docket No. 110],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Diane Streany*
Diane Streany

**EXHIBIT A**

Pride Group Holdings Inc., *et al.,*  Case No. 24-10632 (CTG)
Electronic Mail Service List

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | BANKRUPTCY DIVISION | bankruptcy@kerncounty.com |
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | ALEXIS GONZALEZ | alexis.gonzalez@miamidade.gov; mdtcbkc@miamidade.gov |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | LINDA D. REECE | lreece@pbfcm.com |