## Exhibit A

U.S. Real Estate HoldCos

- 11670 Interstate Holding, Corp., a Texas entity that holds a parcel of real estate located at 11670 Interstate 10 E, San Antonio, Texas;

- 131 Industrial Blvd Holding Corp., a Tennessee entity that holds a parcel of real estate located at 131 Industrial Blvd, La Vergne, Tennessee;

- 13th Street Pompano Beach FL Holding Corp., a Florida entity that holds a parcel of real estate located at 981 SW 13 Street, Pompano, Florida;

- 162 Route Road Troy Holding Corp., an Illinois entity that holds a parcel of real estate located at 162 Route Road, Troy, Illinois;

- 401 South Meridian OKC Holding Corp., an Oklahoma entity that holds a parcel of real estate located at 401 S Meridian Avenue, Oklahoma City, Oklahoma;

- 59th Ave Phoenix Holding Corp., an Arizona entity that holds a parcel of real estate located at 1021 N 59th Ave, Phoenix, Arizona;

- 8201 Hwy 66 Tulsa Holding Corp., an Oklahoma entity that holds a parcel of real estate located at 8201 State Highway 66, Tulsa, Oklahoma;

- 87th Avenue Medley FL Holding Corp., a Florida entity that holds a parcel of real estate located at 10015 NW 87th Avenue Medley, Florida;

- 963 Sweetwater Holding Corp., a Florida entity that holds a parcel of real estate located at 963 Sweetwater Ln, Boca Raton, Florida;

- Alexis Investments, LLC, an Ohio entity that holds a parcel of real estate located at 1125 E Alexis Rd. Toledo, Ohio;

- Bishop Road Holding Corp., a Washington state entity that holds a parcel of real estate located at 1696 Bishop Road, Chehalis, Washington;[1]

- Corrington Missouri Holding Corp., a Missouri entity that holds a parcel of real estate located at NE 45th. & N. Corrington Ave., Kansas City, Missouri;

---

[1] On May 3, 2024, the Foreign Representative filed the *Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Bishop Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief* [D.I. 155] (the "Bishop Sale Motion") seeking Court approval of that certain sale agreement entered into on April 9, 2024 by Bishop Road Holding Corp., as seller, and Tyler Collins, as purchaser. The Court entered an order approving the Bishop Sale Motion on May 21, 2024.

- Crescentville Road Cincinnati Holding Corp., an Ohio entity that holds a parcel of real estate located at 1985 E. Crescentville Road, West Chester, Ohio;

- Di Miller Drive Bakersfield Holding Corp., a California entity that holds a parcel of real estate located at 7548 DiMiller Drive, Bakersfield, California;

- East Brundage Lane Bakersfield Holding Corp., a California entity that holds a parcel of real estate located at E. Bundage Lane APN: 177-130-03-00, County of Kern, California;

- Eastgate Missouri Holding Corp., a Missouri entity that holds parcels of real estate located at 2726 N. Eastgate Ave., Springfield, Missouri and 2929 N. Eastgate Ave., Springfield, Missouri;

- French Camp Holding Corp., a California entity that holds a parcel of real estate located at 2546 French Camp Road, Stockton, California;

- Frontage Road Holding Corp., an Illinois entity that holds a parcel of real estate located at 225 West South Frontage Road, Bolingbrook, Illinois;[2]

- High Prairie Texas Holding Corp., a Texas entity that holds a parcel of real estate located at 3375 High Prairie Rd, Grand Prairie, Texas;

- Highway 46 McFarland Holding Corp., a California entity that holds a parcel of real estate located at 31992 Highway 46, McFarland, California;

- Loop 820 Fort Worth Holding Corp., a Texas entity that holds a parcel of real estate located at 1501 NE Loop 820, Fort Worth, Texas;

- Manheim Road Holding Corp., an Illinois entity that holds a parcel of real estate located at 3800 Mannheim Rd, Franklin Park, Illinois;

- Oakmont Drive IN Holding Corp., an Indiana entity that holds a parcel of real estate located at 2400 Oakmont Dr., Plainfield, Indiana;

- Old National Highway Holding Corp., a Georgia entity that holds a parcel of real estate located at 4895 Old National Highway, College Park, Georgia;

- PGED Holding, Corp., a Texas entity that holds a parcel of real estate located at 34880 LBJ Freeway, Dallas, Texas;

---

[2] On April 19, 2024, the Foreign Representative filed the *Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Frontage Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief* [D.I. 115] (the "Frontage Sale Motion") seeking Court approval of that certain sale agreement entered into on March 11, 2024 by Frontage Road Holding Corp., as seller, and Hardik Patel, as purchaser. The Court entered an order approving the Frontage Sale Motion on May 8, 2024 [D.I. 166].

2

- Terminal Road Holding, Corp., an Indiana entity that holds a parcel of real estate located at 6111 W Hanna Avenue, Indianapolis, Indiana;

- Ternes Drive Holding Corp., a Michigan entity that holds a parcel of real estate located at 500 Ternes Drive, Monroe, Michigan; and

- Valley Boulevard Fontana Holding Corp., a California entity that holds a parcel of real estate located at 15762 Valley Blvd, Fontana, California.