**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 24, 2024, AT 10:00 A.M. (EASTERN TIME)**

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**RESOLVED MATTER**

1. Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Bishop Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (D.I. 155, filed 5/3/24).

   Objection / Response Deadline: May 17, 2024, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Declaration of Amrinder Johal in Support of Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Bishop Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (D.I. 156, filed 5/3/24);

   B. Certificate of No Objection Regarding Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Bishop Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (D.I. 175, filed 5/20/24); and

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

C.      Order (I) Authorizing the Sale of Property of Debtor Bishop Road Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (D.I. 176, entered 5/21/24).

Status:  An order has been entered.  No hearing is necessary.

Dated: May 22, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT
& TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
abbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*