**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | Case No. 24-10632 (CTG) |
| Pride Group Holdings Inc., *et al.,* ) | |
| ) | **Hearing Date: June 11, 2024 at 3:00 p.m.** |
| Debtors. ) | **Objection Deadline: June 4, 2024 at 4:00 p.m.** |

**NOTICE OF MOTION OF PAUL TORRES FOR RELIEF FROM**
**AUTOMATIC STAY UNDER 11 U.S.C. § 362**

**PLEASE TAKE NOTICE** that on May 22, 2024, Movant, Paul Torres, filed the Motion for Relief from Automatic Stay (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 4, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by counsel for the Movant, Daniel K. Hogan, 1311 Delaware Avenue, Wilmington, DE 19806.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **June 11, 2024, at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  May 22, 2024                                            HOGAN♦McDANIEL

*/s/ Daniel K. Hogan*
Daniel K. Hogan (No. 2814)
1311 Delaware Ave.
Wilmington, DE  19806
Telephone:  302-656-7540
Facsimile:   302-656-7599
Email: dkhogan@dkhogan.com

*Attorney for Movant*