**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | Case No. 24-10632 (CTG) |
| Pride Group Holdings Inc., *et al.,* | ) | |
| | ) | **RE: Docket No(s). ____** |
| Debtors. | ) | |

**ORDER GRANTING PAUL TORRES**
**RELIEF FROM THE AUTOMATIC STAY**

BE IT REMEMBERED on the _____ day of _____, 2024, the Court reviewed the motion for relief from automatic stay filed herein (the "Motion") by movant Paul Torres (the "Movant") seeking to terminate the automatic stay pursuant to 11 U.S.C. § 362 as it applies to a personal injury claim (the "State Court Action"). Having reviewed the Motion and the argument of counsel, the Court is of the opinion that said Motion should be granted. It is therefore:

ORDERED, ADJUDGED AND DECREED that the automatic stay in the above-captioned bankruptcy case is terminated as to the State Court Action effective upon entry of this Order. Movant may settle the State Court Action, liquidate to judgment and may execute, levy, and collect upon such settlement or judgment.