## **<u>CERTIFICATE OF SERVICE</u>**

      I, Daniel K. Hogan, hereby certify that on May 22, 2024, I caused a copy of the foregoing *Motion for Relief* to be served upon all parties of this action registered to receive service via CM/ECF.

      */s/ Daniel K. Hogan*
      Daniel K. Hogan (#2814)