# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | Case No. 24-10632 (CTG) |
| Pride Group Holdings Inc., *et al.,* ) | |
| ) | **RE: Docket No. 180** |
| Debtors. ) | |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

PLEASE TAKE NOTICE that Paul Torres hereby withdraws his Motion for Relief from Stay filed on May 22, 2024 [Docket No. 180].

Dated: May 22, 2024                     Respectfully Submitted,

*/s/Daniel K. Hogan*
Daniel K. Hogan (#2814)
HOGAN♦McDANIEL
1311 Delaware Ave.
Wilmington, DE  19806
Telephone:  302-656-7540
Facsimile:   302-656-7599
Email: dkhogan@dkhogan.com

*Counsel to Paul Torres*

1