# UNITED STATE BANKRUPTCY COURT DISTRICT OF DELAWARE
## NOTICE OF WITHDRAWAL OF CLAIM

Case No.: 24-10632

Claim No.: 15

Filing date of Proof of claim: 5/28/2024

Debtor – Pride Group Holdings Inc.

Creditor – Morgan & Morgan PA

Creditor hereby files their Notice of Withdrawal of Claim.

Dated June 3, 2024

*/s/ George G. Triantis*
**GEORGE G. TRIANTIS, ESQ.**
Florida Bar No.: 1015574
**MARC R. EDELMAN, ESQ.**
Florida Bar No.: 0096342
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-577-4761
Facsimile: 813-559-4870
E-mail: Gtriantis@forthepeople.com
E-mail: Medelman@forthepeople.com
*Attorneys for Plaintiff*