IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| | : | |
| Pride Group Holdings Inc., *et al.,* | : | Case No. 24-10632 (CTG) |
| | : | |
| Debtors in Foreign Proceedings. | : | (Jointly Administered) |
---------------------------------------------------------------:

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Thomas J. Loeb, Esquire of Vorys, Sater, Seymour & Pease LLP as counsel to Caraustar Recovered Fiber Group, Inc.

Dated: June 4, 2024  
    Wilmington, DE

*/s/ Howard A. Cohen*  
Howard A. Cohen (DE Bar No. 4082)  
**FOX ROTHSCHILD LLP**  
1201 N. Market Street, Suite 1200  
Wilmington, DE 19801  
Telephone: (302) 654-7444  
Email: hcohen@foxrothschild.com  
*Counsel to Caraustar Recovered Fiber Group, Inc.*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Thomas J. Loeb*  
Thomas J. Loeb (OH Bar ID No. 97935)  
**VORYS, SATER, SEYMOUR & PEASE LLP**  
52 East Gay Street 43215  
Columbus, OH 43214  
Telephone: (614) 464-6400  
Email: tjloeb@vorys.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 6th, 2024**  
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**  
**UNITED STATES BANKRUPTCY JUDGE**