# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 11, 2024, AT 3:00 P.M. (EASTERN TIME)

> This hearing will be conducted in-person in **Courtroom #7**, **3rd floor**. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.
>
> COURTCALL WILL NOT BE USED FOR THIS HEARING. To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.

## MATTER GOING FORWARD

1.  Motion of the Foreign Representative for Entry of an Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief (D.I. 178, filed 5/21/24).

    Objection / Response Deadline: June 4, 2024, at 4:00 p.m. (ET).

    Responses Received:

    A.  Informal comments received from Regions Bank N.A., Regions Equipment Finance Corporation, Regions and Commercial Equipment Finance LLC.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

B.      Precautionary Limited Objection to Foreign Representative's Proposed Sale of 131 and 139 Industrial Blvd, La Vergne, Tennessee Owned by Debtor 131 Industrial Blvd Holding Corp (D.I. 188, filed 6/4/24).

Related Documents:

A.      Certification of Counsel Regarding Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief (D.I. 195, filed 6/7/24).

Status:  A revised proposed order has been filed under certification of counsel.  No hearing on this matter is necessary unless the Court directs otherwise.

Dated: June 7, 2024
Wilmington, Delaware

          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

          */s/ Austin T. Park*
          Derek C. Abbott (No. 3376)
          Andrew R. Remming (No. 5120)
          Austin T. Park (No. 7247)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 658-3989
          abbott@morrisnichols.com
          aremming@morrisnichols.com
          apark@morrisnichols.com

          -and-

          **LINKLATERS LLP**
          Penelope J. Jensen
          Christopher J. Hunker
          Clark L. Xue
          1290 Avenue of the Americas
          New York, NY 10104
          Telephone: (212) 903-9000
          Facsimile: (212) 903-9100
          penelope.jensen@linklaters.com
          christopher.hunker@linklaters.com
          clark.xue@linklaters.com

3

*Attorneys for the Foreign Representative*