# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 11, 2024, AT 3:00 P.M. (EASTERN TIME)

**THERE ARE NO MATTERS GOING FORWARD.
WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

## MATTER GOING FORWARD

1. Motion of the Foreign Representative for Entry of an Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief (D.I. 178, filed 5/21/24).

    Objection / Response Deadline: June 4, 2024, at 4:00 p.m. (ET).

    Responses Received:

    A. Informal comments received from Regions Bank N.A., Regions Equipment Finance Corporation, Regions and Commercial Equipment Finance LLC.

    B. Precautionary Limited Objection to Foreign Representative's Proposed Sale of 131 and 139 Industrial Blvd, La Vergne, Tennessee Owned by Debtor 131 Industrial Blvd Holding Corp (D.I. 188, filed 6/4/24).

    Related Documents:

    A. Certification of Counsel Regarding Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Amended items in **bold**.

of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief (D.I. 195, filed 6/7/24); and

B.   Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief (D.I. 197, entered 6/7/24).

**Status:**  An order has been entered.  No hearing is necessary.

Dated: June 7, 2024
Wilmington, Delaware

        **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

        */s/ Austin T. Park*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Austin T. Park (No. 7247)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989
        abbott@morrisnichols.com
        aremming@morrisnichols.com
        apark@morrisnichols.com

        -and-

        **LINKLATERS LLP**
        Penelope J. Jensen
        Christopher J. Hunker
        Clark L. Xue
        1290 Avenue of the Americas
        New York, NY 10104
        Telephone: (212) 903-9000
        Facsimile: (212) 903-9100
        penelope.jensen@linklaters.com
        christopher.hunker@linklaters.com
        clark.xue@linklaters.com

        *Attorneys for the Foreign Representative*