IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

**Pride Group Holdings Inc., et al.,**

                                            **Chapter 15**
                                            **Case No. 24-10632-CTG**
                                            **(Jointly Administered)**

Debtor(s) in Foreign Proceedings

_____

### NOTICE OF GOVERNMENT ATTORNEY APPEARANCE
### AND GOVERNMENT ATTORNEY CERTIFICATION

      NOTICE IS GIVEN that the undersigned counsel, Scott Andron, pursuant to Local Rule 9010-1(e)(i) and the below certification, Local Form 105a, hereby enters an appearance on behalf of Creditor, Broward County, Florida, c/o the Records, Taxes, and Treasury Division, 115 S. Andrews Avenue, Suite A-100, Fort Lauderdale, FL, 33301, in the above-referenced matter. All parties are requested to take notice of said appearance and to serve copies of any and all pleadings, notices, and pertinent documentation in this cause upon said counsel.

                                    Respectfully submitted this 14th day of June 2024,

                                                        Andrew J. Meyers
                                                        Broward County Attorney
                                                        Governmental Center, Suite 423
                                                        115 South Andrews Avenue
                                                        Fort Lauderdale, Florida 33301
                                                        Telephone:  (954) 357-7600
                                                        Telecopier:  (954) 357-7641

                                                    By    /s/ Scott Andron
                                                              Scott Andron
                                                              Assistant County Attorney
                                                              Florida Bar No.112355
                                                              sandron@broward.org