UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Pride Group Holdings Inc.,    Chapter  15

Case No.  24 - 24-10632 ( CTG )

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent  Broward County  in this action:  I am admitted to practice law in   (court(s))  Florida, North Carolina , 11th Circuit Court of Appeal,  I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Broward County Attorney's Office
Agency/Organization

Name:   Scott Andron

Address:   115 S. Andrews Ave. Rm. 423

Ft. Lauderdale, FL  33301

Phone:   954-357-7600

Email:   sandron@broward.org

Local Form 105A