**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION GRANTING RELIEF FROM INJUNCTION**

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), hereby certifies as follows:

1. On September 7, 2023, Harold Alonzo Gamble, Jr. ("Gamble") filed a lawsuit against Pride Truck Sales L.P. ("PTS"), in the United States District Court for the Northern District of Georgia (the "District Court"), captioned *Harold Alonzo Gamble, Jr. v. Pride Truck Sales L.P.* (Case No. 1:23-CV-04009-AT-JKL) (the "Litigation").

2. On March 21, 2024, Gamble and PTS (together, the "Settlement Parties") entered into that certain Settlement Agreement and Release (the "Settlement Agreement") resolving all disputes with PTS regarding the claims alleged in the Litigation and any other claims Gamble

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

otherwise asserted or could have asserted in exchange for a settlement payment (the "Settlement Payment").

3. On April 1, 2024, the Foreign Representative (a) filed petitions for the Pride Group's 26 Canadian and U.S. operating companies and non-real estate holding companies, thereby commencing the Debtors' Chapter 15 Cases and (b) filed the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 2] (the "Verified Petition") seeking, among other things, recognition of the CCAA Proceedings as "foreign main proceedings" under section 1517 of the Bankruptcy Code and certain related relief.

4. On April 3, 2024, the District Court administratively closed the Litigation in order for the Settlement Payment to be made.

5. On April 3, 2024, consistent with the initial order of the Canadian Court, this Court enjoined the commencement or continuation of any action or proceeding in the United States against the Pride Group[2] and the Personal Guarantors (the "Injunction"), pursuant to this Court's *Order Granting Motion of the Foreign Representative for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* [D.I. 49] (the "First Provisional Relief Order").

6. On May 2, 2024, the Court entered an order [D.I. 152] (the "Recognition Order") granting recognition of the CCAA Proceedings and the related relief sought in the Chapter 15 Petitions, including, among other things, extending the Injunction against the assets of the Pride Group and the Personal Guarantors in the First Provisional Relief Order in the United States on a final basis.

---

[2] As used herein, "Pride Group" includes: (i) each of the Debtors; (ii) Pride Truck Sales L.P. ("PTS"), TPine Leasing Capital L.P. ("TPL"), and Sweet Home Hospitality L.P. ((i) and (ii) together, the "Pride Entities"); and (iii) Block 6 Holding Inc., 2500819 Ontario Inc., Pergola Holdings, Corp., and Pride Global Insurance Company Ltd. (the "Additional Stay Parties").

7. Thereafter, the Settlement Parties approached counsel for the Foreign Representative with a request to lift the Injunction solely to allow PTS's insurance carrier Federal Insurance Company to make the Settlement Payment to Gamble.

8. The Foreign Representative has discussed the Settlement Parties' request for relief from the Injunction with the Debtors' Canadian Court-appointed monitor and its counsel, and the Debtors' U.S. and Canadian counsel, and has reached an agreement as set forth in the stipulation and consensual order (the "<u>Proposed Stipulation and Order</u>"). Pursuant to the Proposed Stipulation and Order, the Settlement Parties will be granted limited relief from the Injunction solely to consummate the terms of the Settlement Agreement.

9. Attached hereto as **<u>Exhibit A</u>** is a copy of the Proposed Stipulation and Order resolving the matter.

WHEREFORE, the Parties respectfully request the entry of the Proposed Stipulation and Order at the earliest convenience of the Court.

Dated: June 17, 2024
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*