**<u>Exhibit A</u>**
Proposed Stipulation and Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., et al.[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |

**ORDER APPROVING STIPULATION GRANTING**
**RELIEF FROM THE INJUNCTION**

The Court having considered the Stipulation Granting Relief from the Injunction (the "Stipulation")[2] presented to the Court and attached hereto as **Exhibit 1** and good and sufficient cause having been shown:

IT IS HEREBY ORDERED THAT:

1.     The Stipulation, and the terms of the Stipulation, are approved.

2.     The Injunction, to the extent applicable pursuant to 11 U.S.C. § 1521(a), is lifted solely to allow the Settlement Parties to consummate the terms of the Settlement Agreement.

3.     The Settlement Parties shall seek to collect upon the settlement with Pride Truck Sales L.P. ("PTS") solely from applicable insurance proceeds provided by PTS's insurance carrier, Federal Insurance Company. No collection or enforcement action, whether stemming from the Litigation or otherwise, may be asserted or realized against the Pride Group,[3] the Personal Guarantors, or their respective affiliates, successors, and assigns.

---

[1]    The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

[3]    As used herein, "Pride Group" includes: (i) each of the Debtors; (ii) Pride Truck Sales L.P. ("PTS"), TPine

4.      In the event the Settlement Payment is not made by PTS's insurance carrier, Federal Insurance Company, within thirty (30) days from the entry of this Order, the Injunction shall automatically be reinstated without further order from this Court.

5.      The fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

6.      This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

7.      The Foreign Representative, the Debtors and PTS are authorized to take all actions and execute all documents necessary or appropriate to effectuate the foregoing.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order and the Stipulation.

---

Leasing Capital L.P. ("TPL"), and Sweet Home Hospitality L.P. ((i) and (ii) together, the "Pride Entities"); and (iii) Block 6 Holding Inc., 2500819 Ontario Inc., Pergola Holdings, Corp., and Pride Global Insurance Company Ltd. (the "Additional Stay Parties").

## **Exhibit 1**

Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |

## STIPULATION GRANTING RELIEF FROM THE INJUNCTION

WHEREAS, On September 7, 2023, Harold Alonzo Gamble, Jr. ("Gamble") filed a lawsuit against Pride Truck Sales L.P. ("PTS"), in the United States District Court for the Northern District of Georgia (the "District Court"), captioned *Harold Alonzo Gamble, Jr. v. Pride Truck Sales L.P.* (Case No. 1:23-CV-04009-AT-JKL) (the "Litigation").

WHEREAS, on March 21, 2024, Gamble and PTS (together, the "Settlement Parties") entered into that certain Settlement Agreement and Release (the "Settlement Agreement") resolving all disputes with PTS regarding the claims alleged in the Litigation and any other claims Gamble otherwise asserted or could have asserted in exchange for a settlement payment (the "Settlement Payment") to be made by PTS's insurance carrier Federal Insurance Company.

WHEREAS, on April 1, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act (the "CCAA"), pending before the Ontario Superior Court of

---

[1]   The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court") (a) filed petitions for the Pride Group's 26 Canadian and U.S. operating companies and non-real estate holding companies in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby commencing the Debtors' Chapter 15 Cases and (b) filed the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 2] (the "Verified Petition") seeking, among other things, recognition of the CCAA Proceedings as "foreign main proceedings" under section 1517 of the Bankruptcy Code and certain related relief.

WHEREAS, on April 3, 2024, consistent with the Canadian Court's initial order, this Court enjoined the commencement or continuation of any action or proceeding in the United States against the Pride Group[2] and the Personal Guarantors (the "Injunction"), pursuant to this Court's *Order Granting Motion of the Foreign Representative for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* [D.I. 49] (the "First Provisional Relief Order").

WHEREAS, on May 2, 2024, the Court entered an order [D.I. 152] (the "Recognition Order") granting recognition of the CCAA Proceedings and the related relief sought in the Chapter 15 Petitions, including, among other things, extending the Injunction against the assets of the Pride Group and the Personal Guarantors in the First Provisional Relief Order in the United States on a final basis.

WHEREAS, consummation of the Settlement Agreement is enjoined by the Recognition Order, and the Settlement Parties have requested relief from the Injunction to consummate the Settlement Agreement.

---

[2]    As used herein, "Pride Group" includes: (i) each of the Debtors; (ii) Pride Truck Sales L.P. ("PTS"), TPine Leasing Capital L.P. ("TPL"), and Sweet Home Hospitality L.P. ((i) and (ii) together, the "Pride Entities"); and (iii) Block 6 Holding Inc., 2500819 Ontario Inc., Pergola Holdings, Corp., and Pride Global Insurance Company Ltd. (the "Additional Stay Parties").

WHEREAS, the Settlement Parties and the Foreign Representative have reached agreement upon the terms set forth herein ("Stipulation") for providing the Settlement Parties with limited relief from the Injunction to solely consummate the terms of the Settlement Agreement.

NOW, THEREFORE, in consideration of the foregoing, and other good and valuable consideration, the parties hereto stipulate and agree, that:

1.      The Injunction, to the extent applicable, pursuant to 11 U.S.C. § 1521(a), is temporarily lifted solely to allow the Settlement Parties to consummate the terms of the Settlement Agreement.

2.      The Settlement Parties shall seek to collect upon the settlement with PTS solely from applicable insurance proceeds provided by PTS's insurance carrier, Federal Insurance Company.  No collection or enforcement action, whether stemming from the Litigation or otherwise, may be asserted or realized against the Pride Group, the Personal Guarantors, or their respective affiliates, successors, and assigns.

3.      In the event the Settlement Payment is not made by PTS's insurance carrier, Federal Insurance Company, within thirty (30) days from the entry of the order approving this Stipulation, the Injunction shall automatically be reinstated without further order from the Bankruptcy Court.

4.      The fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

5.      The Order will be a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and will be effective immediately upon entry.

6.      This Stipulation may be signed in counterparts, and that electronic signatures shall be deemed to have the force and effect of original signatures.

7.     This Stipulation, and any order approving this Stipulation, shall be binding on PTS, the Pride Group, the Personal Guarantors, Gamble, and each of their respective affiliates, successors, and assigns.

Dated: June 17, 2024
         Wilmington, Delaware

| | |
|---|---|
| **MORGAN & MORGAN** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

*George Triantis* (DocuSigned by)

/s/ Derek C. Abbott

George Triantis
Marc Edelman
201 N Franklin St, 7th Floor
Tampa, FL 33602
Telephone: (813) 577-4761
Facsimile: (813) 559-4870
gtriantis@forthepeople.com
MEdelman@forthepeople.com

Derek C. Abbott (No. 3367)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

*Attorneys for Harold Alonzo Gamble, Jr.*

-and-

**LEWIS BRISBOIS**

**LINKLATERS LLP**

*John Snelling* (DocuSigned by)

John S. Snelling
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
Telephone: (404) 567-6588
Facsimile: (404) 467-8845
John.Snelling@lewisbrisbois.com

Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorney for Pride Truck Sales L.P.*

*Attorneys for the Foreign Representative*

DocuSign Envelope ID: 5EF9D46D-601D-4128-8123-6CBA1C2C1C67