**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., et al.[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Re: D.I. 200** |

**ORDER APPROVING STIPULATION GRANTING**
**RELIEF FROM THE INJUNCTION**

The Court having considered the Stipulation Granting Relief from the Injunction (the "Stipulation")[2] presented to the Court and attached hereto as **Exhibit 1** and good and sufficient cause having been shown:

IT IS HEREBY ORDERED THAT:

1.      The Stipulation, and the terms of the Stipulation, are approved.

2.      The Injunction, to the extent applicable pursuant to 11 U.S.C. § 1521(a), is lifted solely to allow the Settlement Parties to consummate the terms of the Settlement Agreement.

3.      The Settlement Parties shall seek to collect upon the settlement with Pride Truck Sales L.P. ("PTS") solely from applicable insurance proceeds provided by PTS's insurance carrier, Federal Insurance Company. No collection or enforcement action, whether stemming from the Litigation or otherwise, may be asserted or realized against the Pride Group,[3] the Personal Guarantors, or their respective affiliates, successors, and assigns.

---

[1]    The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

[3]    As used herein, "Pride Group" includes: (i) each of the Debtors; (ii) Pride Truck Sales L.P. ("PTS"), TPine

4.      In the event the Settlement Payment is not made by PTS's insurance carrier, Federal Insurance Company, within thirty (30) days from the entry of this Order, the Injunction shall automatically be reinstated without further order from this Court.

5.      The fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

6.      This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

7.      The Foreign Representative, the Debtors and PTS are authorized to take all actions and execute all documents necessary or appropriate to effectuate the foregoing.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order and the Stipulation.

**Dated: June 17th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

Leasing Capital L.P. ("TPL"), and Sweet Home Hospitality L.P. ((i) and (ii) together, the "Pride Entities"); and (iii) Block 6 Holding Inc., 2500819 Ontario Inc., Pergola Holdings, Corp., and Pride Global Insurance Company Ltd. (the "Additional Stay Parties").