**<u>Exhibit A</u>**

Proposed Stipulation and Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |

**AGREED ORDER AMONG THE FOREIGN
REPRESENTATIVE, THE PRIDE GROUP, THE MONITOR
AND REGIONS WITH RESPECT TO RELIEF FROM THE INJUNCTION**

The Court having considered the Stipulation Among the Foreign Representative, the Pride Group, the Monitor, and Regions with Respect to Relief from the Injunction (the "Stipulation")[2] presented to the Court and attached hereto as **Exhibit 1** and good and sufficient cause having been shown:

IT IS HEREBY ORDERED THAT:

1.      The Stipulation, and the terms of the Stipulation, are approved.

2.      The Injunction, to the extent applicable, pursuant to 11 U.S.C. § 1521(a), is lifted solely to allow Regions or Ritchie Bros., as applicable, to sell the Surrendered Equipment.

3.      The fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

4.      The Foreign Representative, the Pride Group, the Monitor, and Regions are authorized to take all actions necessary to effectuate the relief requested in this Stipulation.

---

[1]      The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

5.      This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is

effective immediately upon entry.

6.      This Order shall be binding on and inure to the benefit of the Parties and their

respective heirs, executors, administrators, successors, and permitted assigns.

7.      This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the interpretation and/or implementation of this Order and the Stipulation.

Wilmington, Delaware
Dated: _____, 2024

_____
THE HONORABLE CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |

**STIPULATION AMONG THE FOREIGN
REPRESENTATIVE, THE PRIDE GROUP, THE MONITOR
AND REGIONS WITH RESPECT TO RELIEF FROM THE INJUNCTION**

This Stipulation (the "Stipulation") is entered into by and among (i) Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), (ii) the Pride Group,[2] (iii) Ernst & Young Inc., the Debtors' Canadian Court-appointed monitor (in such capacity, the "Monitor"), and (iv) Regions Equipment Financing Corporation ("REFCO") and Regions Commercial Equipment Financing LLC ("RCEF," and together with REFCO, "Regions") (each of (i)-(iv), a "Party," and collectively, the "Parties").

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] As used herein, "Pride Group" includes: (i) each of the Debtors; (ii) Pride Truck Sales L.P., TPine Leasing Capital L.P., and Sweet Home Hospitality L.P.; and (iii) Block 6 Holding Inc., 2500819 Ontario Inc., Pergola Holdings, Corp., and Pride Global Insurance Company Ltd.

**WHEREAS**, TPine Leasing Capital L.P. ("TPine Leasing"), an affiliate of the Debtors, entered into that certain Master Agreement, dated March 30, 2022, with REFCO and RCEF (together with all schedules, addenda, exhibits and ancillary documents, the "Master Agreement"), which Master Agreement includes twelve schedules pursuant to which Regions provided financing for certain trucks and trailers acquired by TPine Leasing (which serve as collateral under the Master Agreement);

**WHEREAS**, on February 19, 2024, Regions delivered a Notice of Default (the "Notice of Default") to TPine Leasing notifying it that defaults existed and were continuing under the Master Agreement;

**WHEREAS**, on March 8, 2024, Regions filed a lawsuit against TPine Leasing in the United States District Court for the Northern District of Texas (captioned *Regions Equipment Financing Corp. et al v. Tpine Leasing Capital L.P.*, Case No. 3:24-cv-00583) (the "Lawsuit"), which remains pending as of the date of this Stipulation;

**WHEREAS**, prior to the commencement of the CCAA Proceedings, TPine Leasing consensually relinquished possession of 110 trucks and trailers that are collateral under the Master Agreement to Regions at various Ritchie Bros. locations across the United States (the "Surrendered Equipment"), which are set forth, along with their Vehicle Identification Numbers, on Exhibit A hereto;

**WHEREAS**, on March 27, 2024, the Debtors commenced the CCAA Proceedings in the Canadian Court, and the Canadian Court issued the initial order on the following day (as amended and restated from time to time, the "Initial Order") granting certain relief in connection with the CCAA Proceedings including, among other things, staying the

commencement or continuation of any proceeding or enforcement process in any court or tribunal against the Debtors and certain of its non-Debtor affiliates, including TPine Leasing;

**WHEREAS**, on April 1, 2024, the Foreign Representative commenced the above-captioned chapter 15 cases in the United States Bankruptcy Court for the District of Delaware (the "Court"), and sought provisional relief on the same day requesting, among other things, enforcement of the Initial Order in the United States on a provisional basis, including application of section 362 of Title 11 of the United States Code (the "Bankruptcy Code") over the Pride Group and their property located within the territorial jurisdiction of the United States (the "Provisional Relief");

**WHEREAS**, on April 3, 2024, the Court entered the *Order Granting Motion of the Foreign Representative for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* [D.I. 49] (the "Provisional Relief Order") granting the Provisional Relief;

**WHEREAS**, on May 2, 2024, the Court entered the *Order Granting Amended Verified Petition for (i) Recognition of Foreign Main Proceedings, (ii) Recognition of Foreign Representative, and (iii) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 152] (the "Recognition Order"), which, among other things, (i) extends all relief granted pursuant to the Provisional Relief Order on a final basis; and (ii) enjoins all persons and entities pursuant to section 1521(a)(1)-(3) of the Bankruptcy Code from, among other things, executing against the assets of the Pride Group; commencing or continuing any action or proceedings against the Pride Group; and transferring, relinquishing or disposing of any property of the Pride Group to any person or entity other than the Foreign Representative (the "Injunction");

**WHEREAS**, pursuant to paragraph 12 of the Recognition Order, nothing in the Recognition Order authorized any secured parties with a valid, perfected, and enforceable

security interest in collateral to sell such collateral unless (i) the Monitor and the Debtors' chief restructuring officer (the "CRO") have determined that such secured party's security interest in the collateral is senior to the DIP Charge (as defined in the Recognition Order) and is not subject to competing security interests from other third-party creditors; (ii) the Monitor and CRO have agreed to transfer possession in respect of such collateral to such secured party; and (iii) this Court or the Canadian Court has entered an order authorizing such sale (the "Sale Order");

WHEREAS, Regions has requested that the Monitor and CRO consent to the sale of the Surrendered Equipment by Ritchie Bros.;

WHEREAS, the Monitor and CRO have determined that (i) Regions' security interest in the Surrendered Equipment is senior to the DIP Charge and is not subject to competing security interests from other third-party creditors;[3] (ii) the Surrendered Equipment is no longer required for the Debtors' ongoing operations; and (iii) the Surrendered Equipment was returned to Regions with the consent of the CRO (for all Surrendered Equipment) and the Monitor (for Surrendered Equipment that was returned following the commencement of the CCAA Proceedings);

WHEREAS, on May 21, 2024, Regions filed the *Motion Record of Regions Equipment Finance Corporation and Regions Commercial Equipment Finance, LLC (Motion for Lift Stay Order, Returnable on a Date to be Fixed by the Court)* in the Canadian Court (the "May 21 Canadian Lift Stay Motion");

---

[3] The Monitor understands that Mitsubishi HC Capital Americas, Inc. has asserted a competing security interest in one unit of Surrendered Equipment with a VIN of 3HSDZAPR5RN533295. Accordingly, notwithstanding anything to the contrary herein, the sale, turnover or other treatment of this unit shall be governed by the Entitlement Claims Process Order issued by the Canadian Court on June 14, 2024.

**WHEREAS**, on June 27, 2024, an order was granted in the CCAA Proceedings authorizing the sale by or on behalf of Regions of the Surrendered Equipment and associated relief from the stays applicable in the CCAA Proceedings (the "Canadian Relief Order"); and

**WHEREAS**, the Pride Group, Monitor and CRO have agreed to permit Regions to sell the Surrendered Equipment on the terms contained in this Stipulation, and as permitted under the Canadian Relief Order, with this Stipulation reflecting their written consent to do so;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel, as follows:

1.      The foregoing recitals are hereby incorporated by reference into this Stipulation with the same force and effect as if set forth fully hereinafter.

2.      The Foreign Representative and Monitor hereby authorize Regions (or its representatives) to sell the Surrendered Equipment (the "Surrendered Equipment Sales," and each, a "Surrendered Equipment Sale").

3.      The Injunction, to the extent applicable, pursuant to 11 U.S.C. § 1521(a), is lifted as of the date this Stipulation is approved by the Court (the "Effective Date") solely to allow Regions (or its representatives) to sell the Surrendered Equipment.

4.      On the fifteenth (15th) day of each month (or the next business day if such date is not a business day), Regions shall provide a detailed written accounting to the Monitor and CRO with respect to all Surrendered Equipment Sales in the preceding calendar month, as applicable, which accounting shall include: (i) the total amount of all proceeds and other consideration received on account of such Surrendered Equipment Sales (collectively, the "Surrendered Equipment Proceeds"), together with an allocation thereof for each item of Surrendered Equipment subject to each Surrendered Equipment Sale, (ii) the direct costs to

Regions associated with each Surrendered Equipment Sale, (iii) a reasonable description of the process by which each Surrendered Equipment Sale was arrived at, (iv) the amount of Regions Obligations (as defined below) outstanding at such time, and (v) confirmation whether the counterparty to each Surrendered Equipment Sale is at arm's length to Regions.

5.      To the extent applicable, Regions shall remit to the Monitor all Surrendered Equipment Proceeds that are in excess of the aggregate amounts due and owing to Regions under the Master Agreement, including on account of all principal, interest, fees, costs, reimbursable expenses and attorney's fees pursuant to the Master Agreement for which the relevant Surrendered Equipment stand as collateral under a first ranking security interest (collectively, the "Regions Obligations") by no later than ten (10) business days following full and final payment of the Regions Obligations.

6.      Regions shall pay any actual, documented out-of-pocket costs incurred by the Pride Group or the Monitor, or their respective counsel or agents, after the date of the Canadian Relief Order, associated with the retrieval or relocation of the Surrendered Equipment, provided that such costs (i) result from actions by the Pride Group and/or the Monitor that are requested in writing by Regions, and (ii) are in an amount that is approved in advance by Regions, in writing.

7.      Notwithstanding anything to the contrary herein, Regions shall not be permitted to sell the unit of Surrendered Equipment with VIN 3HSDZAPR2KN086477, unless the Monitor, CRO, and the DIP Agent (as defined in the Recognition Order) consent in writing (which may be by email) to Regions selling such unit, and upon such consent, a sale of such unit may proceed on the terms set forth in this Stipulation.

8.     The Foreign Representative shall cause TPine Leasing to comply with the terms of this Stipulation as applicable, including by returning and/or transferring to Regions any vehicle titles to any Surrendered Equipment held by TPine Leasing.

9.     This Stipulation shall constitute the Sale Order with respect to the Surrendered Equipment required pursuant to paragraph 12 of the Recognition Order; and no other or further order from this Court shall be required prior to Regions (or its representatives) conducting the Surrendered Equipment Sales.

10.     This Stipulation shall not be construed as authorizing any relief from the Injunction imposed under section 1521(a) of the Bankruptcy Code other than as specifically set out in this Stipulation.

11.     Notwithstanding Section 9-624(a) of the Uniform Commercial Code (the "UCC") or any applicable state version thereof, TPine Leasing and each Guarantor (as defined in the Master Agreement) hereby waive any requirement for notice prior to Regions' disposition of the Surrendered Equipment pursuant to Section 9-611 of the UCC or any applicable state version thereof.

12.     This Stipulation may be signed in counterpart originals.  Evidence of the execution of this Stipulation may be exchanged by facsimile or electronic transmission of a scanned copy of the signature pages or by exchange of an originally signed document, each of which shall be as fully binding on the Party as a signed original.

13.     Each person who executes the Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute the Stipulation on behalf of such Party.

14.     This Stipulation shall be effective and enforceable immediately upon entry by the Court, and the fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

15.     This Stipulation shall be binding on and inure to the benefit of the Parties and their respective heirs, executors, administrators, successors, and permitted assigns.

16.     The Foreign Representative, Monitor, and Regions are authorized to take all actions necessary to effectuate the relief requested in this Stipulation.

17.     Nothing in this Stipulation, whether express or implied, shall be construed to give to any person or entity other than the Parties any legal or equitable right, remedy, interest, or claim under or in respect of this Stipulation.

18.     This Stipulation represents the Parties' mutual understandings and supersedes all prior agreements, whether in oral or written form.

19.     The Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation and/or enforcement of this Stipulation.

Dated: July 2, 2024

*/s/ Austin T. Park*

**MORRIS, NICHOLS, ARSHT
& TUNNELL LLP**
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

        and

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue

LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative and
the Pride Group*

Dated: July 2, 2024

*/s/ Joseph J. Trad*

**LEWIS RICE LLC**
Joseph J. Trad
600 Washington Avenue
Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7600
Facsimile: (212) 612-7600
jtrad@lewisrice.com

*Attorney for Regions Equipment Financing
Corporation and Regions Commercial
Equipment Financing LLC*

Dated: July 2, 2024

*/s/ David R. Hurst*_____

**MCDERMOTT WILL & EMERY LLP**
David R. Hurst (I.D. No. 3743)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 485-3900
Fax: (302) 351-8711
dhurst@mwe.com

Bradley Thomas Giordano
Carmen Dingman
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Fax: (312) 984-7700
bgiordano@mwe.com
cdingman@mwe.com

Stacy A. Lutkus
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Fax: (212) 547-5444
salutkus@mwe.com

*Counsel to Ernst & Young Inc., in its capacity*
*as Court-Appointed Monitor*

## Exhibit A

## Surrendered Equipment[1]

| No. | Asset Category | Description | Serial # |
|-----|----------------|-------------|----------|
| 1. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2535HU891150 |
| 2. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR1KN101860 |
| 3. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR3KN560968 |
| 4. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR8KN560996 |
| 5. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR8KN110751 |
| 6. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR4KN100508 |
| 7. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2533HU891292 |
| 8. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN102465 |
| 9. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS253XH2995015 |
| 10. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR9KN360905 |
| 11. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR3KN093387 |
| 12. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2531HU891159 |
| 13. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR3KN094460 |
| 14. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2535H2995021 |
| 15. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR5KN102803 |
| 16. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN360906 |
| 17. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPRXKN105485 |
| 18. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN116219 |
| 19. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR3KN092398 |
| 20. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPRXKN095850 |
| 21. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN091078 |
| 22. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR6KN089852 |
| 23. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR3KN102573 |

[1]    Title to all Surrendered Equipment is held by Regions unless otherwise indicated.

| 24. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN090897 |
|---|---|---|---|
| 25. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR5KN560969 |
| 26. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR1KN390111 |
| 27. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN102790 |
| 28. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR1KN360896 |
| 29. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR4KN110763 |
| 30. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR9KN102805 |
| 31. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPRXKN390088 |
| 32. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2531HU891243 |
| 33. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2537HU891005 |
| 34. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2530HU891136 |
| 35. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2535H2995018 |
| 36. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2533HU891177 |
| 37. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2536HU891271 |
| 38. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2538HU877159 |
| 39. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2530HU877124 |
| 40. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2537HU891148 |
| 41. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2530HU877169 |
| 42. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2532HU891039 |
| 43. | Refrigerated Trailers | 2017 Utility VS2RA 53 ft x 102 in T/A Refrigerated Trailer | 1UYVS2538HU891045 |
| 44. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5321PL030392 |
| 45. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5324PL030337 |
| 46. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR532XPL030343 |
| 47. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5321PL030358 |
| 48. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5320PL030352 |
| 49. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5326PL030338 |
| 50. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5328PL030342 |

| 51. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5324PL030340 |
|---|---|---|---|
| 52. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5328PL030356 |
| 53. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5320PL030349 |
| 54. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5324PM031269 |
| 55. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5322PM031190 |
| 56. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR532XPM031194 |
| 57. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR532XPM031261 |
| 58. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5320PM031267 |
| 59. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5327PM031265 |
| 60. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5327PM031248 |
| 61. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5324PM031191 |
| 62. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5325PM031247 |
| 63. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR4KN113761 |
| 64. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR6KN093285 |
| 65. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR7KN086491 |
| 66. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN093333 |
| 67. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR4KN113260 |
| 68. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN112641 |
| 69. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR1KN107593 |
| 70. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR3KN390112 |
| 71. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN560992 |
| 72. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR1KN091704 |
| 73. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN091290 |
| 74. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR5KN093424 |
| 75. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR7KN090444 |
| 76. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR3KN120748 |
| 77. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR5KN112070 |

| 78. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN094093 |
|---|---|---|---|
| 79. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN360907 |
| 80. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN090707 |
| 81. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN090089 |
| 82. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN390098 |
| 83. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR4KN102727 |
| 84. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2539P3937714 |
| 85. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2531P3937710 |
| 86. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2533P3937725 |
| 87. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2531P3937724 |
| 88. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2533P3937708 |
| 89. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2532P3937716 |
| 90. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2531P3937707 |
| 91. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2533P3937711 |
| 92. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2536P3937718 |
| 93. | Van Trailers | 2023 Utility VS2DX 53 ft x 102 in T/A Van Trailer | 1UYVS2538P3937719 |
| 94. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5322PL031454 |
| 95. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5321PL031462 |
| 96. | Refrigerated Trailers | 2023 CIMC 1RBR5305 53 ft x 102 in T/A Refrigerated Trailer | 527SR5321PL031445 |
| 97. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN096586 |
| 98. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR3KN100922 |
| 99. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR6KN087048 |
| 100. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR7KN701718 |
| 101. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR5KN090815 |
| 102. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR9KN092583 |
| 103. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPRXKN092401 |
| 104. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN091341 |
| 105. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN097896 |
| 106. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR8KN094146 |
| 107. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR1KN701715 |

| 108. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR0KN109688 |
|---|---|---|---|
| 109. | Truck Tractors | 2019 International LT625 6x4 T/A Sleeper Truck Tractor | 3HSDZAPR2KN086477 |