# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc. *et al.*,[1]<br><br>      Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF GRAHAM L. FISHER

PLEASE TAKE NOTICE that Graham L. Fisher, of the law firm Morgan, Lewis & Bockius LLP, hereby withdraws his appearance as one of the attorneys of record for National Bank of Canada and National Bank Financial Inc. in the above-captioned case.

Dated: July 12, 2024

                                         Respectfully submitted,

                                         **MORGAN, LEWIS & BOCKIUS LLP**

                                         */s/ Jody C. Barillare*
                                         Jody C. Barillare (Bar No. 5107)
                                         1201 N. Market Street, Suite 2201
                                         Wilmington, DE 19801
                                         Telephone: (302) 574-3000
                                         Email: jody.barillare@morganlewis.com
                                                     – and –
                                         Graham L. Fisher
                                         101 Park Avenue
                                         New York, NY 10178
                                         Telephone: (212) 309-6000
                                         Email:   graham.fisher@morganlewis.com

                                         *Counsel for National Bank of Canada and*
                                         *National Bank Financial Inc.*

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance of Graham L. Fisher* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 15 cases.

*/s/ Jody C. Barillare*
Jody C. Barillare, Esq.