## Exhibit B

## DIP Amendment Term Sheet

*EXECUTION VERSION*

**TERM SHEET**
**FIRST AMENDMENT TO FOURTH AMENDED AND RESTATED CREDIT AGREEMENT**
**JULY 2, 2024**

*This term sheet (this "**Term Sheet**") is entered into between the Obligors and the Lenders. This Term Sheet incorporates information which is confidential or proprietary in nature, and is being furnished on the expressed basis that none of this information is to be used in a manner inconsistent with its confidential nature or be disclosed to anyone other than as may be required by law, to those employees who are directly involved in the proposed transaction and who have been informed of the confidential nature of this Term Sheet, for the purpose of obtaining any Court Order or to those parties approved in advance by the Lenders. Reference is made to an existing fourth amended and restated credit agreement dated as at May 10, 2024 between the Obligors and the Lenders referred to therein and Royal Bank of Canada, as administrative agent and floor plan administrator (the "**Existing Credit Agreement**"). This Term Sheet sets forth the general terms of a proposed amendment to the Existing Credit Agreement and does not constitute a binding contract. The Agents and the Lenders referenced herein shall not incur any liabilities as a result of this Summary. In the event of a conflict between this Term Sheet and the Credit Agreement, the latter shall govern. Unless otherwise specified herein, all references to currency, monetary values and dollars shall mean Canadian dollars.*

| | |
|---|---|
| **Definitions:** | Capitalized terms not otherwise defined in this Term Sheet have the same meanings as specified in the Existing Credit Agreement. |
| **Documentation:** | The Amended DIP Facility (as defined below) shall be documented by way of a first amending agreement to the Existing Credit Agreement substantially on the terms set forth in this Term Sheet (as the Existing Credit Agreement is so amended, the "**Credit Agreement**"). |
| **Amended DIP Facility:** | The DIP Facility under the Existing Credit Agreement shall be increased to a total aggregate principal amount not to exceed CAD36,300,000 (the "**Amended DIP Facility**") and shall be made available to the DIP Borrowers on a non-revolving basis by way of multiple draws and on the terms set forth in the Credit Agreement. As of the date of this Term Sheet, a total principal amount of CAD15,005,150 has been drawn under the DIP Facility. |
| | The maximum amount of the Amended DIP Facility shall be reduced dollar for dollar by the amount of previously unpaid equipment finance payments owing to third-party equipment financiers which are paid to such third-party equipment financiers from the proceeds of the sale of PGL (as defined below). |
| **Purpose:** | As per the Existing Credit Agreement. |
| **Additional DIP Advances:** | As per the Existing Credit Agreement. |
| **Interest/Applicable Margin:** | As per the Existing Credit Agreement. |
| **Security:** | As per the Existing Credit Agreement. |
| **DIP Charge:** | As per the Existing Credit Agreement. |
| **Priority of the DIP Charge:** | As per the Existing Credit Agreement. |

| | |
|---|---|
| **Maturity Date/Repayment:** | The Outside Maturity Date shall be extended from June 30, 2024 to July 31, 2024, subject to further extension as provided for in section 2.6(e) of the Credit Agreement, except:<br><br>(a) The deadline for Lender approval of a restructuring plan in section 2.6(e)(i) shall be extended from June 15, 2024 to July 15, 2024; and<br><br>*(b)* The reference date as of which no Event of Default shall have occurred under section 2.6(e)(ii) shall be July 31, 2024, and the Extension Period during which no event of default shall be anticipated to occur shall be July 31, 2024 through September 30, 2024. |
| **Voluntary Prepayments:** | As per the Existing Credit Agreement. |
| **Mandatory Prepayments of DIP Facility:** | As per the Existing Credit Agreement. |
| **Commitment Fee:** | $75,000 payable to the Administrative Agent for the account of the DIP Facility Lenders to be shared pro rata relative to their respective DIP Facility Commitments. |
| **Fees and Expenses** | As per the Existing Credit Agreement. |
| **Conditions Precedent to First Amendment:** | The effectiveness of the first amendment to the Existing Credit Agreement is subject to the satisfaction of the following conditions precedent:<br><br>(a) The Administrative Agent shall have received duly executed copies of each Loan Document;<br><br>(b) (i) The DIP Borrowers shall have established with the Administrative Agent in Canada and with BMO Harris in the United States (i) a segregated trust account for financier lease payments (together, the "**Segregated Lease Payment Accounts**") and (ii) the Monitor shall have established the Monitor's Trust Accounts in respect of Multiple Collateral Vehicle (Sales) and Multiple Collateral Vehicle (Leases) (as such terms are defined in the Governance Protocol);<br><br>(c) The DIP Borrowers shall have deposited into the applicable Segregated Lease Payment Account an amount no less than:<br><br>    a. 85% of the net payment amount from leases (being the collected amount (inclusive of sales tax) *less* NSF) as reported in the Bi-Weekly Vehicle Lease Collection Reports (as defined in the Governance Protocol) received to date from the DIP Borrowers (covering the period March 27 to June 2, 2024); <u>*less*</u><br><br>    b. the sum of total disbursements to financiers and lease payments deposited into the Monitor's Trust Accounts in respect of Multiple Collateral Vehicle (Leases) up to the day the Segregated Lease Payment Accounts are established;<br><br>(d) The DIP Borrowers shall have delivered an Updated DIP Budget, including accruals, certified by the CRO in form and substance satisfactory to the Administrative Agent, which Updated DIP Budget shall have been substituted for the then current DIP Budget with the written agreement of the Lenders; |

| | | |
|---|---|---|
| | (e) | Each of the conditions precedent set forth in Section 9.7 of the Existing Credit Agreement shall have been satisfied, including for the avoidance of doubt, payment of all fees and expenses of the Agents, the Lenders and the other Finance Parties (including, without limitation, legal fees of Lenders' Counsel and advisory fees of the Lender Financial Advisor), or otherwise waived by the Lenders as if the date of the first amendment to the Existing Credit Agreement is a date of Advance; |
| | (f) | The Administrative Agent shall have received such other supporting documentation as it may reasonably request, in each case, in form and substance satisfactory to the Administrative Agent; |
| | (g) | The DIP Borrowers shall have delivered a cash flow statement of the Obligors assuming that all vehicle and lease collateral and securitization assets are returned to the relevant financiers, in form and substance satisfactory to the Administrative Agent. |
| **Conditions Precedent To All Additional DIP Advance** | As per the Existing Credit Agreement. | |
| **Representations & Warranties:** | As per the Existing Credit Agreement. | |
| **Affirmative Covenants:** | As per the Existing Credit Agreement and otherwise updated to include the following: | |
| | (a) | To pay the proceeds from the sale of Secured Assets (which, for certainty, includes the DIP Collateral and vehicles or leases not specifically financed by third parties and therefore subject to the Lenders' general security) to the Lenders in accordance with the terms of the Credit Agreement; |
| | (b) | All HST accrued after the Filing Date shall be remitted to the appropriate taxing authority when due; |
| | (c) | All proceeds from completed sales of vehicles, with the exception of Multiple Collateral Vehicles (as defined in the Governance Protocol), shall be remitted to the relevant financiers by the later of (i) one week after the receipt of such proceeds by any DIP Borrower or any other Person on its behalf or (ii) two Banking Days following the date on which the lien in favour of the financier on the relevant vehicle is released; |
| | (d) | From and after the date that the Segregated Lease Payment Accounts are established, upon delivery of further Bi-Weekly Vehicle Lease Collection Reports to the Monitor, the DIP Borrowers shall deposit into the applicable Segregated Lease Payment Account an amount no less than: |
| | | a.  85% of the net payment amount (being the collected amount (inclusive of sales tax) *less* NSF from each lease; *less* |
| | | b.  the sum of total disbursements to financiers and lease payments deposited into the Monitor's Trust Accounts in respect of Multiple Collateral Vehicle (Leases) since the day the Segregated Lease Payment Accounts are established; and |
| | | to the extent the amount disbursed to financiers and lease payments deposited into the Monitor's Trust Accounts referred to in (d)b. above is less than 85% of the net payment amount from leases referred to in (d)a. above ("**Residual Amount**"), such excess amount shall be released from the applicable Segregated Lease Payment Account to the Applicable DIP |

Borrower, provided that no Residual Amounts shall be released to any DIP Borrower from the Segregated Lease Payment Account as aforesaid from proceeds of leases financed by the Finance Parties except with the approval of the Administrative Agent.

(e)     The DIP Borrowers shall maintain at all times the Segregated Lease Payment Accounts with the Administrative Agent and BMO Harris, and the Monitor's Trust Accounts;

(f)     The professional fees (legal and financial) related to the marketing and sale of Pride Group Logistics ("**PGL**") are to be treated as costs of realization of PGL and an amount equal to those professional fees is to be paid to the Administrative Agent to be applied as a repayment of outstanding principal under the Amended DIP Facility on closing of the PGL sale and such repayment shall reduce the DIP Facility Commitment by an equal amount, subject to Court approval. For greater certainty, all principal amounts repaid may not be reborrowed;

(g)     The proceeds of sale of the real property owned by Di Miller Drive Bakersfield Holding Corp. shall be applied first in repayment of outstanding amounts secured by the Intercompany Advances Charge, which amounts shall then be paid to the Administrative Agent to be applied as a repayment of outstanding principal under the Amended DIP Facility and such repayment shall reduce the DIP Facility Commitment by an equal amount. For greater certainty, all principal amounts repaid may not be reborrowed;

(h)     The DIP Borrowers shall provide bi-weekly reporting on the progress of construction on the real property owned by Di Miller Drive Bakersfield Holding Corp., including information on any cost overruns or deviations from the construction schedule.

(i)     The DIP Borrowers shall cooperate fully with the Administrative Agent in preparing for a possible release of vehicle and lease collateral to the Administrative Agent, including by (i) providing necessary information to one or more proposed replacement lease servicers to prepare such servicer(s) to take over servicing of the Lenders' lease collateral at any time following July 31, 2024, and (ii) consenting to the Administrative Agent contacting and negotiating with third party vehicle sellers with respect to the potential sale by them of the Lenders' vehicle collateral;

(j)     The DIP Borrowers shall pay all fees and expenses of the Agents, the Lenders and the other Finance Parties (including, without limitation, legal fees of Lenders' Counsel and advisory fees of the Lender Financial Advisor) within one week of receipt by the DIP Borrowers, with a copy to the CRO and Monitor, of an invoice therefor;

(k)     Commencing July 2, 2024, the DIP Borrowers shall provide a written update to the Administrative Agent on a biweekly basis regarding the position of each financier with respect to (i) the terms of any restructuring plan presented to or discussed with them, and (ii) their lease and vehicle collateral and, in particular, whether they wish for that collateral to remain in the possession, control and/or management of the DIP Borrowers or for possession, control and management to be transferred to them or another party on their behalf;

(l)     The Monitor shall provide to the Administrative Agent upon receipt all accountings and other reports received from financiers to whom possession,

|  | | control or management of vehicle or lease collateral has been released relating to sales or other dealings with such collateral and the proceeds thereof; |
|  | (m) | The Monitor shall provide to the Administrative Agent a report of all scheduled disbursements from the Segregated Lease Payment Accounts not less than two (2) Banking Days prior to the disbursement of such funds. |
| **Negative Covenants:** | | As per the Existing Credit Agreement and otherwise updated to include the following: |
|  | (a) | No DIP Borrower shall retain or use any proceeds from the sale of Secured Assets (which, for certainty, includes the DIP Collateral and vehicles or leases not specifically financed by third parties and therefore subject to the Lenders' general security) which proceeds are not contemplated to be retained or used in the DIP Budget and are not subject to a security interest in favour of a third party financier ranking in priority to the security interest of the Administrative Agent as of the Filing Date; |
|  | (b) | The Obligors shall not permit the Cash Reserve to be less than CAD10,000,000 at any time.<br><br>"**Cash Reserve**" means the aggregate amount of cash of the Borrowers and Guarantors *excluding* (i) cash held for the benefit of Securitization Parties (as such term is defined in the Second Amended and Restated Initial Order of the CCAA Court dated May 6, 2024), (ii) cash on hand for other DIP Borrowers, (iii) cash on deposit in the Monitor's Trust Accounts, and (iv) cash on deposit in the Segregated Lease Payment Accounts. |
|  | (c) | The total of the outstanding DIP Obligations, together with any unpaid post-filing accruals set out in the DIP Budget and agreed to by the Administrative Agent, less any cash available to the DIP Borrowers in excess of the Cash Reserve shall not exceed the total DIP Availability at any time. |
|  | (d) | No amounts shall be disbursed from any Segregated Lease Payment Account without the prior approval of the Monitor. |
| **Events of Default:** | | As per the Existing Credit Agreement. |
| **Non-waiver of Defaults:** | | Nothing in this Term Sheet or in the amendments to the Existing Credit Agreement contemplated herein will constitute a waiver by the Administrative Agent, the Lenders or the other Finance Parties of the Existing Defaults or of any other Defaults or Events of Default which have or may occur under the Existing Credit Agreement or the other Credit Documents, nor shall anything in this Term Sheet or in the amendments to the Existing Credit Agreement contemplated herein constitute an agreement or undertaking to forbear from enforcing any rights, remedies or entitlements arising as a result of any such Defaults or Events of Default. |
| **Application of Cash Proceeds of Realization** | | As per the Existing Credit Agreement. |
| **Governing Law:** | | As per the Existing Credit Agreement. |

**OBLIGORS:**

**TPINE TRUCK RENTAL INC.**

By: _____

Name: Sulakhan Johal
Title: President


**TPINE LEASING CAPITAL CORPORATION**

By: _____

Name: Sulakhan Johal
Title: President


**PRIDE TRUCK SALES LTD.**

By: _____

Name: Sulakhan Johal
Title: President


**2076401 ONTARIO INC.**

By: _____

Name: Sulakhan Johal
Title: President


**TPINE LEASING CAPITAL L.P. by its general partner COASTLINE HOLDINGS, CORP.**

By: _____

Name: Sulakhan Johal
Title: President

**PGED HOLDING, CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President


**HIGH PRAIRIE TEXAS HOLDING CORP**

By: _____

    Name: Sulakhan Johal
    Title: President


**131 INDUSTRIAL BLVD HOLDING CORP**

By: _____

    Name: Sulakhan Johal
    Title: President


**59TH AVE PHOENIX HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President


**DI MILLER DRIVE BAKERSFIELD HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President


**1450 MEYERSIDE HOLDING INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**PRIDE TRUCK SALES L.P., by its general partner COASTLINE HOLDINGS, CORP.**

By: _____

Name: Sulakhan Johal
Title: President


**TPINE RENTAL USA, INC.**

By: _____

Name: Sulakhan Johal
Title: President


**COASTLINE HOLDINGS, CORP.**

By: _____

Name: Sulakhan Johal
Title: President


**PRIDE GROUP HOLDINGS INC.**

By: _____

Name: Sulakhan Johal
Title: President


**PRIDE GROUP LOGISTICS LTD.**

By: _____

Name: Sulakhan Johal
Title: President

**2043002 ONTARIO INC.**

By: _____

Name: Sulakhan Johal
Title: President


**PRIDE FLEET SOLUTIONS INC.**

By: _____

Name: Sulakhan Johal
Title: President


**FRONTAGE ROAD HOLDING CORP.**

By: _____

Name: Sulakhan Johal
Title: President


**PRIDE GROUP REAL ESTATE HOLDINGS INC.**

By: _____

Name: Sulakhan Johal
Title: President


**68TH STREET SASKATOON HOLDING INC.**

By: _____

Name: Sulakhan Johal
Title: President

**MANHEIM ROAD HOLDING CORP.**

By: _____
Name: Sulakhan Johal
Title: President

**3000 PITFIELD HOLDING INC.**

By: _____
Name: Sulakhan Johal
Title: President

**CRESCENTVILLE ROAD CINCINNATI HOLDING CORP.**

By: _____
Name: Sulakhan Johal
Title: President

**84 ST SE CALGARY HOLDINGS INC.**

By: _____
Name: Sulakhan Johal
Title: President

**87TH AVENUE MEDLEY FL HOLDING CORP.**

By: _____
Name: Sulakhan Johal
Title: President

**102098416 SASKATCHEWAN LTD.**

By: _____

    Name: Sulakhan Johal
    Title: President

**2863283 ONTARIO INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**13761983 CANADA INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**2554193 ONTARIO INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**2554194 ONTARIO INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**933 HELENA HOLDINGS INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**177A STREET SURREY HOLDING INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**30530 MATSQUI ABBOTSFORD HOLDING INC.**

By: _____

     Name:  Sulakhan Johal
     Title:   President


**EASTGATE MISSOURI HOLDING CORP.**

By: _____

     Name:  Sulakhan Johal
     Title:   President


**TERNES DRIVE HOLDING CORP.**

By: _____

     Name:  Sulakhan Johal
     Title:   President


**CORRINGTON MISSOURI HOLDING CORP.**

By: _____

     Name:  Sulakhan Johal
     Title:   President


**401 SOUTH MERIDIAN OKC HOLDING CORP.**

By: _____

     Name:  Sulakhan Johal
     Title:   President


**8201 HWY 66 TULSA HOLDING CORP.**

By: _____

     Name:  Sulakhan Johal
     Title:   President

**ALEXIS INVESTMENTS, LLC**

By: _____

    Name: Sulakhan Johal
    Title: President


**11670 INTERSTATE HOLDING, CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President

**OLD NATIONAL HIGHWAY HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President


**BISHOP ROAD HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President


**TERMINAL ROAD HOLDING, CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President


**HIGHWAY 46 MCFARLAND HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President

**LOOP 820 FORT WORTH HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President


**52 STREET EDMONTON HOLDING INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**VALLEY BOULEVARD FONTANA HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President


**PRIDE GROUP LOGISTICS INTERNATIONAL LTD.**

By: _____

    Name: Sulakhan Johal
    Title: President


**DIXIE TRUCK PARTS INC.**

By: _____

    Name: Sulakhan Johal
    Title: President


**TPINE FINANCIAL SERVICES INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**PRIDE GROUP EV SALES LTD.**

By: _____

Name: Sulakhan Johal
Title: President

**PRIDE GROUP LOGISTICS USA, CO.**

By: _____

Name: Sulakhan Johal
Title: President

**ARNOLD TRANSPORTATION SERVICES, INC**.

By: _____

Name: Sulakhan Johal
Title: President

**DIXIE TRUCK PARTS INC.**

By: _____

Name: Sulakhan Johal
Title: President

**TPINE FINANCIAL SERVICES CORP.**

By: _____

Name: Sulakhan Johal
Title: President

**PARKER TRANSPORT CO.**

By: _____

Name: Sulakhan Johal
Title: President

**PRIDE FLEET SOLUTIONS USA INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**2029909 ONTARIO INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**2837229 ONTARIO INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**2108184 ALBERTA LTD.**

By: _____

    Name: Sulakhan Johal
    Title: President

**12944154 CANADA INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**13184633 CANADA INC.**

By: _____

    Name: Sulakhan Johal
    Title: President

**FRENCH CAMP HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President

**162 ROUTE ROAD TROY HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President

**13TH STREET POMPANO BEACH FL HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President

**EAST BRUNDAGE LANE BAKERSFIELD HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President

**963 SWEETWATER HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President

**OAKMONT DRIVE IN HOLDING CORP.**

By: _____

    Name: Sulakhan Johal
    Title: President

**2692293 ONTARIO LTD.**

By: _____

    Name:  Sulakhan Johal
    Title:  President

**1000089137 ONTARIO INC.**

By: _____

    Name:  Sulakhan Johal
    Title:  President

**PARKER GLOBAL ENTERPRISES, INC.**

By: _____

    Name:  Sulakhan Johal
    Title:  President

**DVP HOLDINGS, CORP.**

By: _____

    Name:  Sulakhan Johal
    Title:  President

**SWEET HOME HOSPITALITY L.P.**

By: _____

    Name:  Sulakhan Johal
    Title:  President

**LENDERS:**

**ROYAL BANK OF CANADA, as Lender**

By: _Brent Miller_____

Name:
Title:     Brent Miller, SVP GRM


By: _____

Name:
Title:

**THE TORONTO-DOMINION BANK, as Lender**

By: _____
Name:  Michael Vos
Title:  VP, Financial Restructuring Group

By: _____
Name:  Andrea Jamnisek
Title:  Director, Financial Restructuring Group

**THE BANK OF NOVA SCOTIA, as Lender**

By: _____
    Name:  Jeff Johnston
    Title:   Senior Manager

By: _____
    Name:  Neel Chopra
    Title:   Director

**BANK OF MONTREAL, as Lender**

By: _____
    Name:  Zachary Newman
    Title:   Senior Manager


By: _____
    Name:  Shane Klein
    Title:   Managing Director

**ADMINISTRATIVE AGENT:**

**ROYAL BANK OF CANADA, as
Administrative Agent**

By: _____
    Name:  Annie Lee
    Title:   Associate Director, Agency Services


By: _____
    Name:
    Title:

**FLOOR PLAN ADMINISTRATOR:**          **ROYAL BANK OF CANADA, as**
                                        **Floor Plan Administrator**

By: _____
    Name:  Paul Murphy
    Title:   Director, Senior Commercial Markets


By: _____
    Name:
    Title: