## Exhibit C

**DIP Amendment Order**

Court File No. CV-24-00717340-00CL

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

| THE HONOURABLE | ) | WEDNESDAY, THE 3RD |
| | ) | |
| JUSTICE OSBORNE | ) | DAY OF JULY, 2024 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** and those Applicants listed on Schedule "A" hereto (each, an "**Applicant**", and collectively, the "**Applicants**")

**DIP AMENDMENT ORDER**

**THIS MOTION**, made by the Applicants, pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**") was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the affidavit of Puya Fesharaki sworn July 2, 2024 (the "**Solicitor's Affidavit**"), the report of Ernst & Young Inc., in its capacity as court-appointed monitor (the "**Monitor**") dated July 2, 2024, and on being advised that the secured creditors who are likely to be affected by amendments to the debtor-in-possession financing approved under the Initial Order granted in these proceedings on March 27, 2024 (as amended and restated by Order dated May 6, 2024, the "**Initial Order**") which are the subject of this Motion, including the increase in the maximum principal amount of such financing and the extension of the maturity date thereof, were given notice, and on hearing the submissions of counsel for the Applicants and the limited partnerships listed in Schedule "A" hereto (collectively with the Applicants, the "**Pride Entities**"), the Monitor, the DIP Agent (as defined in the Initial Order) and such other counsel that were present, no one else appearing although duly served as appears from the affidavit of service of Puya Fesharaki sworn July 2 2024,

-2-

## SERVICE AND INTERPRETATION

1.      **THIS COURT ORDERS** that the time of service of the Motion Record is hereby abridged and validated so that this Motion is properly returnable today and hereby dispenses with further service thereof.

2.      **THIS COURT ORDERS** that any capitalized terms used and not defined herein have the meanings given to them in the Initial Order or the Term Sheet – First Amendment to Fourth Amended and Restated Credit Agreement dated as of July 2, 2024 and attached as Exhibit "A" to the Solicitor's Affidavit (the "**Amendment Term Sheet**"), as applicable.

## DIP FINANCING AMENDMENT

3.      **THIS COURT ORDERS** the terms of the credit facility pursuant to which the Pride Entities are authorized and empowered to obtain and borrow from the DIP Lenders pursuant to paragraph 51 of the Initial Order are as amended by the Amendment Term Sheet, and that from and after the effective time of this Order all references in the Initial Order to the DIP Term Sheet shall include the Amendment Term Sheet.

4.      **THIS COURT ORDERS** that the maximum principal amount which the Pride Entities are authorized and empowered to borrow from the DIP Lenders pursuant to paragraph 51 of the Initial Order be and is hereby increased from $30 million to $36.3 million.

5.      **THIS COURT ORDERS**, without limiting the provisions of paragraph 53 of the Initial Order, that the Pride Entities are hereby authorized and empowered to execute and deliver an amending agreement (the "**Amending Agreement**") to the Existing Credit Agreement substantially on the terms of the Amendment Term Sheet (the Existing Credit Agreement as amended by the Amending Agreement, the "**Credit Agreement**"), and that the Pride Entities are hereby authorized and directed to pay and perform all of their indebtedness, interest, fees, liabilities and obligations to the DIP Agent and the DIP Lenders under and pursuant to the Credit Agreement as and when the same become due and are to be performed, notwithstanding any other provision of the Initial Order or any other Order of this Court. For certainty, the Amendment Term Sheet, the Amending Agreement and the Credit Agreement shall constitute Definitive Documents under the Initial Order.

-3-

6.      **THIS COURT ORDERS** that the DIP Agent for and on behalf of the DIP Lenders shall continue to be entitled to the benefit of the DIP Lenders' Charge on the Pride Entities' Property pursuant and subject to the provisions of the Initial Order, including in respect of the indebtedness, interest, fees, liabilities and obligations of the Pride Entities under the Amendment Term Sheet and the Credit Agreement.

7.      **THIS COURT ORDERS** that this Order is subject to provisional execution and that if any of the provisions of this Order in connection with the Amendment Term Sheet, the Existing Credit Agreement, the Amending Agreement, the Credit Agreement or the DIP Lenders' Charge shall subsequently be stayed, modified, varied, amended, reversed or vacated in whole or in part (collectively, a "**Variation**"), such Variation shall not in any way impair, limit or lessen the priority, protections, rights or remedies of the DIP Agent and the DIP Lenders, whether under this Order (as made prior to the Variation), the Amendment Term Sheet, the Existing Credit Agreement, the Amending Agreement, the Credit Agreement or the DIP Lenders' Charge with respect to any advances made or obligations incurred prior to the DIP Agent receiving notice of the Variation, and the DIP Agent and the DIP Lenders shall be entitled to rely on this Order as issued (including, without limitation, the DIP Lenders' Charge) for all advances so made and other obligations set out in the Amendment Term Sheet, the Existing Credit Agreement, the Amending Agreement or the Credit Agreement.

8.      **THIS COURT ORDERS** that the Initial Order is hereby amended pursuant to this Order and this Order and all of its provisions are effective as of 12:01 a.m. (Eastern Time) on the date of this Order without the need for entry or filing.

_____

-4-

**SCHEDULE "A"**

**A.  APPLICANTS**

**Operating Entities**
*Canadian Operating Entities*
- PRIDE TRUCK SALES LTD.
- TPINE TRUCK RENTAL INC.
- PRIDE GROUP LOGISTICS LTD.
- PRIDE GROUP LOGISTICS INTERNATIONAL LTD.
- TPINE LEASING CAPITAL CORPORATION
- DIXIE TRUCK PARTS INC.
- PRIDE FLEET SOLUTIONS INC.
- TPINE FINANCIAL SERVICES INC.
- PRIDE GROUP EV SALES LTD.

*U.S. Operating Entities*
- TPINE RENTAL USA, INC.
- PRIDE GROUP LOGISTICS USA, CO.
- ARNOLD TRANSPORTATION SERVICES, INC.
- DIXIE TRUCK PARTS INC.
- TPINE FINANCIAL SERVICES CORP.
- PARKER TRANSPORT CO.
- PRIDE FLEET SOLUTIONS USA INC.

**Real Estate Holding Companies**
*Canadian Real Estate Holding Companies*
- 2029909 ONTARIO INC.
- 2076401 ONTARIO INC.
- 1450 MEYERSIDE HOLDING INC.
- 933 HELENA HOLDINGS INC.
- 30530 MATSQUI ABBOTSFORD HOLDING INC.
- 2863283 ONTARIO INC.
- 2837229 ONTARIO INC.
- 2108184 ALBERTA LTD.
- 12944154 CANADA INC.
- 13184633 CANADA INC.
- 13761983 CANADA INC.
- 102098416 SASKATCHEWAN LTD.
- 177A STREET SURREY HOLDING INC.
- 52 STREET EDMONTON HOLDING INC.
- 84 ST SE CALGARY HOLDINGS INC.
- 68TH STREET SASKATOON HOLDING INC.
- 3000 PITFIELD HOLDING INC.

-5-

*U.S. Real Estate Holding Companies*
- PGED HOLDING, CORP.
- HIGH PRAIRIE TEXAS HOLDING CORP.
- 131 INDUSTRIAL BLVD HOLDING CORP.
- 59TH AVE PHOENIX HOLDING CORP.
- DI MILLER DRIVE BAKERSFIELD HOLDING CORP.
- FRONTAGE ROAD HOLDING CORP.
- ALEXIS INVESTMENTS, LLC
- TERNES DRIVE HOLDING CORP.
- VALLEY BOULEVARD FONTANA HOLDING CORP.
- HIGHWAY 46 MCFARLAND HOLDING CORP.
- TERMINAL ROAD HOLDING, CORP.
- BISHOP ROAD HOLDING CORP.
- OLD NATIONAL HIGHWAY HOLDING CORP.
- 11670 INTERSTATE HOLDING, CORP.
- 401 SOUTH MERIDIAN OKC HOLDING CORP.
- 8201 HWY 66 TULSA HOLDING CORP.
- EASTGATE MISSOURI HOLDING CORP.
- FRENCH CAMP HOLDING CORP.
- 87TH AVENUE MEDLEY FL HOLDING CORP.
- LOOP 820 FORT WORTH HOLDING CORP.
- 162 ROUTE ROAD TROY HOLDING CORP.
- CRESCENTVILLE ROAD CINCINNATI HOLDING CORP.
- MANHEIM ROAD HOLDING CORP.
- 13TH STREET POMPANO BEACH FL HOLDING CORP.
- EAST BRUNDAGE LANE BAKERSFIELD HOLDING CORP.
- CORRINGTON MISSOURI HOLDING CORP.
- 963 SWEETWATER HOLDING CORP.
- OAKMONT DRIVE IN HOLDING CORP.

**Other Holding Companies**
*Other Canadian Holding Companies*
- 2692293 ONTARIO LTD.
- 2043002 ONTARIO INC.
- PRIDE GROUP HOLDINGS INC.
- 2554193 ONTARIO INC.
- 2554194 ONTARIO INC.
- PRIDE GROUP REAL ESTATE HOLDINGS INC.
- 1000089137 ONTARIO INC.

*Other U.S. Holding Companies*
- COASTLINE HOLDINGS, CORP.
- PARKER GLOBAL ENTERPRISES, INC.
- DVP HOLDINGS, CORP.

-6-

**B. LIMITED PARTNERSHIPS**

*U.S. Limited Partnerships*
- PRIDE TRUCK SALES L.P.
- TPINE LEASING CAPITAL L.P.
- SWEET HOME HOSPITALITY L.P.

**C. ADDITIONAL STAY PARTIES**

*Canadian Additional Stay Parties*
- BLOCK 6 HOLDING INC.
- 2500819 ONTARIO INC.

*U.S. and Other Additional Stay Parties*
- PERGOLA HOLDINGS, CORP.
- PRIDE GLOBAL INSURANCE COMPANY LTD.

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** et al
(each, an "**Applicant**", and collectively, the "**Applicants**")

Court File No. CV-24-00717340-00CL

|  |  |
|---|---|
|  | ***ONTARIO*** <br> **SUPERIOR COURT OF JUSTICE** <br> **(COMMERCIAL LIST)** <br> Proceedings commenced at Toronto, Ontario |
|  | **DIP AMENDMENT ORDER** |
|  | **THORNTON GROUT FINNIGAN LLP** <br> TD West Tower, Toronto-Dominion Centre <br> 100 Wellington Street West, Suite 3200 <br> Toronto, ON  M5K 1K7 <br><br> **Leanne Williams (LSO #41877E)** <br> Tel:  (416) 304-0060 / Email:  lwilliams@tgf.ca <br><br> **Rachel Nicholson (LSO #68348V)** <br> Tel:  (416) 304-1153 / Email:  rnicholson@tgf.ca <br><br> **Puya Fesharaki (LSO #70588L)** <br> Tel:  (416) 304-7979 / Email:  pfesharaki@tgf.ca <br><br> **Ines Ferreira (LSO #81472A)** <br> Tel:  (416) 304-0461 / Email: iferreira@tgf.ca <br><br> Lawyers for the Applicants |