# Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Pride Group Holdings Inc., *et al.*[1]<br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 24-10632 (CTG)<br>Jointly Administered |

### ORDER GRANTING MOTION TO SHORTEN NOTICE OF MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) ENFORCING THE DIP AMENDMENT ORDER AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion to Shorten")[2] of Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), for entry of an order, pursuant to sections 102 and 105 of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1(e) shortening notice of the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief* [D.I. 209] (this "DIP Amendment Motion"); and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

-2-

that venue of the Chapter 15 Cases and related proceedings being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed and considered the Motion to Shorten and having found that the relief requested in the Motion to Shorten is justified under the circumstances; and the Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their creditors, and all other parties in interest; and all objections and reservations of rights filed or asserted in respect of the Motion to Shorten, if any, having been withdrawn, resolved, or overruled; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED.

2. The DIP Amendment Motion will be considered at the hearing scheduled for **July 24, 2024, at 9:30 a.m. (Eastern Time)**.

3. Objections, if any, to the requested relief in the DIP Amendment Motion, shall be filed and served on or before **July 19, 2024, at 4:00 p.m. (Eastern Time)**.

4. The Court shall retain jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Order.