**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>Pride Group Holdings Inc., *et al.*[1]<br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 24-10632 (CTG)<br>Jointly Administered |

**ORDER GRANTING MOTION TO SHORTEN NOTICE OF MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) ENFORCING THE DIP AMENDMENT ORDER AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten")[2] of Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), for entry of an order, pursuant to sections 102 and 105 of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1(e) shortening notice of the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief* [D.I. 209] (this "DIP Amendment Motion"); and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

-2-

that venue of the Chapter 15 Cases and related proceedings being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed and considered the Motion to Shorten and having found that the relief requested in the Motion to Shorten is justified under the circumstances; and the Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their creditors, and all other parties in interest; and all objections and reservations of rights filed or asserted in respect of the Motion to Shorten, if any, having been withdrawn, resolved, or overruled; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED.

2. The DIP Amendment Motion will be considered at the hearing scheduled for **July 24, 2024, at 9:30 a.m. (Eastern Time)**.

3. Objections, if any, to the requested relief in the DIP Amendment Motion, shall be filed and served on or before **July 19, 2024, at 4:00 p.m. (Eastern Time)**.

4. The Court shall retain jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: July 16th, 2024
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE