# EXHIBIT A

<u>Proposed Form of Order</u>

(Attached)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. \_\_\_\_** |

**ORDER GRANTING MOTION OF MITSUBISHI HC CAPITAL
AMERICA INC. F/K/A HITACHI CAPITAL AMERICA CORP. FOR
AN ORDER GRANTING (I) RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(d) AND (II) RELATED RELIEF**

Upon the motion (the "Motion")[2] of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. ("MHCA") for entry of an order granting MHCA relief from the automatic stay, as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1410; and the Court having found that notice of the Motion was sufficient under the circumstances and that no further notice need be given; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms not defined in this Order have the meanings ascribed to such terms in the Motion.

deliberation, the Court having found that "cause" exists to lift the automatic stay under 11 U.S.C. § 362;

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is **GRANTED** as set forth herein.

2. The automatic stay of section 362(a) of the Bankruptcy Code is hereby modified for cause pursuant to Sections 362(d) and 1520 of the Bankruptcy Code to permit MHCA to exercise its *in rem* rights and remedies under applicable non-bankruptcy law in connection with the Floorplan Agreement, including, without limitation, (a) taking possession of the Floorplan Collateral; (b) disposing of the Floorplan Collateral; and (c) applying any proceeds from the disposition of the Floorplan Collateral to the indebtedness owed to MHCA under the Floorplan Agreement.

3. Notwithstanding any provision in the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure to the contrary: (a) this Order shall be effective and enforceable immediately upon its entry; (b) any stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) or otherwise, to the extent applicable, is hereby waived; and (c) MHCA is authorized and empowered, and may in its discretion and without further delay, take any and all action necessary or appropriate to implement the relief granted in this Order.

4. This Order is without prejudice to MHCA's right to seek other or further relief from the automatic stay in appropriate circumstances.

5. Nothing in this Order shall preclude MHCA from seeking payment, or the return of, additional amounts that it may determine are due pursuant to the terms of the Floorplan Agreement.

- 3 -

6.      Notwithstanding anything herein to the contrary, this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.