**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

**TRANSMITTAL DECLARATION OF JASON D. ANGELO, ESQUIRE**
**IN SUPPORT OF THE MOTION OF MITSUBISHI HC CAPITAL AMERICA INC.**
**F/K/A HITACHI CAPITAL AMERICA CORP. FOR AN ORDER GRANTING**
**(I) RELIEF FROM THE AUTOMATIC STAY PURSUANT**
**TO 11 U.S.C. § 362(d) AND (II) RELATED RELIEF**

I, Jason D. Angelo, Esquire, hereby declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am Counsel at the law firm Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801, and an attorney representing movant Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. ("MHCA") in the above-captioned action.

2. I am admitted to appear before this Court, and I respectfully submit this declaration in support of the *Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief*, filed contemporaneously herewith.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

3. Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the Floorplan and Security Agreement dated November 21, 2018, by and between Pride Truck Sales L.P., as Dealer, and Hitachi Capital America Corp., as Secured Party.

4. Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of the list of "Floorplan Collateral" (as such term is defined in the Motion).

5. Attached hereto as **<u>Exhibit 3</u>** are true and correct copies of the (i) *UCC-1 Financing Statement* filed with the Delaware Department of State on October 9, 2020, at Filing No. 20207000690 and (ii) "No Interest" Letter dated October 30, 2020, from the Royal Bank of Canada to MHCA.

6. Attached hereto as **<u>Exhibit 4</u>** is a true and correct copy of the *Notice of Defaults and Reservation of Rights*, dated December 21, 2023, issued by MHCA to Tpine Leasing Capital LP, Pride Truck Sales LP, Pride Truck Sales Ltd., Tpine Truck Rental Inc., Tpine Leasing Capital Corporation, and TPine Rental USA.

7. Attached hereto as **<u>Exhibit 5</u>** is a true and correct copy of the *Motion to Amend the Amended and Restated Protocols Order, Release Certain Assets, and Transfer Certain Leases* Filed on July 5, 2024 by Mitsubishi HC Capital America, Inc., Mitsubishi HC Capital Canada, Inc. and Mitsubishi HC Capital Canada Leasing, Inc. in the proceedings commenced under the *Companies' Creditors Arrangement Act* pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL.

[*Signature Page Follows*]

- 3 -

Pursuant to 28 U.S.C. 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2024 in Wilmington, Delaware.

> By: */s/ Jason D. Angelo*
> Jason D. Angelo (No. 6009)
> REED SMITH LLP