# **EXHIBIT 2**

Floorplan Collateral

(Attached)

| VIN/Serial Number | Category | Region |
|---|---|---|
| 1DW1A5320GB623705 | Direct | USA |
| 1DW1A5322GS632101 | Direct | USA |
| 1DW1A5325GS632108 | Direct | USA |
| 1DW1A5327GS632109 | Direct | USA |
| 1DW1A5328GS632104 | Direct | USA |
| 1FUJGEDR7HLJD0832 | Direct | USA |
| 1FUJGHDV5ELFP2896 | Direct | USA |
| 1FUJGLD50FLGF6401 | Direct | USA |
| 1FUJGLD50GLGX2250 | Direct | USA |
| 1FUJGLD52GLGZ7991 | Direct | USA |
| 1FUJGLD54GLGZ7992 | Direct | USA |
| 1FUJGLDR0HLJC3077 | Direct | USA |
| 1FUJGLDR1GLHE1980 | Direct | USA |
| 1FUJGLDR3JLJS9059 | Direct | USA |
| 1FUJHHDR0KLKE4094 | Direct | USA |
| 1FUJHHDR2LLKU7309 | Direct | USA |
| 1FUJHHDR2LLLN1881 | Direct | USA |
| 1FUJHHDR2MLMA7377 | Direct | USA |
| 1FUJHHDR2MLML7306 | Direct | USA |
| 1FUJHHDR3KLKE4462 | Direct | USA |
| 1FUJHHDR3LLLN1422 | Direct | USA |
| 1FUJHHDR5KLKE4026 | Direct | USA |
| 1FUJHHDR5KLKE4107 | Direct | USA |
| 1FUJHHDR5KLKG9721 | Direct | USA |
| 1FUJHHDR6KLJZ8923 | Direct | USA |
| 1FUJHHDR7KLKG9462 | Direct | USA |
| 1FUJHHDR9KLKE3655 | Direct | USA |
| 1FUJHHDR9NLMW7470 | Direct | USA |
| 1FUJHHDRXKLKG9746 | Direct | USA |
| 1FUJHHDRXLLLA0429 | Direct | USA |
| 1FUJHPDV3KLKG7764 | Direct | USA |
| 1FUJHTDV5KLKG7631 | Direct | USA |
| 1GRAA0621JW128021 | Direct | USA |
| 1GRAA0626GW701634 | Direct | USA |
| 1GRAA0628GW703448 | Direct | USA |
| 1GRAA0629FW700816 | Direct | USA |
| 1HTMMMML0HH576558 | Direct | USA |
| 1JJV532B2GL890928 | Direct | USA |
| 1JJV532B8JL063278 | Direct | USA |
| 1JJV532B8LL174920 | Direct | USA |
| 1JJV532D1PL326303 | Direct | USA |
| 1JJV532D1PL413795 | Direct | USA |
| 1JJV532D2NL316991 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 1JJV532D3NL316997 | Direct | USA |
| 1JJV532D5KL097858 | Direct | USA |
| 1JJV532D5NL316998 | Direct | USA |
| 1JJV532D7NL316999 | Direct | USA |
| 1JJV532D7PL413798 | Direct | USA |
| 1JJV532D8PL413809 | Direct | USA |
| 1JJV532D9NL357375 | Direct | USA |
| 1JJV532DXNL316995 | Direct | USA |
| 1JJV532DXNL318679 | Direct | USA |
| 1UYVS2530FU186303 | Direct | USA |
| 1UYVS2530FU186530 | Direct | USA |
| 1UYVS2530FU192554 | Direct | USA |
| 1UYVS2530H2156409 | Direct | USA |
| 1UYVS2530HU877138 | Direct | USA |
| 1UYVS2530HU877172 | Direct | USA |
| 1UYVS2530HU891217 | Direct | USA |
| 1UYVS2530HU891508 | Direct | USA |
| 1UYVS2530HU891542 | Direct | USA |
| 1UYVS2530HU891623 | Direct | USA |
| 1UYVS2531FU192580 | Direct | USA |
| 1UYVS2531GM410762 | Direct | USA |
| 1UYVS2531H2891920 | Direct | USA |
| 1UYVS2531H2891934 | Direct | USA |
| 1UYVS2531HU877164 | Direct | USA |
| 1UYVS2531HU877178 | Direct | USA |
| 1UYVS2531HU891016 | Direct | USA |
| 1UYVS2531HU891114 | Direct | USA |
| 1UYVS2531HU891212 | Direct | USA |
| 1UYVS2531HU891274 | Direct | USA |
| 1UYVS2531HU891307 | Direct | USA |
| 1UYVS2531HU891310 | Direct | USA |
| 1UYVS2531HU891372 | Direct | USA |
| 1UYVS2531HU891520 | Direct | USA |
| 1UYVS2531HU891632 | Direct | USA |
| 1UYVS2531HU891663 | Direct | USA |
| 1UYVS2531L2579136 | Direct | USA |
| 1UYVS2531P6711701 | Direct | USA |
| 1UYVS2531P6711715 | Direct | USA |
| 1UYVS2532FU192572 | Direct | USA |
| 1UYVS2532FU227207 | Direct | USA |
| 1UYVS2532GG579039 | Direct | USA |
| 1UYVS2532GM411192 | Direct | USA |
| 1UYVS2532H2156461 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 1UYVS2532H2891943 | Direct | USA |
| 1UYVS2532H2995008 | Direct | USA |
| 1UYVS2532HU891266 | Direct | USA |
| 1UYVS2532HU891283 | Direct | USA |
| 1UYVS2532HU891364 | Direct | USA |
| 1UYVS2532K2752435 | Direct | USA |
| 1UYVS2533GM410844 | Direct | USA |
| 1UYVS2533GU188516 | Direct | USA |
| 1UYVS2533GU412433 | Direct | USA |
| 1UYVS2533H2995003 | Direct | USA |
| 1UYVS2533HU800702 | Direct | USA |
| 1UYVS2533HU877103 | Direct | USA |
| 1UYVS2533HU877165 | Direct | USA |
| 1UYVS2533HU891017 | Direct | USA |
| 1UYVS2533HU891227 | Direct | USA |
| 1UYVS2533HU891308 | Direct | USA |
| 1UYVS2533HU891373 | Direct | USA |
| 1UYVS2533HU891535 | Direct | USA |
| 1UYVS2534FU185638 | Direct | USA |
| 1UYVS2534FU185963 | Direct | USA |
| 1UYVS2534FU186319 | Direct | USA |
| 1UYVS2534GU188511 | Direct | USA |
| 1UYVS2534H2891913 | Direct | USA |
| 1UYVS2534H2995026 | Direct | USA |
| 1UYVS2534HU877109 | Direct | USA |
| 1UYVS2534HU891012 | Direct | USA |
| 1UYVS2534HU891107 | Direct | USA |
| 1UYVS2534HU891141 | Direct | USA |
| 1UYVS2534HU891401 | Direct | USA |
| 1UYVS2534HU891415 | Direct | USA |
| 1UYVS2535GU188453 | Direct | USA |
| 1UYVS2535GU188548 | Direct | USA |
| 1UYVS2535H2156471 | Direct | USA |
| 1UYVS2535HU877152 | Direct | USA |
| 1UYVS2535HU891018 | Direct | USA |
| 1UYVS2535HU891035 | Direct | USA |
| 1UYVS2535HU891116 | Direct | USA |
| 1UYVS2535HU891178 | Direct | USA |
| 1UYVS2535HU891214 | Direct | USA |
| 1UYVS2535HU891360 | Direct | USA |
| 1UYVS2535HU891505 | Direct | USA |
| 1UYVS2535HU891553 | Direct | USA |
| 1UYVS2535P6711720 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 1UYVS2536EM774205 | Direct | USA |
| 1UYVS2536EU961847 | Direct | USA |
| 1UYVS2536FU185933 | Direct | USA |
| 1UYVS2536HU877113 | Direct | USA |
| 1UYVS2536HU877161 | Direct | USA |
| 1UYVS2536HU891142 | Direct | USA |
| 1UYVS2536HU891318 | Direct | USA |
| 1UYVS2536HU891447 | Direct | USA |
| 1UYVS2536HU891514 | Direct | USA |
| 1UYVS2536HU891576 | Direct | USA |
| 1UYVS2536K2594410 | Direct | USA |
| 1UYVS2537EM774083 | Direct | USA |
| 1UYVS2537EU830104 | Direct | USA |
| 1UYVS2537FU186301 | Direct | USA |
| 1UYVS2537FU192406 | Direct | USA |
| 1UYVS2537GU189216 | Direct | USA |
| 1UYVS2537H2156469 | Direct | USA |
| 1UYVS2537H2156472 | Direct | USA |
| 1UYVS2537H2995022 | Direct | USA |
| 1UYVS2537HU877105 | Direct | USA |
| 1UYVS2537HU891036 | Direct | USA |
| 1UYVS2537HU891070 | Direct | USA |
| 1UYVS2537HU891263 | Direct | USA |
| 1UYVS2537HU891523 | Direct | USA |
| 1UYVS2537HU891571 | Direct | USA |
| 1UYVS2537HU891649 | Direct | USA |
| 1UYVS2537M6416520 | Direct | USA |
| 1UYVS2537N3476817 | Direct | USA |
| 1UYVS2538GU189256 | Direct | USA |
| 1UYVS2538H2156402 | Direct | USA |
| 1UYVS2538H2995031 | Direct | USA |
| 1UYVS2538HU891238 | Direct | USA |
| 1UYVS2538HU891286 | Direct | USA |
| 1UYVS2538HU891434 | Direct | USA |
| 1UYVS2538HU891577 | Direct | USA |
| 1UYVS2538HU891627 | Direct | USA |
| 1UYVS2538HU891675 | Direct | USA |
| 1UYVS2538K2752455 | Direct | USA |
| 1UYVS2539EM774229 | Direct | USA |
| 1UYVS2539FM196229 | Direct | USA |
| 1UYVS2539FU186557 | Direct | USA |
| 1UYVS2539FU192505 | Direct | USA |
| 1UYVS2539FU393904 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 1UYVS2539GG579040 | Direct | USA |
| 1UYVS2539GU675610 | Direct | USA |
| 1UYVS2539H2891910 | Direct | USA |
| 1UYVS2539H2995037 | Direct | USA |
| 1UYVS2539H2995040 | Direct | USA |
| 1UYVS2539M6369619 | Direct | USA |
| 1UYVS2539M6416504 | Direct | USA |
| 1UYVS2539N7509406 | Direct | USA |
| 1UYVS253XFU186521 | Direct | USA |
| 1UYVS253XFU192416 | Direct | USA |
| 1UYVS253XGU189159 | Direct | USA |
| 1UYVS253XHU877101 | Direct | USA |
| 1UYVS253XHU877132 | Direct | USA |
| 1UYVS253XHU877177 | Direct | USA |
| 1UYVS253XHU891001 | Direct | USA |
| 1UYVS253XHU891371 | Direct | USA |
| 1UYVS253XHU891466 | Direct | USA |
| 1UYVS253XHU891662 | Direct | USA |
| 1UYVS253XHU892004 | Direct | USA |
| 1UYVS253XP6711714 | Direct | USA |
| 1XKWD40X6HJ162552 | Direct | USA |
| 1XKYD49X0JJ182443 | Direct | USA |
| 1XKYD49X0LJ387781 | Direct | USA |
| 1XKYD49X0NJ482568 | Direct | USA |
| 1XKYD49X1JJ208807 | Direct | USA |
| 1XKYD49X1KJ253490 | Direct | USA |
| 1XKYD49X1LJ384677 | Direct | USA |
| 1XKYD49X1LJ392553 | Direct | USA |
| 1XKYD49X1NJ482532 | Direct | USA |
| 1XKYD49X1NJ499900 | Direct | USA |
| 1XKYD49X2KJ242188 | Direct | USA |
| 1XKYD49X2LJ392612 | Direct | USA |
| 1XKYD49X3HJ122716 | Direct | USA |
| 1XKYD49X3JJ159822 | Direct | USA |
| 1XKYD49X3LJ387726 | Direct | USA |
| 1XKYD49X3MJ461860 | Direct | USA |
| 1XKYD49X3NJ101019 | Direct | USA |
| 1XKYD49X3NJ482533 | Direct | USA |
| 1XKYD49X3NJ482693 | Direct | USA |
| 1XKYD49X3NJ499901 | Direct | USA |
| 1XKYD49X3NJ499915 | Direct | USA |
| 1XKYD49X4KJ225537 | Direct | USA |
| 1XKYD49X4KJ253483 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 1XKYD49X4KJ256402 | Direct | USA |
| 1XKYD49X4LJ387749 | Direct | USA |
| 1XKYD49X4NJ467006 | Direct | USA |
| 1XKYD49X5KJ225496 | Direct | USA |
| 1XKYD49X5PJ264919 | Direct | USA |
| 1XKYD49X6JJ196413 | Direct | USA |
| 1XKYD49X6KJ236880 | Direct | USA |
| 1XKYD49X6LJ387753 | Direct | USA |
| 1XKYD49X6LJ392550 | Direct | USA |
| 1XKYD49X6MJ443160 | Direct | USA |
| 1XKYD49X6MJ461870 | Direct | USA |
| 1XKYD49X6MJ466146 | Direct | USA |
| 1XKYD49X6NJ100978 | Direct | USA |
| 1XKYD49X7KJ253493 | Direct | USA |
| 1XKYD49X7KJ278720 | Direct | USA |
| 1XKYD49X7MJ447136 | Direct | USA |
| 1XKYD49X7NJ100973 | Direct | USA |
| 1XKYD49X7NJ482552 | Direct | USA |
| 1XKYD49X8HJ132593 | Direct | USA |
| 1XKYD49X8JJ197689 | Direct | USA |
| 1XKYD49X8MJ466147 | Direct | USA |
| 1XKYD49X8NJ482561 | Direct | USA |
| 1XKYD49X9HJ132473 | Direct | USA |
| 1XKYD49X9JJ182473 | Direct | USA |
| 1XKYD49X9KJ285782 | Direct | USA |
| 1XKYD49X9NJ123610 | Direct | USA |
| 1XKYD49X9NJ482570 | Direct | USA |
| 1XKYD49X9NJ499918 | Direct | USA |
| 1XKYD49XXHJ132644 | Direct | USA |
| 1XKYDP9X0JJ182511 | Direct | USA |
| 1XKYDP9X1KJ251689 | Direct | USA |
| 1XKYDP9X4JJ182513 | Direct | USA |
| 1XKYDP9X6KJ279309 | Direct | USA |
| 1XKYDP9X7GJ459731 | Direct | USA |
| 1XPBD49X0PD841449 | Direct | USA |
| 1XPBD49X1ND781761 | Direct | USA |
| 1XPBD49X1PD860950 | Direct | USA |
| 1XPBD49X1PD861032 | Direct | USA |
| 1XPBD49X2ND781753 | Direct | USA |
| 1XPBD49X2PD861038 | Direct | USA |
| 1XPBD49X3PD860979 | Direct | USA |
| 1XPBD49X4ND781771 | Direct | USA |
| 1XPBD49X4PD889214 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 1XPBD49X6PD875587 | Direct | USA |
| 1XPBD49X7KD610640 | Direct | USA |
| 1XPBD49X7KD610668 | Direct | USA |
| 1XPBD49X8ND781742 | Direct | USA |
| 1XPBD49X8ND781756 | Direct | USA |
| 1XPBD49X8PD851453 | Direct | USA |
| 1XPBD49XXPD860946 | Direct | USA |
| 1XPBDP9X1KD600588 | Direct | USA |
| 1XPBDP9X3KD600947 | Direct | USA |
| 1XPBDP9X3PD854343 | Direct | USA |
| 1XPBDP9X5KD600867 | Direct | USA |
| 1XPBDP9X5ND781599 | Direct | USA |
| 1XPBDP9X6KD600926 | Direct | USA |
| 1XPBDP9X6PD850514 | Direct | USA |
| 1XPBDP9X8KD600877 | Direct | USA |
| 1XPBDP9X8KD600930 | Direct | USA |
| 1XPBDP9X8KD612978 | Direct | USA |
| 1XPBDP9X8ND781595 | Direct | USA |
| 1XPBDP9X8ND781600 | Direct | USA |
| 1XPXD49X6ND781793 | Direct | USA |
| 2M5921617N1208779 | Direct | USA |
| 3AKJGEDV6FSGF8430 | Direct | USA |
| 3AKJGEDV9HSHT9347 | Direct | USA |
| 3AKJGLD53FSGK0081 | Direct | USA |
| 3AKJGLD56GSGN4114 | Direct | USA |
| 3AKJGLD57GSGN4123 | Direct | USA |
| 3AKJGLD58FSFX3923 | Direct | USA |
| 3AKJGLD58GSHB1117 | Direct | USA |
| 3AKJGLD5XGSGN4178 | Direct | USA |
| 3AKJGLD61GSGZ5565 | Direct | USA |
| 3AKJGLDR0HSHM5917 | Direct | USA |
| 3AKJGLDR1HSHD8194 | Direct | USA |
| 3AKJGLDR1KDKG6202 | Direct | USA |
| 3AKJGLDR2HSHZ6819 | Direct | USA |
| 3AKJGLDR2HSHZ6836 | Direct | USA |
| 3AKJGLDR2JSJJ0233 | Direct | USA |
| 3AKJGLDR3JSJJ0015 | Direct | USA |
| 3AKJGLDR4HDHY0030 | Direct | USA |
| 3AKJGLDR4HSGP5287 | Direct | USA |
| 3AKJGLDR4JDKD0566 | Direct | USA |
| 3AKJGLDR5GSGP6477 | Direct | USA |
| 3AKJGLDR5GSGW8881 | Direct | USA |
| 3AKJGLDR5HSHR5860 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 3AKJGLDR5HSHT2337 | Direct | USA |
| 3AKJGLDR5HSHT2421 | Direct | USA |
| 3AKJGLDR5HSHT4671 | Direct | USA |
| 3AKJGLDR5JSJJ0288 | Direct | USA |
| 3AKJGLDR5KSJL3927 | Direct | USA |
| 3AKJGLDR6HSHR5592 | Direct | USA |
| 3AKJGLDR6HSHT2380 | Direct | USA |
| 3AKJGLDR6HSJJ9950 | Direct | USA |
| 3AKJGLDR7GSGX0616 | Direct | USA |
| 3AKJGLDR7HSHR5634 | Direct | USA |
| 3AKJGLDR7HSHZ6802 | Direct | USA |
| 3AKJGLDR8HSHM5695 | Direct | USA |
| 3AKJGLDR8HSHR5397 | Direct | USA |
| 3AKJGLDR8HSHR5643 | Direct | USA |
| 3AKJGLDR8HSHZ6517 | Direct | USA |
| 3AKJGLDR9GSGV5731 | Direct | USA |
| 3AKJGLDR9HSHZ6221 | Direct | USA |
| 3AKJGLDR9JSJK8955 | Direct | USA |
| 3AKJGLDR9KSLG0923 | Direct | USA |
| 3AKJGLDRXGSGV5771 | Direct | USA |
| 3AKJGLDRXHSHT2415 | Direct | USA |
| 3AKJGLDV2HSJC4670 | Direct | USA |
| 3AKJHHDR0KSKH0070 | Direct | USA |
| 3AKJHHDR0KSKJ1007 | Direct | USA |
| 3AKJHHDR0KSKJ1220 | Direct | USA |
| 3AKJHHDR0LSKZ8375 | Direct | USA |
| 3AKJHHDR0LSLP0305 | Direct | USA |
| 3AKJHHDR0MSMX7601 | Direct | USA |
| 3AKJHHDR0NSNA6382 | Direct | USA |
| 3AKJHHDR0NSNB3784 | Direct | USA |
| 3AKJHHDR0NSNB3798 | Direct | USA |
| 3AKJHHDR0RSVA3200 | Direct | USA |
| 3AKJHHDR1JSJL3853 | Direct | USA |
| 3AKJHHDR1KSKB4154 | Direct | USA |
| 3AKJHHDR1KSKB4171 | Direct | USA |
| 3AKJHHDR1KSKC0276 | Direct | USA |
| 3AKJHHDR1KSKJ0190 | Direct | USA |
| 3AKJHHDR1KSKJ1095 | Direct | USA |
| 3AKJHHDR1KSKL3016 | Direct | USA |
| 3AKJHHDR1LSLP1267 | Direct | USA |
| 3AKJHHDR1LSLX0202 | Direct | USA |
| 3AKJHHDR1LSMJ0102 | Direct | USA |
| 3AKJHHDR1MSMH9028 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 3AKJHHDR2KSKB3742 | Direct | USA |
| 3AKJHHDR2KSKJ0828 | Direct | USA |
| 3AKJHHDR2KSKJ1297 | Direct | USA |
| 3AKJHHDR2PSUE0940 | Direct | USA |
| 3AKJHHDR3KSJL4133 | Direct | USA |
| 3AKJHHDR3KSKD2073 | Direct | USA |
| 3AKJHHDR3KSKD2154 | Direct | USA |
| 3AKJHHDR3KSKD2171 | Direct | USA |
| 3AKJHHDR3KSKE1646 | Direct | USA |
| 3AKJHHDR3KSKL3048 | Direct | USA |
| 3AKJHHDR3LSKU2124 | Direct | USA |
| 3AKJHHDR3LSKZ8371 | Direct | USA |
| 3AKJHHDR3LSLP8284 | Direct | USA |
| 3AKJHHDR3LSLX0203 | Direct | USA |
| 3AKJHHDR3NSNA6750 | Direct | USA |
| 3AKJHHDR3NSNA7204 | Direct | USA |
| 3AKJHHDR3NSNB3813 | Direct | USA |
| 3AKJHHDR4KSKB3791 | Direct | USA |
| 3AKJHHDR4KSKB4052 | Direct | USA |
| 3AKJHHDR4KSKC3592 | Direct | USA |
| 3AKJHHDR4KSKD2020 | Direct | USA |
| 3AKJHHDR4KSKF9895 | Direct | USA |
| 3AKJHHDR4KSKG4403 | Direct | USA |
| 3AKJHHDR4KSKJ0328 | Direct | USA |
| 3AKJHHDR4KSKJ1110 | Direct | USA |
| 3AKJHHDR4LSLP0288 | Direct | USA |
| 3AKJHHDR4LSLP2378 | Direct | USA |
| 3AKJHHDR4LSLP8276 | Direct | USA |
| 3AKJHHDR4MSMX7598 | Direct | USA |
| 3AKJHHDR4NSMF3850 | Direct | USA |
| 3AKJHHDR4NSMZ3673 | Direct | USA |
| 3AKJHHDR4NSNA6742 | Direct | USA |
| 3AKJHHDR4NSNA6756 | Direct | USA |
| 3AKJHHDR4PSUE0969 | Direct | USA |
| 3AKJHHDR5JSJS5724 | Direct | USA |
| 3AKJHHDR5KSKB4173 | Direct | USA |
| 3AKJHHDR5KSKD2141 | Direct | USA |
| 3AKJHHDR5KSKS2617 | Direct | USA |
| 3AKJHHDR5KSKU4732 | Direct | USA |
| 3AKJHHDR5LSLK0239 | Direct | USA |
| 3AKJHHDR5MSMH8805 | Direct | USA |
| 3AKJHHDR5MSMH8819 | Direct | USA |
| 3AKJHHDR5MSMH8870 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 3AKJHHDR5NSMF3887 | Direct | USA |
| 3AKJHHDR5NSMZ3679 | Direct | USA |
| 3AKJHHDR5NSNA6894 | Direct | USA |
| 3AKJHHDR6JSJJ0875 | Direct | USA |
| 3AKJHHDR6KSKB4151 | Direct | USA |
| 3AKJHHDR6KSKD2052 | Direct | USA |
| 3AKJHHDR6KSKJ1111 | Direct | USA |
| 3AKJHHDR6KSKJ1271 | Direct | USA |
| 3AKJHHDR6LSKZ8381 | Direct | USA |
| 3AKJHHDR6NSMF3879 | Direct | USA |
| 3AKJHHDR7JSJJ1422 | Direct | USA |
| 3AKJHHDR7JSJJ1923 | Direct | USA |
| 3AKJHHDR7JSJW5979 | Direct | USA |
| 3AKJHHDR7KSJX1430 | Direct | USA |
| 3AKJHHDR7KSJX9348 | Direct | USA |
| 3AKJHHDR7KSKB4188 | Direct | USA |
| 3AKJHHDR7KSKJ1084 | Direct | USA |
| 3AKJHHDR7LSKW9245 | Direct | USA |
| 3AKJHHDR7LSKZ8356 | Direct | USA |
| 3AKJHHDR7LSLP8272 | Direct | USA |
| 3AKJHHDR7MSMY3461 | Direct | USA |
| 3AKJHHDR8JSJJ0750 | Direct | USA |
| 3AKJHHDR8JSJJ0862 | Direct | USA |
| 3AKJHHDR8JSJS5331 | Direct | USA |
| 3AKJHHDR8KSHU6945 | Direct | USA |
| 3AKJHHDR8KSKE3361 | Direct | USA |
| 3AKJHHDR8KSKJ0512 | Direct | USA |
| 3AKJHHDR8KSKJ1045 | Direct | USA |
| 3AKJHHDR8KSKJ1420 | Direct | USA |
| 3AKJHHDR8KSKL1120 | Direct | USA |
| 3AKJHHDR8LSKZ6955 | Direct | USA |
| 3AKJHHDR8LSKZ8382 | Direct | USA |
| 3AKJHHDR8LSLP8202 | Direct | USA |
| 3AKJHHDR8LSLY5487 | Direct | USA |
| 3AKJHHDR8NSNF6320 | Direct | USA |
| 3AKJHHDR9JSJJ0112 | Direct | USA |
| 3AKJHHDR9KSKB3737 | Direct | USA |
| 3AKJHHDR9KSKB5391 | Direct | USA |
| 3AKJHHDR9KSKJ1118 | Direct | USA |
| 3AKJHHDR9KSKL3023 | Direct | USA |
| 3AKJHHDR9LSKZ8374 | Direct | USA |
| 3AKJHHDR9LSLP0285 | Direct | USA |
| 3AKJHHDR9MSMH8967 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 3AKJHHDR9MSMX7578 | Direct | USA |
| 3AKJHHDR9NSMZ3670 | Direct | USA |
| 3AKJHHDRXJSHW5608 | Direct | USA |
| 3AKJHHDRXKSJZ5348 | Direct | USA |
| 3AKJHHDRXKSKD2054 | Direct | USA |
| 3AKJHHDRXKSKH0156 | Direct | USA |
| 3AKJHHDRXKSKJ0320 | Direct | USA |
| 3AKJHHDRXKSKL3743 | Direct | USA |
| 3AKJHHDRXKSKY0383 | Direct | USA |
| 3AKJHHDRXMSMH8881 | Direct | USA |
| 3AKJHHDRXMSMX7590 | Direct | USA |
| 3AKJHHDRXNSNA6759 | Direct | USA |
| 3AKJHHDV6MSMK2681 | Direct | USA |
| 3AKJHLDR9JSJL4199 | Direct | USA |
| 3AKJHLDV0KSKA4957 | Direct | USA |
| 3AKJHLDV0KSKF9201 | Direct | USA |
| 3AKJHLDV0KSKF9229 | Direct | USA |
| 3AKJHLDV0KSKL3511 | Direct | USA |
| 3AKJHLDV2KSKF9233 | Direct | USA |
| 3AKJHLDV4KSKA4072 | Direct | USA |
| 3AKJHLDV5KSKF9324 | Direct | USA |
| 3AKJHLDV5KSKM2866 | Direct | USA |
| 3AKJHLDV6KSKA3988 | Direct | USA |
| 3AKJHLDV7KSKF9308 | Direct | USA |
| 3AKJHLDV7KSKF9325 | Direct | USA |
| 3AKJHLDV7KSKF9356 | Direct | USA |
| 3AKJHLDV8KSKA4012 | Direct | USA |
| 3AKJHLDV8KSKA4172 | Direct | USA |
| 3AKJHLDV9KSKA4066 | Direct | USA |
| 3AKJHPDV0KSKL3080 | Direct | USA |
| 3AKJHPDV0KSKL3662 | Direct | USA |
| 3AKJHPDV3LSLG8972 | Direct | USA |
| 3AKJHPDV4KSKL3695 | Direct | USA |
| 3AKJHPDV4LSLF0075 | Direct | USA |
| 3AKJHPDV5KSKM2695 | Direct | USA |
| 3AKJHPDV6KSKA4307 | Direct | USA |
| 3AKJHPDV6KSKL3083 | Direct | USA |
| 3AKJHPDV6LSLF0076 | Direct | USA |
| 3AKJHPDV6LSLF0434 | Direct | USA |
| 3AKJHPDV7KSKL3125 | Direct | USA |
| 3AKJHPDV7KSKL3710 | Direct | USA |
| 3AKJHPDV7LSLF0264 | Direct | USA |
| 3AKJHPDV7LSLG8960 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 3AKJHPDV8KSKL2971 | Direct | USA |
| 3AKJHPDV8KSKL3070 | Direct | USA |
| 3AKJHPDVXKSKL2888 | Direct | USA |
| 3ALACWDT4HDJD8758 | Direct | USA |
| 3ELA6RX20NG000219 | Direct | USA |
| 3H3V532C0LT201052 | Direct | USA |
| 3H3V532C6DT176045 | Direct | USA |
| 3H3V532C7HT585080 | Direct | USA |
| 3H3V532C9HT585033 | Direct | USA |
| 3H3V532K0NJ783109 | Direct | USA |
| 3H3V532K1NJ783099 | Direct | USA |
| 3HSDJAPR4GN795538 | Direct | USA |
| 3HSDZAPR0KN284765 | Direct | USA |
| 3HSDZAPR0KN533601 | Direct | USA |
| 3HSDZAPR1KN112826 | Direct | USA |
| 3HSDZAPR2JN166828 | Direct | USA |
| 3HSDZAPR2KN279051 | Direct | USA |
| 3HSDZAPR2KN285626 | Direct | USA |
| 3HSDZAPR2KN744122 | Direct | USA |
| 3HSDZAPR2PN439288 | Direct | USA |
| 3HSDZAPR2RN570840 | Direct | USA |
| 3HSDZAPR3KN106073 | Direct | USA |
| 3HSDZAPR4KN115915 | Direct | USA |
| 3HSDZAPR4KN226397 | Direct | USA |
| 3HSDZAPR5KN101263 | Direct | USA |
| 3HSDZAPR5KN534789 | Direct | USA |
| 3HSDZAPR5NN605400 | Direct | USA |
| 3HSDZAPR5PN443559 | Direct | USA |
| 3HSDZAPR6KN114541 | Direct | USA |
| 3HSDZAPR6KN430666 | Direct | USA |
| 3HSDZAPR7JN417391 | Direct | USA |
| 3HSDZAPR7PN443577 | Direct | USA |
| 3HSDZAPR8KN533572 | Direct | USA |
| 3HSDZAPR8KN560979 | Direct | USA |
| 3HSDZAPR8KN752094 | Direct | USA |
| 3HSDZAPR9JN532736 | Direct | USA |
| 3HSDZAPR9KN120883 | Direct | USA |
| 3HSDZAPR9PN492649 | Direct | USA |
| 3HSDZAPRXKN298723 | Direct | USA |
| 3HSDZAPRXNN566190 | Direct | USA |
| 3UTVS2531N8474607 | Direct | USA |
| 3UTVS2531N8474719 | Direct | USA |
| 3UTVS2532N8474714 | Direct | USA |

| VIN/Serial Number | Category | Region |
|---|---|---|
| 3UTVS2533N8474608 | Direct | USA |
| 3UTVS2534N8474715 | Direct | USA |
| 3UTVS2538N8445217 | Direct | USA |
| 4V4NC9EG1JN996960 | Direct | USA |
| 4V4NC9EG3JN996961 | Direct | USA |
| 4V4NC9EG6KN206568 | Direct | USA |
| 4V4NC9EG7HN991630 | Direct | USA |
| 4V4NC9EG7JN996963 | Direct | USA |
| 4V4NC9EG9GN165344 | Direct | USA |
| 4V4NC9EG9JN996902 | Direct | USA |
| 4V4NC9EH0KN201438 | Direct | USA |
| 4V4NC9EH0KN902805 | Direct | USA |
| 4V4NC9EH0LN251161 | Direct | USA |
| 4V4NC9EH0MN273212 | Direct | USA |
| 4V4NC9EH1JN993808 | Direct | USA |
| 4V4NC9EH1KN201013 | Direct | USA |
| 4V4NC9EH1KN903963 | Direct | USA |
| 4V4NC9EH1NN601349 | Direct | USA |
| 4V4NC9EH2GN934646 | Direct | USA |
| 4V4NC9EH2JN993798 | Direct | USA |
| 4V4NC9EH2KN196811 | Direct | USA |
| 4V4NC9EH2KN200890 | Direct | USA |
| 4V4NC9EH2KN903860 | Direct | USA |
| 4V4NC9EH2LN225273 | Direct | USA |
| 4V4NC9EH2LN251081 | Direct | USA |
| 4V4NC9EH2NN288277 | Direct | USA |
| 4V4NC9EH2RN631739 | Direct | USA |
| 4V4NC9EH3JN993776 | Direct | USA |
| 4V4NC9EH3KN200879 | Direct | USA |
| 4V4NC9EH3KN201000 | Direct | USA |
| 4V4NC9EH3KN201174 | Direct | USA |
| 4V4NC9EH3KN201370 | Direct | USA |
| 4V4NC9EH3KN201398 | Direct | USA |
| 4V4NC9EH3KN902927 | Direct | USA |
| 4V4NC9EH3KN903849 | Direct | USA |
| 4V4NC9EH3LN251039 | Direct | USA |
| 4V4NC9EH3LN251168 | Direct | USA |
| 4V4NC9EH3MN272801 | Direct | USA |
| 4V4NC9EH4JN992992 | Direct | USA |
| 4V4NC9EH4KN200972 | Direct | USA |
| 4V4NC9EH4KN201393 | Direct | USA |
| 4V4NC9EH4KN902757 | Direct | USA |
| 4V4NC9EH4KN902774 | Direct | USA |

| VIN/Serial Number | Category | Region |
| --- | --- | --- |
| 4V4NC9EH4KN902872 | Direct | USA |
| 4V4NC9EH4LN251082 | Direct | USA |
| 4V4NC9EH5JN993987 | Direct | USA |
| 4V4NC9EH5KN201435 | Direct | USA |
| 4V4NC9EH5LN250765 | Direct | USA |
| 4V4NC9EH6JN993786 | Direct | USA |
| 4V4NC9EH6KN201007 | Direct | USA |
| 4V4NC9EH6KN213979 | Direct | USA |
| 4V4NC9EH6MN273215 | Direct | USA |
| 4V4NC9EH6NN305128 | Direct | USA |
| 4V4NC9EH6NN601346 | Direct | USA |
| 4V4NC9EH7KN200996 | Direct | USA |
| 4V4NC9EH7KN201162 | Direct | USA |
| 4V4NC9EH7KN213909 | Direct | USA |
| 4V4NC9EH7KN213912 | Direct | USA |
| 4V4NC9EH8KN200859 | Direct | USA |
| 4V4NC9EH8KN201445 | Direct | USA |
| 4V4NC9EH8LN250775 | Direct | USA |
| 4V4NC9EH8MN273216 | Direct | USA |
| 4V4NC9EH8NN601350 | Direct | USA |
| 4V4NC9EH8NN603342 | Direct | USA |
| 4V4NC9EH8NN603373 | Direct | USA |
| 4V4NC9EH9KN200966 | Direct | USA |
| 4V4NC9EH9KN201440 | Direct | USA |
| 4V4NC9EH9KN902849 | Direct | USA |
| 4V4NC9EH9LN251157 | Direct | USA |
| 4V4NC9EHXGN967698 | Direct | USA |
| 4V4NC9EHXJN999400 | Direct | USA |
| 4V4NC9EHXKN200989 | Direct | USA |
| 4V4NC9EHXKN898133 | Direct | USA |
| 4V4NC9EHXMN273217 | Direct | USA |
| 4V4NC9EHXRN639832 | Direct | USA |
| 4V4NC9EJ4FN188248 | Direct | USA |
| 4V4NC9TH0KN217318 | Direct | USA |
| 4V4WC9EG1KN198836 | Direct | USA |
| 4V4WC9EG2KN212212 | Direct | USA |
| 4V4WC9EG4KN198832 | Direct | USA |
| 4V4WC9EG6KN198833 | Direct | USA |
| 4V4WC9EH0KN208491 | Direct | USA |
| 4V4WC9EH0KN208555 | Direct | USA |
| 4V4WC9EH0KN208569 | Direct | USA |
| 4V4WC9EH0PN607408 | Direct | USA |
| 4V4WC9EH1KN208533 | Direct | USA |

| VIN/Serial Number | Category | Region |
| --- | --- | --- |
| 4V4WC9EH1KN208578 | Direct | USA |
| 4V4WC9EH2KN208489 | Direct | USA |
| 4V4WC9EH2KN208508 | Direct | USA |
| 4V4WC9EH2KN208556 | Direct | USA |
| 4V4WC9EH2KN208573 | Direct | USA |
| 4V4WC9EH3KN208548 | Direct | USA |
| 4V4WC9EH3KN208579 | Direct | USA |
| 4V4WC9EH4KN208526 | Direct | USA |
| 4V4WC9EH4KN208557 | Direct | USA |
| 4V4WC9EH4KN208560 | Direct | USA |
| 4V4WC9EH4LN234982 | Direct | USA |
| 4V4WC9EH5KN208552 | Direct | USA |
| 4V4WC9EH6KN208558 | Direct | USA |
| 4V4WC9EH7KN208553 | Direct | USA |
| 4V4WC9EH7KN208567 | Direct | USA |
| 4V4WC9EH7KN208570 | Direct | USA |
| 4V4WC9EH8KN208495 | Direct | USA |
| 4V4WC9EH8KN208559 | Direct | USA |
| 4V4WC9EH8KN208576 | Direct | USA |
| 4V4WC9EH9KN208523 | Direct | USA |
| 527SR5320NM026258 | Direct | USA |
| 527SR5321PM031746 | Direct | USA |
| 527SR532XPM031745 | Direct | USA |
| 5KJJBHDR1JLJN2278 | Direct | USA |
| 5KJJBHDR5GLHA8826 | Direct | USA |
| 5V8VA5329GM610945 | Direct | USA |
| 5V8VC5321DM307793 | Direct | USA |
| 5V8VC5321NT200315 | Direct | USA |
| 5V8VC5326DM307790 | Direct | USA |
| JHHSDM2H7HK005443 | Direct | USA |
| JHHSDM2H9JK007765 | Direct | USA |
| LJRR53268C6000561 | Direct | USA |