## **EXHIBIT 5**

Motion to Amend

(Attached)

Court File No. CV-24-00717340-00CL

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,* R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** and those Applicants listed on **Schedule "A"** hereto

APPLICANTS

**MOTION RECORD**

July 5, 2024

**OSLER, HOSKIN & HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6200, P.O. Box 50
Toronto ON  M5X 1B8

**Marc Wasserman** (LSO# 44066M)
Tel:    416.862.4908
Email: mwasserman@osler.com

**Adam Hirsh** (LSO# 55239Q)
Tel:    416.862.6635
Email: ahirsh@osler.com

**Blair McRadu** (LSO# 85586M)
Tel:    416.862.4204
Email: bmcradu@osler.com

**Elie Farkas** (LSO# 74998J)
Tel:    416.862.4942
Email: efarkas@osler.com

Lawyers for the applicants, Mitsubishi HC Capital America, Inc., Mitsubishi HC Capital Canada, Inc. and Mitsubishi HC Capital Canada Leasing, Inc.

TO:    **SERVICE LIST**

Court File No. CV-24-00717340-00CL

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** and those Applicants listed on Schedule "A" hereto (each, an "**Applicant**", and collectively, the "**Applicants**")

**SERVICE LIST**
(as at July 3, 2024)

| **TO:** | **THORNTON GROUT FINNIGAN LLP** |
|---|---|
| | TD West Tower, Toronto-Dominion Centre |
| | 100 Wellington Street West, Suite 3200 |
| | Toronto, ON  M5K 1K7 |
| | |
| | **Leanne Williams** |
| | Tel:    (416) 304-0060 |
| | Email: lwilliams@tgf.ca |
| | |
| | **Rachel Nicholson** |
| | Tel:    (416) 304-1153 |
| | Email: rnicholson@tgf.ca |
| | |
| | **Puya Fesharaki** |
| | Tel:    (416) 304-7979 |
| | Email: pfesharaki@tgf.ca |
| | |
| | **Ines Ferreira** |
| | Tel:    (416) 304-0461 |
| | Email: iferreira@tgf.ca |
| | |
| | Lawyers for the Applicants |

\*  For additions or deletions to the Service List, please contact Nancy Thompson, at nancy.thompson@blakes.com.

1396-2328-6539.31

| | |
|---|---|
| **AND TO:** | **LINKLATERS LLP**<br>1290 Avenue of the Americas<br>New York  NY  10104<br><br>**Penelope Jensen**<br>Tel:    (212) 903-9087<br>Email:  penelope.jensen@linklaters.com<br><br>**Christopher Hunker**<br>Tel:    (212) 903-9267<br>Email: christopher.hunker@linklaters.com<br><br>**Clark Xue**<br>Tel:    (212) 903-9422<br>Email: clark.xue@linklaters.com<br><br>U.S. Lawyers for the Applicants |
| **AND TO:** | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br><br>**Derek C. Abbott**<br>Tel:    (302) 351-9357<br>Email: dabbott@morrisnichols.com<br><br>Delaware Lawyers for the Applicants |
| **AND TO:** | **ERNST & YOUNG INC.**<br>100 Adelaide Street West,<br>Toronto, ON  M5H 0B3<br><br>**Alex Morrison**<br>Email: Alex.F.Morrison@parthenon.ey.com<br><br>**Karen Fung**<br>Email: Karen.K.Fung@parthenon.ey.com<br><br>**Simone Carvalho**<br>Email: Simone.Carvalho@parthenon.ey.com<br><br>**Michael Hayes**<br>Email: Michael.Hayes@parthenon.ey.com |

|  | **Emily Masry**<br>Email: Emily.Masry@parthenon.ey.com<br><br>**Alexander Slovic**<br>Email: Alexander.Slovic@parthenon.ey.com<br><br>Monitor |
|---|---|
| **AND TO:** | **BLAKE, CASSELS & GRAYDON LLP**<br>199 Bay Street<br>Suite 4000, Commerce Court West<br>Toronto ON  M5L 1A9<br><br>**Pamela Huff**<br>Tel:    (416) 863-2958<br>Email: pamela.huff@blakes.com<br><br>**Kelly Bourassa**<br>Tel:    (416) 863-2421<br>Email: kelly.bourassa@blakes.com<br><br>**Chris Burr**<br>Tel:    (416) 863-3261<br>Email: chris.burr@blakes.com<br><br>**Christopher Keliher**<br>Tel:    (403) 260-9760<br>Email: christopher.keliher@blakes.com<br><br>**Daniel Loberto**<br>Tel:    (416) 863-2937<br>Email: Daniel.loberto@blakes.com<br><br>**Kevin Wu**<br>Tel:    (416) 863-2586<br>Email: kevin.wu@blakes.com<br><br>Lawyers for the Monitor |
| **AND TO:** | **RC BENSON CONSULTING INC.**<br><br>**Randall Benson**<br>Email: r.benson@rcbensonconsulting.com<br><br>Chief Restructuring Officer |

- 4 -

| AND TO: | **BENNETT JONES LLP**<br>3400 One First Canadian Place<br>Toronto, Ontario<br>M5X 1A4 Canada<br><br>**Raj S. Sahni**<br>Tel:    (416) 777-4804<br>Email: sahnir@bennettjones.com<br><br>**Joshua Foster**<br>Tel:    (416) 777-7906<br>Email: fosterj@bennettjones.com<br><br>Lawyers for the Directors and Officers |
|---|---|
| AND TO: | **DENTONS CANADA LLP**<br>77 King Street West, Suite 400<br>Toronto-Dominion Centre<br>Toronto, ON  M5K 0A1<br><br>**Dennis R. Wiebe**<br>Tel:    (416) 863-4475<br>Email: dennis.wiebe@dentons.com<br><br>**Robert Kennedy**<br>Tel:    (416) 367-6756<br>Email: robert.kennedy@dentons.com<br><br>**Jonathan Meyer**<br>Tel:    (416) 863-4608<br>Email: jonathan.meyer@dentons.com<br><br>Lawyers for HSBC Bank Canada |
| AND TO: | **DENTONS CANADA LLP**<br>77 King Street West, Suite 400<br>Toronto-Dominion Centre<br>Toronto, ON  M5K 0A1<br><br>**Elaine Gray**<br>Tel:    (416) 863-4775<br>Email: elaine.gray@dentons.com<br><br>Lawyers for Daimler Truck Financial Services Canada Corporation |

| AND TO: | **DENTONS CANADA LLP**<br>77 King Street West, Suite 400<br>Toronto-Dominion Centre<br>Toronto, ON  M5K 0A1<br><br>**Elaine Gray**<br>Tel:    (416) 863-4775<br>Email: elaine.gray@dentons.com<br><br>**Mark A. Freake**<br>Tel:    (416_863-4456<br>Email: mark.freake@dentons.com<br><br>Lawyers for Mercedes-Benz Financial Service Canada Corporation |
|---|---|
| AND TO: | **DENTONS CANADA LLP**<br>77 King Street West, Suite 400<br>Toronto-Dominion Centre<br>Toronto, ON  M5K 0A1<br><br>**John Salmas**<br>Tel:    (416) 863-4737<br>Email: john.salmas@dentons.com<br><br>**Sarah Lam**<br>Tel:    (416) 863-4689<br>Email: sarah.lam@dentons.com<br><br>Lawyers for Bank of Montreal and BMO Bank N.A. |
| AND TO: | **KSV ADVISORY INC.**<br>220 Bay Street, 13th Floor<br>Toronto, Ontario  M5J 2W4<br><br>**Bobby Kofman**<br>Tel:    (416) 932-6228<br>Email: bkofman@ksvadvisory.com<br><br>Financial Advisor to Bank of Montreal |
| AND TO: | **McMILLAN LLP**<br>Brookfield Place, Suite 4400<br>181 Bay Street<br>Toronto, ON  M5J 2T3 |

<table>
<tr><td></td><td>

**Jeffrey Levine**
Tel:    (416) 865-7791
Email: jeffrey.levine@mcmillan.ca

**McMILLAN LLP**
TD Canada Trust Tower
421 7th Avenue S.W., Suite 1700
Calgary AB  T2P 4K9

**Kourtney Rylands**
Tel:    (403) 355-3326
Email: Kourtney.rylands@mcmillan.ca

**Adam C. Maerov**
Tel:    (403) 215-2752
Email: adam.maerov@mcmillan.ca

Lawyers for The Bank of Nova Scotia and Roynat Inc.

</td></tr>
<tr><td>

**AND TO:**

</td><td>

**FASKEN MARTINEAU DuMOULIN LLP**
2400 – 333 Bay Street, Box 20
Toronto ON  M5H 2T6

**Dev Singh**
Tel:    (416) 865-4452
Email: dsingh@fasken.com

**Stuart Brotman**
Tel:    (416) 865-5419
Email: sbrotman@fasken.com

**Daniel Richer**
Email: dricher@fasken.com

Canadian Counsel for Royal Bank of Canada, as Administrative Agent

**AND TO:**

**CHAPMAN AND CUTLER LLP**
320 South Canal Street
Chicago, IL  60606

**Stephen R. Tetro II**
Tel:    1 (312) 845-3859
Email: stetro@chapman.com

</td></tr>
</table>

1396-2328-6539.31

**Michael T. Benz**
Tel:    1 (312) 845-2969
Email: benz@chapman.com

**James P. Sullivan**
Tel:    1 (312) 845-3445
Email: jsulliva@chapman.com

**AND TO:**

**CHAPMAN AND CUTLER LLP**
1270 Avenue of the Americas, 30th Floor
New York, NY  10020-1708

**Yuliya Zahoroda**
Tel:    1 (212) 655-3332
Email: yzahoroda@chapman.com

**AND TO:**

**WOMBLE BOND DICKINSON**
1313 North Market Street, Suite 1200
Wilmington, DE  19801

**Matthew P. Ward**
Tel:    1 (302) 252-4338
Email: matthew.ward@wbd-us.com

**AND TO:**

**WOMBLE BOND DICKINSON**
717 Texas Avenue, Suite 2100
Houston, TX  77002

**Todd A. Atkinson**
Tel:    1 (346) 998-7849
Email: todd.atkinson@wbd-us.com

U.S. counsel to Lawyers for Royal Bank of Canada, as Administrative Agent

| AND TO: | **OSLER, HOSKIN & HARCOURT LLP**<br>100 King Street West<br>1 First Canadian Place<br>Suite 6200, P.O. Box 50<br>Toronto ON  M5X 1B8 |
| --- | --- |

|  | **Tracy Sandler**<br>Tel:    (416) 862-5890<br>Email: tsandler@osler.com<br><br>**John MacDonald**<br>Tel:    (416) 862-5672<br>Email: jmacdonald@osler.com<br><br>**Ben Muller**<br>Tel:    (416) 862-5923<br>Email: bmuller@osler.com<br><br>Lawyers for Royal Bank of Canada, in its capacity as Financial Services Agent |
|---|---|
| **AND TO:** | **BORDEN LADNER GERVAIS LLP**<br>Bay Adelaide Centre, East Tower<br>22 Adelaide Street West, Suite 3400<br>Toronto ON  M5H 4E3<br><br>**Alex MacFarlane**<br>Tel:    (416) 367-6305<br>Cell:   (416) 200-6320<br>Email: amacfarlane@blg.com<br><br>**Nick Hollard**<br>Tel:    (416) 367-6545<br>Cell:   (905) 980-0187<br>Email: nhollard@blg.com<br><br>Lawyers for Royal Bank of Canada, with regard to the lease portfolio of TPINE Leasing Capital Corporation and TPINE Leasing Capital Inc. |
| **AND TO:** | **THE FULLER LANDAU GROUP INC.**<br>151 Bloor Street West, 12th Floor<br>Toronto, ON  M5S 1S4<br><br>**Gary Abrahamson**<br>Email: gabrahamson@fullerllp.com<br><br>Financial Advisor to Royal Bank of Canada |

| | |
|---|---|
| **AND TO:** | **BDO CANADA LIMITED**<br>20 Wellington Street East, Suite 500<br>Toronto, ON  M5E 1C5<br><br>**Josie Parisi**<br>Tel:     (416) 369-6031<br>Email: jparisi@bdo.ca<br><br>**Gary Cerrato**<br>Email: gcerrato@bdo.ca<br><br>Financial Advisor to Royal Bank of Canada |
| **AND TO:** | **ALVAREZ & MARSAL CANADA ULC**<br>Royal Bank Plaza – North Tower<br>200 Bay Street<br>Toronto, ON M5J 2J1<br><br>**Doug McIntosh**<br>Tel:     (416) 847-5150<br>Email: dmcintosh@alvarezandmarsal.com<br><br>**Elese Allin**<br>Tel:     (647) 925-5852<br>Email: eallin@alvarezandmarsal.com<br><br>**Esther Mann**<br>Tel:     (416) 847-5186<br>Email: esther.mann@alvarezandmarsal.com<br><br>**ALVAREZ & MARSAL CANADA ULC**<br>250 6th Avenue SW, Suite 1110<br>Calgary, AB T2P 3H7<br><br>**Duncan MacRae**<br>Tel:     (403) 538-7514<br>Email: dmacrae@alvarezandmarsal.com<br><br>Financial Advisor to Royal Bank of Canada, as Administrative and DIP Agent |
| **AND TO:** | **CHAITONS LLP**<br>5000 Yonge Street<br>10th Floor<br>Toronto ON  M2N 7E9 |

|  | **Harvey Chaiton**<br>Tel:    (416) 218-1129<br>Email: harvey@chaitons.com<br><br>**AND TO:**<br><br>**OSLER, HOSKIN & HARCOURT LLP**<br>Box 50, 1 First Canadian Place<br>Toronto ON  M5X 1B8<br><br>**Marc Wasserman**<br>Tel:    (416) 862-4908<br>Email: mwasserman@osler.com<br><br>**Blair McRadu**<br>Tel:    (416) 862-4204<br>Email: bmcradu@osler.com<br><br>**AND TO:**<br><br>**REED SMITH LLP**<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh PA  15222-2716<br>U.S.A.<br><br>**Jared S. Roach**<br>Tel:    1 (412) 288-3277<br>Email: jroach@reedsmith.com<br><br>Lawyers for Mitsubishi HC Capital Canada, Inc. and Mitsubishi HC Capital America Inc. |
| **AND TO:** | **PALLETT VALO LLP**<br>77 City Centre Drive<br>West Tower, Suite 300<br>Mississauga ON  L5B 1M5<br><br>**John Russo**<br>Tel:    (289) 805-4625<br>Email: jrusso@pallettvalo.com<br><br>**Monty Dhaliwal**<br>Tel:    (289) 805-3921<br>Email: mdhaliwal@pallettvalo.com<br><br>Lawyers for Meridian OneCap Credit Corp. |

| | |
|---|---|
| **AND TO:** | **BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP**<br>33 Bloor Street East, Suite 1000<br>Toronto ON  M4W 3H1<br><br>**Craig Colraine**<br>Tel:     (416) 961-0042<br>Email: colraine@bslsc.com<br><br>**Nikita Tanwar**<br>Tel:     (416) 642-8058<br>Email: nikita@bslsc.com<br><br>Lawyers for PACCAR Financial Ltd., PACCAR Financial Services Ltd., and PACCAR Financial Corp. |
| **AND TO:** | **COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**<br>535 Anton Boulevard, 10th Floor<br>Costa Mesa, CA  92626-1947<br><br>**Kim Gage**<br>Tel:     (714) 431-1090<br>Email: kgage@cookseylaw.com<br><br>Lawyers for Daimler Truck Financial Services USA LLC |
| **AND TO:** | **MUNSCH HARDT KOPF & HARR, P.C.**<br>500 N Akard, Ste 400<br>Dallas, TX 75201<br><br>**Peter C. Hogue**<br>Email: phogue@munsch.com<br><br>Lawyers for Milestone |
| **AND TO:** | **GOODMANS LLP**<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, ON M5H 2S7<br><br>**Caroline Descours**<br>Tel:     (416) 597-6275<br>Email: cdescours@goodmans.ca |

|  | **Erik Axell**<br>Tel:    (416) 840-2579<br>Email: eaxell@goodmans.ca<br><br>**LEWIS RICE LLC**<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri 63101<br><br>**Joseph J. Trad**<br>Tel:    (314) 444-7691<br>Email: jtrad@lewisrice.com<br><br>**Patrick F. Ganninger**<br>Tel:    (314) 444-7833<br>Email: pganninger@lewisrice.com<br><br>**HOLLAND & KNIGHT LLP**<br>100 Congress Ave., Suite 1800<br>Austin, Texas 78701<br><br>**Trip Nix**<br>Tel:    (512) 685-6476<br>Email: trip.nix@hklaw.com<br><br>Lawyers for Regions Equipment Finance Corporation and Regions Commercial Equipment Finance, LLC |
|---|---|
| **AND TO:** | **GOODMANS LLP**<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, ON M5H 2S7<br><br>**Caroline Descours**<br>Tel:    (416) 597-6275<br>Email: cdescours@goodmans.ca<br><br>**Erik Axell**<br>Tel:    (416) 840-2579<br>Email: eaxell@goodmans.ca<br><br>**MAYER BROWN LLP**<br>71 South Wacker Drive<br>Chicago, IL 60606 |

|  | **Sean T. Scott**<br>Tel:    (312) 701-8310<br>Email: STScott@mayerbrown.com<br><br>Counsel to Regions Bank |
|---|---|
| **AND TO:** | **REGIONS BANK**<br>1180 W Peachtree St NW, Suite 1400<br>Atlanta, GA 30309<br><br>**Joseph R. Franke, Managing Director**<br>Email: joseph.franke@regions.com<br><br>**Kyle Shenton**<br>Email: kyle.shenton@regions.com |
| **AND TO:** | **CHAPMAN AND CUTLER LLP**<br>1270 Avenue of the Americas<br>New York, NY  10020<br><br>**Giovanni de Merich**<br>Tel:    (212) 655-2513<br>Email: gdemerich@chapman.com<br><br>Lawyers for The Toronto-Dominion Bank, as Administrative Agent |
| **AND TO:** | **STIKEMAN ELLIOTT LLP**<br>5300 Commerce Court West<br>199 Bay Street<br>Toronto ON  M5L 1B9<br><br>**Lee Nicholson**<br>Tel:    (416) 869-5604<br>Email: leenicholson@stikeman.com<br><br>**Mark McElheran**<br>Tel:    (416) 869-5679<br>Email: mmcelheran@stikeman.com<br><br>**Rania Hammad**<br>Email: rhammad@stikeman.com<br><br>Lawyers for BNY Trust Company of Canada, in its capacity as trustee of MOVE TRUST (in such capacity, the "Trust") and BOAT Capital LP, the manager of the Trust |

1396-2328-6539.31

| AND TO: | **MCCARTHY TÉTRAULT LLP**<br>Suite 5300, TD Bank Tower<br>66 Wellington Street West<br>Toronto, ON  M5K 1E6<br><br>**Jamey Gage**<br>Tel:    (416) 601-7539<br>Email: jgage@mccarthy.ca<br><br>**Trevor Courtis**<br>Tel:    (416) 601-7539<br>Email: tcourtis@mccarthy.ca<br><br>Lawyers for Bennington Financial Corp. |
|---|---|
| AND TO: | **MCCARTHY TETRAULT LLP**<br>Suite MZ400, 1000 De La Gauchetière Street West<br>Montreal QC  H3B 0A2<br><br>**Heather Meredith**<br>Tel:    (416) 725-4453<br>Email: hmeredith@mccarthy.ca<br><br>**Meghan Noel**<br>Tel:    (416) 601-8043<br>Email: mnoel@mccarthy.ca<br><br>Lawyers for National Bank of Canada |
| AND TO: | **GOWLING WLG**<br>1 First Canadian Place<br>100 King Street West<br>Suite 1600<br>Toronto ON  M5X 1G5<br><br>**Thomas Gertner**<br>Tel:    (416) 369-4618<br>Email: thomas.gertner@gowlingwlg.com<br><br>Lawyers for VFS Canada Inc. and VFS US LLC<br><br>**AND TO:**<br><br>**WOMBLE BOND DICKINSON (US) LLP**<br>555 Fayetteville Street, Suite 1100<br>Raleigh, NC  27601 |

| | |
|---|---|
| | **Charlie Livermon**<br>Tel:    (919) 755-2148<br>Email: Charlie.Livermon@wbd-us.com<br><br>**AND TO:**<br><br>**WOMBLE BOND DICKINSON (US) LLP**<br>1313 North Market Street, Suite 1200<br>Wilmington, DE  27601<br><br>**Morgan Patterson**<br>Tel:    (302) 252-4326<br>Email: morgan.patterson@wbd-us.com<br><br>U.S. Counsel for VFS USA LLC |
| **AND TO:** | **MILLER THOMSON LLP**<br>Scotia Plaza<br>40 King Street West, Suite 5800<br>P.O. Box 1011<br>Toronto, ON  M5H 3S1<br><br>**Asim Iqbal**<br>Tel:    (416) 597-6008<br>Email: aiqbal@millerthomson.com<br><br>**Jeffrey Carhart**<br>Tel:    (416) 595-8615<br>Email: jcarhart@millerthomson.com<br><br>**Matthew Cressatti**<br>Tel:    (416) 595-7938<br>Email: mcressatti@millerthomson.com<br><br>Lawyers for CWB Maxium Financial Inc. |
| **AND TO:** | **AIRD & BERLIS LLP**<br>Brookfield Place<br>181 Bay Street, Suite 1800<br>Toronto, ON  M5J 2T9<br><br>**Steve Graff**<br>Tel:    (416) 865-7726<br>Email: sgraff@airdberlis.com |

|  | **Shaun Parsons**<br>Tel:    (416) 637-7982<br>Email: sparsons@airdberlis.com<br><br>Lawyers for TD Equipment Finance Canada |
|---|---|
| **AND TO:** | **TD EQUIPMENT FINANCE CANADA**<br>5045 South Service Road, 4th Floor<br>Burlington, ON  L7L 5Y7<br><br>**Dean Langley, Senior Credit Analyst**<br>Email: dean.langley@td.com |
| **AND TO:** | **TORKIN MANES LLP**<br>151 Yong Street, Suite 1500<br>Toronto, ON  M5C 2W7<br><br>**Stewart Thom**<br>Tel:    (416) 777-5197<br>Email: sthom@torkinmanes.com<br><br>**Michael Tamblyn**<br>Tel:    (416) 777-5366<br>Email: mtamblyn@torkinmanes.com<br><br>Lawyers for 2121043 Ontario Inc. |
| **AND TO:** | **DLA PIPER (CANADA) LLP**<br>1 First Canadian Place, Suite 6000<br>100 King Street West<br>Toronto, ON  M5X 1E2<br><br>**Edmond F.B. Lamek**<br>Tel:    (416) 365-3444<br>Email: edmond.lamek@dlapiper.com<br><br>Lawyers for Advance Business Capital LLC dba Triumph Business Capital |
| **AND TO** | **ADVANCE BUSINESS CAPITAL LLC**<br>**DBA TRIUMPH BUSINESS CAPITAL**<br>615 Canyon Drive, Suite 105<br>Coppell, Texas, USA  75019<br><br>**Danny Mourning, Associate General Counsel**<br>Tel:    (469) 312-7254<br>Email: dmourning@tfin.com |

| | |
|---|---|
| **AND TO:** | **RECONSTRUCT LLP**<br>Royal Bank Plaza, South Tower<br>200 Bay Street<br>Suite 2305, P.O. Box 120<br>Toronto, ON  M5J 2J3<br><br>**Caitlin Fell**<br>Tel:    (416) 613-8282<br>Email: cfell@reconllp.com<br><br>**R. Brendan Bissell**<br>Tel:    (416) 613-0066<br>Email: bbissell@reconllp.com<br><br>**Simran Joshi**<br>Email: sjoshi@reconllp.com<br><br>Canadian Counsel to Versafinance US Corp.<br><br>**AND TO:**<br><br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, Illinois, USA  60603<br><br>**Matthew A. Clemente**<br>Tel:    1 (312) 853-7041<br>Email: mclemente@sidley.com<br><br>**Mark D. Werner**<br>Tel:    1 (312) 853-7041<br>Email: mwerner@sidley.com<br><br>US Counsel to Verasafinance US Corp. |
| **AND TO:** | **FOGLER, RUBINOFF LLP**<br>77 King Street West<br>Suite 300, P.O. Box 95<br>TD Centre North Tower<br>Toronto, ON  M5K 1G8<br><br>**Scott R. Venton**<br>Tel:    (416) 941-8870<br>Email: sventon@foglers.com |

| | |
|---|---|
| | **Vern W. DaRe**<br>Tel:    (416) 941-8842<br>Email: vdare@foglers.com<br><br>Lawyers for the Secured Creditor, Business Development Bank of Canada |
| **AND TO:** | **BUSINESS DEVELOPMENT BANK OF CANADA**<br>1500 – 1133 Melville Street<br>Vancouver, BC  V6E 4E5<br><br>**Robert Prince**<br>Tel:    (506) 874-0863<br>Email: robert.prince@bdc.ca<br><br>**BUSINESS DEVELOPMENT BANK OF CANADA**<br>81 Bay Street, Suite 3700<br>Toronto, ON  M5J 0E7<br><br>**Adam Laiken**<br>Tel:    (416) 954-2617<br>Email: adam.laiken@bdc.ca |
| **AND TO:** | **CASSELS BROCK & BLACKWELL LLP**<br>Suite 3200, Bay Adelaide Centre – North Tower<br>40 Temperance St.<br>Toronto, ON M5H 0B4<br><br>**Monique Sassi**<br>Email: msassi@cassels.com<br><br>**Stephanie Fernandes**<br>Email: sfernandes@cassels.com<br><br>**AND TO**<br><br>**VEDDERPRICE**<br>1633 Broadway, 31st Floor<br>New York, NY 10019<br><br>**David L. Kane**<br>Email: dkane@vedderprice.com<br><br>Lawyers for Flagstar Financial & Leasing LLC |

| | |
|---|---|
| **AND TO:** | **SHELL USA, INC.**<br>150 N. Cairy Ashford Road<br>Houston, TX  77079<br><br>**Any Nguyen**<br>Email: anh.nguyen2@shell.com<br>          bankruptcy-notices@shell.com<br><br>Counsel to Shell Canada Products |
| **AND TO:** | **GARFIN ZEIDENBERG LLP**<br>5255 Yonge Street, Suite 800<br>Toronto, ON  M2N 6P4<br><br>**David Downs**<br>Tel:     (416) 642-5406<br>Email: dd@gzlegal.com<br><br>Lawyers for Canadian Western Bank |
| **AND TO:** | **UPDIKE KELLY & SPELLACY, P.C.**<br>225 Asylum Street, 20th Floor<br>Hartford, CT  06103<br><br>**Evan S. Goldstein, Esq.**<br>Email: egoldstein@uks.com<br><br>Lawyers for M&T Capital and Leasing Corporation and Webster Capital Finance, Inc. |
| **AND TO:** | **M&T CAPITAL AND LEASING CORPORATION**<br>850 Main Street, BC03/RC871<br>Bridgeport, CT  06604<br><br>**Robert Van Pine, Senior Vice President**<br>Email: rvantine@mtb.com |
| **AND TO:** | **WEBSTER CAPITAL FINANCE, INC.**<br>200 Executive Blvd., Mail SO – 220<br>Southington, CT  06489<br><br>**Lee Rosenkrantz**<br>Email: lrosenkrantz@websterbank.com |

| AND TO: | **RZCD LAW FIRM LLP**<br>700 – 77 City Centre Drive<br>Mississauga, ON  L5B 1B5<br><br>**Bickrumjit "Bicky" Dhugga**<br>Tel:    (905) 848-6100, Ext. 232<br>Email: bicky@rzcdlaw.com<br><br>Lawyers for 1519950 Ontario Inc. o/a New Millenium Tire Centre, New Millenium Tire Woodstock Inc., New Millenium Tire Bolton Ltd., New Millenium Edmonton Tire & Lube Ltd., 2138692 Ontario Inc. o/a New Millenium Tire Centre, and New Millenium Tire Centre Ltd. (collectively "New Millenium Tire") |
|---|---|
| AND TO: | **PRIDE GROUP ENTERPRISES**<br>400 Spectrum Center Drive, Suite 280<br>Irvine, CA  92618<br><br>**Amtoj S. Randhawa, Chief Legal Officer**<br>Tel:    (949) 749-2185<br>Email: amtoj.randhawa@pridegroupenterprises.com |
| AND TO: | **LOOPSTRA NIXON LLP**<br>130 Adelaide Street West –Suite 2800<br>Toronto, ON  M5H 3P5<br><br>**Graham Phoenix**<br>Tel:    (416) 748-4776<br>Email: gphoenix@LN.law<br><br>Lawyers for FINLOC 2000 Inc. and Republic Bank of Chicago |
| AND TO: | **FINLOC 2000 INC.**<br>11505, 1st Avenue, Suite 500<br>Saint-Georges, QC  G5Y 7X3<br><br>**Morgan Tyler**<br>Email: morgan.tyler@finloc.com |

| AND TO: | **REPUBLIC BANK OF CHICAGO**<br>2221 Camden Court<br>Oak Brook, IL  60523<br><br>**Brad Griffen**<br>Tel:      630-822-7200<br>Email: bgriffin@republicebank.com |
|---------|------------------------------------------------------------|
| AND TO: | **MANIS LAW**<br>2300 Yonge Street, Suite 1600<br>Toronto, ON  M4P 1E4<br><br>**Howard Manis**<br>Email: hmanis@manislaw.ca<br><br>Lawyers for the Creditors:  Dallas County, Bexar County, City of El Paso, Harris County Emergency Services District No. 12, City of Houston, Houston Community College System, Houston Independent School District, and Tarrant County. |
| AND TO: | **TOTAL ONE LOGISTICS**<br>220 – 1020, Boulevard Monseigneur Langlois<br>Salaberry-de-Valleyfield, QC  J6S 0MS<br><br>**Kyleigh Lapierre, Chief Legal Officer**<br>Tel:      (514) 393-0386, ext: 202<br>Email: kylapierre@totalonelogistics.com |
| AND TO: | **LAVERY, DE BILLY S.E.N.C.R.L.**<br>1, place Ville-Marie, Suite 4000<br>Montreal, QC  H3B 4M4<br><br>**Ouassim Tadlaoui**<br>Email: otadlaoui@lavery.ca<br><br>**Sophie Crevier**<br>Email: screvier@lavery.ca<br><br>Legal counsel to Bleu Tech Montréal Inc. (Tenant of 13184633 Canada Inc.) |
| AND TO: | **DICKINSON WRIGHT LLP**<br>199 Bay Street<br>Suite 2200, Box 447<br>Commerce Court Postal Station<br>Toronto, ON  M5L 1G4 |

| | **Lisa S. Corne**<br>Tel:     (416) 646-4608<br>Email: lcorne@dickinsonwrigh.com<br><br>Lawyers for Dickinson Wright PLLC |
|---|---|

*Ministries, CRA, etc.:* [1]

| **AND TO:** | **MINISTER OF FINANCE**<br>**INSOLVENCY UNIT**<br>6th Floor, 33 King Street West<br>Oshawa, ON  L1H 8H5<br><br>**Insolvency Unit**<br>Email: insolvency.unit@ontario.ca |
|---|---|
| **AND TO:** | **ATTORNEY GENERAL OF CANADA**<br>Department of Justice Canada<br>Ontario Regional Office,<br>120 Adelaide Street West, Suite 400<br>Toronto, ON  M5H 1T1<br><br>**Attn: Intake Office**<br>Email: AGC-PGC.Toronto-Tax-Fiscal@justice.gc.ca<br><br>**Fozia Chaudary**<br>Email: fozia.chaudary@justice.gc.ca<br><br>**Meggie Johnson**<br>Email: meggie.johnson@justice.gc.ca<br><br>**Kevin Dias**<br>Email: kevin.dias@justice.gc.ca<br><br>**Sandra Palma**<br>Email: sandra.palma@cra-arc.gc.ca<br><br>Lawyers for the Respondent, His Majesty the King in Right of Canada as represented by the Canada Revenue Agency |

---

[1] *Section titles are for managing the Service List only.*

| AND TO: | **OFFICE OF THE SUPERINTENDENT OF BANKRUPTCY CCAA TEAM**<br>Innovation, Science and Economic Development Canada<br>300 Georgia Street W, Suite 2000<br>Vancouver, BC  V6B 6E1<br><br>Email: osbccaa-laccbsf@ised-isde.gc.ca |
|---|---|

*PPSA Parties:*

| AND TO: | **WELLS FARGO EQUIPMENT FINANCE COMPANY**<br>1100 - 1290 Central Parkway West<br>Mississauga ON  L5C 4R3<br><br>**Nyna Bishop**<br>Tel:     (905) 361-1710<br>Email: nyna.bishop@wellsfargo.com<br><br>Secured Party – PPSA |
|---|---|
| AND TO: | **FIRST AMERICAN COMMERCIAL BANCORP INC.**<br>211 High Point Drive<br>Victor, NY  14564<br><br>**Chris Wuest, Senior Vice President, Asset Management**<br>Tel:     1 (585) 643-3270<br>Email: chris.wuest@faef.com<br><br>Secured Party – PPSA |
| AND TO: | **ROYAL BANK OF CANADA**<br>200 Bay Street<br>Toronto, ON M5J 2J5<br><br>**James Cogill, Managing Director, Counterparty Credit Risk**<br>Tel:     (416) 842-5477<br>Email: james.cogill@rbccm.com |
| AND TO: | **ROYAL BANK OF CANADA**<br>20 King Street West, 2nd Floor<br>Toronto, ON M5H 1C4<br><br>**Brad Newton, Senior Director, Group Risk Management**<br>Tel:     (416) 974-9735<br>Email: brad.d.newton@rbc.com |

| | |
|---|---|
| **AND TO:** | **BMO CAPITAL MARKETS**<br><br>**Estelle L. Richmond, Associate General Counsel & Managing Director**<br>Tel:    (416) 867-4741<br>Email: estelle.richmond@bmo.com<br><br>Secured Party – PPSA |
| **AND TO:** | **GM FINANCIAL CANADA LEASING LTD.**<br>2001 Sheppard Avenue, Suite 600<br>Toronto ON  M2J 4Z8<br><br>Email: mike.timco@asset.net<br><br>Secured Party – PPSA |
| **AND TO:** | **THERMO KING TORONTO**<br>6100 Chemin St.<br>Francois St-Laurent, QC  H4S 1B7<br><br>Email: justin.lapoint@thermoking.ca<br>          sonia.dhairo@odwyergroup.ca<br><br>Secured Party – PPSA |
| **AND TO:** | **ARMAAN TRUCK REPAIR INC.**<br>31 Paddington Road<br>Brampton, ON  L6P 2E3<br><br>Secured Party – PPSA |
| **AND TO:** | **DE LAGE LANDEN FINANCIAL SERVICES CANADA INC.**<br>5046 Mainway, Unit 1<br>Burlington, ON  L7L 5Z1<br><br>Email: lossrecovery@leasedirect.com<br><br>Secured Party – PPSA |

| AND TO: | **LBEL INC.**<br>5035 South Service Road<br>Burlington, ON  L7R 4C8<br><br>Email: daniela.verrelli@lbccapital.ca<br><br>Secured Party – PPSA |
|---|---|
| AND TO: | **SHARP ELECTRONICS OF CANADA LTD**<br>5035 South Service Road<br>Burlington, ON  L7L 6M9<br><br>Email: daniela.verrelli@lbccapital.ca<br><br>Secured Party – PPSA |
| AND TO: | **FORD CREDIT CANADA COMPANY**<br>P.O. Box 2000, The Canadian Road<br>Oakville ON  L6J 5E4<br><br>Email: pclar131@ford.com<br><br>Secured Party – PPSA |
| AND TO: | **FORD CREDIT CANADA COMPANY**<br>17187 114 Ave NW<br>Edmonton, AB  T5S 2N5<br><br>Email: pclar131@ford.com<br><br>Secured Party – PPSA |
| AND TO: | **GRAND TOURING AUTOMOBILES O/A GRAND TOURING FINANCIAL SERVICES**<br>777 Dundas Avenue East<br>Toronto ON  M4M 0E2<br><br>Email: gpaservicereception@grandtouringautos.com<br><br>Secured Party – PPSA |

| | |
|---|---|
| **AND TO:** | **STOUGHTON TRAILERS CANADA CORPORATION**<br>416 S. Academy Street<br>Stoughton WI 53589<br>USA<br><br>Email: dmanthe@stoughtontrailers.com<br><br>Secured Party – PPSA |
| **AND TO:** | **COAST CAPITAL EQUIPMENT FINANCE LTD.**<br>800 – 9900 King George Boulevard<br>Surrey BC  V3T 0K7<br><br>Email: wroberts@lawsonlundell.com<br>mdhaliwal@lawsonlundell.com<br>bhunt@lawsonlundell.com<br><br>Secured Party – PPSA |
| **AND TO:** | **RDS AUTO TRUCK**<br>2110 Kipling Avenue N 1265<br>Toronto ON  M9W 4K5<br><br>Secured Party – PPSA |
| **AND TO:** | **ATCO STRUCTURES & LOGISTICS LTD.**<br>115 Peacekeepers Drive SW<br>Calgary AB  T3E 7X4<br><br>**Jennifer Harpe, Senior Accounts Receivables and Collections**<br>Tel:     587-215-4555<br>Email: jennifer.harpe@atco.com<br><br>Secured Creditor – PPSA |
| **AND TO:** | **JONJO TRANSPORT REFRIGERATION LIMITED O/A THERMO KING EASTERN CANADA**<br>6243 Netherhart Road<br>Mississauga ON  L5T 1G5<br><br>Email: justin.lapoint@thermoking.ca<br>sonia.dhairo@odwyergroup.ca<br><br>Secured Party – PPSA |

| AND TO: | **VW CREDIT CANADA INC.**<br>500 – 1340 Pickering Parkway<br>Pickering ON  L1V 0C4<br><br>Email: vciccmsc@vwcredit.com<br><br>Secured Party – PPSA |
|---|---|
| AND TO: | **GREATAMERICA FINANCIAL SERVICES CORPORATION**<br>625 First Street<br>Cedar Rapids IA  524012030<br><br>Email: dpetersen@greatamerica.com<br><br>Secured Party – PPSA |

*Insurer / Broker, etc.*

| AND TO: | **ZURICH INSURANCE COMPANY LTD.**<br>First Canadian Place, 100 King Street West<br>Toronto, ON  M5X 1C9<br><br>Email: courtney.odonnell@zurich.com<br><br>Insurer |
|---|---|
| AND TO: | **ARTHUR J. GALLAGHER CANADA LIMITED**<br>Suite 430-55 Standish Court<br>Mississauga ON  L5R 4B2<br><br>**Frank Reda, Chief Legal**<br>Email: frank_reda@ajg.com<br><br>Insurance Broker |
| AND TO: | **LLOYD'S UNDERWRITERS**<br>Royal Bank Plaza South Tower, 200 Bay Street, Suite 2930, P.O. Box 51<br>Toronto ON  M5J 2J2<br><br>Email: enquiries@lloyds.com<br><br>Insurance Underwriters |

| AND TO: | **TOWERHILL INSURANCE UNDERWRITERS INC.**<br>aka Excess Underwriting<br>7100 Woodbine Avenue, Suite 301<br>Markham ON  L3R 5J2<br><br>Email: info@excessunderwriting.ca<br><br>Insurance Coverholder |
|---|---|
| AND TO: | **HDI GLOBAL SPECIALTY SE**<br>130 Adelaide St W, Suite 3400<br>Toronto, ON  M5H 3P5<br><br>Email: hgs_canada_contact@hdi-specialty.com<br><br>Insurer |
| AND TO: | **BFL CANADA RISK & INS SERVICES INC - TOR**<br>181 University Ave. Suite 1700<br>Toronto, ON M5H 3M7<br><br>Email: rhill@bflcanada.ca<br><br>Insurance Broker |
| AND TO: | **CHUBB GROUP OF INSURANCE COMPANIES /<br>FEDERAL INSURANCY COMPANY**<br>202B Hall's Mill Road<br>Whitehouse Station, NJ 08889<br><br>Email: bankruptcy.legal@chubb.com<br><br>Insurer |
| AND TO: | **LIBERTY MUTUAL INSURANCE COMPANY**<br>Suite 900, 181 Bay Street<br>Toronto, ON  M5J 2T3<br><br>Email: infocanada@libertymutual.com<br><br>Insurer |

*Other:*

| AND TO: | **TBK BANK, SSB**<br>12700 Park Central Drive, Suite 1700<br>Dallas TX 75251<br><br>Email: jenner@lcrclaw.com |
|---|---|
| AND TO: | **JOHN HENRY SMITH LAND INC.**<br>Box 266, Stn Main<br>Simcoe, ON  N3Y 4L1<br><br>**John Henry Smith (Director & Officer)**<br>Email: jhsmith@jhsholdings.com |
| AND TO: | **JOHN HENRY SMITH LAND INC.**<br>16 Werret Avenue<br>Simcoe, ON  N3Y 5N5<br><br>**John Henry Smith (Director & Officer)**<br>Email: jhsmith@jhsholdings.com |
| AND TO: | **HUSKY OIL OPERATIONS LIMITED**<br>**(CURRENTLY CENOVUS ENERGY INC.)**<br>707 - 8th Avenue S.W., P.O. Box 6525, Station D<br>Calgary, AB  T2P 3G7<br><br>**Copy to:**<br><br>**Kathy Ruhe (Senior Paralegal)**<br>Email: kathy.ruhe@cenovus.com<br><br>**Amy Gillespie (Senior Manager & Associate General Counsel)**<br>Email: amy.gillespie@cenovus.com |
| AND TO: | **HALTON HILL HYDRO INC.**<br>43 Alice Street<br>Acton, ON  L7J 2A9<br><br>**Scott Knapman (President & CEO)**<br>Email: sknapman@haltonhillshydro.com;<br><br>**Matthew Wright (Director, Engineering and Operations)**<br>Email: matthew@haltonhillshydro.com |

**Copy to:**

**ARNOLD FOSTER LLP**
201-232 Guelph St.
Halton Hills, ON  L7G 4B1

**Herbert Arnold**
Tel:     (905) 873-0204
Email: htaesq@aol.com

**Thomas Arnold**
Email: tarnold@arnold-foster.com

**Email Service List**

lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca; iferreira@tgf.ca;
penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com;
dabbott@morrisnichols.com; Alex.F.Morrison@parthenon.ey.com;
Karen.K.Fung@parthenon.ey.com; Simone.Carvalho@parthenon.ey.com;
Michael.Hayes@parthenon.ey.com; Emily.Masry@parthenon.ey.com;
Alexander.Slovic@parthenon.ey.com; pamela.huff@blakes.com; kelly.bourassa@blakes.com;
chris.burr@blakes.com; christopher.keliher@blakes.com; daniel.loberto@blakes.com;
kevin.wu@blakes.com; nancy.thompson@blakes.com; r.benson@rcbensonconsulting.com;
sahnir@bennettjones.com; fosterj@bennettjones.com; dennis.wiebe@dentons.com;
robert.kennedy@dentons.com; jonathan.meyer@dentons.com; elaine.gray@dentons.com;
mark.freake@dentons.com; john.salmas@dentons.com; sarah.lam@dentons.com;
bkofman@ksvadvisory.com; jeffrey.levine@mcmillan.ca; Kourtney.rylands@mcmillan.ca;
adam.maerov@mcmillan.ca; dsingh@fasken.com; sbrotman@fasken.com; dricher@fasken.com;
stetro@chapman.com; benz@chapman.com; jsulliva@chapman.com;
yzahoroda@chapman.com; matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com;
tsandler@osler.com; jmacdonald@osler.com; bmuller@osler.com; amacfarlane@blg.com;
nhollard@blg.com; gabrahamson@fullerllp.com; jparisi@bdo.ca; gcerrato@bdo.ca;
dmcintosh@alvarezandmarsal.com; eallin@alvarezandmarsal.com;
esther.mann@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com; harvey@chaitons.com;
mwasserman@osler.com; bmcradu@osler.com; jroach@reedsmith.com;
jrusso@pallettvalo.com; mdhaliwal@pallettvalo.com; colraine@bslsc.com; nikita@bslsc.com;
kgage@cookseylaw.com; phogue@munsch.com; cdescours@goodmans.ca;
eaxell@goodmans.ca; jtrad@lewisrice.com; pganninger@lewisrice.com; trip.nix@hklaw.com;
STScott@mayerbrown.com; joseph.franke@regions.com; kyle.shenton@regions.com;
gdemerich@chapman.com; leenicholson@stikeman.com; mmcelheran@stikeman.com;
rhammad@stikeman.com; jgage@mccarthy.ca; tcourtis@mccarthy.ca; hmeredith@mccarthy.ca;
mnoel@mccarthy.ca; thomas.gertner@gowlingwlg.com; Charlie.Livermon@wbd-us.com;
morgan.patterson@wbd-us.com; aiqbal@millerthomson.com; jcarhart@millerthomson.com;
mcressatti@millerthomson.com; sgraff@airdberlis.com; sparsons@airdberlis.com;
dean.langley@td.com; sthom@torkinmanes.com; mtamblyn@torkinmanes.com;
edmond.lamek@dlapiper.com; dmourning@tfin.com; cfell@reconllp.com;
bbissell@reconllp.com; sjoshi@reconllp.com; mclemente@sidley.com; mwerner@sidley.com;
sventon@foglers.com; vdare@foglers.com; robert.prince@bdc.ca; adam.laiken@bdc.ca;
msassi@cassels.com; sfernandes@cassels.com; dkane@vedderprice.com;
anh.nguyen2@shell.com; bankruptcy-notices@shell.com; dd@gzlegal.com;
egoldstein@uks.com; rvantine@mtb.com; lrosenkrantz@websterbank.com;
bicky@rzcdlaw.com; amtoj.randhawa@pridegroupenterprises.com; gphoenix@ln.law;
morgan.tyler@finloc.com; bgriffin@republicbank.com; hmanis@manislaw.ca;
kylapierre@totalonelogistics.com; otadlaoui@lavery.ca; screvier@lavery.ca;
lcorne@dickinsonwright.com; insolvency.unit@ontario.ca; AGC-PGC.Toronto-Tax-
Fiscal@justice.gc.ca; fozia.chaudary@justice.gc.ca; meggie.johnson@justice.gc.ca;
kevin.dias@justice.gc.ca; sandra.palma@cra-arc.gc.ca; osbccaa-laccbsf@ised-isde.gc.ca;
nyna.bishop@wellsfargo.com; chris.wuest@faef.com; james.cogill@rbccm.com;

- 2 -

brad.d.newton@rbc.com; estelle.richmond@bmo.com; mike.timko@asset.net;
justin.lapoint@thermoking.ca; sonia.dhairo@odwyergroup.ca; lossrecovery@leasedirect.com;
daniela.verrelli@lbccapital.ca; pclar131@ford.com;
gpaservicereception@grandtouringautos.com; dmanthe@stoughtontrailers.com;
wroberts@lawsonlundell.com; mdhaliwal@lawsonlundell.com; bhunt@lawsonlundell.com;
jennifer.harpe@atco.com; vciccmsc@vwcredit.com; dpetersen@greatamerica.com;
courtney.odonnell@zurich.com; frank_reda@ajg.com; enquiries@lloyds.com;
info@excessunderwriting.ca; hgs_canada_contact@hdi-specialty.com; rhill@bflcanada.ca;
bankruptcy.legal@chubb.com; infocanada@libertymutual.com; jenner@lrclaw.com;
jhsmith@jhsholdings.com; kathy.ruhe@cenovus.com; amy.gillespie@cenovus.com;
sknapman@haltonhillshydro.com; mattheww@haltonhillshydro.com; htaesq@aol.com;
tarnold@arnold-foster.com;

# SCHEDULE "A"

## A. APPLICANTS

### Operating Entities

*Canadian Operating Entities*

- PRIDE TRUCK SALES LTD.
- TPINE TRUCK RENTAL INC.
- PRIDE GROUP LOGISTICS LTD.
- PRIDE GROUP LOGISTICS INTERNATIONAL LTD.
- TPINE LEASING CAPITAL CORPORATION
- DIXIE TRUCK PARTS INC.
- PRIDE FLEET SOLUTIONS INC.
- TPINE FINANCIAL SERVICES INC.
- PRIDE GROUP EV SALES LTD.

*U.S. Operating Entities*

- TPINE RENTAL USA, INC.
- PRIDE GROUP LOGISTICS USA, CO.
- ARNOLD TRANSPORTATION SERVICES, INC.
- DIXIE TRUCK PARTS INC.
- TPINE FINANCIAL SERVICES CORP.
- PARKER TRANSPORT CO.
- PRIDE FLEET SOLUTIONS USA INC.

### Real Estate Holding Companies

*Canadian Real Estate Holding Companies*

- 2029909 ONTARIO INC.
- 2076401 ONTARIO INC.
- 1450 MEYERSIDE HOLDING INC.
- 933 HELENA HOLDINGS INC.
- 30530 MATSQUI ABBOTSFORD HOLDING INC.
- 2863283 ONTARIO INC.
- 2837229 ONTARIO INC.
- 2108184 ALBERTA LTD.
- 12944154 CANADA INC.
- 13184633 CANADA INC.
- 13761983 CANADA INC.
- 102098416 SASKATCHEWAN LTD.

- 2 -

- 177A STREET SURREY HOLDING INC.
- 52 STREET EDMONTON HOLDING INC.
- 84 ST SE CALGARY HOLDINGS INC.
- 68TH STREET SASKATOON HOLDING INC.
- 3000 PITFIELD HOLDING INC.

*U.S. Real Estate Holding Companies*

- PGED HOLDING, CORP.
- HIGH PRAIRIE TEXAS HOLDING CORP.
- 131 INDUSTRIAL BLVD HOLDING CORP.
- 59TH AVE PHOENIX HOLDING CORP.
- DI MILLER DRIVE BAKERSFIELD HOLDING CORP.
- FRONTAGE ROAD HOLDING CORP.
- ALEXIS INVESTMENTS, LLC
- TERNES DRIVE HOLDING CORP.
- VALLEY BOULEVARD FONTANA HOLDING CORP.
- HIGHWAY 46 MCFARLAND HOLDING CORP.
- TERMINAL ROAD HOLDING, CORP.
- BISHOP ROAD HOLDING CORP.
- OLD NATIONAL HIGHWAY HOLDING CORP.
- 11670 INTERSTATE HOLDING, CORP.
- 401 SOUTH MERIDIAN OKC HOLDING CORP.
- 8201 HWY 66 TULSA HOLDING CORP.
- EASTGATE MISSOURI HOLDING CORP.
- FRENCH CAMP HOLDING CORP.
- 87TH AVENUE MEDLEY FL HOLDING CORP.
- LOOP 820 FORT WORTH HOLDING CORP.
- 162 ROUTE ROAD TROY HOLDING CORP.
- CRESCENTVILLE ROAD CINCINNATI HOLDING CORP.
- MANHEIM ROAD HOLDING CORP.
- 13TH STREET POMPANO BEACH FL HOLDING CORP.
- EAST BRUNDAGE LANE BAKERSFIELD HOLDING CORP.
- CORRINGTON MISSOURI HOLDING CORP.
- 963 SWEETWATER HOLDING CORP.
- OAKMONT DRIVE IN HOLDING CORP.

**Other Holding Companies**

*Other Canadian Holding Companies*

- 2692293 ONTARIO LTD.
- 2043002 ONTARIO INC.
- PRIDE GROUP HOLDINGS INC.
- 2554193 ONTARIO INC.

- 3 -

- 2554194 ONTARIO INC.
- PRIDE GROUP REAL ESTATE HOLDINGS INC.
- 1000089137 ONTARIO INC.

*Other U.S. Holding Companies*

- COASTLINE HOLDINGS, CORP.
- PARKER GLOBAL ENTERPRISES, INC.
- DVP HOLDINGS, CORP.

## B. LIMITED PARTNERSHIPS

*U.S. Limited Partnerships*

- PRIDE TRUCK SALES L.P.
- TPINE LEASING CAPITAL L.P.
- SWEET HOME HOSPITALITY L.P.

## C. ADDITIONAL STAY PARTIES

*Canadian Additional Stay Parties*

- BLOCK 6 HOLDING INC.
- 2500819 ONTARIO INC.

*U.S. and Other Additional Stay Parties*

- PERGOLA HOLDINGS, CORP.
- PRIDE GLOBAL INSURANCE COMPANY LTD.

Court File No. CV-24-00717340-00CL

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,* R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** and those Applicants listed on **Schedule "A"** hereto

APPLICANTS

**INDEX**

| Tab | | Description |
|---|---|---|
| 1. | | Notice of Motion, dated July 5, 2024 |
| 2. | | Affidavit of Sue Santos, affirmed 5, 2024 |
| | A. | Exhibit "A" – Second Amended and Restated Initial Order |
| | B. | Exhibit "B" – Financing Offer |
| | C. | Exhibit "C" – Canadian Floorplan Agreement |
| | D. | Exhibit "D" – U.S. Floorplan Agreement |
| | E. | Exhibit "E" – Purchase-Money Security Interest Notices sent to Pride creditors |
| | F. | Exhibit "F" – List of Floorplan Assets Financed by Mitsubishi Capital |
| | G. | Exhibit "G" – Notice of Defaults and Reservation of Rights letter from Mitsubishi Capital to Pride dated December 21, 2023 |
| | H. | Exhibit "H" – Letter from Mitsubishi Capital to Pride dated March 7, 2024 |
| | I. | Exhibit "I" – First Governance Protocol |
| | J. | Exhibit "J" – Letter from Mitsubishi Capital to Pride dated May 1, 2024 |
| | K. | Exhibit "K" – Email thread between the Monitor to Mitsubishi Capital dated May 6-8, 2024 |
| | L. | Exhibit "L" – Letter from Pride to Mitsubishi Capital dated May 8, 2024 |
| | M. | Exhibit "M" – Letter from Mitsubishi Capital to Pride dated May 13, 2024 |
| | N. | Exhibit "N" – Letter from Pride to Mitsubishi Capital dated May 14, 2024 |
| | O. | Exhibit "O" – AR Protocols Order |

| | | |
|---|---|---|
| | P. | Exhibit "P" – Letter from Mitsubishi Capital to Pride dated May 20, 2024 |
| | Q. | Exhibit "Q" – Letter from Pride to Mitsubishi Capital dated May 27, 2024 |
| | R. | Exhibit "R" – List of Repossessed Securitization Assets Known to Mitsubishi Capital |
| | S. | Exhibit "S" – Canadian Floorplan Security Summary |
| | T. | Exhibit "T" – U.S. Floorplan Security Summary |
| | U. | Exhibit "U" – List of Unencumbered Assets |
| | V. | Exhibit "V" – List of Mitsubishi Capital Floorplan Assets Leased Out of Trust But Not Yet Pledged to a Securitization Party |
| | W. | Exhibit "W" – List of Mitsubishi Capital Floorplan Assets Leased Out of Trust and Pledged to Another Securitization Party |

Court File No. CV-24-00717340-00CL

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,* R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** and those Applicants listed on **Schedule "A"** hereto

APPLICANTS

**NOTICE OF MOTION**
**(Motion to Amend the Amended and Restated Protocols**
**Order, Release Certain Assets, and Transfer Certain Leases)**

Mitsubishi HC Capital America, Inc., Mitsubishi HC Capital Canada, Inc. and Mitsubishi HC Capital Canada Leasing, Inc. (collectively, "**Mitsubishi Capital**"), will make a Motion before the Honourable Justice Osborne of the Ontario Superior Court of Justice (Commercial List) on a date to be fixed by the Court.

**PROPOSED METHOD OF HEARING**: The Motion is to be heard

☐ In writing
☐ In person
☐ By telephone conference
☒ By video conference

at the following location:

330 University Avenue, Toronto, Ontario

**THE MOTION IS FOR**

1.     An Order (the "**Release of Assets Order**") that lifts the stay of proceedings to provide, among other things, that:

- 2 -

(a)    for each vehicle, trailer, piece of equipment or other piece of personal property (each, a "**Vehicle**") that Mitsubishi Capital has a security interest in, that is not identified as a Multiple Collateral Vehicle in the Monitor's Database following the Monitor's Database Closing Date[1], that Mitsubishi Capital be permitted to collect such Floorplan Asset for sale outside these proceedings;

(b)    for each Vehicle that Mitsubishi Capital has a security interest in, that is identified as a Multiple Collateral Vehicle in the Monitor's Database following the Monitor's Database Closing Date, that Mitsubishi Capital be permitted to collect such Vehicle for sale outside these proceedings as soon as it is finally determined, pursuant to the Entitlement Claims Process, that Mitsubishi Capital has a priority claim in such Vehicle;

2.    An Order that Mitsubishi Capital be permitted to immediately collect all of Mitsubishi Capital's Repossessed Securitization Assets (as defined below) currently held by Pride (the "**Repossessed Securitization Assets Order**");

3.    An Order transferring certain leases, and the proceeds received under those leases to date, to Mitsubishi Capital (the "**Lease Transfer Order**"); and

4.    Such further and other relief as this Honourable Court may deem just.

---

[1] Capitalized terms not otherwise defined have the meanings given to them in the Affidavit of Sue Santos affirmed July 5, 2024.

- 3 -

## THE GROUNDS FOR THE MOTION ARE

### Agreements Between Mitsubishi Capital and the Pride Group

5.      Mitsubishi Capital and Pride Group Holdings Inc. and certain of its affiliates (collectively, the "**Pride Entities**") are parties to a series of agreements and instruments (the "**Pride Agreements**") pursuant to which Mitsubishi Capital provided financing to certain of the Pride Entities. Mitsubishi Capital's current exposure is in excess of $300 million.

6.      The Pride Agreements include, among others:

   (a)      a Floorplan and Security Agreement dated March 23, 2023, among Pride Truck Sales Ltd., Tpine Leasing Capital Corporation, Tpine Truck Rental Inc. and Mitsubishi Canada (the "**Canadian Floorplan Agreement**");

   (b)      a Floorplan and Security Agreement dated November 21, 2018, between Pride Truck Sales L.P. and Mitsubishi America (the "**U.S. Floorplan Agreement**" and, together with the Canadian Floorplan Agreement, the "**Floorplan Agreements**"); and

   (c)      a Master Purchase and Servicing Agreement dated March 23, 2023 (amended December 14, 2023), among Mitsubishi Canada, Mitsubishi Leasing and Tpine Leasing Capital Corporation and Pride Truck Sales Ltd. (the "**MPSA**"), pursuant to which Pride leases trucks and equipment to third-party lessees and then sells a package of those leases to Mitsubishi Capital, while retaining responsibility for administering and servicing the leases. Under this arrangement, Mitsubishi Capital acquires both ownership of the trucks and equipment leased to the third-party lessees as well as the right to receive payments under the leases.

- 4 -

7.      Pursuant to the Floorplan Agreements:

(a)      Mitsubishi Capital provided the Pride Entities with financing to purchase Vehicles and other inventory for sale (collectively, the "**Floorplan Assets**");

(b)      Mitsubishi Capital was granted a first priority security interest in the Floorplan Assets;

(c)      the Pride Entities agreed that when they sold or otherwise disposed of a Vehicle financed by Mitsubishi Capital to a third-party, the respective Pride Entities would use the proceeds of sale or disposition to repay the amounts advanced in respect of that Vehicle; and

(d)      in the event of a Default, Mitsubishi Capital is entitled to immediately demand repayment of all amounts advanced to the Pride Entities and take possession of all Collateral, among other remedies.

8.      Pursuant to the MPSA:

(a)      Pride leased trucks and equipment to third-party lessees and then sold a package of those leases to Mitsubishi Capital, while retaining responsibility for administering and servicing the leases; and

(b)      Mitsubishi Capital from time to time entered into agreements with Pride pursuant to which it acquired both ownership of the trucks and equipment leased to the third-party lessees (the "**Securitization Assets**") as well as the right to receive payments under the leases.

- 5 -

**The Pride Entities Defaulted Under the Pride Agreements**

9.      During the terms of the Pride Agreements, Mitsubishi Capital made, from time to time, numerous advances under the Floorplan Agreements, among other Pride Agreements.

10.     The Pride Entities are in default under the Floorplan Agreements.

**The *CCAA* Proceedings**

11.     On March 27, 2024, the Pride Entities were granted protection under the *CCAA* pursuant to an Initial Order (the "**Initial Order**") of the Ontario Superior Court of Justice (Commercial List).

12.     The Initial Order, among other things: (i) appointed Ernst & Young Inc. as the Monitor (the "**Monitor**"); (ii) appointed RC Benson Consulting Inc. as the Chief Restructuring Officer; (iii) permitted the Pride Entities to continue to carry on business in a manner consistent with the preservation of their business and Property (as defined in the Initial Order); (iv) entitled the Pride Entities to sell Vehicles in the ordinary course of business; and (v) entitled the Pride Entities to remit to creditors amounts collected with respect to the sale of Vehicles in the ordinary course of business as well as amounts collected by the Pride entities under leases serviced by the Pride Entities on behalf of particular creditors.

13.     The Initial Order also approved a Governance Protocol (the "**First Governance Protocol**") pursuant to which the Pride Entities could continue to sell Vehicles in the ordinary course of their business and remit the proceeds of sale to Financiers with priority interests in the subject Vehicles.

14.     On April 9, 2024, the Court issued an Order (the "**Protocols Order**"), further approving the First Governance Protocol.

- 6 -

**The Pride Entities Seek Mitsubishi Capital's Consent to Sell Floorplan Assets**

15.     Pursuant to the First Governance Protocol and the procedure outlined in the Monitor's First Report, the Pride Entities sought Mitsubishi Capital's consent to sell certain Vehicles in April 2024. Mitsubishi Capital was limited to the binary choice of either: (i) accepting the terms of the proposed sale, including the proposed sale price and the Pride Entities' proposed commission; or (ii) rejecting the proposed sale and having its collateral continue to sit idle on the lot, thereby resulting in the continued depreciation of its Vehicles.

16.     Mitsubishi Capital consented to the Pride Entities selling 278 Vehicles, and the Pride Entities remitted the entire proceeds from the sale of those Vehicles to Mitsubishi Capital, net of commission and fees.

17.     On May 1, 2024, Mitsubishi Capital advised the Pride Entities of its intention to seek a revision to the First Governance Protocol to address the right of Financiers to collect Vehicles in which they have a first-ranking security interest and sell them directly, without using the Pride Entities as a broker.

18.     On May 6, 2024, Mitsubishi Capital was advised that, for all new sales, the Pride Entities would be charging an increased presumptive commission of 12%, as well as deducting from the proceeds of sale all costs related to accessories, document fees, dealer preparation fees, sales tax, license fees, and freight, warranty and "other" costs, as well as all "out-of-pocket" costs incurred by Pride in selling the Vehicle. The Pride Entities also sought Mitsubishi Capital's consent to sell a further 972 Vehicles.  Mitsubishi Capital refused to provide a blanket pre-approval to the Pride Entities selling such Vehicles due to, among other things, concerns over the substantial increase in the commission rate, the lack of transparency around additional costs on Vehicle sales, and the

- 7 -

Pride Entities' equivocation on when Mitsubishi Capital would be permitted to take possession of its collateral and potentially dispose of it on preferable terms.

19.     On May 15, 2024, the Court granted an order (the "**AR Protocols Order**") approving an amended version of the First Governance Protocol (the "**Second Governance Protocol**").

20.     The Second Governance Protocol provides for a default 12% commission for the Pride Entities on the sale of Vehicles, and does not permit Financiers to collect and directly sell their collateral.

21.     The Second Governance Protocol is expressly intended to be an interim document, subject to further variation. The Second Governance Protocol entitles any affected Financier to "seek the advice and direction of the Court in respect of this Governance Protocol, including to vary this Revised Governance Protocol as required".

**Completion of Security Review**

22.     Since shortly after the commencement of these proceedings, the Monitor has undertaken a review of, among other things, the conventional personal property security of lenders, in order to allow the Pride Entities to consult with the lenders as to how to deal with inventory as expeditiously as possible.

23.     The Monitor has completed its security review of the Canadian and U.S. Floorplan Agreements and has concluded that, subject to certain qualifications, the Floorplan Agreements and the relevant security documents constitute legal, valid and binding obligations of each of the applicable Pride Entities, enforceable against such party.

- 8 -

24.     The Monitor has provided Mitsubishi Capital with its database, which includes, among other things, a list of VINs and the claims of various Financiers against such VINs (the "**Monitor's Database**"). Based on the Monitor's Database, Mitsubishi Capital has prepared a preliminary list of Mitsubishi Capital's Floorplan Asset VINs which are unencumbered by claims by other Financiers (the "**Unencumbered Assets**").

**Entitlement Claims Process**

25.     On June 14, 2024, the Court granted an order (the "**Entitlement Claims Process Order**") which set out a process for resolving competing priority claims in "Multiple Collateral Vehicles", (*i.e.*, Vehicles in respect of which more than one Financier has a potential claim). The initial stage of the Entitlement Claims Process includes the Monitor delivering an updated version of the Monitor's Database. Financiers then have 10 business days from the date of delivery to notify the Monitor of issues or disputes with the list of VINs and the Financiers who have claim(s) to those VINs set out therein. Following such period, no party shall be entitled to contest, challenge or otherwise dispute the validity of such list of VINs (the "**Monitor's Database Closing Date**").

26.     Following the Monitor's Database Closing Date, the Entitlement Claims Process Order contemplates, among other things: (a) the Monitor delivering an Entitlement Report and Entitlement Finding to each Financier; (b) a process for Financiers to dispute such Entitlement Finding by providing a notice of dispute; (c) an opportunity for Financiers both claiming an interest in a given Multiple Collateral Vehicle to enter into negotiations regarding same following the delivery of a notice of dispute; (d) that disputes not resolved following the negotiation period be referred to a claims officer, who will make a decision as to priority; and (e) that a Financier may appeal such decision to this Court.

- 9 -

27.     Each stage contemplated by the Entitlement Claims Process Order includes a deadline or bar date, following which a decision is final.

**Requested Relief**

28.     It is appropriate, fair and reasonable, once a Financier is determined to have a first ranking security interest in a Floorplan Asset through the Entitlement Claims Process, for that Financier to be permitted to opt-out of the Second Governance Protocol and collect the subject Floorplan Asset for direct sale by, or at the direction of, the Financier.

29.     Following the Monitor's Database Closing Date, the list of VINs, and the claims of the Financiers to such VINs, set out in the Monitor's Database, will be final. At that time, any Financier who has the **sole** claim to a floorplan asset, and has a valid and enforceable security interest in such floorplan asset, should be permitted to immediately collect that Vehicle for sale.

30.     Similarly, in respect of Multiple Collateral Vehicle, the purpose of the Entitlement Claims Process is to determine the priority between Financiers. Once a final decision as to the priority entitlement of a Financier in a given Multiple Collateral Vehicle is determined through the Entitlement Claims Process, such Financier should be permitted to collect that floorplan asset for sale.

31.     The commission that the Pride Entities charge on the sales of Vehicles that they make is only intended to cover the costs of such sales. Accordingly, the Pride Entities will not be prejudiced by Financiers selling Vehicles without the Pride Entities' intervention.

32.     In any event, the commissions and other fees contemplated by the Second Governance Protocol are inconsistent with the Pride Agreements.

- 10 -

33.     In Mitsubishi Capital's case, it has received offers from third parties to sell all of its Floorplan Assets, which would allow Mitsubishi Capital to significantly reduce its losses and claims in this proceeding. Trucking assets can depreciate rapidly, and the resale market for these assets is volatile. As such, delays in the release of the Floorplan Assets will result in further and otherwise preventable losses by Mitsubishi Capital and a corresponding increase in its claim in this proceeding.

34.     The terms on which Mitsubishi Capital can sell its Floorplan Assets independent of the Pride Entities are preferable to the terms being offered by the Pride Entities.

35.     Requiring Mitsubishi Capital (or other Financiers) to pay commissions and fees to the Pride Entities is prejudicial to their interests and exacerbates their losses. Further, requiring Financiers to pay a commission to the Pride Entities is tantamount to requiring Financiers to provide credit to the Pride Entities to shore up their costs, which is impermissible under subsection 11.01(b) of the *CCAA*.

36.     The Pride Entities have previously offered to permit Mitsubishi Capital to collect its collateral for direct sale.

37.     Mitsubishi Capital is prepared to take all reasonably necessary measures to coordinate the collection of its Floorplan Assets and Repossessed Securitization Assets (addressed below) in a manner minimally intrusive to the Pride Entities' operations.

38.     No stakeholders would be prejudiced by the Second Amended Protocols Order.

- 11 -

**Repossessed Securitization Assets Order**

39.    Prior to the granting of the Initial Order, Mitsubishi Capital took over responsibility of administering the leases acquired pursuant to the MPSA. Accordingly, Pride now has no involvement in these leases, as in addition to administering the leases, Mitsubishi Capital has ownership of the Securitization Assets and the right to receive payments under the leases. Specifically, Pride has no right to repossess, accept or hold any of the Securitization Assets.

40.    It has come to Mitsubishi Capital's attention, that Pride has been repossessing and/or accepting the surrender of certain Securitization Assets (the "**Repossessed Securitization Assets**"). Mitsubishi Capital has demanded that Pride release the Repossessed Securitization Assets to it but, to date, Pride has refused.

41.    Mitsubishi Capital owns all of the Repossessed Securitization Assets and Pride has no rights, contractual or otherwise, to deal with them.

42.    It is appropriate, fair and reasonable for this Court to order that Pride immediately return all of the Repossessed Securitization Assets to Mitsubishi Capital.

43.    Since Mitsubishi Capital owns all of the Repossessed Securitization Assets, no other stakeholders would be prejudiced by the Repossessed Securitization Assets Order.

**Lease Transfer Order**

44.    Under the Floorplan Agreements, before any Pride Entity leases a Vehicle financed under the Floorplan Agreements to a third-party, it is required to repay the amounts advanced by Mitsubishi Capital in respect of that Vehicle.

- 12 -

45.     In at least 97 cases, the Pride Entities leased Vehicles financed under the Floorplan Agreements without first repaying Mitsubishi Capital. These Vehicles were leased out of trust.

46.     Mitsubishi Capital maintains its priority security interest in those Vehicles that have been leased out of trust.

47.     It is appropriate, fair and reasonable for Mitsubishi Capital to take assignment of the leases for Vehicles that the Pride Entities leased out of trust.

48.     It is appropriate, fair and reasonable for Mitsubishi Capital to be paid all amounts received to date in respect of leases for Vehicles that the Pride Entities leased out of trust.

49.     The Lease Transfer Order is preferable to and more practical than Mitsubishi Capital exercising its rights under the Floorplan Agreements to repossess the Vehicles that the Pride Entities have leased out of trust, as it will enable third-party lessees to continue making productive use of their leased Vehicle. It will also allow Mitsubishi Capital to receive ongoing payments under the leases thereby reducing its claims in this proceeding.

50.     No stakeholders would be prejudiced by the Lease Transfer Order.

**Statutory and Other Grounds**

51.     The provisions of the *CCAA*, including sections 11 and 36, and the inherent and equitable jurisdiction of this Honourable Court;

52.     Rules 1.04, 1.05, 2.03, 3.02, 16 and 37 of the *Rules of Civil Procedure*, RRO 1990, Reg 194, as amended; and

53.     Such further and other grounds as the lawyers may advise.

- 13 -

**THE FOLLOWING DOCUMENTARY EVIDENCE** will be used at the hearing of the Motion:

54.     The affidavit of Sue Santos affirmed July 5, 2024; and

55.     Such further and other evidence as the lawyers may advise and this Honourable Court may

permit.

July 5, 2024                                    **OSLER, HOSKIN & HARCOURT LLP**
                                                100 King Street West
                                                1 First Canadian Place
                                                Suite 6200, P.O. Box 50
                                                Toronto ON  M5X 1B8

                                                **Marc Wasserman** (LSO# 44066M)
                                                Tel:    416.862.4908
                                                Email: mwasserman@osler.com

                                                **Adam Hirsh** (LSO# 55239Q)
                                                Tel:    416.862.6635
                                                Email: ahirsh@osler.com

                                                **Blair McRadu** (LSO# 85586M)
                                                Tel:    416.862.4204
                                                Email: bmcradu@osler.com

                                                **Elie Farkas** (LSO# 74998J)
                                                Tel:    416.862.4942
                                                Email: efarkas@osler.com

                                                Lawyers for the applicants, Mitsubishi HC
                                                Capital America, Inc., Mitsubishi HC Capital
                                                Canada, Inc. and Mitsubishi HC Capital
                                                Canada Leasing, Inc.

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, C. C-36, AS AMENDED

Court File No: CV-24-00717340-00CL

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF PRIDE GROUP HOLDINGS INC. and those Applicants listed on Schedule "A" hereto

| | |
|---|---|
| | ***ONTARIO***<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>PROCEEDING COMMENCED AT TORONTO |
| | **NOTICE OF MOTION** |
| | **OSLER, HOSKIN & HARCOURT LLP**<br>100 King Street West<br>1 First Canadian Place<br>Suite 6200, P.O. Box 50<br>Toronto ON  M5X 1B8<br><br>**Marc Wasserman** (LSO# 44066M)<br>Tel:     416.862.4908<br>Email:   mwasserman@osler.com<br><br>**Adam Hirsh** (LSO# 55239Q)<br>Tel:     416.862.6635<br>Email:   ahirsh@osler.com<br><br>**Blair McRadu** (LSO# 85586M)<br>Tel:     416.862.4204<br>Email:   bmcradu@osler.com<br><br>**Elie Farkas** (LSO# 74998J)<br>Tel:     416.862.4942<br>Email:   efarkas@osler.com<br><br>Lawyers for the applicants, Mitsubishi HC Capital America, Inc., Mitsubishi HC Capital Canada, Inc. and Mitsubishi HC Capital Canada Leasing, Inc. |

<div align="right">Court File No. CV-24-00717340-00CL</div>

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,* R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** and those Applicants listed on **Schedule "A"** hereto (each, an "**Applicant**", and collectively, the "**Applicants**")

<div align="right">APPLICANTS</div>

### AFFIDAVIT OF SUE SANTOS
### (Affirmed July 5, 2024)

I, Sue Santos, of the City of Norwalk, in the State of Connecticut, USA, **AFFIRM AND SAY**:

1.      I am the Chief Credit Officer for Mitsubishi HC Capital America Inc. (together with Mitsubishi HC Capital Canada, Inc. and Mitsubishi HC Capital Leasing Inc., "**Mitsubishi Capital**"). As such, I have personal knowledge of the matters contained in this affidavit, except where otherwise indicated. Where I have indicated that my knowledge is based on my information and belief, I state the source of that knowledge and believe that information to be true.

2.      I affirm this affidavit in support of the motion of the moving parties, Mitsubishi Capital, for:

(a)      an Order lifting the stay of proceedings so that, among other things:

- 2 -

(i)    for each vehicle, trailer, piece of equipment or other piece of personal property that a Financier has a security interest in, that is not identified as a Multiple Collateral Vehicle in the Monitor's Database following the Monitor's Database Closing Date, that such Financier be permitted to collect same for sale outside these proceedings; and

(ii)    for each vehicle, trailer, piece of equipment or other piece of personal property that a Financier has a security interest in, that is identified as a Multiple Collateral Vehicle in the Monitor's Database following the Monitor's Database Closing Date, that such Financier be permitted to collect same for sale outside these proceedings as soon as it is finally determined, pursuant to the Entitlement Claims Process, that that Financier has a priority claim in such Multiple Collateral Vehicle.

(b)    an Order permitting Mitsubishi Capital to collect certain repossessed Securitization Assets;

(c)    an Order transferring certain leases, and the proceeds received under those leases to date, to Mitsubishi Capital.

3.    Mitsubishi Capital brings this motion in connection with the proceedings under the *Companies' Creditors Arrangement Act* ("**CCAA**") in respect of the Applicants, the limited partnerships and the related entities (collectively, the "**Pride Group**" or "**Pride**") set out in Schedule "A" to the Initial Order of Justice Morawetz dated March 27, 2024, as amended and restated by Court Order dated April 5, 2024, and as further amended and restated by Court Order dated May 6, 2024 (as may be further amended and restated from time to time the "**Second**

- 3 -

**Amended and Restated Initial Order**"). Attached as **Exhibit "A"** to this affidavit is a copy of

the Second Amended and Restated Initial Order.

This affidavit is organized into the following sections:

A.   The Parties ........................................................................................................................3

B.   Agreements Between Mitsubishi Capital and Pride ...........................................................4

   (a)   The Financing Offer.................................................................................................6

   (b)   The Floorplan Agreements ......................................................................................7

C.   The MPSA ..........................................................................................................................9

D.   Pride's Defaults Under the Pride Agreements .................................................................11

E.   The *CCAA* Proceedings....................................................................................................13

   (a)   Initial Order and Approval of the First Governance Protocol ...................................13

   (b)   The Comeback Hearing and Further Approval of the First Governance Protocol ....14

   (c)   Pride Seeks Mitsubishi's Consent to Sell Mitsubishi Floorplan Vehicles.................16

   (d)   Approval of the Second Governance Protocol..........................................................20

F.   Further Request for Release of Assets .............................................................................22

G.   Pride's Improper Retention of Securitization Assets........................................................22

H.   Security Review ................................................................................................................23

I.   Entitlement Claims Process ..............................................................................................25

J.   Pride 2.0 ...........................................................................................................................25

K.   Relief Sought ....................................................................................................................26

   (a)   Release of Assets ..................................................................................................26

   (b)   Release of the Repossessed Securitization Assets ....................................................27

   (c)   Transition of Leases for Vehicles Leased Out of Trust to Mitsubishi.......................28

**A.   The Parties**

4.     Mitsubishi HC Capital America, Inc. ("**Mitsubishi America**") is a corporation

incorporated under the laws of Delaware.

- 4 -

5.    Mitsubishi HC Capital Canada Inc. ("**Mitsubishi Canada**") is a corporation incorporated under the laws of Ontario. Mitsubishi Canada is wholly owned by Mitsubishi America.

6.    Mitsubishi HC Capital Leasing Inc. ("**Mitsubishi Leasing**") is a corporation incorporated under the laws of Canada. Mitsubishi Leasing is wholly owned by Mitsubishi America.

7.    I understand, including based on the affidavit of Sulakhan Johal sworn March 26, 2024 in support of the Applicants' application for the Initial Order (the "**Initial Order Affidavit**"), that the Pride Group is a cross-border trucking, financial services and logistics conglomerate with extensive operations across numerous business lines in Canada and the United States.

**B.    Agreements Between Mitsubishi Capital and Pride**

8.    Mitsubishi Capital entities and Pride Group entities are parties to a series of agreements and instruments (the "**Pride Agreements**") pursuant to which Mitsubishi Capital provided financing to the Pride Group. Mitsubishi Capital's current exposure to the Pride Group totals approximately of $300 million. I understand, based on the materials filed to date in this proceeding, that Mitsubishi Capital is likely the Pride Group's largest single secured creditor, when including lease securitizations (discussed in more detail below). The Pride Agreements include the following:

> (a)    a Second Amended and Restated Financing Offer dated December 23, 2022 (further amended on December 29, 2022, March 16, 2023, and September 15, 2023), among Mitsubishi Canada, Pride Truck Sales Ltd., Tpine Truck Rental Inc., Tpine Leasing Capital Corporation, Pride Group Holdings Inc., Pride Group Logistics Ltd., 2043002 Ontario Inc., and others (the "**Financing Offer**"). A copy of the Second

- 5 -

Amended and Restated Financing Offer, with amendments, is attached to this affidavit as **Exhibit "B"**;

(b)    a Floorplan and Security Agreement dated March 23, 2023, among Pride Truck Sales Ltd., Tpine Leasing Capital Corporation, Tpine Truck Rental Inc. and Mitsubishi Canada (the "**Canadian Floorplan Agreement**"). A copy of the Canadian Floorplan Agreement is attached to this affidavit as **Exhibit "C"**;

(c)    a Floorplan and Security Agreement dated November 21, 2018, between Pride Truck Sales L.P. and Mitsubishi America (the "**U.S. Floorplan Agreement**" and, together with the Canadian Floorplan Agreement, the "**Floorplan Agreements**"). A copy of the U.S. Floorplan Agreement is attached to this affidavit as **Exhibit "D"**;

(d)    a Master Purchase and Servicing Agreement dated March 23, 2023 (amended December 14, 2023), among Mitsubishi Canada, Mitsubishi Leasing and Tpine Leasing Capital Corporation, which Pride Truck Sales Ltd. executed as a guarantor (the "**MPSA**"), pursuant to which Pride leases trucks and equipment to third-party lessees and then sells a package of those leases to Mitsubishi Capital, while retaining responsibility for administering and servicing the leases. Under this arrangement, Mitsubishi acquires both ownership of the trucks and equipment leased to the third-party lessees as well as the right to receive payments under the leases;

- 6 -

(e)     a Master Lease Receivables Sale and Assignment Agreement, dated May 25, 2021, between Tpine Leasing Capital LP and Mitsubishi Canada (as amended, restated, supplemented or otherwise modified, the "**Master Assignment Agreement**");

(f)     a Servicing and Remarketing Agreement dated May 25, 2021, between Mitsubishi Canada and Tpine Leasing Capital LP (the "**Servicing Agreement**");

(g)     a Second Amended and Restated Program Agreement dated May 31, 2023, between MHCA and Tpine (the "**Program Agreement**"); and

(h)     a Credit Agreement dated May 13, 2022, between Mitsubishi Canada and Tpine Financial Services Inc. (the "**Factoring Agreement**").

**(a)     The Financing Offer**

9.     The Financing Offer outlines the overarching commercial arrangements between Mitsubishi Capital and the Pride Group, including the general terms and conditions pursuant to which Mitsubishi Capital provides the Pride Group with certain specified types of financing.

10.     The "Facility 1" appendix to the Financing Offer outlines the general terms on which the financing more fully documented under the Floorplan Agreements will be provided. This appendix requires that Mitsubishi Capital be granted a first-ranking security interest in all inventory and equipment acquired using financing from Mitsubishi Capital under the Floorplan Agreements.

11.     The "General Terms" appendix of the Financing Offer prescribes terms applicable to all of the contemplated facilities. It also requires that priority and postponement agreements be entered into with the Pride Group's other lenders to ensure that Mitsubishi Capital will have a priority security position in respect of any assets financed under any of Mitsubishi Capital's facilities.

- 7 -

**(b)    The Floorplan Agreements**

12.    The Floorplan Agreements are largely similar. They provide that Mitsubishi Capital may, from time to time, extend credit to Pride to enable Pride to purchase inventory in the form of trucks and related equipment. The agreements capture the "general terms of the financing framework" that will apply to each instance of Pride requesting financing for particular purchases of inventory, while recognizing that the specific financial terms of each advance will vary depending on various factors.

13.    Pursuant to the Floorplan Agreements, Mitsubishi Capital provided the Pride Entities with financing to purchase vehicles and other inventory for sale (collectively, the "**Floorplan Assets**"). Under the Floorplan Agreements, Mitsubishi Capital was granted a first priority security interest in the Floorplan Assets, which interest was (i) subsequently registered in the applicable provincial personal property security registries, and (ii) recorded pursuant to the UCC-1 Financing Statement filed with the Delaware Department of State on October 9, 2020, at Filing No. 20207000690. Other creditors, including the lending syndicate led by Royal Bank of Canada, have entered into intercreditor and other agreements with Mitsubishi Capital recognizing this priority security interest, including the "No Interest" letter dated October 30, 2020, from the Royal bank of Canada to MHCA.

14.    Attached as **Exhibit "E"** to this affidavit are copies of the Purchase-Money Security Interest Notices that Mitsubishi Capital's corporate predecessors, Hitachi Capital Canada Corp. and Hitachi Capital America Corp., sent to other Pride creditors.

15.    Under section 2 of the Floorplan Agreements, Pride grants Mitsubishi Capital a security interest in the "Collateral". Collateral is broadly defined and includes all inventory acquired using

- 8 -

funds advanced under the Floorplan Agreements. Section 2 also states, in bold font, that **"[t]he creation of any other security interest by [Pride] in the Collateral violates the rights of [Mitsubishi Capital]"**.

16.     Under section 4 of the Floorplan Agreements, Pride agrees that it will not move any Collateral (including trucks purchased using Mitsubishi Capital financing) without written approval from Mitsubishi Capital, and warrants that all Collateral will be "free and clear of any lien, security interest or encumbrance". Pride further agrees not to sell or encumber any of the Collateral without Mitsubishi Capital's prior written consent, except for sales of inventory made in the ordinary course of business.

17.     Section 5 of the Floorplan Agreements contemplates that when Pride sells or otherwise disposes of a truck or piece of equipment financed by Mitsubishi Capital to a third-party, Pride will use the proceeds of sale or disposition to repay the amounts advanced in respect of that truck or piece of equipment. Section 5 also specifies that any payments made to Mitsubishi Capital by Pride can be applied first to reduce any costs, charges or fees, before being applied to reduce finance charges and principal.

18.     Section 7 of the Floorplan Agreements provides that, among other things, any of the following events will constitute a "Default" under the agreement: (i) Pride's failure to pay any amounts owing to Mitsubishi Capital when due; (ii) Pride's breach of any covenant or warranty to Mitsubishi Capital; (iii) Mitsubishi Capital believing in good faith that the prospect of payment of any of Pride's obligations to it is impaired; (iv) Mitsubishi Capital deeming itself "insecure"; and (v) Pride commencing insolvency proceedings.

19.     In the event of a Default, section 8 of the Floorplan Agreements entitles Mitsubishi Capital to immediately demand repayment of all amounts advanced to Pride and take possession of all Collateral, among other remedies.

20.     Section 8 of the Floorplan Agreements specifies that, at Mitsubishi Capital's request, Pride must assemble the Collateral and make it available to Mitsubishi Capital, *at Pride's expense*, at a place designated by Mitsubishi Capital. Section 8 provides that Pride is liable to Mitsubishi Capital for any deficiency resulting from Mitsubishi Capital's disposition of the Collateral. Pride also waives any requirement that Mitsubishi wait until after a final judgment is obtained before selling any repossessed Collateral.

21.     Section 10 of the Floorplan Agreements specifies the Pride must, at its own expense, promptly repair and restore any Collateral that suffers reparable damage.

22.     Currently, there are over 1,700 assets acquired by Pride which Mitsubishi Capital has financed (the "**Floorplan Assets**") under the Floorplan Agreements. A list of the Floorplan Assets is attached as **Exhibit "F"** to this affidavit.

**C.     The MPSA**

23.     The MPSA provides general terms for Mitsubishi Canada and Mitsubishi Leasing to purchase, from time to time, packages of truck leases from Pride.

24.     Generally, Pride will lease trucks and equipment to third-party lessees and then sell a package of those leases to Mitsubishi Capital, while retaining responsibility for administering and servicing the leases. Under this arrangement, Mitsubishi Capital acquires both ownership of the

- 10 -

trucks and equipment leased to the third-party lessees (the "**Securitization Assets**") as well as the right to receive payments under the leases.

25.     Section 5.1 of the MPSA contains a list of representations and warranties made by Pride in respect of any purchase of leases made under the MPSA. Section 5.1(a) provides that each lease sold will be an "Eligible Finance Contract" as defined in Schedule B, meaning, that the lease and the underlying Securitization Asset (subject to narrow exceptions) be transferred to Mitsubishi Capital "free and clear of all Liens", and Pride must be able to provide Mitsubishi Capital with good, valid and indefeasible title to the lease payments and the underlying Securitization Asset.

26.     Under section 5.3(b) of the MPSA, Pride agrees not to grant or purport to grant any encumbrance on any of the leases or Securitization Assets sold to Mitsubishi Capital, subject to narrow exceptions. Under section 5.3(i), Pride agrees not to transfer or purport to transfer any of the leases or Securitization Assets sold to Mitsubishi Capital to any third-party.

27.     Under Article 6, Pride agrees to administer, service and make collections under the leases sold to Mitsubishi Capital. Since the leases were sold to Mitsubishi Capital on a "fully serviced" basis, the cost of Pride providing these services was priced-in to the original sale price for a given package of leases.

28.     Under the MPSA, Mitsubishi Capital has acquired from Pride several sets of leases entered into with third-party lessees. In addition, under the MPSA, Mitsubishi Capital acquired two sets of leases originally provided by Tpine Leasing Capital Corporation to two of its own affiliates as lessees.

- 11 -

29.     As discussed further below, prior to the granting of the Initial Order, Mitsubishi Capital took over responsibility of administering the leases acquired pursuant to the MPSA. Accordingly, Pride now has no involvement in these leases, as in addition to administering the leases, Mitsubishi Capital has ownership of the Securitization Assets and the right to receive payments under the leases. Specifically, Pride has no right to repossess, accept or hold any of the Securitization Assets.

**D.      Pride's Defaults Under the Pride Agreements**

30.     During the terms of the Pride Agreements, Mitsubishi Capital made, from time to time, numerous advances under the Floorplan Agreements and the Factoring Agreement, and acquired packages of leases under the MPSA.

31.     On December 21, 2023, Pride notified Mitsubishi Capital that it had assigned interests in leases, trucks and equipment sold to Mitsubishi Capital under the MPSA to one or more other third-party purchasers or lenders. Pride also notified Mitsubishi Capital that it had assigned interests in the trucks and equipment acquired using funds advanced by Mitsubishi Capital under the Floorplan Agreements (and pledged to Mitsubishi Capital as collateral for those advances) to one or more third-party purchasers or lenders.

32.     Through further investigation following Pride's initial admissions, Mitsubishi Capital learned that Pride had employed various methods of attempting to diminish Mitsubishi's ownership and security interests in leases, trucks and equipment in a manner known as "double VINing". Generally, double VINing results in multiple different purchasers and/or lenders being led to believe that they have a priority interest in the same collateral and extending financing on that basis.

- 12 -

33.    This conduct by Pride, along with its subsequent commencement of insolvency proceedings and its receipt of notices of default, demand and/or intention to enforce security from various third parties, constitute breaches of, and events of default under, the Pride Agreements.

34.    On December 21, 2023, Mitsubishi Capital sent Pride a Notice of Defaults and Reservation of Rights letter, notifying Pride that it was in default under, among other agreements, the Floorplan Agreements and the MPSA. Attached as **Exhibit "G"** to this affidavit is a copy of Mitsubishi Capital's letter dated December 21, 2023.

35.    In early 2024, Mitsubishi Capital exercised its right under the MPSA to transfer responsibility for servicing and administering the leases on vehicles it acquired under the MPSA away from Pride.

36.    During this period, Mitsubishi Capital, its counsel, and its financial advisor worked with Pride and Ernst & Young Inc. (solely in its capacity as pre-filing financial advisor to Pride, and not in its capacity as Monitor, "**EY**") to determine the scope of the double VINning.

37.    On March 7, 2024, Mitsubishi Capital wrote to Pride to exercise its rights under certain of the Pride Agreements and demand immediate payment of the entire principal amount of all advances made under the applicable agreements. Mitsubishi Capital also enclosed a *Bankruptcy and Insolvency Act* section 244 Notice. Attached as **Exhibit "H"** to this affidavit is a copy of Mitsubishi Capital's letter dated March 7, 2024.

- 13 -

E.    The *CCAA* Proceedings

(a)    **Initial Order and Approval of the First Governance Protocol**

38.    On March 27, 2024, the Pride Group was granted protection under the *CCAA* pursuant to the Initial Order. In the Initial Order Affidavit, Mr. Johal attested that the Pride Group had aggregate liabilities and performance obligations of $1.6 billion to more than twenty lenders.

39.    In the Initial Order, RC Benson Consulting Inc. was appointed as the Chief Restructuring Officer (the "**CRO**") and Ernst & Young Inc. was appointed as the Monitor (the "**Monitor**").

40.    Paragraph 3 of the Initial Order provided for the Pride Group to "continue to carry on business in a manner consistent with the preservation of their business … and the Property and shall comply with the Governance Protocol attached as Appendix 'D' to the Monitor's Pre-Filing Report". Paragraph 10 of the Initial entitled Pride to remit to creditors amounts collected with respect to the sale of vehicles or trailers in the ordinary course of business as well as amounts collected by Pride under leases serviced by Pride on behalf of particular creditors. Paragraph 11 of the Initial Order entitled Pride to sell vehicles or trailers in the ordinary course of business.

41.    The Monitor's Pre-Filing Report dated March 27, 2024 included as Appendix "D" thereto a draft Governance Protocol (the "**First Governance Protocol**"), which I understand was subsequently approved in the Initial Order. A copy of the First Governance Protocol is attached as **Exhibit "I"** to this affidavit.

42.    Sections 1 to 3 of the First Governance Protocol outlined a process pursuant to which:

(a)    Pride would provide weekly reports to the Monitor and CRO listing all of the vehicles sold and bought-out during the prior week and, for each vehicle, the

- 14 -

applicable lender ("**Financier**") holding a priority security or other interest in the vehicle; and

(b)      the Monitor, in consultation with the CRO, would review the entitlement of the identified Financier(s) and, subject to that review, approve the payment of the proceeds of sale to the Financier(s) holding a priority interest in any sold vehicle, up to the amount outstanding to the relevant Financier(s) in respect of the relevant VIN.

43.      As an exception to this process, the proceeds of sale from the sale of vehicles in which two or more Financier(s) had competing interests ("**Multiple Collateral Vehicles**") would be held in a trust account pending determination of entitlement to the proceeds by Pride, in consultation with the Monitor and the CRO.

**(b)      The Comeback Hearing and Further Approval of the First Governance Protocol**

44.      On April 9, 2024, the Court granted an Amended and Restated Initial Order (the "**ARIO**") and a Protocols Order (the "**Protocols Order**").

45.      The ARIO, among other things, approved a DIP Facility in the principal amount of $30 million to be administered by Royal Bank of Canada (the "**DIP Agent**") as agent for a syndicate of lenders (the "**DIP Lenders**"). In his endorsement, Justice Osborne stated that the DIP Lenders' charge would not prime any security interest of third-party Financiers in specific vehicle and lease collateral.

- 15 -

46.    The Protocols Order, among other things, approved the First Governance Protocol. The form of the First Governance Protocol that was approved in the Protocols Order was unchanged from its initial approval in the Initial Order.

47.    However, in the First Report of the Monitor dated April 4, 2024 (the "**First Report**"), which it filed in advance of the comeback hearing, the Monitor purported to address a "preliminary step" that was "assumed but not explained in the Governance Protocol": the initial sale by Pride of a given vehicle.[1]

48.    The First Report explained that, once a customer stated an interest in purchasing one of Pride's vehicles, Pride would have to approach any Financier with an interest in that vehicle to request authorization to make the sale. Such requests would include: (i) the proposed purchase price; (ii) the fees, commissions and costs that Pride intended to retain on the sale; and (iii) the anticipated net distribution to the Financier.

49.    While the First Report, at subparagraph 65(a), recognized that Pride "did not historically charge any fees or commissions in connection with selling vehicles or servicing leases", it stated, at subparagraphs 65(e) and (g), that, going forward, Pride would charge Financiers: (i) all costs incurred by Pride in connection with rendering the vehicle saleable (including an administrative fee amount for overhead costs), and (ii) a commission of approximately 12%.

50.    I note that these costs were not specifically reflected in the First Governance Protocol approved in the Protocols Order. The First Governance Protocol simply noted that the "Vehicle Sale Proceeds" would be "net of" unspecified "fees, costs, commissions and sales taxes".

---

[1] See paragraph 60 of the First Report.

- 16 -

51.    I note further that, in approving the First Governance Protocol, Justice Osborne stated at paragraphs 55 and 56 of his endorsement that the First Governance Protocol was "not intended to be a final and determinative document" and was approved "without prejudice to the rights of any stakeholder to make submissions as to proposed amendments or variations at a later date". The Protocols Order itself provides that each of the protocols "may be amended from time to time pursuant to a further order of the Court."

### (c)    Pride Seeks Mitsubishi's Consent to Sell Mitsubishi Floorplan Vehicles

52.    In late April 2024, pursuant to the First Governance Protocol and the procedure outlined in the First Report, Pride began seeking Mitsubishi Capital's consent to the sale of certain vehicles. Between April 19, 2024 and April 30, 2024, Mitsubishi Capital has consented to Pride selling more than 250 assets. When Mitsubishi Capital has given its consent to the sale of a vehicle, Pride, has to the best of my knowledge, remitted the entire proceeds, net of commissions and fees, to Mitsubishi Capital.

53.    Despite agreeing on a case-by-case basis to certain proposed sales, Mitsubishi Capital had concerns with this process. Based on discussions with potential buyers and resellers, Mitsubishi Capital came to believe that it could sell its collateral directly on better terms, and for potentially greater returns, than Pride was offering.

54.    Mitsubishi Capital was being asked to consent to the sale of vehicles by Pride and was limited to the binary choice of either: (i) accepting the terms of the proposed sale, including the proposed sale price and Pride's proposed commission; or (ii) rejecting the proposed sale and having its collateral sit idle on a Pride lot and continue to depreciate in value. For these vehicles,

- 17 -

Mitsubishi Capital wanted the further option of simply collecting the vehicle and disposing of it through alternative, preferred means.

55.    Pride and its representatives had previously offered to allow Mitsubishi Capital to come collect all of its collateral. For example, I am informed by Blair McRadu, counsel for Mitsubishi Capital, that on a call held between Mitsubishi Capital, Pride, the Monitor, and the CRO on or about April 2, 2024, this was specifically suggested to Mitsubishi Capital. As such, Mitsubishi Capital did not expect its request for the option to collect its vehicles to be contentious.

56.    It is Mitsubishi Capital's understanding that the commission Pride is charging on vehicle sales is only intended to cover the costs of such sales and, as such, there should be no difference to Pride or the Monitor who sells a vehicle.

57.    In a letter dated May 1, 2024, Mitsubishi Capital advised Pride of its intention to seek a revision to the First Governance Protocol to address the right of Financiers to collect assets in which they have a first-ranking security interest. Mitsubishi Capital also clarified that it declined to have Pride sell any further vehicles in which it had an interest, that it intended to collect all vehicles in which it had a first-ranking interest as soon as possible, and requested confirmation as to when it could collect its collateral. Mitsubishi Capital reminded Pride that it had previously agreed to let Mitsubishi collect all of its collateral and dispose of it directly, and attached a non-exhaustive list of Mitsubishi Capital assets that the CRO had confirmed were in existence and were not Multiple Collateral Vehicles. Attached as **Exhibit "J"** to this affidavit is a copy of Mitsubishi Capital's letter dated May 1, 2024.

58.    On May 6, 2024, the Monitor emailed Mitsubishi Capital advising that, for all new sales from that date forward, Pride would be charging an increased presumptive commission, as well as

- 18 -

deducting from the proceeds of sale all costs related to accessories, document fees, dealer preparation fees, sales tax, license fees, and freight, warranty and "other" costs, as well as all "out-of-pocket" costs incurred by Pride in selling the vehicle. Attached as **Exhibit "K"** to this affidavit is a copy of the email from the Monitor dated May 6, 2024 with confidential commercial terms redacted.

59.    With its May 6, 2024 email, the Monitor enclosed a list of vehicles, identified by VIN, that the Monitor stated were "connected to [Mitsubishi Capital] as a Lender" and that Pride was seeking Mitsubishi Capital's pre-approval to sell ("**Pride's Vehicle List**"). My belief, based on the Monitor's correspondence and cross-referencing internal records, is that these were vehicles acquired by Pride using financing provided by Mitsubishi Capital under the Floorplan Agreements.

60.    That same day, I wrote to the Monitor, raising concerns about the increased presumptive commission rate and Mitsubishi Capital's ability to approve the "out-of-pocket costs" Pride planned to charge. I also inquired as to when Mitsubishi Capital could expect to be permitted to take possession of vehicles in which it held a priority security interest. This email is also captured in **Exhibit "K"**, above.

61.    The Monitor responded on May 8, 2024, advising that the increased presumptive commission was required for "cash flow purposes" and that Mitsubishi Capital would not be told the "out-of-pocket costs" Pride planned to charge until the time of sale of a given vehicle. In response to my question about when Mitsubishi Capital's collateral would be released to it, the Monitor advised that counsel was continuing its security review, which "should be completed within the next 30 days". This email is also captured in **Exhibit "K"**, above.

- 19 -

62.    Mitsubishi Capital was concerned that Pride was proposing to increase its commission substantially over the commission that the parties had previously agreed upon, while simultaneously refusing to provide transparency around the additional costs it would be charging on vehicle sales and equivocating on when Mitsubishi Capital would be permitted to take possession of its collateral and potentially dispose of it on preferable terms. Mitsubishi Capital refused to provide a blanket pre-approval to Pride selling the vehicles listed on Pride's Vehicle List. Mitsubishi Capital has, from time to time, approved further discrete vehicle sales by Pride, when Pride has offered terms agreeable to Mitsubishi Capital.

63.    Also on May 8, 2024, Pride responded to Mitsubishi Capital's May 1, 2024 letter. In its response, Pride advised that, in consultation with the Monitor and CRO, it had considered various stakeholders' comments on the First Governance Protocol and had adopted the comments it considered appropriate in a revised Governance Protocol that it would be asking the Court to approve at a May 15, 2024 hearing. Notably, Pride had not included language permitting Financiers to collect and directly sell collateral, as Mitsubishi Capital had requested. Attached as **Exhibit "L"** to this affidavit is a copy of Pride's letter dated May 8, 2024.

64.    On May 13, 2024, Mitsubishi Capital again wrote to Pride, emphasizing its concerns regarding the uncertain timeline for being permitted to collect its Floorplan Assets. The issue had become urgent for Mitsubishi Capital because it had negotiated a transaction with a third party for the sale of all of the Floorplan Assets on preferable terms to those that Pride was offering.

65.    Despite being over six weeks into the *CCAA* proceedings, Mitsubishi Capital had still not been provided permission to collect and sell its Floorplan Assets. Meanwhile, Pride was continuing to ask Mitsubishi Capital to approve the sale of certain Floorplan Assets on an *ad hoc* basis,

including the recent request for pre-approval of sales of approximately 1,000 vehicles. The approach taken by Pride and the Monitor created the appearance that they were prioritizing the release of vehicles that Pride was in a position to sell and take a commission on, over the complete release of all of Mitsubishi Capital's collateral, which Mitsubishi Capital could then sell directly without Pride as a broker.

66.    In its May 13, 2024 letter, Mitsubishi Capital informed Pride of the increased urgency around it being able to collect its Floorplan Assets, and reiterated its request that all those assets be released immediately. Attached as **Exhibit "M"** to this affidavit is a copy of Mitsubishi Capital's letter dated May 13, 2024.

67.    On May 14, 2024, Pride responded, emphasizing the complexity of the *CCAA* proceedings, clarifying that it had not undertaken to provide a status report on the progress of the Monitor's security review on May 20, 2024, and, more generally, directing Mitsubishi Capital to the Fifth Report of the Monitor dated May 13, 2024. Attached as **Exhibit "N"** to this affidavit is a copy of Pride's letter dated May 14, 2024.

### (d)    Approval of the Second Governance Protocol

68.    I understand that Justice Osborne's endorsement from the comeback hearing directed the parties to return to address any proposed revisions to the First Governance Protocol at a subsequent hearing. This hearing was scheduled for May 15, 2024 (the "**May 15 Hearing**").

69.    In the lead up to the May 15 Hearing, the Monitor, Pride and the CRO took comments on a proposed revised Governance Protocol, including from Mitsubishi Capital. As part of this process, Mitsubishi Capital requested that the Governance Protocol include a requirement for the

- 21 -

Monitor and Pride to cooperate to release Floorplan Assets to the respective Financiers, further to the Floorplan Agreements.

70.     In the Supplement to the Second Report, the Monitor provided the Court with information on the negotiations related to and terms of the revised Governance Protocol.[2]

71.     As noted, the revised Governance Protocol that Pride ultimately submitted for approval at the May 15 Hearing (the "**Second Governance Protocol**") did not provide for Financiers to collect and directly sell their collateral. The Second Governance Protocol provided for significant modifications of, and additions to, the First Governance Protocol. Of note, section 6(a) of the Second Governance Protocol provided for a default 12% commission for Pride on the sale of vehicles.

72.     I am informed by Mr. McRadu that, at the May 15 Hearing, Mitsubishi Capital raised its concerns with the proposed Second Governance Protocol, but did not make formal submissions in favour of permitting Financiers to opt out of the protocol and collect their collateral directly.

73.     Following the May 15, 2024 hearing, Justice Osborne issued an Endorsement (the "**May 15 Endorsement**") and several orders, including an Amended and Restated Protocols Order which, in turn, approved the Second Governance Protocol (the "**AR Protocols Order**"), all dated May 15, 2024. A copy of the AR Protocols Order is attached as **Exhibit "O"** to this affidavit.

74.     In paragraph 29 of the May 15 Endorsement, Justice Osborne stated that the Second Governance Protocol "does not represent a final document, with effect for all time. On the contrary, it is expressly intended to be (and is) an interim document". He also expressly recognized, at

---

[2] See paragraphs 12 to 33 of the Supplement to the Second Report.

- 22 -

paragraph 50, that while the Second Governance Protocol does not force Financiers to agree to any sale by Pride or related commission, it does leave those Financiers who do not consent to sales by Pride unable to monetize their collateral in the short term.

75.     Further, the Second Governance Protocol itself, at section 20, entitles any affected Financier to "seek the advice and direction of the Court in respect of this Governance Protocol, including to vary this Revised Governance Protocol as required… on full and proper notice to the Service List."

**F.      Further Request for Release of Assets**

76.     On May 20, 2024, Mitsubishi Capital wrote to Pride, addressing, among other things, the release of its assets. A copy of that letter is attached as **Exhibit "P"** to this affidavit.

77.     On May 22 and 23, 2024, counsel for Mitsubishi Capital conducted calls with counsel to Pride and the Monitor to discuss the issues raised in its most recent letter. I am advised by Mr. McRadu that, on the May 23 call, counsel for Mitsubishi Capital requested that Pride and the Monitor advise whether they would consent to the release of Mitsubishi Capital's assets.

78.     In a letter dated May 27, 2024, counsel for Pride wrote to Mitsubishi Capital, addressing the issues raised in Mitsubishi Capital's May 20 letter, as well as the May 22 and 23 calls between counsel. In this letter, counsel for Pride advised that it was still considering Mitsubishi Capital's request for the release of assets. A copy of that letter is attached as **Exhibit "Q"** to this affidavit.

**G.      Pride's Improper Retention of Securitization Assets**

79.     Through discussions with lessees of Securitization Assets, itt has come to Mitsubishi Capital's attention that Pride has been repossessing and/or accepting the surrender of certain

- 23 -

Securitization Assets (the "**Repossessed Securitization Assets**"). A list of Repossessed Securitization Assets known to Mitsubishi Capital is attached as **Exhibit "R"** to this affidavit.

80.    Since the servicing of the leases has been transferred to Mitsubishi Capital and Securitization Assets are wholly owned by Mitsubishi Capital, Pride has no right to repossess or accept the surrender of any Securitization Assets. To date, however, despite requests from Mitsubishi Capital, Pride has not released the Repossessed Securitization Assets to Mitsubishi Capital.

## H.    Security Review

81.    On June 11, 2024, the Monitor's Canadian counsel provided Mitsubishi Capital with a security summary in respect of the Canadian Floor Plan Agreement (the "**Canadian Floor Plan Security Summary**"). A copy of the Canadian Floor Plan Security Summary is attached as **Exhibit "S"** to this affidavit. The Conclusion on Security for the Canadian Floor Plan Security Summary states:

> "Subject to our assumptions, limitations and qualifications, including those set out in the memorandum dated as of June 11, 2024 delivered to Ernst & Young, and noting any missing document, information or deficiencies as identified herein, we are of the view that each of the Security Documents identified above constitutes a legal, valid and binding obligation of each of the applicable Pride Entities that are party to such Security Documents, enforceable against such party."

82.    Also on June 11, 2024, the Monitor's Canadian counsel provided Mitsubishi Capital with its database, which includes, among other things, a list of VINs and the claims of various Financiers against such VINS (the "**Monitor's Database**"). A copy of the Monitor's Database is

- 24 -

available        at        the        following        link:        https://blakes.sharefile.com/d-s03ab2125a6e247ed88a82b86da977444.

83.      On June 13, 2024, the Monitor's US counsel provided Mitsubishi with a security summary in respect of the U.S. Floor Plan Agreement (the "**US Floor Plan Security Summary**"). A copy of the US Floor Plan Security Summary is attached as **Exhibit "T"** to this affidavit. The Conclusion on Security for the US Floor Plan Security Summary states:

> "Subject to all of assumptions, limitations and qualifications set out in the memorandum dated as of June 13, 2024 delivered confidentially to Ernst & Young, Inc., as Monitor simultaneously and together herewith, and noting any missing document, information or deficiencies as identified herein, we have advised the Monitor that to the extent TPine Leasing Capital LP granted the Secured Creditor a lien on any vehicle listed on the Mitsubishi Vehicle List under the applicable Security Documents and that Secured Creditor is listed as lienholder on a certificate of title for such vehicle, as of the date of the applicable certificate of title, the relevant Secured Creditor had a perfected security interest in such vehicle."

84.    Mitsubishi Capital has reviewed the Monitor's Database and the VINs listed as Multiple Collateral Vehicles on same. The number of Multiple Collateral Vehicles significantly exceeds the number of Double VINed vehicles initially identified by Mitsubishi, its financial advisor and EY prior to the commencement of these proceedings.

85.    Mitsubishi Capital discussed this discrepancy with the Monitor and were advised that the lenders (and Monitor's counsel) had taken a "kitchen sink" approach with the security review, meaning that the Monitor's Database included both present and historic claims against a given

- 25 -

VIN by Financiers, without any accounting for, among other things, intercreditor agreements, no interest letters, releases or waivers.

86.     However, based on the Monitor's Database, Mitsubishi Capital has prepared a list of Floorplan Asset VINs which, even under this over-inclusive approach, are unencumbered by claims by other Financiers (the "**Unencumbered Assets**"). A copy of the list of Unencumbered Assets is attached as **Exhibit "U"** to this affidavit.

**I.      Entitlement Claims Process**

87.      On June 14, 2024, the Court granted an order (the "**Entitlement Claims Process Order**"). A copy of the Entitlement Claims Process Order is available on the Monitor's website.

88.     I understand that the Entitlement Claims Process Order sets out a process (the "**Entitlement Claims Process**") for resolving competing priority claims in "Multiple Collateral Vehicles" (as such term is defined in the Entitlement Claims Process Order). The initial stage of the Entitlement Claims Process includes the Monitor delivering an updated version of the Monitor's Database. Financiers then have 10 business days from the date of delivery to notify the Monitor of issues or disputes with the list of VINs set out therein. Following such period, no party shall be entitled to contest, challenge or otherwise dispute the validity of such list of VINs (the "**Monitor's Database Closing Date**").

**J.      Pride 2.0**

89.     Mitsubishi Capital has been advised by the Monitor and provided with a presentation that Pride intends to propose a restructuring plan which involves, among other things, (i) a reduction of inventory through give-backs to lenders on closing of certain non-core dealership locations, (ii)

- 26 -

return of all Securitization Assets, and (iii) the Pride Entities continuing to sell the remaining inventory (such restructured business, "**Pride 2.0**").

90.    Mitsubishi Capital understands that Pride 2.0 also involves Pride retaining a significant amount of Mitsubishi Capital's Floorplan Assets despite Mitsubishi Capital's repeated demands for the release of same.

91.    Mitsubishi Capital will oppose any Pride 2.0 that does include the release of the vast majority of Mitsubishi Capital's Floorplan Assets.

**K.    Relief Sought**

    **(a)    Release of Assets**

92.    Mitsubishi Capital seeks an order lifting the stay of proceedings and permitting it to collect all vehicles in which it has a first priority security interest for sale, once a determination of such priority has been made in accordance with the Entitlement Claims Process.

93.    Specifically, Mitsubishi Capital seeks an order that:

    (a)    for each vehicle that Mitsubishi Capital has a security interest in, that is not identified as a Multiple Collateral Vehicle in the Monitor's Database following the Monitor's Database Closing Date, Mitsubishi Capital be permitted to collect such vehicle for sale outside these proceedings immediately; and

    (b)    for each vehicle that Mitsubishi Capital has a security interest in, that is identified as a Multiple Collateral Vehicle in the Monitor's Database following the Monitor's Database Closing Date, that Mitsubishi Capital be permitted to collect such vehicle for sale outside these proceedings as soon as it is finally determined, pursuant to

- 27 -

the Entitlement Claims Process, that Mitsubishi Capital has a priority claim in such Multiple Collateral Vehicle.

94.     As stated above, under the Floorplan Agreements, in the event of a Default, Mitsubishi Capital is entitled to take possession of all Collateral. At Mitsubishi Capital's request, Pride must assemble the Collateral and make it available to Mitsubishi Capital, at Pride's expense, at a place designated by Mitsubishi Capital, and is liable to Mitsubishi Capital for any deficiency resulting from Mitsubishi Capital's disposition of the Collateral. Pride also waives any requirement that Mitsubishi wait until after a final judgment is obtained before selling any repossessed Collateral.

95.     Mitsubishi Capital has received confidential offers from third parties to sell all of its Floorplan Assets on preferable terms to those offered by Pride, which would allow Mitsubishi Capital to offset a significant portion of its losses. Given that trucking vehicles and equipment can depreciate rapidly, and the volatile trucking resale market, it is urgent that Mitsubishi Capital be permitted to accept one or more of these offers. Delays in the release of Mitsubishi Capital's Floorplan Assets may result in further and otherwise preventable losses by Mitsubishi Capital and a corresponding increase in its claim in these proceedings.

96.     Mitsubishi Capital appreciates that some logistical planning will be required to release its Floorplan Assets and is willing to take all reasonably necessary steps to coordinate the collection of these assets in a minimally intrusive manner.

**(b)     Release of the Repossessed Securitization Assets**

97.     As stated above, Mitsubishi Capital owns all of the Repossessed Securitization Assets and Pride has no rights, contractual or otherwise, to deal with same. Mitsubishi Capital seeks an order for the return of all Repossessed Securitization Assets immediately.

- 28 -

**(c)    Transition of Leases for Vehicles Leased Out of Trust to Mitsubishi**

98.    Mitsubishi Capital has was made aware by employees of Pride that Pride has leased certain of its Floorplan Assets out of trust, meaning that vehicles financed by Mitsubishi Capital, and in which Mitsubishi Capital has first priority security interests, have been leased by Pride to third-party customers without Pride first paying off the amount owing to Mitsubishi Capital in respect of such vehicles. Mitsubishi Capital's security interest in these vehicles has not been discharged.

99.    Attached as **Exhibit "V"** to this affidavit is a list of 76 of Mitsubishi Capital's Floorplan Assets which Mitsubishi Capital understands have been leased out of trust but not yet pledged to a "Securitization Party" (*i.e.*, a party acquiring leases under an equivalent agreement to Mitsubishi Capital's MPSA).

100.    I am advised by Kim Morse, Senior Vice President of Mitsubishi America, that she discussed this issue with Chris Peterson of Pride. I am advised by Ms. Morse that Mr. Peterson agreed to transfer the leases in respect of such vehicles, and all lease payments received by Pride to date under such leases, to Mitsubishi Capital, and indicated that he would seek approval from the Monitor. On May 20, 2024, counsel for Mitsubishi Capital wrote to Pride and the Monitor to accept this offer (in the letter attached as **Exhibit "P"** hereto).

101.    The Monitor and Pride have refused to affect these transfers. Mitsubishi Capital requests that Pride and the Monitor be ordered to immediately effect such transfers.

102.    Attached as **Exhibit "W"** to this affidavit is a list of 21 of Mitsubishi Capital's Floorplan Assets which have been leased out of trust and pledged to another Securitization Party. Mitsubishi Capital asserts a continuing security interest in such assets and entitlement to lease payments and

- 29 -

proceeds of sale, as appropriate, and has requested that the Monitor address these interests in its

review of Multiple Collateral Vehicles.

**AFFIRMED BEFORE ME** over
videoconference in accordance with I. Reg.
431/20, *Administering Oath or Declaration
Remotely*, on July 5, 2024, while I was located
in the City of Toronto, in the Province of
Ontario, and the affiant was located in the City
of Norwalk, in the State of Connecticut, USA.

| | |
|---|---|
| _____ | _____ |
| Commissioner for Taking Affidavits | DocuSigned by: *Sue Santos* |
| (or as may be) | 7A71E561462540C... |
| **BLAIR MCRADU** | **SUE SANTOS** |
| **(LSO# 85586M)** | |

<div align="center">**Schedule "A"**</div>

**A.        APPLICANTS**
**Operating Entities**
*Canadian Operating Entities*
- PRIDE TRUCK SALES LTD.
- TPINE TRUCK RENTAL INC.
- PRIDE GROUP LOGISTICS LTD.
- PRIDE GROUP LOGISTICS INTERNATIONAL LTD.
- TPINE LEASING CAPITAL CORPORATION
- DIXIE TRUCK PARTS INC.
- PRIDE FLEET SOLUTIONS INC.
- TPINE FINANCIAL SERVICES INC.
- PRIDE GROUP EV SALES LTD.

*U.S. Operating Entities*
- TPINE RENTAL USA, INC.
- PRIDE GROUP LOGISTICS USA, CO.
- ARNOLD TRANSPORTATION SERVICES, INC.
- DIXIE TRUCK PARTS INC.
- TPINE FINANCIAL SERVICES CORP.
- PARKER TRANSPORT CO.
- PRIDE FLEET SOLUTIONS USA INC.

**Real Estate Holding Companies**
*Canadian Real Estate Holding Companies*
- 2029909 ONTARIO INC.
- 2076401 ONTARIO INC.
- 1450 MEYERSIDE HOLDING INC.
- 933 HELENA HOLDINGS INC.
- 30530 MATSQUI ABBOTSFORD HOLDING INC.
- 2863283 ONTARIO INC.
- 2837229 ONTARIO INC.
- 2108184 ALBERTA LTD.
- 12944154 CANADA INC.
- 13184633 CANADA INC.
- 13761983 CANADA INC.
- 102098416 SASKATCHEWAN LTD.
- 177A STREET SURREY HOLDING INC.
- 52 STREET EDMONTON HOLDING INC.
- 84 ST SE CALGARY HOLDINGS INC.
- 68TH STREET SASKATOON HOLDING INC.
- 3000 PITFIELD HOLDING INC.

- 2 -

*U.S. Real Estate Holding Companies*
PGED HOLDING, CORP.

- HIGH PRAIRIE TEXAS HOLDING CORP.
- 131 INDUSTRIAL BLVD HOLDING CORP.
- 59TH AVE PHOENIX HOLDING CORP.
- DI MILLER DRIVE BAKERSFIELD HOLDING CORP.
- FRONTAGE ROAD HOLDING CORP.
- ALEXIS INVESTMENTS, LLC
- TERNES DRIVE HOLDING CORP.
- VALLEY BLVD FONTANA HOLDING CORP.
- HIGHWAY 46 MCFARLAND HOLDING CORP.
- TERMINAL ROAD HOLDING, CORP.
- BISHOP ROAD HOLDING CORP.
- OLD NATIONAL HIGHWAY HOLDING CORP.
- 11670 INTERSTATE HOLDING, CORP.
- 401 SOUTH MERIDIAN OKC HOLDING CORP.
- 8201 HWY 66 TULSA HOLDING CORP.
- EASTGATE MISSOURI HOLDING CORP.
- FRENCH CAMP HOLDING CORP.
- 87TH AVENUE MEDLY FL HOLDING CORP.
- LOOP 820 FORT WORTH HOLDING CORP.
- 162 ROUTE ROAD TROY HOLDING CORP.
- CRESCENTVILLE ROAD CINCINNATI HOLDING CORP.
- MANHEIM ROAD HOLDING CORP.
- 13TH STREET POMPANO BEACH FL HOLDING CORP.
- EAST BRUNDAGE LANE BAKERSFIELD HOLDING CORP.
- CORRINGTON MISSOURI HOLDING CORP.
- 963 SWEETWATER HOLDING CORP.
- OAKMONT DRIVE IN HOLDING CORP.

**Other Holding Companies**
*Other Canadian Holding Companies*
- 2692293 ONTARIO LTD.
- 2043002 ONTARIO INC.
- PRIDE GROUP HOLDINGS INC.
- 2554193 ONTARIO INC.
- 2554194 ONTARIO INC.
- PRIDE GROUP REAL ESTATE HOLDINGS INC.
- 1000089137 ONTARIO INC.

*Other U.S. Holding Companies*
- COASTLINE HOLDINGS, CORP.
- PARKER GLOBAL ENTERPRISES, INC.
- DVP HOLDINGS, CORP.

- 3 -

**B.    LIMITED PARTNERSHIPS**
*U.S. Limited Partnerships*
- PRIDE TRUCK SALES L.P.
- TPINE LEASING CAPITAL L.P.
- SWEET HOME HOSPITALITY L.P.

**C.    ADDITIONAL STAY PARTIES**
*Canadian Additional Stay Parties*
- BLOCK 6 HOLDING INC.
- 2500819 ONTARIO INC.

*U.S. and Other Additional Stay Parties*
- PRIDE GLOBAL INSURANCE COMPANY LTD
- PERGOLA HOLDINGS, CORP.

This is Exhibit "A" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

Court File No. CV-24-00717340-00CL

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

| | | |
|---|---|---|
| THE HONOURABLE | **)** | MONDAY, THE 6TH |
| | **)** | |
| JUSTICE OSBORNE | **)** | DAY OF MAY, 2024 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** and those Applicants listed on Schedule "A" hereto (each, an "**Applicant**", and collectively, the "**Applicants**")

**SECOND AMENDED AND RESTATED INITIAL ORDER**

**(amending the Amended and Restated Initial Order dated April 5, 2024)**

**THIS APPLICATION**, made by the Applicants, pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**") was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the affidavit of Sulakhan Johal sworn March 26, 2024 and the Exhibits thereto (the "**Johal Affidavit**"), the affidavits of Randy Benson sworn April 2, 2024 and May 2 and the Exhibits thereto (together, the "**Benson Affidavit**"), the reports of Ernst & Young Inc., in its capacity as court-appointed monitor (the "**Monitor**"), including that most recent report dated May 2, 2024 (collectively, the "**Monitor Reports**"), and on being advised that the secured creditors who are likely to be affected by the charges created herein were given notice, and on hearing the submissions of counsel for the Applicants and the limited partnerships listed in Schedule "A" hereto (the "**Limited Partnerships**" and collectively with the Applicants, the "**Pride Entities**"), the Monitor, Royal Bank of Canada (the "**DIP Agent**") as administrative agent for the lenders (the "**DIP Lenders**") under the DIP Term Sheet (as defined below) and such other counsel that were present, and no one else appearing although duly served as appears from the

-2-

affidavit of service of Ines Ferreira sworn May 2, 2024, and on reading the consent of the Monitor to act as the monitor,

**SERVICE AND INTERPRETATION**

1.      **THIS COURT ORDERS** that the time of service of the Notice of Application, the Application Record, the Motion Record, the Monitor Reports is hereby abridged and validated so that this Application and Motion are properly returnable today and hereby dispenses with further service thereof.

2.      **THIS COURT ORDERS** that references in this Order to the "date of this Order", the "date hereof" or similar phrases refer to (i) the date the Initial Order of this Court that was granted in these proceedings, being March 27, 2024 (the "**Initial Order**"), or (ii) solely in the case of paragraphs 58 and 61, the date the Amended and Restated Initial Order of this Court that was granted in these proceedings, being April 5, 2024.

**APPLICATION**

3.      **THIS COURT ORDERS AND DECLARES** that the Applicants are companies to which the CCAA applies. Although not Applicants, the Limited Partnerships shall enjoy the benefits of the protections and authorizations provided by this Order.

**PLAN OF ARRANGEMENT**

4.      **THIS COURT ORDERS** that the Applicants shall have the authority to file and may, subject to further order of this Court, file with this Court a plan of compromise or arrangement (hereinafter referred to as the "**Plan**").

**POSSESSION OF PROPERTY AND OPERATIONS**

5.      **THIS COURT ORDERS** that the Pride Entities shall remain in possession and control of their current and future assets, undertakings and properties of every nature and kind whatsoever, and wherever situate including all proceeds thereof and insurance proceeds (the "**Property**"). For greater certainty, "Property" does not include any vehicles or equipment, vehicle or equipment certificates of title, leases and other similar agreements or contracts, lease and other similar agreement or contract payments or receipts, proceeds of sale, and all related rights therein and

proceeds (including insurance proceeds) thereof, including all amounts on deposit in or credited to accounts in respect thereof, which is owned by and the property of any party to a Securitization Agreement (as defined in the Johal Affidavit) (the "**Securitization Parties**") or other third party including any such property held by the Pride Entities in trust for the benefit of any Securitization Party or other third party (the "**Securitization Party Assets**"). Subject to further Order of this Court, the Pride Entities shall continue to carry on business in a manner consistent with the preservation of their business (the "**Business**") and the Property.  The Pride Entities shall be authorized and empowered to continue to retain and employ the employees, Independent Contractors (as defined below) consultants, agents, experts, accountants, tax consultants, counsel and such other persons (collectively, the "**Assistants**") currently retained or employed by them, with liberty to retain such further Assistants as they deem reasonably necessary or desirable in the ordinary course of business or for the carrying out of the terms of this Order. Nothing in this paragraph 5 or this Order shall exempt any Securitization Party Assets from being subject to the Governance Protocol (as defined in and attached to the Protocols Order granted by this Court in these proceedings on April 5, 2024 (the "**Protocols Order**")).

6.      **THIS COURT ORDERS** that, subject to the Protocols (as defined in the Protocols Order), the Pride Entities shall be entitled to continue to utilize the central cash management system currently in place (including, for greater certainty, intercompany transfers from one Pride Entity to another Pride Entity approved by the Monitor) as described in the Johal Affidavit or replace it with another substantially similar central cash management system (the "**Cash Management System**") and that any present or future bank providing the Cash Management System shall not be under any obligation whatsoever to inquire into the propriety, validity or legality of any transfer, payment, collection or other action taken under the Cash Management System, or as to the use or application by the Pride Entities of funds transferred, paid, collected or otherwise dealt with in the Cash Management System, shall be entitled to provide the Cash Management System without any liability in respect thereof to any Persons (as hereinafter defined) other than the Pride Entities, pursuant to the terms of the documentation applicable to the Cash Management System, and shall be, in its capacity as provider of the Cash Management System, an unaffected creditor under the Plan with regard to any claims or expenses it may suffer or incur in connection with the provision of the Cash Management System from and after the date of this Order.

-4-

7.      **THIS COURT ORDERS** that the Pride Entities shall be entitled but not required to pay the following expenses whether incurred prior to, on or after the date of this Order:

(a)      all outstanding and future wages, salaries, commissions, employee benefits, contributions in respect of retirement or other benefit arrangements, vacation pay and expenses payable prior to, on or after the date of this Order, in each case incurred in the ordinary course of business and consistent with existing compensation policies and arrangements;

(b)      all outstanding and future amounts invoiced to any of the Pride Entities from those independent contractors (including, but not limited to, those contractors or subcontractors that provide truck driving, logistics, maintenance or office support) (the "**Independent Contractors**") retained by any of the Pride Entities, payable prior to, on or after the date of this Order, in each case incurred in the ordinary course of business and consistent with existing payment arrangements (which for greater certainty, shall include payment to Independent Contractors through third party staffing agencies where applicable);

(c)      the fees and disbursements of any Assistants retained or employed by the Pride Entities in respect of these proceedings, at their standard rates and charges;

(d)      payment for fuel supplied to any of the Pride Entities either prior to, on or following the date of this Order; and

(e)      with the consent of the Monitor and the CRO and in accordance with the DIP Budget (as defined in the First Report), amounts owing by any of the Pride Entities prior to the date of this Order with respect to goods, services or tolls provided to or incurred by the Pride Entities, if, in the opinion of the Pride Entities, it is necessary to preserve the value of the Property and the Business of any of the Pride Entities, or to facilitate the Restructuring (as defined below) by any of the Pride Entities.

8.      **THIS COURT ORDERS** that, except as otherwise provided to the contrary herein, the Pride Entities shall be entitled but not required to pay all reasonable expenses incurred by the Pride

-5-

Entities in carrying on the Business in the ordinary course after this Order, and in carrying out the provisions of this Order, which expenses shall include, without limitation:

(a)    all expenses and capital expenditures reasonably necessary for the preservation of the Property or the Business including, without limitation, payments on account of insurance (including directors' and officers' insurance), but with respect to such insurance, the Pride Entities shall be entitled to pay premiums that accrued, but were unpaid, prior to the date of this Order, maintenance and security services; and

(b)    payment for goods or services supplied to any of the Pride Entities on or following the date of this Order.

9.    **THIS COURT ORDERS** that the Pride Entities shall remit, in accordance with legal requirements, or pay:

(a)    any statutory deemed trust amounts in favour of the Crown in right of Canada or of any Province thereof or any other taxation authority which are required to be deducted from employees' wages, including, without limitation, amounts in respect of (i) employment insurance, (ii) Canada Pension Plan, (iii) Quebec Pension Plan, (iv) income taxes, (v) statutory deductions in the United States, and (vi) 401(k) contributions in respect of employees domiciled in the United States;

(b)    all goods and services taxes, harmonized sales taxes or other applicable sales taxes (collectively, "**Sales Taxes**") required to be remitted by any of the Pride Entities in connection with the sale of goods and services by any of the Pride Entities, but only where such Sales Taxes are accrued or collected after the date of this Order, or where such Sales Taxes were accrued or collected prior to the date of this Order but not required to be remitted until on or after the date of this Order; and

(c)    any amount payable to the Crown in right of Canada or of any Province thereof or any political subdivision thereof or any other taxation authority in respect of municipal realty, municipal business or other taxes, assessments or levies of any nature or kind which are entitled at law to be paid in priority to claims of secured creditors and which are attributable to or in respect of the carrying on of the Business by the Pride Entities.

-6-

10.     **THIS COURT ORDERS** that until a real property lease is disclaimed or resiliated in accordance with the CCAA, the Pride Entities shall pay all amounts constituting rent or payable as rent under real property leases (other than in respect of real property leased from one Pride Entity to another Pride Entity) (including, for greater certainty, common area maintenance charges, utilities and realty taxes and any other amounts payable to the landlord under the lease) or as otherwise may be negotiated between the applicable Pride Entities and the respective arms' length landlord from time to time ("**Rent**"), for the period commencing from and including the date of this Order, twice-monthly in equal payments on the first and fifteenth day of each month, in advance (but not in arrears). On the date of the first of such payments, any Rent relating to the period commencing from and including the date of this Order shall also be paid.

11.     **THIS COURT ORDERS** that, except as specifically permitted herein, the Pride Entities are hereby directed, until further Order of this Court: (a) to make no payments of principal, interest thereon or otherwise on account of amounts owing by any of the Pride Entities to any of their creditors as of this date; (b) to grant no security interests, trust, liens, charges or encumbrances upon or in respect of any of the Property, other than in the ordinary course of the Business; and (c) to not grant credit or incur liabilities except in the ordinary course of the Business.

12.     **THIS COURT ORDERS** that, notwithstanding paragraph 11 herein, the Pride Entities shall be entitled to remit the following amounts to their creditors and Securitization Parties in accordance with, and subject to, the Protocols:

(a)     amounts collected by Tpine Leasing Capital Corporation or Tpine  Leasing Capital LP in respect of vehicles, trailers, equipment and other personal property leased to third party customers or in respect of Securitization Party Assets, in the ordinary course of the Business; and

(b)     amounts collected by any of the Pride Entities with respect to the sale of vehicles, trailers, or equipment as contemplated in paragraph 13 herein, in the ordinary course of the Business.

-7-

**RESTRUCTURING**

13.     **THIS COURT ORDERS** that each of the applicable Pride Entities shall, subject to such requirements as are imposed by the CCAA and the Protocols, have the right to sell vehicles, trailers, equipment or other equipment owned by them in the ordinary course of the Business.  For greater certainty, the Pride Entities shall not sell Securitization Party Assets, or Property in which a Securitization Party or other Person has financed pursuant to the books and records of the Pride Entities, without the written consent of the applicable Securitization Party or Person.

14.     **THIS COURT ORDERS** that each of the applicable Pride Entities shall, with the approval of the Monitor and CRO and upon notice to the DIP Agent, have the right to transition and relinquish servicing and other duties in respect of Securitization Party Assets (including relinquishing possession of any vehicles or equipment that are Securitization Party Assets and/or Property where Securitization Parties have a first-ranking security interest) pursuant to arrangements satisfactory to the Pride Entities and the applicable Securitization Party, or further order of the Court.

15.     **THIS COURT ORDERS** that each of the Pride Entities shall, subject to such requirements as are imposed by the CCAA and such covenants as may be contained in the Definitive Documents (as hereinafter defined), have the right to:

(a)     permanently or temporarily cease, downsize or shut down any of its Business or operations;

(b)     sell, convey, transfer or assign any redundant, surplus or non-material Property ("**Surplus Assets**"), or any part or parts thereof, out of the ordinary course of business without the approval of this Court in respect of any transaction not exceeding $1,000,000 provided that the aggregate consideration for all such transactions does not exceed $12,000,000, with the prior consent of (i) Monitor, (ii) the DIP Agent, and (iii) any affected secured lender with a registration under a Personal Property Registry in a jurisdiction in Canada or the United States that is specific to the Surplus Assets affected hereunder, the net proceeds of which  transaction or transactions shall be segregated and shall stand in the place and stead of the applicable Surplus Assets subject to such transaction or transactions such that all Claims and Encumbrances shall attach to such

net proceeds with the same priority as they had with respect to the applicable Surplus Assets immediately prior to the sale, as if the Surplus Assets had not been sold and remained in the possession or control of the person having that possession or control immediately prior to the sale;

(c)    list for sale its owned real properties, subject to the Real Estate Monetization Plan and Intercompany and Unsecured Creditor Claims Preservation Protocol (each as defined in the Protocols Order), provided that the applicable Pride Entity shall seek an order from the Court approving any such sale;

(d)    terminate the employment of such of its employees or temporarily lay off such of its employees as it deems appropriate;

(e)    terminate the engagement of any of its Independent Contractors as it deems appropriate; and

(f)    pursue all avenues of refinancing of its Business or Property, in whole or part, subject to prior approval of this Court being obtained before any material refinancing,

all of the foregoing to permit the Pride Entities to proceed with an orderly restructuring of the Business (the "**Restructuring**").

**LEASED PREMISES**

16.    **THIS COURT ORDERS** that the applicable Pride Entities shall provide each of the relevant landlords with notice of the applicable Pride Entity's intention to remove any fixtures from any leased premises at least seven (7) days prior to the date of the intended removal.  The relevant landlord shall be entitled to have a representative present in the leased premises to observe such removal and, if the landlord disputes such Pride Entity's entitlement to remove any such fixture under the provisions of the lease, such fixture shall remain on the premises and shall be dealt with as agreed between any applicable secured creditors, such landlord and the applicable Pride Entity, or by further Order of this Court upon application by the applicable Pride Entity on at least two (2) days notice to such landlord and any such secured creditors. If the applicable Pride Entity disclaims or resiliates the lease governing such leased premises in accordance with Section 32 of the CCAA, it shall not be required to pay Rent under such lease pending resolution of any

such dispute (other than Rent payable for the notice period provided for in Section 32(5) of the CCAA), and the disclaimer or resiliation of the lease shall be without prejudice to such Pride Entity's claim to the fixtures in dispute.

17.    **THIS COURT ORDERS** that if a notice of disclaimer or resiliation is delivered pursuant to section 32 of the CCAA, then (a) during the notice period prior to the effective time of the disclaimer or resiliation, the landlord may show the affected leased premises to prospective tenants during normal business hours, on giving the applicable Pride Entity and the Monitor 24 hours' prior written notice, and (b) at the effective time of the disclaimer or resiliation, the relevant landlord shall be entitled to take possession of any such leased premises without waiver of or prejudice to any claims or rights such landlord may have against the applicable Pride Entity in respect of such lease or leased premises, provided that nothing herein shall relieve such landlord of its obligation to mitigate any damages claimed in connection therewith.

**NO PROCEEDINGS AGAINST THE PRIDE ENTITIES, THE BUSINESS OR THE PROPERTY**

18.    **THIS COURT ORDERS** that until and including June 30, 2024, or such later date as this Court may order (the "**Stay Period**"), no proceeding or enforcement process in any court or tribunal (each, a "**Proceeding**" and collectively, the "**Proceedings**") shall be commenced or continued against or in respect of any of the Pride Entities, any of those additional parties listed on Schedule "A" hereto (the "**Additional Stay Parties**"), the Monitor or any of their respective employees, advisors or representatives acting in such capacities, or affecting the Business or the Property, except with the prior written consent of the Pride Entities, RC Benson Consulting Inc., in its capacity as Chief Restructuring Officer (the "**CRO**") and the Monitor, or with leave of this Court, and any and all Proceedings currently under way against or in respect of any of the Pride Entities, any of the Additional Stay Parties or any of their respective employees, advisors or representatives acting in such capacities, or affecting the Business or the Property, are hereby stayed and suspended pending further Order of this Court or the prior written consent of the Pride Entities, the CRO and Monitor.

19.    **THIS COURT ORDERS** that during the Stay Period, no Proceeding shall be commenced or continued against or in respect of Sulakhan Johal, Jasvir Johal and/or Amrinder Johal

-10-

(collectively, the "**Personal Guarantors**"), or against or in respect of any of their current or future assets, undertakings and properties of every nature and kind whatsoever, and wherever situate, and including all proceeds thereof (collectively, the "**Personal Guarantors Property**") with respect to any guarantee, contribution or indemnity obligation, liability or claim in respect of or that relates to any agreement involving any of the Pride Entities or the obligations, liabilities and claims of and against any of the Pride Entities (collectively, the "**Related Claims**"), except with the prior written consent of the Pride Entities, the CRO and the Monitor, or with leave of this Court, and any and all Proceedings currently under way against or in respect of the Personal Guarantors or the Personal Guarantors Property in respect of the Related Claims are hereby stayed and suspended pending further Order of this Court or the prior written consent of the Pride Entities, the CRO and the Monitor.

20.    **THIS COURT ORDERS** that, to the extent any prescription, time or limitation period relating to any Proceeding against or in respect of the Additional Stay Parties, or with respect to any Related Claims against or in respect of the Personal Guarantors or the Personal Guarantors Property that is stayed pursuant to this Order may expire, the term of such prescription, time or limitation period shall hereby be deemed to be extended by a period equal to the Stay Period.

**NO EXERCISE OF RIGHTS OR REMEDIES**

21.    **THIS COURT ORDERS** that during the Stay Period, all rights and remedies of any individual, firm, corporation, organization, governmental unit, body or agency, or any other entities (all of the foregoing, collectively being "**Persons**" and each being a "**Person**") against or in respect of any of the Pride Entities or the Monitor, or their respective employees, advisors and representatives acting in such capacities, or affecting the Business or the Property, are hereby stayed and suspended except with the written consent of the Pride Entities, the CRO and the Monitor, or leave of this Court, provided that nothing in this Order shall (i) empower any of the Pride Entities to carry on any business which they are not lawfully entitled to carry on, (ii) affect such investigations, actions, suits or proceedings by a regulatory body as are permitted by section 11.1 of the CCAA, (iii) prevent the filing of any registration to preserve or perfect a security interest, or (iv) prevent the registration of a claim for lien.

-11-

## NO INTERFERENCE WITH RIGHTS

22.    **THIS COURT ORDERS** that during the Stay Period, no Person shall accelerate, suspend, discontinue, fail to honour, alter, interfere with, repudiate, rescind, terminate or cease to perform any right, renewal right, contract, agreement, lease, sublease, licence, authorization or permit in favour of or held by any of the Pride Entities, except with the written consent of the Pride Entities, the CRO and the Monitor, or leave of this Court.

## CONTINUATION OF SERVICES

23.    **THIS COURT ORDERS** that during the Stay Period, all Persons having oral or written agreements with any of the Pride Entities or statutory or regulatory mandates for the supply of goods and/or services, including without limitation all computer software, communication and other data services, centralized banking services, cash management services, payroll services, insurance, transportation or logistics services, utility or other services to any of the Pride Entities or the Business, are hereby restrained until further Order of this Court from discontinuing, altering, interfering with, suspending or terminating the supply of such goods or services as may be required by any of the Pride Entities, and that each of the Pride Entities shall be entitled to the continued use of its current premises, telephone numbers, facsimile numbers, internet addresses and domain names, provided in each case that the normal prices or charges for all such goods or services received after the date of this Order are paid by the applicable Pride Entities in accordance with the normal payment practices of the applicable Pride Entities or such other practices as may be agreed upon by the supplier or service provider and each of the applicable Pride Entities and the Monitor, or as may be ordered by this Court.

## NON-DEROGATION OF RIGHTS

24.    **THIS COURT ORDERS** that, notwithstanding anything else in this Order, no Person shall be prohibited from requiring immediate payment for goods, services, use of lease or licensed property or other valuable consideration provided on or after the date of this Order, nor shall any Person be under any obligation on or after the date of this Order to advance or re-advance any monies or otherwise extend any credit to any of the Pride Entities.  Nothing in this Order shall derogate from the rights conferred and obligations imposed by the CCAA.

-12-

## NO PRE-FILING VERSUS POST-FILING SET-OFF

25.     **THIS COURT ORDERS** that no Person shall be entitled to set off any amounts that (i) are or may become due to any of the Pride Entities in respect of obligations arising prior to the date hereof with any amounts that are or may become due from any of the Pride Entities in respect of obligations arising on or after the date of this Order, or (ii) are or may become due from any of the Pride Entities in respect of obligations arising prior to the date hereof with any amounts that are or may become due to any of the Pride Entities in respect of obligations arising on or after the date of this Order, in each case without the prior written consent of the applicable Pride Entity, the CRO and the Monitor or further Order of this Court.

## PROCEEDINGS AGAINST DIRECTORS AND OFFICERS

26.     **THIS COURT ORDERS** that during the Stay Period, and except as permitted by subsection 11.03(2) of the CCAA, no Proceeding may be commenced or continued against any of the former, current or future directors or officers of any of the Pride Entities with respect to any claim against the directors or officers that arose before the date hereof and that relates to any obligations of any of the Pride Entities whereby the directors or officers are alleged under any law to be liable in their capacity as directors or officers for the payment or performance of such obligations, until a compromise or arrangement in respect of the Pride Entities, if one is filed, is sanctioned by this Court or is refused by the creditors of the Pride Entities or this Court.

## DIRECTORS' AND OFFICERS' INDEMNIFICATION AND CHARGE

27.     **THIS COURT ORDERS** that the Pride Entities shall indemnify their directors and officers against obligations and liabilities that they may incur as directors or officers of the Pride Entities after the commencement of the within proceedings, except to the extent that, with respect to any officer or director, the obligation or liability was incurred as a result of the director's or officer's gross negligence or wilful misconduct.

28.     **THIS COURT ORDERS** that the directors and officers of the Pride Entities shall be entitled to the benefit of and are hereby granted a charge (the "**Directors' Charge**") on the Property of the Pride Entities, which charge shall not exceed an aggregate amount of $7.4 million,

as security for the indemnity provided in paragraph 27 of this Order. The Directors' Charge shall have the priority set out in paragraphs 60 and 61 herein.

29.     **THIS COURT ORDERS** that, notwithstanding any language in any applicable insurance policy to the contrary, (a) no insurer shall be entitled to be subrogated to or claim the benefit of the Directors' Charge, and (b) the Pride Entities' directors and officers shall only be entitled to the benefit of the Directors' Charge to the extent that they do not have coverage under any directors' and officers' insurance policy, or to the extent that such coverage is insufficient to pay amounts indemnified in accordance with paragraph 27 of this Order.

**APPOINTMENT OF CHIEF RESTRUCTURING OFFICER**

30.     **THIS COURT ORDERS** that RC Benson Consulting Inc. is hereby appointed as CRO, an officer of this Court, over and in respect of the Pride Entities and shall have the powers and obligations set out in the engagement agreement between the Pride Entities and the CRO dated February 24, 2024 (the "**CRO Agreement**").

31.     **THIS COURT ORDERS** that the CRO Agreement is approved *nunc pro tunc* and the Pride Entities are hereby authorized to perform all of their obligations pursuant to the CRO Agreement.

32.     **THIS COURT ORDERS** that, subject to the terms of this Order, the CRO is hereby authorized to assist the Pride Entities and to do all things, carry out all actions and perform all duties described in the CRO Agreement and, without limiting the foregoing, the CRO is hereby empowered to do the following:

  (a)     take any and all steps for and in the name of, and on behalf of, the Pride Entities necessary to carry out the Restructuring;

  (b)     communicate with and provide information to the Monitor and report to this Court at such times and intervals as the CRO may deem appropriate with respect to matters relating to the Property, the Business, the Restructuring and such other matters as may be relevant to the proceedings herein;

-14-

(c)    perform such other duties as are required by this Order or by this Court from time to time, including but not limited to, such duties as set forth in the Protocols;

(d)    take all such steps and actions, enter into and execute all such agreements and documents in the name of and on behalf of the Pride Entities and incur such expenses and obligations necessary or incidental to the exercise of the foregoing powers; and

provided that each of the foregoing actions, agreements, expenses and obligations shall be construed to be those of the Pride Entities and not of the CRO nor any of its employees, representatives or agents.

33.    **THIS COURT ORDERS** that the Pride Entities shall (a) advise the CRO of all material steps taken by the Pride Entities in these proceedings, and (b) cooperate fully with and provide the CRO with the assistance necessary to enable the CRO to exercise its powers and discharge its obligations under the CRO Agreement, this Order and any other orders issued in these proceedings.

34.    **THIS COURT ORDERS** that the CRO shall not take possession of the Property and shall not, by fulfilling its obligations hereunder or under the CRO Agreement, be deemed to have taken or maintained possession or control of the Business or the Property, or any part thereof. Without limiting the foregoing, the CRO shall not, as a result of this Order or anything done pursuant to its duties and powers under this Order or the CRO Agreement, be deemed to be in Possession (as defined below) of any Property within the meaning of any Environmental Legislation (as defined below).

35.    **THIS COURT ORDERS** that the CRO shall consult with the Monitor regarding all material issues relating to the Business and these proceedings as reasonably determined by the CRO.

36.    **THIS COURT ORDERS** that, in addition to the rights and protections afforded to the CRO as an officer of this Court, neither the CRO nor any employee or agent of the CRO shall be deemed to be a director, *de facto* director, employee or trustee of any of the Pride Entities.

37.    **THIS COURT ORDERS** that neither the CRO nor any employee or agent of the CRO shall incur any liability or obligation as a result of its appointment or the carrying out of the provisions of this Order, save and except for any liability or obligation incurred as a result of any

-15-

gross negligence or wilful misconduct on its or their part; provided that any liability of the CRO hereunder shall in no event exceed the quantum of the fees paid to the CRO.

38.    **THIS COURT ORDERS** that the Pride Entities shall indemnify and hold harmless the CRO and any employees or agents of the CRO who may assist the CRO with the exercise of its powers and obligations under this Order (collectively with the CRO, the "**CRO Indemnified Parties**") with respect to any liability or obligation that the CRO Indemnified Parties may incur as a result of the appointment of the CRO or the fulfilling of the CRO's duties in carrying out the provisions of this Order, including any claims or liabilities subject to indemnification pursuant to the CRO Agreement, except to the extent that the obligation or liability was incurred as a result of the CRO Indemnified Parties' gross negligence or wilful misconduct. The CRO Indemnified Parties shall be treated as unaffected and the foregoing indemnity shall be treated as unaffected and may not be compromised in any Plan filed by the Pride Entities under the CCAA, or any proposal filed by the Pride Entities under the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c.B-3, as amended (the "**BIA**").

39.    **THIS COURT ORDERS** that no action or other proceeding shall be commenced directly, or by way of counterclaim, third party claim or otherwise, against or in respect of the CRO Indemnified Parties, and all rights and remedies of any Person against or in respect of the CRO Indemnified Parties are hereby stayed and suspended, except with the written consent of the CRO and the Monitor or with leave of this Court on notice to the Pride Entities, the Monitor and the CRO. Notice of any such motion seeking leave of this Court shall be served upon the Pride Entities, the Monitor and the CRO at least seven (7) days prior to the return date of any such motion for leave.

40.    **THIS COURT ORDERS** that the CRO may resign or the appointment of the CRO may be terminated by further order of this Court at any time.

41.    **THE COURT ORDERS** that the Pride Entities' indemnity in favour of the CRO Indemnified Parties shall survive termination, replacement or discharge of the CRO.

42.    **THE COURT ORDERS** that the appointment of the CRO and the granting of the powers and responsibilities of the CRO hereunder will not constitute the sale or disposition of the Business or the sale or disposition of any of the Property and such Business and Property will continue to

be the Business and Property of the Pride Entities unless and until sold in whole or in part to a purchaser.

**APPOINTMENT OF MONITOR**

43.     **THIS COURT ORDERS** that Ernst & Young Inc. is hereby appointed pursuant to the CCAA as the Monitor, an officer of this Court, to monitor the business and financial affairs of the Pride Entities with the powers and obligations set out in the CCAA or set forth herein and that the Pride Entities and their shareholders, officers, directors, and Assistants and the CRO shall advise the Monitor of all material steps taken by the Pride Entities pursuant to this Order, and shall co-operate fully with the Monitor in the exercise of its powers and discharge of its obligations and provide the Monitor with the assistance that is necessary to enable the Monitor to adequately carry out the Monitor's functions.

44.     **THIS COURT ORDERS** that the Monitor, in addition to its prescribed rights and obligations under the CCAA, is hereby directed and empowered to:

(a)     monitor the Pride Entities' receipts and disbursements;

(b)     report to this Court at such times and intervals as the Monitor may deem appropriate with respect to matters relating to the Property, the Business, and such other matters as may be relevant to the proceedings herein;

(c)     assist the Pride Entities, to the extent required by the Pride Entities or the DIP Agent, in their dissemination to the DIP Agent and its counsel of financial and other information as agreed to between the Pride Entities and the DIP Agent, which may be used in these proceedings, including reporting on a basis to be agreed with the DIP Agent;

(d)     liaise and consult with the Pride Entities, to the extent required, with respect to all matters relating to the Property, the Business, the Restructuring and such other matters as may be relevant to these proceedings;

(e)     advise the Pride Entities in the preparation of their cash flow statements and reporting required by the DIP Agent, which information shall be reviewed with the Monitor and

CRO and delivered to the DIP Agent and its counsel on a periodic basis as agreed to by the DIP Agent;

(f)    advise the Pride Entities in their development of the Plan and any amendments to the Plan;

(g)    assist the Pride Entities, to the extent required by the Pride Entities and CRO, with the holding and administering of creditors' or shareholders' meetings for voting on the Plan;

(h)    assist the Pride Entities and the Court in assessing the validity, enforceability and relative priority of any security, ownership or other interest which any Person (including any creditor or Securitization Party) may assert in or to any Property or other property in which the Pride Entities may have an interest;

(i)    have full and complete access to the Property, including the premises, books, records, data, including data in electronic form, and other financial documents of the Pride Entities, to the extent that is necessary to adequately assess the Pride Entities' business and financial affairs or to perform its duties arising under this Order;

(j)    perform its duties set out in the Protocols;

(k)    be at liberty to engage independent legal counsel or such other persons as the Monitor deems necessary or advisable respecting the exercise of its powers and performance of its obligations under this Order; and

(l)    perform such other duties as are required by this Order or by this Court from time to time.

45.    **THIS COURT ORDERS** that the Monitor shall not take possession of the Property and shall take no part whatsoever in the management or supervision of the management of the Business and shall not, by fulfilling its obligations hereunder, be deemed to have taken or maintained possession or control of the Business or Property, or any part thereof.

46.    **THIS COURT ORDERS** that nothing herein contained shall require the Monitor to occupy or to take control, care, charge, possession or management (separately and/or collectively,

-18-

"**Possession**") of any of the Property that might be environmentally contaminated, might be a pollutant or a contaminant, or might cause or contribute to a spill, discharge, release or deposit of a substance contrary to any federal, provincial or other law respecting the protection, conservation, enhancement, remediation or rehabilitation of the environment or relating to the disposal of waste or other contamination including, without limitation, the *Canadian Environmental Protection Act*, the Ontario *Environmental Protection Act*, the *Ontario Water Resources Act*, or the Ontario *Occupational Health and Safety Act* and regulations thereunder (the "**Environmental Legislation**"), provided however that nothing herein shall exempt the Monitor from any duty to report or make disclosure imposed by applicable Environmental Legislation.  The Monitor shall not, as a result of this Order or anything done in pursuance of the Monitor's duties and powers under this Order, be deemed to be in Possession of any of the Property within the meaning of any Environmental Legislation, unless it is actually in possession.

47.    **THIS COURT ORDERS** that the Monitor shall provide any creditor of the Pride Entities with information provided by the Pride Entities in response to reasonable requests for information made in writing by such creditor addressed to the Monitor.  The Monitor shall not have any responsibility or liability with respect to the information disseminated by it pursuant to this paragraph.  In the case of information that the Monitor has been advised by any of the Pride Entities is confidential, the Monitor shall not provide such information to creditors unless otherwise directed by this Court or on such terms as the Monitor and the Pride Entities may agree.

48.    **THIS COURT ORDERS** that, in addition to the rights and protections afforded to the Monitor under the CCAA or as an officer of this Court, neither the Monitor nor its employees, advisors and other representatives acting in such capacities shall incur any liability or obligation as a result of the Monitor's appointment or the carrying out by it of the provisions of this Order or the Protocols, save and except for any gross negligence or wilful misconduct on its part.  Nothing in this Order shall derogate from the protections afforded to the Monitor by the CCAA or any applicable legislation.

49.    **THIS COURT ORDERS** that the Monitor, counsel to the Monitor (including both U.S. and Canadian counsel for all purposes of this Order), counsel to the Pride Entities (including both U.S. and Canadian counsel for all purposes of this Order), the CRO, and Canadian counsel to the Pride Entities' board of directors shall be paid their reasonable fees and disbursements, in each

case at their standard rates and charges, whether incurred prior to, on, or subsequent to the date of this Order, by the Pride Entities as part of the costs of these proceedings. The Pride Entities are hereby authorized and directed to pay the accounts of the Monitor, counsel to the Monitor, the Pride Entities' counsel, the CRO, and Canadian counsel to the Pride Entities' boards of directors on a bi-weekly basis or pursuant to such other arrangements agreed to between the Pride Entities and such parties.

50.     **THIS COURT ORDERS** that the Monitor and its legal counsel shall pass their accounts from time to time, and for this purpose the accounts of the Monitor and its legal counsel are hereby referred to a judge of the Commercial List of the Ontario Superior Court of Justice.

**DIP FINANCING**

51.     **THIS COURT ORDERS** that the Pride Entities are hereby authorized and empowered to obtain and borrow pursuant to a credit facility from the DIP Lenders in order to finance the ordinary course working capital and other general corporate purposes of the Pride Entities, provided that borrowings under such credit facility shall not exceed a principal amount of $30 million unless permitted by further Order of this Court.

52.     **THIS COURT ORDERS** that such credit facility shall be on the terms and subject to the conditions set forth in the Debtor-in Possession Financing Term Sheet between the Pride Entities, the DIP Agent and the DIP Lenders dated as of April 1, 2024 and attached as Exhibit "D" to the Benson Affidavit (as may be amended or amended and restated from time to time, the "**DIP Term Sheet**").

53.     **THIS COURT ORDERS** that the Pride Entities are hereby authorized and empowered to execute and deliver such credit agreements, mortgages, charges, hypothecs and security documents, guarantees and other definitive documents (collectively, with the DIP Term Sheet, the "**Definitive Documents**"), as are contemplated by the DIP Term Sheet or as may be reasonably required by the DIP Agent pursuant to the terms thereof, and the Pride Entities are hereby authorized and directed to pay and perform all of their indebtedness, interest, fees, liabilities and obligations to the DIP Agent and the DIP Lenders under and pursuant to the Definitive Documents as and when the same become due and are to be performed, notwithstanding any other provision of this Order.

-20-

54.    **THIS COURT ORDERS** that the DIP Agent for and on behalf of the DIP Lenders shall be entitled to the benefit of and is hereby granted a charge (the "**DIP Lenders' Charge**") on the Pride Entities' Property, which shall not secure any obligation that exists before this Order is made. The DIP Lenders' Charge shall have the priority set out in paragraphs 60 and 61 hereof.

55.    **THIS COURT ORDERS** that, notwithstanding any other provision of this Order:

(a)    the DIP Agent for and on behalf of the DIP Lenders may take such steps from time to time as it may deem necessary or appropriate to file, register, record or perfect the DIP Lenders' Charge or any of the Definitive Documents;

(b)    upon the occurrence of an event of default under the Definitive Documents, the DIP Agent or the DIP Lenders, as applicable, may immediately cease making advances to the Pride Entities and, upon three (3) banking days' notice to the Pride Entities, the CRO and the Monitor, may exercise any and all of their rights and remedies against the Pride Entities or the Property under or pursuant to the Definitive Documents and the DIP Lenders' Charge, including without limitation, to set off and/or consolidate any amounts owing by the DIP Lenders to the Pride Entities against the obligations of the Pride Entities to the DIP Lenders under or pursuant to the Definitive Documents or the DIP Lenders' Charge, to make demand, accelerate payment and give other notices, or to apply to this Court for the appointment of a receiver, receiver and manager or interim receiver, or for a bankruptcy order against any of the Pride Entities and for the appointment of a trustee in bankruptcy of any of the Pride Entities; and

(c)    the foregoing rights and remedies of the DIP Agent and the DIP Lenders shall be enforceable against any trustee in bankruptcy, interim receiver, receiver or receiver and manager of any of the Pride Entities or their Property.

56.    **THIS COURT ORDERS AND DECLARES** that the DIP Agent and the DIP Lenders shall be treated as unaffected in any Plan filed by the Pride Entities under the CCAA, or any proposal filed by the Pride Entities under the BIA, with respect to any advances made under the Definitive Documents.

-21-

57.    **THIS COURT ORDERS** that this Order is subject to provisional execution and that if any of the provisions of this Order in connection with the DIP Term Sheet, the Definitive Documents or the DIP Lenders' Charge shall subsequently be stayed, modified, varied, amended, reversed or vacated in whole or in part (collectively, a "**Variation**"), such Variation shall not in any way impair, limit or lessen the priority, protections, rights or remedies of the DIP Agent and the DIP Lenders, whether under this Order (as made prior to the Variation), the DIP Term Sheet the Definitive Documents or the DIP Lenders' Charge with respect to any advances made or obligations incurred prior to the DIP Agent receiving notice of the Variation, and the DIP Agent and the DIP Lenders shall be entitled to rely on this Order as issued (including, without limitation, the DIP Lenders' Charge) for all advances so made and other obligations set out in the DIP Term Sheet or the Definitive Documents.

## INTERCOMPANY ADVANCES CHARGE

58.    **THIS COURT ORDERS** that to the extent that a Pride Entity (the "**Lending Entity**") after the date of this Order, makes any payment to any Pride Entity (such Pride Entity, a "**Recipient Entity**"), such Lending Entity is hereby granted a charge (the "**Intercompany Advances Charge**") on all of the Property of the Recipient Entity in the amount of such payment or obligation or transfer, provided that, in relation to any payment(s) proposed to or from a R/E HoldCo (as such term is defined in the Johal Affidavit) by or to a Pride Entity that would be subject to the Intercompany Advances Charge, notice setting out sufficient details, including the basis for such payment, is provided to any relevant third party mortgagee and the DIP Agent in advance of making any such payment(s). The Intercompany Advances Charge shall have the priority set out in paragraphs 60 and **Error! Reference source not found.** hereof.

## ADMINISTRATION CHARGE

59.    **THIS COURT ORDERS** that the Monitor, counsel to the Monitor, counsel to the Pride Entities, the CRO, and Canadian counsel to the Pride Entities' boards of directors shall be entitled to the benefit of and are hereby granted a charge (the "**Administration Charge**") on the Property of the Pride Entities, which charge shall not exceed an aggregate amount of $3 million as security for their professional fees and disbursements incurred at their standard rates and charges, both

-22-

before and after the making of this Order in respect of these proceedings. The Administration Charge shall have the priority set out in paragraphs 60 and 61 herein.

**VALIDITY AND PRIORITY OF CHARGES CREATED BY THIS ORDER**

60.    **THIS COURT ORDERS** that the priorities of the Administration Charge, the Intercompany Advances Charge, the DIP Lenders' Charge and the Directors' Charge (collectively, the "**Charges**"), as among them, shall be as follows:

> First – Administration Charge (to the maximum amount of $3 million);
>
> Second – Intercompany Advances Charge;
>
> Third - DIP Lenders' Charge; and
>
> Fourth – Directors' Charge (to the maximum amount of $7.4 million).

61.    **THIS COURT ORDERS** that each of the Charges shall constitute a charge on the Property and that such Charges shall rank in priority to all other security interests, trusts, liens, charges and encumbrances, and claims of secured creditors, statutory or otherwise (collectively, "**Encumbrances**") in favour of any Person; provided that (a) the DIP Lenders' Charge shall be subordinate to (i) any validly perfected and enforceable security interest of third party financers in specific vehicle and lease collateral and such proceeds of collateral which, as of the date of this Order, ranks in priority to the Security as defined in the Existing Credit Agreement (as defined in the Benson Affidavit); (ii) any valid and enforceable mortgage in favour of a third party mortgagee which, as of the date of this Order, is duly registered on title to real properties of the Pride Entities and ranks in priority to the Security; and (iii) until and including April 19, 2024 which may be extended upon further Order of this Court, any validly perfected and enforceable security interest of Triumph Financial Services LLC in the Property of Arnold Transportation Services, Inc. in the maximum amount of $3 million; and (b) the Directors' Charge shall be subordinate to: (i) any validly perfected and enforceable security interest of third party financers in specific vehicle and lease collateral and such proceeds of collateral; (ii) any valid and enforceable mortgage in favour of a third party mortgagee, in each case including, for greater certainty, such interests in favour of the Administrative Agent and Lenders (each as defined in the Existing Credit Agreement) under the Security, and (iii) until and including April 19, 2024 which may be extended upon further

-23-

Order of this Court, any validly perfected and enforceable security interest of Triumph Financial Services LLC in the Property of Arnold Transportation Services, Inc. in the maximum amount of $3 million.

62.     **THIS COURT ORDERS** that the filing, registration or perfection of the Charges shall not be required, and that the Charges shall be valid and enforceable for all purposes, including as against any right, title or interest filed, registered, recorded or perfected subsequent to the Charges coming into existence, notwithstanding any such failure to file, register, record or perfect.

63.     **THIS COURT ORDERS** that except as otherwise expressly provided for herein, or as may be approved by this Court, the Pride Entities shall not grant any Encumbrances over any Property that rank in priority to, or *pari passu* with, any of the Charges unless the Pride Entities also obtain the prior written consent of the Monitor, the CRO, the DIP Agent on behalf of the DIP Lenders, any relevant third party mortgagees with a valid and enforceable mortgage on Property of R/E HoldCos which, as of the date of this Order, is duly registered on title to real properties of Pride Entities and ranks in priority to the Security, and the beneficiaries of the Charges, or further Order of this Court.

64.     **THIS COURT ORDERS** that the Charges, the agreements and other documents governing or otherwise relating to the obligations secured by the Charges, including the Definitive Documents, shall not be rendered invalid or unenforceable and the rights and remedies of the chargees (including the DIP Agent and DIP Lenders) entitled to the benefit of the Charges (collectively, the "**Chargees**") shall not otherwise be limited or impaired in any way by (a) the pendency of these proceedings and the declarations of insolvency made herein; (b) any application(s) for bankruptcy order(s) or receivership order(s) issued pursuant to BIA, or any bankruptcy order or receivership order made pursuant to such applications; (c) the filing of any assignments for the general benefit of creditors made pursuant to the BIA; (d) the provisions of any federal or provincial statutes; or (e) any negative covenants, prohibitions or other similar provisions with respect to borrowings, incurring debt or the creation of Encumbrances, contained in any existing loan documents, lease, sublease, offer to lease or other agreement (collectively, an "**Agreement**") which binds any of the Pride Entities, and notwithstanding any provision to the contrary in any Agreement:

-24-

(a)    neither the creation of the Charges nor the execution, delivery, perfection, registration or performance of the Definitive Documents shall create or be deemed to constitute a breach by any of the Pride Entities of any Agreement to which any of them is a party;

(b)    none of the Chargees shall have any liability to any Person whatsoever as a result of any breach of any Agreement caused by or resulting from the Pride Entities entering into the DIP Term Sheet, the creation of the Charges, or the execution, delivery or performance of the Definitive Documents; and

(c)    the payments made by the Pride Entities pursuant to this Order or the Definitive Documents, and the granting of the Charges, do not and will not constitute preferences, fraudulent conveyances, transfers at undervalue, oppressive conduct, or other challengeable or voidable transactions under any applicable law.

65.    **THIS COURT ORDERS** that any Charge created by this Order over leases of real property in Canada shall only be a Charge in the Pride Entities' interest in such real property leases.

**SERVICE AND NOTICE**

66.    **THIS COURT ORDERS** that the Monitor shall (i) without delay, publish in The Globe and Mail (National Edition) a notice containing the information prescribed under the CCAA, (ii) within five (5) days after the date of this Order, (A) make this Order publicly available in the manner prescribed under the CCAA, (B) send, in the prescribed manner, a notice to every known creditor who has a claim against of the Pride Entities of more than $1000, and (C) prepare a list showing the names and addresses of those creditors and the estimated amounts of those claims, and make it publicly available in the prescribed manner, all in accordance with subsection 23(1)(a) of the CCAA and the regulations made thereunder, provided that the Monitor shall not make the claims, names and addresses of any creditors of the Pride Entities who are individuals publicly available.

67.    **THIS COURT ORDERS** that the Guide Concerning Commercial List E-Service (the "**Service Guide**") is approved and adopted by reference herein and, in this proceeding, the service of documents made in accordance with the Service Guide (which can be found on the Commercial List website at https://www.ontariocourts.ca/scj/practice/regional-practice-directions/eservice-

-25-

commercial/) shall be valid and effective service.  Subject to Rule 17.05 this Order shall constitute an order for substituted service pursuant to Rule 16.04 of the Rules of Civil Procedure. Subject to Rule 3.01(d) of the Rules of Civil Procedure and paragraph 13 of the Service Guide, service of documents in accordance with the Service Guide will be effective on transmission.  This Court further orders that a Case Website shall be established in accordance with the Service Guide with the following URL: www.ey.com/ca/pridegroup (the "**Monitor's Website**").

68.    **THIS COURT ORDERS** that the Monitor shall create, maintain and update as necessary a list of all Persons appearing in person or by counsel in this proceeding (the "**Service List**"). The Monitor shall post the Service List, as may be updated from time to time, on the Monitor's Website as part of the public materials to be recorded thereon in relation to this proceeding. Notwithstanding the foregoing, the Monitor shall have no liability in respect of the accuracy of or the timeliness of making any changes to the Service List.

69.    **THIS COURT ORDERS** that if the service or distribution of documents in accordance with the Service Guide or the CCAA and the regulations thereunder is not practicable, the Pride Entities and the Monitor and their respective counsel and agents are at liberty to serve or distribute this Order, any other materials and orders in these proceedings, any notices or other correspondence, by forwarding true copies thereof by prepaid ordinary mail, courier, personal delivery or facsimile or electronic transmission to the Pride Entities' creditors or other interested parties at their respective addresses (including e-mail addresses) as last shown in the books and records of the Pride Entities and that any such service or distribution by courier, personal delivery or facsimile transmission shall be deemed to be received (a) if sent by courier, on the next business day following the date of forwarding thereof, (b) if delivered by personal delivery or facsimile or other electronic transmission, on the day so delivered, and (c) if sent by ordinary mail, on the third business day after mailing. With respect to any claimant who has filed a lien under the *Repair and Storage Lien Act* under the Personal Property Registry in a jurisdiction in Canada against any of the Pride Entities, the service of the Notice of Application in the manner prescribed above, together with a cover letter advising such party of these proceedings, and directing such party to the Monitor's Website to monitor for future updates on these proceedings shall constitute sufficient service for the purposes of this Order and all future motions and matters in respect of these proceedings.

-26-

## FOREIGN PROCEEDINGS

70.    **THIS COURT ORDERS** that Mr. Randy Benson on behalf of the CRO is hereby authorized and empowered, but not required, to act as the foreign representatives (each, in such capacity, the "**Foreign Representative**") in respect of the within proceedings for the purpose of having these proceedings recognized and approved in a jurisdiction outside of Canada.

71.    **THIS COURT ORDERS** that the Foreign Representative is hereby authorized to apply for foreign recognition and approval of these proceedings, as necessary, in any jurisdiction outside of Canada, including in the United States pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

## SEALING

72.    **THIS COURT ORDERS** that the Confidential Appendix "A" to the Pre-Filing Report containing the unredacted CRO Engagement Agreement is hereby sealed pending further Order of the Court.

## GENERAL

73.    **THIS COURT ORDERS** that the Pride Entities, the CRO or the Monitor may from time to time apply to this Court for advice and directions in the discharge of their powers and duties hereunder.

74.    **THIS COURT ORDERS** that nothing in this Order shall prevent the Monitor from acting as an interim receiver, a receiver, a receiver and manager, or a trustee in bankruptcy of the Pride Entities, the Business or the Property.

75.    **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada or in the United States, to give effect to this Order and to assist the Pride Entities, the CRO, the Monitor and their respective agents in carrying out the terms of this Order.  All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Pride Entities, the CRO, and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the CRO and/or Monitor in

-27-

any foreign proceeding, or to assist the Pride Entities, the CRO and the Monitor and their respective agents in carrying out the terms of this Order.

76.     **THIS COURT ORDERS** that the Foreign Representative be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and the Foreign Representative is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

77.     **THIS COURT ORDERS** that any interested party (including the Pride Entities, the CRO and the Monitor) may apply to this Court to vary or amend this Order on not less than seven (7) days' notice to the Service List and any other party or parties likely to be affected by the order sought or upon such other notice, if any, as this Court may order, provided, however, that notwithstanding any amendment, variation or stay of this Order, the Chargees shall be entitled to rely on this Order as granted and on the Charges set forth in paragraphs 60 and 61 hereof with respect to any fees, expenses and disbursements incurred, advances or payments made and obligations incurred, as applicable, between the date this Order and the date this Order may be amended, varied or stayed.

78.     **THIS COURT ORDERS** that the Initial Order is hereby amended and restated pursuant to this Order and this Order and all of its provisions are effective as of 12:01 a.m. (Eastern Time) on the date of this Order without the need for entry or filing.

_____

-28-

## SCHEDULE "A"

**A. APPLICANTS**

**Operating Entities**
*Canadian Operating Entities*
- PRIDE TRUCK SALES LTD.
- TPINE TRUCK RENTAL INC.
- PRIDE GROUP LOGISTICS LTD.
- PRIDE GROUP LOGISTICS INTERNATIONAL LTD.
- TPINE LEASING CAPITAL CORPORATION
- DIXIE TRUCK PARTS INC.
- PRIDE FLEET SOLUTIONS INC.
- TPINE FINANCIAL SERVICES INC.
- PRIDE GROUP EV SALES LTD.

*U.S. Operating Entities*
- TPINE RENTAL USA, INC.
- PRIDE GROUP LOGISTICS USA, CO.
- ARNOLD TRANSPORTATION SERVICES, INC.
- DIXIE TRUCK PARTS INC.
- TPINE FINANCIAL SERVICES CORP.
- PARKER TRANSPORT CO.
- PRIDE FLEET SOLUTIONS USA INC.

**Real Estate Holding Companies**
*Canadian Real Estate Holding Companies*
- 2029909 ONTARIO INC.
- 2076401 ONTARIO INC.
- 1450 MEYERSIDE HOLDING INC.
- 933 HELENA HOLDINGS INC.
- 30530 MATSQUI ABBOTSFORD HOLDING INC.
- 2863283 ONTARIO INC.
- 2837229 ONTARIO INC.
- 2108184 ALBERTA LTD.
- 12944154 CANADA INC.
- 13184633 CANADA INC.
- 13761983 CANADA INC.
- 102098416 SASKATCHEWAN LTD.
- 177A STREET SURREY HOLDING INC.
- 52 STREET EDMONTON HOLDING INC.
- 84 ST SE CALGARY HOLDINGS INC.
- 68TH STREET SASKATOON HOLDING INC.
- 3000 PITFIELD HOLDING INC.

-29-

*U.S. Real Estate Holding Companies*
- PGED HOLDING, CORP.
- HIGH PRAIRIE TEXAS HOLDING CORP.
- 131 INDUSTRIAL BLVD HOLDING CORP.
- 59TH AVE PHOENIX HOLDING CORP.
- DI MILLER DRIVE BAKERSFIELD HOLDING CORP.
- FRONTAGE ROAD HOLDING CORP.
- ALEXIS INVESTMENTS, LLC
- TERNES DRIVE HOLDING CORP.
- VALLEY BOULEVARD FONTANA HOLDING CORP.
- HIGHWAY 46 MCFARLAND HOLDING CORP.
- TERMINAL ROAD HOLDING, CORP.
- BISHOP ROAD HOLDING CORP.
- OLD NATIONAL HIGHWAY HOLDING CORP.
- 11670 INTERSTATE HOLDING, CORP.
- 401 SOUTH MERIDIAN OKC HOLDING CORP.
- 8201 HWY 66 TULSA HOLDING CORP.
- EASTGATE MISSOURI HOLDING CORP.
- FRENCH CAMP HOLDING CORP.
- 87TH AVENUE MEDLEY FL HOLDING CORP.
- LOOP 820 FORT WORTH HOLDING CORP.
- 162 ROUTE ROAD TROY HOLDING CORP.
- CRESCENTVILLE ROAD CINCINNATI HOLDING CORP.
- MANHEIM ROAD HOLDING CORP.
- 13TH STREET POMPANO BEACH FL HOLDING CORP.
- EAST BRUNDAGE LANE BAKERSFIELD HOLDING CORP.
- CORRINGTON MISSOURI HOLDING CORP.
- 963 SWEETWATER HOLDING CORP.
- OAKMONT DRIVE IN HOLDING CORP.

**Other Holding Companies**
*Other Canadian Holding Companies*
- 2692293 ONTARIO LTD.
- 2043002 ONTARIO INC.
- PRIDE GROUP HOLDINGS INC.
- 2554193 ONTARIO INC.
- 2554194 ONTARIO INC.
- PRIDE GROUP REAL ESTATE HOLDINGS INC.
- 1000089137 ONTARIO INC.

*Other U.S. Holding Companies*
- COASTLINE HOLDINGS, CORP.
- PARKER GLOBAL ENTERPRISES, INC.
- DVP HOLDINGS, CORP.

-30-

## B. LIMITED PARTNERSHIPS

*U.S. Limited Partnerships*
- PRIDE TRUCK SALES L.P.
- TPINE LEASING CAPITAL L.P.
- SWEET HOME HOSPITALITY L.P.

## C. ADDITIONAL STAY PARTIES

*Canadian Additional Stay Parties*
- BLOCK 6 HOLDING INC.
- 2500819 ONTARIO INC.

*U.S. and Other Additional Stay Parties*
- PERGOLA HOLDINGS, CORP.
- PRIDE GLOBAL INSURANCE COMPANY LTD.

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** et al (each, an "**Applicant**", and collectively, the "**Applicants**")

Court File No. CV-24-00717340-00CL

|  |  |
|---|---|
|  | ***ONTARIO*** <br> **SUPERIOR COURT OF JUSTICE** <br> **(COMMERCIAL LIST)** <br> Proceedings commenced at Toronto, Ontario |
|  | **SECOND AMENDED AND RESTATED INITIAL ORDER** |
|  | **THORNTON GROUT FINNIGAN LLP** <br> TD West Tower, Toronto-Dominion Centre <br> 100 Wellington Street West, Suite 3200 <br> Toronto, ON  M5K 1K7 <br><br> **Leanne Williams (LSO #41877E)** <br> Tel: (416) 304-0060 / Email:  lwilliams@tgf.ca <br><br> **Rachel Nicholson (LSO #68348V)** <br> Tel: (416) 304-1153 / Email:  rnicholson@tgf.ca <br><br> **Puya Fesharaki (LSO #70588L)** <br> Tel: (416) 304-7979 / Email:  pfesharaki@tgf.ca <br><br> Lawyers for the Applicants |

This is Exhibit "B" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_Commissioner for Taking Affidavits (or as may be)_

**BLAIR MCRADU**

December 23, 2022

**Pride Group**
ATT:  Sam and Jasvir Johal
6050 Dixie Road
Mississauga, ON
L5T 1A6

<u>Second Amended and Restated Floorplan and Retail Funding Facilities</u>

**Dear Mr. Johal,**

We are pleased to present the following second amended and restated financing offer (this "**Financing Offer**") for a floorplan facility and certain retail funding facilities, to the entities which are part of the Pride Group and have executed this Financing Offer (each a "**Pride Entity**", and collectively, the "**Pride Entities**"). This letter and the attached annex contain the general terms and conditions pursuant to which Mitsubishi HC Capital Canada, Inc.("**MHCCA**") and/or its affiliates Mitsubishi HC Capital America, Inc. ("**MHCA**") or Mitsubishi HC Capital Canada Leasing, Inc. ("**MHCCL**") (collectively "**MHCCNA**")  agrees to grant the financings further described in the annex attached hereto (the "**Secured Facilities**") to permit the applicable Pride Entities to purchase new and/or used transportation and/or construction equipment for sale or lease (the "**Inventory**" and/or the "**Equipment**").  This Financing Offer supersedes the original Financing Offer dated May 30, 2018, the amended and restated Financing Offer dated February 20, 2020, and all amendments thereto prior to the date hereof.

Please note:

1.  This Financing Offer is subject, namely to the preparation, implementation, and signing-of all legal documentation, as needed, in MHCCA's sole discretion.

2.  The Pride Entities will be responsible at all times for all fees related to the equipment, including but not limited to maintenance fees, insurance, registration, and any other expenses related to the purchase and use of the equipment.

3.  We recommend that each of the Pride Entities seeks the opinion of an accountant, tax advisor, attorney, or other qualified professional regarding this Financing Offer. MHCCA makes no commitment as to the accounting or tax treatment of this Financing Offer.

It is understood that once the Pride Entities sign this Financing Offer, they undertake unconditionally to proceed with the Secured Facilities, provided the Secured Facilities proposed hereunder take place and MHCCA elects to carry out such Secured Facilities. Should one or more of the Pride Entities decide not to proceed with the applicable Secured Facilities, they shall be held responsible and must reimburse MHCCA for all or part of the costs incurred by MHCCA as well as any lost income as a result of such Pride Entities not proceeding with the Secured Facilities. Furthermore, MHCCA may make changes to the terms and conditions of this Financing Offer and may refuse to consider the Secured Facilities at any time in the future during the approval and negotiation process without being liable or responsible to you in any way. If so, the Pride Entity signatures on this Financing Offer will be considered null and void.

Thank you again for the opportunity to present this Financing Offer.

Sincerely,

**David Gladu**
Senior Vice-President, Credit Risk and Operations Officer

**Catherine Beauchamp**
Vice-President, Legal Affairs & Documentation

**ACCEPTANCE OF THE SECOND AMENDED AND RESTATED FINANCING OFFER**

We hereby acknowledge having read this Financing Offer and agree with all of its terms and conditions and obligations.

**TPine Leasing Capital Corporation**

By: _S. Tolal._          By: _____

Title: _President_          Title: _____

Date: _Dee 30/2022_          Date: _____

**Pride Truck Sales Ltd.**

By: _S. Tolal_          By: _____

Title: _President_          Title: _____

Date: _Dee 30/2022_          Date: _____

**TPine Truck Rental Inc.**

By: _S. Tolal_          By: _____

Title: _President_          Title: _____

Date: _Dee 30/2022_          Date: _____

**Pride Group Holdings Inc.**

By: _S. Tolal_          By: _____

Title: _President_          Title: _____

Date: _Dee 30/2022_          Date: _____

**Pride Group Logistics Ltd.**

By: _S. Tolal_          By: _____

Title: _President_          Title: _____

Date: _Dee 30/2022_          Date: _____

**2043002 Ontario Inc.**

By: _S. Josel_

Title: _President_

Date: _Dec 30/2022_

By: _____

Title: _____

Date: _____

**2076401 Ontario Inc.**

By: _S. Josel_

Title: _President_

Date: _Dec 30/2022_

By: _____

Title: _____

Date: _____

**Pride Fleet Solutions Inc.**

By: _S. Josel_

Title: _President_

Date: _Dec 30/2022_

By: _____

Title: _____

Date: _____

**Pride Group EV Sales Ltd.**

By: _S. Josel_

Title: _President_

Date: _Dec 30/2022_

By: _____

Title: _____

Date: _____

**Pride Truck Sales L.P.**
**by its General Partner Coastline Holdings Corp**

By: _S. Josel_

Title: _Partner_

Date: _Dec 30/2022_

By: _____

Title: _____

Date: _____

**TPine Leasing Capital L.P.**
**by its General Partner Coastline Holdings Corp**

By: _S. Josel_

Title: _Partner_

Date: _Dec 30/2022_

By: _____

Title: _____

Date: _____

3

**TPine Rental USA, Inc.**

By: _S. Johal._        By: _____

Title: _Partner_      Title: _____

Date: _Dec 30/2022_    Date: _____

**Pride Group EV Sales Inc.**

By: _S. Johal._        By: _____

Title: _President_    Title: _____

Date: _Dec 30/2022_    Date: _____

**Sulakhan Johal (Guarantor)**

By: _S. Johal._

Title: _____

Date: _Dec 30/2022_

**Jasvir Johal (Guarantor)**

By: _J. Johal_

Title: _____

Date: _Dec 30/2022_

## Facility 1 – Floorplan Financing Line (Direct Risk)

| | |
|---|---|
| **Type of transaction**: | Floorplan inventory finance, to be provided in Canada and the United States pursuant to separate documentation, but in both cases subject to this Financing Offer and the General Terms (as defined below) |
| **Borrower:** | Pride Truck Sales Ltd. "(**Pride Truck**"), TPine Truck Rental Inc. ("**TPine Truck**"), TPine Leasing Capital Corporation ("**TLCC**") and Pride Group EV Sales Ltd. "(**Pride EV**") (the "**Canadian Floorplan Borrowers**") |
| | Pride Truck Sales L.P., TPine Leasing Capital LP and Pride Group EV Sales Inc. (the "**US Floorplan Borrowers**" and, together with the Canadian Floorplan Borrowers, the "**Floorplan Borrowers**") |
| **Principal Documentation:** | For Canadian Floorplan Borrowers, a Floorplan and Security Agreement between the Canadian Floorplan Borrowers and MHCCA, as lender (the "**Canadian FSA**") |
| | For US Borrowers, a Floorplan and Security Agreement between the US Floorplan Borrowers and MHCA, as lender (the "**US FSA**" and collectively with the Canadian FSA, the "**Floorplan Facility**") |
| **Lender:** | MHCCA under the Canadian FSA, and MHCA under the US FSA (collectively, the "**Floorplan Lenders**" and, where applicable, the "**Applicable Floorplan Lender**" means MHCCA under the Canadian FSA or MHCA under the US FSA, as applicable. |
| **Guarantor:** | Pride Group Holdings Inc., Pride Group Logistics Ltd., 2043002 Ontario Inc., 2076401 Ontario Inc., Pride Fleet Solutions Inc., Pride Truck Sales L.P., Tpine Leasing Capital L.P., TPine Rental USA, Inc., Sulakhan Johal and Jasvir Johal (limited in the case of Messrs. Johal to $2.5 million each), and cross guarantees from Pride Truck Sales Ltd. and TPine Leasing Capital Corporation |
| | *Applicable to the existing and future portfolio.* |
| **Inventory**: | Transportation / Construction Inventory and EV related assets such as charging station Inventory to the satisfaction of the Applicable Floorplan Lender. |
| | - Transportation/Construction Inventory: up to 10 model years of age could be financed by the Applicable Floorplan Lender (15 model years for vocational trucks, tow trucks, dump trucks and trailers) |
| | - EV charging station inventory: only new equipment could be financed by the Applicable Floorplan Lender |
| **Maximum authorized amount**: | The aggregate amount advanced under both the Canadian FSA and the US FSA at any time shall not exceed US$85,000,000 or the CAD$ equivalent (Fx to be revised on a monthly basis) (such limit, the "**Floorplan Program Limit**"). Advances under the Canadian FSA shall be in CAD$ and advances under the US FSA shall be made in US$ unless otherwise agreed by the Applicable Floorplan Lender. . |
| | The Floorplan Program Limit may be temporarily increased up to US$90,000,000 or the CAD$ equivalent (the "**Maximum Exposure Limit**") provided that the total aggregate amount outstanding under the Floorplan Facility and pursuant to any Direct Exposure (as defined below) is less than the Maximum Exposure Limit. The Floorplan Program Limit may be reduced if the Reservation Agreement Financing (Facility 3) includes Direct Exposure. This temporary increase or reduction will be subject to the Floorplan Lenders' credit approval and may be revised on a quarterly basis. |
| | For purposes of the foregoing, "**Direct Exposure**" means the amounts owing by any Pride Entity under any of the Secured Facilities other than any fully refundable and cancellable Reservation Agreement under Facility 3 - Pre-approved line for Reservation Agreement Financing, and Facility 4 - Retail Funding Facility. |

Notwithstanding anything to the contrary set out herein, all facility limits set out herein are subject to the amounts financed under the ENGS floorplan facility having been repaid in full, and any amounts that are available under the ENGS floorplan facility will correspondingly reduce the amounts available hereunder as determined by MHCCA.

| | |
|---|---|
| **Maximum for Diesel Fuel Equipment Transportation / Construction Inventory** | No more than US$74,000,000 or the CAD$ equivalent thereof of the Floorplan Program Limit (such amount, the "**Diesel Fuel Transportation/Construction Inventory Limit**") may be used to finance Diesel Fuel Transportation/Construction Inventory. For avoidance of doubts, this shall also include Trailers. |
| **Maximum funding amount per Equipment:** | • NEW EQUIPMENT: 100% of invoice<br>• USED EQUIPMENT: The lesser of 80% of MHCCA's assessed retail value or 100% of MHCCA assessed wholesale value |
| **Lease and unpaid units:** | No more than US$15,000,000 or the CAD$ equivalent thereof of the Floorplan Program Limit may be used to support leased and unpaid units for a period of maximum 120 days.  This includes:<br>1)    Already leased but not yet delivered units<br>2)    Delivered but not funded units (awaiting funding from securitization partner and still owned by applicable Floorplan Borrower)<br>    o    Concentration: Up to $1,000,000 per obligor (end user).<br>    o    Audit: Validation of signed T-Pine lease to a 3rd party |
| **Floorplan Financing renewal date:** | August 1, 2023 |
| **Term:** | 24 months |

**Curtailments For Transportation / Construction Inventory:**

| NEW and USED | Months 1-3 | Months 4-23 | Month 24 |
|---|---|---|---|
| Curtailments | Interest only payment (IOP)** | 2% of original financed amount | 60% of original financed amount |

**Curtailments For EV Charging Station Inventory**

| NEW and USED | Months 1-3 | Months 4-23 | Month 24 |
|---|---|---|---|
| Curtailments | Interest only payment (IOP)** | 4% of original financed amount | 20% of original financed amount |

**Annual Interest Rate:**

• Aggregate portion of Floorplan Financing denominated in Canadian Dollars with respect to all inventory financed thereunder, whether new or used: An annual rate of interest equal to the sum of (a) the greater of (i) the BA Rate, and (ii) 0.50%, and (b) 3.80%, to be paid monthly immediately upon receipt unless otherwise stated in the billing statement

• Aggregate Portion of Floorplan Financing denominated in US Dollars with respect to all inventory financed thereunder, whether new or used: An annual rate of interest equal to the sum of (a) the greater of (i) the SOFR Quoted Rate, and (ii) 1.00%, and (b) 4.07% per annum, to be paid monthly immediately upon receipt unless otherwise stated in the billing statement

*"BA Rate" means, on any day, the annual interest rate equal to and identified by the Applicable Floorplan Lender as the average discount rate (rounded upwards, if necessary to the nearest 0.01%) of the one month Canadian Dollar Bankers' Acceptance displayed on the "Bloomberg screen: CDRO1 Index" page as at approximately 10:30 am EST on the first day of the related month or, if such day is not a business day, the preceding Business Day; provided, however, that if such rate does not appear on the "Bloomberg*

*Screen" as contemplated, then the "BA Rate" shall be, on any day, the annual rate of interest determined by the Applicable Floorplan Lender as being equal to the one month Canadian Dollar Bankers' Acceptance displayed on the "Reuters Screen CDOR page".*

*"SOFR Quoted Rate" means, as of any day of determination, 1-month Term SOFR on the date that is two U.S. Government Securities Business Days prior to such day of determination as such rate is published by the Term SOFR Administrator.  For any period that the SOFR Quoted Rate is less than 1.00%, the SOFR Quoted Rate shall be deemed to be 1.00%.*

*"Term SOFR" means a rate equal to the secured overnight financing rate as administered by the Term SOFR Administrator.*

*"Term SOFR Administrator" means the CME Group Benchmark Administration Limited (CBA) (or a successor administrator of the Term SOFR selected by the Lender in its reasonable discretion).*

*"U.S. Government Securities Business Day" means any day except for (i) a Saturday, (ii) a Sunday or (iii) a day on which the Securities Industry and Financial Markets Association recommends that the fixed income departments of its members be closed for the entire day for purposes of trading in United States government securities*

| | |
|---|---|
| **Drawdown requirements:** | • Satisfactory invoice<br>• Any other requirements or documents to the Applicable Floorplan Lender's sole satisfaction |
| **Monthly Audits:** | • Monthly audits to be performed by an Applicable Floorplan Lender or a third party hired by a the Applicable Floorplan Lender.<br>• Borrowers to provide upon the demand of the Applicable Floorplan Lender, a list of all Inventory financed under the applicable Floorplan Facility with their respective locations<br>• Borrowers to provide on demand, any relevant document related to inventory financed by the Applicable Floorplan Lender<br>• The Applicable Floorplan Lender will charge all fees to the related Borrowers as stated hereinafter. |
| **Other conditions:** | On a best efforts basis, GPS Units to be installed on all units of inventory financed by the Floorplan Lenders, and access to GPS system will be granted to each Applicable Floorplan Lender. |
| **Cross Collateralization:** | The financing provided pursuant to each of the Canadian FSA and the US FSA shall be cross defaulted to the other Floorplan Facility, and all collateral held as security by either of the Floorplan Lenders from any Pride Entity, including without limitation from any of the Canadian Floorplan Borrowers or the US Floorplan Borrowers, shall be held as security for any obligations of each and every Pride Entity under this Financing Offer, including each of the Floorplan Borrowers.  Each of the Floorplan Lenders shall be satisfied in its sole discretion that it shall be and shall remain secured against any Inventory located in Canada or the US regardless of where such unit of inventory is located at the time of funding and thereafter. |
| **Specific Security under each FSA:** | A first-ranking security interest on the Inventory and Equipment financed as well as on all possible additions, accessions, upgrades, enhancements and replacement thereof and on all proceeds realized (namely, but not limited to, any insurance or sales proceeds) registered across Canada.  Each Floorplan Facility will also have the benefit of the Program Cash Reserve. |
| **Term Facility for EV Charging Station Inventory** | In the event a Pride Entity is purchasing an EV Charging Station for its own use and not for the purpose of sale or lease to another person, MHCCA and such Pride Entity may enter into a term facility with respect to the financing of such EV Charging Station, the terms of which shall be agreed between MHCCA and such Pride Entity on a transaction by transaction basis (each, an "**EV Term Transaction**"). |



EV Charging Station Inventory can be financed pursuant to terms of the floorplan facility, or through a term financing in which case the amount of such financing shall constitute Direct Exposure and will still be subject to the Maximum Exposure Limit.

## Facility 2 – Amortizing Leasing Facility (Direct Risk)

| | |
|---|---|
| **Type of transaction /Product:** | An amortizing lease facility to be determined, at MHCCA's sole discretion, subject the terms and conditions below and the General Terms. For the avoidance of doubt, Operating Leases having a maximum amount that does not exceed USD $5,000,000 or Canadian Equivalent may be included in the leases that are financed under this Facility 2, provided that with respect to such Operating Leases, Tpine Truck Sales Ltd. provides a guarantee of the residual risk if lessee does not purchase equipment at end of term; Return conditions and mileage limitations to be set by Pride and approved by MHCCA; Such Sublimit on Operating Leases can be either financed directly by MHCCA to an end user under Facility 2 or under the Retail Facility if TLCC is the Lessor; all subject to MHCCA's satisfaction (the "**Amortizing Lease Facility**") |
| **Borrower:** | Any Pride Entity subject to MHCCA's credit approval |
| **Lender** | MHCCA and/or MHCCL |
| **Guarantors:** | Pride Group Holding Inc., Pride Group Logistics Ltd., Pride Truck Sales Ltd., Tpine Truck Rental Inc., Tpine Leasing Capital Corporation, 2043002 Ontario Inc., 2076401 Ontario Inc., Pride Truck Sales LP, TPine leasing Capital LP, TPine Rental USA, Inc. & Pride Fleet Solutions Inc. |
| **Maximum Authorized Amount:** | US$5,000,000 or the CDN$ equivalent, subject to adjustment based on the Maximum Exposure Limit |
| **Equipment:** | New and Used Transportation equipment (Truck – Trailer – Bus - Airplane), at MHCCA's entire satisfaction |
| **Financed amount:** | Up to 100% of equipment cost |
| **Term and Amortization:** | Up to 60 months |
| **Cash Reserve:** | 8%, with access to Program Cash Reserve to the extent of any deficiency in repayment by Borrower |
| **Specific Security:** | • First charge lien and/or PMSI on financed equipment<br>• The Amortizing Lease Facility will also have the benefit of the Program Cash Reserve |

## Facility 3 – Pre-approved line for Reservation Agreement Financing

| | |
|---|---|
| **Type of transaction/Product:** | To be determined, at MHCCA's sole discretion, subject the terms and conditions below and the General Terms (the "**Pre-Approved RA Facility**") |
| **Lender**: | MHCCA and/or MHCCL |
| **Borrower:** | TPine Truck Rental Inc. ("**TPine Truck**") |

| | |
|---|---|
| **Guarantors:** | Pride Group Holding Inc., Pride Group Logistics Ltd., Pride Truck Sales Ltd., Tpine Leasing Capital Corporation, 2043002 Ontario Inc., 2076401 Ontario Inc., Pride Truck Sales LP, TPine leasing Capital LP, TPine Rental USA & Pride Fleet Solutions Inc. |
| **Maximum Limit:** | $7,000,000 US or the CDN$ equivalent, subject to adjustment based on the Maximum Exposure Limit |
| **Assets:** | Reservation order(s) or deposit(s) for electric mobility equipment(s) purchase, at MHCCA's entire satisfaction. Eligible equipment includes electric vehicles, charging stations and other E-mobility equipment. |
| **Term and Amortization:** | Interest only payments & 100% balloon payment due at equipment delivery. Possibility to allow a term up to 12 months if equipment delivery is expected in less than 12 months. |
| **Interest Rate:** | To be determined on a deal by deal basis |
| **Cash Reserve:** | 8%, with access to Program Cash Reserve to the extent of any deficiency in repayment by Borrower |
| **Repayment:** | Repayment shall be interest only to be paid on a monthly basis. The principal amount shall be paid in full upon demand with 90 day notice or at the earlier of (i) the delivery of the Asset and (ii) the expiry of the Term.

The principal may be prepaid at any time, without penalty. |
| **Other Conditions:** | • Asset to be sold by an approved Vendor<br>• Assignment of the Reservation agreement or Purchase order in favor of the Lender<br>• No purchase agreement shall be signed without the Lender's consent<br>• Contracts booked under this facility to be either classify as direct or indirect risk, based on the following:<br>   ○ Exposure to be considered as indirect risk as long as the reservation agreement/deposit is fully cancellable, refundable and no purchase order has been signed.<br>   ○ Exposure to be considered as direct risk if the reservation agreement/deposit is not fully cancellable and refundable or a purchase agreement has been signed. |
| **Security:** | • All existing security provided for hereunder in support of the other Secured Facilities shall be held as security for the Pre-Approved RA Facility, and the Pre-Approved RA Facility shall have the benefit of the Program Cash Reserve. |

## Facility 3A – Tesla Reservation Payment (Indirect Risk)

| | |
|---|---|
| **Type of transaction**: | Non revolving Term Loan subject the terms and conditions below and the General Terms (the "**Tesla Reservation Facility**") (Already advanced. Renewal subject to currently ongoing discussions.) |
| **Product:** | Advance to Tesla Motors Inc. ("**Tesla**") to secure reservation for 150 Tesla Semis (the "**Tesla Tractors**") |
| **Lender**: | MHCCA |
| **Borrower:** | TPine Truck |
| **Guarantors:** | Pride Truck Sales Ltd., TPine Capital Leasing Corporation, Pride Group Holdings Inc., Pride Group Logistics Ltd., 2043002 Ontario Inc., 2076401 Ontario Inc., Pride Truck Sales LP, Tpine Leasing Capital Corporation, TPine Rental USA and Pride Fleet Solutions Inc. |
| **Amount of Advance:** | 92% of the Canadian equivalent of US$2,995,000 (original amount of US$2,999,500 after a US$4,500 deposit, less the $500 end of lease payment), being $3,686,854,74. |

The exchange rate used to determine the amount of the advance is based on the exchange rate that was set on the day of the advance under the previous Tesla Reservation Payment facility between the Lender and the Borrower, and the Borrower was advised of such exchange rate.

MHCCA previously advanced the entire amount of the Reservation Payment to Tesla on behalf of the Borrower, and the Borrower reimbursed 8% (cash reserve) of the Reservation Payment to Lender the time of such previous advance.

| | |
|---|---|
| **Interest Rate:** | 7.35% per annum |
| **Term:** | Maximum term of 12 months (expires on December 30, 2023), subject to an extension at the request of TPine Truck and at MHCCA's sole discretion. |
| **Repayment:** | Repayment shall be interest only to be paid on a monthly basis on the 30th day of each month. The principal amount shall be paid in full upon the earlier of (i) the delivery to TPine Truck of the Tesla Tractors and (ii) the expiry of the Term. |

Loan is repayable on demand provided however that in the absence of a default under any other Facility under the Finance Agreement, the Lender shall give TPine Truck 90 days to repay the Tesla Reservation Facility following a demand for repayment.

The principal may be prepaid at any time, without penalty.

| | |
|---|---|
| **Other Conditions:** | All existing security provided for hereunder in support of the other Facilities under this Offer is to be held as security for the Tesla Reservation Facility, and the Tesla Reservation Facility shall have the benefit of the Program Cash Reserve. |

The Tesla Reservation Facility is evidenced by a promissory note.

In addition, TPine Truck provided the following additional documents/covenants:
   (a)   A power of attorney authorizing MHCCA to deal directly with Tesla for the return of the Reservation Payment; and

   (b)   TPine Truck agrees that it may not sign a purchase order or similar documentation with Tesla without MHCCA's consent.

| | |
|---|---|
| **Event of Default:** | MHCCA shall review the public financial statements of Tesla and Tesla Inc. on a quarterly basis. If MHCCA is not satisfied with such financial statements, it shall be considered an event of default under the Tesla Facility and MHCCA may use the above noted power of attorney and request a refund of the Reservation Payment. |

## Facility 3B – First deposit – Purchase order of chargers from ABB (Direct Risk)

| | |
|---|---|
| **Type of transaction:** | Non revolving Term Loan (the "**ABB Deposit Facility**") (Already advanced) |
| **Product:** | Payment of a first deposit ("**Deposit**") to ABB Inc./Abb E-Mobility Inc. (collectively "**ABB**") resulting from the Purchase Order #TM6053 dated August 4th, 2021 (the "**PO**") and more detailed in the Invoice #1801287704 (the "**Invoice**") |
| **Borrower:** | TPine Truck |
| **Lender:** | MHCCA |

| | |
|---|---|
| **Guarantors :** | Pride Truck Sales Ltd., TPine Capital Leasing Corporation, Pride Group Holdings Inc., Pride Group Logistics Ltd., 2043002 Ontario Inc. 2076401 Ontario Inc., Pride Truck Sales LP, Tpine Leasing Capital Corporation, TPine Rental USA and Pride Fleet Solutions Inc. |
| **Financed Amount:** | $1,356,840.44, including HST ($156,096.69) |
| | Lender advanced the Deposit to ABB on behalf of the Borrower and Borrower reimbursed 8% (cash reserve) of the Deposit to the Lender on December 20, 2021. |
| **Interest Rate:** | 5% per annum |
| **Term:** | Maximum term of 12 months, subject to an extension at the request of the Borrower and the Lender's sole discretion. |
| **Repayment:** | Repayment shall be interest only to be paid on a monthly basis. The principal amount shall be paid in full upon the earlier of (i) the delivery to the Borrower or to its affiliate Pride Group Enterprises Ltd. of the equipment described in the Invoice and (ii) the expiry of the Term. |
| | The amount of $156,096.69 representing HST, was repayable within four (4) months payment of the Deposit and was repaid on March 15, 2022. |
| | The balance of the Loan is repayable on demand provided however that in the absence of a default under any other Facility under the Finance Agreement, the Lender shall give the Borrower 90 days to repay the ABB Deposit Facility following a demand for repayment . |
| | The principal may be prepaid at any time, without penalty |
| **Other Conditions:** | All existing security provided for under the Secured Facilities shall be held as security for the ABB Deposit Facility and the ABB Deposit Facility shall have the benefit of the Program Cash Reserve. |
| | The ABB Deposit Facility is evidenced by a promissory note. |
| | In addition, the Borrower provided an assignment of all rights under the PO, with notice to ABB.  ABB acknowledged and agreed to the assignment of the PO. |

## Facility 4 – Retail Funding Facility (Indirect)

| | |
|---|---|
| **Type of transaction**: | Vendor Referral Program – Retail Funding Facility (the "**Retail Facility**") to be documented pursuant to a Master Purchase and Servicing Agreement (the "**MPSA**") between the Seller, Pride Truck as Performance Guarantor, MHCCA and MHCCL, in form and substance satisfactory to MHCCA.  Terms set forth below are indicative and will be subject to the final terms and conditions set forth in the MPSA. |
| **Product:** | Leasing Agreements |
| **Seller/Originator**: | TLCC |
| **Performance Guarantor:** | Pride Truck Sales Ltd |
| **Purchaser:** | MHCCA and/or MHCCL |
| **Cash Reserve Requirements:** | 8% of the Aggregate Outstanding Balance of all Leases |
| | "**Outstanding Balance**" shall mean at any time in respect of any Relevant Lease, the present value (discounted at the original discount rate for the assignment relating to such Relevant Lease) as at that time of the sum of the outstanding payments for such Relevant Lease, including, for greater certainty, any overdue payments thereunder, and "**Aggregate Outstanding Balance**" means the aggregate Outstanding Balance of all Leases previously purchased under the Retail Funding Facility that was previously in place prior to the date hereof and that remain outstanding, and any subsequent purchases of Relevant Leases thereafter. |
| | The Retail Facility shall also benefit from the Program Cash Reserve. |
| **Assets (the "Equipment")**: | Transportation / Construction equipment to the satisfaction of MHCCA. |
| | Eligibility Criteria to be specified in MPSA, but subject to change from time to time at MHCCA's discretion. |
| | Sublimit on Operating Leases that may be included of USD $5,000,000 or Canadian Equivalent, with Performance Guarantor to guarantee residual risk if lessee does not purchase equipment at end of term; Return conditions and mileage limitations to be set by Pride and approved by MHCCA; Such Sublimit can be either financed directly by MHCCA to an end user under Facility 2 or under the Retail Facility if TLCC is the Lessor; all subject to MHCCA's satisfaction |
| **Maximum authorized amount:** | Subject to credit approval, to MHCCA's sole discretion.  Funding in CAD$ only. |
| **Maximum funding amount per Equipment:** | • Up to 100% of the sum of the discounted lease payment and lease purchase option, calculated at the discount rate and subject to the profit share below.<br>• Subject to credit approval, to MHCCA's sole discretion. |
| **Maximum financed amount per Lessee:** | Subject to credit approval, to MHCCA's sole discretion.  Funding in CAD$ only. |
| **Line renewal date:** | August 1, 2023 |
| **Term and purchase option:** | Equal to the term and purchase option of the lease, to a maximum of 60 months.  Subject to MHCCA's credit approval and to its sole discretion. |
| **Rents:** | Rent will be monthly, equal and consecutive, taxable, and payable in advance, based on the term of the Lease between TLCC and the Lessee. |

| **Prepayment penalties:** | • | **Up to 10%\* of the portfolio:** No prepayment penalty. |
| | • | **Above 10%\* of the portfolio:**   The acquisition cost of the Equipment shall be the sum of the future Lease payments discounted at the rate of 2.5% per annum and the Residual Value, plus any applicable taxes. |

*\*Calculated on an annual basis.  Prepaid leases include prepayment requested by TLCC, reported payments, replacements, late insurance renewals and late insurance settlements etc (see financing conditions).*

**Discount Rate:**
- NEW and USED EQUIPMENT: GOC+ 1.39 %

*\*Fixed rate as of the date hereof, subject to change before the disbursement date. May vary before the disbursement date without prior notice. For the calculation of the Financing Rate, "GOC" refers to the yield of the average 3-5 years Government of Canada Marketable Bonds (floored at 0.32%), in effect on the last Wednesday of the preceding week. The parties hereby agree that for any period that published "GOC" is less than a percentage floor to be specified at the time of execution of definitive documentation, "GOC" shall be deemed to be such specified percentage.*

*\*Subject to weekly review*

**Profit share:**
Profit to be shared 50%-50% between MHCCA and TLCC, and TLCC share to be paid to TLCC at time of purchase of relevant Lease

**Additional Caveat**
Portfolio must maintain above a 2% net investment margin (NIM). If the portfolio falls below 2% NIM, MHCCA reserves the right to decline any deals it determines does not support returning the portfolio to above 2% NIM.

NIM subject to monthly review

**Funding requirements:**
- Lessees are to be individually credit approved
- Satisfactory invoice and proof of payment
- Vehicle Registration
- Fully executed leasing documentation
- Fully executed lease agreement between TLCC and the Lessee
- Satisfactory lease registration
- Delivery and Acceptance certificate (DAN)
- No Equity Letter
- Void check
- Fully executed KYC investigation on every single Lessee (to be perform by TPine and MHCCA)
- Satisfactory VIN specific Lessee insurance coverage
- Any other requirements or documents to MHCCA's sole satisfaction
- Waivers of all prior secured creditors that may have an interest in purchased assets

**Servicing and Perfect pay:**
MHCCA shall appoint the Seller to be its agent for the purpose of administering, servicing and collecting the lease payments, without compensation, on a perfect pay basis.

A separate collection account will be set up by the Seller with MHCCA being given read only access such account.

MHCCA will debit that collection account twice monthly on the 5th day after the due date of the Lease Payment under the Leases. MHCCA will provide to TLCC an excel spreadsheet 5 days before the scheduled debit date listing the amounts due on a lease by lease basis and the total amount which will be debited from the collection account, which spreadsheet shall serve as an invoice. The Lease Payments will be debited regardless of whether TLCC has received the Lease Payments from the Lessees (perfect pay). Provided TLCC is not in default of its payment obligations and is not otherwise in default under the Master Agreement, all Lease Payments received by TLCC pursuant to any Lease may be retained by TLCC for its own account.



| | |
|---|---|
| **Reporting** | • Seller to provide full portfolio data tape, delinquency and net loss reports on a monthly basis<br>• Purchaser to perform cash audits on a monthly basis. Seller to provide monthly bank statements and NSF reports<br>• Certificate of Compliance |
| **Events of Default:** | Including but not limited to:<br>• The Cash reserve account falls below 6% (floor) of the facility's Outstanding balance and is not remedied within 5 Business Days<br>• Breach of Financial Covenants included in credit agreement short-term lender (RBC)<br>• Material Adverse Change (MAC) clause on the portfolio and standard default clause<br>• No change of control without the Purchaser's prior consent<br>• Three month rolling average Delinquency Ratio and Loss Ratio triggers set at 6.00%<br>• Other standard events of default for a facility of this type |
| **Proof of Insurance:** | TLCC shall provide to MHCCA on a quarterly basis evidence of the renewal of lessee insurance for any policies which expired during the previous quarter. |
| **Cab Cards:** | PST exemption certificates for any lessee not paying PST shall be provided within 2 weeks of an assignment hereunder. MHCCA will notify TLCC within 30 days of not receiving any such exemption certificate and TLCC shall have an additional 30 days to produce same, failing which, MHCCA shall charge the applicable PST back to TLCC retroactive to the assignment date. |
| **Specific Security** | • Master Purchase and Servicing Agreement for the purchase of the Leasing Agreements from TLCC under the Retail Line with Lender having a first priority on all assigned Contracts and registered at the PPSA and RPMRR, when applicable<br>• The Purchaser will purchase all assets (contracts and equipment)<br>• True sale, registration, corporate and enforceability opinions will be obtained from Seller's counsel<br>• Indemnity guarantee from Sulakhan Johal and Jasvir Johal<br>• Performance guarantee from TPine Truck Sales Inc.<br>• Retail Facility shall have the benefit of the Program Cash Reserve.<br>• Error and Omission Insurance |

## TERMS AND CONDITIONS APPLICABLE TO ALL FACILITIES (THE "GENERAL TERMS")

| | |
|---|---|
| **Securities:** | • To be documented by external legal counsel pursuant to documentation satisfactory to the Lenders<br>• Guarantees as required and described in each Secured Facility description;<br>• Postponement of all shareholders' debt in favour of MHCCA for a minimum of CAD$4,000,000<br>• General Security Agreements from each Guarantor to be filed under UCC, PPSA and RPMRR<br>• Additional terms to Personal guarantees from Sulakhan Johal and Jasvir Johal<br>    ○ Unlimited "Bad Boy" guarantee (fraud, SOT, etc.) for all facilities<br>• Cash reserves shall be collateral security for the obligations of all Pride Entities under the Secured Facilities.<br>• Cross-collateralization between all Secured Facilities<br>• Assignment, in favor of MHCCA, of Sulakhan Johal and Jasvir Johal's life insurance policy, for a minimum amount of US$5,000,000.00 each, as collateral security for the obligations of any Pride Entity under any Secured Facility.<br>• Priority and postponement agreement to be entered into with the Pride Entities' other lenders in favor of each of the Lenders under the applicable Secured Facility, with respect to the Inventory/Equipment financed thereunder.<br>• Monthly compliance certificate, in form and substance acceptable to Lenders, to be delivered by Pride Entities at the end of each month confirming compliance with all applicable covenants, including payment of all applicable income taxes |

- Such other documents as MHCCA and its legal counsel determine necessary to reflect the agreements herein contained

- It is expressly acknowledged and agreed that the funds held as a Cash Reserve under any of the Secured Facilities (the aggregate amount thereof, the "**Program Cash Reserve**") shall constitute collateral security for the obligations of all of the Borrowers/Sellers under the Secured Facilities and, notwithstanding anything to the contrary in any of the documents entered into in connection with the Secured Facilities, such Program Cash Reserve amounts shall be available to satisfy any shortfall in a payment to be made by any Pride Entity under any of the Secured Facilities and each Lender is hereby authorized to apply such funds as herein described. The funds comprising the Program Cash Reserve shall be held in an account in the name of TLCC at National Bank of Canada or at such other financial institution as may be advised by MHCCA, which account will be subject to a blocked account agreement restricting access thereto to only MHCCA and its representatives, and those employees of the applicable Pride Entities identified to MHCCA in writing shall be granted read-only access to such account. Any interest earned on funds on deposit therein shall be the property of the Pride Entities and shall be paid to TLCC within 5 business days of receipt by MHCCA of the monthly statement for such account from the account bank.

| | |
|---|---|
| **Delinquency:** | • Transactions that are 90 days or more delinquent will be invoiced by MHCCA on or around the 24th of each month and the applicable Pride Entity shall have until the end of the same month to pay out all outstanding amounts. Buyouts will be without penalty buyout or late charges, capital balance plus interest until next payment, subject to nonpayment provision below. |

| | |
|---|---|
| **Insurance Claims** | • In the case of client Insurance Claims, TLCC will continue to make monthly lease payments |
| | • Once Insurance Proceeds are received, TLCC must pay out the affected Lease |
| | • TLCC to provide monthly report on status of Insurance Settlements |

| | |
|---|---|
| **Insurance:** | • Insurance coverage to the satisfaction of MHCCA (umbrella amount to be discussed). |
| | • Satisfactory Lessee insurance renewal procedure and reporting, in line with MHCCA insurance policy (deductibles and minimum liability coverage) |
| | • After being notified by Insurance Broker and/or MHCCA, 90+ days late insurance policy renewals are to be paid out within 10 days by TLCC |

**Financial Covenants:**

At all times:
- Cross-default with applicable Pride Entities' other lenders

Calculated on an annual basis based on the consolidated financial statements of the entities of the "Pride Group Enterprises" as defined as below, subject to revision to remain consistent with financial covenants contained in credit agreements with other lenders:

- Total Funded Debt to EBITDA: 4:1 at Maximum
- Fixed Charge Coverage Ratio: 1.05 to 1 Minimum
- Minimum Tangible Net Worth of CAD$40,000,000

The Pride Entities must provide the following information and must be to MHCCA's satisfaction:

**Reporting:**

- Within 120 days of financial year end, annual audited consolidated financial statements (all Pride Entities) from a Tier 1 accounting firm acceptable to MHCCA.
- Within 60 days of financial quarter, quarterly in-house consolidated financial statements
- Quarterly accounting, cash, security and documentation audit.
- Monthly late insurance renewal report.
- Any other requirements, reports or documents to MHCCA's sole satisfaction
- MHCCA to continue to provide daily reporting to Pride

| | |
|---|---|
| **Fees and charges:** | • **Set up / Commitment fee:** CAD$4,500.00, plus applicable taxes, to be paid upon acceptance of this Proposal. If MHCCA elects not to proceed with the proposed transaction, MHCCA will reimburse the commitment fee less expenses incurred by MHCCA. If the Pride Entities elect not to proceed with the proposed transaction, MHCCA will keep the commitment fee.<br>• **Monthly Administration fee:** CAD$4,500.00, plus applicable taxes.<br>• **Floorplan Processing fees:** CAD$25.00 (paid in currency of disbursement), plus applicable taxes, per unit added to the Floorplan Line upon booking.<br>• **Floorplan Audit fees:** CAD$150.00 per audit at all Pride locations namely but limited to Mississauga, Winnipeg, Edmonton, Calgary and any other Pride Group Company dealership added in the future. Floorplan audit fees to be reviewed at Renewal Date. |
| **Terms and conditions:** | Any disbursement is conditional upon the following:<br><br>• Signatures from the applicable Pride Entities and any supplier concerning the documents required by MHCCA to be entered into by such Pride Entity;<br>• Receipt of all standard closing documents in form and content acceptable to MHCCA;<br>• Receipt of documents completed and, where necessary, registered, in form and manner satisfactory to the MHCCA's lawyers;<br>• Satisfactory review by MHCCA of the applicable primary lease documents<br>• Evidence satisfactory to MHCCA that the Pride Entities shall not be in default under the terms of any material contracts and will not, with the passage of time, be in such default;<br>• Any other condition that MHCCA or its legal advisors may require. |
| **Legal Fees:** | Any Legal Fees incurred will be payable by the Pride Entities.<br>MHCCA will work with law firm Osler, Hoskin & Harcourt LLP  and the Pride Entities shall engage Blaney McMurtry LLP. |
| **Equipment assessment:** | MHCCA may require an assessment of the goods financed and will appoint an independent assessor. The cost of this assessment will be at the Pride Entities' sole expense. Final assessment report shall be at MHCCA's satisfaction and will determine the final borrowing base. |
| **Transferability:** | MHCCA reserves the right, at its sole discretion, to sell, transfer, or divest its interests under this Financing Offer and under any agreements and documents entered into by MHCCA with the Pride Entities as a result of the Financing Offer and the transactions contemplated herein. |
| **Material adverse changes:** | Any material adverse change that becomes known to MHCCA from the date of this Proposal and that, in MHCCA's view, adversely affects the Pride Entities and/or any person related to them and their business, operations, rights, or property renders this Proposal null and void. |
| **Protection of financial performance:** | To preserve MHCCA's financial performance and profitability, MHCCA may, at its discretion, adjust the rate and the payment/rent prior to disbursement in the following cases:<br><br>(1)  a change in MHCCA's costs of funds;<br>(2)  a change of the structure or in terms in relation to what is presented in this Financing Offer;<br>(3)  financial market conditions and fluctuations;<br>(4)  legal or tax changes related to MHCCA or the Pride Entities;<br>Any other event that may have an impact on MHCCA's profitability regarding the Transaction. |
| **Representations Warranties and undertakings** | Several representations, warranties and undertakings included in the security and financing documents as well as commitments regarding financial information will be required from the Borrower by MHCCA.  In addition, the Pride Entities agree to:<br>(1)  Not declare any dividend bonus, withdrawal, share repurchase, share transfer nor any change of control without the prior written consent from MHCCA unless financial covenants will be maintained |

(2)  remit a monthly list of inventory financed by MHCCA and by any other creditor financing.

**Demand Credit**    Each of the Pride Entities agrees and acknowledges that all Facilities hereunder constitute demand credits and are therefore payable at any moment at MHCCA's sole discretion.  MHCCA may, at any time, prior to or following a payment claim, terminate the Facilities and cease any new advance, without delay or notice to any Pride Entity.

This is Exhibit "C" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

## FLOORPLAN AND SECURITY AGREEMENT

This Floorplan and Security Agreement (the "**Agreement**") is dated as of March 23, 2023, and is entered into by and between Pride Truck Sales Ltd., an Ontario corporation ("**Pride Truck Sales**"), having its chief executive office, registered office and principal place of business at 6050 Dixie Road, Mississauga, Ontario, L5T 1A6, Tpine Leasing Capital Corporation, a Canadian corporation ("**TLCC**"), having its chief executive office, registered office and principal place of business at 6050 Dixie Road, Mississauga, Ontario, L5T 1A6, and TPine Truck Rental Inc., a Canadian corporation (together with Pride Truck Sales and TCCL, collectively, "**Dealer**"), having its chief executive office, registered office and principal place of business at 6050 Dixie Road, Mississauga, Ontario, L5T 1A6 and Mitsubishi HC Capital Canada, Inc., a Canadian corporation ("**Secured Party**"), having its chief executive office at 3390 South Service Road, Burlington, Ontario, L7N 3J5.  All payment and performance obligations of each Dealer entity are joint and several.

For good and valuable consideration, the receipt of which is hereby acknowledged, Dealer and Secured Party hereby agree as follows:

1.     **Extensions of Credit.**

Secured Party may, from time to time and subject to the terms of this Agreement, extend credit to or on behalf of Dealer to purchase inventory.  Secured Party's decision to lend or otherwise advance funds hereunder is solely at Secured Party's discretion and Secured Party is under no obligation whatsoever to make any such loan or advance. Secured Party may combine all of Secured Party's advances to Dealer or on Dealer's behalf, whether under this or any other agreement, together with all finance charges, fees, and expenses related thereto, to constitute one debt and loan obligation owed by Dealer to Secured Party.  Secured Party may, without notice or explanation to Dealer, elect not to finance any particular inventory purchase transactions.  All advances and other transactions hereunder are for business purposes and not for personal household or any other consumer purposes.  Dealer and Secured Party acknowledge and agree that they, and certain of their respective affiliates, are, *inter alios*, parties to a Second Amended and Restated Floorplan and Retail Facilities financing offer dated as of December 23, 2022 and accepted as of December 29, 2022 (as the same may be further amended, restated, modified or supplemented from time to time, the "**Financing Offer**") and that certain terms and conditions of the financing arrangements between the parties hereunder are further specified in the Financing Offer.  To the extent of any inconsistency between the tems of this Agreement and the terms of the Financing Offer, the terms of the Financing Offer shall prevail.

2.     **Security Interest.**

(a)     Dealer hereby grants to Secured Party and to Secured Party's affiliate, Mitsubishi HC Capital America, Inc. ("**MHC Capital**

America"), a continuing security interest in and to the Collateral described herein or otherwise pledged as security for the payment and performance of all of the Obligations.

(b)　　The term "**Collateral**" [1] as used herein means all personal property and Fixtures of Dealer, whether such property or Dealer's right, title or interest therein or thereto is now owned or existing or hereafter acquired or arising, and wherever located, including without limitation, all inventory acquired by virtue of any extensions of credit hereunder ("**Financed Inventory**"), all Accounts, Inventory, Equipment, other Goods, Intangibles, Chattel Paper (whether tangible or electronic,) Instruments (including Promissory Notes), Securities Accounts, Investment Property and all Proceeds of the foregoing, including insurance and insurance proceeds. The Collateral includes all books and records, electronic or otherwise, which evidence or relate to the foregoing personal property and Fixtures, and all computers, disks, media and other devices in which such records are stored.

(c)　　The term "**Obligations**" as used herein means all indebtedness or other obligations of Dealer, the U.S. Dealers (as defined below) and any other affiliate of Dealer or the U.S. Dealers (collectively, the "**Borrower Parties**") to Secured Party, MHC Capital America or any of their respective affiliates (collectively, the "**Lender Parties**"), whether such indebtedness or other obligations arise under this Agreement, that certain Floorplan and Security Agreement dated as of November 18, 2018 between Pride Truck Sales L.P. (collectively with TPine Leasing Capital LP at any time that it becomes a party to the MHC Capital America Floorplan Agreement (as defined below), the "**U.S. Dealers**") and MHC Capital America (as the same may be amended, restated, supplemented or replaced, the "**MHC Capital America Floorplan Agreement**") and/or any Credit Transaction Confirmation (as defined herein) generated hereunder or under the MHC Capital America Floorplan Agreement, and any other existing or future debt obligations of any of the Borrower Parties to any of the Lender Parties, and whether for principal, interest, fees, Charges (as defined herein), expenses, indemnification obligations or otherwise, and whether such indebtedness or other obligations are existing, future, direct, indirect, acquired, contractual, non-contractual, fixed, contingent or otherwise.

---

[1] All defined terms used in this Section 2(b) shall have the meaning ascribed to such terms in *Personal Property Security Act* (Ontario) as of the date of this Agreement.

The creation of any other security interest by Dealer in the Collateral violates the rights of Secured Party.

3.      **Financing Terms.**

This Agreement sets forth only the general terms of the financing framework between Secured Party and Dealer, as certain financial terms depend, in part, upon factors that vary from time to time, including without limitation, Secured Party's floorplan volume with Dealer and other economic and financial factors.  Upon approving a request to finance goods that will be Financed Inventory, Secured Party will transmit, send or otherwise make available to Dealer a **"Credit Transaction Confirmation"**, which is a record that identifies the Financed Inventory and the advance of monies made and memorializes the terms and conditions of repayment of such advance.  Dealer agrees that Dealer's failure to notify Secured Party in writing of any objection to the terms of a Credit Transaction Confirmation within three (3) days after a Credit Transaction Confirmation is transmitted, sent or otherwise made available to Dealer shall constitute Dealer's (a) acceptance of all terms thereof, (b) agreement that Secured Party is financing such Financed Inventory at Dealer's request, and (c) agreement that such Credit Transaction Confirmation will be incorporated herein by reference.  If Dealer objects to the terms of any Credit Transaction Confirmation, then Dealer will pay Secured Party for such Financed Inventory in accordance with the most recent payment terms for similar Financed Inventory (included in the most recent Credit Transaction Confirmation) to which Dealer has not objected (or if there are no prior payment terms then with interest calculated at 18% per annum), subject to termination of this Agreement by Secured Party and its rights under the termination provision contained herein.

4.      **Representations, Agreements, Warranties and Covenants of Dealer.**

(a)      Dealer hereby represents and warrants as of the date hereof and at the time of each subsequent approval of financing and advance hereunder that: (i) Dealer does not conduct business under any trade names or styles except as disclosed in writing by Dealer to Secured Party and Dealer has the authority to enter into and perform the obligations under this Agreement and Dealer will not violate its organizational documents, or any law, regulation or agreement binding upon it, by entering into or performing its obligations under this Agreement; (ii) Dealer will only keep Collateral at locations within Canada that have been identified in writing to Secured Party and Dealer shall not move the Collateral from said identified location(s) without the written approval of Secured Party; (iii) all information supplied by Dealer to Secured Party or any other Lender Party, including any financial, credit or accounting statements or application for credit, in

connection with this Agreement is true, correct and complete; (iv) this Agreement correctly sets forth Dealer's true legal name, description of organization, the jurisdiction in which Dealer is incorporated or otherwise organized, and the location of its chief executive office and its registered office; (v) that except for the security interest created by this Agreement, Dealer is the owner of the Collateral free and clear of any lien, security interest or encumbrance, and that Dealer will defend the Collateral against all claims and demands of all persons at any time claiming any interest therein; and (vi) there are no actions or proceedings pending or threatened against Dealer which might result in a material adverse change in Dealer's financial or business condition.

(b)     Dealer shall not sell, encumber, grant a security interest in or dispose of or permit the sale, encumbrance or disposal of any of the Collateral without Secured Party's prior written consent, except for sales of the Collateral financed by Secured Party in the ordinary course of Dealer's business.

(c)     Dealer will: (1) keep all Collateral at permitted locations and keep all tangible Collateral safe and secure, in good order, repair and operating condition and insured as required by Secured Party; (2) promptly file all tax returns required by law and promptly pay all taxes, fees, and other governmental charges for which it is liable, including without limitation all governmental charges against the Collateral or this Agreement; (3) permit Secured Party and its designees, without notice, to inspect the Collateral during normal business hours and at any other time Secured Party deems desirable (and Dealer hereby grants Secured Party and its designees an irrevocable license to enter Dealer's business locations during normal business hours without notice to Dealer to account for and inspect all Collateral and to examine and copy Dealer's books and records related to the Collateral), and in connection with any inspection, provide Secured Party and its designees safe and secure access to the Collateral and comply with any request made by Secured Party or its designees to move the Collateral in order to provide such safe and secure access; (4) keep complete and accurate records of its business, including inventory, accounts and sales, and permit Secured Party and its designees to inspect and copy such records upon request; (5) furnish Secured Party with such additional information regarding the Collateral and Dealer's business and financial condition as Secured Party may from time to time reasonably request; (6) immediately notify Secured Party of any material adverse change in Dealer's prospects, business, operations or condition (financial or otherwise) or in any Collateral; (7) execute (or cause any third party in possession of Collateral to execute) all documents Secured Party requests to perfect

and maintain Secured Party's security interest in the Collateral; (8) deliver to Secured Party immediately upon request by Secured Party each certificate of title or statement of origin issued for Collateral financed by Secured Party; (9) at all times be duly organized, existing, in good standing, qualified and licensed to do business in each jurisdiction in which the nature of its business or property so requires and, when requested, provide Secured Party with documentation evidencing the same; (10) notify Secured Party of the commencement of any material legal proceedings against Dealer or any Guarantor (as defined below); and (k) comply with all laws, rules and regulations applicable to Dealer, including without limitation, all laws, rules and regulations relating to import or export controls, anti-terrorist financing, government sanctions and anti-money laundering.

(d)     Dealer will not without Secured Party's prior written consent: (1) use (except for demonstration for sale), rent, lease, sell, transfer, consign, license, encumber or otherwise dispose of Collateral except for sales of inventory at retail in the ordinary course of Dealer's business; (2) engage in any other material transaction not in the ordinary course of Dealer's business; (3) change its business in any material manner or change its organizational structure or be a party to a merger or consolidation or without thirty (30) days' prior written notice to Secured Party, change its registration; (4) change its name without giving Secured Party at least thirty (30) days' prior written notice thereof; (5) change the jurisdiction in which it is incorporated or otherwise organized (except upon thirty (30) days' prior written notice to Secured Party); (6) change its chief executive office or office where it keeps its records with respect to accounts or chattel paper; (7) store inventory financed by Secured Party with any third party; or (9) sell or otherwise transfer inventory to a Restricted Affiliate unless the full amount of the financing from MHCCA for such transferred inventory is paid in full at the time of such transfer.  "**Restricted Affiliate**" means any person that: (i) directly or indirectly controls, is controlled by or is under common control with Dealer, (ii) directly or indirectly owns 5% or more of Dealer, (iii) is a director, partner, manager, or officer of Dealer or an affiliate of Dealer, or (iv) any person related to Dealer or an affiliate of Dealer.

(e)     Dealer hereby covenants that (1) Dealer will promptly pay any and all taxes, assessments and governmental charges upon the Collateral prior to the date penalties are attached thereto, except to the extent that a protest of such taxes, assessments and charges shall be instituted and diligently prosecuted in good faith by Dealer and (i) Dealer has given Secured Party notice of any such contest, and (ii)

Secured Party is satisfied that while any such protest is pending there will be no impairment of the enforceability, validity, or priority of any of Secured Party's liens in and to the Collateral; (2) Dealer will immediately notify Secured Party of any event causing a substantial loss or diminution in the value of all or any material part of the Collateral and an estimate of the amount of such loss or diminution; and (3) Dealer will endeavor to collect or cause to be collected from its customers all amounts owing under or on account of any customer receivable.

(f)   In the event that Dealer contemplates any exporting of the Collateral (including technology supplied), Dealer shall follow all procedures as required by the Export and Import Permits Act and any related export control laws and regulations promulgated and administered by the government of any country having jurisdiction over the parties or the transactions contemplated herein.

5.   **Payment Terms and Charges.**

(a)   Dealer will immediately pay Secured Party the amount of the Obligations owed to Secured Party on each item of Collateral financed by Secured Party on the earliest occurrence of any of the following events: (i) when Secured Party reasonably determines that such item of Collateral is not at a permitted location and is otherwise unaccounted for; (ii) as required under with the installment payment schedule; (iii) as required under any curtailment schedule for such Collateral; and (iv) as otherwise required under the terms of this Agreement.  The payment and curtailment terms are or may be set forth in a Credit Transaction Confirmation.  Secured Party may apply: (1) payments to pay any costs (direct or indirect), Charges or fees first, then to reduce finance charges and then principal, regardless of Dealer's instructions; and (2) principal payments to the oldest (earliest) invoice for Collateral financed by Secured Party, but in any event, all principal payments, may in Secured Party's sole discretion, first be applied to reduce the outstanding obligations owing on any such Collateral that is reasonably determined by Secured Party to be sold, lost, stolen, damaged, rented, leased, or otherwise disposed of or unaccounted for by Dealer.  Any payment hereunder that would otherwise be due on a day that is not a Business Day, shall be due on the next succeeding Business Day, with such extension of time included in any calculation of applicable finance charges.  For the purposes of the foregoing, "**Business Day**" means any day other than a Saturday, a Sunday or a day on which banks are are not generally open for business in Toronto, Ontario.

(b)     If Dealer (i) fails to immediately remit funds to Secured Party upon the maturity of Dealer's applicable payment terms with respect to any such advance or in the event of an SOT (as defined below) or (ii) is required to make immediate payment to Secured Party of any past due obligation discovered during any Collateral review, or at any other time, then Secured Party's acceptance of any payment with respect to such past due obligation (whether in full or partial satisfaction of such obligation) shall not be construed to have waived or amended the terms of its financing program.  Dealer will send all such payments to Secured Party as directed.  As used herein the terms "**SOT**" mean a sale or other disposition of inventory financed by Secured Party when the proceeds of such sale or other disposition are not paid to Secured Party as required under Dealer's payment terms or Dealer's inability to account for any inventory financed by Secured Party.

(c)     Any advances that are not used to acquire inventory, as contemplated hereby, shall be paid on demand unless otherwise provided in this Agreement or in any Credit Transaction Confirmation.  In order to adequately secure Dealer's Obligations to Secured Party, Dealer shall, at Secured Party's request, immediately pay Secured Party the amount necessary, as reasonably determined by Secured Party, to reduce the sum of Secured Party's outstanding advances with respect to inventory received by Dealer to an amount that does not exceed the aggregate invoice price to Dealer of the inventory in Dealer's possession (i) that is financed by Secured Party and (ii) in which Secured Party has a perfected first priority lien.

(d)     All payments due by Dealer to Secured Party under this Agreement or otherwise shall be made by cheque made on a Canadian bank, ACH, EDI or wire, in each case drawn on an account established in the name of Dealer.  Secured Party reserves the right to decline other forms of payment, including but not limited to cashier's cheques, money orders, bank drafts, third-party cheques and traveler's cheques.  In the event of any such declined payment, Dealer's debt will remain outstanding and interest or fees payable with respect thereto shall accrue until acceptable payment is received.  Secured Party will recognize and credit payments according to its payment recognition policies from time to time in effect, or as otherwise agreed.

(e)     Dealer shall pay fees, charges, interest and any other payment obligations called for in any Credit Transaction Confirmations (collectively, "**Charges**") with respect to each advance in accordance with the Agreement.  Dealer shall pay Secured Party its customary Charge for any check or other item which is returned unpaid to Secured

Party. Unless otherwise provided in the Agreement, the following additional provisions shall be applicable to Charges: (i) all Charges shall be paid by Dealer monthly pursuant to the terms of the billing statement in which Charges appear; (ii) interest on an advance shall begin to accrue on the date Secured Party makes such advance; (iii) advances or any part thereof not paid when due, and Charges not paid when due, at the option of Secured Party, shall become part of the principal amount of the Obligations and shall bear interest at the Default Rate (as defined below); and (iv) all interest rates provided or referenced in Credit Transaction Confirmations are provided and referenced on the basis of a 365-day year. For purposes of this Agreement "**Default Rate**" shall mean 1.5% per month.

6.    **Billing Statement and Modification of Charges and Terms.**

(a)    Secured Party will send or make available to Dealer a monthly billing statement identifying all charges due on Dealer's account with Secured Party. The amounts owed on each monthly billing statement shall be due and payable in full immediately upon receipt unless otherwise stated in the billing statement, Credit Transaction Confirmation or other written document provided by Secured Party. The billing statement shall be an account stated unless Secured Party receives Dealer's written objection within 15 days after it is sent or made available to Dealer. If Secured Party does not receive by the 25th day of any given month payment of all charges accrued to Dealer's account with Secured Party during the prior month, Dealer will pay Secured Party a late fee equal to the greater of $5 or 5% of the amount of such charges (payment of such fee does not waive the default caused by the late payment). Secured Party may adjust the billing at any time to conform to applicable law and this Agreement.

(b)    Secured Party may, from time to time, charge reasonable fees in connection with the servicing and administration of Dealer's account. Secured Party may, from time to time, provide written notice to Dealer of new or altered fees, interest and/or other finance charges, policies, practices and other charges and/or credit terms ("**Fees and Terms**") payable or owed by Dealer on its account or in connection with specific services to be effective as of the date of the notice date, or such other future effective date as Secured Party shall advise, with respect to existing Obligations owed by Dealer to Secured Party and/or to Obligations incurred or arising after such notice or future effective date, all as Secured Party may elect by so indicating in such notice. Such notice may be delivered by mail, courier or electronically in a separate

writing or website posting, or set forth in the Credit Transaction Confirmation and/or the billing statement.

## 7.    **Default.**

The occurrence of one or more of the following events shall constitute a default by Dealer (a "**Default**"): (a) Dealer shall fail to pay any Obligations when due or any remittance for any Obligations is dishonored when first presented for payment; (b) any representation made to Secured Party by Dealer or by any guarantor, surety, issuer of a letter of credit or any person other than Dealer primarily or secondarily liable with respect to any Obligations (a "**Guarantor**") shall not be true when made or if Dealer or any Guarantor shall breach any covenant, warranty or agreement to or with Secured Party; (c) Dealer (including, if Dealer is a partnership, any partner of Dealer) or any Guarantor shall die, become insolvent or generally fail to pay its debts as they become due, if a business, shall cease to do business as a going concern; (d) any letter of credit or other form of collateral provided by Dealer or a Guarantor to Secured Party with respect to any Obligations or Collateral shall terminate or not be renewed at least sixty (60) days prior to its stated expiration or maturity; (e) Dealer abandons any Collateral; (f) any Guarantor shall revoke, terminate or limit, or take any action purporting to revoke, terminate or limit, any guarantee or other assurance of payment relating to any Obligations; (g) Dealer or any Guarantor shall make an assignment for the benefit of creditors, or commence a proceeding with respect to itself under any bankruptcy, reorganization, arrangement, insolvency, receivership, dissolution or liquidation statute or similar law of any jurisdiction, or any such proceeding shall be commenced against it or any of its property (an "**Automatic Default**"); (h) an attachment, sale of seizure shall be issued or shall be executed against any assets of Dealer or of any Guarantor; (i) Dealer shall lose, or shall be in default of, any franchise, license or right to deal in any Collateral which Secured Party finances; (j) Dealer, Guarantor or any third party shall file any correction or discharge a financing statement registered by Secured Party under applicable personal property security legislation (the "**PPSA**") filing made by Secured Party in connection herewith; (k) a material adverse change shall occur in the business, operations or condition (financial or otherwise) of Dealer (including, if Dealer is a partnership, any partner of Dealer), any Guarantor or any other Borrower Party, or with respect to the Collateral; (l) Dealer, any Guarantor or any other Borrower Party fails to pay any debt or perform any other obligation owed to Secured Party and/or any third party; (m) Dealer, any Guarantor or any other Borrower Party defaults under the terms of any agreement with any Secured Party Affiliate, or (n) Secured Party in good faith believes the prospect of payment of any Obligations is impaired or Secured Party deems itself insecure.

## 8.    **Rights and Remedies Upon Default.**

Upon the occurrence of a Default, Secured Party shall have all rights and remedies of a secured party under the PPSA as in effect in any applicable jurisdiction and other applicable law and all the rights and remedies set forth in this Agreement. Secured Party may terminate any obligations it has under this Agreement and any outstanding credit approvals immediately and/or declare any and all Obligations immediately due and payable without notice or demand. Dealer waives notice of intent to accelerate, and of acceleration of any Obligations. Secured Party may enter any premises of Dealer with or without process of law, without force, to search for, take possession of, and remove all of the Collateral, or any part thereof. If Secured Party requests, Dealer shall cease disposition of and shall assemble the Collateral and make it available to Secured Party, at Dealer's expense, at a convenient place or place designated by Secured Party. Secured Party may take possession of the Collateral or any part thereof on Dealer's premises and a transfer pursuant to a guarantee endorsement, repurchase agreement or the like shall not be deemed to be a disposition for purposes of the PPSA. Dealer shall be liable to Secured Party for any deficiency resulting from Secured Party's disposition, including without limitation a repurchase by a vendor, regardless of any subsequent disposition thereof. Dealer is not a beneficiary of, and has no right to require Secured Party to enforce, any repurchase agreement. If Dealer fails to perform any of its obligations under this Agreement, Secured Party may perform the same in any form or manner Secured Party in its discretion deems necessary or desirable, and all monies paid by Secured Party in connection therewith shall be additional Obligations and shall be immediately due and payable without notice together with interest payable on demand at the Default Rate. All of Secured Party's rights and remedies shall be cumulative. Dealer irrevocably waives any requirement that Secured Party retain possession and not dispose of any Collateral until after trial or final judgment or appeal thereof. Secured Party may appoint by instrument in writing a receiver (which term is as used in this Agreement includes a receiver and manager) or agent of all or any part of the collateral and removal or replacement from time to time of any receiver or agent. Secured Party's election to extend or not extend credit to Dealer is solely at Secured Party's discretion and does not depend on the absence or existence of a Default. If a Default is in effect, and without regard to whether Secured Party has accelerated any Obligations, Secured Party may, without notice, apply the Default Rate. Secured Party has the right to set off any monies owed by Dealer whatsoever against any monies owed to Secured Party from Dealer by whatever means including the sale of any recovered Collateral.

9.    **Collection and Other Costs.**

In the event of a Default, Dealer shall pay to Secured Party on demand all reasonable legal fees and expenses and other costs and expenses incurred by Secured Party in connection with (i) the administration of the loans made hereunder, including those relating to the Collateral, including the perfection of security interests or recording of liens, repossession, storage, maintenance, and repairs, (ii) collecting the Obligations, (iii) modifications of this Agreement, or (iv) in connection with any action or proceeding for possession or under any receivership, assignment for benefit of

creditors, bankruptcy or other insolvency involving Dealer, any Guarantor or any Collateral. All amounts described in this Section shall constitute Obligations, shall be secured by the Collateral and interest shall accrue thereon at the Default Rate.

10.    **Risk of Loss.**

Dealer shall at all times be responsible for the risk of loss or damage to the Collateral. In the event that any Financed Inventory suffers reparable damage, then Dealer shall promptly repair and restore such item to good condition and good working order. In the event that any Financed Inventory is lost, stolen, confiscated, destroyed, irreparably damaged or otherwise rendered unfit for its originally intended use, then the amount of Secured Obligation attributable to such item, together with any and all accrued and unpaid interest thereon, shall be accelerated and become immediately due and payable, without notice or demand by Secured Party.

11.    **Insurance.**

Dealer agrees to keep all the Collateral insured in amounts no less than those required by Secured Party with Secured Party named as "loss payee" and all insurance policies shall provide for coverage for the benefit of Secured Party notwithstanding a breach of warranty or representation by Dealer. All premiums on such insurance shall be paid by Dealer and copies of the policies delivered to Secured Party. Dealer shall direct, or Secured Party on Dealer's behalf may direct if Dealer refuses to do so, each insurance company issuing any such policy to make payment of such sums directly to Secured Party. Secured Party is hereby authorized, but not required, to act and sign any necessary documents (including Certificates of Title) as attorney-in-fact for Dealer in adjusting and/or settling any insurance claims under any such policy and in endorsing any cheques or draft drawn by insurers. All risk of loss, damage to or destruction of Collateral shall at all times be on Dealer. Dealer shall promptly remit to Secured Party in the form received with all necessary endorsements, any and all proceeds of insurance it may receive toward payment of the Obligations or pay such proceeds to Dealer. Secured Party is to be provided with any written notice of cancellation or change in any insurance policies by the related insurer within two (2) business days of the issuance of such notice.

12.    **Financial Statements.**

Dealer shall deliver to Secured Party Dealer's year-end balance sheet and annual profit and loss statement for each of its fiscal years within twenty (20) days after the same are prepared and, upon request by Secured Party. Dealer shall also deliver quarterly balance sheets or any other financial information reasonably requested by Secured Party related to the Collateral or the financial condition of Dealer or any Guarantor.

13.    **Continuation of Dealers Liability.**

Dealer's liability under this Agreement and any Credit Transaction Confirmations hereunder and on any Obligations shall not be affected by (a) the taking and holding of additional security, other than the Collateral herein described for the payment of the Obligations or any part thereof, or the exchange, enforcement, waiver or release of the Collateral herein described or any part thereof or any other security for the Obligations; or (b) the release or substitution of any endorser or guarantor of the Obligations or any part thereof or any other parties thereto.

## 14.    **Construction of Agreement.**

This Agreement shall not be construed to be in limitation of or in substitution for any other grant of security interest from Dealer to Secured Party made prior to or contemporaneously herewith, and no other such grant of a security interest made subsequent to or contemporaneously herewith shall be construed to be in limitation of or in substitution for this Agreement unless expressly and specifically provided therein.

## 15.    **Termination.**

Either Secured Party or Dealer upon thirty (30) days prior written notice to the other party may terminate this Agreement, at any time, provided, however, Secured Party may terminate this Agreement immediately (subject only to the "cure" period set forth hereinabove) in the event of Default (but without an opportunity to cure a Payment Default), upon the occurrence of: (i) any actual or attempted transfer or assignment of this Agreement or any right or obligation thereunder by Dealer or any sale or transfer of the ownership of or material change in the active management of Dealer without the prior written consent of Secured Party; (ii) the insolvency or death of Dealer or a Guarantor or the filing of a bankruptcy petition by or against Dealer or a Guarantor or if Dealer or Guarantor makes an assignment for the benefit of creditors or a receiver is appointed for Dealer or Guarantor, or its property; (iii) if Dealer defaults in the payment of its Secured Obligations or any other obligations owed to Secured Party or if Dealer objects to any terms of a Credit Transaction Confirmation, billing statement or written notice advising of costs, fees or Charges owed; or (iv) Dealer makes any materially false statement or representation or defaults under any term or condition of this Agreement. Said right of termination shall not affect the rights or obligations of either Secured Party or Dealer arising prior to the effective date of termination and shall be in addition to and not in place of all other rights of Secured Party set forth in this Agreement, the Credit Transaction Confirmations and Obligations or otherwise. Upon termination of this Agreement, all Obligations including any fees and costs incurred shall become immediately due and payable without notice or demand. Upon any termination, Dealer shall remain fully liable to Secured Party for all Obligations arising prior to or after termination, and all of Secured Party's rights and remedies and its security interests shall continue in full force and effect until all Obligations to Secured Party are paid and all obligations of Dealer are performed in full. All waivers

and indemnifications in Secured Party's favor set forth in this Agreement will survive any termination of this Agreement.

16.     **Choice of Law.**

This Agreement shall be interpreted under and governed by the laws of the Province of Ontario and the federal laws of Canada applicable herein, without regard to conflicts of laws principles.  The parties consent and agree that all actions or proceedings arising out of, relating to or pertaining to this Agreement may be tried and litigated in the provincial and federal courts located in the Province of Ontario; provided, however, that any suit seeking enforcement against the Collateral may be brought, at Secured Party's option, in the courts of any jurisdiction where such Collateral may be found.

17.     **Miscellaneous.**

(a)     Dealer authorizes Secured Party to: (a) file financing statements and amendments thereto describing Secured Party as the "Secured Party", Dealer as "Debtor" and identifying the Collateral; (b) authenticate, execute or endorse on behalf of Dealer any instruments, chattel paper, certificates of title, manufacturer statements of origin, builder's certificate, insurance documents or other notices or records comprising or related to the Collateral or evidence financing under this Agreement or evidencing or maintaining the perfection of the security interest granted hereby, as attorney-in-fact for Dealer; and (c) supply any missing information and correct errors in any documents between Secured Party and Dealer. Dealer shall furnish Secured Party with any powers of attorney or other documents that are within the ability of Dealer to furnish and which may be necessary or appropriate to enable Secured Party to take any of the foregoing actions.

(b)     Time is of the essence regarding Dealer's performance of its obligations to Secured Party.  Secured Party may accept this Agreement by making an advance hereunder.  Dealer's liability to Secured Party is direct and unconditional and will not be affected by the release or non-perfection of any security interest granted hereunder. Secured Party may refrain from or postpone enforcement of this Agreement or any other agreements between Secured Party and Dealer without prejudice, and the failure to strictly enforce these agreements will not create a course of dealing which waives, amends or modifies such agreements.  Any waiver by Secured Party of a Default shall only be effective if in writing signed by Secured Party and transmitted to Dealer.  The express terms of this Agreement will not be modified by any course of dealing, usage of trade, or customer of trade which may deviate from the terms hereof.  If Dealer fails to pay any taxes, fees or other obligations which may impair Secured Party's interest in the Collateral, or fails to keep any Collateral insured, Secured Party may, but shall not be required to, pay such amounts.  Such paid amounts will be: (a) additional Obligations which Dealer owes to Secured Party, which are subject to finance charges as provided herein and shall be secured by the Collateral; and (b) due and payable immediately in full.  Section titles used herein are for convenience only, and do not

define or limit the contents of any Section.  All words used herein shall be understood and construed to be of such number and gender as the circumstances may require. Notwithstanding anything herein to the contrary, Secured Party may rely on any facsimile copy, electronic copy, electronic data transmission, or electronic data storage of this Agreement, any Credit Transaction Confirmation, billing statement, financing statement, authorization to pre-file financing statements, financial statements or other reports, which will be deemed an original, and the best evidence thereof for all purposes.  This Agreement shall be construed without presumption for or against any party who drafted all or any portion of this Agreement.  No modification of this Agreement shall bind Secured Party unless in a writing signed by Secured Party and transmitted to Dealer.

18.     **Limitation of Remedies and Damages.**

In no event will Secured Party have any liability whatsoever to  Dealer, Guarantor or any other Borrower Party for any indirect, special, consequential, incidental or punitive damages, including loss of anticipated profits or revenue in connection with or arising from anything said, omitted or done hereunder.

19.     **Arbitration; Alternative Dispute Resolution and Waiver of Jury Trial.**

Nothing herein contained shall preclude Secured Party from commencing any action in any court having jurisdiction thereof with respect to any matter arising out of, relating to or pertaining to this Agreement.  However, at the sole option of Secured Party, any controversy, claim or dispute arising out of, relating to or pertaining to this Agreement or the interpretation, breach, enforcement or subject matter thereof, that cannot be settled by mutual agreement of the parties may at the sole option of Secured Party: (i) be submitted to arbitration by one (1) arbitrator (unless Secured Party determines to have multiple arbitrators) with the arbitration proceedings to be conducted in Toronto, Ontario, or such other location chosen by Secured Party, in accordance with the National Arbitration Rules of the ADR Institute of Canada Inc. then in effect or conducted by any other recognized arbitration association or entity in accordance with similar rules ("Arbitration"); or (ii) shall be determined through any alternative dispute resolution ("ADR") procedure provided for under the laws of the Province of Ontario or Dealer's jurisdiction of incorporation or formation; with said governing law and ADR procedure to be selected by Secured Party.  Judgment upon any arbitration award or ADR determination may be entered in any court of any jurisdiction or application may be made to such court through judicial acceptance of the award or determination and on order of enforcement, as the law of the jurisdiction may require or allow.  The arbitration award or ADR determination shall be final and no appeal shall be taken by either party.  The costs of any such arbitration or ADR shall be borne equally by Dealer and Secured Party, unless the arbitrator(s) or ADR decision-maker deems such division of costs to be inequitable, in which event the arbitrator(s) or ADR decision-maker may allocate the costs of arbitration or ADR among the parties thereto as s/he deems just and equitable under

the circumstances. SECURED PARTY AND DEALER HEREBY WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM BROUGHT BY OR AGAINST EACH OTHER IN RESPECT OF ANY MATTER ARISING OUT OF, RELATING TO OR PERTAINING TO THIS AGREEMENT OR THE INTERPRETATION, BREACH, ENFORCEMENT OR SUBJECT MATTER HEREOF, THE RELATIONSHIP BETWEEN DEALER AND SECURED PARTY AND/OR ANY CLAIM OF INJURY OR DAMAGE FROM ANY OTHER RELATIONSHIP BETWEEN THE PARTIES HERETO.

20.    **Notice.**

Any notice or consent required to be given by or on behalf of any party hereto to any other party shall be in writing and (a) mailed by certified mail, return receipt requested and postage pre-paid; (b) sent via a nationally recognized overnight service that regularly obtains a signature upon delivery, (c) delivered personally, addressed to the parties as set forth above, or at such other address as may be specified from time to time in writing, or (d) delivered by email to legalca@mhccna.com for Secured Party and to kav@pridegroupenterprises.com for Dealer.  All such notices hereunder shall be deemed to have been given on the date of delivery or the date marked on the return receipt unless delivery is refused or cannot be made because of any incorrect address provided by the addressee, in which case the date of postmark (or the date of delivery to the courier service, as the case may be) shall be deemed the date notice has been given.

21.    **Assignment.**

Dealer may not assign this Agreement without Secured Party's prior written consent.  This Agreement shall be binding upon the successors and permitted assigns of Dealer and shall inure to the benefit of the successors and assigns of Secured Party.

22.    **Captions.**

All captions contained in this Agreement are for convenience of reference only and shall not be deemed to be a part of this Agreement or have any legal effect in construing or enforcing this Agreement.

23.    **Severability.**

The provisions of this Agreement are severable. In the event that any provision of this Agreement shall be deemed to be illegal, void or unenforceable by any court of competent jurisdiction, such determination shall have no effect upon the remaining provisions hereof.

This Agreement may be executed in counterparts, each of which shall be deemed to be an original and which together shall constitute one and the same agreement.  Delivery of an executed signature page by facsimile or other electronic transmission shall be as effective as delivery of a manually executed counterpart of this Agreement.

**Secured Party:**

**MITSUBISHI HC CAPITAL CANADA, INC.**

By: _____

Name:   Catherine Beauchamp

Title:   VP - Legal Affairs and Documentation

**Dealer:**

**PRIDE TRUCK SALES LTD.**

By: _____

Name:

Title:

**TPINE TRUCK RENTAL INC.**

By: _____

Name:

Title:

**TPINE LEASING CAPITAL CORPORATION**

By: _____

Name:

Title:

**Execution Version**

     This Agreement may be executed in counterparts, each of which shall be deemed to be an original and which together shall constitute one and the same agreement.  Delivery of an executed signature page by facsimile or other electronic transmission shall be as effective as delivery of a manually executed counterpart of this Agreement.

**Secured Party:**

**MITSUBISHI HC CAPITAL CANADA, INC.**


By:_____
Name:
Title:

**Dealer:**

**PRIDE TRUCK SALES LTD.**


By:_____
Name:
Title:


**TPINE TRUCK RENTAL INC.**


By:_____
Name:
Title:


**TPINE LEASING CAPITAL CORPORATION**


By:_____
Name:
Title:

This is Exhibit "D" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____
*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**


HITACHI
Inspire the Next

November 21, 2018                                        Re: Floor Plan Approval

Dear Mr. Sam Johal,

Hitachi Capital America Corp. is pleased to confirm that Pride Truck Sales, L.P. has been approved as an additional entity under the Pride Group of dealers. The dealer will have access to the shared floorplan line of $15,000,000 USD. Please see below for a list of any documents and/or conditions required for the approval.

- Floorplan and Security Agreement
- Personal guaranty of Sulakhan Johal and Jasvir Johal (on file)
- Corporate Guaranties of the following entities:
    - Pride Truck Sales Ltd. (on file)
    - Pride Hospitality Ltd. (on file)
    - Pride Group Holdings Inc.
    - Pride Group Logistics Ltd.
    - TPine Leasing Capital Corporation
    - TPine Truck Rental Inc.
    - 2043002 Ontario Inc.
- Updated insurance accord reflecting a limit of at least $16,500,000 (110% of the wholesale line) for all US locations
- Dealer to provide contact person (name and phone number) for each US location
- Rate equal to 30 day LIBOR + 3.936%
    - Provided that for any period that published LIBOR (as published by Bloomberg) is less than 1.00%, LIBOR shall be deemed to be 1.00%.

Please note the following items:
- A one-time fee of $25.00 is charged, at the time of funding, for each unit added to the floor plan.
- HCA will receive invoices from and wire funds directly to the seller.

Please overnight this original executed document, along with any additional required documents, to the address below.

Thank you for your continued business. We welcome your calls to our toll free number, 1-800-810-0952, for any questions or concerns you may have.

Sincerely,

_S - Johal_ _____          NOV22/2018
Name and Title                                          Date

Please sign below to confirm receipt and acceptance.

Sulakhan s Johal.                                      NOV22/2018
Name and Title                                          Date

**⊛Hitachi Capital America Corp.**
800 Connecticut Ave. 4N, Norwalk, CT 06854
www.hitachicapitalamerica.com

## <u>FLOORPLAN AND SECURITY AGREEMENT ("Agreement")</u>

**November 21, 2018**

**This Floorplan and Security Agreement is entered into by and between:**

**DEALER:**

PRIDE TRUCK SALES L.P.
15666 Slover Avenue
Fontana, CA 92337

2546 Turnpike Road
Stockton, CA 95206

1125 Alexis Road
Toledo, OH 43612
("**Dealer**")

And

**SECURED PARTY:**

HITACHI CAPITAL AMERICA CORP.
800 Connecticut Avenue
Norwalk, CT 06854
("**Secured Party**")

1.    **Extensions of Credit**.

Secured Party may, from time to time and subject to the terms of this Agreement, extend credit to or on behalf of the Dealer to purchase inventory. Secured Party's decision to lend or otherwise advance funds hereunder is solely at the Secured Party's discretion. *Secured Party may combine all of Secured Party's advances to Dealer or on Dealer's behalf, whether under this or any other agreement, together with all finance charges, fees, and expenses related thereto, to constitute one debt and loan obligation owed by Dealer to Secured Party.* Secured Party may, without notice or explanation to Dealer, elect not to finance any particular inventory transactions. All advances and other transactions hereunder are for business purposes and not for personal, household or any other consumer purposes.

2.    **Security Interest.**

(a)    Dealer hereby grants to Secured Party an absolute and cross-collateralized security interest in and to all of the Collateral hereby or otherwise pledged

as security for all of the Obligations. (b) The term "Collateral" is defined herein as all personal property of Dealer, whether such property or Dealer's right, title or interest therein or thereto is now owned or existing or hereafter acquired or arising, and wherever located, including without limitation, any and all inventory acquired by virtue of any extensions of credit hereunder as well as any and all Accounts, Inventory, Equipment, Fixtures, other Goods, General Intangibles (including Payment Intangibles), Chattel Paper (whether tangible or electronic), Instruments (including Promissory Notes), Insurance (and Insurance proceeds), Deposit Accounts, Investment Property and Documents and all Proceeds and Products of the foregoing. The Collateral includes all books and records, electronic or otherwise, which evidence or relate to the foregoing personal property, and all computers, disks, media and other devices in which such records are stored.

(c)    The term "Obligations" shall mean any and all indebtedness or other obligations of Dealer to Secured Party, whether such indebtedness or other obligations arise under this Agreement and/or any Credit Transaction Confirmation generated hereunder or any other existing or future  debt obligations of Dealer to Secured Party, and whether for principal, interest, fees, Charges, expenses, indemnification obligations or otherwise, and whether such indebtedness or other obligations are existing, future, direct, indirect, acquired, contractual, non-contractual,  fixed, contingent or otherwise.

**The creation of any other security interest by Dealer in the Collateral violates the rights of the Secured Party.**

**3.    Financing Terms.**

Secured Party and Dealer hereby agree to set forth in this Agreement only the general terms of the financing framework with Secured Party as certain financial terms depend, in part, upon factors which vary from time to time, including without limitation, Secured Party's floorplan volume with Dealer and other economic or financial factors. Upon approving a request to finance an item of inventory, Secured Party will transmit, send or otherwise make available to Dealer a "Credit Transaction Confirmation" which is a record that identifies the specific Collateral financed and the advance of monies made and memorializes the terms and conditions of repayment of such advance. Dealer agrees that Dealer's failure to notify Secured Party in writing of any objection to the terms of a Credit Transaction Confirmation within three (3) days after a Credit Transaction Confirmation is transmitted, sent or otherwise made available to Dealer shall constitute Dealer's (a) acceptance of all terms thereof, (b) agreement that Secured Party is financing such inventory at Dealer's request, and (c) agreement that such Credit Transaction Confirmation will be incorporated herein by reference.  If Dealer objects to the terms of any Credit Transaction Confirmation. Dealer will pay Secured Party for such inventory in accordance with the most recent terms for similar inventory (included in the most recent Credit Transaction Confirmation) to which Dealer has not objected (or if there are no prior terms then at 18% per annum) subject to termination of this Agreement by Secured Party and its rights under the termination provision contained herein.

**4.    Representations, Agreements, Warranties and Covenants of Dealer.**

(a)     The Dealer hereby represents and warrants as of the date hereof and at the time of each subsequent approval of financing and advance hereunder that: (i) Dealer does not conduct business under any trade names or styles except as disclosed by the Dealer to the Secured Party in writing and the Dealer has the authority to enter into and perform the obligations under this Agreement and Dealer will not violate its organizational documents, or any law, regulation or agreement binding upon it, by entering into or performing its obligations under this Agreement; (ii) Dealer will only keep Collateral at locations within the U.S. that have been disclosed to Secured Party and Dealer shall not move the Collateral from said disclosed location(s) without the written approval of Secured Party; (iii) all information supplied by Dealer to Secured Party, including any financial, credit or accounting statements or application for credit, in connection with this Agreement is true, correct and complete; (iv) this Agreement correctly sets forth Dealer's true legal name, description of organization, the state in which the Dealer is incorporated or otherwise organized and Dealer's organization number; (v) that except for the security interest created by this Agreement, the Dealer is the owner of the Collateral free and clear of any lien, security interest or encumbrance, and that the Dealer will defend the Collateral against all claims and demands of all persons at any time claiming any interest therein; and (vi) there are no actions or proceedings pending or threatened against Dealer which might result in a material adverse change in Dealer's financial or business condition.

(b)     Dealer shall not sell, encumber, grant a security interest in or dispose of or permit the sale, encumbrance or disposal of any of the Collateral without the Secured Party's prior written consent, except for sales of the Collateral financed by the Secured Party in the ordinary course of Dealer's business.

(c)     Dealer will: (1) keep all Collateral at permitted locations and keep all tangible Collateral safe and secure, in good order, repair and operating condition and insured as required by Secured Party; (2) promptly file all tax returns required by law and promptly pay all taxes, fees, and other governmental charges for which it is liable, including without limitation all governmental charges against the Collateral or this Agreement; (3) permit Secured Party and its designees, without notice, to inspect the Collateral during normal business hours and at any other time Secured Party deems desirable (and Dealer hereby grants Secured Party and its designees an irrevocable license to enter Dealer's business locations during normal business hours without notice to Dealer to account for and inspect all Collateral and to examine and copy Dealer's books and records related to the Collateral), and in connection with any inspection, provide Secured Party and its designees safe and secure access to the Collateral and comply with any request made by Secured Party or its designees to move the Collateral in order to provide such safe and secure access; (4) keep complete and accurate records of its business, including inventory, accounts and sales, and permit Secured Party and its designees to inspect and copy such records upon request; (5) furnish Secured Party with such additional information regarding the Collateral and Dealer's business and financial condition as Secured Party may from time to time reasonably request; (6) immediately notify Secured Party of any material adverse change in Dealer's prospects, business, operations or condition (financial or otherwise) or in any Collateral; (7) execute (or cause any third party in possession of Collateral to execute) all documents Secured Party requests to perfect and maintain Secured Party's security interest in the Collateral; (8) deliver to Secured Party immediately upon

3

request by Secured Party  each certificate of title or statement of origin issued for Collateral financed by Secured Party; (9) at all times be duly organized, existing, in good standing, qualified and licensed to do business in each jurisdiction in which the nature of its business or property so requires and, when requested, provide Secured Party with documentation evidencing the same; (10) notify Secured Party of the commencement of any material legal proceedings against Dealer or any Guarantor (as defined below); and (k) comply with all laws, rules and regulations applicable to Dealer, including without limitation, the USA PATRIOT ACT and all laws, rules and regulations relating to import or export controls or anti-money laundering.

(d)      Dealer will not without Secured Party's prior written consent: (1) use (except for demonstration for sale), rent, lease, sell, transfer, consign, license, encumber of otherwise dispose of Collateral except for sales of inventory at retail in the ordinary course of Dealer's business; (2) engage in any other material transaction not in the ordinary courts of Dealer's business; (3) change its business in any material manner or its organizational structure or be a party to a merger or consolidation or change its registration to a registered organization other than as specified above; (4) change its name without giving Secured Party at least thirty (30) days' prior written notice thereof; (5) change the state in which it is incorporated or otherwise organized (except upon thirty (30) days' prior written notice to Secured Party); (6) change its chief executive office or office where it keeps its records with respect to accounts or chattel paper;  (7) store inventory financed by Secured Party with any third party; or (9) sell or otherwise transfer inventory to a Dealer Affiliate. "Dealer Affiliate" means any person that: (i) directly or indirectly controls, is controlled by or is under common control with Dealer, (ii) directly or indirectly owns 5% or more of Dealer, (iii) is a director, partner, manager, or officer of Dealer or an affiliate of Dealer, or (iv)any person related to Dealer or an affiliate of Dealer.

(e)      Dealer hereby covenants that (1) the Dealer will promptly pay any and all taxes, assessments and governmental charges upon the Collateral prior to the date penalties are attached thereto, except to the extent that a protest of such taxes, assessments and charges shall be instituted and diligently prosecuted in good faith by the  Dealer and (i)  Dealer has given Secured Party notice of any such contest, and (ii) Secured Party is satisfied that while any such protest is pending there will be no impairment of the enforceability, validity, or priority of any of the Secured Party's liens in and to the Collateral; (2) the Dealer will immediately notify the Secured Party of any event causing a substantial loss or diminution in the value of all or any material part of the Collateral and an estimate of the amount of such loss or diminution; and (3) the Dealer will endeavor to collect or cause to be collected from its customers all amounts owing under or on account of any customer receivable.

(f)      In the event that Dealer contemplates any exporting of the assets financed (including technology supplied) herein, Dealer shall follow all procedures as required by the US Export Administration Regulations and any related export control laws and regulations promulgated and administered by the government of any country having jurisdiction over the parties or the transactions contemplated herein.

**5.    Payment Terms and Charges.**

(a)     Dealer will immediately pay Secured Party the amount of the Obligations owed Secured Party on each item of Collateral financed by Secured Party on the earliest occurrence of any of the following events: (i) when such Collateral is unaccounted for; (ii) in strict accordance with the installment payment schedule; (iii) in strict accordance with any curtailment schedule for such Collateral; and (iv) when otherwise required under the terms of this Agreement.  The payment and curtailment terms are or may be set forth in a Credit Transaction Confirmation.  Secured Party may apply: (1) payments to pay any costs (direct or indirect), Charges or fees first, then to reduce finance charges and then principal, regardless of Dealer's instructions; and (2) principal payments to the oldest (earliest) invoice for Collateral financed by Secured Party, but in any event, all principal payments, may in Secured Party's sole discretion, first be applied to such Collateral which is sold, lost, stolen, damaged, rented, leased, or otherwise disposed of or unaccounted for.  Any payment hereunder which would otherwise be due on a day which is not a Business Day, shall be due on the next succeeding Business Day, with such extension of time included in any calculation of applicable finance charges.

(b)     If Dealer (i) fails to immediately remit funds to Secured Party upon the maturity of Dealer's applicable payment terms with respect to such advance or upon the sale, transfer, rental, lease, loss, theft, damage, or other disposition of or inability to account for any inventory financed by Secured Party for Debtor (a "sale out of trust" or "SOT") or (ii) is required to make immediate payment to Secured Party of any past due obligation discovered during any Collateral review, or at any other time, then Secured Party's acceptance of any payment with respect to such past due obligation (whether in full or partial satisfaction of such obligation) shall not be construed to have waived or amended the terms of its financing program.  Dealer will send all such payments to Secured Party as directed.

(c)     Any advances which are not used to acquire inventory, as contemplated hereby, shall be paid on demand unless otherwise provided in this Agreement or in any Credit Transaction Confirmation.  In order to adequately secure Dealer's Obligations to Secured Party, Dealer shall, at Secured Party's request, immediately pay Secured Party the amount necessary to reduce the sum of Secured Party's outstanding advances with respect to inventory received by Dealer to an amount which does not exceed the aggregate invoice price to Dealer of the inventory in Dealer's possession which (i) is financed by Secured Party, and (ii) in which Secured Party has a perfected first priority lien.

(d)     All payments due by Dealer to Secured Party under this Agreement or otherwise shall be made by check made on a United States bank, ACH, EDI or federal wire, in each case drawn on an account established in the name of Dealer.  Secured Party reserves the right to decline other forms of payment, including but not limited to, cashier's checks, money orders, bank drafts, third-party checks and traveler's checks. In the event of any such payment decline, Dealer's debt will remain outstanding and interest/fees permitted under Dealer's Agreement may accrue until acceptable payment is received.  Secured Party will recognize and credit payments according to its payment recognition policies from time to time in effect, or as otherwise agreed.

(e)        Dealer shall pay fees, charges, interest and any other payment obligations called for in any Credit Transaction Confirmations (collectively, "Charges") with respect to each advance in accordance with the Agreement. Dealer shall pay Secured Party its customary Charge for any check or other item which is returned unpaid to Secured Party. Unless otherwise provided in the Agreement, the following additional provisions shall be applicable to Charges: (i) all Charges shall be paid by Dealer monthly pursuant to the terms of the billing statement in which Charges appear; (ii) interest on an advance shall begin to accrue on the date Secured Party makes such advance; (iii) advances or any part thereof not paid when due (and Charges not paid when due, at the option of Secured Party, shall become part of the principal amount of the Obligations and) shall bear interest at the Default Rate (as defined below); and (iv) all interest rates provided or referenced in Credit Transaction Confirmations, are provided and referenced on the basis of a 365-day year. For purposes of this Agreement "Default Rate" shall mean 1.5% per month.

**6.    Billing Statement and Modification of Charges and Terms.**

(a)       Secured Party will send or make available to Dealer a monthly billing statement identifying all charges due on Dealer's account with Secured Party. The amounts owed on each monthly billing statement shall be due and payable in full immediately upon receipt unless otherwise stated in the billing statement, Credit Transaction Confirmation or other written document provided by Secured Party. The billing statement shall be an account stated unless Secured Party receives Dealer's written objection within 15 days after it is sent or made available to Dealer. If Dealer does not receive by the 25th day of any given month payment of all charges accrued to Dealer's account with Secured Party during the prior month, Dealer will pay Secured Party a late fee equal to the greater of $5 or 5% of the amount of such charges (payment of such fee does not waive the default caused by the late payment). Secured Party may adjust the billing at any time to conform to applicable law and this Agreement.

(b)       Secured Party may, from time to time, charge reasonable fees in connection with the servicing and administration of Dealer's account. Secured Party may, from time to time, provide written notice to Dealer of new or altered fees, interest and/or other finance charges, policies, practices and other charges and/or credit terms ("Fees and Terms") payable or owed by Dealer on its account or in connection with specific services to be effective as of the date of the notice date, or such other future effective date as Secured Party shall advise, with respect to existing Obligations owed by Dealer to Secured Party and/or to Obligations incurred or arising after such notice or future effective date, all as Secured Party may elect by so indicating in such notice. Such notice may be delivered by mail, courier or electronically in a separate writing or website posting, or set forth in the Credit Transaction Confirmation and/or the billing statement.

**7.    Default.**

The occurrence of one or more of the following events shall constitute a default by Dealer (a "Default"): (a) Dealer shall fail to pay any Obligations when due or any remittance for any Obligations is dishonored when first presented for payment; (b) any representation made to Secured Party by Dealer or by any guarantor, surety, issuer of a

letter of credit or any person other than Dealer primarily or secondarily liable with respect to any Obligations (a "Guarantor") shall not be true when made or if Dealer or any Guarantor shall breach any covenant, warranty or agreement to or with Secured Party; (c) Dealer (including, if Dealer is a partnership or limited liability company, any partner or member of Dealer) or any Guarantor shall die, become insolvent or generally fail to pay its debts as they become due, if a business, shall cease to do business as a going concern; (d) any letter of credit or other form of collateral provided by Dealer or a Guarantor to Secured Party with respect to any Obligations or Collateral shall terminate or not be renewed at least sixty (60) days prior to its stated expiration or maturity; (e) Dealer abandons any Collateral; (f) any Guarantor shall revoke, terminate or limit, or take any action purporting to revoke, terminate or limit, any guaranty or other assurance of payment relating to any Obligations; (g) Dealer or any Guarantor shall make an assignment for the benefit of creditors, or commence a proceeding with respect to itself under any bankruptcy, reorganization, arrangement, insolvency, receivership, dissolution or liquidation statute or similar law of any jurisdiction, or any such proceeding shall be commenced against it or any of its property (an "Automatic Default"); (h) an attachment, sale of seizure shall be issued or shall be executed against any assets of Dealer or of any Guarantor; (i) Dealer shall lose, or shall be in default of, any franchise, license or right to deal in any Collateral which Secured Party finances: (j) Dealer, Guarantor or any third party shall file any correction or termination statement with respect to any Uniform Commercial Code (the "UCC") filing made by Secured Party in connection herewith; (k) a material adverse change shall occur in the business, operations or condition (financial or otherwise) of Dealer (including, if Dealer is a partnership or limited liability company, any partner or member of Dealer) or any Guarantor or with respect to the Collateral; (l) Dealer or any Guarantor fails to pay any debt or perform any other obligation owed to Secured Party and/or any third party; (m) Dealer or any Guarantor defaults under the terms of any agreement with any Secured Party Affiliate, or (n) Secured Party in good faith believes the prospect of payment of any Obligations is impaired or Secured Party deems itself insecure.

## 8.    Rights and Remedies Upon Default.

Upon the occurrence of a Default, Secured Party shall have all rights and remedies of a secured party under the UCC as in effect in any applicable jurisdiction and other applicable law and all the rights and remedies set forth in this Agreement. Secured Party may terminate any obligations it has under this Agreement and any outstanding credit approvals immediately and/or declare any and all Obligations immediately due and payable without notice or demand. Dealer waives notice of intent to accelerate, and of acceleration of any Obligations. Secured Party may enter any premises of Dealer with or without process of law, without force, to search for, take possession of, and remove all of the Collateral, or any part thereof. If Secured Party requests, Dealer shall cease disposition of and shall assemble the Collateral and make it available to Secured Party, at Dealer's expense, at a convenient place or place designated by Secured Party. Secured Party may take possession of the Collateral or any part thereof on Dealer's premises and guaranty, endorsement, repurchase agreement or the like shall not be deemed to be a transfer subject to UCC §9-618 or any similar provision of any other applicable law, and commercially reasonable method of disposition. Dealer shall be liable to Secured Party for any deficiency resulting from Secured Party's disposition, including without limitation a repurchase by a Vendor,

regardless of any subsequent disposition thereof. Dealer is not a beneficiary of, and has no right to require Secured Party to enforce, any repurchase agreement. If Dealer fails to perform any of its obligations under this Agreement, Secured Party may perform the same in any form or manner Secured Party in its discretion deems necessary or desirable, and all monies paid by Secured Party in connection therewith shall be additional Obligations and shall be immediately due and payable without notice together with interest payable on demand at the Default Rate. All of Secured Party's rights and remedies shall be cumulative. Dealer irrevocably waives any requirement that Secured Party retain possession and not dispose of any Collateral until after trial or final judgment or appeal thereof. Secured Party's election to extend or not extend credit to Dealer is solely at Secured Party's discretion and does not depend on the absence or existence of a Default. If a Default is in effect, and without regard to whether Secured Party has accelerated any Obligations, Secured Party may, without notice, apply the Default Rate. Secured Party has the right to set off any monies owed by Dealer whatsoever against any monies owed to Secured Party from Dealer by whatever means including the sale of any recovered Collateral

9.      **Collection and Other Costs.**

In the event of a Default, Dealer shall pay to Secured Party on demand all reasonable attorneys' fees and legal expenses and other costs and expenses incurred by Secured Party in connection with establishing, perfecting, maintaining perfection of, protecting and enforcing its Lien on the Collateral (including but not limited to repossession costs, storage, repairs, etc.) and collecting any Obligations, or in connection with any modification of this Agreement, or in connection with any action or proceeding for possession or under any receivership, assignment for benefit of creditors, bankruptcy or other insolvency laws (including, without limitation, filing a proof of claim, motion for stay relief or monitoring such proceeding under any such laws to the full extent permitted under such law), involving the Dealer, any Guarantor or any Collateral. All fees, expenses costs (direct or indirect) and other amounts described in this Section shall constitute Obligations, shall be secured by the Collateral and interest shall accrue thereon at the Default Rate.

10.     **Risk of Loss.**

The Collateral shall at all times be held at Dealer's risk of loss or damage. In the event that any Item of Inventory suffers reparable damage, then Dealer shall promptly repair and restore such item to good condition and good working order. In the event that any Item of Inventory is lost, stolen, confiscated, destroyed, irreparably damaged or otherwise rendered unfit for its originally intended use, then the amount of the secured Obligation attributable to such item, together with any and all accrued and unpaid interest thereon, shall be accelerated and become immediately due and payable, without notice or demand by Secured Party.

11.     **Insurance.**

Dealer agrees to keep all the Collateral insured in amounts no less than those required by the Secured Party with the Secured Party named as "loss payee". All premiums on such insurance shall be paid by Dealer and copies of the policies

delivered to the Secured Party. Dealer shall direct, or Secured Party on Dealer's behalf may direct if Dealer refuses to do so, each insurance company issuing any such policy to make payment of such sums directly to the Secured Party. Secured Party is hereby authorized, but not required, to act and sign any necessary documents (including Certificates of Title) as attorney-in-fact for Dealer in adjusting and/or settling any insurance claims under any such policy and in endorsing any checks or draft drawn by insurers. All risk of loss, damage to or destruction of Collateral shall at all times be on Dealer. Dealer shall promptly remit to Secured Party in the form received with all necessary endorsements, any and all proceeds of insurance it may receive toward payment of the Obligations or pay such proceeds to Dealer. Secured Party is to be provided with any written notice of cancellation or change in any insurance policies within two (2) business days of the issuance of such notice.

**12.   Financial Statements.**

Dealer will be required to deliver to Secured Party Dealer's year-end balance sheet and annual profit and loss statement for each of its fiscal years within twenty (20) days after the same are prepared and, upon request by Secured Party, Dealer will be required to quarterly balance sheets or any other financial information reasonably requests by Secured Party related to the Collateral or the financial condition of the Dealer or any Guarantor.

**13.   Continuation of Dealers Liability.**

Dealer's liability under this Agreement and any Credit Transaction Statements hereunder and on any Obligations shall not be affected by (a) the taking and holding of additional security, other than the Collateral herein described for the payment of the Obligations or any part thereof, or the exchange, enforcement, waiver or release of the Collateral herein described or any part thereof or any other security for the Obligations; or (b) the release or substitution of any endorser or guarantor of the Obligations or any part thereof or any other parties thereto.

**14.   Construction of Agreement.**

This Agreement shall not be construed to be in limitation of or in substitution for any other grant of security interest from Dealer to the Secured Party made prior to or contemporaneously herewith, and no other such grant of a security interest made subsequent to or contemporaneously herewith shall be construed to be in limitation of or in substitution for this Agreement unless expressly and specifically provided therein.

**15.   Termination.**

Either the Secured Party or the Dealer upon thirty (30) days prior written notice to the other party may terminate this Agreement, at any time. Provided, however, Secured Party may terminate this Agreement immediately (subject only to the "cure" period set forth hereinabove) in the event of Default (but without an opportunity to cure a Payment Default), upon the occurrence of: (i) any actual or attempted transfer or assignment of the Agreement or any right or obligation thereunder by Dealer or any sale or transfer of the ownership of or material change in the active management of Dealer without the prior written consent of Secured Party; (ii) the insolvency or death of

Dealer or a Guarantor or the filing of a bankruptcy petition by or against Dealer or a Guarantor or if Dealer or Guarantor makes an assignment for the benefit of creditors or a receiver is appointed for Dealer or Guarantor, or its property; (iii) If Dealer defaults in the payment of its secured Obligations or any obligations owed to Secured Party or if Dealer objects to any terms of a Credit Transaction Statement, billing statement or written notice advising of costs, fees or Charges owed; or (iv) Dealer makes any materially false statement or representation or defaults under any term or condition of this Agreement. Said right of termination shall not affect the rights or obligations of either Secured Party or Dealer arising prior to the effective date of termination and shall be in addition to and not in place of all other rights of Secured Party set forth in this Agreement, the Credit Transaction Confirmations and Obligations or otherwise. Upon termination of the Agreement, all Obligations including any fees and costs incurred shall become immediately due and payable without notice or demand. Upon any termination, Dealer shall remain fully liable to Secured Party for all Obligations arising prior to or after termination, and all of Secured Party's rights and remedies and its security interests shall continue in full force and effect until all Obligations to Secured Party are paid and all obligations of Dealer are performed in full. All waivers and indemnifications in Secured Party's favor set forth in this Agreement will survive any termination of this Agreement.

16.    **Choice of Law.**

This Agreement shall be interpreted under and governed by the laws of the State of Connecticut, without regard to conflicts of laws principles. The parties consent and agree that all actions or proceedings arising out of, relating to or pertaining to this Agreement may be tried and litigated in the state and federal courts located in the State of Connecticut provided, however, that any suit seeking enforcement against the Collateral may be brought, at Secured Party's option, in the courts of any jurisdiction where such Collateral may be found.

17.    **Power of Attorney**.

Dealer authorizes Secured Party to: (a) file financing statements and amendments thereto describing Secured Party as the "Secured Party", Dealer as "Debtor" and identifying the Collateral; (b) authenticate, execute or endorse on behalf of Dealer any instruments, chattel paper, certificates of title, manufacturer statements of origin, builder's certificate, insurance documents or other notices or records comprising or related to the Collateral or evidence financing under the Agreement or evidencing or maintaining the perfection of the security interest granted hereby, as attorney-in-fact for Dealer; and (c) supply any missing information and correct errors in any documents between Secured Party and Dealer. This power of attorney and the other powers of attorney granted herein are irrevocable and coupled with an interest.

18.    **Miscellaneous.**

Time is of the essence regarding Dealer's performance of its obligations to Secured Party. Secured Party may accept this Agreement by making an advance hereunder. Dealer's liability to Secured Party is direct and unconditional and will not be affected by the release or non-perfection of any security interest granted hereunder. Secured Party may refrain from or postpone enforcement of this Agreement or any

other agreements between Secured Party and Dealer without prejudice, and the failure to strictly enforce these agreements will not create a course of dealing which waives, amends or modifies such agreements. Any waiver by Secured Party of a Default shall only be effective if in writing signed by Secured Party and transmitted to Dealer. The express terms of this Agreement will not be modified by any course of dealing, usage of trade, or customer of trade which may deviate from the terms hereof. If Dealer fails to pay any taxes, fees or other obligations which may impair Secured Party's interest in the Collateral, or fails to keep any Collateral insured, Secured Party may, but shall not be required to, pay such amounts. Such paid amounts will be: (a) additional Obligations which Dealer owes to Secured Party, which are subject to finance charges as provided herein and shall be secured by the Collateral; and (b) due and payable immediately in full. Section titles used herein are for convenience only, and do not define or limit the contents of any Section. All words used herein shall be understood and construed to be of such number and gender as the circumstances may require. This Agreement may be validly executed in one or more multiple counterpart signature pages. Notwithstanding anything herein to the contrary, Secured Party may rely on any facsimile copy, electronic data transmission, or electronic data storage of: this Agreement, any Credit Transaction Confirmation, billing statement, financing statement, authorization to pre-file financing statements, financial statements or other reports, which will be deemed an original, and the best evidence thereof for all purposes. This Agreement shall be construed without presumption for or against any party who drafted all or any portion of this Agreement. No modification of this Agreement shall bind Secured Party unless in a writing singed by Secured Party and transmitted to Dealer. Among other symbols, Secured Party hereby adopts "Hitachi Capital America Corp.", "HCAC" or Secured Party as evidence of its intent to authenticate a record.

## 19.    Limitation of Remedies and Damages.

In the event there is any dispute under this Agreement, the aggrieved party shall not be entitled to exemplary or punitive damages and the aggrieved party's remedy in connection with any action arising under or in any way related to this Agreement shall be limited to a breach of contract action and any damages in connection therewith are limited to actual and direct damages, except that Secured Party may seek equitable relief in connection with any judicial repossession of, or temporary restraining order with respect to, the Collateral.

## 20.    Arbitration; Alternative Dispute Resolution and Waiver of Jury Trial.

Nothing herein contained shall preclude Secured Party from commencing any action in any court having jurisdiction thereof with respect to any matter arising out of, relating to or pertaining to this Agreement. However, at the sole option of Secured Party, any controversy, claim or dispute arising out of, relating to or pertaining to this Agreement or the interpretation, breach, enforcement or subject matter thereof, that cannot be settled by mutual agreement of the parties may at the sole option of the Secured Party: (i) Be submitted to arbitration by one (1) arbitrator (unless the Secured Party determines to have multiple arbitrators) with the arbitration proceedings to be conducted in Stamford, Connecticut, or such other location chosen by the Secured Party, by the American Arbitration Association, in accordance with its Commercial Arbitration Rules then in effect or conducted by any other recognized arbitration

association or entity in accordance with similar rules ("Arbitration"); or (ii) shall be determined through any alternative dispute resolution ("ADR") procedure provided for under the Laws of the State of Connecticut or the Dealer's state of incorporation or formation; with said governing law and ADR procedure to be selected by the Secured Party. Judgment upon any arbitration award or ADR determination may be entered in any court of any state or county or application may be made to such court through judicial acceptance of the award or determination and on order of enforcement, as the law of the jurisdiction may require or allow. The arbitration award or ADR determination shall be final and no appeal shall be taken by either party. The costs of any such arbitration or ADR shall be borne equally by the Dealer and the Secured Party, unless the arbitrator(s) or ADR decision-maker deems such division of costs to be inequitable, in which event the arbitrator(s) or ADR decision-maker may allocate the costs of arbitration or ADR among the parties thereto as s/he deems just and equitable under the circumstances. THE SECURED PARTY AND THE DEALER HEREBY WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM BROUGHT BY OR AGAINST EACH OTHER IN RESPECT OF ANY MATTER ARISING OUT OF, RELATING TO OR PERTAINING TO THIS AGREEMENT OR THE INTERPRETATION, BREACH, ENFORCEMENT OR SUBJECT MATTER HEREOF, THE RELATIONSHIP BETWEEN THE DEALER AND THE SECURED PARTY AND/OR ANY CLAIM OF INJURY OR DAMAGE FROM ANY OTHER RELATIONSHIP BETWEEN THE PARTIES HERETO.

**21.    Notice.**

Any notice or consent required to be given by or on behalf of any party hereto to any other party shall be in writing and (a) mailed by certified mail, return receipt requested and postage pre-paid; (b) sent via a nationally recognized overnight service that regularly obtains a signature upon delivery, or (c) delivered personally, addressed to the parties as set forth above, or at such other address as may be specified from time to time in writing. All such notices hereunder shall be deemed to have been given on the date of delivery or the date marked on the return receipt unless delivery is refused or cannot be made because of any incorrect address provided by the addressee, in which case the date of postmark (or the date of delivery to the courier service, as the case may be) shall be deemed the date notice has been given.

**22.    Assignment.**

Dealer may not assign this Agreement without Secured Party's prior written consent. This Agreement shall be binding upon the successors and permitted assigns of Dealer and shall inure to the benefit of the successors and assigns of the Secured Party.

**23.    Captions.**

All captions contained in this Agreement are for convenience of reference only and shall not be deemed to be a part of this Agreement or have any legal effect in construing or enforcing this Agreement.

**24.    Severability.**

The provisions of this Agreement are severable. In the event that any provision of this Agreement shall be deemed to be illegal, void or unenforceable by any tribunal of competent jurisdiction, such determination shall have no effect upon the remaining provisions hereof.

**Secured Party:**

**HITACHI CAPITAL AMERICA CORP.**

By: _____

Print Name: _____

Title: _____

**Dealer:**

**PRIDE TRUCK SALES L.P**

By: _____

Print Name: Sulakhan S Johal

Title: PRESIDENT

**Guaranty**

This Guaranty, made this 21 day of, November, 2018 by Pride Group Holdings Inc., Pride Group Logistics Ltd., TPine Leasing Capital Corporation, 2043002 Ontario Inc. and TPine Truck Rental, Inc. (separately and together, the "Guarantor");

To:     HITACHI CAPITAL AMERICA CORP.     (hereinafter, "Hitachi")
        800 Connecticut Avenue
        Norwalk, CT 06854

1.      Each Guarantor severally requests Hitachi to extend credit to or to purchase security agreements, leases, notes, accounts and/or other obligations (herein generally termed, "Paper") of or from or otherwise to do business with:

Company:     Pride Truck Sales L.P.     (hereinafter, the "Company")
             345 Grand Island Blvd
             Tonawanda, NY 14150

To induce Hitachi to extend such credit or to make such purchase, and in consideration thereof and of benefits to accrue to each Guarantor there from, each Guarantor, as a primary obligor, irrevocably and unconditionally, jointly and severally guarantees to Hitachi that the Company will fully and promptly pay and perform all of its present and future obligations to Hitachi, whether direct or indirect, joint or several, absolute or contingent, secured or unsecured, matured or unmatured and whether originally contracted with Hitachi  or otherwise acquired by Hitachi, irrespective of any invalidity or unenforceability of any such obligation or the insufficiency, invalidity or unenforceability of any security therefor, whether now existing or hereinafter incurred.

Each Guarantor also agrees as follows: (1) to pay on demand all sums due and to become due to Hitachi from the Company and all losses, costs, attorneys' fees and expenses which may be suffered by Hitachi by reason of the Company's default or default of any Guarantor without Hitachi first having to proceed against the Company or to liquidate Paper or any security therefor; and (2) to be bound by and on demand to pay any deficiency established by a sale of Paper and/or security held with or without notice to any Guarantor.

2.      This Guaranty is an unconditional guaranty of payment and performance. No Guarantor shall be released or discharged, either in whole or in part, by Hitachi's failure or delay to perfect or continue the perfection of any security interest in any property which secures the obligations of the Company or any Guarantor to Hitachi, or to protect the property covered by such security interest. The obligations of each Guarantor under this Guaranty shall remain in full force and effect until all sums due to Hitachi from the Company have been paid in full and all costs and expenses, if any, referred to in Paragraph 1 herein shall have been paid in full.

3.      Each Guarantor hereby represents and warrants that: (1) it has the power to enter into and perform this Guaranty; (2) neither this Guaranty, the execution, delivery and performance hereof, the performance of the agreements herein contained nor the consummation of the transactions herein contemplated will violate any statute, ordinance, regulation, court order or decree or order or decree of any other governmental authority or agency or any other agreement to which said Guarantor is subject; and (3) this Guaranty constitutes the valid and binding obligation of each Guarantor enforceable against each Guarantor in accordance with its terms.

4.      Each Guarantor waives: (1) notice of acceptance hereof; (2) presentment, demand, protest and notice of nonpayment or protest as to any note or obligation signed, accepted, endorsed or assigned to Hitachi by the Company; (3) any and all rights of subrogation, reimbursement, indemnity, exoneration, contribution or any other claim which any Guarantor may now or hereafter have against the Company or any other person directly or contingently liable for the obligations guaranteed hereunder, or with respect to the Company's property (including, without limitation, property collateralizing the Company's obligations to Hitachi ), arising from the existence or performance of this Guaranty; (4) all exemptions and homestead laws and any other demands and notices required by law; all setoffs and counterclaims; and (5) any and all defenses based on suretyship or any other applicable law, including without limitation all rights and defenses arising out of (i) an election of remedies by Hitachi even though that election of remedies may have destroyed rights of subrogation and reimbursement against the Company by operation of law or otherwise, (ii) protections afforded to the Company pursuant to anti-deficiency or similar laws limiting or discharging the Company's obligations to Hitachi, (iii) the invalidity or unenforceability of this Guaranty, (iv) the failure to notify any Guarantor of the disposition of any property securing the obligations of the Company, (v) the requirement, if any, that Hitachi marshal assets (vi) the commercial reasonableness of such disposition or the impairment, however caused, of the value of such property, and (vii) any duty on Hitachi's part (should such duty exist) to disclose to any Guarantor any matter, fact or thing related to the business operations or condition (financial or otherwise) of the Company or its affiliates or property, whether now or hereafter known by Hitachi.

5.    Hitachi may at any time and from time to time, without the consent of any Guarantor, without notice to any Guarantor and without affecting or impairing the obligation of any Guarantor hereunder, do any of the following:

(a) renew, extend (including extensions beyond the original term of the respective item of Paper), modify (including changes in interest rates), release or discharge any obligations of the Company, of its customers, of co-guarantors (whether hereunder or under a separate instrument) or of any other party at any time directly or contingently liable for the payment of any of said obligations;

(b) accept partial payments of said obligations;

(c) accept new or additional documents, instruments or agreements relating to or in substitution of said obligations;

(d) settle, release (by operation of law or otherwise), compound, compromise, collect or liquidate any of said obligations and the security therefore in any manner;

(e) consent to the transfer or return of the security, and take hold additional security or guaranties for said obligations;

(f) amend, exchange, release or waive any security or guaranty; or

(g) bid and purchase at any sale of Paper or security and apply any proceeds or security, and direct the order and manner of sale.

6.    If a claim is made upon Hitachi at any time for repayment or recovery of any amount(s) or otherwise received by Hitachi, from any source, in payment of or on account of any of the obligations of the Company guaranteed hereunder and Hitachi repays or otherwise becomes liable for all or any part of such claim by reason of:

(a) any judgment, decree or order of any court or administrative body having competent jurisdiction; or

(b) any settlement or compromise of any such claim,

each Guarantor shall remain jointly and severally liable to Hitachi hereunder for the amount so repaid or for which Hitachi is otherwise liable to the same extent as if such amount(s) had never been received by Hitachi, notwithstanding any termination hereof or the cancellation of any note or other agreement evidencing any of the obligations of the Company. This Guaranty shall bind each Guarantor's respective heirs, administrators, representatives, successors, and assigns and shall inure to the benefit of Hitachi's successors and assigns including, but not limited to, any party to whom Hitachi may assign any item or items of Paper. Each Guarantor hereby waives notice of any such assignment. All of Hitachi's rights are cumulative and not alternative.

7.    The invalidity or unenforceability of any one or more phrases, sentences, clauses or section of this Guaranty shall not affect the validity or enforceability of the remaining portions of this Guaranty, or any part thereof.

8.    This Guaranty shall be interpreted under and governed by the laws of the State of Connecticut, without regard to conflicts of laws principles. Each Guarantor agrees that the negotiation and acceptance of this Guaranty has taken place in the State of Connecticut. The parties consent and agree that all actions or proceedings arising out of, relating to or pertaining to this Guaranty may be tried and litigated in the state and federal courts located in the State of Connecticut *provided, however*, that any suit seeking enforcement against the property securing the Paper may be brought, at Hitachi's option, in the courts of any jurisdiction where Secured Party elects to bring such action or where such property may be found.

9.    **Nothing contained in this Guaranty shall preclude Hitachi from commencing any action in any court having jurisdiction thereof with respect to any matter arising out of, relating to or pertain to this Guaranty.** However, at the sole option of Hitachi, any controversy, claim or dispute arising out of, relating to or pertaining to this Guaranty or the interpretation, breach, enforcement or subject matter thereof, that cannot be settled by mutual agreement of the parties, may: (i) be submitted to arbitration by one (1) arbitrator (unless Hitachi determines to have multiple arbitrators) in Norwalk, Connecticut, or such other location chosen by Hitachi, conducted by the American Arbitration Association, in accordance with its Commercial Arbitration Rules then in effect or conducted by any other recognized arbitration association or entity in accordance with like rules ("Arbitration"); or (ii) be determined through any alternative dispute resolution ("ADR") procedure provided for under the Laws of the State of Connecticut or the Guarantor's state of incorporation; with said governing law and ADR procedure to be selected by Hitachi. Judgment upon any arbitration award or ADR determination may be entered in any court of any state or county or application may be made to such court for judicial acceptance of the award or determination and an order of enforcement, as the law of the jurisdiction may require or allow. The arbitration award or ADR determination shall be final and no appeal shall be taken by either party. The costs of any such arbitration or ADR shall be borne equally by the Guarantor and Hitachi, unless the arbitrator(s) or ADR decision-maker deems such division of costs to be inequitable, in which event the arbitrator(s) or ADR decision-maker may allocate the costs of arbitration or ADR among the parities thereto as s/he deems just and equitable under the circumstances.

10.    THE GUARANTOR AND HITACHI HEREBY WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM BROUGHT BY OR AGAINST EACH OTHER ON, OR IN

RESPECT OF, ANY MATTER ARISING OUT OF, RELATING TO OR PERTAINING TO THIS GUARANTY OR THE INTERPRETATION, BREACH, ENFORCEMENT OR SUBJECT MATTER THEREOF, THE RELATIONSHIP BETWEEN THE COMPANY AND THE SECURED PARTY AND/OR ANY CLAIM OF INJURY OR DAMAGE FROM ANY OTHER RELATIONSHIP BETWEEN THE PARTIES HERETO.

**IN WITNESS WHEREOF,** each Guarantor has executed this Guaranty as of the date first above written.

ATTEST:

Print Name: _SASAN INDERJIT_

TPine Leasing Capital Corporation

_6050 DIXIE ROAD_
Address
_MISSISSAUGA   ON   L5T 1A6_
City                    State              Zip

ATTEST:

Print Name: _SASAN INDERJIT_

Pride Group Holdings Inc.

_6050 DIXIE ROAD_
Address
_MISSISSAUGA   ON   L5T 1A6_
City                    State              Zip

ATTEST:

Print Name: _SASAN INDERJIT_

Pride Group Logistics Ltd

_6050 DIXIE ROAD_
Address
_MISSISSAUGA   ON   L5T 1A6_
City                    State              Zip

ATTEST:

Print Name: _SASAN INDERJIT_

2043002 Ontario Inc

_6050 DIXIE ROAD_
Address
_MISSISSAUGA   ON   L5T 1A6_
City                    State              Zip

ATTEST:

Print Name: _SASAN INDERJIT_

TPine Truck Rental Inc.

_6050 DIXIE ROAD_
Address
_MISSISSAUGA   ON   L5T 1A6_
City                    State              Zip

ACKNOWLEDGEMENT

STATE OF _____    )
                           )SS.
COUNTY OF _____       )

  BE IT REMEMBERED, that on this ____ day of _____, ___, before me, the subscriber, personally appeared _____, Social Security No. _____, who I am satisfied is the individual who signed the within Instrument; and I having first made known to him the contents thereof, he did acknowledge that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

_____

Notary Public:
My Commission Expires:

This is Exhibit "E" referred to in the Affidavit of Sue Santos sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

Via Registered Mail

<u>NOTICE OF PURCHASE-MONEY SECURITY INTEREST</u>

TO:      ROYNAT INC.
             5160 Yonge Street, Suite 1000
             Toronto, ON  M2N 6L9

RE:      TPINE LEASING CAPITAL CORPORATION (the "**Debtor**")

TAKE NOTICE that Hitachi Capital Canada Corp. and Hitachi Capital America Corp. (the "**Secured Party**") has acquired or expects to acquire a purchase-money security interest in inventory of the Debtor and in proceeds of such inventory.  A description of such inventory and proceeds, according to type, item or kind, is as follows:

> All of the Debtor's present and after-acquired inventory of every item or kind (including without limitation all present and after-acquired new and used inventory of every type and kind including but not limited to all new and used trucks, trailers, tractors, attachments, accessories or other goods now or hereafter purchased from or financed by Secured Party including any such items leased or rented by or to Debtor and all proceeds thereof including, but not limited to, cash, securities, documents of title, money, documents, instruments, accounts, chattel paper, goods, contract rights, intangibles, general intangibles, insurance proceeds payable by reason of loss or damage with respect thereto, and, including without limitation, trade-in inventory and equipment and including proceeds of proceeds.

DATED:  June 7, 2018

                              Hitachi Capital Canada Corp.
                              Hitachi Capital America Corp.
                              By its solicitors, Blaney McMurtry LLP

                        Per:    _____
                                Name:  Diane P.L. Brooks

Via Registered Mail

NOTICE OF PURCHASE-MONEY SECURITY INTEREST

TO:     MERCEDES-BENZ FINANCIAL SERVICES CANADA CORPORATION
2680 Matheson Boulevard East, Suite 500
Mississauga, ON  L4W 0A5

AND TO:  DAIMLER TRUCK FINANCIAL
2680 Matheson Boulevard East, Suite 500
Mississauga, ON  L4W 0A5

RE:     TPINE LEASING CAPITAL CORPORATION (the "**Debtor**")

TAKE NOTICE that Hitachi Capital Canada Corp. and Hitachi Capital America Corp. (the

"**Secured Party**") has acquired or expects to acquire a purchase-money security interest in

inventory of the Debtor and in proceeds of such inventory.  A description of such inventory and

proceeds, according to type, item or kind, is as follows:

> All of the Debtor's present and after-acquired inventory of every item or kind
> (including without limitation all present and after-acquired new and used
> inventory of every type and kind including but not limited to all new and used
> trucks, trailers, tractors, attachments, accessories or other goods now or
> hereafter purchased from or financed by Secured Party including any such items
> leased or rented by or to Debtor and all proceeds thereof including, but not
> limited to, cash, securities, documents of title, money, documents, instruments,
> accounts, chattel paper, goods, contract rights, intangibles, general intangibles,
> insurance proceeds payable by reason of loss or damage with respect thereto,
> and, including without limitation, trade-in inventory and equipment and including
> proceeds of proceeds.

DATED:  June 7, 2018

<div align="right">

Hitachi Capital Canada Corp.
Hitachi Capital America Corp.
By its solicitors, Blaney McMurtry LLP

Per:    _____
       Name:  Diane P.L. Brooks

</div>

Via Registered Mail

NOTICE OF PURCHASE-MONEY SECURITY INTEREST

TO:     CWB MAXIUM FINANCIAL INC.
        30 Vogell Road, Suite 1
        Richmond Hill, ON  L4B 3K6

RE:     TPINE LEASING CAPITAL CORPORATION (the "**Debtor**")

TAKE NOTICE that Hitachi Capital Canada Corp. and Hitachi Capital America Corp. (the

"**Secured Party**") has acquired or expects to acquire a purchase-money security interest in

inventory of the Debtor and in proceeds of such inventory.  A description of such inventory and

proceeds, according to type, item or kind, is as follows:

> All of the Debtor's present and after-acquired inventory of every item or kind
> (including without limitation all present and after-acquired new and used
> inventory of every type and kind including but not limited to all new and used
> trucks, trailers, tractors, attachments, accessories or other goods now or
> hereafter purchased from or financed by Secured Party including any such items
> leased or rented by or to Debtor and all proceeds thereof including, but not
> limited to, cash, securities, documents of title, money, documents, instruments,
> accounts, chattel paper, goods, contract rights, intangibles, general intangibles,
> insurance proceeds payable by reason of loss or damage with respect thereto,
> and, including without limitation, trade-in inventory and equipment and including
> proceeds of proceeds.

DATED:  June 7, 2018

                                    Hitachi Capital Canada Corp.
                                    Hitachi Capital America Corp.
                                    By its solicitors, Blaney McMurtry LLP

                            Per:    _____
                                    Name:  Diane P.L. Brooks

Via Registered Mail

<u>NOTICE OF PURCHASE-MONEY SECURITY INTEREST</u>

TO:     MAXIUM FINANCIAL SERVICES INC.
           30 Vogell Road, Unit 1
           Richmond Hill, ON  L4B 3K6

RE:     TPINE LEASING CAPITAL CORPORATION (the "**Debtor**")

TAKE NOTICE that Hitachi Capital Canada Corp. and Hitachi Capital America Corp. (the

"**Secured Party**") has acquired or expects to acquire a purchase-money security interest in

inventory of the Debtor and in proceeds of such inventory.  A description of such inventory and

proceeds, according to type, item or kind, is as follows:

> All of the Debtor's present and after-acquired inventory of every item or kind (including without limitation all present and after-acquired new and used inventory of every type and kind including but not limited to all new and used trucks, trailers, tractors, attachments, accessories or other goods now or hereafter purchased from or financed by Secured Party including any such items leased or rented by or to Debtor and all proceeds thereof including, but not limited to, cash, securities, documents of title, money, documents, instruments, accounts, chattel paper, goods, contract rights, intangibles, general intangibles, insurance proceeds payable by reason of loss or damage with respect thereto, and, including without limitation, trade-in inventory and equipment and including proceeds of proceeds.

DATED:  June 7, 2018

                              Hitachi Capital Canada Corp.
                              Hitachi Capital America Corp.
                              By its solicitors, Blaney McMurtry LLP

                              Per:                               
                                    Name:  Diane P.L. Brooks

Via Registered Mail

NOTICE OF PURCHASE-MONEY SECURITY INTEREST

TO:     ROYAL BANK OF CANADA
        36 York Mills Road, 4th Floor
        Toronto, ON  M2P 0A4

RE:     TPINE LEASING CAPITAL CORPORATION (the "**Debtor**")

TAKE NOTICE that Hitachi Capital Canada Corp. and Hitachi Capital America Corp. (the

"**Secured Party**") has acquired or expects to acquire a purchase-money security interest in

inventory of the Debtor and in proceeds of such inventory.  A description of such inventory and

proceeds, according to type, item or kind, is as follows:

> All of the Debtor's present and after-acquired inventory of every item or kind
> (including without limitation all present and after-acquired new and used
> inventory of every type and kind including but not limited to all new and used
> trucks, trailers, tractors, attachments, accessories or other goods now or
> hereafter purchased from or financed by Secured Party including any such items
> leased or rented by or to Debtor and all proceeds thereof including, but not
> limited to, cash, securities, documents of title, money, documents, instruments,
> accounts, chattel paper, goods, contract rights, intangibles, general intangibles,
> insurance proceeds payable by reason of loss or damage with respect thereto,
> and, including without limitation, trade-in inventory and equipment and including
> proceeds of proceeds.

DATED:  June 7, 2018

                              Hitachi Capital Canada Corp.
                              Hitachi Capital America Corp.
                              By its solicitors, Blaney McMurtry LLP

                              Per:  _____
                                    Name:  Diane P.L. Brooks

Via Registered Mail

<u>NOTICE OF PURCHASE-MONEY SECURITY INTEREST</u>

TO:      VFS CANADA INC.
            238 Wellington Street East, 3rd Floor
            Aurora, ON  L4G 1J5

RE:      TPINE LEASING CAPITAL CORPORATION (the "**Debtor**")

TAKE NOTICE that Hitachi Capital Canada Corp. and Hitachi Capital America Corp. (the

"**Secured Party**") has acquired or expects to acquire a purchase-money security interest in

inventory of the Debtor and in proceeds of such inventory.  A description of such inventory and

proceeds, according to type, item or kind, is as follows:

> All of the Debtor's present and after-acquired inventory of every item or kind
> (including without limitation all present and after-acquired new and used
> inventory of every type and kind including but not limited to all new and used
> trucks, trailers, tractors, attachments, accessories or other goods now or
> hereafter purchased from or financed by Secured Party including any such items
> leased or rented by or to Debtor and all proceeds thereof including, but not
> limited to, cash, securities, documents of title, money, documents, instruments,
> accounts, chattel paper, goods, contract rights, intangibles, general intangibles,
> insurance proceeds payable by reason of loss or damage with respect thereto,
> and, including without limitation, trade-in inventory and equipment and including
> proceeds of proceeds.

DATED:  June 7, 2018

                                         Hitachi Capital Canada Corp.
                                         Hitachi Capital America Corp.
                                         By its solicitors, Blaney McMurtry LLP

                                         Per:                           
                                                        Name:  Diane P.L. Brooks

Via Registered Mail

<u>NOTICE OF PURCHASE-MONEY SECURITY INTEREST</u>

TO:     SECURCOR TRUST
        c/o Securcor Corporation, as Administrative Agent
        1100 Burloak Drive
        Burlington, ON  L7L 6B2

RE:     TPINE LEASING CAPITAL CORPORATION (the "**Debtor**")

TAKE NOTICE that Hitachi Capital Canada Corp. and Hitachi Capital America Corp. (the "**Secured Party**") has acquired or expects to acquire a purchase-money security interest in inventory of the Debtor and in proceeds of such inventory.  A description of such inventory and proceeds, according to type, item or kind, is as follows:

> All of the Debtor's present and after-acquired inventory of every item or kind (including without limitation all present and after-acquired new and used inventory of every type and kind including but not limited to all new and used trucks, trailers, tractors, attachments, accessories or other goods now or hereafter purchased from or financed by Secured Party including any such items leased or rented by or to Debtor and all proceeds thereof including, but not limited to, cash, securities, documents of title, money, documents, instruments, accounts, chattel paper, goods, contract rights, intangibles, general intangibles, insurance proceeds payable by reason of loss or damage with respect thereto, and, including without limitation, trade-in inventory and equipment and including proceeds of proceeds.

DATED:  June 7, 2018

                                    Hitachi Capital Canada Corp.
                                    Hitachi Capital America Corp.
                                    By its solicitors, Blaney McMurtry LLP

                            Per:    _____
                                    Name:  Diane P.L. Brooks

Via Registered Mail

<u>NOTICE OF PURCHASE-MONEY SECURITY INTEREST</u>

TO:      BANK OF MONTREAL
            5750 Explorer Drive, 2nd Floor
            Mississauga, ON  L4W 0A9S

RE:      TPINE LEASING CAPITAL CORPORATION (the "**Debtor**")

TAKE NOTICE that Hitachi Capital Canada Corp. and Hitachi Capital America Corp. (the "**Secured Party**") has acquired or expects to acquire a purchase-money security interest in inventory of the Debtor and in proceeds of such inventory.  A description of such inventory and proceeds, according to type, item or kind, is as follows:

> All of the Debtor's present and after-acquired inventory of every item or kind (including without limitation all present and after-acquired new and used inventory of every type and kind including but not limited to all new and used trucks, trailers, tractors, attachments, accessories or other goods now or hereafter purchased from or financed by Secured Party including any such items leased or rented by or to Debtor and all proceeds thereof including, but not limited to, cash, securities, documents of title, money, documents, instruments, accounts, chattel paper, goods, contract rights, intangibles, general intangibles, insurance proceeds payable by reason of loss or damage with respect thereto, and, including without limitation, trade-in inventory and equipment and including proceeds of proceeds.

DATED:  June 7, 2018

<div style="margin-left:40%;">

Hitachi Capital Canada Corp.
Hitachi Capital America Corp.
By its solicitors, Blaney McMurtry LLP

Per:        _____
           Name:  Diane P.L. Brooks

</div>

This is Exhibit "F" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____
*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

| Business | Currency | Internal Contract Numbe | VIN/Serial Number | Repo | Alternate ID | System | Securitization |
|---|---|---|---|---|---|---|---|
| USA | USD | M031734 | 13N153201P1552207 | | | COMPASS | |
| USA | USD | M031734 | 13N153205P1552209 | | | COMPASS | |
| USA | USD | MR192024 | 13N15320XP1552206 | | | COMPASS | |
| USA | USD | B618208 | 1DW1A5320GB623705 | | | COMPASS | |
| USA | USD | INV-TPLLP-002523 | 1DW1A5322GS632101 | | | COMPASS | |
| USA | USD | INV-TPLLP-002470 | 1DW1A5325GS632108 | | | COMPASS | |
| USA | USD | INV-TPLLP-002524 | 1DW1A5327GS632109 | | | COMPASS | |
| USA | USD | INV-TPLLP-002471 | 1DW1A5328GS632104 | | | COMPASS | |
| USA | USD | 205484 | 1FUJGEDR7HLJD0832 | | | COMPASS | |
| USA | USD | SLK0294 | 1FUJGHDV5ELFP2896 | | | COMPASS | |
| USA | USD | SJS3673 | 1FUJGLD50FLGF6401 | | | COMPASS | |
| USA | USD | ATS-2022001 | 1FUJGLD50GLGX2250 | | | COMPASS | |
| USA | USD | LHE1980 | 1FUJGLD50GLGZ7990 | | | COMPASS | |
| USA | USD | LHE1980 | 1FUJGLD51GLGT7135 | | | COMPASS | |
| USA | USD | LHE1980 | 1FUJGLD52GLGZ7991 | | | COMPASS | |
| USA | USD | SGL7679 | 1FUJGLD54GLGX2249 | | | COMPASS | |
| USA | USD | SMZ3670 | 1FUJGLD54GLGZ7992 | | | COMPASS | |
| USA | USD | SHB0398 | 1FUJGLD56GLGX2267 | | | COMPASS | |
| USA | USD | HLJC5667 | 1FUJGLD59FLGR5766 | | | COMPASS | |
| USA | USD | DJD8758 | 1FUJGLDR0HLJC3077 | | | COMPASS | |
| USA | USD | LHE1980 | 1FUJGLDR1GLGV7842 | | | COMPASS | |
| USA | USD | LHE1980 | 1FUJGLDR1GLHE1980 | | | COMPASS | |
| USA | USD | NSMZ6238 | 1FUJGLDR1HLHM1208 | | | COMPASS | |
| Canada | USD | BR0061 | 1FUJGLDR2DSBR0061 | | | COMPASS | |
| USA | USD | SGP5455 | 1FUJGLDR2JLHG8130 | | | COMPASS | |
| USA | USD | INV-TPLLP-001863 | 1FUJGLDR3HLHT0937 | | | COMPASS | |
| USA | USD | 8769 | 1FUJGLDR3JLJS9059 | | | COMPASS | |
| USA | USD | LHG7904 | 1FUJGLDR6JLHG7904 | | | COMPASS | |
| USA | USD | LHC9365 | 1FUJGLDR9HLHM1201 | | | COMPASS | |
| USA | USD | HLJC5667 | 1FUJGLDR9HLJC5667 | | | COMPASS | |
| USA | USD | INV-TPLLP-002939 | 1FUJGLDRXHLHM0963 | | | COMPASS | |
| USA | USD | 12954 | 1FUJHHDR0KLKE4094 | | | COMPASS | |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | HLJC5667 | 1FUJHHDR0KLKP0733 | | COMPASS |
| USA | USD | LMW8488 | 1FUJHHDR0NLMW8488 | | COMPASS |
| Canada | CAD | MSMA8180 | 1FUJHHDR1MLMC2520 | | COMPASS |
| USA | USD | INV-TPLLP-003253 | 1FUJHHDR1MLMJ2171 | | COMPASS |
| USA | USD | LKE3715 | 1FUJHHDR2KLKE3948 | | COMPASS |
| USA | USD | SLK0294 | 1FUJHHDR2KLKM1234 | | COMPASS |
| USA | USD | LKE4107 | 1FUJHHDR2LLKU7309 | | COMPASS |
| USA | USD | 12769 | 1FUJHHDR2LLLN1881 | | COMPASS |
| USA | USD | INV-TPLLP-003558 | 1FUJHHDR2LLLR3984 | | COMPASS |
| USA | USD | SGP5455 | 1FUJHHDR2MLMA7377 | | COMPASS |
| USA | USD | JSJJ0479 | 1FUJHHDR2MLML7306 | | COMPASS |
| Canada | CAD | MSMA8180 | 1FUJHHDR2NLMW7472 | | COMPASS |
| USA | USD | 12941 | 1FUJHHDR3KLKE3814 | | COMPASS |
| USA | USD | 12904 | 1FUJHHDR3KLKE4462 | | COMPASS |
| USA | USD | JSJJ0479 | 1FUJHHDR3KLKK8069 | | COMPASS |
| USA | USD | 12439 | 1FUJHHDR3LLLN1422 | | COMPASS |
| USA | USD | SJK8955 | 1FUJHHDR4KLKE4101 | | COMPASS |
| USA | USD | 16541 | 1FUJHHDR4KLKG9578 | | COMPASS |
| USA | USD | INV-TPLLP-003493 | 1FUJHHDR4KLKN4535 | | COMPASS |
| USA | USD | INV-TPLLP-002590 | 1FUJHHDR4LLKU7246 | | COMPASS |
| USA | USD | SKU7978 | 1FUJHHDR4MLMJ2178 | | COMPASS |
| USA | USD | 12932 | 1FUJHHDR5KLKE4026 | | COMPASS |
| USA | USD | LKE4107 | 1FUJHHDR5KLKE4107 | | COMPASS |
| USA | USD | SLK0294 | 1FUJHHDR5KLKG9721 | | COMPASS |
| Canada | CAD | MSMA8180 | 1FUJHHDR5MLMM2077 | | COMPASS |
| USA | USD | LMW8488 | 1FUJHHDR5NLMW8857 | | COMPASS |
| USA | USD | INV-TPLLP-002626 | 1FUJHHDR6KLJZ8923 | | COMPASS |
| USA | USD | LKE4107 | 1FUJHHDR6KLJZ9022 | | COMPASS |
| USA | USD | LHG7904 | 1FUJHHDR6LLLN1446 | | COMPASS |
| USA | USD | SKW9130 | 1FUJHHDR6MLMT9494 | | COMPASS |
| USA | USD | 8809 | 1FUJHHDR7KLKG9462 | | COMPASS |
| USA | USD | LMW5538 | 1FUJHHDR7NLMW5538 | | COMPASS |
| USA | USD | INV-TPLLP-003585 | 1FUJHHDR8MLMM2056 | | COMPASS |

| Canada | CAD | MSMA8180 | 1FUJHHDR8MLMT9478 | COMPASS |
|--------|-----|----------|-------------------|---------|
| Canada | CAD | MSMA8180 | 1FUJHHDR8NLMW8559 | COMPASS |
| USA | USD | 12367 | 1FUJHHDR9KLKE3655 | COMPASS |
| USA | USD | 12904 | 1FUJHHDR9KLKE4496 | COMPASS |
| USA | USD | JSJJ0479 | 1FUJHHDR9KLKG9673 | COMPASS |
| USA | USD | SLK0294 | 1FUJHHDR9LLLA0423 | COMPASS |
| USA | USD | SKW9130 | 1FUJHHDR9NLMW7470 | COMPASS |
| USA | USD | SKW9130 | 1FUJHHDR9NLMW8697 | COMPASS |
| USA | USD | INV-TPLLP-002713 | 1FUJHHDRXKLKG9701 | COMPASS |
| USA | USD | 16541 | 1FUJHHDRXKLKG9746 | COMPASS |
| USA | USD | J100987 | 1FUJHHDRXLLLA0429 | COMPASS |
| USA | USD | JSJJ0479 | 1FUJHHDRXMLMT9465 | COMPASS |
| USA | USD | SKW9130 | 1FUJHHDRXNLMW8532 | COMPASS |
| USA | USD | SKW9130 | 1FUJHHDRXNLMW8711 | COMPASS |
| USA | USD | INV-TPLLP-003473 | 1FUJHHDVXLLKL8659 | COMPASS |
| USA | USD | INV-TPLLP-003065 | 1FUJHPDV3KLKG7764 | COMPASS |
| USA | USD | 6604 | 1FUJHTDV5KLKG7631 | COMPASS |
| Canada | CAD | HBW6942 | 1FVACXDT4EHFP5615 | COMPASS |
| Canada | CAD | LGC9840 | 1FVACXDU1FHGE5352 | COMPASS |
| USA | USD | E158103 | 1GR1A0629LE158103 | COMPASS |
| USA | USD | INV-TPLLP-003115 | 1GR1P0624PJ444498 | COMPASS |
| USA | USD | L328680 | 1GR1P0629PJ444495 | COMPASS |
| USA | USD | M307793 | 1GRAA0620FB700274 | COMPASS |
| USA | USD | N6000844 | 1GRAA0620GW701631 | COMPASS |
| USA | USD | NG000219 | 1GRAA0620JW129791 | COMPASS |
| USA | USD | INV-TPLLP-003596 | 1GRAA0620KW145541 | COMPASS |
| USA | USD | INV-TPLLP-002265 | 1GRAA0621JW128021 | COMPASS |
| USA | USD | INV-TPLLP-003517 | 1GRAA0621KW140865 | COMPASS |
| USA | USD | W100423 | 1GRAA0622JW100423 | COMPASS |
| USA | USD | MR192024 | 1GRAA0622JW129789 | COMPASS |
| USA | USD | GW701634 | 1GRAA0622JW129792 | COMPASS |
| USA | USD | KE144347 | 1GRAA0622KE144347 | COMPASS |
| USA | USD | JT100215 | 1GRAA0624JT100215 | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | M031734 | 1GRAA0624KW100800 | | COMPASS |
| USA | USD | GW701634 | 1GRAA0624KW124997 | | COMPASS |
| USA | USD | INV-TPLLP-002805 | 1GRAA0625EW703341 | | COMPASS |
| USA | USD | M031734 | 1GRAA0625HW110440 | | COMPASS |
| USA | USD | GW701634 | 1GRAA0626GW701634 | | COMPASS |
| Canada | CAD | W701383 | 1GRAA0627GW701383 | | COMPASS |
| USA | USD | M307793 | 1GRAA0627GW704834 | | COMPASS |
| Canada | CAD | W701383 | 1GRAA0628GW701389 | | COMPASS |
| USA | USD | W701630 | 1GRAA0628GW703448 | | COMPASS |
| USA | USD | INV-TPLLP-002896 | 1GRAA0628JW129800 | | COMPASS |
| USA | USD | INV-TPLLP-003510 | 1GRAA0628KW140880 | | COMPASS |
| USA | USD | GW701634 | 1GRAA0629FW700816 | | COMPASS |
| USA | USD | W701630 | 1GRAA0629GW701630 | | COMPASS |
| USA | USD | INV-TPLLP-003437 | 1GRAA0629KW145540 | | COMPASS |
| USA | USD | M307793 | 1GRAA062XGE701528 | | COMPASS |
| USA | USD | M031734 | 1GRAA062XJW129796 | | COMPASS |
| USA | USD | L008988 | 1GRAA062XKW131730 | | COMPASS |
| USA | USD | INV-TPLLP-003511 | 1GRAA062XKW140881 | | COMPASS |
| USA | USD | HU800702 | 1GRAP0620HT614183 | | COMPASS |
| USA | USD | HU800702 | 1GRAP0621HT614113 | | COMPASS |
| USA | USD | HU800702 | 1GRAP0622HT614184 | | COMPASS |
| USA | USD | HU800702 | 1GRAP0623HT614114 | | COMPASS |
| USA | USD | HU800702 | 1GRAP0626HT614169 | | COMPASS |
| USA | USD | HU800702 | 1GRAP0627HT614164 | | COMPASS |
| USA | USD | HU800702 | 1GRAP0628HT614156 | | COMPASS |
| USA | USD | HU800702 | 1GRAP0628HT614173 | | COMPASS |
| USA | USD | HU800702 | 1GRAP0629HT614182 | | COMPASS |
| USA | USD | INV-TPLLP-002151 | 1HTMMMML0HH576558 | | COMPASS |
| USA | USD | GL976013 | 1JJV532B0GL976013 | | COMPASS |
| USA | USD | N6000844 | 1JJV532B0KL156152 | | COMPASS |
| USA | USD | INV-TPLLP- 002577 | 1JJV532B0LL174636 | | COMPASS |
| USA | USD | G000430 | 1JJV532B0LL218764 | | COMPASS |
| USA | USD | GW701634 | 1JJV532B1KL156158 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | GW701634 | 1JJV532B1MM262879 | | COMPASS |
| USA | USD | INV-TPLLP-002836 | 1JJV532B1MM262882 | | COMPASS |
| USA | USD | W701630 | 1JJV532B2GL890928 | | COMPASS |
| USA | USD | INV-TPLLP-003098 | 1JJV532B4LL174672 | | COMPASS |
| USA | USD | W701630 | 1JJV532B5KL156146 | | COMPASS |
| Canada | USD | L156148 | 1JJV532B6KL119901 | | COMPASS |
| USA | USD | INV-TPLLP-002700 | 1JJV532B8JL048876 | | COMPASS |
| USA | USD | NG000219 | 1JJV532B8JL063278 | | COMPASS |
| USA | USD | INV-TPLLP-003053 | 1JJV532B8JL063281 | | COMPASS |
| USA | USD | 1JJV532B8LL174920 | 1JJV532B8LL174920 | | COMPASS |
| USA | USD | INV-TPLLP-002837 | 1JJV532B8MM262880 | | COMPASS |
| USA | USD | W100423 | 1JJV532B9GL890912 | | COMPASS |
| USA | USD | INV-TPLLP-003186 | 1JJV532BXJL063282 | | COMPASS |
| USA | USD | MR192045 | 1JJV532BXMM262881 | | COMPASS |
| USA | USD | G000430 | 1JJV532D0NL357474 | | COMPASS |
| USA | USD | INV-TPLLP-003586 | 1JJV532D1PL326303 | | COMPASS |
| USA | USD | 6711714 | 1JJV532D1PL413795 | | COMPASS |
| USA | USD | L316994 | 1JJV532D2NL316991 | | COMPASS |
| USA | USD | INV-TPLLP-002886 | 1JJV532D2NL388452 | | COMPASS |
| USA | USD | INV-TPLLP-003143 | 1JJV532D3DL743434 | | COMPASS |
| USA | USD | NL316997 | 1JJV532D3NL316997 | | COMPASS |
| USA | USD | L233235 | 1JJV532D3NL352415 | | COMPASS |
| USA | USD | INV-TPLLP-002272 | 1JJV532D5KL097858 | | COMPASS |
| USA | USD | L316994 | 1JJV532D5NL316998 | | COMPASS |
| USA | USD | INV-TPLLP-003059 | 1JJV532D5NL371869 | | COMPASS |
| USA | USD | INV-TPLLP-003637 | 1JJV532D6ML248161 | | COMPASS |
| USA | USD | INV-TPLLP-002511 | 1JJV532D6PL413792 | | COMPASS |
| USA | USD | NL318679 | 1JJV532D7NL316999 | | COMPASS |
| USA | USD | L413793 | 1JJV532D7PL413798 | | COMPASS |
| USA | USD | W701630 | 1JJV532D8FL851180 | | COMPASS |
| USA | USD | ML248158 | 1JJV532D8PL326315 | | COMPASS |
| USA | USD | GW701634 | 1JJV532D8PL413809 | | COMPASS |
| USA | USD | INV-TPLLP-001958 | 1JJV532D9NL357196 | | COMPASS |

| USA | USD | INV-TPLLP-002885 | 1JJV532D9NL357201 | COMPASS |
|-----|-----|------------------|-------------------|---------|
| USA | USD | N6000844 | 1JJV532D9NL357375 | COMPASS |
| USA | USD | L233235 | 1JJV532D9PL326288 | COMPASS |
| USA | USD | L316994 | 1JJV532DXNL316995 | COMPASS |
| USA | USD | NL318679 | 1JJV532DXNL318679 | COMPASS |
| USA | USD | NG000219 | 1JJV532DXNL357191 | COMPASS |
| USA | USD | J964783 | 1M1AN4GY9PM033963 | COMPASS |
| USA | USD | MR192024 | 1RNF53A22PR061382 | COMPASS |
| USA | USD | 11022-1 | 1UYVS2530FU186303 | COMPASS |
| Canada | USD | W100794 | 1UYVS2530FU186463 | COMPASS |
| USA | USD | FU186530 | 1UYVS2530FU186530 | COMPASS |
| USA | USD | 8826 | 1UYVS2530FU192554 | COMPASS |
| USA | USD | 8816 | 1UYVS2530FU227206 | COMPASS |
| Canada | USD | G579038 | 1UYVS2530GG579038 | COMPASS |
| USA | USD | M031734 | 1UYVS2530GM410557 | COMPASS |
| USA | USD | 10823 | 1UYVS2530H2156409 | COMPASS |
| USA | USD | 14 0922 | 1UYVS2530H2156474 | COMPASS |
| USA | USD | 20822 | 1UYVS2530H2891939 | COMPASS |
| USA | USD | 10823 | 1UYVS2530HU877138 | COMPASS |
| USA | USD | 120922 | 1UYVS2530HU877172 | COMPASS |
| USA | USD | 10823 | 1UYVS2530HU891217 | COMPASS |
| USA | USD | 120922 | 1UYVS2530HU891413 | COMPASS |
| USA | USD | 80823 | 1UYVS2530HU891508 | COMPASS |
| USA | USD | 80823 | 1UYVS2530HU891542 | COMPASS |
| USA | USD | 80823 | 1UYVS2530HU891623 | COMPASS |
| USA | USD | M031734 | 1UYVS2530N7661137 | COMPASS |
| USA | USD | INV-TPLLP-002131 | 1UYVS2531EM774421 | COMPASS |
| USA | USD | INV-TPLLP-003461 | 1UYVS2531FU186410 | COMPASS |
| USA | USD | 8816 | 1UYVS2531FU192515 | COMPASS |
| USA | USD | 9142 | 1UYVS2531FU192580 | COMPASS |
| USA | USD | U189216 | 1UYVS2531GM410762 | COMPASS |
| USA | USD | U189216 | 1UYVS2531GM411121 | COMPASS |
| USA | USD | INV-TPLLP-003402 | 1UYVS2531GM411412 | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | 80823 | 1UYVS2531H2891920 | | COMPASS |
| USA | USD | 20822 | 1UYVS2531H2891934 | | COMPASS |
| USA | USD | 21122 | 1UYVS2531HU877164 | | COMPASS |
| USA | USD | 10823 | 1UYVS2531HU877178 | | COMPASS |
| USA | USD | 10823 | 1UYVS2531HU891016 | | COMPASS |
| USA | USD | 50922 | 1UYVS2531HU891114 | | COMPASS |
| USA | USD | 80823 | 1UYVS2531HU891212 | | COMPASS |
| USA | USD | 21122 | 1UYVS2531HU891274 | | COMPASS |
| USA | USD | 14 0922 | 1UYVS2531HU891307 | | COMPASS |
| USA | USD | 21122 | 1UYVS2531HU891310 | | COMPASS |
| USA | USD | 80823 | 1UYVS2531HU891355 | | COMPASS |
| USA | USD | P-55374 | 1UYVS2531HU891372 | | COMPASS |
| USA | USD | P-55374 | 1UYVS2531HU891520 | | COMPASS |
| USA | USD | 10823 | 1UYVS2531HU891632 | | COMPASS |
| USA | USD | 50922 | 1UYVS2531HU891663 | | COMPASS |
| USA | USD | INV-TPLLP-002475 | 1UYVS2531L2579136 | | COMPASS |
| USA | USD | G000430 | 1UYVS2531P6711701 | | COMPASS |
| USA | USD | 6711714 | 1UYVS2531P6711715 | | COMPASS |
| USA | USD | 8816 | 1UYVS2532FU192572 | | COMPASS |
| USA | USD | 9142 | 1UYVS2532FU227207 | | COMPASS |
| USA | USD | U189216 | 1UYVS2532GG579039 | | COMPASS |
| USA | USD | INV-TPLLP-002284 | 1UYVS2532GM411192 | | COMPASS |
| USA | USD | 21122 | 1UYVS2532GU188622 | | COMPASS |
| USA | USD | 80823 | 1UYVS2532H2156461 | | COMPASS |
| USA | USD | 80823 | 1UYVS2532H2891943 | | COMPASS |
| USA | USD | 80823 | 1UYVS2532H2995008 | | COMPASS |
| USA | USD | 21122 | 1UYVS2532HU891168 | | COMPASS |
| USA | USD | 21122 | 1UYVS2532HU891249 | | COMPASS |
| USA | USD | 20822 | 1UYVS2532HU891266 | | COMPASS |
| USA | USD | 10823 | 1UYVS2532HU891283 | | COMPASS |
| USA | USD | 11022-1 | 1UYVS2532HU891364 | | COMPASS |
| USA | USD | 11397 | 1UYVS2532K2752435 | | COMPASS |
| Canada | CAD | L6840826 | 1UYVS2532M3427491 | | COMPASS |

| | | | | |
|---|---|---|---|---|
| USA | USD | G000430 | 1UYVS2533GM410844 | COMPASS |
| USA | USD | P-55374 | 1UYVS2533GU188516 | COMPASS |
| USA | USD | 120922 | 1UYVS2533GU189102 | COMPASS |
| USA | USD | M307793 | 1UYVS2533GU412433 | COMPASS |
| USA | USD | 50922 | 1UYVS2533H2995003 | COMPASS |
| USA | USD | HU800702 | 1UYVS2533HU800702 | COMPASS |
| USA | USD | 10823 | 1UYVS2533HU877103 | COMPASS |
| USA | USD | 120922 | 1UYVS2533HU877165 | COMPASS |
| USA | USD | 21122 | 1UYVS2533HU891017 | COMPASS |
| USA | USD | 10823 | 1UYVS2533HU891227 | COMPASS |
| USA | USD | 10823 | 1UYVS2533HU891308 | COMPASS |
| USA | USD | 11022-1 | 1UYVS2533HU891373 | COMPASS |
| USA | USD | P-55374 | 1UYVS2533HU891504 | COMPASS |
| USA | USD | 80823 | 1UYVS2533HU891535 | COMPASS |
| USA | USD | 120922 | 1UYVS2533HU891664 | COMPASS |
| USA | USD | G000430 | 1UYVS2533P6711716 | COMPASS |
| USA | USD | M307793 | 1UYVS2534EG007130 | COMPASS |
| USA | USD | GW701634 | 1UYVS2534FU185638 | COMPASS |
| USA | USD | U185963 | 1UYVS2534FU185963 | COMPASS |
| USA | USD | U186319 | 1UYVS2534FU186319 | COMPASS |
| USA | USD | M010436 | 1UYVS2534FU186448 | COMPASS |
| USA | USD | 186124LM-C | 1UYVS2534GU188427 | COMPASS |
| USA | USD | P-55374 | 1UYVS2534GU188511 | COMPASS |
| USA | USD | INV-TPLLP-001934 | 1UYVS2534GU412165 | COMPASS |
| USA | USD | 80823 | 1UYVS2534H2891913 | COMPASS |
| USA | USD | P-55374 | 1UYVS2534H2995026 | COMPASS |
| USA | USD | P-55374 | 1UYVS2534HU877109 | COMPASS |
| USA | USD | 80823 | 1UYVS2534HU891012 | COMPASS |
| USA | USD | W701630 | 1UYVS2534HU891074 | COMPASS |
| USA | USD | 21122 | 1UYVS2534HU891107 | COMPASS |
| USA | USD | 21122 | 1UYVS2534HU891141 | COMPASS |
| USA | USD | 10922 | 1UYVS2534HU891205 | COMPASS |
| USA | USD | 10922 | 1UYVS2534HU891236 | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | L008988 | 1UYVS2534HU891253 | | COMPASS |
| USA | USD | P-55374 | 1UYVS2534HU891401 | | COMPASS |
| USA | USD | 80823 | 1UYVS2534HU891415 | | COMPASS |
| USA | USD | INV-TPLLP-003646 | 1UYVS2534J2479514 | | COMPASS |
| Canada | CAD | RM037008 | 1UYVS2534P6964415 | | COMPASS |
| USA | USD | INV-TPLLP-003203 | 1UYVS2534P7711234 | | COMPASS |
| USA | USD | P-55374 | 1UYVS2535GU188453 | | COMPASS |
| USA | USD | P-55374 | 1UYVS2535GU188548 | | COMPASS |
| USA | USD | 20822 | 1UYVS2535H2156471 | | COMPASS |
| USA | USD | 10922 | 1UYVS2535HU877152 | | COMPASS |
| USA | USD | 80823 | 1UYVS2535HU891018 | | COMPASS |
| USA | USD | 21122 | 1UYVS2535HU891035 | | COMPASS |
| USA | USD | 80823 | 1UYVS2535HU891049 | | COMPASS |
| Canada | CAD | L6840826 | 1UYVS2535HU891052 | | COMPASS |
| USA | USD | 10823 | 1UYVS2535HU891116 | | COMPASS |
| USA | USD | 50922 | 1UYVS2535HU891178 | | COMPASS |
| USA | USD | 14 0922 | 1UYVS2535HU891214 | | COMPASS |
| USA | USD | 50922 | 1UYVS2535HU891360 | | COMPASS |
| USA | USD | 80823 | 1UYVS2535HU891505 | | COMPASS |
| USA | USD | 50922 | 1UYVS2535HU891553 | | COMPASS |
| USA | USD | 6711714 | 1UYVS2535J2198399 | | COMPASS |
| USA | USD | INV-TPLLP-003114 | 1UYVS2535J2479506 | | COMPASS |
| USA | USD | T201052 | 1UYVS2535J2479618 | | COMPASS |
| USA | USD | T201052 | 1UYVS2535K3506506 | | COMPASS |
| Canada | CAD | L6840826 | 1UYVS2535L6840826 | | COMPASS |
| USA | USD | INV-TPLLP-003050 | 1UYVS2535M2208031 | | COMPASS |
| USA | USD | U800923 | 1UYVS2535M6416516 | | COMPASS |
| USA | USD | NG000219 | 1UYVS2535P6711717 | | COMPASS |
| USA | USD | 6711714 | 1UYVS2535P6711720 | | COMPASS |
| USA | USD | INV-TPLLP-003564 | 1UYVS2536EG893032 | | COMPASS |
| USA | USD | M307793 | 1UYVS2536EM774205 | | COMPASS |
| USA | USD | M307793 | 1UYVS2536EU961847 | | COMPASS |
| USA | USD | M307793 | 1UYVS2536FU185933 | | COMPASS |

| USA | USD | 9142 | 1UYVS2536FU192638 | COMPASS |
|-----|-----|------|-------------------|---------|
| USA | USD | W100423 | 1UYVS2536GU188462 | COMPASS |
| USA | USD | INV-TPLLP-003117 | 1UYVS2536HU873594 | COMPASS |
| USA | USD | 10823 | 1UYVS2536HU877113 | COMPASS |
| USA | USD | 120922 | 1UYVS2536HU877161 | COMPASS |
| USA | USD | 10823 | 1UYVS2536HU891142 | COMPASS |
| USA | USD | 21122 | 1UYVS2536HU891206 | COMPASS |
| USA | USD | 11022-1 | 1UYVS2536HU891268 | COMPASS |
| USA | USD | 21122 | 1UYVS2536HU891318 | COMPASS |
| USA | USD | 11022-1 | 1UYVS2536HU891447 | COMPASS |
| USA | USD | 11022-1 | 1UYVS2536HU891514 | COMPASS |
| USA | USD | 80823 | 1UYVS2536HU891531 | COMPASS |
| USA | USD | 120922 | 1UYVS2536HU891576 | COMPASS |
| USA | USD | 2594410 | 1UYVS2536K2594410 | COMPASS |
| USA | USD | KE144347 | 1UYVS2536M2352218 | COMPASS |
| USA | USD | INV-TPLLP-003655 | 1UYVS2536N7711135 | COMPASS |
| USA | USD | INV-TPLLP-002703 | 1UYVS2537EM774083 | COMPASS |
| USA | USD | M307793 | 1UYVS2537EU830104 | COMPASS |
| USA | USD | 186124LM-C | 1UYVS2537FU186301 | COMPASS |
| USA | USD | 8816 | 1UYVS2537FU192406 | COMPASS |
| USA | USD | U189216 | 1UYVS2537GU189216 | COMPASS |
| USA | USD | 21122 | 1UYVS2537H2156455 | COMPASS |
| USA | USD | 80823 | 1UYVS2537H2156469 | COMPASS |
| USA | USD | 80823 | 1UYVS2537H2156472 | COMPASS |
| USA | USD | INV-TPLLP-001997 | 1UYVS2537H2995005 | COMPASS |
| USA | USD | 11022-1 | 1UYVS2537H2995022 | COMPASS |
| USA | USD | 21122 | 1UYVS2537HU877105 | COMPASS |
| USA | USD | 14 0922 | 1UYVS2537HU891036 | COMPASS |
| USA | USD | 80823 | 1UYVS2537HU891070 | COMPASS |
| USA | USD | 80823 | 1UYVS2537HU891263 | COMPASS |
| USA | USD | 20822 | 1UYVS2537HU891280 | COMPASS |
| USA | USD | 80823 | 1UYVS2537HU891358 | COMPASS |
| USA | USD | P-55374 | 1UYVS2537HU891456 | COMPASS |

| | | | | |
|---|---|---|---|---|
| USA | USD | 21122 | 1UYVS2537HU891523 | COMPASS |
| USA | USD | 10922 | 1UYVS2537HU891571 | COMPASS |
| USA | USD | 80823 | 1UYVS2537HU891649 | COMPASS |
| USA | USD | 21122 | 1UYVS2537HU892011 | COMPASS |
| USA | USD | W100423 | 1UYVS2537M6416520 | COMPASS |
| USA | USD | L008988 | 1UYVS2537N3476817 | COMPASS |
| USA | USD | U800923 | 1UYVS2537P6711721 | COMPASS |
| USA | USD | 186124LM-C | 1UYVS2538GU189256 | COMPASS |
| USA | USD | L008988 | 1UYVS2538GU189306 | COMPASS |
| USA | USD | 80823 | 1UYVS2538H2156402 | COMPASS |
| USA | USD | 20822 | 1UYVS2538H2995031 | COMPASS |
| USA | USD | 14 0922 | 1UYVS2538HU891238 | COMPASS |
| USA | USD | P-55374 | 1UYVS2538HU891286 | COMPASS |
| USA | USD | 11022-1 | 1UYVS2538HU891367 | COMPASS |
| USA | USD | 80823 | 1UYVS2538HU891434 | COMPASS |
| USA | USD | 80823 | 1UYVS2538HU891577 | COMPASS |
| USA | USD | P-55374 | 1UYVS2538HU891627 | COMPASS |
| USA | USD | 120922 | 1UYVS2538HU891675 | COMPASS |
| USA | USD | INV-TPLLP-002449 | 1UYVS2538HU892020 | COMPASS |
| USA | USD | 11397 | 1UYVS2538K2752455 | COMPASS |
| USA | USD | INV-TPLLP-002090 | 1UYVS2538K2788307 | COMPASS |
| USA | USD | INV-TPLLP-003086 | 1UYVS2538K6655104 | COMPASS |
| USA | USD | INV-TPLLP-002904 | 1UYVS2538N7509414 | COMPASS |
| USA | USD | INV-TPLLP-002562 | 1UYVS2539EM774229 | COMPASS |
| USA | USD | INV-TPLLP-002804 | 1UYVS2539FM196229 | COMPASS |
| USA | USD | 120822 | 1UYVS2539FU186557 | COMPASS |
| USA | USD | 8816 | 1UYVS2539FU192505 | COMPASS |
| USA | USD | 8816 | 1UYVS2539FU227219 | COMPASS |
| USA | USD | 8826 | 1UYVS2539FU393904 | COMPASS |
| USA | USD | GW701634 | 1UYVS2539GG579040 | COMPASS |
| USA | USD | M307793 | 1UYVS2539GU675610 | COMPASS |
| USA | USD | 10922 | 1UYVS2539H2891910 | COMPASS |
| USA | USD | 11022-1 | 1UYVS2539H2995037 | COMPASS |

| USA | USD | 11022-1 | 1UYVS2539H2995040 | COMPASS |
|-----|-----|---------|-------------------|---------|
| USA | USD | LN230973 | 1UYVS2539HU800705 | COMPASS |
| USA | USD | 11022-1 | 1UYVS2539HU891328 | COMPASS |
| USA | USD | 10823 | 1UYVS2539HU891359 | COMPASS |
| USA | USD | P-55374 | 1UYVS2539HU891636 | COMPASS |
| USA | USD | INV-TPLLP-002825 | 1UYVS2539K2594210 | COMPASS |
| USA | USD | 6369619 | 1UYVS2539M6369619 | COMPASS |
| USA | USD | FU280750 | 1UYVS2539M6416504 | COMPASS |
| USA | USD | 3754214 | 1UYVS2539N3754214 | COMPASS |
| USA | USD | INV-TPLLP-002564 | 1UYVS2539N7509406 | COMPASS |
| USA | USD | 14 0922 | 1UYVS253XFU186521 | COMPASS |
| USA | USD | 9142 | 1UYVS253XFU192416 | COMPASS |
| USA | USD | U189216 | 1UYVS253XGU189159 | COMPASS |
| USA | USD | 50922 | 1UYVS253XH2995029 | COMPASS |
| USA | USD | P-55374 | 1UYVS253XHU877101 | COMPASS |
| USA | USD | 120922 | 1UYVS253XHU877132 | COMPASS |
| USA | USD | 120922 | 1UYVS253XHU877177 | COMPASS |
| USA | USD | P-55374 | 1UYVS253XHU891001 | COMPASS |
| USA | USD | 80823 | 1UYVS253XHU891371 | COMPASS |
| USA | USD | 80823 | 1UYVS253XHU891418 | COMPASS |
| USA | USD | 21122 | 1UYVS253XHU891466 | COMPASS |
| USA | USD | 120822 | 1UYVS253XHU891662 | COMPASS |
| USA | USD | 80823 | 1UYVS253XHU892004 | COMPASS |
| USA | USD | INV-TPLLP-003575 | 1UYVS253XJ2479615 | COMPASS |
| USA | USD | INV-TPLLP-003367 | 1UYVS253XL2143322 | COMPASS |
| USA | USD | 6711714 | 1UYVS253XP6711714 | COMPASS |
| USA | USD | J249079 | 1XKWD40X6HJ162552 | COMPASS |
| USA | USD | SJJ0649 | 1XKYD49X0JJ182443 | COMPASS |
| USA | USD | N073176 | 1XKYD49X0KJ229956 | COMPASS |
| USA | USD | 9092 | 1XKYD49X0LJ387781 | COMPASS |
| USA | USD | INV-TPLLP-003625 | 1XKYD49X0NJ479136 | COMPASS |
| USA | USD | PN424963 | 1XKYD49X0NJ482568 | COMPASS |
| USA | USD | SLJ9021 | 1XKYD49X0PJ264939 | COMPASS |

| USA | USD | N073176 | 1XKYD49X0RJ326939 | COMPASS |
|-----|-----|---------|-------------------|---------|
| USA | USD | INV-TPLLP-003432 | 1XKYD49X1JJ208807 | COMPASS |
| USA | USD | INV-TPLLP-002630 | 1XKYD49X1JJ222304 | COMPASS |
| USA | USD | 11022-2 | 1XKYD49X1KJ240271 | COMPASS |
| USA | USD | 9092 | 1XKYD49X1KJ253490 | COMPASS |
| USA | USD | 9144 | 1XKYD49X1LJ384677 | COMPASS |
| USA | USD | 9163 | 1XKYD49X1LJ392553 | COMPASS |
| USA | USD | GJ983709 | 1XKYD49X1MJ453062 | COMPASS |
| USA | USD | INV-TPLLP-002101 | 1XKYD49X1NJ101049 | COMPASS |
| USA | USD | INV-TPLLP-002567 | 1XKYD49X1NJ482532 | COMPASS |
| USA | USD | HLJC5667 | 1XKYD49X1NJ489920 | COMPASS |
| USA | USD | INV-TPLLP-003346 | 1XKYD49X1NJ499900 | COMPASS |
| USA | USD | INV-TPLLP-003598 | 1XKYD49X1PJ264965 | COMPASS |
| USA | USD | INV-TPLLP-003521 | 1XKYD49X1RJ326951 | COMPASS |
| USA | USD | N073176 | 1XKYD49X2GJ463992 | COMPASS |
| USA | USD | SJJ0649 | 1XKYD49X2JJ211179 | COMPASS |
| USA | USD | 130223 | 1XKYD49X2KJ242188 | COMPASS |
| USA | USD | 9210 | 1XKYD49X2LJ392612 | COMPASS |
| USA | USD | J307850 | 1XKYD49X2PJ217864 | COMPASS |
| USA | USD | LHC9365 | 1XKYD49X3HJ122571 | COMPASS |
| USA | USD | LN230973 | 1XKYD49X3HJ122716 | COMPASS |
| USA | USD | J159818 | 1XKYD49X3JJ159822 | COMPASS |
| USA | USD | INV-TPLLP-002809 | 1XKYD49X3KJ221124 | COMPASS |
| USA | USD | INV-TPLLP-003529 | 1XKYD49X3KJ225593 | COMPASS |
| USA | USD | 9092 | 1XKYD49X3KJ253488 | COMPASS |
| USA | USD | 9163 | 1XKYD49X3LJ387726 | COMPASS |
| USA | USD | INV-TPLLP-002432 | 1XKYD49X3MJ461860 | COMPASS |
| USA | USD | J151096 | 1XKYD49X3NJ101019 | COMPASS |
| USA | USD | INV-TPLLP-003207 | 1XKYD49X3NJ482533 | COMPASS |
| USA | USD | NJ499901 | 1XKYD49X3NJ482564 | COMPASS |
| USA | USD | INV-TPLLP-003073 | 1XKYD49X3NJ482662 | COMPASS |
| USA | USD | INV-TPLLP-002587 | 1XKYD49X3NJ482693 | COMPASS |
| USA | USD | NJ499901 | 1XKYD49X3NJ499901 | COMPASS |

| USA | USD | N425742 | 1XKYD49X3NJ499915 | COMPASS |
|-----|-----|---------|-------------------|---------|
| USA | USD | PN580707 | 1XKYD49X3RJ326580 | COMPASS |
| USA | USD | SJJ0649 | 1XKYD49X4JJ182509 | COMPASS |
| USA | USD | 12932 | 1XKYD49X4KJ225537 | COMPASS |
| USA | USD | J237295 | 1XKYD49X4KJ240104 | COMPASS |
| USA | USD | 8873 | 1XKYD49X4KJ253483 | COMPASS |
| USA | USD | 16541 | 1XKYD49X4KJ256402 | COMPASS |
| USA | USD | 9177 | 1XKYD49X4LJ387749 | COMPASS |
| USA | USD | SKU7978 | 1XKYD49X4NJ467006 | COMPASS |
| USA | USD | NJ499819 | 1XKYD49X4NJ489877 | COMPASS |
| USA | USD | J151096 | 1XKYD49X4PJ264927 | COMPASS |
| USA | USD | INV-TPLLP-003577 | 1XKYD49X4PJ264961 | COMPASS |
| USA | USD | INV-TPLLP-002811 | 1XKYD49X5JJ193311 | COMPASS |
| USA | USD | 12367 | 1XKYD49X5KJ225496 | COMPASS |
| USA | USD | INV-TPLLP-003159 | 1XKYD49X5KJ236918 | COMPASS |
| USA | USD | KSKG4343 | 1XKYD49X5KJ242315 | COMPASS |
| USA | USD | INV-TPLLP-003526 | 1XKYD49X5LJ220770 | COMPASS |
| USA | USD | GJ983709 | 1XKYD49X5LJ301655 | COMPASS |
| USA | USD | INV-TPLLP-003436 | 1XKYD49X5LJ399974 | COMPASS |
| USA | USD | GJ983709 | 1XKYD49X5NJ467029 | COMPASS |
| USA | USD | INV-TPLLP-003385 | 1XKYD49X5NJ489919 | COMPASS |
| USA | USD | SJS3673 | 1XKYD49X5NJ499897 | COMPASS |
| USA | USD | RN599228 | 1XKYD49X5PJ264919 | COMPASS |
| USA | USD | KSKG4343 | 1XKYD49X5PJ264967 | COMPASS |
| USA | USD | INV-TPLLP-003417 | 1XKYD49X6JJ190031 | COMPASS |
| USA | USD | INV-TPLLP-003325 | 1XKYD49X6JJ196413 | COMPASS |
| USA | USD | INV-TPLLP-003518 | 1XKYD49X6JJ202310 | COMPASS |
| USA | USD | J170866 | 1XKYD49X6JJ213260 | COMPASS |
| USA | USD | J237295 | 1XKYD49X6KJ236667 | COMPASS |
| USA | USD | V07300000001384 | 1XKYD49X6KJ236880 | COMPASS |
| USA | USD | INV-TPLLP-003619 | 1XKYD49X6KJ240301 | COMPASS |
| USA | USD | 9163 | 1XKYD49X6LJ387753 | COMPASS |
| USA | USD | 9186 | 1XKYD49X6LJ392550 | COMPASS |

| USA | USD | J151096 | 1XKYD49X6LJ399899 | COMPASS |
|-----|-----|---------|-------------------|---------|
| USA | USD | LN230973 | 1XKYD49X6MJ443160 | COMPASS |
| USA | USD | INV-TPLLP-002712 | 1XKYD49X6MJ461870 | COMPASS |
| USA | USD | J307850 | 1XKYD49X6MJ466146 | COMPASS |
| USA | USD | NJ499819 | 1XKYD49X6NJ100978 | COMPASS |
| USA | USD | GJ983709 | 1XKYD49X6NJ100981 | COMPASS |
| USA | USD | INV-TPLLP-003047 | 1XKYD49X6NJ467024 | COMPASS |
| USA | USD | INV-TPLLP-003433 | 1XKYD49X7KJ230117 | COMPASS |
| USA | USD | 8937 | 1XKYD49X7KJ253493 | COMPASS |
| USA | USD | 8937 | 1XKYD49X7KJ278720 | COMPASS |
| USA | USD | J237295 | 1XKYD49X7MJ447136 | COMPASS |
| USA | USD | INV-TPLLP-003369 | 1XKYD49X7NJ100973 | COMPASS |
| USA | USD | NJ499901 | 1XKYD49X7NJ482552 | COMPASS |
| USA | USD | NJ499819 | 1XKYD49X7NJ499819 | COMPASS |
| USA | USD | LHC9365 | 1XKYD49X8HJ122582 | COMPASS |
| USA | USD | DJD8758 | 1XKYD49X8HJ132593 | COMPASS |
| USA | USD | INV-TPLLP-001950 | 1XKYD49X8JJ190242 | COMPASS |
| USA | USD | J197689 | 1XKYD49X8JJ197689 | COMPASS |
| USA | USD | PN580707 | 1XKYD49X8KJ229929 | COMPASS |
| USA | USD | 130223 | 1XKYD49X8KJ242339 | COMPASS |
| USA | USD | NSMZ6238 | 1XKYD49X8KJ284333 | COMPASS |
| USA | USD | 9160 | 1XKYD49X8LJ387737 | COMPASS |
| USA | USD | J964783 | 1XKYD49X8LJ964783 | COMPASS |
| USA | USD | LN230973 | 1XKYD49X8MJ466147 | COMPASS |
| USA | USD | NJ499901 | 1XKYD49X8NJ467025 | COMPASS |
| USA | USD | INV-TPLLP-002907 | 1XKYD49X8NJ482561 | COMPASS |
| USA | USD | LMW5538 | 1XKYD49X8NJ499800 | COMPASS |
| USA | USD | LMW5538 | 1XKYD49X8PJ246544 | COMPASS |
| USA | USD | INV-TPLLP-002438 | 1XKYD49X9HJ132473 | COMPASS |
| USA | USD | 100822 | 1XKYD49X9JJ182473 | COMPASS |
| USA | USD | 9132 | 1XKYD49X9JJ190315 | COMPASS |
| USA | USD | J237295 | 1XKYD49X9KJ229986 | COMPASS |
| USA | USD | SJJ0649 | 1XKYD49X9KJ285782 | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | INV-TPLLP-002390 | 1XKYD49X9MJ460051 | | COMPASS |
| USA | USD | INV-TPLLP-003157 | 1XKYD49X9NJ123610 | | COMPASS |
| USA | USD | J151096 | 1XKYD49X9NJ466983 | | COMPASS |
| USA | USD | LN230973 | 1XKYD49X9NJ482570 | | COMPASS |
| USA | USD | N425742 | 1XKYD49X9NJ499918 | | COMPASS |
| USA | USD | INV-TPLLP-003024 | 1XKYD49XXHJ132644 | | COMPASS |
| USA | USD | INV-TPLLP-002730 | 1XKYD49XXJJ195815 | | COMPASS |
| USA | USD | J225559 | 1XKYD49XXKJ225560 | | COMPASS |
| USA | USD | SJJ0649 | 1XKYD49XXKJ242195 | | COMPASS |
| USA | USD | J151096 | 1XKYD49XXKJ242388 | | COMPASS |
| USA | USD | J151096 | 1XKYD49XXKJ242391 | | COMPASS |
| USA | USD | NJ499901 | 1XKYD49XXLJ964784 | | COMPASS |
| USA | USD | INV-TPLLP-002258 | 1XKYD49XXNJ101034 | | COMPASS |
| USA | USD | J964783 | 1XKYD49XXNJ494839 | | COMPASS |
| USA | USD | SLK0344 | 1XKYDP9X0JJ182511 | | COMPASS |
| USA | USD | SMZ3670 | 1XKYDP9X0JJ189510 | | COMPASS |
| USA | USD | SKU7978 | 1XKYDP9X0LJ360775 | | COMPASS |
| USA | USD | INV-TPLLP-002164 | 1XKYDP9X0PJ233868 | | COMPASS |
| USA | USD | PN580707 | 1XKYDP9X0PJ233871 | | COMPASS |
| USA | USD | 928 | 1XKYDP9X1KJ251689 | | COMPASS |
| USA | USD | NJ499819 | 1XKYDP9X1LJ307857 | | COMPASS |
| USA | USD | INV-TPLLP-003460 | 1XKYDP9X2PJ239669 | | COMPASS |
| USA | USD | INV-TPLLP-003116 | 1XKYDP9X2PJ239686 | | COMPASS |
| USA | USD | J964783 | 1XKYDP9X3LJ360785 | | COMPASS |
| USA | USD | INV-TPLLP-002286 | 1XKYDP9X3PJ218085 | | COMPASS |
| USA | USD | HLJC5667 | 1XKYDP9X3PJ233864 | | COMPASS |
| USA | USD | GJ983709 | 1XKYDP9X4GJ983709 | | COMPASS |
| USA | USD | SHT2269 | 1XKYDP9X4JJ182513 | | COMPASS |
| USA | USD | J197689 | 1XKYDP9X4KJ233011 | | COMPASS |
| USA | USD | INV-TPLLP-002404 | 1XKYDP9X4PJ218094 | | COMPASS |
| USA | USD | INV-TPLLP-003006 | 1XKYDP9X4PJ233873 | | COMPASS |
| USA | USD | NJ499819 | 1XKYDP9X5HJ989052 | | COMPASS |
| USA | USD | J307850 | 1XKYDP9X5JJ205104 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | NJ499819 | 1XKYDP9X5KJ236595 | | COMPASS |
| USA | USD | 11268 | 1XKYDP9X6KJ279309 | | COMPASS |
| USA | USD | PN580707 | 1XKYDP9X6PJ217903 | | COMPASS |
| USA | USD | SFX3923 | 1XKYDP9X7GJ459731 | | COMPASS |
| USA | USD | N073176 | 1XKYDP9X7KJ239112 | | COMPASS |
| USA | USD | PN580707 | 1XKYDP9X7PJ233883 | | COMPASS |
| Canada | USD | 01S4388 | 1XKYDP9X7PJ234922 | | COMPASS |
| USA | USD | PN580707 | 1XKYDP9X8LJ360779 | | COMPASS |
| USA | USD | INV-TPLLP-002142 | 1XKYDP9X8NJ172735 | | COMPASS |
| USA | USD | N073176 | 1XKYDP9X9JJ182538 | | COMPASS |
| USA | USD | J237295 | 1XKYDP9X9KJ237295 | | COMPASS |
| USA | USD | J307850 | 1XKYDP9X9LJ307850 | | COMPASS |
| USA | USD | J170866 | 1XKYDP9XXJJ170866 | | COMPASS |
| USA | USD | J151096 | 1XKYDP9XXKJ233014 | | COMPASS |
| Canada | CAD | LGC9840 | 1XPBD48X9FD247314 | | COMPASS |
| USA | USD | PN580707 | 1XPBD49X0JD495295 | | COMPASS |
| USA | USD | N443559 | 1XPBD49X0PD841449 | | COMPASS |
| USA | USD | SMZ3673 | 1XPBD49X1ND781744 | | COMPASS |
| USA | USD | INV-TPLLP- 002158 | 1XPBD49X1ND781761 | | COMPASS |
| USA | USD | 01S4649 | 1XPBD49X1PD860950 | | COMPASS |
| USA | USD | 01S4649 | 1XPBD49X1PD861032 | | COMPASS |
| USA | USD | J237295 | 1XPBD49X1RD639397 | | COMPASS |
| USA | USD | SKU7978 | 1XPBD49X2LD714728 | | COMPASS |
| USA | USD | D781753 | 1XPBD49X2ND781753 | | COMPASS |
| USA | USD | NJ499819 | 1XPBD49X2PD841422 | | COMPASS |
| USA | USD | 01S4649 | 1XPBD49X2PD861038 | | COMPASS |
| USA | USD | J307850 | 1XPBD49X2RD850527 | | COMPASS |
| USA | USD | INV-TPLLP-002731 | 1XPBD49X3ND781745 | | COMPASS |
| USA | USD | INV-TPLLP-003604 | 1XPBD49X3PD841445 | | COMPASS |
| USA | USD | LMW5538 | 1XPBD49X3PD850453 | | COMPASS |
| USA | USD | 01S4649 | 1XPBD49X3PD860979 | | COMPASS |
| USA | USD | INV-TPLLP-003640 | 1XPBD49X4ND781737 | | COMPASS |
| USA | USD | NJ499819 | 1XPBD49X4ND781771 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | INV-TPLLP-002764 | 1XPBD49X4PD841423 | | COMPASS |
| USA | USD | INV-TPLLP-002416 | 1XPBD49X4PD841437 | | COMPASS |
| USA | USD | J151096 | 1XPBD49X4PD841499 | | COMPASS |
| USA | USD | 01S4649 | 1XPBD49X4PD889214 | | COMPASS |
| USA | USD | INV-TPLLP-003587 | 1XPBD49X5LD674662 | | COMPASS |
| USA | USD | INV-TPLLP-003603 | 1XPBD49X5PD850454 | | COMPASS |
| USA | USD | N073176 | 1XPBD49X5RD639399 | | COMPASS |
| USA | USD | INV-TPLLP-002081 | 1XPBD49X6PD850429 | | COMPASS |
| USA | USD | D600640 | 1XPBD49X6PD850494 | | COMPASS |
| USA | USD | 01S4649 | 1XPBD49X6PD875587 | | COMPASS |
| USA | USD | J307850 | 1XPBD49X7KD610640 | | COMPASS |
| USA | USD | 2 0523 | 1XPBD49X7KD610668 | | COMPASS |
| USA | USD | INV-TPLLP-002702 | 1XPBD49X7ND789797 | | COMPASS |
| USA | USD | INV-TPLLP-002868 | 1XPBD49X7PD841450 | | COMPASS |
| USA | USD | SHZ6760 | 1XPBD49X8ND781742 | | COMPASS |
| USA | USD | NJ499819 | 1XPBD49X8ND781756 | | COMPASS |
| USA | USD | INV-TPLLP-002864 | 1XPBD49X8PD841425 | | COMPASS |
| USA | USD | N073176 | 1XPBD49X8PD850433 | | COMPASS |
| USA | USD | 01S4649 | 1XPBD49X8PD851453 | | COMPASS |
| USA | USD | PN580707 | 1XPBD49X9ND789784 | | COMPASS |
| USA | USD | INV-TPLLP-002906 | 1XPBD49X9PD841448 | | COMPASS |
| USA | USD | INV-TPLLP-003562 | 1XPBD49X9PD850442 | | COMPASS |
| USA | USD | J237295 | 1XPBD49X9PD854359 | | COMPASS |
| USA | USD | LKE3715 | 1XPBD49XXHD415141 | | COMPASS |
| USA | USD | J964783 | 1XPBD49XXND781726 | | COMPASS |
| USA | USD | INV-TPLLP-003560 | 1XPBD49XXPD841460 | | COMPASS |
| USA | USD | INV-TPLLP-003483 | 1XPBD49XXPD854354 | | COMPASS |
| USA | USD | 01S4649 | 1XPBD49XXPD860946 | | COMPASS |
| USA | USD | 01S4649 | 1XPBD49XXPD875592 | | COMPASS |
| USA | USD | NJ499819 | 1XPBD49XXRD850520 | | COMPASS |
| USA | USD | INV-TPLLP-003216 | 1XPBDP9X0KD613039 | | COMPASS |
| USA | USD | INV-TPLLP-003289 | 1XPBDP9X0PD850508 | | COMPASS |
| USA | USD | N425742 | 1XPBDP9X0PD854347 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | INV-TPLLP-002198 | 1XPBDP9X1KD600588 | | COMPASS |
| Canada | CAD | MSMA8180 | 1XPBDP9X1PD852946 | | COMPASS |
| USA | USD | D600640 | 1XPBDP9X3KD600947 | | COMPASS |
| USA | USD | INV-TPLLP-003345 | 1XPBDP9X3PD850485 | | COMPASS |
| USA | USD | N443559 | 1XPBDP9X3PD854343 | | COMPASS |
| USA | USD | DJD8758 | 1XPBDP9X4HD365080 | | COMPASS |
| USA | USD | INV-TPLLP-002705 | 1XPBDP9X4PD854349 | | COMPASS |
| USA | USD | A1134 | 1XPBDP9X5KD600867 | | COMPASS |
| USA | USD | 2223 | 1XPBDP9X5ND781599 | | COMPASS |
| USA | USD | NSNC3426 | 1XPBDP9X6HD388537 | | COMPASS |
| USA | USD | J964783 | 1XPBDP9X6KD600926 | | COMPASS |
| USA | USD | INV-TPLLP-002463 | 1XPBDP9X6PD832403 | | COMPASS |
| USA | USD | J237295 | 1XPBDP9X6PD850514 | | COMPASS |
| USA | USD | A1134 | 1XPBDP9X8KD600877 | | COMPASS |
| USA | USD | A1134 | 1XPBDP9X8KD600930 | | COMPASS |
| USA | USD | 01S3928 | 1XPBDP9X8KD612978 | | COMPASS |
| USA | USD | 2223 | 1XPBDP9X8ND781595 | | COMPASS |
| USA | USD | 2223 | 1XPBDP9X8ND781600 | | COMPASS |
| USA | USD | INV-TPLLP-002835 | 1XPBDP9X9PD854346 | | COMPASS |
| USA | USD | INV-TPLLP-001964 | 1XPXD49X0KD601090 | | COMPASS |
| USA | USD | INV-TPLLP-003242 | 1XPXD49X0ND789548 | | COMPASS |
| USA | USD | J237295 | 1XPXD49X2PD841300 | | COMPASS |
| USA | USD | PN580707 | 1XPXD49X5ND781798 | | COMPASS |
| USA | USD | GJ983709 | 1XPXD49X5ND789545 | | COMPASS |
| USA | USD | INV-TPLLP-003323 | 1XPXD49X6ND781793 | | COMPASS |
| USA | USD | 8474714 | 2M5921614N1208772 | | COMPASS |
| USA | USD | M010436 | 2M5921617N1208779 | | COMPASS |
| USA | USD | SMZ3670 | 3AKGGLD54GSGC5507 | | COMPASS |
| USA | USD | DJD8758 | 3AKGGLDR2HSHY1313 | | COMPASS |
| USA | USD | JSJJ0479 | 3AKJGBDVXJSJH8539 | | COMPASS |
| USA | USD | INV-TPLLP-002965 | 3AKJGEDR3HSHE1237 | | COMPASS |
| Canada | USD | 07961221110038 | 3AKJGEDV3FSGB5793 | | COMPASS |
| Canada | USD | 07961221110038 | 3AKJGEDV5FSGB5794 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| Canada | USD | 07961221110038 | 3AKJGEDV6FDGL1429 | | COMPASS |
| Canada | USD | 07961221110038 | 3AKJGEDV6FSGB7425 | | COMPASS |
| USA | USD | SFX3923 | 3AKJGEDV6FSGF8430 | | COMPASS |
| USA | USD | INV-TPLLP-003158 | 3AKJGEDV9HSHT9347 | | COMPASS |
| Canada | CAD | SGJ2348 | 3AKJGLD13FSGJ2348 | | COMPASS |
| USA | USD | INV-TPLLP-003671 | 3AKJGLD50GSGN4058 | | COMPASS |
| USA | USD | INV-TPLLP-002185 | 3AKJGLD52FSGL5803 | | COMPASS |
| USA | USD | LHE1980 | 3AKJGLD52GSGX1802 | | COMPASS |
| USA | USD | NSMZ6238 | 3AKJGLD53FSGK0081 | | COMPASS |
| USA | USD | SJS3673 | 3AKJGLD53GSGN4183 | | COMPASS |
| USA | USD | SGL7679 | 3AKJGLD53GSHF8331 | | COMPASS |
| USA | USD | SGL7679 | 3AKJGLD54FSGL7679 | | COMPASS |
| USA | USD | INV-TPLLP-002857 | 3AKJGLD55GSGZ6600 | | COMPASS |
| USA | USD | LHE1980 | 3AKJGLD56GSGN4114 | | COMPASS |
| Canada | USD | N202822 | 3AKJGLD57FSGB8961 | | COMPASS |
| USA | USD | INV-TPLLP-002812 | 3AKJGLD57GSGN4123 | | COMPASS |
| USA | USD | LHE1980 | 3AKJGLD57GSGU6233 | | COMPASS |
| USA | USD | SJS3673 | 3AKJGLD57GSGY3105 | | COMPASS |
| USA | USD | SFX3923 | 3AKJGLD58FSFX3923 | | COMPASS |
| USA | USD | SFX3923 | 3AKJGLD58GSHB1117 | | COMPASS |
| USA | USD | SGL7679 | 3AKJGLD59GSGN4107 | | COMPASS |
| Canada | USD | BR0061 | 3AKJGLD59GSGZ6678 | | COMPASS |
| USA | USD | HT2399 | 3AKJGLD5XGSGN4147 | | COMPASS |
| USA | USD | KSKG4343 | 3AKJGLD5XGSGN4178 | | COMPASS |
| USA | USD | SLL1073 | 3AKJGLD61GSGZ5565 | | COMPASS |
| USA | USD | SHT2284 | 3AKJGLDR0HSHM5917 | | COMPASS |
| USA | USD | SLL1073 | 3AKJGLDR0JSJD2694 | | COMPASS |
| USA | USD | SGP5455 | 3AKJGLDR1GSGP5455 | | COMPASS |
| USA | USD | SHG7457 | 3AKJGLDR1HSHD8194 | | COMPASS |
| USA | USD | LHG7904 | 3AKJGLDR1HSHT2237 | | COMPASS |
| USA | USD | LHG7904 | 3AKJGLDR1HSHV1676 | | COMPASS |
| USA | USD | SJK8955 | 3AKJGLDR1JSJK8982 | | COMPASS |
| USA | USD | INV-TPLLP-002950 | 3AKJGLDR1KDKG6202 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | 16589 | 3AKJGLDR2GSGW8482 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR2HSHZ6819 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR2HSHZ6836 | | COMPASS |
| USA | USD | LKE3715 | 3AKJGLDR2JSHP7290 | | COMPASS |
| USA | USD | SJK8955 | 3AKJGLDR2JSJJ0037 | | COMPASS |
| USA | USD | LHG7904 | 3AKJGLDR2JSJJ0233 | | COMPASS |
| USA | USD | INV-TPLLP-003455 | 3AKJGLDR3JDJY0988 | | COMPASS |
| USA | USD | 16654 | 3AKJGLDR3JSJJ0015 | | COMPASS |
| USA | USD | SLK0294 | 3AKJGLDR4HDHY0030 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR4HSGP5287 | | COMPASS |
| USA | USD | LKE4107 | 3AKJGLDR4HSHZ6725 | | COMPASS |
| USA | USD | DKD0566 | 3AKJGLDR4JDKD0566 | | COMPASS |
| USA | USD | LHG7904 | 3AKJGLDR5GSGP6477 | | COMPASS |
| USA | USD | LHE1980 | 3AKJGLDR5GSGW8881 | | COMPASS |
| USA | USD | INV-TPLLP-001856 | 3AKJGLDR5HSHR5860 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR5HSHT2337 | | COMPASS |
| USA | USD | INV-TPLLP-002732 | 3AKJGLDR5HSHT2399 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR5HSHT2421 | | COMPASS |
| USA | USD | SKW9130 | 3AKJGLDR5HSHT4671 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR5HSHZ6765 | | COMPASS |
| USA | USD | SHB0398 | 3AKJGLDR5HSJH7754 | | COMPASS |
| USA | USD | 16589 | 3AKJGLDR5JSJJ0288 | | COMPASS |
| USA | USD | 8769 | 3AKJGLDR5KSJL3927 | | COMPASS |
| USA | USD | HSHR5658 | 3AKJGLDR6HSGP5260 | | COMPASS |
| USA | USD | INV-TPLLP-002762 | 3AKJGLDR6HSHR5592 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR6HSHT2380 | | COMPASS |
| USA | USD | SGL7679 | 3AKJGLDR6HSHZ6452 | | COMPASS |
| USA | USD | SJK8955 | 3AKJGLDR6HSJJ9950 | | COMPASS |
| USA | USD | SMZ3670 | 3AKJGLDR6JSJH6778 | | COMPASS |
| USA | USD | INV-TPLLP-003082 | 3AKJGLDR7GSGX0616 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR7HSHJ4373 | | COMPASS |
| USA | USD | INV-TPLLP-003439 | 3AKJGLDR7HSHR5634 | | COMPASS |
| USA | USD | LKE3715 | 3AKJGLDR7HSHT2310 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | INV-TPLLP-003527 | 3AKJGLDR7HSHY4892 | | COMPASS |
| USA | USD | SMZ3670 | 3AKJGLDR7HSHZ6427 | | COMPASS |
| USA | USD | INV-TPLLP-003421 | 3AKJGLDR7HSHZ6749 | | COMPASS |
| USA | USD | DJD8758 | 3AKJGLDR7HSHZ6802 | | COMPASS |
| USA | USD | INV-TPLLP-003261 | 3AKJGLDR8HSHJ4883 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR8HSHM5695 | | COMPASS |
| USA | USD | INV-TPLLP-003595 | 3AKJGLDR8HSHR5397 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR8HSHR5643 | | COMPASS |
| USA | USD | INV-TPLLP-002273 | 3AKJGLDR8HSHZ6517 | | COMPASS |
| USA | USD | SFZ7698 | 3AKJGLDR9GSGV5731 | | COMPASS |
| USA | USD | INV-TPLLP-003514 | 3AKJGLDR9HSHF7852 | | COMPASS |
| USA | USD | DJD8758 | 3AKJGLDR9HSHJ4763 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDR9HSHZ6221 | | COMPASS |
| USA | USD | INV-TPLLP-002236 | 3AKJGLDR9JDKD0613 | | COMPASS |
| USA | USD | INV-TPLLP-002779 | 3AKJGLDR9JSJK1844 | | COMPASS |
| USA | USD | SJK8955 | 3AKJGLDR9JSJK8955 | | COMPASS |
| USA | USD | 07961230707092 | 3AKJGLDR9KSLG0923 | | COMPASS |
| USA | USD | SLJ9021 | 3AKJGLDR9LSLJ9021 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDRXGSGV5771 | | COMPASS |
| USA | USD | INV-TPLLP-003578 | 3AKJGLDRXHSHK0832 | | COMPASS |
| USA | USD | KSKG4343 | 3AKJGLDRXHSHR5238 | | COMPASS |
| USA | USD | INV-TPLLP-003370 | 3AKJGLDRXHSHR5630 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDRXHSHT2320 | | COMPASS |
| USA | USD | LHC9365 | 3AKJGLDRXHSHT2415 | | COMPASS |
| USA | USD | INV-TPLLP-003669 | 3AKJGLDV1HSJE6899 | | COMPASS |
| USA | USD | INV-TPLLP-002995 | 3AKJGLDV2HSJC4670 | | COMPASS |
| USA | USD | INV-TPLLP-003568 | 3AKJHHDR0JSHM7988 | | COMPASS |
| USA | USD | 9163 | 3AKJHHDR0JSJJ0127 | | COMPASS |
| Canada | CAD | SHB5667 | 3AKJHHDR0JSJK0592 | | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR0JSJW0025 | | COMPASS |
| USA | USD | 9102 | 3AKJHHDR0KSJL3974 | | COMPASS |
| USA | USD | LHG7904 | 3AKJHHDR0KSKD2063 | | COMPASS |
| USA | USD | SLK0294 | 3AKJHHDR0KSKD2211 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | INV-TPLLP-003647 | 3AKJHHDR0KSKE2009 | | COMPASS |
| USA | USD | INV-TPLLP-002173 | 3AKJHHDR0KSKH0070 | | COMPASS |
| USA | USD | 16756 | 3AKJHHDR0KSKJ1007 | | COMPASS |
| USA | USD | 16731 | 3AKJHHDR0KSKJ1220 | | COMPASS |
| USA | USD | INV-TPLLP-003519 | 3AKJHHDR0LSKU3201 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR0LSKZ8375 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR0LSLP0305 | | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR0MSMM2282 | | COMPASS |
| USA | USD | LKE4107 | 3AKJHHDR0MSMU0581 | | COMPASS |
| USA | USD | ATS-062623 | 3AKJHHDR0MSMX7601 | | COMPASS |
| Canada | USD | 52520_Pride_041023_1 | 3AKJHHDR0NSMF3859 | | COMPASS |
| USA | USD | SGD0051 | 3AKJHHDR0NSNA6348 | | COMPASS |
| USA | USD | SLL1073 | 3AKJHHDR0NSNA6382 | | COMPASS |
| USA | USD | INV-TPLLP-002566 | 3AKJHHDR0NSNB3784 | | COMPASS |
| USA | USD | INV-TPLLP-002757 | 3AKJHHDR0NSNB3798 | | COMPASS |
| USA | USD | SKW9130 | 3AKJHHDR0RSVA3200 | | COMPASS |
| USA | USD | LKE3715 | 3AKJHHDR1JSHD9488 | | COMPASS |
| USA | USD | INV-TPLLP-003471 | 3AKJHHDR1JSJJ0430 | | COMPASS |
| USA | USD | NSMZ6238 | 3AKJHHDR1JSJJ0475 | | COMPASS |
| USA | USD | 16654 | 3AKJHHDR1JSJJ0590 | | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR1JSJL3853 | | COMPASS |
| USA | USD | JSJJ0729 | 3AKJHHDR1JSJS3677 | | COMPASS |
| USA | USD | LKE4107 | 3AKJHHDR1JSKB1706 | | COMPASS |
| USA | USD | INV-TPLLP-003187 | 3AKJHHDR1KSJX7949 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR1KSKB4154 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR1KSKB4171 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR1KSKC0276 | | COMPASS |
| USA | USD | INV-TPLLP-003386 | 3AKJHHDR1KSKD2136 | | COMPASS |
| USA | USD | INV-TPLLP-003470 | 3AKJHHDR1KSKD3268 | | COMPASS |
| USA | USD | KSKG4343 | 3AKJHHDR1KSKG4343 | | COMPASS |
| USA | USD | SJS3673 | 3AKJHHDR1KSKH5519 | | COMPASS |
| USA | USD | 16541 | 3AKJHHDR1KSKJ0190 | | COMPASS |
| USA | USD | 9102 | 3AKJHHDR1KSKJ1095 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | 9163 | 3AKJHHDR1KSKJ1128 | | COMPASS |
| USA | USD | 717209 | 3AKJHHDR1KSKL3016 | | COMPASS |
| USA | USD | INV-TPLLP-002614 | 3AKJHHDR1KSKP8652 | | COMPASS |
| USA | USD | LKE4107 | 3AKJHHDR1LSKU2199 | | COMPASS |
| USA | USD | SKW9130 | 3AKJHHDR1LSKW9130 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR1LSKZ8353 | | COMPASS |
| USA | USD | LHG7904 | 3AKJHHDR1LSLL4087 | | COMPASS |
| USA | USD | 07961230925107 | 3AKJHHDR1LSLP1267 | | COMPASS |
| USA | USD | SLX0212 | 3AKJHHDR1LSLX0202 | | COMPASS |
| USA | USD | 07961230728089 | 3AKJHHDR1LSMJ0102 | | COMPASS |
| USA | USD | 819DE-44814 | 3AKJHHDR1MSMH9028 | | COMPASS |
| USA | USD | LKE4107 | 3AKJHHDR1MSMR6416 | | COMPASS |
| USA | USD | NSMZ6238 | 3AKJHHDR1NSMZ6238 | | COMPASS |
| USA | USD | SLL1073 | 3AKJHHDR1PSNY3267 | | COMPASS |
| USA | USD | DE-30882 | 3AKJHHDR2KSJW7169 | | COMPASS |
| USA | USD | INV-TPLLP-003438 | 3AKJHHDR2KSJX1125 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR2KSKB3742 | | COMPASS |
| USA | USD | SLL1073 | 3AKJHHDR2KSKD2064 | | COMPASS |
| USA | USD | TPL50995 | 3AKJHHDR2KSKD2193 | | COMPASS |
| USA | USD | LKE3715 | 3AKJHHDR2KSKE2061 | | COMPASS |
| USA | USD | 16406 | 3AKJHHDR2KSKJ0828 | | COMPASS |
| USA | USD | 9162 | 3AKJHHDR2KSKJ1056 | | COMPASS |
| USA | USD | 16541 | 3AKJHHDR2KSKJ1297 | | COMPASS |
| USA | USD | INV-TPLLP-003528 | 3AKJHHDR2LSKC0465 | | COMPASS |
| USA | USD | HLJC5667 | 3AKJHHDR2LSKU2129 | | COMPASS |
| USA | USD | 07961230728089 | 3AKJHHDR2LSLH5601 | | COMPASS |
| USA | USD | ATS-062623 | 3AKJHHDR2MSMX7616 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDR2NSMF3880 | | COMPASS |
| USA | USD | LHG7904 | 3AKJHHDR2PSNU8477 | | COMPASS |
| USA | USD | 01S4619 | 3AKJHHDR2PSUE0940 | | COMPASS |
| USA | USD | INV-TPLLP-002759 | 3AKJHHDR3KSJL4004 | | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR3KSJL4133 | | COMPASS |
| USA | USD | INV-TPLLP-003096 | 3AKJHHDR3KSKD2073 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | INV-TPLLP-002346 | 3AKJHHDR3KSKD2090 | | COMPASS |
| USA | USD | SKU7978 | 3AKJHHDR3KSKD2154 | | COMPASS |
| USA | USD | INV-TPLLP-002669 | 3AKJHHDR3KSKD2171 | | COMPASS |
| USA | USD | LMW8488 | 3AKJHHDR3KSKD2185 | | COMPASS |
| USA | USD | KSKF2712 | 3AKJHHDR3KSKE1646 | | COMPASS |
| USA | USD | SKU7978 | 3AKJHHDR3KSKG4344 | | COMPASS |
| USA | USD | INV-TPLLP-003670 | 3AKJHHDR3KSKH3853 | | COMPASS |
| USA | USD | 9102 | 3AKJHHDR3KSKJ1048 | | COMPASS |
| USA | USD | 717209 | 3AKJHHDR3KSKL3048 | | COMPASS |
| USA | USD | 717209 | 3AKJHHDR3KSKM2932 | | COMPASS |
| USA | USD | INV-TPLLP-002357 | 3AKJHHDR3LSKU2124 | | COMPASS |
| USA | USD | INV-TPLLP-002776 | 3AKJHHDR3LSKU2138 | | COMPASS |
| USA | USD | NSMZ6238 | 3AKJHHDR3LSKU2155 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR3LSKZ8371 | | COMPASS |
| USA | USD | LKE4107 | 3AKJHHDR3LSLK0627 | | COMPASS |
| USA | USD | SJS3673 | 3AKJHHDR3LSLK1454 | | COMPASS |
| USA | USD | 13563 | 3AKJHHDR3LSLL1126 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR3LSLP0282 | | COMPASS |
| USA | USD | 9020 | 3AKJHHDR3LSLP8284 | | COMPASS |
| USA | USD | SLX0212 | 3AKJHHDR3LSLX0203 | | COMPASS |
| USA | USD | SLK0294 | 3AKJHHDR3MSML6511 | | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR3NSMZ6239 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDR3NSNA6750 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDR3NSNA7204 | | COMPASS |
| USA | USD | SKU7978 | 3AKJHHDR3NSNB3794 | | COMPASS |
| USA | USD | INV-TPLLP-002631 | 3AKJHHDR3NSNB3813 | | COMPASS |
| USA | USD | LHG7904 | 3AKJHHDR3NSNC0907 | | COMPASS |
| USA | USD | INV-TPLLP-002435 | 3AKJHHDR3NSNC1944 | | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR4JSJJ0826 | | COMPASS |
| USA | USD | HLJC5667 | 3AKJHHDR4JSJL3880 | | COMPASS |
| USA | USD | KSKG4343 | 3AKJHHDR4JSJV3515 | | COMPASS |
| USA | USD | SGL7679 | 3AKJHHDR4JSJW8189 | | COMPASS |
| Canada | CAD | MSMA8180 | 3AKJHHDR4KSJX1188 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | SKB3737 | 3AKJHHDR4KSKB3791 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR4KSKB4052 | | COMPASS |
| USA | USD | 07961231106027 | 3AKJHHDR4KSKC3592 | | COMPASS |
| USA | USD | INV-TPLLP-003215 | 3AKJHHDR4KSKD2020 | | COMPASS |
| USA | USD | 717209 | 3AKJHHDR4KSKF9895 | | COMPASS |
| USA | USD | JSJJ0729 | 3AKJHHDR4KSKG4403 | | COMPASS |
| USA | USD | 16756 | 3AKJHHDR4KSKJ0328 | | COMPASS |
| USA | USD | 9092 | 3AKJHHDR4KSKJ1110 | | COMPASS |
| USA | USD | 717209 | 3AKJHHDR4KSKL3754 | | COMPASS |
| USA | USD | INV-TPLLP-003492 | 3AKJHHDR4KSKM4964 | | COMPASS |
| USA | USD | LHG7904 | 3AKJHHDR4KSKP8676 | | COMPASS |
| USA | USD | SGL7679 | 3AKJHHDR4LSKU2116 | | COMPASS |
| USA | USD | SKU7978 | 3AKJHHDR4LSKW9073 | | COMPASS |
| USA | USD | SKU7978 | 3AKJHHDR4LSKZ7004 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR4LSLP0288 | | COMPASS |
| USA | USD | INV-TPLLP-002228 | 3AKJHHDR4LSLP2378 | | COMPASS |
| USA | USD | 9007 | 3AKJHHDR4LSLP8276 | | COMPASS |
| USA | USD | J197689 | 3AKJHHDR4LSLS7747 | | COMPASS |
| Canada | CAD | MSMA8180 | 3AKJHHDR4MSMA8180 | | COMPASS |
| USA | USD | NSMZ6238 | 3AKJHHDR4MSMG4667 | | COMPASS |
| USA | USD | ATS-2022001-2 | 3AKJHHDR4MSMX7570 | | COMPASS |
| USA | USD | ATS-062623 | 3AKJHHDR4MSMX7598 | | COMPASS |
| USA | USD | LKV4922 | 3AKJHHDR4NSMF3850 | | COMPASS |
| USA | USD | SMZ3673 | 3AKJHHDR4NSMZ3673 | | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR4NSNA6370 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDR4NSNA6742 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDR4NSNA6756 | | COMPASS |
| USA | USD | SMZ3670 | 3AKJHHDR4PSNL0840 | | COMPASS |
| USA | USD | 01S4619 | 3AKJHHDR4PSUE0969 | | COMPASS |
| USA | USD | LMW8488 | 3AKJHHDR4PSUJ4067 | | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR5JSJJ1810 | | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR5JSJK9000 | | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR5JSJS5724 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | HLJC5667 | 3AKJHHDR5KSJX1104 | | COMPASS |
| USA | USD | INV-TPLLP-003217 | 3AKJHHDR5KSKA1200 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR5KSKB4173 | | COMPASS |
| USA | USD | INV-TPLLP-002339 | 3AKJHHDR5KSKD2141 | | COMPASS |
| USA | USD | SJJ0769 | 3AKJHHDR5KSKD2205 | | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR5KSKD2219 | | COMPASS |
| Canada | USD | 9013 | 3AKJHHDR5KSKJ0032 | | COMPASS |
| USA | USD | 16879 | 3AKJHHDR5KSKJ0757 | | COMPASS |
| USA | USD | 717209 | 3AKJHHDR5KSKL3035 | | COMPASS |
| USA | USD | DE-19991 | 3AKJHHDR5KSKS2617 | | COMPASS |
| USA | USD | INV-TPLLP-003391 | 3AKJHHDR5KSKU4732 | | COMPASS |
| USA | USD | LHG7904 | 3AKJHHDR5LSLK0239 | | COMPASS |
| Canada | CAD | MSMA8180 | 3AKJHHDR5MSMA8169 | | COMPASS |
| USA | USD | 819DE-44387 | 3AKJHHDR5MSMH8805 | | COMPASS |
| USA | USD | 819DE-44396 | 3AKJHHDR5MSMH8819 | | COMPASS |
| USA | USD | 819DE-44705 | 3AKJHHDR5MSMH8870 | | COMPASS |
| USA | USD | ATS-062623 | 3AKJHHDR5MSMX7593 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDR5NSMF3887 | | COMPASS |
| USA | USD | INV-TPLLP-001931 | 3AKJHHDR5NSMZ3679 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDR5NSNA6894 | | COMPASS |
| USA | USD | LMW8488 | 3AKJHHDR5NSNB9810 | | COMPASS |
| USA | USD | SMZ3670 | 3AKJHHDR6JSJJ0360 | | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR6JSJJ0875 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR6KSKB3808 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR6KSKB4151 | | COMPASS |
| USA | USD | INV-TPLLP-002503 | 3AKJHHDR6KSKD2052 | | COMPASS |
| USA | USD | LGR5766 | 3AKJHHDR6KSKD2150 | | COMPASS |
| USA | USD | LKE4107 | 3AKJHHDR6KSKD2164 | | COMPASS |
| USA | USD | KSKD2178 | 3AKJHHDR6KSKD2178 | | COMPASS |
| USA | USD | INV-TPLLP-002709 | 3AKJHHDR6KSKD2200 | | COMPASS |
| USA | USD | 16879 | 3AKJHHDR6KSKJ0234 | | COMPASS |
| USA | USD | 9092 | 3AKJHHDR6KSKJ1111 | | COMPASS |
| USA | USD | 16756 | 3AKJHHDR6KSKJ1271 | | COMPASS |

| USA | USD | LHG7904 | 3AKJHHDR6KSKT0595 | COMPASS |
|-----|-----|---------|-------------------|---------|
| USA | USD | SJJ0769 | 3AKJHHDR6LSKL7631 | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR6LSKU2148 | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR6LSKU3199 | COMPASS |
| USA | USD | INV-TPLLP-003366 | 3AKJHHDR6LSKU4532 | COMPASS |
| USA | USD | SKU7978 | 3AKJHHDR6LSKU7978 | COMPASS |
| USA | USD | 1019 | 3AKJHHDR6LSKZ8381 | COMPASS |
| USA | USD | 9179 | 3AKJHHDR6LSLP8277 | COMPASS |
| USA | USD | INV-TPLLP-003515 | 3AKJHHDR6LSLU9118 | COMPASS |
| USA | USD | SGL7679 | 3AKJHHDR6MSMG2564 | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR6MSMR6458 | COMPASS |
| USA | USD | LKV4922 | 3AKJHHDR6NSMF3879 | COMPASS |
| USA | USD | KSKD2178 | 3AKJHHDR7JSJJ0884 | COMPASS |
| USA | USD | 16469 | 3AKJHHDR7JSJJ1422 | COMPASS |
| USA | USD | 16469 | 3AKJHHDR7JSJJ1923 | COMPASS |
| USA | USD | J197689 | 3AKJHHDR7JSJW5979 | COMPASS |
| USA | USD | LKE4107 | 3AKJHHDR7KSJW9080 | COMPASS |
| USA | USD | INV-TPLLP-002856 | 3AKJHHDR7KSJX1430 | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR7KSJX9348 | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR7KSKB4188 | COMPASS |
| USA | USD | LGD8053 | 3AKJHHDR7KSKD2061 | COMPASS |
| USA | USD | INV-TPLLP-003144 | 3AKJHHDR7KSKD2142 | COMPASS |
| USA | USD | SJS3673 | 3AKJHHDR7KSKF4903 | COMPASS |
| USA | USD | LKE3715 | 3AKJHHDR7KSKJ0453 | COMPASS |
| USA | USD | 9162 | 3AKJHHDR7KSKJ1084 | COMPASS |
| USA | USD | INV-TPLLP-003396 | 3AKJHHDR7LSKC0400 | COMPASS |
| USA | USD | SGL7679 | 3AKJHHDR7LSKU4541 | COMPASS |
| USA | USD | SJK8955 | 3AKJHHDR7LSKU7813 | COMPASS |
| USA | USD | NJ499901 | 3AKJHHDR7LSKW9245 | COMPASS |
| USA | USD | 1019 | 3AKJHHDR7LSKZ8356 | COMPASS |
| USA | USD | 9162 | 3AKJHHDR7LSLP8272 | COMPASS |
| USA | USD | 819DE-44396 | 3AKJHHDR7MSMH8840 | COMPASS |
| USA | USD | ATS-2022001-2 | 3AKJHHDR7MSMX7580 | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | LHG7904 | 3AKJHHDR7MSMY3461 | | COMPASS |
| Canada | USD | 52527_Pride_041023_1 | 3AKJHHDR7NSMF3888 | | COMPASS |
| USA | USD | LKE3715 | 3AKJHHDR7NSMZ6227 | | COMPASS |
| USA | USD | LKV4922 | 3AKJHHDR7PSNU8569 | | COMPASS |
| USA | USD | SLL1073 | 3AKJHHDR7PSNX9207 | | COMPASS |
| USA | USD | SJJ0649 | 3AKJHHDR8JSJJ0649 | | COMPASS |
| USA | USD | INV-TPLLP-003600 | 3AKJHHDR8JSJJ0750 | | COMPASS |
| USA | USD | 16624 | 3AKJHHDR8JSJJ0862 | | COMPASS |
| USA | USD | LKE4107 | 3AKJHHDR8JSJS3708 | | COMPASS |
| USA | USD | SJJ0649 | 3AKJHHDR8JSJS5331 | | COMPASS |
| USA | USD | INV-TPLLP-003183 | 3AKJHHDR8JSJU6227 | | COMPASS |
| USA | USD | LMW5538 | 3AKJHHDR8JSJX4884 | | COMPASS |
| USA | USD | INV-TPLLP-002813 | 3AKJHHDR8KSHU6945 | | COMPASS |
| USA | USD | LKE4107 | 3AKJHHDR8KSJW9024 | | COMPASS |
| USA | USD | LHG7904 | 3AKJHHDR8KSKD2053 | | COMPASS |
| USA | USD | INV-TPLLP-002234 | 3AKJHHDR8KSKD2067 | | COMPASS |
| USA | USD | LMW8488 | 3AKJHHDR8KSKD2117 | | COMPASS |
| USA | USD | INV-TPLLP-003384 | 3AKJHHDR8KSKD2182 | | COMPASS |
| USA | USD | INV-TPLLP-002166 | 3AKJHHDR8KSKD2196 | | COMPASS |
| USA | USD | SJJ0649 | 3AKJHHDR8KSKE3361 | | COMPASS |
| USA | USD | KSKJ0468 | 3AKJHHDR8KSKJ0512 | | COMPASS |
| USA | USD | SGL7679 | 3AKJHHDR8KSKJ1014 | | COMPASS |
| USA | USD | 9162 | 3AKJHHDR8KSKJ1045 | | COMPASS |
| USA | USD | 9102 | 3AKJHHDR8KSKJ1420 | | COMPASS |
| USA | USD | KSKF2712 | 3AKJHHDR8KSKL1120 | | COMPASS |
| USA | USD | INV-TPLLP-003574 | 3AKJHHDR8KSKP7451 | | COMPASS |
| USA | USD | INV-TPLLP-003046 | 3AKJHHDR8LSKB4993 | | COMPASS |
| USA | USD | INV-TPLLP-003599 | 3AKJHHDR8LSKC0406 | | COMPASS |
| USA | USD | SJJ0649 | 3AKJHHDR8LSKZ6955 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR8LSKZ8382 | | COMPASS |
| USA | USD | SGL7679 | 3AKJHHDR8LSLJ4581 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR8LSLP0293 | | COMPASS |
| USA | USD | SLK0294 | 3AKJHHDR8LSLP8202 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | 07961230823141 | 3AKJHHDR8LSLY5487 | | COMPASS |
| USA | USD | INV-TPLLP-003019 | 3AKJHHDR8MSMA4651 | | COMPASS |
| Canada | CAD | MSMA8180 | 3AKJHHDR8MSMA8182 | | COMPASS |
| Canada | CAD | MSMA8180 | 3AKJHHDR8MSMC2034 | | COMPASS |
| USA | USD | HLJC5667 | 3AKJHHDR8MSMR6476 | | COMPASS |
| USA | USD | 23028-00127 | 3AKJHHDR8NSNF6320 | | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR9JSHW5602 | | COMPASS |
| USA | USD | SJJ0649 | 3AKJHHDR9JSJJ0112 | | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR9JSJJ0479 | | COMPASS |
| USA | USD | SMZ3670 | 3AKJHHDR9JSJJ0529 | | COMPASS |
| USA | USD | INV-TPLLP-003095 | 3AKJHHDR9JSJJ0773 | | COMPASS |
| USA | USD | SLK0294 | 3AKJHHDR9JSJS5726 | | COMPASS |
| Canada | CAD | SHB5667 | 3AKJHHDR9JSJT9562 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR9KSKB3737 | | COMPASS |
| USA | USD | SKB3737 | 3AKJHHDR9KSKB5391 | | COMPASS |
| USA | USD | SJS3673 | 3AKJHHDR9KSKD2160 | | COMPASS |
| USA | USD | INV-TPLLP-001922 | 3AKJHHDR9KSKD2238 | | COMPASS |
| USA | USD | SGL7679 | 3AKJHHDR9KSKD5561 | | COMPASS |
| USA | USD | 07961231016116 | 3AKJHHDR9KSKF0514 | | COMPASS |
| USA | USD | 9066 | 3AKJHHDR9KSKJ1118 | | COMPASS |
| USA | USD | 717209 | 3AKJHHDR9KSKL3023 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR9LSKZ8374 | | COMPASS |
| USA | USD | JSJJ0479 | 3AKJHHDR9LSLL0496 | | COMPASS |
| USA | USD | 1019 | 3AKJHHDR9LSLP0285 | | COMPASS |
| USA | USD | 819DE-44396 | 3AKJHHDR9MSMH8967 | | COMPASS |
| USA | USD | ATS-2022001-2 | 3AKJHHDR9MSMX7578 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDR9NSMF3892 | | COMPASS |
| USA | USD | SMZ3670 | 3AKJHHDR9NSMZ3670 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDR9NSNA6753 | | COMPASS |
| USA | USD | SKU7978 | 3AKJHHDR9NSNB3802 | | COMPASS |
| USA | USD | SJJ0649 | 3AKJHHDRXJSHW5608 | | COMPASS |
| USA | USD | INV-TPLLP-003638 | 3AKJHHDRXJSJS3709 | | COMPASS |
| USA | USD | LHG7904 | 3AKJHHDRXKSJX1261 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | LKE3715 | 3AKJHHDRXKSJZ5348 | | COMPASS |
| USA | USD | INV-TPLLP-003474 | 3AKJHHDRXKSKD2054 | | COMPASS |
| USA | USD | KSKG4343 | 3AKJHHDRXKSKD2152 | | COMPASS |
| USA | USD | INV-TPLLP-002155 | 3AKJHHDRXKSKH0156 | | COMPASS |
| USA | USD | 16469 | 3AKJHHDRXKSKJ0320 | | COMPASS |
| USA | USD | INV-TPLLP-003400 | 3AKJHHDRXKSKJ0396 | | COMPASS |
| USA | USD | 16541 | 3AKJHHDRXKSKJ0530 | | COMPASS |
| USA | USD | 717209 | 3AKJHHDRXKSKL3743 | | COMPASS |
| USA | USD | INV-TPLLP-003576 | 3AKJHHDRXKSKY0383 | | COMPASS |
| USA | USD | 07961231004081 | 3AKJHHDRXLSLH9346 | | COMPASS |
| USA | USD | INV-TPLLP-003522 | 3AKJHHDRXMSMH8699 | | COMPASS |
| USA | USD | 819DE-44387 | 3AKJHHDRXMSMH8881 | | COMPASS |
| USA | USD | ATS-062623 | 3AKJHHDRXMSMX7590 | | COMPASS |
| USA | USD | SLL1073 | 3AKJHHDRXNSMZ6237 | | COMPASS |
| USA | USD | 52505_PRIDE_050523 | 3AKJHHDRXNSNA6759 | | COMPASS |
| USA | USD | KSKF2712 | 3AKJHHDV6MSMK2681 | | COMPASS |
| USA | USD | LHG7904 | 3AKJHHFG7KSKM3495 | | COMPASS |
| USA | USD | INV-TPLLP-003494 | 3AKJHHFG7KSLL2273 | | COMPASS |
| USA | USD | SJJ0649 | 3AKJHHFG8LSLV3912 | | COMPASS |
| USA | USD | INV-TPLLP-003251 | 3AKJHHFG9KSKM3496 | | COMPASS |
| USA | USD | 16193 | 3AKJHLDR1JSJK6338 | | COMPASS |
| USA | USD | 16193 | 3AKJHLDR3JSJL4201 | | COMPASS |
| USA | USD | 16654 | 3AKJHLDR9JSJK6247 | | COMPASS |
| USA | USD | 16193 | 3AKJHLDR9JSJL4199 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV0KSKA4957 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV0KSKF9201 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV0KSKF9229 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV0KSKL3511 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV1KSKA3980 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV1KSKF9353 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV2KSKF9233 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV2KSKF9362 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV2KSKM2615 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | 717209 | 3AKJHLDV4KSKA4069 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV4KSKA4072 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV4KSKF9251 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV5KSKF9324 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV5KSKM2866 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV6KSKA3988 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV7KSKA4132 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV7KSKF9308 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV7KSKF9325 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV7KSKF9356 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV8KSKA4012 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV8KSKA4172 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV8KSKF9253 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV9KSKA4049 | | COMPASS |
| USA | USD | 717209 | 3AKJHLDV9KSKA4066 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV0KSKL3080 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV0KSKL3662 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV1KSKL3122 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV1LSLF0132 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV3LSLG8972 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV4KSKL3695 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV4LSLF0075 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV5KSKM2695 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV6KSKA4307 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV6KSKL3083 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV6LSLF0059 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV6LSLF0076 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV6LSLF0434 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV7KSKL3125 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV7KSKL3710 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV7LSLF0099 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV7LSLF0264 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV7LSLG8960 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | 717209 | 3AKJHPDV8KSKA4440 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV8KSKL2971 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDV8KSKL3070 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDVXKSKL2888 | | COMPASS |
| USA | USD | 717209 | 3AKJHPDVXKSKL2938 | | COMPASS |
| USA | USD | DJD8758 | 3ALACWDT4HDJD8758 | | COMPASS |
| USA | USD | NG000219 | 3ELA6RX20NG000219 | | COMPASS |
| USA | USD | G000430 | 3ELA6RX27NG000430 | | COMPASS |
| USA | USD | N6000844 | 3ELDTMS42N6000844 | | COMPASS |
| Canada | CAD | W701383 | 3H3V532C0FT261028 | | COMPASS |
| USA | USD | T201052 | 3H3V532C0LT201052 | | COMPASS |
| USA | USD | M031734 | 3H3V532C1GT435111 | | COMPASS |
| USA | USD | KE144347 | 3H3V532C2HT335097 | | COMPASS |
| USA | USD | M031734 | 3H3V532C3GT435045 | | COMPASS |
| USA | USD | N6000844 | 3H3V532C3GT476002 | | COMPASS |
| USA | USD | G000430 | 3H3V532C3MR308028 | | COMPASS |
| USA | USD | M031734 | 3H3V532C4HT335098 | | COMPASS |
| USA | USD | INV-TPLLP-002862 | 3H3V532C4LT381118 | | COMPASS |
| USA | USD | T585062 | 3H3V532C5HT585062 | | COMPASS |
| USA | USD | INV-TPLLP-003349 | 3H3V532C5LT275177 | | COMPASS |
| USA | USD | MR192024 | 3H3V532C5MR192024 | | COMPASS |
| USA | USD | M307793 | 3H3V532C6DT176045 | | COMPASS |
| USA | USD | ATS-2021023 | 3H3V532C7HT585080 | | COMPASS |
| USA | USD | HU800702 | 3H3V532C9HT172075 | | COMPASS |
| USA | USD | MR192045 | 3H3V532C9HT585033 | | COMPASS |
| USA | USD | INV-TPLLP-003592 | 3H3V532C9MR308048 | | COMPASS |
| USA | USD | N6000844 | 3H3V532CXHT585025 | | COMPASS |
| USA | USD | J783108 | 3H3V532K0NJ783109 | | COMPASS |
| USA | USD | T201052 | 3H3V532K0PJ463873 | | COMPASS |
| USA | USD | NG000219 | 3H3V532K1NJ541221 | | COMPASS |
| USA | USD | J783084 | 3H3V532K1NJ783099 | | COMPASS |
| USA | USD | INV-TPLLP-002894 | 3H3V532K3NJ541219 | | COMPASS |
| USA | USD | INV-TPLLP- 002641 | 3H3V532K3NJ541222 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | J783084 | 3H3V532K4NJ783100 | | COMPASS |
| USA | USD | J783084 | 3H3V532KXNJ783084 | | COMPASS |
| USA | USD | PN580707 | 3HSDJAPR2HN410849 | | COMPASS |
| USA | USD | 613232 | 3HSDJAPR4GN795538 | | COMPASS |
| USA | USD | SFX3923 | 3HSDJAPR7FN638102 | | COMPASS |
| USA | USD | INV-TPLLP-002806 | 3HSDJAPR7GN221029 | | COMPASS |
| USA | USD | INV-TPLLP-001859 | 3HSDJAPR9FN569431 | | COMPASS |
| USA | USD | HLJC5667 | 3HSDJSNR5GN207123 | | COMPASS |
| USA | USD | LHE1980 | 3HSDJSNRXGN127252 | | COMPASS |
| USA | USD | N534789 | 3HSDZAPR0KN284765 | | COMPASS |
| USA | USD | N534789 | 3HSDZAPR0KN533601 | | COMPASS |
| USA | USD | INV-TPLLP-002029 | 3HSDZAPR0NN605398 | | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR0PN424949 | | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR0PN492636 | | COMPASS |
| USA | USD | INV-TPLLP-002888 | 3HSDZAPR0PN560613 | | COMPASS |
| USA | USD | 16655 | 3HSDZAPR1KN112826 | | COMPASS |
| USA | USD | SJS3673 | 3HSDZAPR1PN424961 | | COMPASS |
| USA | USD | SLL1073 | 3HSDZAPR1PN439301 | | COMPASS |
| USA | USD | N073176 | 3HSDZAPR2JN073176 | | COMPASS |
| USA | USD | LMW8488 | 3HSDZAPR2JN166828 | | COMPASS |
| USA | USD | N534789 | 3HSDZAPR2KN279051 | | COMPASS |
| USA | USD | N534789 | 3HSDZAPR2KN285626 | | COMPASS |
| USA | USD | 16655 | 3HSDZAPR2KN744122 | | COMPASS |
| USA | USD | 16655 | 3HSDZAPR2KN752091 | | COMPASS |
| USA | USD | INV-TPLLP-002615 | 3HSDZAPR2NN566183 | | COMPASS |
| USA | USD | LSLL0982 | 3HSDZAPR2PN121106 | | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR2PN439288 | | COMPASS |
| USA | USD | INV-TPLLP-003288 | 3HSDZAPR2PN439291 | | COMPASS |
| USA | USD | RN599228 | 3HSDZAPR2PN493299 | | COMPASS |
| USA | USD | LMW5538 | 3HSDZAPR2PN563626 | | COMPASS |
| USA | USD | RN570840 | 3HSDZAPR2RN570840 | | COMPASS |
| USA | USD | 16655 | 3HSDZAPR3KN106073 | | COMPASS |
| USA | USD | INV-TPLLP-002715 | 3HSDZAPR3PN424962 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | SUU3412 | 3HSDZAPR3PN493280 | | COMPASS |
| USA | USD | 16655 | 3HSDZAPR4KN115915 | | COMPASS |
| USA | USD | INV-TPLLP-002790 | 3HSDZAPR4KN226397 | | COMPASS |
| USA | USD | NSNC3426 | 3HSDZAPR4NN239607 | | COMPASS |
| USA | USD | SGL7679 | 3HSDZAPR4NN493303 | | COMPASS |
| USA | USD | SGL7679 | 3HSDZAPR4PN121107 | | COMPASS |
| USA | USD | LSLL0982 | 3HSDZAPR4PN121897 | | COMPASS |
| USA | USD | INV-TPLLP-003378 | 3HSDZAPR4PN424971 | | COMPASS |
| USA | USD | INV-TPLLP-003343 | 3HSDZAPR4PN439289 | | COMPASS |
| USA | USD | INV-TPLLP-002537 | 3HSDZAPR4PN439292 | | COMPASS |
| USA | USD | KSKG4343 | 3HSDZAPR4PN439308 | | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR4RN563632 | | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR5JN073009 | | COMPASS |
| USA | USD | 16655 | 3HSDZAPR5KN101263 | | COMPASS |
| USA | USD | KN533627 | 3HSDZAPR5KN300975 | | COMPASS |
| USA | USD | N534789 | 3HSDZAPR5KN534789 | | COMPASS |
| USA | USD | INV-TPLLP-003051 | 3HSDZAPR5NN605400 | | COMPASS |
| USA | USD | PN424963 | 3HSDZAPR5PN424963 | | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR5PN439298 | | COMPASS |
| USA | USD | N443559 | 3HSDZAPR5PN443559 | | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR5RN533295 | | COMPASS |
| USA | USD | N425742 | 3HSDZAPR6JN425742 | | COMPASS |
| USA | USD | 16655 | 3HSDZAPR6KN114541 | | COMPASS |
| USA | USD | KN365012 | 3HSDZAPR6KN365012 | | COMPASS |
| USA | USD | INV-TPLLP-002430 | 3HSDZAPR6KN430666 | | COMPASS |
| USA | USD | PN121898 | 3HSDZAPR6PN121898 | | COMPASS |
| USA | USD | SLL1073 | 3HSDZAPR6PN424972 | | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR6PN492656 | | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR6PN493287 | | COMPASS |
| USA | USD | 8625 | 3HSDZAPR7JN417391 | | COMPASS |
| USA | USD | INV-TPLLP-003482 | 3HSDZAPR7NN566177 | | COMPASS |
| USA | USD | LSLL0982 | 3HSDZAPR7PN443577 | | COMPASS |
| USA | USD | LSLL0982 | 3HSDZAPR7PN492634 | | COMPASS |

| | | | | |
|---|---|---|---|---|
| USA | USD | SJS3673 | 3HSDZAPR8JN247770 | COMPASS |
| USA | USD | SJJ0649 | 3HSDZAPR8JN339588 | COMPASS |
| USA | USD | ATS-2021022 | 3HSDZAPR8JN532730 | COMPASS |
| USA | USD | N534789 | 3HSDZAPR8KN533572 | COMPASS |
| USA | USD | INV-TPLLP-002257 | 3HSDZAPR8KN560979 | COMPASS |
| USA | USD | 16655 | 3HSDZAPR8KN752094 | COMPASS |
| USA | USD | SGL7679 | 3HSDZAPR8NN188905 | COMPASS |
| USA | USD | SLL1073 | 3HSDZAPR8NN566205 | COMPASS |
| USA | USD | LSLL0982 | 3HSDZAPR8PN121112 | COMPASS |
| USA | USD | INV-TPLLP-003017 | 3HSDZAPR8PN439277 | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR8PN493288 | COMPASS |
| USA | USD | ATS-2022001 | 3HSDZAPR9JN532736 | COMPASS |
| USA | USD | 16655 | 3HSDZAPR9KN120883 | COMPASS |
| USA | USD | INV-TPLLP-003379 | 3HSDZAPR9PN439286 | COMPASS |
| USA | USD | SLL1073 | 3HSDZAPR9PN439305 | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPR9PN443578 | COMPASS |
| USA | USD | LSLL0982 | 3HSDZAPR9PN492649 | COMPASS |
| USA | USD | LMW5538 | 3HSDZAPRXJN532762 | COMPASS |
| USA | USD | GLHA8165 | 3HSDZAPRXJN532793 | COMPASS |
| USA | USD | N534789 | 3HSDZAPRXKN298723 | COMPASS |
| USA | USD | SHT2269 | 3HSDZAPRXNN566190 | COMPASS |
| USA | USD | INV-TPLLP-003478 | 3HSDZAPRXNN605408 | COMPASS |
| USA | USD | INV-TPLLP-003383 | 3HSDZAPRXPN424960 | COMPASS |
| USA | USD | INV-TPLLP-002892 | 3HSDZAPRXPN493275 | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPRXPN493289 | COMPASS |
| USA | USD | SUU3412 | 3HSDZAPRXPN493292 | COMPASS |
| USA | USD | SGL7679 | 3HSDZAPRXPN569139 | COMPASS |
| USA | USD | PN580707 | 3HSDZAPRXPN580707 | COMPASS |
| USA | USD | INV-TPLLP-003472 | 3HSDZTZR8KN136873 | COMPASS |
| USA | USD | G000430 | 3UTVS2531N8474607 | COMPASS |
| USA | USD | GW701634 | 3UTVS2531N8474719 | COMPASS |
| USA | USD | MR192045 | 3UTVS2532N8474602 | COMPASS |
| USA | USD | 8474714 | 3UTVS2532N8474714 | COMPASS |

| USA | USD | R192024-TRL | 3UTVS2533N8474608 | COMPASS |
|-----|-----|-------------|-------------------|---------|
| USA | USD | INV-TPLLP-003649 | 3UTVS2534N8474715 | COMPASS |
| USA | USD | INV-TPLLP-001991 | 3UTVS2534N8474813 | COMPASS |
| USA | USD | INV-TPLLP-001962 | 3UTVS2537N8475020 | COMPASS |
| USA | USD | M031734 | 3UTVS2538N8445217 | COMPASS |
| USA | USD | MR192045 | 3UTVS2538N8731083 | COMPASS |
| USA | USD | G000430 | 3UTVS2539N8474919 | COMPASS |
| USA | USD | INV-TPLLP-002004 | 3UTVS253XN8474816 | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EG0GN948505 | COMPASS |
| USA | USD | N631738 | 4V4NC9EG1FN912918 | COMPASS |
| USA | USD | 6610 | 4V4NC9EG1JN996960 | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EG2HN986223 | COMPASS |
| Canada | USD | 07961221110038 | 4V4NC9EG3FN912905 | COMPASS |
| USA | USD | 6611 | 4V4NC9EG3HN978101 | COMPASS |
| USA | USD | 6610 | 4V4NC9EG3JN996961 | COMPASS |
| Canada | USD | 07961221005077 | 4V4NC9EG4FN912928 | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EG4HN986224 | COMPASS |
| Canada | USD | 07961221005077 | 4V4NC9EG5FN909150 | COMPASS |
| USA | USD | LHE1980 | 4V4NC9EG5GN190984 | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EG5GN960794 | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EG5GN966627 | COMPASS |
| Canada | USD | 07961221005077 | 4V4NC9EG6FN912929 | COMPASS |
| Canada | USD | 07961221012080 | 4V4NC9EG6FN912946 | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EG6HN986225 | COMPASS |
| USA | USD | 16607 | 4V4NC9EG6KN206568 | COMPASS |
| Canada | USD | 07961221005077 | 4V4NC9EG7FN909165 | COMPASS |
| Canada | USD | 07961221005077 | 4V4NC9EG7FN918948 | COMPASS |
| USA | USD | 090EQ-CW8226 | 4V4NC9EG7HN991630 | COMPASS |
| USA | USD | 6610 | 4V4NC9EG7JN996963 | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EG8GN960787 | COMPASS |
| USA | USD | INV-TPLLP-002492 | 4V4NC9EG9GN165344 | COMPASS |
| USA | USD | 6610 | 4V4NC9EG9JN996902 | COMPASS |
| Canada | USD | 07961221012080 | 4V4NC9EH0FN914779 | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | DJD8758 | 4V4NC9EH0HN963922 | | COMPASS |
| Canada | USD | 07961230621116 | 4V4NC9EH0HN979473 | | COMPASS |
| USA | USD | PN580707 | 4V4NC9EH0JN885583 | | COMPASS |
| USA | USD | 9036 | 4V4NC9EH0KN201438 | | COMPASS |
| USA | USD | INV-TPLLP-001951 | 4V4NC9EH0KN220538 | | COMPASS |
| USA | USD | 07961231016116 | 4V4NC9EH0KN902805 | | COMPASS |
| USA | USD | INV-TPLLP-003621 | 4V4NC9EH0LN230990 | | COMPASS |
| USA | USD | 9233 | 4V4NC9EH0LN251161 | | COMPASS |
| USA | USD | INV-1011 | 4V4NC9EH0MN273212 | | COMPASS |
| USA | USD | J307850 | 4V4NC9EH0NN603447 | | COMPASS |
| USA | USD | J151096 | 4V4NC9EH0RN631738 | | COMPASS |
| USA | USD | DE-03858 | 4V4NC9EH1JN993808 | | COMPASS |
| USA | USD | 16629 | 4V4NC9EH1KN201013 | | COMPASS |
| USA | USD | N201111 | 4V4NC9EH1KN201111 | | COMPASS |
| USA | USD | LMW5538 | 4V4NC9EH1KN202243 | | COMPASS |
| USA | USD | J237295 | 4V4NC9EH1KN899655 | | COMPASS |
| USA | USD | PN424963 | 4V4NC9EH1KN903932 | | COMPASS |
| USA | USD | 9036 | 4V4NC9EH1KN903963 | | COMPASS |
| USA | USD | INV-TPLLP-002255 | 4V4NC9EH1KN905616 | | COMPASS |
| USA | USD | INV-TPLLP-002634 | 4V4NC9EH1LN230982 | | COMPASS |
| USA | USD | 9162 | 4V4NC9EH1LN250732 | | COMPASS |
| USA | USD | PN580707 | 4V4NC9EH1NN312990 | | COMPASS |
| USA | USD | INV-1011 | 4V4NC9EH1NN601349 | | COMPASS |
| USA | USD | KSKG4343 | 4V4NC9EH1NN603358 | | COMPASS |
| USA | USD | KSKG4343 | 4V4NC9EH1PN612452 | | COMPASS |
| Canada | USD | 07961221005077 | 4V4NC9EH2FN186172 | | COMPASS |
| Canada | USD | 07961221005077 | 4V4NC9EH2FN919059 | | COMPASS |
| USA | USD | SGD8066 | 4V4NC9EH2GN934646 | | COMPASS |
| USA | USD | LMW5538 | 4V4NC9EH2GN954444 | | COMPASS |
| USA | USD | JSJJ0603 | 4V4NC9EH2GN959501 | | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EH2HN979460 | | COMPASS |
| USA | USD | DE-03858 | 4V4NC9EH2JN993798 | | COMPASS |
| USA | USD | 07961230724056 | 4V4NC9EH2KN196811 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | 16654 | 4V4NC9EH2KN200890 | | COMPASS |
| USA | USD | J964783 | 4V4NC9EH2KN903860 | | COMPASS |
| USA | USD | N904586 | 4V4NC9EH2KN904586 | | COMPASS |
| USA | USD | INV-TPLLP-002947 | 4V4NC9EH2LN225273 | | COMPASS |
| USA | USD | NSMZ6238 | 4V4NC9EH2LN231316 | | COMPASS |
| USA | USD | N251081 | 4V4NC9EH2LN251081 | | COMPASS |
| USA | USD | INV-TPLLP-003043 | 4V4NC9EH2NN288277 | | COMPASS |
| USA | USD | INV-TPLLP-002789 | 4V4NC9EH2NN603403 | | COMPASS |
| USA | USD | SKU7978 | 4V4NC9EH2NN603434 | | COMPASS |
| USA | USD | J307850 | 4V4NC9EH2NN603479 | | COMPASS |
| USA | USD | NSMZ6238 | 4V4NC9EH2PN310961 | | COMPASS |
| USA | USD | INV-TPLLP-003297 | 4V4NC9EH2PN603422 | | COMPASS |
| USA | USD | RJ353742 | 4V4NC9EH2RN631739 | | COMPASS |
| Canada | USD | 07961221005077 | 4V4NC9EH3FN919071 | | COMPASS |
| USA | USD | GJ983709 | 4V4NC9EH3HN965857 | | COMPASS |
| USA | USD | J307850 | 4V4NC9EH3JN893175 | | COMPASS |
| USA | USD | DE-03858 | 4V4NC9EH3JN993776 | | COMPASS |
| USA | USD | 16624 | 4V4NC9EH3KN200879 | | COMPASS |
| USA | USD | KN200989 | 4V4NC9EH3KN201000 | | COMPASS |
| USA | USD | N201147 | 4V4NC9EH3KN201062 | | COMPASS |
| USA | USD | N201076 | 4V4NC9EH3KN201076 | | COMPASS |
| USA | USD | N201147 | 4V4NC9EH3KN201174 | | COMPASS |
| USA | USD | 9089 | 4V4NC9EH3KN201370 | | COMPASS |
| USA | USD | 9155 | 4V4NC9EH3KN201398 | | COMPASS |
| USA | USD | 07961230925107 | 4V4NC9EH3KN902751 | | COMPASS |
| USA | USD | 07961230728089 | 4V4NC9EH3KN902927 | | COMPASS |
| USA | USD | SKU7978 | 4V4NC9EH3KN903849 | | COMPASS |
| USA | USD | 9186 | 4V4NC9EH3LN250716 | | COMPASS |
| USA | USD | 9036 | 4V4NC9EH3LN251039 | | COMPASS |
| USA | USD | 9233 | 4V4NC9EH3LN251168 | | COMPASS |
| USA | USD | 9233 | 4V4NC9EH3MN272801 | | COMPASS |
| USA | USD | INV-TPLLP-002222 | 4V4NC9EH3NN603281 | | COMPASS |
| Canada | USD | 07961221005077 | 4V4NC9EH4FN910007 | | COMPASS |

| | | | | |
|---|---|---|---|---|
| USA | USD | 8664 | 4V4NC9EH4JN992992 | COMPASS |
| USA | USD | N201111 | 4V4NC9EH4KN200972 | COMPASS |
| USA | USD | N904586 | 4V4NC9EH4KN201037 | COMPASS |
| USA | USD | 9177 | 4V4NC9EH4KN201393 | COMPASS |
| USA | USD | LMW5538 | 4V4NC9EH4KN213317 | COMPASS |
| USA | USD | INV-TPLLP-003580 | 4V4NC9EH4KN220526 | COMPASS |
| USA | USD | 07961230707092 | 4V4NC9EH4KN902757 | COMPASS |
| USA | USD | 07961230724049 | 4V4NC9EH4KN902774 | COMPASS |
| USA | USD | 07961231004081 | 4V4NC9EH4KN902872 | COMPASS |
| USA | USD | 9233 | 4V4NC9EH4LN251082 | COMPASS |
| USA | USD | INV-TPLLP-002823 | 4V4NC9EH4NN603404 | COMPASS |
| USA | USD | INV-TPLLP-003416 | 4V4NC9EH4NN603466 | COMPASS |
| USA | USD | INV-TPLLP-002756 | 4V4NC9EH5GN940781 | COMPASS |
| Canada | USD | 07961230621116 | 4V4NC9EH5GN949965 | COMPASS |
| USA | USD | DJD8758 | 4V4NC9EH5HN988542 | COMPASS |
| USA | USD | DE-03858 | 4V4NC9EH5JN993987 | COMPASS |
| USA | USD | 9162 | 4V4NC9EH5KN201435 | COMPASS |
| USA | USD | 07961230925107 | 4V4NC9EH5KN221085 | COMPASS |
| USA | USD | KSKG4343 | 4V4NC9EH5KN905618 | COMPASS |
| USA | USD | GJ983709 | 4V4NC9EH5LN212274 | COMPASS |
| USA | USD | N251081 | 4V4NC9EH5LN250765 | COMPASS |
| USA | USD | INV-TPLLP-002403 | 4V4NC9EH5NN603427 | COMPASS |
| USA | USD | NJ499819 | 4V4NC9EH5NN603430 | COMPASS |
| USA | USD | INV-TPLLP-002397 | 4V4NC9EH6FN190256 | COMPASS |
| USA | USD | J964783 | 4V4NC9EH6JN993044 | COMPASS |
| USA | USD | J964783 | 4V4NC9EH6JN993058 | COMPASS |
| USA | USD | DE-03858 | 4V4NC9EH6JN993786 | COMPASS |
| USA | USD | KN200872 | 4V4NC9EH6KN200794 | COMPASS |
| USA | USD | 16607 | 4V4NC9EH6KN201007 | COMPASS |
| USA | USD | 07961230707092 | 4V4NC9EH6KN213979 | COMPASS |
| USA | USD | LMW5538 | 4V4NC9EH6KN903344 | COMPASS |
| USA | USD | 9144 | 4V4NC9EH6KN903926 | COMPASS |
| USA | USD | J307850 | 4V4NC9EH6LN243551 | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | INV-TPLLP-003459 | 4V4NC9EH6LN260253 | | COMPASS |
| USA | USD | INV-1011 | 4V4NC9EH6MN273215 | | COMPASS |
| USA | USD | INV-TPLLP-002506 | 4V4NC9EH6NN305128 | | COMPASS |
| USA | USD | INV-1011 | 4V4NC9EH6NN601346 | | COMPASS |
| USA | USD | J237295 | 4V4NC9EH6NN603386 | | COMPASS |
| USA | USD | INV-TPLLP-003291 | 4V4NC9EH6PN603424 | | COMPASS |
| USA | USD | PN580707 | 4V4NC9EH6PN603472 | | COMPASS |
| Canada | USD | 07961221012080 | 4V4NC9EH7FN910003 | | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EH7JN887458 | | COMPASS |
| USA | USD | KN200872 | 4V4NC9EH7KN200996 | | COMPASS |
| USA | USD | KN200989 | 4V4NC9EH7KN201162 | | COMPASS |
| USA | USD | 07961230707092 | 4V4NC9EH7KN213909 | | COMPASS |
| USA | USD | 07961230823141 | 4V4NC9EH7KN213912 | | COMPASS |
| USA | USD | J307850 | 4V4NC9EH7LN230937 | | COMPASS |
| Canada | USD | SKS2155 | 4V4NC9EH8FN190260 | | COMPASS |
| USA | USD | N904586 | 4V4NC9EH8KN200859 | | COMPASS |
| USA | USD | 9162 | 4V4NC9EH8KN201445 | | COMPASS |
| USA | USD | INV-TPLLP-003588 | 4V4NC9EH8KN903829 | | COMPASS |
| USA | USD | J237295 | 4V4NC9EH8KN903863 | | COMPASS |
| USA | USD | J307850 | 4V4NC9EH8LN246970 | | COMPASS |
| USA | USD | N251081 | 4V4NC9EH8LN250775 | | COMPASS |
| USA | USD | INV-1011 | 4V4NC9EH8MN273216 | | COMPASS |
| USA | USD | INV-1011 | 4V4NC9EH8NN601350 | | COMPASS |
| USA | USD | LMW5538 | 4V4NC9EH8NN603342 | | COMPASS |
| USA | USD | J307850 | 4V4NC9EH8NN603373 | | COMPASS |
| USA | USD | J237295 | 4V4NC9EH8PN310964 | | COMPASS |
| USA | USD | INV-TPLLP-002990 | 4V4NC9EH8PN603473 | | COMPASS |
| Canada | USD | 07961221012080 | 4V4NC9EH9FN919074 | | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EH9HN979455 | | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EH9JN887459 | | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EH9JN887462 | | COMPASS |
| USA | USD | SLJ9021 | 4V4NC9EH9KN200966 | | COMPASS |
| USA | USD | 9155 | 4V4NC9EH9KN201440 | | COMPASS |

| USA | USD | J964783 | 4V4NC9EH9KN900213 | COMPASS |
| USA | USD | 07961230707092 | 4V4NC9EH9KN902849 | COMPASS |
| USA | USD | 9233 | 4V4NC9EH9LN251157 | COMPASS |
| USA | USD | KSKG4343 | 4V4NC9EH9PN613221 | COMPASS |
| USA | USD | LHE1980 | 4V4NC9EHXGN967698 | COMPASS |
| Canada | USD | 07961230621125 | 4V4NC9EHXHN976760 | COMPASS |
| USA | USD | INV-TPLLP-002783 | 4V4NC9EHXJN885719 | COMPASS |
| USA | USD | 8687 | 4V4NC9EHXJN993077 | COMPASS |
| USA | USD | N073176 | 4V4NC9EHXJN999400 | COMPASS |
| USA | USD | LMW5538 | 4V4NC9EHXKN193879 | COMPASS |
| USA | USD | KN200989 | 4V4NC9EHXKN200989 | COMPASS |
| USA | USD | N201110 | 4V4NC9EHXKN201110 | COMPASS |
| USA | USD | INV-TPLLP-003322 | 4V4NC9EHXKN898133 | COMPASS |
| USA | USD | INV-TPLLP-003602 | 4V4NC9EHXKN906229 | COMPASS |
| USA | USD | INV-TPLLP-003501 | 4V4NC9EHXMN246177 | COMPASS |
| USA | USD | INV-1011 | 4V4NC9EHXMN273217 | COMPASS |
| USA | USD | INV-TPLLP-002737 | 4V4NC9EHXNN305116 | COMPASS |
| USA | USD | NJ499819 | 4V4NC9EHXPN310965 | COMPASS |
| USA | USD | RJ353742 | 4V4NC9EHXRN639832 | COMPASS |
| USA | USD | GJ983709 | 4V4NC9EJ0FN174539 | COMPASS |
| USA | USD | SFX3923 | 4V4NC9EJ4FN188248 | COMPASS |
| USA | USD | INV-TPLLP-002344 | 4V4NC9EJ4LN237881 | COMPASS |
| USA | USD | INV-TPLLP-003202 | 4V4NC9EJ5NN310050 | COMPASS |
| USA | USD | GJ983709 | 4V4NC9EJ5PN307510 | COMPASS |
| USA | USD | INV-TPLLP-003495 | 4V4NC9EJXLN231003 | COMPASS |
| USA | USD | SJJ0649 | 4V4NC9TH0KN217318 | COMPASS |
| USA | USD | 6608 | 4V4WC9EG1KN198836 | COMPASS |
| USA | USD | 6609 | 4V4WC9EG2JN903075 | COMPASS |
| USA | USD | 6608 | 4V4WC9EG2KN212212 | COMPASS |
| USA | USD | 6610 | 4V4WC9EG4JN903076 | COMPASS |
| USA | USD | 6608 | 4V4WC9EG4KN198832 | COMPASS |
| USA | USD | 6608 | 4V4WC9EG6KN198833 | COMPASS |
| USA | USD | N208489 | 4V4WC9EH0KN208491 | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| USA | USD | N208489 | 4V4WC9EH0KN208555 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH0KN208569 | | COMPASS |
| USA | USD | J307850 | 4V4WC9EH0PN607408 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH1KN208533 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH1KN208564 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH1KN208578 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH2KN208489 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH2KN208508 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH2KN208556 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH2KN208573 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH3KN208548 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH3KN208551 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH3KN208579 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH4KN208526 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH4KN208557 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH4KN208560 | | COMPASS |
| USA | USD | 11328 | 4V4WC9EH4LN234982 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH5KN208549 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH5KN208552 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH5KN208566 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH6KN208558 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH7KN208553 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH7KN208567 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH7KN208570 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH8KN208495 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH8KN208559 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH8KN208576 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EH9KN208523 | | COMPASS |
| USA | USD | N208489 | 4V4WC9EHXKN208546 | | COMPASS |
| USA | USD | INV-TPLLP-003027 | 50XBE1825NA032484 | | COMPASS |
| USA | USD | G000430 | 527SR5320NM026258 | | COMPASS |
| Canada | CAD | RM037008 | 527SR5320RM037041 | | COMPASS |
| USA | USD | PM031746 | 527SR5321PM031746 | | COMPASS |

| | | | | | |
|---|---|---|---|---|---|
| Canada | CAD | RM037008 | 527SR5322RM037008 | | COMPASS |
| Canada | CAD | RM037008 | 527SR5322RM037042 | | COMPASS |
| USA | USD | W100423 | 527SR5323LL017654 | | COMPASS |
| USA | USD | INV-TPLLP-002395 | 527SR5323LL018335 | | COMPASS |
| USA | USD | G000430 | 527SR5323PM033403 | | COMPASS |
| Canada | CAD | RM037008 | 527SR5324RM037009 | | COMPASS |
| USA | USD | M031734 | 527SR5325PM031734 | | COMPASS |
| USA | USD | INV-TPLLP-003250 | 527SR5325PM033404 | | COMPASS |
| USA | USD | M017382 | 527SR5326KM017382 | | COMPASS |
| USA | USD | W701630 | 527SR5326LL017647 | | COMPASS |
| USA | USD | INV-TPLLP-002738 | 527SR5327JM012688 | | COMPASS |
| USA | USD | HT324122 | 527SR5329NL024711 | | COMPASS |
| Canada | CAD | RM037008 | 527SR5329RM037040 | | COMPASS |
| USA | USD | L008988 | 527SR532XHL008988 | | COMPASS |
| USA | USD | PM031746 | 527SR532XPM031745 | | COMPASS |
| USA | USD | LHC9365 | 5KJJBHD55GLHC9365 | | COMPASS |
| USA | USD | INV-TPLLP-002810 | 5KJJBHDR1JLJN2278 | | COMPASS |
| USA | USD | LHE1980 | 5KJJBHDR5GLHA8826 | | COMPASS |
| USA | USD | INV-TPLLP-002061 | 5KJJBHDR7JLJN2267 | | COMPASS |
| USA | USD | INV-TPLLP-002099 | 5KJJBWDR1NLND0878 | | COMPASS |
| Canada | USD | SGG9065 | 5PVNV8JV5D4S53359 | | COMPASS |
| Canada | USD | SGG9065 | 5PVNV8JV7D4S53511 | | COMPASS |
| Canada | USD | SGG9065 | 5PVNV8JV8D4S53498 | | COMPASS |
| USA | USD | M610945 | 5V8VA5329GM610945 | | COMPASS |
| USA | USD | M307793 | 5V8VC5321DM307793 | | COMPASS |
| USA | USD | KE144347 | 5V8VC5321NT200315 | | COMPASS |
| USA | USD | N6000844 | 5V8VC5322MM102242 | | COMPASS |
| USA | USD | T201052 | 5V8VC5324PT303098 | | COMPASS |
| USA | USD | M307793 | 5V8VC5326DM307790 | | COMPASS |
| USA | USD | INV-TPLLP-003330 | 5V8VC5327LM002068 | | COMPASS |
| USA | USD | INV-TPLLP-003045 | 5V8VC5329LT002658 | | COMPASS |
| USA | USD | T201052 | 5V8VC5329MT109887 | | COMPASS |
| USA | USD | GW701634 | 5V8VC5329NT206962 | | COMPASS |

| USA | USD | INV04001 | JHHSDM2H7HK005443 | COMPASS |
|-----|-----|----------|-------------------|---------|
| USA | USD | INV04001 | JHHSDM2H9JK007765 | COMPASS |
| USA | USD | R192024-TRL | LJRR53268C6000561 | COMPASS |

This is Exhibit "G" referred to in the Affidavit of Sue Santos sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

Mitsubishi HC Capital America Inc.
800 Connecticut Avenue, 4th Floor North
Norwalk, Connecticut 06854-1631

December 21, 2023

**Via Electronic Mail and FEDEX**
Tpine Leasing Capital LP
34880 Lyndon B. Johnson Fwy
Dallas, TX 75241
Attention: Mr. Chris Petersen
Email: chris@pridegroupenterprises.com

Pride Truck Sales LP
Pride Truck Sales Ltd.
Tpine Truck Rental Inc.
Tpine Leasing Capital Corporation
TPine Rental USA
6050 Dixie Road
Mississauga, Ontario LST 1A6
Attention:      Kav Hamzavi
E-mail:         kav@pridegroupenterprises.com

**RE:  NOTICE OF DEFAULTS AND RESERVATION OF RIGHTS**

Dear Sirs:

Reference is hereby made to (i) that certain Master Lease Receivables Sale and Assignment Agreement, dated as of May 25, 2021 (as amended, restated, supplemented or otherwise modified, the "Master Assignment Agreement") between Tpine Leasing Capital LP, a limited partnership organized under the law of the state of Delaware ("Tpine") and Mitsubishi HC Capital America Inc. (f/k/a Hitachi Capital America Corp.), a Delaware corporation ("MHCA"); (ii) that certain Servicing and Remarketing Agreement (the "Servicing Agreement") dated as of May 25, 2021 between MHCA and Tpine; (iii) that certain Second Amended and Restated Program Agreement ("Program Agreement") dated as of May 31, 2023 between MHCA and Tpine; (iv) that certain Floorplan and Security Agreement dated November 21, 2018 between Pride Truck Sales LP ("Pride Truck"), as dealer and MHCA (as successor by merger to Hitachi Capital America Corp.), as secured party (the "US Floorplan Agreement"); (v) that certain Master Purchase and Servicing Agreement dated as of March 23, 2023 between TPine Capital Leasing Corporation ("TCCL"), Mitsubishi HC Capital Canada, Inc. ("MHCCA" and, together with MHCA, "Mitsubishi"), Mitsubishi Capital Canada Leasing, Inc. and Pride Truck Sales Ltd. (the "Canadian MPSA"); and (vi) that certain Floorplan and Security Agreement dated March 23, 2023, between Pride Truck Sales Ltd., TLCC and TPine Truck Rental Inc., as dealers and MHCCA, as secured party (the "Canadian Floorplan Agreement" and together with the Master Assignment Agreement, the Servicing Agreement, the Program Agreement, the US Floorplan Agreement and the Canadian MPSA, the "Financing Documents").

Pursuant to Section 4.2(c) of the Master Assignment Agreement, Tpine represents and warrants that, except as set forth therein, none of the Lease Receivables and other Transferred Assets (each as defined under the Master Assignment Agreement) were assigned to any other Person or are subject to any lien other than that created thereby.

Page 2

MHCA was notified by Tpine on December 21, 2023 that certain Lease Receivables and Transferred Assets were also assigned to another third party purchaser or lender, and therefore, an Event of Default under Section 3.3(e) of the Master Assignment Agreement occurred (the "*Assignment Agreement Specified Default*"). The Assignment Agreement Specified Default is continuing and remains uncured.

Pursuant to Section 6.01(c) of the Servicing Agreement, an event of default shall occur upon a breach by Tpine of any of its obligations under the Assignment Agreement, therefore a Servicer Event of Default (as defined thereunder) has occurred thereunder (the "*Servicing Specified Default*"). The Servicing Specified Default is continuing and remains uncured.

Pursuant to Section 5.1(I) of the Program Agreement, Tpine represents and warrants that, it has not assigned or pledged any part of the rights assigned thereunder to anyone other than MHCA or its designees. MHCA was notified by Tpine on December 21, 2023 that certain Contracts assigned thereunder were also sold or assigned to another third party purchaser or lender, and therefore, an Event of Default under Section 7.1(a) of the Program Agreement occurred (the "*Program Agreement Specified Default*"). The Assignment Agreement Specified Default is continuing and remains uncured.

Pursuant to Section 7(n) of the US Floorplan Agreement, a Default (as defined therein) occurs if MHCA in good faith believes the prospect of payment of any Obligations (as defined therein) is impaired or it deems itself insecure. MHCA was notified by Pride Truck on December 21, 2023 that certain Collateral (as defined therein) was also sold or assigned to another third party purchaser or lender, and therefore, an Event of Default under Section 7(n) of the US Floorplan Agreement occurred (the "*US Floorplan Specified Default*"). The US Floorplan Specified Default is continuing and remains uncured.

Pursuant to Section 5.1(a) of the Canadian MPSA, TLCC represents and warrants that each Relevant Finance Contract that is described or otherwise identified in the related Purchase Summary is an Eligible Finance Contract as at the Related Purchase Date, and the definition of Eligible Finance Contract includes that upon the transfer thereof to the Purchaser, it will be owned by and be the property of the Purchaser, free and clear of Liens other than any Liens created by the Purchaser and the right of each Obligor to use the related Equipment (each of the foregoing capitalized terms as defined under the Canadian MPSA). MHCCA was notified by TLCC on December 21, 2023 that certain Purchased Assets were assigned to another third party purchaser or lender, and therefore, an Event of Termination under the Canadian MPSA has occurred (the "*Canadian MPSA Specified Default*"). The Canadian MPSA Specified Default is continuing and remains uncured.

Pursuant to Section 7(n) of the Canadian Floorplan Agreement, a Default (as defined therein) occurs if MHCCA in good faith believes the prospect of payment of any Obligations (as defined therein) is impaired or it deems itself insecure. MHCCA was notified by TLCC on December 21, 2023 that certain Collateral (as defined therein) was also sold or assigned to another third party purchaser or lender, and therefore, an Event of Default under Section 7(n) of the Canadian Floorplan Agreement occurred (the "*Canadian Floorplan Specified Default*", and together with the Assignment Agreement Specified Default, the Program Agreement Specified Default, the Servicing Agreement Specified Default, the US Floorplan Specified Default and the Canadian MPSA Specified Default, the "*Specified Defaults*"). The Canadian Floorplan Specified Default is continuing and remains uncured.

The Specified Defaults are not intended to be a statement of all defaults (howsoever defined) that may have occurred and be continuing under each of the Financing Documents. Mitsubishi reserves its right to provide subsequent notices of default. As a result of the Specified Defaults, Mitsubishi has the option to exercise those rights and remedies available to it under each of the applicable Financing Documents and applicable law. Without limiting the foregoing, Mitsubishi may elect to immediately initiate any and all rights and remedies, available to it under each of the applicable Financing Documents or otherwise, and hereby reserves its right to do so.

Page 3

For the avoidance of doubt, any failure or delay by Mitsubishi in exercising any right, power, or remedy under any applicable Financing Document, at law or in equity, or any acceptance of partial performance or partial payment (a) shall not operate as a waiver of such right, power, or remedy, nor shall any single or partial exercise of any such right, power, or remedy preclude any other or further exercise of such right, power, or remedy or the exercise of any other right, power, or remedy, and (b) shall not be sufficient, by itself or together with any other action or inaction by Mitsubishi to establish a course of dealing or course of conduct by Mitsubishi (with any such prior course of dealing or conduct, if any, hereby terminated).

This letter is not intended to be, nor shall it be construed as, a waiver of the Specified Defaults or any other Default, Event of Default, Event of Termination, Servicer Termination Event, term or condition of any Financing Document. No waiver of any term or requirement of any of the Financing Documents shall be effective unless it is in an express signed writing, and any express written waiver shall not be construed to imply any other or further waiver other than as specifically stated therein. Mitsubishi hereby reserves all of its rights and remedies under each of the Financing Documents and all applicable laws.

Very truly yours,

John M. Vande Moore
Chief Financial Officer

Cc:  Sulakhan Johal
     Jasvir Johal
     Pride Fleet Solutions Inc.
     Pride Group Holding Inc.
     Pride Group Logistics Ltd.
     2043002 Ontario Inc.
     2076401 Ontario Inc.
     Pride Group EV Sales Ltd.

This is Exhibit "H" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_Commissioner for Taking Affidavits (or as may be)_

**BLAIR MCRADU**

**Osler, Hoskin & Harcourt LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8
416.362.2111  MAIN
416.862.6666  FACSIMILE



Toronto

Montréal

Calgary

Ottawa

Vancouver

New York

March 7, 2024

**Blair McRadu**
Direct Dial: 416.862.4204
bmcradu@osler.com
Our Matter Number: 1204815

**SENT BY ELECTRONIC MAIL & REGISTERED MAIL**

Tpine Leasing Capital Corporation,
Pride Truck Sales Ltd.,
Tpine Truck Rental Inc.,
Pride Group Holdings Inc.,
Pride Group Logistics Ltd.
2043002 Ontario Inc.
Loadex Inc.
(together, the "**Debtors**")

6050 Dixie Road
Mississauga, Ontario
L5T 1A6

Attention: Mr. Sulakhan Johal

Dear Mr. Johal:

**Re:**    **Obligations of the Debtors**

As you know, Osler Hoskin & Harcourt LLP represents Mitsubishi HC Capital America, Inc. ("**MHCA**"), Mitsubishi HC Capital Canada, Inc. ("**MHCCA**"), and Mitsubishi HC Capital Canada Leasing, Inc. ("**MHCCL**", together with MHCA and MHCCA, "**Mitsubishi Capital**") in connection with the obligations of the Debtors to Mitsubishi Capital.[1] Our co-counsel are Chaitons LLP in Canada and Reed Smith LLP in the United States.

The Debtors are indebted to Mitsubishi Capital pursuant to, *inter alia*:

1.  the Second Amended and Restated Financing Offer dated December 23, 2022 and accepted on December 29, 2022, as amended December 29, 2022, as further

---

[1] For the sake of clarity, the demand and notice set forth herein does not include obligations owed to Mitsubishi HC Capital America, Inc. by Pride Truck Sales L.P., a Delaware limited partnership, under that certain Floorplan and Security Agreement dated November 21, 218, and Tpine Leasing Capital L.P., a Delaware limited partnership, under that certain Second Amended and Restated Program Agreement dated May 31, 2023 and that certain Master Lease Receivable Sale and Assignment Agreement dated as of May 25, 2021 and that certain Service and Remarketing Agreement dated as of May 25, 2021, all such agreements as amended through the date hereof

Page 2

amended March 16, 2023, and as further amended September 15, 2023 (as further amended, restated, amended and restated or otherwise modified from time to time, the "**Financing Offer**") between and among, *inter alia*, Pride Truck Sales Ltd., Tpine Truck Rental Inc., Tpine Leasing Capital Corporation, Pride Group Holdings Inc., Pride Group Logistics Ltd., and 2043002 Ontario Inc. (collectively, the "**Borrowers**") and MHCCA;

2. the Master Purchase and Servicing Agreement dated as of March 23, 2023, as amended December 14, 2023, among Tpine Capital Leasing Corporation, MHCCA, MHCCL and Pride Truck Sales Ltd. as guarantor (as further amended, restated, amended and restated or otherwise modified from time to time, the "**MPSA**");

3. lease agreements entered into from time to time between Tpine Leasing Capital Corporation and Tpine Truck Rental Inc. and purchased by Mitsubishi Capital on a fully serviced basis pursuant to the MPSA (collectively, the "**Truck Rental Leases**");

4. lease agreements entered into from time to time between Tpine Leasing Capital Corporation and Loadex Inc. and purchased by Mitsubishi Capital on a fully serviced basis pursuant to the MPSA (collectively, the "**Loadex Leases**" and together with the Truck Rental Leases, the "**Tpine Leases**");

5. the Floorplan and Security Agreement dated March 23, 2023, among Pride Truck Sales Ltd., Tpine Capital Leasing Corporation, Tpine Truck Rental Inc. and MHCCA (as further amended, restated, amended and restated or otherwise modified from time to time, the "**Floorplan Agreement**");

6. the demand promissory note dated December 29, 2022 in the principal amount of $696,762.00 granted to MHCCA by Tpine Truck Rental Inc. (the "**Freightliner Note**");

7. the undated demand promissory note in the principal amount of $263,118.59 granted by Tpine Truck Rental Inc. to MHCCA (the "**EV Charger Note**" and together with the Financing Offer, the Floorplan Agreement, the MPSA, the Tpine Leases, and the Freightliner Note, the "**Financing Documents**").

As security for the amounts advanced pursuant to the Financing Documents and otherwise owing thereunder, Mitsubishi Capital holds the following security:

    a.  the following general security agreements:

i.   a general security agreement dated June 5, 2018 granted by Tpine Capital Leasing Corporation in favour of MHCA and MHCCA;

ii.   a general security agreement dated June 5, 2018, granted by Pride Group Holdings Inc. in favour of MHCA and MHCCA;

iii.   a general security agreement dated June 5, 2018, granted by Pride Group Logistics in favour of MHCA and MHCCA;

iv.   a general secured agreement dated June 5, 2018, granted by Tpine Truck Rental Inc. in favour of MHCA and MHCCA;

v.   a general security agreement dated June 5, 2018, granted by Pride Truck Sales Ltd. in favour MHCA and MHCCA; and

vi.   a general security agreement dated June 5, 2018, granted by 2043002 Ontario Inc. in favour of MHCA and MHCCA,

b.   the general movable hypothec dated July 5, 2018 granted by the Debtors to MHCA, MHCCA and CLE Capital Inc.

c.   the Floorplan Agreement;

d.   the collateral assignment dated December 29, 2022, between Tpine Truck Rental Inc. and MHCCA;

e.   all other security granted to Mitsubishi Capital and not listed above.

(together, the "**Security**")

We refer to the notice of default and reservation of rights dated December 21, 2023, sent to the Debtors, by Mitsubishi Capital (the "**Default and Reservations of Rights Letter**") and which listed defaults under various agreements between the Debtors and Mitsubishi Capital. Such defaults included the Canadian MPSA Specified Default and the Canadian Floorplan Specified Default (as such are defined in the Default and Reservation of Rights Letter).

A number of further events of default have occurred under certain of the Financing Documents, including, without limitation, as a result of (i) the receipt by one or more of the Debtors of notices of default, demand and/or notices of intention to enforce security from, *inter alia*, Royal Bank of Canada, VFS Canada Inc. and HSBC Bank Canada, and (ii) the failure of the respective Debtors to pay when due the amounts owing under the Financing Documents.

Mitsubishi Capital hereby declares the entire principal amount of all advances under the Financing Documents, all accrued and unpaid interest thereon and any additional interest, fees, costs and other allowable charges accrued or accruing to date, as applicable, (collectively, the "**Indebtedness**") immediately due and payable.

Page 4

The Guarantors (as defined below) have guaranteed the repayment of the Indebtedness pursuant to the following guarantees:

1.    the guarantee dated July 6, 2018, among Pride Group Holdings Inc., Pride Group Logistics Ltd. Pride Truck Sales Ltd., Tpine Truck Rental Inc. 20430002 Ontario Inc. (in such capacity, collectively, the "**MPSA Guarantors**"), MHCA, MHCCA and CLE Capital Ltd. (the "**MPSA Guarantee**"); and

2.    the guarantee dated June 5, 2018, among Pride Group Holdings Inc., Pride Group Logistics Ltd., Tpine Leasing Capital Corporation 2043002 Ontario Inc. (in such capacity, collectively, the "**Floorplan Guarantors**" and together with the MPSA Guarantors, the "**Guarantors**"), MHCA and MHCCA (the "**Floorplan Guarantee**", together with the TLCC Guarantee, the "**Guarantees**").

Mitsubishi Capital hereby demands that the respective Borrowers and the Guarantors immediately pay to Mitsubishi Capital the full amount of the Indebtedness, which as at March 6, 2024 totals **CAD $32,768,077.91** and **USD $1,904,415.15**, broken down as follows:

| Agreement/Borrower | Amount owing |
|---|---|
| Floorplan Agreement: | |
| Pride Truck Sales Ltd. | CAD $2,995,402.07 |
| | USD $1,904,415.15 |
| Tpine Truck Rental Inc. | CAD $6,427,829.22 |
| MPSA | |
| Tpine Leasing Capital Corporation | CAD $15,042,948.78 |
| Tpine Leases | |
| Tpine Truck Rental Inc.[2] | CAD $6,070,352.52 |
| Loadex Inc.[2] | CAD $900,019.22 |

---

[2] Pursuant to the MPSA, Tpine Leasing Capital Corporation is also indebted to Mitsubishi Capital for these amounts.

Page 5

    <u>Freightliner Note</u>

        Tpine Truck Rental Inc.          CAD $701,029.67

    <u>EV Charger Note</u>

        Tpine Truck Rental Inc.          CAD $266,341.79

together with interest, fees, costs and other allowable charges accrued or accruing to date.[3]

This letter constitutes a demand for payment under the terms and conditions of the Financing Documents, the Guarantees, and the Security and is made without prejudice to Mitsubishi Capital's rights to make such further and other demands as it shall see fit for any other indebtedness or under any other security, including but not limited to the Debtor's indemnification obligations and obligations to maintain sufficient reserves as appropriate under the respective Financing Documents. Mitsubishi Capital reserves the right to claim all costs, expenses, and charges that it has incurred (whether or not presently determined) and will incur in relation to this matter against the Debtors in accordance with the terms of the Financing Documents, the Guarantees, the Security or otherwise.

Interest continues to accrue on the Indebtedness. If payment of the total amount of the Indebtedness plus accrued and accruing interest, fees, costs and other allowable charges to the date of payment is not received by our office before **5:00 pm (Toronto time) on March 17, 2024**, Mitsubishi Capital may take such further action, remedy or proceeding available to it under the Financing Agreements, the Guarantees, the Security and at law, equity or otherwise.

Payment can be made by wire transfer to "Osler, Hoskin & Harcourt, in trust" in accordance with the trust account wire instructions attached hereto as Appendix "A".

Concurrently with the delivery of this demand letter, we enclose a Notice of Intention to Enforce a Security pursuant to section 244 of the *Bankruptcy and Insolvency Act* (Canada), together with a form of Consent that the Debtors may execute and return to the undersigned.

This letter is provided to you with an express reservation of all rights and remedies with respect to any defaults that shall now exist or hereafter arise under the Financing Documents, Guarantees and Security, and at law, equity or otherwise.

---

[3] For the avoidance of doubt, the Indebtedness includes all of the Debtors' current and future obligations to address any shortfalls in funding of recourse accounts and reserve accounts.

Page 6

Yours very truly,

Blair McRadu

c:      Leanne Williams, *Thornton Grout Finnigan LLP*
        Marc Wasserman, *Osler, Hoskin & Harcourt LLP*
        Harvey Chaiton, *Chaitons LLP*
        Richard J. Tannenbaum, *Reed Smith LLP*

**APPENDIX "A"**

**TRUST ACCOUNT WIRE INSTRUCTIONS**

**Osler, Hoskin & Harcourt LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8
416.362.2111  MAIN
416.862.6666  FACSIMILE



# Guidelines for Transfers into Ontario Trust Account – Canadian Dollar Currency

Toronto

Montréal

Calgary

Ottawa

Vancouver

New York

**To avoid delays in processing, we <u>strongly</u> encourage ALL transfers into Osler, Hoskin & Harcourt LLP's trust accounts be done via a "<u>wire</u>" transfer. Transfers greater than $50,000 sent to Osler's trust account <u>must</u> be done via a wire transfer.**

For these purposes, a "wire" payment is defined as a payment transacted via the Lynx system, which is owned and operated by Payments Canada, Canada's high-value payment system.  A wire is considered a means of "electronic funds transfer" that meets the following criteria:

- a reference number
- the name of the financial institution or financial entity sending the funds
- the name of the financial institution or financial entity receiving the funds
- the date of the transfer of the funds
- the amount of funds transferred
- the currency of the funds transferred
- the name of the holder of the account from which the funds transferred are drawn; and
- the name of the holder of the account to which the funds transferred are deposited.

**Details for <u>Canadian dollar</u> currency wires sent to Osler's <u>Ontario</u> trust account:**

| | |
|---|---|
| Bank Account and Bank Address of Beneficiary | TD Canada Trust<br>55 King Street West<br>Toronto, Ontario<br>M5K 1A2<br>Canada |
| Account Name | Osler, Hoskin & Harcourt LLP, in trust |
| Swift Code | TDOMCATTTOR |
| Routing Number (Field 57) | //CC000410252 |
| Bank Code (0+institution number) | 0004 |
| Institution Number | 004 |
| Transit Number | 10252 (the last '2' may not be required at some banks) |
| Account Number | 0811818 |
| Reference | Please include matter number and/or name |
| Beneficiary Address: | 100 King Street West<br>Suite 6200<br>Toronto, Ontario<br>M5X 1B8<br>Canada |

***Note: Interest is not earned on trust funds while residing in this account***

Osler, Hoskin & Harcourt LLP
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8
416.362.2111  MAIN
416.862.6666  FACSIMILE



Toronto

Montréal

Calgary

Ottawa

Vancouver

New York

# Guidelines for Transfers into Ontario Trust Account – U.S. Dollar Currency

**To avoid delays in processing, we <u>strongly</u> encourage ALL transfers into Osler, Hoskin & Harcourt LLP's trust accounts be done via a "<u>wire</u>" transfer. Transfers greater than $50,000 sent to Osler's trust account <u>must</u> be done via a wire transfer.**

For these purposes, a "wire" payment is defined as a payment transacted via the Lynx system, which is owned and operated by Payments Canada, Canada's high-value payment system.  A wire is considered a means of "electronic funds transfer" that meets the following criteria:

- a reference number
- the name of the financial institution or financial entity sending the funds
- the name of the financial institution or financial entity receiving the funds
- the date of the transfer of the funds
- the amount of funds transferred
- the currency of the funds transferred
- the name of the holder of the account from which the funds transferred are drawn; and
- the name of the holder of the account to which the funds transferred are deposited.

**Details for <u>U.S. dollar</u> currency wires sent to Osler's <u>Ontario</u> trust account:**

| Bank Account and Bank Address of Beneficiary | TD Canada Trust<br>55 King Street West<br>Toronto, Ontario, Canada<br>M5K 1A2 |
|---|---|
| Account Name | Osler, Hoskin & Harcourt LLP, in trust |
| Swift Code | TDOMCATTTOR |
| Routing Number (Field 57) | //CC000410252 |
| Bank Code (0+institution number) | 0004 |
| Institution Number | 004 |
| Transit Number | 10252 |
| Account Number | 7301004 |
| Reference | Please include matter number and/or name |
| Beneficiary Address: | 100 King Street West<br>Suite 6200<br>Toronto, Ontario, Canada<br>M5X 1B8 |

*\*Note: Interest is not earned on trust funds while residing in this account*
*\*\*If your bank requires an Intermediary Bank to process this transaction, please contact us*

**BANKRUPTCY AND INSOLVENCY ACT**
**NOTICE OF INTENTION TO ENFORCE A SECURITY**
**(Section 244 and Rule 124)**

**TO:**  Tpine Leasing Capital Corporation, Pride Truck Sales Ltd., Tpine Truck Rental Inc., Pride Group Holdings Inc., Pride Group Logistics Ltd., and 2043002 Ontario Inc. (collectively, the "**Debtors**"), each an insolvent person

**TAKE NOTICE THAT:**

1.    Mitsubishi HC Capital Canada, Inc. and Mitsubishi HC Capital America, Inc. secured creditors (together, the "**Secured Creditors**"), intend to enforce their security on all of the Debtors' assets, undertakings and properties charged by the security described in paragraph 2 of this Notice.

2.    The security that is to be enforced is in the form of:

    f.    the following general security agreements:

        i.    a general security agreement dated June 5, 2018 granted by Tpine Capital Leasing Corporation in favour of the Secured Creditors;

        ii.    a general security agreement dated June 5, 2018, granted by Pride Group Holdings Inc. in favour of the Secured Creditors;

        iii.    a general security agreement dated June 5, 2018, granted by Pride Group Logistics in favour of the Secured Creditors;

        iv.    a general secured agreement dated June 5, 2018, granted by Tpine Truck Rental Inc. in favour of the Secured Creditors;

        v.    a general security agreement dated June 5, 2018, granted by Pride Truck Sales Ltd. in favour of the Secured Creditors; and

        vi.    a general security agreement dated June 5, 2018, granted by 2043002 Ontario Inc. in favour of the Secured Creditors;

        (collectively, the "**GSAs**")

    g.    the general movable hypothec dated July 5, 2018 granted by the Debtors to the Secured Creditors and CLE Capital Inc. (the "**Hypothec**");

    h.    the Floorplan and Security Agreement dated March 23, 2023 between and among Pride Truck Sales Ltd., Tpine Leasing Capital Corporation, Tpine Truck Rental Inc. and Mitsubishi HC Capital Canada, Inc. the "**Floorplan and Security Agreement**");

    i.    the collateral assignment dated December 29, 2022, between Tpine Truck Rental Inc. and Mitsubishi HC Capital Canada, Inc. (the "**Collateral Assignment**"); and

    j.    all other security granted to the Secured Creditors and not listed above.

    (together, the "**Security**")

3.  The total amount of indebtedness secured by the Security as of March 6, 2024  is in the amount of **CAD $32,768,077.91** and **USD $1,904,415.15** which amount is exclusive of further accruing interest, expenses and other costs, charges, fees and amounts owed under: (i) the Second Amended and Restated Financing Offer dated December 23, 2022 and accepted on December 29, 2022, as amended December 29, 2022, as further amended March 16, 2023 and as further amended September 15, 2023 between and among, among others, Mitsubishi HC Capital Canada, Inc., Pride Truck Sales Ltd., Tpine Truck Rental Inc., Tpine Leasing Capital Corporation, Pride Group Holdings Inc., Pride Group Logistics Ltd., and 2043002 Ontario Inc.; (ii) the Floorplan and Security Agreement; (iii) the Master Purchase and Servicing Agreement dated as of March 23, 2023, as amended December 14, 2023, among TPine Capital Leasing Corporation, Mitsubishi HC Capital Canada, Inc., Mitsubishi Capital Canada Leasing, Inc. and Pride Truck Sales Ltd.; (iv) lease agreements entered into from time to time between Tpine Leasing Capital Corporation and Tpine Truck Rental Inc. and purchased by the Secured Creditors on a fully serviced basis pursuant to the MPSA; (v) the demand promissory note dated December 29, 2022 in the principal amount of $696,762.00 granted to Mitsubishi HC Capital Canada, Inc. by Tpine Truck Rental Inc.; and the undated demand promissory note in the principal amount of $263,118.59 granted by Tpine Truck Rental Inc. to Mitsubishi HC Capital Canada, Inc.

4.  The Secured Creditors will not have the right to enforce the Security until after the expiry of the ten (10) day period after this notice is sent unless the Debtor consents to an earlier enforcement.

*[Remainder of page intentionally left blank]*

**DATED** at Toronto, Ontario this 7th day of March, 2024.

**MITSUBISHI HC CAPITAL CANADA, INC.**

**by its solicitors,**

**OSLER, HOSKIN & HARCOURT LLP**

**By:** _____
    **Name: Blair McRadu**

**MITSUBISHI HC CAPITAL AMERICA, INC.**

**by its solicitors,**

**OSLER, HOSKIN & HARCOURT LLP**

**By:** _____
    **Name: Blair McRadu**

## SCHEDULE "A"

Capitalized terms used in this Schedule "A" but not defined herein or in the Notice of Intention to Enforce a Security have the meaning given in the GSAs, the Floorplan and Security Agreement, the Hypothec, or the Collateral Assignment, as appropriate.

The Security consists of

(1) the Collateral (as defined in the GSAs), which includes all of each Debtor's right, title and interest in and to the collateral described in section 2.01 of the respective GSA and all registered documents pertaining to the GSA, which includes the whole of the undertaking of each Debtor and all of its property and assets, real and personal, movable and immovable, tangible and intangible, of every nature and kind whatsoever and wheresoever situate, both present and future, now or any time and from time to time owned by each Debtor or in which or in respect of which each Debtor has any interest or rights of any kind, including without limitation, accounts, inventory, equipment, chattel paper, instruments, intangibles and documents of title;

(2) the Collateral (as defined in the Floorplan and Security Agreement), which includes:

    a.  all personal property and Fixtures of the Floorplan Debtors, whether such property or Floorplan Debtor's right, title or interest therein or thereto is now owned or existing or hereafter acquired or arising, and wherever located, including without limitation, all inventory acquired by virtue of any extensions of credit under the Floorplan and Security Agreement, all Accounts, Inventory, Equipment, other Goods, Intangibles, Chattel Paper (whether tangible or electronic), Instruments (including Promissory Notes), Securities Accounts, Investment Property and all Proceeds of the foregoing, including insurance and insurance proceeds; and

    b.  all books and records, electronic or otherwise, which evidence or related to the foregoing personal property and fixtures, and all computers, disks, media and other devices in which such records are stored.

(3) The Mortgaged property (as defined in the Hypothec), which includes:

    a.  The universality of all movable property, present and future, corporeal and incorporeal;

    b.  All sums of money resulting form the sale, lease or other disposal of the Mortgaged property, all claims derived from the sale, leasing or other disposal of the Mortgaged property as well as all property acquired as a replacement thereof;

    c.  All insurance and expropriation proceeds payable with respect to the Mortgaged property; and

    d.  The principal, fruits and revenues of the Mortgaged property as well as any right attached thereto.

(4) The Collateral as described in the Collateral Assignment; and

(5) The motor vehicles and other serial numbered goods described in Schedule "B"

## SCHEDULE "B"

## MOTOR VEHICLE COLLATERAL

The Secured Creditors intend to enforce their security on the motor vehicles and other serial numbered goods corresponding to the following vehicle identification numbers and serial numbers, which are charged by the security described in Schedule "A" of the Notice of Intention to Enforce Security to which this schedule is attached:

| | | |
|---|---|---|
| T54HV-IT1-0222-144 | T54HV-HU1-0223-045 | 4V4NC9EG4HN986224 |
| T124-IT1-1322-038 | T124-HU1-2123-006 | 4V4NC9EG6HN986225 |
| T54HV-IT1-0922-062 | T184-IT3-0223-216 | 4V4NC9EH2HN979460 |
| T54HV-IT1-1022-305 | T54HV-IT1-0722-078 | 4V4NC9EG0GN948505 |
| T124-IT1-1322-060 | T54HV-IT1-4221-200 | 4V4NC9EH9JN887459 |
| T124-IT1-1622-054 | T54HV-IT3-0323-283 | 4V4NC9EH9HN979455 |
| T54HV-IT1-4221-155 | T54HV-IT3-0323-240 | 4V4NC9EG2HN986223 |
| T54HV-IT1-4221-192 | T54HV-IT3-0323-169 | 4V4NC9EH7FN910003 |
| T54HV-IT1-4221-195 | T54HV-IT3-4422-201 | 4V4NC9EH5FN922845 |
| T184-IT1-1122-102 | T124-IT1-1823-024 | 4V4NC9EG7FN918948 |
| TWBUL-HU1-1022-109 | T124-IT1-1823-022 | 4V4NC9EH2FN186172 |
| T54HV-IT1-4421-195 | T184-IT1-0423-304 | 4V4NC9EG7FN909165 |
| T54HV-IT3-0323-245 | T184-IT3-0423-268 | 4V4NC9EG6FN912946 |
| T54HV-IT3-0323-149 | T124-HU1-2023-024 | 1UYVS2530GG579038 |
| T54HV-IT3-0323-281 | T124-HU1-1823-006 | 5PVNV8JV8D4S53498 |
| T54HV-IT3-0323-186 | T54HV-HU1-0223-042 | 4V4NC9EH2FN919059 |
| T54HV-IT3-0323-235 | T54HV-HU1-0123-045 | 3AKJHHDR5KSKJ0032 |
| T124-IT1-1823-031 | T124-HU1-2123-003 | 4V4NC9EH9FN919074 |
| T54HV-IT1-5021-062 | T124-HU1-2123-005 | 4V4NC9EH0FN914779 |
| TWBUL-HU1-3721-048 | T54HV-IT3-0323-144 | 1UYVS2530FU186463 |
| T54HV-IT1-4221-084 | T54HV-IT3-0323-189 | 3AKJGLD59GSGZ6678 |
| T54HV-IT3-0323-175 | T124-IT3-1323-176 | 3AKJGEDV5FSGB5794 |
| T54HV-IT3-0323-187 | T124-IT3-1323-217 | 3AKJGLD57FSGB8961 |
| T124-IT1-1823-028 | T184-IT1-0423-294 | 3AKJHHDR0NSMF3859 |
| T124-IT3-1323-183 | T184-IT1-0423-295 | 4V4NC9EH4FN910007 |
| T184-IT1-0423-293 | T184-IT3-0323-280 | 4V4NC9EG4FN912928 |
| T184-IT1-0423-296 | T184-IT3-0323-282 | 4V4NC9EH3FN919071 |
| T184-IT3-0323-190 | T184-IT3-0323-237 | 4V4NC9EG6FN912929 |
| T184-IT3-0323-188 | T124-IT1-1823-008 | 3AKJGEDV6FSGB7425 |

| | | |
|---|---|---|
| T124-IT1-1823-014 | T124-IT1-1823-011 | 3AKJGEDV6FDGL1429 |
| T124-IT1-1823-003 | T54HV-HU1-0123-042 | 4V4NC9EG5FN909150 |
| T54HV-HU1-0223-052 | T54HV-HU1-0123-044 | 3AKJHHDR7NSMF3888 |
| T54HV-HU1-0223-051 | T124-HU1-2123-002 | 1XKYDP9X7PJ234922 |
| T124-HU1-2023-028 | T184-IT3-5122-225 | 1JJV532B6KL119901 |
| T124-HU1-2023-027 | T184-IT3-0223-203 | 5PVNV8JV5D4S53359 |
| T184-IT3-0423-180 | T54HV-IT3-0323-139 | 1FUJGLDR2DSBR0061 |
| T184-IT1-0423-274 | T54HV-IT3-0323-260 | 3AKJGEDV3FSGB5793 |
| T184-IT1-0423-297 | T124-IT1-1823-030 | 4V4NC9EG3FN912905 |
| T184-IT1-0423-299 | T124-IT1-1823-025 | 4V4NC9EH8FN190260 |
| T124-HU1-1823-004 | T124-IT3-1323-214 | 5PVNV8JV7D4S53511 |
| T124-HU1-1823-002 | T184-IT1-0423-303 | 1GRAA0627GW701383 |
| T124-IT1-1823-017 | T184-IT1-0723-224 | 3H3V532C0FT261028 |
| T124-IT1-1823-020 | T184-IT3-0323-218 | 3AKJHHDR9JSJT9562 |
| T124-HU1-2123-007 | T124-IT1-1823-010 | 1GRAA0628GW701389 |
| T124-HU1-2123-001 | T124-IT1-1823-015 | 3AKJHHDR4MSMA8180 |
| T184-IT3-0223-210 | T54HV-HU1-0123-041 | 527SR5329RM037040 |
| T54HV-IT1-4821-238 | T54HV-HU1-0223-049 | 527SR5320RM037041 |
| T54HV-IT3-4222-282 | T124-HU1-2023-029 | 3AKJHHDR4KSJX1188 |
| T54HV-IT-4422-197 | T184-IT3-0223-183 | 1XPBDP9X1PD852946 |
| T124-IT1-1823-026 | T54HV-IT3-0323-247 | 527SR5322RM037008 |
| T124-IT3-1323-150 | T54HV-IT3-0323-258 | 1UYVS2531P6964405 |
| T184-IT1-0723-141 | T54HV-IT3-0323-135 | 1UYVS2538P6964420 |
| T184-IT3-0423-172 | T54HV-IT3-0323-166 | 1FUJHHDR8MLMT9478 |
| T124-HU1-2023-026 | T124-IT1-1823-023 | 1FUJHHDR8NLMW8559 |
| T124-HU1-1823-001 | T124-IT1-1823-021 | 1UYVS2532M3427491 |
| T54HV-HU1-0123-043 | T184-IT3-0423-285 | 3AKJHHDR8MSMA8182 |
| T54HV-HU1-0223-048 | T184-IT3-0523-222 | 1FUJHHDR1MLMC2520 |
| T54HV-HU1-0223-044 | T124-HU1-2023-023 | 1UYVS2535L6840826 |
| T54HV-HU1-0223-047 | T124-HU1-1823-005 | 1FUJHHDR2NLMW7472 |
| 7SAYGDEE4NF573277 | T124-IT1-1823-016 | 1FVACXDT4EHFP5615 |
| T54HV-IT3-0323-266 | T54HV-HU1-0223-041 | 3AKJGLD13FSGJ2348 |
| T54HV-IT3-0323-262 | T54HV-HU1-0223-046 | 1FVACXDU1FHGE5352 |
| T54HV-IT3-4222-283 | T54HV-HU1-0223-050 | 527SR5324RM037009 |
| T124-IT1-1823-027 | T124-HU1-2123-004 | 527SR5322RM037042 |
| T54HV-IT1-4221-101 | T54HV-IT1-4221-187 | 3AKJHHDR0JSJK0592 |

| | | |
|---|---|---|
| T184-IT1-0423-269 | 4V4NC9EH7JN887458 | 1UYVS2534P6964415 |
| T184-IT1-0423-298 | 4V4NC9EG8GN960787 | 1FUJHHDR5MLMM2077 |
| T184-IT1-0623-141 | 4V4NC9EG5GN966627 | 1UYVS2535HU891052 |
| T124-HU1-2023-025 | 4V4NC9EH5GN949965 | 3AKJHHDR5MSMA8169 |
| T124-HU1-1823-003 | 4V4NC9EH0HN979473 | 3AKJHHDR8MSMC2034 |
| T124-IT1-1823-002 | 4V4NC9EH9JN887462 | 1XPBD48X9FD247314 |
| T54HV-HU1-0223-043 | 4V4NC9EHXHN976760 | |

**CONSENT TO EARLIER ENFORCEMENT OF SECURITY**
**(Subsection 244(2) and (2.1) of the *Bankruptcy and Insolvency Act*)**

TO:      **MITSUBISHI HC CAPITAL CANADA, INC. and MITSUBISHI HC CAPITAL AMERICA, INC. INC. (the "Secured Creditors")**

---

The undersigned hereby acknowledge receipt of the Secured Creditors' notice of their intention to enforce a security pursuant to Section 244 of the *Bankruptcy and Insolvency Act* (the "**BIA**").

Pursuant to sections 243(1.1)(a) and 244(2) of the BIA, the undersigned hereby consent to the immediate enforcement of the secured parties' security and hereby acknowledges and agrees that the secured parties shall not be required to refrain from enforcing their security for the 10-day period referred to in Section 244(1) of the BIA.

Dated this ___ day of _____ 2024.

Tpine Leasing Capital Corporation

By: _____

      Name:

      Title:

Pride Truck Sales Ltd.

By: _____

      Name:

      Title:

Tpine Truck Rental Inc.

By: _____

      Name:

      Title:

Pride Group Holdings Inc.


By: _____
     Name:
     Title:

Pride Group Logistics Ltd.


By: _____
     Name:
     Title:

2043002 Ontario Inc.


By: _____
     Name:
     Title:

This is Exhibit "I" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____
*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

## Governance Protocol

Pursuant to the Initial Order dated March 27, 2024 (as may be amended or restated from time to time), (i) Ernst & Young Inc. was appointed as Monitor (in such capacity, the "**Monitor**") of the Pride Entities[1] and (ii) RC Benson Consulting Inc. was appointed as Chief Restructuring Officer (in such capacity, the "**CRO**") of the Pride Entities.

The Pride Entities shall comply with this Governance Protocol set forth herein and shall cooperate with and assist the Monitor and the CRO in fulfilling their duties and obligations herein.

Pursuant to the duties and obligations set forth herein, the Monitor and CRO, in consultation with the Pride Entities, will review receipts, disbursements and other items of the Pride Entities.

In performing their duties and obligations herein, the Monitor, its counsel, and the CRO, shall consult with the Pride Entities, their counsel, and/or any relevant lender(s) or securitization party(ies) (together "**Financier(s)**"), or their counsel, as needed or appropriate.

### Vehicle Sales and Buyouts Reporting and Disbursements

1. On Monday of each week (or, if such Monday falls on a holiday, the next business day), the Pride Entities shall provide the Monitor and CRO with written reports (the "**Weekly Vehicle Sales Report**") listing:

   a) vehicles sold in the prior week, with the following information in respect of each sold vehicle: (i) the accompanying vehicle identification number ("**VIN**"), (ii) lease number, (iii) amount of funds received net of fees, costs, commissions and sales taxes (such amounts, the "**Vehicle Sale Proceeds**"), (iv) the applicable Financier(s) that had a registered security or other interest in such VIN or, based on the books and records of the Pride Entities (the "**Books and Records**"), have an entitlement to the Vehicle Sale Proceeds in priority to any other Financier(s), and (v) based on the Books and Records, the amounts owing to such priority Financier(s) in respect of such VIN; and

   b) vehicle buyouts in the prior week, with the following information in respect of each vehicle: (i) the accompanying VIN; (ii) lease number, (iii) amount of funds received net of fees, costs, commissions and sales taxes (such amounts, the "**Vehicle Buyout Proceeds**"), (iv) the applicable Financier(s) that had a registered security or other interest in such VIN and/or, based on the Books and Records, have an entitlement to the Vehicle Buyout Proceeds in priority to any other Financier(s); and (iv) based on the Books and Records, the amount owing to such priority Financier(s) in respect of such VIN.

---

[1] As defined in the Initial Order.

2. Prior to any disbursements being made by the Pride Entities in respect of the Vehicle Sale Proceeds and Vehicle Buyout Proceeds (together, "**Vehicle Proceeds**") to the applicable Financier(s) identified by the Pride Entities as entitled to same in the Weekly Vehicle Sales Report:

   a) the Monitor, together with its counsel, and in consultation with the CRO, will review the entitlement of the identified Financier(s) to the Vehicle Proceeds based on the Books and Records and otherwise review such proposed distribution of Vehicle Proceeds to the Financier(s) identified in the Vehicle Sales Report as having the entitlement (but, for greater certainty, shall not be required to obtain a legal opinion on the priorities of the proposed disbursement) and, subject to (b) below, approve the payment of such amounts to the respective Financier(s), up to the lesser of (i) the amount outstanding to the relevant Financier(s) in respect of the relevant VIN (based on the Books and Records, as reviewed by the Monitor), or (ii) the amount of the respective Vehicle Proceeds; and

   b) in the event a VIN listed in the Weekly Vehicle Sales Report was, based on (i) the Books and Records, and/or (ii) applicable VIN security searches, and/or (iii) claims or demands made in writing by any Financier as reviewed by the Monitor, pledged as collateral security, leased, assigned or an interest was otherwise granted or transferred to or for the benefit of two or more Financier(s) (a "**Multiple Collateral Vehicle (Sale)**"), the corresponding Vehicle Proceeds will be transferred to a bank account established by the Monitor to be held in trust (the "**Monitor's Trust Account**") pending determination of entitlement to such Vehicle Proceeds. The determination of entitlement to the Vehicle Proceeds of a Multiple Collateral Vehicle (Sale) will be conducted by the Pride Entities, in consultation with the Monitor, their respective counsel, and the CRO, in accordance with a protocol to be established by future order of the Court, which shall be developed in consultation with affected parties (the "**Entitlement Protocol**") or as otherwise agreed to between the Pride Entities, Monitor, CRO and affected Financier(s).

3. The Monitor shall make available to Financier(s) a copy of each Weekly Vehicle Sales Report as and when received from the Pride Entities and, as soon as practical following completion of the review contemplated in paragraph 2, a report on the amount of Vehicle Proceeds disbursed to Financiers and transferred to the Monitor's Trust Account correlated to the relevant VINs.

**Lease Payments and Soft Collections Reporting**

4. On the Monday of every second week (or, if such Monday falls on a holiday, the next business day) commencing April 15, 2024, the Pride Entities shall provide the Monitor and CRO with a report (the "**Lease Payments Report**") listing the itemized amounts that the Pride Entities have received through pre-authorized payments (including as servicer under securitizations or otherwise on behalf of third parties, but excluding collections that are to be reported upon pursuant to paragraph 5) from customers pursuant to leases (individually

a "**Lease Payment**" and collectively, the "**Lease Payments**"), along with: (i) the accompanying VIN, (ii)   lease number(s) to which each Lease Payment relates; (iii) name of lessee; (iv) applicable Financier(s) entitled to receipt of each Lease Payment (based on the Books and Records); and (v) proposed amounts to be distributed to the respective Financier(s).[2]

5.  On the Monday of every second week (or, if such Monday falls on a holiday, the next business day) commencing April 15, 2024, the Pride Entities shall provide the Monitor and CRO with a report (the "**Soft Collections Report**", and together with the Lease Payments Report, the "**Bi-Weekly Vehicle Lease Collections Report**") listing the itemized amounts that the Pride Entities have collected (including as servicer under securitizations or otherwise on behalf of third parties) from customers pursuant to leases other than those pre-authorized payments made to segregated trust accounts (each a "**Soft Collection**" and collectively, the "**Soft Collections**"), along with: (i) the accompanying VIN, (ii) lease number(s) to which each Soft Collection relates; (iii) name of lessee; (iv) applicable Financier(s) entitled to receipt of each Soft Collection (based on the Books and Records, as reviewed by the Monitor); and (v) proposed amounts to be paid to the respective Financier(s) (net of any fees, costs, commissions, and sales taxes).

**Lease Payment Disbursements**

6.  Prior to any disbursements being made by the Pride Entities from the Lease Payments to those Financier(s) and in the amounts identified in the Lease Payments Report, the Monitor (who, for greater certainty, shall not be required to obtain a legal opinion on the priorities of the proposed disbursement) will review the payments made by the top five customers (in total dollar amount of payments received) in the Lease Payments Report to confirm (i) the proposed amounts to be disbursed to such respective Financier(s); and (ii) the applicable Financier(s) entitled to receipt of such Lease Payments (based on the Books and Records, as reviewed by the Monitor), and such payments in the Lease Payments Report may be made with the Monitor's prior approval, subject to paragraphs 7 and 8 herein.

7.  In the event that the VIN pursuant to a lease listed in the Lease Payments Report was, based on the Books and Records, and/or applicable VIN security searches and/or claims or demands made in writing by any Financier, pledged as collateral security to two or more Financiers (a "**Multiple Collateral Vehicle (Lease)**"), then the corresponding Lease Payment(s) will be transferred to the Monitor's Trust Account pending determination of entitlement to such Lease Payment(s). In the event that a portion of the Lease Payments are received from a lessee who has made payments, without attribution to a particular VIN and who is indebted to the Pride Entities in respect of more than one Financier and with respect to more than one lender (an "**Unallocated Lease Payment**"), then the

---

[2] For certainty, Lease Payments received from pre-authorized payment shall not be included in a Lease Payments Report until five days have passed since the pre-authorized payment date.

corresponding Lease Payment(s) will be allocated to all such Financier(s) on a pro-rata basis based on the total amount outstanding due to each Financer(s).

8. The determination of entitlement to the Lease Payments in respect of a Multiple Collateral Vehicle (Lease) will be conducted by the Pride Entities, in consultation with the Monitor, their respective counsel, and the CRO, in accordance with the Entitlement Protocol, or as otherwise agreed to between the Pride Entities, Monitor, CRO and affected Financier(s).

**Soft Collections Disbursements**

9. Prior to any disbursements being made by the Pride Entities from the Soft Collections to Financiers identified in the Soft Collections Report as entitled to same, the Monitor (who, for greater certainty, shall not be required to obtain a legal opinion on the priorities of the proposed disbursement) will review the payments made by the top five customers (in total dollar amount of payments received) in the Soft Collections Report to confirm (i) the proposed amounts to be disbursed to such Financier(s); and (ii) the applicable Financier(s) entitled to receipt of such Soft Collections based on the Books and Records (as reviewed by the Monitor), and such payments in the Soft Collections Report may be made with the Monitor's prior approval, subject to paragraphs 10 and 11 herein.

10. In the event that the vehicle pursuant to a lease listed in the Soft Collections Report was, based on the Books and Records and/or applicable VIN security searches and/or claims or demands made in writing by any Financier, a Multiple Collateral Vehicle (Lease), then the corresponding Soft Collection(s) will be transferred to the Monitor's Trust Account pending determination of entitlement to such Soft Collections. Additionally, all Soft Collections in the Soft Collections Report related to a securitized lease will be held by the Monitor in trust pending entitlement to such proceeds. In the event that a portion of the Soft Collections are collected from a lessee without attribution to a particular VIN and who is indebted to Pride Entities, Tpine USA Funding I LLC, Tpine USA Funding II LLC, Tpine USA Funding III LLC, Tpine USA Funding V LLC, or TPine Canada Securitization LP in respect of more than one lease and with respect to more than one Financier (an "**Unallocated Soft Collection**"), then the corresponding Soft Collection(s) will be allocated to all such Financier(s) on a pro-rata basis based on total amount outstanding due to each Financer(s).

11. The determination of entitlement to the Soft Collections in respect of a Multiple Collateral Vehicle (Lease) will be conducted by the Pride Entities, in consultation with the Monitor, their respective counsel, and the CRO, in accordance with the Entitlement Protocol, or as otherwise agreed to between the Pride Entities, Monitor, CRO and affected Financier(s).

**General**

12. The Monitor shall make available to Financier(s) a copy of each Bi-Weekly Vehicle Lease Collections Report as and when received from the Pride Entities and, as soon as practical following completion of the review contemplated in paragraph 3, a report on the amount of Lease Payments disbursed to Financier(s) and transferred to the Monitor's Trust Account correlated to the relevant leases.

13. The Pride Entities shall be entitled but not required to pay all reasonable expenses incurred by the Pride Entities in carrying on their business lines in the ordinary course. With respect to any such payment in excess of $100,000, and all payments outside of the business operations in the ordinary course, such disbursements shall only be made with the prior consent of the Monitor and CRO.

14. Commencing as soon as practical following issuance of the Initial Order and thereafter, on a biweekly basis, the Pride Entities shall provide to the Monitor and CRO together with each Weekly Vehicle Sales Report a written reconciliation of (i) Vehicle Proceeds and Lease Payments and related disbursements in the prior week, to (ii) the Pride Entities' actual cash flow statements.

15. Following issuance of the Initial Order, the Pride Entities, in consultation with the CRO and Monitor, shall track vehicle deposits and downpayments received by the Pride Entities in respect of any vehicle, along with the return of such deposits or downpayments in the event that such vehicle is not ultimately sold or leased to such customer.

16. The Monitor shall be entitled to seek the advice and direction of the Court in respect of its obligations hereunder, and may decline to provide consent to any disbursement by the Pride Entities, in its sole discretion, subject to the direction of the Court.

17. The CRO, the Monitor, and their respective employees, advisors and other representatives acting in such capacities shall not incur any liability or obligation as a result of the CRO and/or Monitor carrying out the provisions of this Governance Protocol, save and except for any gross negligence or wilful misconduct on their part. The Monitor shall have all of the protections under the CCAA in carrying out its duties and obligations hereunder.

This is Exhibit "J" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_Commissioner for Taking Affidavits (or as may be)_

**BLAIR MCRADU**

**Osler, Hoskin & Harcourt LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8
416.362.2111  MAIN
416.862.6666  FACSIMILE



Toronto

Montréal

Calgary

Ottawa

Vancouver

New York

May 1, 2024

Blair McRadu
Direct Dial: 416.862.4204
bmcradu@osler.com

**Sent By Electronic Mail**

**Blakes, Cassels & Graydon LLP**
199 Bay Street, Suite 4000
Toronto, ON M5L 1A9

**RC Benson Consulting Inc.**

Attention:     Randy Benson

Attention:     Pamela Huff
                        Chris Burr

**Thornton Grout Finnigan LLP**
100 Wellington Street ,West Suite 3200
Toronto, ON M5K 1K7

Attention:     Leanne Williams
                        Rachel Nicholson

Dear Sirs/Mesdames,

Re:     **The *Companies' Creditors Arrangement Act* ("CCAA") proceedings of Pride Group Holdings Inc. et al (collectively, the "Pride Entities" and each a "Pride Entity")**

As you know, Osler, Hoskin & Harcourt LLP represents Mitsubishi HC Capital America, Inc. ("**MHCA**"), Mitsubishi HC Capital Canada, Inc. ("**MHCCA**"), and Mitsubishi HC Capital Canada Leasing, Inc. ("**MHCCL**", together with MHCA and MHCCA, "**Mitsubishi Capital**") in connection with the obligations of the Pride Entities to Mitsubishi Capital. Our co-counsel are Chaitons LLP in Canada and Reed Smith LLP in the United States. Capitalized terms not otherwise defined herein have the meaning given in the Amended and Restated Initial Order granted in these proceedings and the draft Governance Protocol circulated by counsel to the Monitor on Monday, April 22, 2024.

We write to you further to the ongoing discussions between Mitsubishi Capital and the Monitor, CRO and the Pride Entities regarding, among other things:

(1) the proposed Governance Protocol;

(2) the sale by the Pride Entities of: (i) assets financed by Mitsubishi Capital under the Floorplan Agreements (as defined below); and (ii) Mitsubishi Capital's Securitization Party Assets;

OSLER

(3) the Pride Entities' collection of lease payments and repossession of vehicles relating to Mitsubishi Capital's Securitization Party Assets;

(4) the Factoring Agreement (as defined below);

(5) Mitsubishi Capital's collection of its assets for monetization outside of the CCAA proceedings;

(6) Information on Multiple Collateral Vehicles in which Mitsubishi Capital has an interest; and

(7) Information on the funds held in trust for Mitsubishi Capital on account of the post-sale vehicle equity in respect of: (i) Mitsubishi Capital's Securitization Party Assets; and/or (ii) assets financed by Mitsubishi Capital under the Floorplan Agreements (as defined below).

Mitsubishi Capital is the largest single secured creditor of the Pride Entities, with total exposure in excess of $300 million. The Pride Entities are indebted to Mitsubishi Capital under a number of agreements, including but not limited to:

i.    the Floorplan and Security Agreement dated March 23, 2023, among Pride Truck Sales Ltd., TLCC, Tpine Truck Rental Inc. and MHCCA (as further amended, restated, amended and restated or otherwise modified from time to time, the "**Canadian Floorplan Agreement**");

ii.    the Floorplan and Security Agreement dated November 21, 2018 between and among Pride Truck Sales L.P. and MHCA (as further amended, restated, amended and restated or otherwise modified from time to time, the "**US Floorplan Agreement**" and together with the Canadian Floorplan Agreement and any other agreements entered into between and among Mitsubishi Capital, or any affiliate or predecessor in interest, and any Pride Entities, to provide floorplan financing, the "**Floorplan Agreements**");

iii.    the Master Purchase and Service Agreement dated March 23, 2023, and amended December 14, 2023, between TPine Leasing Capital Corporation, Pride Truck Sales Ltd., MHCCA and MHCCL (as further amended, restated, amended and restated or otherwise modified from time to time, and together with any other prior agreement between Mitsubishi Capital, or any affiliate or predecessor in interest, and any Pride Entities which provides for the purchase of securitized leases, the "**MPSA**"); and

iv.    the Credit Agreement dated as of May 13, 2022 between Tpine Financial Services Inc. and MCCA (as further amended, restated, amended and

OSLER

restated or otherwise modified from time to time, the "**Factoring Agreement**").

Governance Protocol

Mitsubishi Capital intends to propose revisions to the Governance Protocol to address the right of Financiers to collect assets in which they have a first-ranking security interest and which are not Multiple Collateral Vehicles and will provide language to counsel for the Monitor in due course.

Sale of Assets

Mitsubishi Capital has informed the Monitor, Pride Entities and CRO that it has declined to have the Pride Entities sell any of its Securitization Party Assets or any of the assets it has financed under the Floorplan Agreements, other than those limited sales which it has already given specific consent, which for the avoidance of doubt, shall not include any auction sales.

Mitsubishi Capital requests that the Monitor and CRO confirm the status quo regarding sales of Mitsubishi Capital's Securitization Party Assets and vehicles financed by Mitsubishi under the Floorplan Agreements, namely that the Pride Entities will not sell any such assets without Mitsubishi Capital's specific consent, including with respect to the sale price and commission in respect of same.

Collection of Lease Payments and Repossession of Securitization Assets

Mitsubishi Capital has fully transitioned the servicing of the leases for its Securitization Party Assets. As discussed, all Lease Payments should be sent to Mitsubishi Capital and the Pride Entities should not be accepting or collecting any Lease Payments or Soft Collections in respect of such leases. The Pride Entities must direct any lessees attempting to make payments in respect of such leases to instead make payments to Mitsubishi Capital. Further, the Pride Entities must immediately cease repossessing any of Mitsubishi Capital's Securitization Party Assets.

Any funds received in respect of leases serviced by Mitsubishi Capital must also be released to Mitsubishi immediately. Any vehicles repossessed by the Pride Entities in respect of such leases must be released to Mitsubishi Capital as soon as possible, as discussed further below.

OSLER

The Factoring Funds

Mitsubishi Capital requests that the CRO and Monitor confirm the balance of funds in the blocked accounts with Royal Bank of Canada into which proceeds from the Factoring Agreement are deposited.

Collection of Assets

A field audit of Mitsubishi Capital's assets has found deterioration of Mitsubishi Capital's collateral. Mitsubishi Capital had previously accepted the Pride Entities' offer to collect all of its assets and dispose of them directly and, given the results of the field audit, would like to collect as soon as possible:

     a)      all of its Securitization Party Assets; and

     b)      all vehicles financed by Mitsubishi Capital in which it has a first-ranking security interest and with are not Multiple Collateral Vehicles.

Attached as Exhibit "A" hereto is a non-exhaustive list of assets of Mitsubishi Capital, which includes only those assets that the CRO has confirmed are in existence and are not Multiple-Collateral Vehicles. For the avoidance of doubt, the list attached in Exhibit "A" is provided for the convenience of the Monitor and CRO only and is not in any way a complete representation of Mitsubishi Capital's ownership or security interests.

We would appreciate the CRO's and Monitor's assistance in this regard. Mitsubishi Capital appreciates that the Monitor must complete its security review before Floorplan Agreement assets can be released but would appreciate a response on the expected timing for this review, and steps the CRO and Monitor will take to protect against any further parts stripping and/or collateral deterioration, no later than Friday, May 3, 2024 so it can prepare and start the process to collect, store and dispose of its assets. Time is of the essence, especially given the results of the field audit, and Mitsubishi Capital has requested its assets some time ago.

Multiple Collateral Vehicles

Mitsubishi Capital also requests that the Monitor provide a list of the Multiple Collateral Vehicles in which Mitsubishi Capital has an interest.

Accounting of Vehicle Equity in Trust

The Pride Entities have sold certain of Mitsubishi Capital's Securitization Party Assets and/or assets financed by Mitsubishi Capital under the Floorplan Agreements, and the Monitor holds in trust the proceeds of such sales in excess of the amount owed to

OSLER

Mitsubishi Capital in respect of that specific vehicle. Mitsubishi Capital requests that the Monitor provide it with a weekly accounting of such funds.

We look forward to your prompt response to the foregoing. Please do not hesitate to contact the undersigned with any questions.

Yours very truly,

Blair McRadu
Associate

BM:



Page 6

**Exhibit "A"**
**Non-Exhaustive List of Mitsubishi Capital's Current Assets**


Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Desccription | Model | model year | Category |
|---|---|---|---|---|---|---|
| 690195 | 1M2AX16CXHM036916 | USED | Mack | 800 | 2017 | REPO |
| 690191 | 1FUJHHDR0KLJZ9016 | USED | FREIGHTLINER | CASCADIA | 2019 | REPO |
| 690123 | 4V4NC9EH0NN292750 | USED | Volvo | 760 | 2022 | REPO |
| 690119 | 1UYVS253XL6915021 | USED | Utility | REEFER | 2020 | REPO |
| 690079 | 1FUJHHDR8PLNV7695 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 690067 | 3AKJHHDRXNSNG1468 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690011 | 1FUJHHDRXPLNV7844 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 690007 | 1FUJHHDR8PLNV7843 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 689943 | 4V4NC9EH9PN320337 | USED | VOLVO | 760 | 2023 | REPO |
| 689939 | 4V4NC9EH5PN320335 | USED | VOLVO | 760 | 2023 | REPO |
| 689883 | 1UYVS3531L2879412 | USED | UTILITY | REEFER | 2020 | REPO |
| 689871 | 4V4NC9EH3NN292757 | USED | VOLVO | 760 | 2022 | REPO |
| 671309 | 3AKJHHDR8KSKA1255 | USED | FREIGHTLINER | Cascadia | 2019 | REPO |
| 690395 | 1JJV532D9GL919360 | USED | Wabash | DRY VAN | 2016 | REPO |
| 690391 | 527SR5327GM008116 | USED | Vanguard | REEFER | 2016 | REPO |
| 690323 | 3HSDZAPR4KN043310 | USED | International | LT625 | 2019 | REPO |
| 690319 | 3HSDZAPR1PN817651 | USED | International | LT625 | 2023 | REPO |
| 690263 | 1XPBDP9X3PD852950 | USED | Peterbilt | 579 ULTRA | 2023 | REPO |
| 690251 | 1DW1A5321HB753509 | USED | Stoughton | DRY VAN | 2017 | REPO |
| 671349 | 4V4NC9EH0JN993072 | USED | VOLVO | 670 RED | 2018 | REPO |
| 671361 | 3AKJHHDR3LSKW9002 | USED | FREIGHTLINER | Cascadia | 2020 | REPO |
| 671229 | 1FUJHHDR7MLMA7424 | USED | FREIGHTLINER | Cascadia | 2021 | REPO |
| 671237 | 1FUJHHDR2NLMV7539 | USED | FREIGHTLINER | Cascadia | 2022 | REPO |
| 671365 | 3AKJHHDR6LSKX0516 | USED | FREIGHTLINER | Cascadia | 2020 | REPO |
| 671341 | 4V4NC9EH3JN889871 | USED | VOLVO | 760 WHITE | 2018 | REPO |
| 671253 | 3AKJHHDR8MSMA8179 | USED | FREIGHTLINER | Cascadia | 2021 | REPO |
| 671313 | 3AKJHHDR9KSKE4230 | USED | FREIGHTLINER | Cascadia | 2019 | REPO |
| 671353 | 4V4NC9EH0JN993069 | USED | VOLVO | 670 RED | 2018 | REPO |
| 671285 | 4V4NC9EH4JN994015 | USED | VOLVO | DAY CAB | 2018 | REPO |
| 671281 | 3AKJHHDR4NSNG1465 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 671225 | 1FUJHHDR1MLMA7421 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 671305 | 3AKJHHDR5JSJC9851 | USED | FREIGHTLINER | Cascadia | 2018 | REPO |
| 690171 | 4V4NC9EH5KN211057 | USED | Volvo | 760 | 2019 | REPO |
| 690143 | 1UYVS2530N7548420 | USED | Utility | DRY VAN | 2022 | REPO |
| 690087 | 4V4NC9TH1KN220633 | USED | VOLVO | 760 | 2019 | REPO |
| 690059 | 1XPBD49XXPD841474 | USED | PETERBILT | 579 | 2023 | REPO |
| 690031 | 1FUJHLDR3PLNV8014 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 690015 | 1FUJHHDR9PLNV7723 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 689987 | 1FUJHHDR5NLMW8700 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 689959 | 3AKJHHDR3NSMW4651 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 689935 | 1FUJHHDR1PLNV7828 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 689919 | 1XKYD49X0PJ256890 | USED | KENWORTH | T-680 | 2023 | REPO |
| 689891 | 1FUJHHDRXMLMM2110 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 689863 | 3HSDZAPR1PN439282 | USED | 3HSDZAPR1PN439282 | LT625 | 2023 | REPO |
| 671257 | 1FUJHHDR5MLMT9504 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 671317 | 1FUJHHDR5KLKE3619 | USED | FREIGHTLINER | CASCADIA | 2019 | REPO |
| 671325 | 3AKJHHDR3JSJS2675 | USED | FREIGHTLINER | CASCADIA | 2019 | REPO |
| 690415 | 1XPXD49X9ND793274 | USED | Peterbilt | 389 | 2022 | REPO |
| 690343 | 1XKYDP9X5PJ233882 | USED | Kenworth | T680 | 2023 | REPO |
| 690315 | 3HSDZAPR5PN817653 | USED | International | LT625 | 2023 | REPO |


Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Desciption | Model | model year | Category |
|----|-------------------|-----------|------------|-------|------------|----------|
| 690271 | 3AKJHHDR8NSMW5519 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690243 | 1FUJHHDR8NLMW8903 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690215 | 3HSDZAPR2PN767410 | USED | International | LT625 | 2023 | REPO |
| 690163 | 1JJV532D7FL867970 | USED | WABASH | CASCADIA | 2015 | REPO |
| 690155 | 1FUJHHDR0LLKU7292 | USED | FREIGHTLINER | CASCADIA | 2020 | REPO |
| 690115 | 3AKJHHDR4NSMV7577 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690107 | 1FUJHHDR1NLMW8404 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690099 | 1FUJHHDR9NLMV7540 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690047 | 1XPBD49X1PD865226 | USED | PETERBILT | 579 | 2023 | REPO |
| 690039 | 1XPBDP9X6PD873470 | USED | PETERBILT | 579 | 2023 | REPO |
| 689979 | 3AKJHHDR1PSUJ8416 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 689971 | 1FUJHHDR0NLNB6101 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 689915 | 1FUJHHDR0MLMM2102 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 689907 | 1XKYD49X4PJ256889 | USED | KENWORTH | T-680 | 2023 | REPO |
| 689847 | 1FUJHHDR2MLMM2070 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 689839 | 1FUJHHDR4MLMM2068 | USED | FREIGHTLINER | PT126SLP | 2021 | REPO |
| 690203 | 3HSDZTZR2PN357375 | USED | International | LT 625 | 2023 | REPO |
| 690183 | 1XPXD49X1MD752250 | USED | PETERBILT | 389 | 2021 | REPO |
| 690175 | 1JJV532D6NL202279 | USED | WABASH | DRY VAN | 2022 | REPO |
| 690167 | 4V4NC9EH4PN320424 | USED | VOLVO | 760 | 2023 | REPO |
| 690027 | 3AKJHHDR1NSNG6137 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690019 | 1FUJHHDR7NLMW8892 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 689991 | 1FUJHHDR6NLMW8494 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 689983 | 3AKJHHDR8PSUJ8414 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 689895 | 1FUJHHDR3MLMT9484 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 689887 | 3HSDZAPRXRN121101 | USED | INTERNATIONAL | LT625 | 2024 | REPO |
| 689867 | 1FUJHHDRXMLMT9501 | USED | FREIGHTLINER | LT625 | 2021 | REPO |
| 689859 | 1FUJHHDR3PLNV7698 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 690199 | 3AKJHHDRXJSJV8282 | USED | FREIGHTLINER | CASCADIA | 2018 | REPO |
| 690187 | 1FUJHHDR2MLMM2232 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 690131 | 1FUJHHDR5MLMM2189 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 690127 | 4V4NC9EH8NN320343 | USED | VOLVO | 760 | 2022 | REPO |
| 690075 | 4V4NC9EH6PN341131 | USED | VOLVO | 760 | 2023 | REPO |
| 690071 | 4V4NC9EHXPN341133 | USED | VOLVO | 760 | 2023 | REPO |
| 690003 | 1FUJHHDR6PLNV7842 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 689999 | 3AKJHHDR8NSMW4659 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 689951 | 1XKYD49XXPJ217871 | USED | KENWORTH | T-680 | 2023 | REPO |
| 689947 | 1FUJHHDR3PLNV7829 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 689879 | 4V4NC9EH5NN292775 | USED | VOLVO | 760 | 2022 | REPO |
| 689875 | 1XPBD49X2PD841467 | USED | PETERBILT | 579 | 2023 | REPO |
| 690159 | 1FUJHHDR3LLKU7223 | USED | FREIGHTLINER | CASCADIA | 2020 | REPO |
| 690151 | 1FUJHHDR7LLKU7290 | USED | FREIGHTLINER | CASCADIA | 2020 | REPO |
| 690111 | 1FUJHHDR2NLMW8489 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690103 | 1FUJHHDR1NLMW8418 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690043 | W1XPBDP9X6PD873470 | USED | PETERBILT | 579 | 2023 | REPO |
| 690035 | 1XKYDP9X4PJ952914 | USED | KENWORTH | T-680 | 2023 | REPO |
| 689975 | 3AKJHHDR5PSUJ8418 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 689967 | 4V4NC9EH9NN305723 | USED | VOLVO | 760 | 2022 | REPO |
| 689911 | 1FUJHHDR2MLMM2103 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 689903 | 1FUJHHDR8MLMM2171 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |

EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up



| ID | VIN/SERIAL NUMBER | CONDITION | Desciption | Model | model year | Category |
|----|-------------------|-----------|------------|-------|------------|----------|
| 689851 | 3AKJHHDR3RSVG7540 | USED | FREIGHTLINER | CASCADIA | 2024 | REPO |
| 689843 | 1FUJHHDR4MLMM2071 | USED | FREIGHTLINER | Cascadia | 2021 | REPO |
| 690147 | 1FUJHHDR2LLKU7276 | USED | FREIGHTLINER | CASCADIA | 2020 | REPO |
| 690139 | 1UYVS2532N7548421 | USED | UTILITY | DRY VAN | 2022 | REPO |
| 690091 | 1XPBD49X0RD655767 | USED | PETERBILT | 579 | 2024 | REPO |
| 690083 | 3HSDZAPRXPN121113 | USED | INTERNATIONAL | LT625 | 2023 | REPO |
| 690063 | 1XKYD49X4PJ217865 | USED | KENWORTH | T-680 | 2023 | REPO |
| 690055 | 1FUJHHDR7PLNV7851 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 689963 | 4V4NC9EH0NN305724 | USED | VOLVO | 760 | 2022 | REPO |
| 689931 | 1XKYD49X9PJ264969 | USED | KENWORTH | T-680 | 2023 | REPO |
| 689923 | 3AKJHHDR0NSNG1463 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690427 | 3AKJHTDV3KSKA1180 | USED | FREIGHTLINER | CASCADIA | 2019 | REPO |
| 690419 | 1XKYD49X3NJ148700 | USED | KENWORTH | T-680 | 2022 | REPO |
| 690359 | 1FUJHHDRXKLKG8077 | USED | FREIGTHLINER | CASCADIA | 2019 | REPO |
| 690351 | 1FUJGLDR6HLHH3129 | USED | FREIGTHLINER | CASCADIA | 2017 | REPO |
| 690299 | 1JJV532D1PL326298 | USED | WABASH | DRY VAN | 2023 | REPO |
| 690291 | 4V4NC9EH2LN241473 | USED | VOLVO | 760 | 2020 | REPO |
| 690231 | 3AKJHHDR4KSKA1219 | USED | FREIGHTLINER | CASCADIA | 2019 | REPO |
| 690223 | 1UYVS2535N7461807 | USED | UTILITY | DRY VAN | 2022 | REPO |
| 690207 | 3HSDZTZR7PN357386 | USED | International | LT 625 | 2023 | REPO |
| 690179 | 1FUJHHDR5MLMM2127 | USED | FREIGHTLINER | CASCADIA | 2021 | REPO |
| 690135 | 1FUJHHDR4MLMT9509 | USED | FREIGTHLINER | CASCADIA | 2021 | REPO |
| 690095 | 3AKJHHDR5PSNU8599 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 690051 | 3AKJHHDR3NSNG6107 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690023 | 1XPBDP9XXPD879806 | USED | PETERBILT | 579 | 2023 | REPO |
| 689995 | 3AKJHHDR1NSMW4664 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 689955 | 4V4NC9EH1NN305411 | USED | VOLVO | 760 | 2022 | REPO |
| 689927 | 1XKYDP9X9PJ952908 | USED | KENWORTH | T-680 | 2023 | REPO |
| 689899 | 1FUJHHDR1NLMW8788 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 689855 | 3AKJHHDR7PSNV7899 | USED | FREIGHTLINER | CASCADIA | 2023 | REPO |
| 690435 | 1FUJHHDR2NLMW8783 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690407 | 1XKYDP9X0PJ218092 | USED | KENWORTH | T680 | 2023 | REPO |
| 690335 | 3AKJHHDR6LSKU6796 | USED | FREIGTHLINER | CASCADIA | 2020 | REPO |
| 690307 | 3AKJHHDR6NSND1562 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690279 | 1FUJHHDR5NLMW8664 | USED | FREIGTHLINER | CASCADIA | 2022 | REPO |
| 690235 | 1FUJHHDR7NLMW8391 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690411 | 3HSDZAPR4PN131684 | USED | Intermational | LT615 | 2023 | REPO |
| 690403 | 1UYVS2531N2672726 | USED | UTILITY | REEFER | 2022 | REPO |
| 690283 | 3AKJGBDV0JSHM6174 | USED | FREIGHTLINER | DAY CAB | 2018 | REPO |
| 690275 | 3AKJHHDR2RSVA5126 | USED | FREIGHTLINER | CASCADIA | 2024 | REPO |
| 690267 | 3AKJHHDR0NSMW4638 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690247 | 1DW1A5323HB753530 | USED | STOUGHTON | DRY VAN | 2017 | REPO |
| 690239 | 4V4NC9EH5JN993603 | USED | VOLVO | 670 | 2018 | REPO |
| 690399 | 1XPBDP9X0KD233912 | USED | PETERBILT | 579 DAY CAB | 2019 | REPO |
| 690331 | 4V4NC9EH8KN904110 | USED | VOLVO | 760 | 2019 | REPO |
| 690327 | 4V4NC9EH9KN905167 | USED | VOLVO | 760 | 2019 | REPO |
| 690259 | 4V4NC9KJ7GN943026 | USED | VOLVO | 630 | 2016 | REPO |
| 690255 | 4V4NC9EJXFN910483 | USED | VOLVO | 630 | 2015 | REPO |
| 690431 | 1FUJHHDR3NLMW8663 | USED | FREIGHTLINER | CASCADIA | 2022 | REPO |
| 690423 | 1XPBD49X2RD640896 | USED | PETERBILT | 579 | 2024 | REPO |

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Desciption | Model | model year | Category |
|---|---|---|---|---|---|---|
| 690355 | 1FUJGLBG6DLFG1634 | USED | FREIGHTLINER | CASCADIA | 2013 | REPO |
| 690295 | 4V4NC9EH1FN180007 | USED | VOLVO | 670 | 2015 | REPO |
| 690287 | 3AKJGBDV6JSJH8554 | USED | FREIGHTLINER | DAY CAB | 2018 | REPO |
| 690227 | 1UYVS2532N7461814 | USED | UTILITY | DRY VAN | 2022 | REPO |
| 690219 | 1UYVS2538N7461803 | USED | UTILITY | DRY VAN | 2022 | REPO |
| 690211 | 1UYVS2537HG909002 | USED | UTILITY | DRY VAN | 2017 | REPO |
| 690303 | 1UYVS2536HU891416 | USED | UTILITY | REEFER | 2017 | REPO |
| 690311 | 3AKJGLD53FSGM7166 | USED | FREIGHTLINER | CASCADIA | 2015 | REPO |
| 690339 | 4V4NC9EH3KN200459 | USED | VOLVO | 760 | 2019 | REPO |
| 690347 | 1FUJGLD58GLGT7472 | USED | FREIGTHLINER | CASCADIA | 2016 | REPO |
| 642037 | 3HSDZAPR7PN492634 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 642057 | 4V4NC9EHXRN639832 | NEW | VOLVO | VNL64T860 | 2024 | Non-EV Charger |
| 661158 | 1FUJHHDR2MLML7306 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 572054 | 3AKJGLD52FSGL5803 | USED | FREIGHTLINER | CASCADIA 125 | 2015 | Non-EV Charger |
| 638094 | 3HSDZAPRXPN493292 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 584746 | 3AKJGLDR9JSJK1844 | USED | FREIGHTLINER | CASCADIA 125 | 2018 | Non-EV Charger |
| 655473 | 3AKJGLDR6HSHZ6452 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 657555 | 1JJV532B0GL976013 | USED | WABASH | REEFER | 2016 | Non-EV Charger |
| 656279 | 1GRAA0627GW704834 | USED | GREAT DANE | REEFER | 2016 | Non-EV Charger |
| 504775 | 1JJV532B6KL119901 | USED | WABASH | REEFER | 2019 | Non-EV Charger |
| 658790 | 1FUJHHDR8MLMA7383 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 642685 | 3AKJGLD5XGSGN4178 | USED | FREIGHTLINER | CASCADIA 125 | 2016 | Non-EV Charger |
| 503192 | LJRR53268C6000561 | USED | VANGUARD | Reefer | 2012 | Non-EV Charger |
| 655332 | 3AKJHHDR7NSMZ6227 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 656271 | 1UYVS2533GU412433 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 656275 | 1GRAA062XGE701528 | USED | GREAT DANE | REEFER | 2016 | Non-EV Charger |
| 643943 | 3AKJHHDR7PSNU8569 | USED | FREIGHTLINER | CASCADIA 126 | 2023 | Non-EV Charger |
| 656419 | 1GRAP0626HT614169 | USED | GREAT DANE | DRY VAN | 2017 | Non-EV Charger |
| 656427 | 1GRAP0627HT614164 | USED | GREAT DANE | DRY VAN | 2017 | Non-EV Charger |
| 638078 | 3HSDZAPR3PN493280 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 656423 | 1GRAP0622HT614184 | USED | GREAT DANE | DRY VAN | 2017 | Non-EV Charger |
| 656451 | 1GRAP0629HT614182 | USED | GREAT DANE | DRY VAN | 2017 | Non-EV Charger |
| 656355 | 1UYVS2532GG579039 | USED | UTILITY | DRY VAN | 2016 | Non-EV Charger |
| 656363 | 1UYVS2531GM411121 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 656439 | 1GRAP0628HT614173 | USED | GREAT DANE | DRY VAN | 2017 | Non-EV Charger |
| 656447 | 1GRAP0628HT614156 | USED | GREAT DANE | DRY VAN | 2017 | Non-EV Charger |
| 625821 | 1FUJGLD54GLGZ7992 | USED | FREIGHTLINER | CASCADIA 125 | 2016 | Non-EV Charger |
| 656259 | 1GRAA0620FB700274 | USED | GREAT DANE | REEFER | 2015 | Non-EV Charger |
| 656359 | 1UYVS2531GM410762 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 656431 | 1GRAP0623HT614114 | USED | GREAT DANE | DRY VAN | 2017 | Non-EV Charger |
| 659788 | 3AKJGLD53FSGK0081 | USED | FREIGHTLINER | CASCADIA 125 | 2015 | Non-EV Charger |
| 661170 | 1FUJHHDR3KLKK8069 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 661228 | 1XPBD49X9ND789784 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 656435 | 1GRAP0620HT614183 | USED | GREAT DANE | DRY VAN | 2017 | Non-EV Charger |
| 656443 | 1GRAP0621HT614113 | USED | GREAT DANE | DRY VAN | 2017 | Non-EV Charger |
| 661196 | 3HSDJAPR2HN410849 | USED | INTERNATIONAL | PROSTAR | 2017 | Non-EV Charger |
| 634225 | 1XKYDP9X9KJ237295 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 492137 | TWBUL-HU1-1022-109 | NEW | ABB | TWBUL | 2022 | EV Charger |
| 579084 | 4V4NC9EH5NN603427 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 579220 | 1UYVS2539EM774229 | USED | UTILITY | REEFER | 2014 | Non-EV Charger |


EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|---|---|---|---|---|---|---|
| 606675 | 4V4NC9EJ5NN310050 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 606743 | 3AKJHHDR4KSKD2020 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 621514 | 1XPBD49X2PD861038 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 622307 | 3HSDZAPR6KN114541 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 622315 | 3HSDZAPR3KN106073 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 622505 | 1GRAA0628GW701389 | USED | GREAT DANE | REEFER | 2016 | Non-EV Charger |
| 622772 | 1UYVS2531HU891212 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 637941 | 1JJV532B1MM262879 | USED | WABASH | REEFER | 2021 | Non-EV Charger |
| 655364 | 1UYVS253XP6711714 | USED | UTILITY | REEFER | 2023 | Non-EV Charger |
| 661730 | 1XPBDP9X1PD852946 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 661726 | 3AKJHHDR4KSJX1188 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 661602 | 527SR5320RM037041 | NEW | CIMC | REEFER | 2024 | Non-EV Charger |
| 656104 | 3AKJGLDRXHSHT2415 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 661598 | 527SR5329RM037040 | NEW | CIMC | COO | 2024 | Non-EV Charger |
| 646863 | 4V4NC9EH9LN251157 | USED | VOLVO | VNL64T760 | 2020 | Non-EV Charger |
| 504514 | 3AKJGLD5XGSGN4147 | USED | FREIGHTLINER | Cascadia | 2016 | Non-EV Charger |
| 504643 | 3AKJHHDR3LSLL1126 | USED | CASCADIA | Cascadia | 2020 | Non-EV Charger |
| 504841 | 4V4NC9EH8FN190260 | USED | VOLVO | 760 | 2015 | Non-EV Charger |
| 504969 | 5PVNV8JV7D4S53511 | USED | HINO | 338 | 2013 | Non-EV Charger |
| 505117 | 1UYVS2530FU192554 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |
| 557513 | 1UYVS2539M6416504 | USED | UTILITY | REEFER | 2021 | Non-EV Charger |
| 646859 | 4V4NC9EH4LN251082 | USED | VOLVO | VNL64T760 | 2020 | Non-EV Charger |
| 575833 | 1XPBDP9X6PD832403 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 576581 | 1XKYDP9X7PJ234922 | USED | KENWORTH | T680 | 2023 | Non-EV Charger |
| 590736 | 3AKJHHDR7KSJX1430 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 590940 | 4V4NC9EH9HN979455 | USED | VOLVO | VNL64T300 | 2017 | Non-EV Charger |
| 590948 | 4V4NC9EG2HN986223 | USED | VOLVO | VNL64T300 | 2017 | Non-EV Charger |
| 440690 | 1UYVS2536K2594410 | USED | UTILITY | REEFER | 2019 | Non-EV Charger |
| 504901 | 3AKJGLD57FSGB8961 | USED | FREIGHTLINER | Cascadia | 2015 | Non-EV Charger |
| 505125 | 1UYVS2539FU393904 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |
| 520704 | 3AKJHHDR9JSJT9562 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 557788 | 1XPBDP9X3KD600947 | USED | PETERBILT | 579 | 2019 | Non-EV Charger |
| 575034 | 3AKJHHDR3LSKU2124 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 646647 | 1FUJHHDR9NLMW8697 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 575071 | 1XKYD49X9MJ460051 | USED | KENWORTH | T680 | 2021 | Non-EV Charger |
| 625857 | 1XKYD49X5NJ467029 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 589319 | 3AKJHHDR7JSJJ1923 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 589427 | 3AKJHHDR9KSKJ1118 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 625781 | 1JJV532BXMM262881 | USED | WABASH | REEFER | 2021 | Non-EV Charger |
| 590932 | 4V4NC9EG5GN966627 | USED | VOLVO | VNL64T300 | 2016 | Non-EV Charger |
| 624909 | T124-HU1-2023-027 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 608696 | 1UYVS2530HU891217 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 610039 | 3AKJHHDR6KSKB4151 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 624905 | T124-HU1-2023-028 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624849 | T54HV-HU1-0223-051 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 642625 | 3AKJGLDR4HDHY0030 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 642633 | 1FUJHHDR9LLLA0423 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 624837 | T54HV-HU1-0223-052 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624781 | T124-IT1-1823-003 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 658542 | 3AKJGLDR9LSLJ9021 | USED | FREIGHTLINER | CASCADIA 125 | 2020 | Non-EV Charger |


EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|----|-------------------|-----------|-------------|-------|------------|----------|
| 624777 | T124-IT1-1823-014 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624709 | T184-IT3-0323-188 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 658786 | 1XKYD49XXLJ964784 | USED | KENWORTH | T680 | 2020 | Non-EV Charger |
| 624705 | T184-IT3-0323-190 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624649 | T184-IT1-0423-296 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624637 | T184-IT1-0423-293 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624581 | T124-IT3-1323-183 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624577 | T124-IT1-1823-028 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 445636 | 3AKJHHDR2KSJW7169 | USED | FREIGHTLINER | PTI26SLP | 2019 | Non-EV Charger |
| 549952 | 3AKJHLDR9JSJL4199 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 551139 | 1FUJGLD56GLGX2267 | USED | FREIGHTLINER | CASCADIA 125 | 2016 | Non-EV Charger |
| 579228 | 1UYVS2539N7509406 | USED | UTILITY | DRY VAN | 2022 | Non-EV Charger |
| 579411 | 1DW1A5328GS632104 | USED | STOUGHTON | DRY VAN | 2016 | Non-EV Charger |
| 579830 | 1XPBDP9X8ND781600 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 624509 | T54HV-IT3-0323-187 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 621498 | 1XPBD49XXPD860946 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 624505 | T54HV-IT3-0323-175 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 459394 | 1XPBD48X9FD247314 | USED | PETERBILT | 579 | 2015 | Non-EV Charger |
| 624370 | 1UYVS2534J2479514 | USED | UTILITY | REEFER | 2018 | Non-EV Charger |
| 602793 | 1UYVS2535J2479506 | USED | UTILITY | REEFER | 2018 | Non-EV Charger |
| 576473 | 4V4NC9EH1KN905616 | USED | VOLVO | VNL760 | 2019 | Non-EV Charger |
| 576477 | 3HSDZAPR8KN560979 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 602781 | 5KJJBHDR1JLJN2278 | USED | WESTERN STAR | 5700 | 2018 | Non-EV Charger |
| 590912 | 4V4NC9EH2HN979460 | USED | VOLVO | VNL64T300 | 2017 | Non-EV Charger |
| 590916 | 4V4NC9EG0GN948505 | USED | VOLVO | VNL64T300 | 2016 | Non-EV Charger |
| 608664 | 1UYVS2530HU877138 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 587313 | 527SR5327JM012688 | USED | VANGUARD | REEFER | 2018 | Non-EV Charger |
| 610087 | 3AKJHHDR2KSKB3742 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 559914 | 1UYVS2537P6711721 | USED | UTILITY | REEFER | 2023 | Non-EV Charger |
| 499225 | 1UYVS2535HU891553 | USED | UTILITY | Utility | 2017 | Non-EV Charger |
| 643061 | 1JJV532B8JL063278 | USED | WABASH | REEFER | 2018 | Non-EV Charger |
| 650050 | 3AKJHHDR8KSJW9024 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616939 | 3AKJHPDV7LSLG8960 | USED | FREIGHTLINER | CASCADIA 116 | 2020 | Non-EV Charger |
| 616811 | 3AKJHLDV2KSKF9362 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616739 | 3AKJHLDV7KSKF9356 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616671 | 3AKJHPDV8KSKA4440 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 551199 | 1XKYD49X6MJ443160 | USED | KENWORTH | T680 | 2021 | Non-EV Charger |
| 606711 | 3AKJGLDR8HSHJ4883 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 606715 | 3AKJGEDV9HSHT9347 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 606988 | 1FUJHHDR9KLKE4496 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616043 | 4V4WC9EH0KN208569 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616039 | 4V4WC9EH9KN208568 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 622800 | 1UYVS253XHU891418 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622812 | 1UYVS2530HU891508 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 615963 | 4V4WC9EH5KN208552 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 622868 | 1UYVS2531H2891920 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622872 | 1UYVS2532H2891943 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 615895 | 4V4WC9EH2KN208508 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 615879 | 4V4WC9EH2KN208489 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 637901 | 1GRAA0624KW124997 | USED | GREAT DANE | REEFER | 2019 | Non-EV Charger |


EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Desciption | Model | model year | Category |
|---|---|---|---|---|---|---|
| 459446 | 1FVACXDT4EHFP5615 | USED | FREIGHTLINER | M2 | 2014 | Non-EV Charger |
| 489166 | T54HV-IT1-4221-155 | NEW | ABB | T54HV | 2022 | EV Charger |
| 489202 | T54HV-IT1-4221-192 | NEW | ABB | T54HV | 2022 | EV Charger |
| 489210 | T54HV-IT1-4221-195 | NEW | ABB | T54HV | 2022 | EV Charger |
| 504699 | 1UYVS2530GG579038 | USED | UTILITY | DRY VAN | 2016 | Non-EV Charger |
| 615607 | 4V4NC9EH6MN273215 | USED | VOLVO | VNL64T760 | 2021 | Non-EV Charger |
| 557457 | 1XKYD49X7KJ253493 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 615533 | 3AKJHHDR3KSKE1646 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 575408 | 3AKJHHDR4LSLP8276 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 590732 | 3AKJGLD55GSGZ6600 | USED | FREIGHTLINER | CASCADIA 125 | 2016 | Non-EV Charger |
| 590960 | 4V4NC9EH7JN887458 | USED | VOLVO | VNL64T300 | 2018 | Non-EV Charger |
| 608716 | 1UYVS2533HU891308 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 610095 | 3AKJHHDR1KSKB4154 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 642021 | 3HSDZAPR8PN121112 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 583457 | 3AKJHHDR6KSKD2200 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 583445 | 3AKJGLDR5HSHT2399 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 563650 | 1UYVS2537H2995005 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 642936 | 4V4NC9EH0KN902805 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 658578 | 1XKYD49X8JJ197689 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 513379 | 4V4NC9EH2JN993798 | USED | VOLVO | VNL64T300 | 2018 | Non-EV Charger |
| 496049 | 1UYVS2532HU891266 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 659514 | 3UTVS2538N8445217 | USED | UTILITY | REEFER | 2022 | Non-EV Charger |
| 495512 | 1UYVS2531HU891372 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 495440 | 1UYVS2535GU188453 | USED | UTILITY | Reefer | 2016 | Non-EV Charger |
| 636031 | JHHSDM2H9JK007765 | USED | HINO | 195 | 2018 | Non-EV Charger |
| 636027 | JHHSDM2H7HK005443 | USED | HINO | 195 | 2017 | Non-EV Charger |
| 620876 | 1XPBD49X3PD841445 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 551203 | 1XKYD49X9NJ482570 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 606695 | 1FUJHHDR1MLMJ2171 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 606731 | 3AKJHHFG9KSKM3496 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 620864 | 1XPBD49X9PD850442 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 621518 | 1XPBD49X6PD875587 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 621526 | 1XPBD49X4PD889214 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 622319 | 3HSDZAPR4KN115915 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 622501 | 1GRAA0627GW701383 | USED | GREAT DANE | REEFER | 2016 | Non-EV Charger |
| 622760 | 1UYVS2535HU891018 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622852 | 1UYVS2532H2156461 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622860 | 1UYVS2537H2156472 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 620804 | 3AKJHHDR8JSJJ0750 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 489162 | T54HV-IT1-4221-084 | NEW | ABB | T54HV | 2022 | EV Charger |
| 489234 | T54HV-IT1-4221-101 | NEW | ABB | T54HV | 2022 | EV Charger |
| 520708 | 3AKJHHDR0JSJK0592 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 557792 | 1XPBD49X6PD850494 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 575104 | 1XKYDP9XXJJ170866 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 620736 | 3AKJGLDR1HSHD8194 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 576497 | 527SR5323LL018335 | USED | VANGUARD | REEFER | 2020 | Non-EV Charger |
| 590964 | 4V4NC9EH9JN887459 | USED | VOLVO | VNL64T300 | 2018 | Non-EV Charger |
| 608656 | 1UYVS2536HU877113 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 608684 | 1UYVS2535HU891116 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 620207 | 1GRAA0620KW145541 | USED | GREAT DANE | REEFER | 2019 | Non-EV Charger |


EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|----|-------------------|-----------|-------------|-------|------------|----------|
| 592751 | 1XPBD49X7PD841450 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 577980 | 3AKJHHDR5NSMF3887 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 642968 | 4V4NC9EH2LN251081 | USED | VOLVO | VNL64T760 | 2020 | Non-EV Charger |
| 577558 | 1FUJHHDR2LLLN1881 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 658546 | 4V4NC9EH9KN200966 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 498727 | 1XPBDP9X8KD600877 | USED | PETERBILT | 579 | 2019 | Non-EV Charger |
| 634902 | 4V4NC9EH4KN902872 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 634898 | 3AKJHHDRXLSLH9346 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 600642 | 1XKYD49X7KJ256457 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 572340 | 1GRAA0621JW128021 | USED | GREAT DANE | REEFER | 2018 | Non-EV Charger |
| 572050 | 3AKJHHDR8KSKD2067 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 492197 | T184-IT1-1122-102 | NEW | ABB | T184 | 2022 | EV Charger |
| 549956 | 3AKJHLDR3JSJL4201 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 579260 | 1UYVS2532GM411192 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 555135 | 3AKJHHDR4MSMX7570 | USED | FREIGHTLINER | CASCADIA | 2021 | Non-EV Charger |
| 579407 | 1UYVS2531L2579136 | USED | UTILITY | REEFER | 2020 | Non-EV Charger |
| 579826 | 1XPBDP9X8ND781595 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 606735 | 3AKJHHDR5KSKA1200 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 606835 | 3AKJHHDR1LSMJ0102 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 621494 | 1XPBD49X8PD851453 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 621522 | 1XPBD49XXPD875592 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 621550 | 4V4NC9EH2KN200890 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 507491 | 1UYVS2538HU891367 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622732 | 1XKYD49X4LJ387749 | USED | KENWORTH | T680 | 2020 | Non-EV Charger |
| 507479 | 1UYVS2539HU891328 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622792 | 1UYVS253XHU891371 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622820 | 1UYVS2533HU891535 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 492641 | T54HV-IT1-0222-144 | NEW | ABB | T54HV | 2022 | EV Charger |
| 507475 | 1UYVS2539H2995040 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 631738 | 3UTVS2532N8474714 | USED | UTILITY | REEFER | 2022 | Non-EV Charger |
| 579244 | 1DW1A5322GS632101 | USED | STOUGHTON | DRY VAN | 2016 | Non-EV Charger |
| 579391 | 1JJV532D6PL413792 | USED | NULL | DRY VAN | 2023 | Non-EV Charger |
| 606719 | 3AKJHHDR8JSJU6227 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 631734 | 4V4NC9EHXJN999400 | USED | VOLVO | VNL64T670 | 2018 | Non-EV Charger |
| 631666 | 3AKJHHDR7PSNX9207 | USED | FREIGHTLINER | CASCADIA 126 | 2023 | Non-EV Charger |
| 614534 | 4V4NC9EG3HN978101 | USED | VOLVO | VNL64T300 | 2017 | Non-EV Charger |
| 613667 | 1XKYD49X7KJ230117 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 622335 | 3HSDZAPR9KN120883 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 622351 | 3HSDZAPR3KN125464 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 622804 | 1UYVS2538HU891434 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622808 | 1UYVS2535HU891505 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622876 | 1UYVS253XHU892004 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 613002 | 1XKYD49X1LJ384677 | USED | KENWORTH | T680 | 2020 | Non-EV Charger |
| 637764 | 3AKJHHDR8LSKZ8382 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 637893 | 1GRAA0626GW701634 | USED | GREAT DANE | REEFER | 2016 | Non-EV Charger |
| 585223 | 4V4NC9EH1KN903963 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 637961 | 3AKJHHDR5LSLK0239 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 585146 | 1XKYDP9X3PJ218085 | USED | KENWORTH | T680 | 2023 | Non-EV Charger |
| 514258 | 3AKJGEDV5FSGB5794 | USED | FREIGHTLINER | CASCADIA 125 | 2015 | Non-EV Charger |
| 502221 | 1UYVS2538K2752455 | USED | UTILITY | REEFER | 2019 | Non-EV Charger |


EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|---|---|---|---|---|---|---|
| 502019 | 1UYVS2531FU192515 | USED | UTILITY | Reefer | 2015 | Non-EV Charger |
| 501828 | 1UYVS253XHU877177 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 501816 | 1UYVS2536HU877161 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 656132 | 3AKJGLDR5HSHZ6765 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 501683 | 1UYVS2534FU185963 | USED | UTILITY | Reefer | 2015 | Non-EV Charger |
| 501554 | 1XKYD49X6KJ236880 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 501140 | 4V4NC9EG7HN991630 | USED | VOLVO | VNL | 2017 | Non-EV Charger |
| 459386 | 1FVACXDU1FHGE5352 | USED | FERIGHTLINER | M2 | 2015 | Non-EV Charger |
| 489178 | T54HV-IT1-5021-062 | NEW | ABB | T54HV | 2022 | EV Charger |
| 489646 | TWBUL-HU1-3721-048 | NEW | ABB | TWBUL | 2022 | EV Charger |
| 504811 | 1UYVS2530FU186463 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |
| 504881 | 3AKJGLD59GSGZ6678 | USED | FREIGHTLINER | Cascadia | 2016 | Non-EV Charger |
| 557605 | 1XKYDP9X4JJ182513 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 643935 | 3AKJHHDR4NSMF3850 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 489226 | T54HV-IT1-4821-238 | NEW | ABB | T54HV | 2022 | EV Charger |
| 504973 | 5PVNV8JV5D4S53359 | USED | HINO | 338 | 2013 | Non-EV Charger |
| 628195 | 1GRAA0620GW701631 | USED | GREAT DANE | REEFER | 2016 | Non-EV Charger |
| 628183 | 3ELDTMS42N6000844 | USED | ATRO | DRYVAN | 2022 | Non-EV Charger |
| 589331 | 3AKJHHDRXKSKJ0320 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 590944 | 4V4NC9EHXHN976760 | USED | VOLVO | VNL64T300 | 2017 | Non-EV Charger |
| 590952 | 4V4NC9EG4HN986224 | USED | VOLVO | VNL64T300 | 2017 | Non-EV Charger |
| 628127 | 1XKYD49X7NJ499819 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 610051 | 3AKJHHDR5KSKB4173 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 628123 | 1XKYD49X1NJ489920 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 626796 | 3HSDZAPR5KN534789 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 642005 | 527SR5321PM031746 | USED | CIMC | REEFER | 2023 | Non-EV Charger |
| 642621 | 3AKJHHDR3MSML6511 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 611372 | 3HSDZAPR9PN439286 | USED | INTERNATIONAL | LT | 2023 | Non-EV Charger |
| 642952 | 3AKJHHDR4KSKJ0328 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 593347 | 3AKJHHDR2MSMX7616 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 580278 | 3AKJHHDR2KSKJ0828 | USED | FREIGHTLINER | CASCADIA | 2019 | Non-EV Charger |
| 658766 | 1XKYD49X3NJ499901 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 659498 | 3H3V532C1GT435111 | USED | HYUNDAI | REEFER | 2016 | Non-EV Charger |
| 554395 | 1FUJHHDR2MLMA7377 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 517668 | 1XKYD49X9NJ499918 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 516189 | 1UYVS2533HU891017 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 492277 | T124-IT1-1322-038 | NEW | ABB | T124 | 2022 | EV Charger |
| 492609 | T54HV-IT1-0922-062 | NEW | ABB | T54HV | 2022 | EV Charger |
| 492677 | T54HV-IT1-1022-305 | NEW | ABB | T54HV | 2022 | EV Charger |
| 516173 | 1UYVS2531HU891274 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 516121 | 1UYVS2536HU891318 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 579834 | 1XPBDP9X5ND781599 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 516117 | 1UYVS2531HU891310 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 606687 | 1XKYD49X9NJ123610 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 606739 | 1XPBDP9X0KD613039 | USED | PETERBILT | 579 | 2019 | Non-EV Charger |
| 502680 | 4V4NC9EH2FN919059 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 606815 | 3AKJHHDR2LSLH5601 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 621502 | 1XPBD49X1PD860950 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 621510 | 1XPBD49X1PD861032 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 622509 | 3H3V532C0FT261028 | USED | HYUNDAI | REEFER | 2015 | Non-EV Charger |

EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up


| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|---|---|---|---|---|---|---|
| 622768 | 1UYVS2537HU891070 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 489242 | T54HV-IT1-4421-195 | NEW | ABB | T54HV | 2022 | EV Charger |
| 557453 | 1XKYD49X7KJ278720 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 590928 | 4V4NC9EG5GN960794 | USED | VOLVO | VNL64T300 | 2016 | Non-EV Charger |
| 590956 | 4V4NC9EG6HN986225 | USED | VOLVO | VNL64T300 | 2017 | Non-EV Charger |
| 642996 | 3AKJHHDR3LSLX0203 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 610027 | 3AKJHHDR1KSKB4171 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 610071 | 3AKJHHDR4KSKB3791 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 610099 | 3AKJHHDR1KSKC0276 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 642928 | 3AKJHHDR9KSKJ0468 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 629075 | 4V4NC9EG1FN912918 | USED | VOLVO | VNL64T300 | 2015 | Non-EV Charger |
| 642705 | 4V4NC9EH1NN603358 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 642053 | 4V4NC9EH2RN631739 | NEW | VOLVO | VNL64T860 | 2024 | Non-EV Charger |
| 642629 | 1FUJHHDR5KLKG9721 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 642653 | 1FUJGHDV5ELFP2896 | USED | FREIGHTLINER | CASCADIA 113 | 2014 | Non-EV Charger |
| 642932 | 3AKJHHDR8KSKJ0512 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 610019 | 3AKJHHDR9KSKB3737 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 643004 | 3AKJHHDR1LSLX0202 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 658582 | 3AKJHHDR4LSLS7747 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 608744 | 1UYVS2530H2156409 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 608740 | 1UYVS2531HU891632 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 608672 | 1UYVS2531HU877178 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 659510 | 1UYVS2530GM410557 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 590976 | 4V4NC9EH9JN887462 | USED | VOLVO | VNL64T300 | 2018 | Non-EV Charger |
| 590908 | 4V4NC9EH0HN979473 | USED | VOLVO | VNL64T300 | 2017 | Non-EV Charger |
| 590904 | 4V4NC9EH5GN949965 | USED | VOLVO | VNL64T300 | 2016 | Non-EV Charger |
| 492289 | T124-IT1-1322-060 | NEW | ABB | T124 | 2022 | EV Charger |
| 493033 | T124-IT1-1622-054 | NEW | ABB | T124 | 2022 | EV Charger |
| 549948 | 3AKJHLDR1JSJK6338 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 551143 | 3AKJGLDR5HSJH7754 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 551215 | 1UYVS2539HU800705 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 579471 | 4V4NC9EH6FN190256 | USED | VOLVO | VNL670 | 2015 | Non-EV Charger |
| 576469 | 3AKJGLDR8HSHZ6517 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 575881 | 3AKJHHDR3NSNC1944 | USED | FREIGHTLINER | CASCADIA | 2022 | Non-EV Charger |
| 622784 | 1UYVS2531HU891355 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622856 | 1UYVS2537H2156469 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 637957 | 3AKJHHDR7MSMY3461 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 622788 | 1UYVS2537HU891358 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622796 | 1UYVS2534HU891415 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 637788 | 3AKJHHDR0LSLP0305 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 637917 | 3UTVS2531N8474719 | USED | UTILITY | REEFER | 2022 | Non-EV Charger |
| 637925 | 1UYVS2534FU185638 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |
| 638146 | 1XPBD49X4PD841499 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 655372 | 1UYVS2535P6711720 | USED | UTILITY | REEFER | 2023 | Non-EV Charger |
| 655380 | 1JJV532D1PL413795 | USED | WABASH | DRY VAN | 2023 | Non-EV Charger |
| 655513 | 3HSDZAPR4PN121107 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 655541 | 1XPBDP9X6KD600926 | USED | PETERBILT | 579 | 2019 | Non-EV Charger |
| 661722 | 1FUJHHDR2NLMW7472 | USED | FREIGHTLINER | FM2 | 2022 | Non-EV Charger |
| 661622 | 1UYVS2535L6840826 | USED | UTILITY | VS2 | 2020 | Non-EV Charger |
| 646867 | 4V4NC9EH3MN272801 | USED | VOLVO | VNL64T760 | 2021 | Non-EV Charger |



Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|---|---|---|---|---|---|---|
| 502640 | 4V4NC9EG7FN909165 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 625861 | 1XKYD49X5LJ301655 | USED | KENWORTH | T680 | 2020 | Non-EV Charger |
| 516193 | 1UYVS2537HU877105 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 516201 | 1UYVS2534HU891141 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 517664 | 1XKYD49X3NJ499915 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 554375 | 1FUJGLDR2JLHG8130 | USED | FREIGHTLINER | CASCADIA 125 | 2018 | Non-EV Charger |
| 624929 | T184-IT3-0223-216 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 570468 | 3AKJHHDR0NSMF3859 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 624885 | T124-HU1-2123-006 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 611216 | 1UYVS2534P7711234 | USED | UTILITY | DRY VAN | 2023 | Non-EV Charger |
| 611224 | 1UYVS253XL2143322 | USED | UTILITY | REEFER | 2020 | Non-EV Charger |
| 611252 | 1XKYD49X9JJ190315 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 624857 | T54HV-HU1-0223-045 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 611364 | 3HSDZAPR2PN439291 | USED | INTERNATIONAL | LT | 2023 | Non-EV Charger |
| 611392 | 1XKYD49X6JJ196413 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 611400 | 1XKYD49X7NJ100973 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 612339 | 1XKYD49X4KJ225537 | USED | KENWORTH | T625 | 2019 | Non-EV Charger |
| 626840 | 3HSDZAPR0KN533601 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 624829 | T54HV-HU1-0223-043 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 608704 | 1UYVS2532HU891283 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 609177 | 3AKJHHDR8NSNF6320 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 610055 | 3AKJHHDR7KSKB4188 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 610313 | 4V4NC9EH4KN200972 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 610452 | 3AKJGLDR5JSJJ0288 | USED | FREIGHTLINER | CASCADIA 125 | 2018 | Non-EV Charger |
| 629091 | 527SR5329NL024711 | USED | CIMC | REEFER | 2022 | Non-EV Charger |
| 624785 | T124-IT1-1823-002 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624757 | T124-HU1-1823-003 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624729 | T124-HU1-2023-025 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624685 | T184-IT1-0623-141 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 643017 | 3ELA6RX20NG000219 | USED | ATRO | DRY VAN | 2022 | Non-EV Charger |
| 624657 | T184-IT1-0423-298 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 658770 | 3AKJHHDR7LSKW9245 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 659494 | 3H3V532C3GT435045 | USED | HYUNDAI | REEFER | 2016 | Non-EV Charger |
| 659502 | 3H3V532C4HT335098 | USED | HYUNDAI | REEFER | 2017 | Non-EV Charger |
| 624629 | T184-IT1-0423-269 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 502648 | 4V4NC9EG5FN909150 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 503921 | 1XKYD49XXKJ225560 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 624585 | T124-IT1-1823-027 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 516209 | 1UYVS2537HU892011 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 517648 | 1XPBDP9X0PD854347 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 624557 | T54HV-IT3-4222-283 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 554359 | 3AKJGLDR1GSGP5455 | USED | NULL | CASCADIA 125 | 2016 | Non-EV Charger |
| 580865 | 3AKJHHDR3NSNB3813 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 624529 | T54HV-IT3-0323-262 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624485 | T54HV-IT3-0323-266 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624250 | 3AKJHHDR7JSJJ0884 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 611340 | 3AKJHHDR6LSKU4532 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 604260 | 4V4NC9EG3JN996961 | USED | VOLVO | VNL | 2018 | Non-EV Charger |
| 611416 | 1XPXD49X6ND781793 | USED | PETERBILT | 389 | 2022 | Non-EV Charger |
| 587321 | 1JJV532B8MM262880 | USED | WABASH | REEFER | 2021 | Non-EV Charger |

EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up



| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|---|---|---|---|---|---|---|
| 626832 | 3HSDZAPR2KN279051 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 628079 | 1FUJHHDR0KLKP0733 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 587293 | 1UYVS2539FM196229 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |
| 572803 | 1XKYDP9X8NJ172735 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 628155 | 1XPBD49X4ND781771 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 525396 | 3AKJHHDR5KSKD2205 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 637973 | 3AKJHHDR6KSKT0595 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 638042 | 3HSDZAPR0PN424949 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 499233 | 1UYVS2531HU891114 | USED | UTILITY | Utility | 2017 | Non-EV Charger |
| 469899 | 4V4NC9EH4JN992992 | USED | VOLVO | 670 | 2018 | Non-EV Charger |
| 655537 | 1M1AN4GY9PM033963 | USED | MACK | ANTHEM | 2023 | Non-EV Charger |
| 656203 | 4V4NC9EH4KN201037 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 502684 | 4V4NC9EH3FN919071 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 503649 | 1UYVS2530H2156474 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 650102 | 3HSDZAPRXJN532762 | USED | INTERNATIONAL | LT625 | 2018 | Non-EV Charger |
| 516113 | 1UYVS2532HU891249 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 516185 | 1UYVS2537H2156455 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 581239 | 3AKJHHDR0NSNB3784 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 611236 | 1JJV532D3NL316997 | USED | WABASH | DRY VAN | 2022 | Non-EV Charger |
| 611384 | 3HSDZAPRXPN424960 | USED | INTERNATIONAL | LT | 2023 | Non-EV Charger |
| 634285 | 4V4NC9EH1KN899655 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 626788 | 4V4NC9EH7KN200996 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 626804 | 3HSDZAPR8KN533572 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 628115 | 3HSDJSNR5GN207123 | USED | 2016 | PROSTAR | 2016 | Non-EV Charger |
| 628119 | 1XKYDP9X3PJ233864 | USED | KENWORTH | T680 | 2023 | Non-EV Charger |
| 643939 | 3AKJHHDR6NSMF3879 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 634257 | 1XPBD49X9PD854359 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 634185 | 3AKJGLD53GSGN4183 | USED | FREIGHTLINER | CASCADIA 125 | 2016 | Non-EV Charger |
| 634157 | 3AKJHHDR3LSLK1454 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 617063 | 3HSDZTZR8KN136873 | USED | INTERNATIONAL | LT | 2019 | Non-EV Charger |
| 616863 | 3AKJHLDV6KSKA3988 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 462447 | 3HSDZAPR7JN417391 | USED | INTERNATIONAL | LT625 | 2018 | Non-EV Charger |
| 501820 | 1UYVS2533HU877165 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 501824 | 1UYVS2530HU877172 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 616835 | 3AKJHLDV8KSKF9253 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 514254 | 3AKJGEDV3FSGB5793 | USED | FREIGHTLINER | CASCADIA 125 | 2015 | Non-EV Charger |
| 568815 | 5KJJBWDR1NLND0878 | USED | WESTERN STAR | 49X | 2022 | Non-EV Charger |
| 637945 | 1JJV532B1KL156158 | USED | WABASH | REEFER | 2019 | Non-EV Charger |
| 637953 | 1FUJGLDR6JLHG7904 | USED | FREIGHTLINER | CASCADIA 125 | 2018 | Non-EV Charger |
| 616763 | 3AKJHLDV1KSKA3980 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 637989 | 3AKJGLDR2JSJJ0233 | USED | FREIGHTLINER | CASCADIA 125 | 2018 | Non-EV Charger |
| 616691 | 3AKJHPDV6KSKL3083 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 616663 | 3AKJHPDV0KSKL3662 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 638118 | 1XKYD49XXKJ242391 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 638126 | 1XKYD49X3NJ101019 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 616047 | 4V4WC9EH7KN208570 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 615983 | 4V4WC9EH2KN208556 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 615611 | 4V4NC9EH8MN273216 | USED | VOLVO | VNL64T760 | 2021 | Non-EV Charger |
| 655485 | 3AKJHHDR8KSKJ1014 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 615553 | 3AKJHHDV6MSMK2681 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |



EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Desciption | Model | model year | Category |
|---|---|---|---|---|---|---|
| 615453 | 4V4NC9EH3KN200879 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 599082 | 4V4NC9EH6KN213979 | USED | VOLVO | VNL | 2019 | Non-EV Charger |
| 599038 | 3AKJGLDR9KSLG0923 | USED | FREIGHTLINER | CASCADIA 125 | 2019 | Non-EV Charger |
| 583465 | 1XPBDP9X4PD854349 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 564693 | 1XPBD49X6PD850429 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 656283 | 3AKJHHDR6KSKJ0234 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 449681 | 1DW1A5320GB623705 | USED | STOUGHTON | Dryvan | 2016 | Non-EV Charger |
| 513387 | 4V4NC9EH3JN993776 | USED | VOLVO | VNL64T300 | 2018 | Non-EV Charger |
| 502696 | 4V4NC9EH2FN186172 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 503645 | 1UYVS2531HU891307 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 516137 | 1UYVS253XHU891466 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 570358 | 4V4NC9EH3NN603281 | USED | VOLVO | 760 | 2022 | Non-EV Charger |
| 580937 | 3HSDZAPR2NN566183 | USED | INTERNATIONAL | LT | 2022 | Non-EV Charger |
| 612942 | 1UYVS253XFU192416 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |
| 628099 | 3AKJHHDR5KSJX1104 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 628107 | 3AKJHHDR8MSMR6476 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 496303 | 1XKYDP9X6KJ279309 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 628143 | 1XKYDP9X5KJ236595 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 496045 | 1UYVS2537HU891280 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 495873 | 1FUJHHDR9KLKE3655 | USED | FREIGHTLINER | Cascadia | 2019 | Non-EV Charger |
| 656391 | 3AKGGLDR2HSHY1313 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 495532 | 1UYVS2531HU891520 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 501804 | 1UYVS2530HU891413 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 501812 | 1UYVS253XHU877132 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 501832 | 1UYVS2536HU891576 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 495488 | 1UYVS2534HU877109 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 567580 | 3AKJGLDR5HSHR5860 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 495416 | 1UYVS2534GU188511 | USED | UTILITY | Reefer | 2016 | Non-EV Charger |
| 651218 | 4V4NC9EH7KN201162 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 637921 | 1UYVS2539GG579040 | USED | UTILITY | DRY VAN | 2016 | Non-EV Charger |
| 637977 | 3AKJGLDR1HSHT2237 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 636624 | 3HSDZAPR6PN121898 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 620912 | 4V4NC9EH8KN903829 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 655384 | 3H3V532C0LT201052 | USED | HYUNDAI | DRY VAN | 2020 | Non-EV Charger |
| 656195 | 4V4NC9EH2KN904586 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 502664 | 4V4NC9EG6FN912929 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 503188 | 3UTVS2533N8474608 | USED | UTILITY | Reefer | 2022 | Non-EV Charger |
| 503641 | 1UYVS2538HU891238 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 554232 | 1JJV532D9PL326288 | USED | WABASH | DRY VAN | 2023 | Non-EV Charger |
| 580941 | 3AKJHHDR1KSKP8652 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 594018 | 4V4NC9EH8PN603473 | USED | VOLVO | VNL64T860 | 2023 | Non-EV Charger |
| 611228 | 5V8VC5327LM002068 | USED | VANGUARD | DRY VAN | 2020 | Non-EV Charger |
| 611332 | 3AKJGLDRXHSHR5630 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 611388 | 3HSDZAPR4PN439289 | USED | INTERNATIONAL | LT | 2023 | Non-EV Charger |
| 628065 | 1XKYD49X6LJ392550 | USED | KENWORTH | T680 | 2020 | Non-EV Charger |
| 628111 | 1FUJGLD59FLGR5766 | USED | FREIGHTLINER | CASCADIA 125 | 2015 | Non-EV Charger |
| 661706 | 1FUJHHDR1MLMC2520 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 661698 | 3AKJHHDR8MSMA8182 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 661630 | 1UYVS2532M3427491 | USED | UTILITY | VS2 | 2021 | Non-EV Charger |
| 646683 | 1FUJHHDR0NLMW8488 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |



EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Desciption | Model | model year | Category |
|----|-------------------|-----------|------------|-------|------------|----------|
| 646615 | 1GRAA0629GW701630 | USED | GREAT DANE | REEFER | 2016 | Non-EV Charger |
| 625889 | 4V4NC9EJ5PN307510 | USED | VOLVO | VNL64T860 | 2023 | Non-EV Charger |
| 501800 | 1UYVS2533GU189102 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 622776 | 1UYVS2537HU891263 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622836 | 1UYVS2530HU891623 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 622844 | 1UYVS2537HU891649 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 637929 | 5V8VC5329NT206962 | USED | VANGUARD | DRY VAN | 2022 | Non-EV Charger |
| 637937 | 1JJV532D8PL413809 | USED | WABASH | DRY VAN | 2023 | Non-EV Charger |
| 637997 | 1FUJHHDR6LLLN1446 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 638005 | 3AKJGLDR1HSHV1676 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 655368 | 1UYVS2531P6711715 | USED | UTILITY | REEFER | 2023 | Non-EV Charger |
| 655561 | 4V4NC9EH2KN903860 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 656247 | 1UYVS2537EU830104 | USED | UTILITY | REEFER | 2014 | Non-EV Charger |
| 502652 | 4V4NC9EH4FN910007 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 502660 | 4V4NC9EG4FN912928 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 503621 | 1UYVS2537HU891036 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 517636 | 3HSDZAPR6JN425742 | USED | INTERNATIONAL | LT | 2018 | Non-EV Charger |
| 570342 | 1XPBDP9X1KD600588 | USED | PETERBILT | 579 | 2019 | Non-EV Charger |
| 593311 | 3AKJHHDRXMSMX7590 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 661718 | 1FUJHHDR8NLMW8559 | USED | FREIGHTLINER | FM2 | 2022 | Non-EV Charger |
| 593517 | 1FUJGLDRXHLHM0963 | USED | FREIGHTLINER | CADCADIA | 2017 | Non-EV Charger |
| 593525 | 4V4NC9EH2LN225273 | USED | VOLVO | VNL64T760 | 2020 | Non-EV Charger |
| 661710 | 1FUJHHDR8MLMT9478 | USED | FREIGHTLINER | FM2 | 2021 | Non-EV Charger |
| 611204 | 527SR5325PM033404 | USED | CIMC | REEFER | 2023 | Non-EV Charger |
| 611212 | 1UYVS2536HU873594 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 611352 | 3AKJHHDR5KSKU4732 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 661590 | 527SR5322RM037008 | NEW | CIMC | COO | 2024 | Non-EV Charger |
| 646635 | 1JJV532D8FL851180 | USED | WABASH | DRY VAN | 2015 | Non-EV Charger |
| 628219 | 1JJV532D9NL357375 | USED | WABASH | DRYVAN | 2022 | Non-EV Charger |
| 625893 | 4V4NC9EH5LN212274 | USED | VOLVO | VNL64T860 | 2020 | Non-EV Charger |
| 628171 | 4V4NC9EH5NN603430 | USED | VOLVO | 760 | 2022 | Non-EV Charger |
| 628199 | 3H3V532C3GT476002 | USED | HYUNDAI | REEFER | 2016 | Non-EV Charger |
| 501915 | 3HSDZAPR6KN365012 | USED | INTERNATIONAL | LT | 2019 | Non-EV Charger |
| 502007 | 1UYVS2537FU192406 | USED | UTILITY | Reefer | 2015 | Non-EV Charger |
| 502015 | 1UYVS2539FU192505 | USED | UTILITY | Reefer | 2015 | Non-EV Charger |
| 514503 | 1XPBD49X0PD841449 | NEW | PETERBILT | 579 | 2023 | Non-EV Charger |
| 583956 | 1FUJHHDRXKLKG9701 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 597709 | 1FUJHPDV3KLKG7764 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 597873 | 4V4NC9EH2NN288277 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 612978 | 4V4WC9EG4KN198832 | USED | VOLVO | VNR64T300 | 2019 | Non-EV Charger |
| 613279 | 3AKJHHDR5MSMH8805 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 613647 | 3AKJHHDR2KSJX1125 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 613655 | 3AKJHHDR7LSKC0400 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 614105 | 1XKYD49X1KJ253490 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 614113 | 3AKJHHDR6KSKJ1111 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 614550 | 1FUJHHDR1KLKE4122 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 631662 | 3AKJGLDR0JSJD2694 | USED | FREIGHTLINER | CASCADIA 125 | 2018 | Non-EV Charger |
| 631690 | 1XKYDP9X9JJ182538 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 653778 | 1UYVS2536GU188462 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 495082 | 3AKJGLDR4JDKD0566 | USED | FREIGHTLINER | EVO125 | 2018 | Non-EV Charger |


Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Desciption | Model | model year | Category |
|---|---|---|---|---|---|---|
| 507459 | 1UYVS2536HU891268 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 507495 | 1UYVS2533HU891373 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 507503 | 1UYVS2536HU891447 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 572062 | 3AKJHHDR2KSKD2193 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 600690 | 1FUJHHDR4KLKG9578 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 661606 | 527SR5322RM037042 | NEW | CIMC | REEFER | 2024 | Non-EV Charger |
| 617103 | 1XKYD49X5LJ220770 | USED | KENWORTH | T680 | 2020 | Non-EV Charger |
| 617732 | 4V4NC9EH7KN213912 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 618273 | 3AKJHHDR5MSMH8870 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 628215 | 5V8VC5322MM102242 | USED | VANGUARD | DRYVAN | 2021 | Non-EV Charger |
| 628223 | 1JJV532B0KL156152 | USED | WABASH | REEFER | 2019 | Non-EV Charger |
| 501999 | 1UYVS2532FU192572 | USED | UTILITY | Reefer | 2015 | Non-EV Charger |
| 567889 | 1HTMMMML0HH576558 | USED | INTERNATIONAL | DURASTAR4300 | 2017 | Non-EV Charger |
| 584718 | 4V4NC9EHXNN305116 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 585118 | 1XKYD49X3MJ461860 | USED | KENWORTH | T680 | 2021 | Non-EV Charger |
| 612970 | 4V4WC9EG1KN198836 | USED | VOLVO | VNR64T300 | 2019 | Non-EV Charger |
| 613639 | 3AKJGLDR7HSHZ6749 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 613699 | 4V4NC9EH4NN603466 | USED | VOLVO | VNL64T860 | 2022 | Non-EV Charger |
| 614765 | 1FUJHHDR4KLKX4185 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 631706 | 1XKYD49X0KJ229956 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 523022 | 1XKYD49X4KJ253483 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 586555 | 1XKYD49X3NJ482693 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 586563 | 1XKYD49X1NJ482532 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 600944 | 1XKYD49X8NJ482561 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 661702 | 3AKJHHDR8MSMC2034 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 617247 | 1XPBDP9X0PD850508 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 659752 | 3AKJHHDR1NSMZ6238 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 661694 | 3AKJHHDR5MSMA8169 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 661626 | 1UYVS2535HU891052 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 661192 | 3HSDZAPRXPN580707 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 443325 | 3H3V532C7HT585080 | USED | HYUNDAI | Dryvan | 2017 | Non-EV Charger |
| 661690 | 3AKJHHDR4MSMA8180 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 638114 | 1XKYD49XXKJ242388 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 646871 | 4V4NC9EH3LN251168 | USED | VOLVO | VNL64T760 | 2020 | Non-EV Charger |
| 624881 | T124-HU1-2123-005 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624873 | T124-HU1-2123-003 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624813 | T54HV-HU1-0123-045 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624805 | T54HV-HU1-0223-042 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624745 | T124-HU1-1823-006 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624737 | T124-HU1-2023-024 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624677 | T184-IT3-0423-268 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624669 | T184-IT1-0423-304 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624609 | T124-IT1-1823-022 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624601 | T124-IT1-1823-024 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 503577 | 1UYVS253XFU186521 | USED | UTILITY | Reefer | 2015 | Non-EV Charger |
| 503633 | 1UYVS2535HU891214 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 516169 | 1UYVS2534HU891107 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 624549 | T54HV-IT3-4422-201 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 570293 | 3AKJGLDR9JDKD0613 | USED | FREIGHTLINER | CASCADIA 125 | 2018 | Non-EV Charger |
| 570500 | 3AKJHHDR7NSMF3888 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |


EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|----|-------------------|-----------|-------------|-------|------------|----------|
| 593529 | 3AKJGLDR1KDKG6202 | USED | FREIGHTLINER | CASCADIA 125 | 2019 | Non-EV Charger |
| 593573 | 3AKJGEDR3HSHE1237 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 624541 | T54HV-IT3-0323-169 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624481 | T54HV-IT3-0323-240 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624473 | T54HV-IT3-0323-283 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 628175 | 4V4NC9EHXPN310965 | USED | VOLVO | 760 | 2023 | Non-EV Charger |
| 628203 | 3H3V532CXHT585025 | USED | HYUNDAI | DRYVAN | 2017 | Non-EV Charger |
| 656287 | 3AKJHHDR5KSKJ0757 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 587350 | 3H3V532C2HT335097 | USED | HYUNDAI | REEFER | 2017 | Non-EV Charger |
| 501658 | 1FUJGEDR7HLJD0832 | USED | FREIGHTLINER | Cascadia | 2017 | Non-EV Charger |
| 502213 | 1UYVS2532K2752435 | USED | UTILITY | REEFER | 2019 | Non-EV Charger |
| 572815 | 1XKYDP9X0PJ233868 | USED | KENWORTH | T680 | 2023 | Non-EV Charger |
| 514194 | 3AKJGEDV6FDGL1429 | USED | FREIGHTLINER | CASCADIA 125 | 2015 | Non-EV Charger |
| 567873 | 1XPBD49X1ND781761 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 584750 | 1XPBD49X4PD841423 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 584754 | 4V4NC9EHXJN885719 | USED | VOLVO | VNL64T760 | 2018 | Non-EV Charger |
| 585227 | 4V4NC9EH3LN251039 | USED | VOLVO | VNL64T760 | 2020 | Non-EV Charger |
| 585231 | 4V4NC9EH0KN201438 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 612994 | 4V4NC9EH6KN903926 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 631674 | 3HSDZAPR1PN439301 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 653698 | 3AKJHHDR6LSKU7978 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 653754 | 4V4NC9EH3KN903849 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 634273 | 4V4NC9EH6NN603386 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 447918 | 1FUJGLD50GLGX2250 | USED | FREIGHTLINER | Cascadia | 2016 | Non-EV Charger |
| 634197 | 3HSDZAPR8JN247770 | USED | INTERNATIONAL | LT625 | 2018 | Non-EV Charger |
| 507487 | 1UYVS2532HU891364 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 507555 | 1XKYD49X1KJ240271 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 555143 | 3AKJHHDR9MSMX7578 | USED | FREIGHTLINER | CASCADIA | 2021 | Non-EV Charger |
| 555147 | 3AKJHHDR7MSMX7580 | USED | FREIGHTLINER | CASCADIA | 2021 | Non-EV Charger |
| 634137 | 1UYVS2537N3476817 | USED | UTILITY | DRY VAN | 2022 | Non-EV Charger |
| 586651 | 3HSDZAPR4KN226397 | USED | INTERNATIONAL | LT | 2019 | Non-EV Charger |
| 600634 | 1XKYD49X4KJ256402 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 600706 | 1FUJHHDRXKLKG9746 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 600710 | 3AKJHHDRXKSKJ0530 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 617079 | 1XKYD49X3NJ482533 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 634129 | 1GRAA062XKW131730 | USED | GREAT DANE | REEFER | 2019 | Non-EV Charger |
| 617039 | 1FUJHHDR4KLKN4535 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616971 | 3AKJHPDV8LSLF0256 | USED | FREIGHTLINER | CASCADIA 116 | 2020 | Non-EV Charger |
| 635902 | 1XKYD49X0NJ482568 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 616919 | 3AKJHLDV2KSKF9233 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 660966 | 3AKJHHDR3KSJL4133 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616911 | 3AKJHHDR3KSKL3048 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616851 | 3AKJHLDV9KSKA4049 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 568835 | 1UYVS2538K2788307 | USED | UTILITY | REEFER | 2019 | Non-EV Charger |
| 583984 | 3AKJHHDR3KSKD2171 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 584012 | 4V4NC9EH1LN230982 | USED | VOLVO | VNL64T760 | 2020 | Non-EV Charger |
| 584706 | 4V4NC9EH2NN603403 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 597809 | 3HSDZAPR5NN605400 | USED | INTERNATIONAL | LT625 | 2022 | Non-EV Charger |
| 597817 | 1XKYD49X6NJ467024 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 613307 | 3AKJHHDR9MSMH8967 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |

EXHIBIT A

As of 2024

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Desciption | Model | model year | Category |
|----|-------------------|-----------|------------|-------|-----------|----------|
| 614577 | 3AKJGLD13FSGJ2348 | USED | FREIGHTLINER | CASCADIA 125 | 2015 | Non-EV Charger |
| 507727 | 1FUJGLDR3JLJS9059 | USED | FREIGHTLINER | CASCADIA 125 | 2018 | Non-EV Charger |
| 507983 | 4V4WC9EH4LN234982 | USED | VOLVO | T300 | 2020 | Non-EV Charger |
| 571828 | 1XKYD49X1NJ101049 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 586535 | 3AKJHHDR3LSKU2138 | USED | FREIGHTLINER | CASCADIA | 2020 | Non-EV Charger |
| 600662 | 3AKJHHDR2KSKJ1297 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 600916 | 3AKJHHDR3KSKD2073 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 600924 | 3AKJHHDR3KSJL4004 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 617401 | 3AKJGLDR7HSHY4892 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 646631 | 1JJV532B2GL890928 | USED | WABASH | REEFER | 2016 | Non-EV Charger |
| 625869 | 1XPXD49X5ND789545 | USED | PETERBILT | 389 | 2022 | Non-EV Charger |
| 624921 | T184-IT3-0223-183 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624893 | T124-HU1-2023-029 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624865 | T54HV-HU1-0223-049 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624821 | T54HV-HU1-0123-041 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624793 | T124-IT1-1823-015 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624765 | T124-IT1-1823-010 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624721 | T184-IT3-0323-218 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624693 | T184-IT1-0723-224 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 497247 | 1UYVS2538GU189256 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 517982 | 1UYVS2539M6369619 | USED | UTILITY | REEFER | 2021 | Non-EV Charger |
| 527055 | 1UYVS2534FU186448 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |
| 577956 | 3AKJHHDR3NSNA7204 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 577964 | 3AKJHHDR9NSMF3892 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 577984 | 3AKJHHDR4NSNA6756 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 592739 | 1XPBD49X9PD841448 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 501844 | 1UYVS2538HU891675 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 514174 | 4V4NC9EG3FN912905 | USED | VOLVO | VNL | 2015 | Non-EV Charger |
| 514507 | 1XPBDP9X3PD854343 | NEW | PETERBILT | 579 | 2023 | Non-EV Charger |
| 515705 | 1XPBD49X8ND781742 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 515733 | 1GR1A0629LE158103 | USED | GREAT DANE | REEFER | 2020 | Non-EV Charger |
| 624665 | T184-IT1-0423-303 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 567592 | 3AKJHHDR0KSKH0070 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 624621 | T124-IT3-1323-214 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 597749 | 3AKJHHDR8LSKB4993 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 612946 | 1UYVS2532FU227207 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |
| 612974 | 4V4WC9EG2KN212212 | USED | VOLVO | VNR64T300 | 2019 | Non-EV Charger |
| 624593 | T124-IT1-1823-025 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 631650 | 3AKJHHDR1PSNY3267 | USED | FREIGHTLINER | CASCADIA 126 | 2023 | Non-EV Charger |
| 631694 | 1XKYDP9X7KJ239112 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 624565 | T124-IT1-1823-030 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 653774 | 1UYVS2537M6416520 | USED | UTILITY | REEFER | 2021 | Non-EV Charger |
| 624521 | T54HV-IT3-0323-260 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 507194 | 4V4NC9EH9FN919074 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 507463 | 1UYVS2537H2995022 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 507507 | 1UYVS2536HU891514 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 507731 | 3AKJGLDR5KSJL3927 | USED | FREIGHTLINER | CASCADIA 125 | 2019 | Non-EV Charger |
| 555528 | 1XKYD49X2KJ242188 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 571564 | 1JJV532D5KL097858 | USED | WABASH | DRY VAN | 2019 | Non-EV Charger |
| 624493 | T54HV-IT3-0323-139 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |



EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|----|-------------------|-----------|-------------|-------|------------|----------|
| 617099 | 1XKYD49X3KJ225593 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 624358 | 1GRAA0629KW145540 | USED | GREAT DANE | REEFER | 2019 | Non-EV Charger |
| 634886 | 4V4NC9EH0KN201147 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 635938 | 1XKYD49X2LJ392612 | USED | KENWORTH | T680 | 2020 | Non-EV Charger |
| 587358 | 5V8VC5321NT200315 | USED | VANGUARD | REEFER | 2022 | Non-EV Charger |
| 660974 | 3AKJHHDR5JSJK9000 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 587329 | 1JJV532B8JL048876 | USED | WABASH | REEFER | 2018 | Non-EV Charger |
| 559473 | 3AKJHHDR4KSKG4403 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 485176 | T54HV-IT1-4221-187 | NEW | ABB | T54HV | 2022 | EV Charger |
| 497215 | 1UYVS2534GU188427 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 561943 | 1UYVS2534GU412165 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 592691 | 3HSDZAPR0PN560613 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 646735 | 1XKYD49X6MJ466146 | USED | KENWORTH | T680 | 2021 | Non-EV Charger |
| 625865 | 1XKYD49X6NJ100981 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 474567 | 4V4NC9EHXJN993077 | USED | VOLVO | 670 | 2018 | Non-EV Charger |
| 567604 | 3AKJHHDRXKSKH0156 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 584722 | 3AKJHHDR0NSNB3798 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 597893 | 1XKYDP9X4PJ233873 | USED | KENWORTH | T680 | 2023 | Non-EV Charger |
| 624925 | T184-IT3-0223-210 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 612966 | 4V4WC9EG6KN198833 | USED | VOLVO | VNR64T300 | 2019 | Non-EV Charger |
| 613291 | 3AKJHHDR5MSMH8819 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 624897 | T124-HU1-2123-001 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624889 | T124-HU1-2123-007 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624797 | T124-IT1-1823-020 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 613703 | 1UYVS2531GM411412 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 614101 | 1XKYD49X3KJ253488 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 631634 | 3AKJHHDR2KSKD2064 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 624789 | T124-IT1-1823-017 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624761 | T124-HU1-1823-002 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 631916 | 4V4NC9EH3KN902751 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 624753 | T124-HU1-1823-004 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 653730 | 3AKJHHDR3KSKD2154 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 653790 | 1JJV532B9GL890912 | USED | WABASH | REEFER | 2016 | Non-EV Charger |
| 521277 | 1XKYDP9X0JJ182511 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 624661 | T184-IT1-0423-299 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624653 | T184-IT1-0423-297 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624633 | T184-IT1-0423-274 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624625 | T184-IT3-0423-180 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624617 | T124-IT1-1823-031 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624533 | T54HV-IT3-0323-235 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 586551 | 1XKYD49X6MJ461870 | USED | KENWORTH | T680 | 2021 | Non-EV Charger |
| 586619 | 1XPBDP9X9PD854346 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 600948 | 1XKYDP9X2PJ239686 | USED | KENWORTH | T680 | 2023 | Non-EV Charger |
| 617107 | 1XKYD49X6JJ202310 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 617115 | 1XPBD49XXPD854354 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 624525 | T54HV-IT3-0323-186 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624517 | T54HV-IT3-0323-281 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624497 | T54HV-IT3-0323-149 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624489 | T54HV-IT3-0323-245 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624382 | 1JJV532D6ML248161 | USED | WABASH | DRYVAN | 2021 | Non-EV Charger |


EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Desciption | Model | model year | Category |
|---|---|---|---|---|---|---|
| 624246 | 3AKJHHDR6KSKD2178 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 604264 | 4V4NC9EG1JN996960 | USED | VOLVO | VNL | 2018 | Non-EV Charger |
| 587325 | 1JJV532B1MM262882 | USED | WABASH | REEFER | 2021 | Non-EV Charger |
| 587297 | 1UYVS2539K2594210 | USED | UTILITY | REEFER | 2019 | Non-EV Charger |
| 559469 | 3AKJHHDR1JSJS3677 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 510915 | 1XPBD49X2ND781753 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 499245 | 1UYVS2533H2995003 | USED | UTILITY | Utility | 2017 | Non-EV Charger |
| 499237 | 1UYVS2535HU891178 | USED | UTILITY | Utility | 2017 | Non-EV Charger |
| 485336 | T54HV-IT1-0722-078 | NEW | ABB | T54HV | 2022 | EV Charger |
| 497502 | 1UYVS2539H2891910 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 498711 | 1XPBDP9X5KD600867 | USED | PETERBILT | 579 | 2019 | Non-EV Charger |
| 498892 | 1XKYD49X3JJ159822 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 518054 | 1JJV532D7NL316999 | USED | WABASH | DRY VAN | 2022 | Non-EV Charger |
| 578196 | 3AKJHHDR5KSKD2141 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 592703 | 3H3V532K3NJ541219 | USED | HYUNDAI | DRY VAN | 2022 | Non-EV Charger |
| 619354 | 4V4NC9EH1LN250732 | USED | VOLVO | VNL64T760 | 2020 | Non-EV Charger |
| 620780 | 3AKJHHDRXKSKY0383 | USED | 3AKJHHDRXKSKY0383 | CASCADIA 126 | 2019 | Non-EV Charger |
| 620816 | 3HSDZAPRXNN605408 | USED | INTERNATIONAL | LT | 2022 | Non-EV Charger |
| 620824 | 1XKYD49X1NJ499900 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 620916 | 4V4NC9EHXKN906229 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 495484 | 1UYVS253XHU877101 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 495492 | 1UYVS253XHU891001 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 495520 | 1UYVS2534HU891401 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 495528 | 1UYVS2537HU891456 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 496800 | 1XPBDP9X8KD612978 | USED | PETERBILT | 579 | 2019 | Non-EV Charger |
| 513419 | 4V4NC9EH6JN993786 | USED | VOLVO | VNL64T300 | 2018 | Non-EV Charger |
| 581964 | 3H3V532K3NJ541222 | USED | HYUNDAI | DRY VAN | 2022 | Non-EV Charger |
| 582000 | 1JJV532B0LL174636 | USED | WABASH | REEFER | 2020 | Non-EV Charger |
| 615615 | 4V4NC9EHXMN273217 | USED | VOLVO | VNL64T760 | 2021 | Non-EV Charger |
| 615907 | 4V4WC9EH9KN208523 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616011 | 4V4WC9EH8KN208562 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616054 | 4V4WC9EH9KN208571 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616063 | 4V4WC9EH8KN208573 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616667 | 3AKJHPDVXKSKL2888 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 616687 | 3AKJHPDV5KSKM2695 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 616695 | 3AKJHPDV7KSKL3710 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 650170 | 3UTVS2539N8474919 | USED | UTILITY | REEFER | 2022 | Non-EV Charger |
| 527043 | 4V4NC9EH2GN934646 | USED | VOLVO | VNL | 2016 | Non-EV Charger |
| 577944 | 3AKJHHDR3NSNA6750 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 578212 | 3HSDZAPR6KN430666 | USED | INTERNATIONAL | LT625 | 2019 | Non-EV Charger |
| 592711 | 1JJV532D2NL388452 | USED | WABASH | DRY VAN | 2022 | Non-EV Charger |
| 661594 | 527SR5324RM037009 | NEW | CIMC | COO | 2024 | Non-EV Charger |
| 620772 | 3AKJHHDR0JSHM7988 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 646783 | 4V4NC9EH8NN603373 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 620900 | 4V4NC9EHXMN246177 | USED | VOLVO | VNL64T760 | 2021 | Non-EV Charger |
| 636059 | 4V4NC9EH8KN200988 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 636067 | 3AKJHHDR0KSKJ1220 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 646727 | 3HSDZAPR2JN166828 | USED | INTERNATIONAL | LT | 2018 | Non-EV Charger |
| 646651 | 1FUJHHDRXNLMW8711 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 625789 | 3UTVS2532N8474602 | USED | UTILITY | REEFER | 2022 | Non-EV Charger |


Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|----|-------------------|-----------|-------------|-------|------------|----------|
| 495949 | 1UYVS2539FU186557 | USED | UTILITY | Reefer | 2015 | Non-EV Charger |
| 496017 | 1UYVS2535H2156471 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 496025 | 1UYVS2538H2995031 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 563131 | 3UTVS253XN8474816 | USED | UTILITY | REEFER | 2022 | Non-EV Charger |
| 598789 | 1UYVS2535M2208031 | USED | UTILITY | REEFER | 2021 | Non-EV Charger |
| 615425 | 4V4NC9EH6KN201007 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 615631 | 4V4NC9EH8NN601350 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 615927 | 4V4WC9EH1KN208533 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 615991 | 4V4WC9EH6KN208558 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 615999 | 4V4WC9EH4KN208560 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616439 | 3AKJHHDR4PSUE0969 | USED | FREIGHTLINER | CASCADIA 126 | 2023 | Non-EV Charger |
| 624917 | T184-IT3-0223-203 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 616643 | 3AKJHPDV8KSKL2971 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 616703 | 3AKJHPDVXKSKL2938 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 616711 | 3AKJHPDV0KSKL3080 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 616719 | 3AKJHLDV4KSKA4069 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616771 | 3AKJHHDR5KSKL3035 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 624913 | T184-IT3-5122-225 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 616907 | 3AKJHHDR3KSKL3809 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616915 | 3AKJHLDV7KSKF9325 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616975 | 3AKJHPDV7LSLF0264 | USED | FREIGHTLINER | CASCADIA 116 | 2020 | Non-EV Charger |
| 617043 | 3AKJHHFG7KSLL2273 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 634133 | 1UYVS2538GU189306 | USED | UTILITY | REEFER | 2016 | Non-EV Charger |
| 624901 | T124-HU1-2123-002 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 634201 | 3HSDZAPR1PN424961 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 634261 | 1XPBDP9X6PD850514 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 650022 | 1FUJHHDR5KLKE4107 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 650082 | 1FUJHHDR6KLJZ9022 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 497478 | 1UYVS2537HU891571 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |
| 560803 | 3HSDZAPR4NN239607 | USED | INTERNATIONAL | LT625 | 2022 | Non-EV Charger |
| 561213 | 3AKJHHDR5NSMZ3679 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 577972 | 3AKJHHDR2NSMF3880 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 592755 | 1XPBD49X8PD841425 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 624845 | T54HV-HU1-0123-044 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 620796 | 1FUJHHDR8MLMM2056 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 620800 | 3AKJGLDR8HSHR5397 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 620868 | 1XPBD49XXPD841460 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 620872 | 1XPBD49X5LD674662 | USED | PETERBILT | 579 | 2020 | Non-EV Charger |
| 624841 | T54HV-HU1-0123-042 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 495448 | 1UYVS2535GU188548 | USED | UTILITY | Reefer | 2016 | Non-EV Charger |
| 495500 | 1UYVS2534H2995026 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 495989 | 1UYVS253XHU891662 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 513371 | 4V4NC9EH1JN993808 | USED | VOLVO | VNL64T300 | 2018 | Non-EV Charger |
| 529706 | 3HSDZAPRXJN532793 | USED | INTERNATIONAL | LT | 2018 | Non-EV Charger |
| 583453 | 1XKYD49XXJJ195815 | USED | KENWORTH | T680 | 2018 | Non-EV Charger |
| 615599 | 4V4NC9EH0MN273212 | USED | VOLVO | VNL64T760 | 2021 | Non-EV Charger |
| 615883 | 4V4WC9EH0KN208491 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 615891 | 4V4WC9EH8KN208495 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 624773 | T124-IT1-1823-011 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 615967 | 4V4WC9EH7KN208553 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |


Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|---|---|---|---|---|---|---|
| 624769 | T124-IT1-1823-008 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 616035 | 4V4WC9EH7KN208567 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616603 | 1JJV532B8LL174920 | USED | WABASH | REEFER | 2020 | Non-EV Charger |
| 616675 | 3AKJHPDV4KSKL3695 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 616679 | 3AKJHPDV6KSKA4307 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 616747 | 3AKJHHDR9KSKL3023 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 624717 | T184-IT3-0323-237 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624713 | T184-IT3-0323-282 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 616819 | 3AKJHLDV7KSKF9308 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616951 | 3AKJHPDV4LSLF0075 | USED | FREIGHTLINER | CASCADIA 116 | 2020 | Non-EV Charger |
| 617007 | 3AKJHHDR6KSKD2052 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 624701 | T184-IT3-0323-280 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624645 | T184-IT1-0423-295 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624641 | T184-IT1-0423-294 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624573 | T124-IT3-1323-217 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 650042 | 1FUJHHDR2LLKU7309 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 624569 | T124-IT3-1323-176 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624513 | T54HV-IT3-0323-189 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 650186 | 527SR5320NM026258 | USED | CIMC | REEFER | 2022 | Non-EV Charger |
| 624501 | T54HV-IT3-0323-144 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624366 | 3UTVS2534N8474715 | USED | UTILITY | REEFER | 2022 | Non-EV Charger |
| 604276 | 4V4NC9EG7JN996963 | USED | VOLVO | VNL | 2018 | Non-EV Charger |
| 620752 | 3AKJGLDR3JDJY0988 | USED | FREIGHTLINER | CASCADIA 125 | 2018 | Non-EV Charger |
| 604272 | 4V4NC9EG9JN996902 | USED | VOLVO | VNL | 2018 | Non-EV Charger |
| 620860 | 1XKYD49X1PJ264965 | USED | KENWORTH | T680 | 2023 | Non-EV Charger |
| 620880 | 1XPBD49X5PD850454 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 620888 | 4V4NC9EH6PN603424 | USED | VOLVO | VNL64T760 | 2023 | Non-EV Charger |
| 636055 | 4V4NC9EH3KN201076 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 587378 | 3AKJHHDR4NSMZ3673 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 495420 | 1UYVS2533GU188516 | USED | UTILITY | Reefer | 2016 | Non-EV Charger |
| 583441 | 1XPBD49X3ND781745 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 583469 | 1XPBD49X7ND789797 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 583477 | 3HSDZAPR3PN424962 | USED | INTERNATIONAL | LT | 2023 | Non-EV Charger |
| 598611 | 4V4NC9EH3KN201370 | USED | VOLVO | 760 | 2019 | Non-EV Charger |
| 587305 | 1UYVS2537EM774083 | USED | UTILITY | REEFER | 2014 | Non-EV Charger |
| 598777 | 1UYVS2538K6655104 | USED | UTILITY | REEFER | 2019 | Non-EV Charger |
| 510898 | 5V8VA5329GM610945 | USED | VANGUARD | DRY VAN | 2016 | Non-EV Charger |
| 615421 | 4V4NC9EG6KN206568 | USED | VOLVO | VNL64T300 | 2019 | Non-EV Charger |
| 615939 | 4V4WC9EH4KN208543 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 615951 | 4V4WC9EH3KN208548 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 615979 | 4V4WC9EH0KN208555 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 615987 | 4V4WC9EH4KN208557 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616087 | 4V4WC9EH1KN208578 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 499221 | 1UYVS2535HU891360 | USED | UTILITY | Utility | 2017 | Non-EV Charger |
| 616595 | 1GRAA0628KW140880 | USED | GREAT DANE | REEFER | 2019 | Non-EV Charger |
| 616859 | 3AKJHLDV0KSKL3511 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616867 | 3AKJHLDV9KSKA4066 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616887 | 3AKJHHDRXKSKL3743 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616895 | 3AKJHHDR4KSKF9895 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616987 | 3AKJHPDV7LSLF0099 | USED | FREIGHTLINER | CASCADIA 116 | 2020 | Non-EV Charger |

EXHIBIT A

As of 284 2024

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|---|---|---|---|---|---|---|
| 616995 | 3AKJHPDV6LSLF0076 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 634189 | 3AKJHHDR1KSKH5519 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 634281 | 4V4NC9EH8KN903863 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 646755 | 4V4WC9EH0PN607408 | USED | VOLVO | VNR64T640 | 2023 | Non-EV Charger |
| 650162 | 3H3V532C3MR308028 | USED | HYUNDAI | DRY VAN | 2021 | Non-EV Charger |
| 592707 | 3HSDZAPR4PN439292 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 592763 | 4V4NC9EH6NN305128 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 619342 | 3AKJHHDR7LSLP8272 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 620175 | 3AKJHHDR0JSJJ0127 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 646747 | 1XPBD49X7KD610640 | USED | PETERBILT | 579 | 2019 | Non-EV Charger |
| 620219 | 1UYVS253XJ2479615 | USED | UTILITY | REEFER | 2018 | Non-EV Charger |
| 620820 | 1XKYD49X5NJ489919 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 646687 | 1FUJHHDR5NLMW8857 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 620892 | 4V4NC9EH2PN603422 | USED | VOLVO | VNL64T760 | 2023 | Non-EV Charger |
| 646627 | 527SR5326LL017647 | USED | CIMC | REEFER | 2020 | Non-EV Charger |
| 495496 | 1UYVS2538HU891286 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 496037 | 1UYVS2530H2891939 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 563517 | 3HSDZAPR0NN605398 | USED | INTERNATIONAL | LT625 | 2022 | Non-EV Charger |
| 599046 | 4V4NC9EH4KN902757 | USED | VOLVO | VNL | 2019 | Non-EV Charger |
| 599074 | 4V4NC9EH7KN213909 | USED | VOLVO | VNL | 2019 | Non-EV Charger |
| 600128 | 3AKJHHDR0KSJL3974 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 615473 | 4V4NC9EH1KN201013 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 615517 | 3AKJHHDR8KSKL1120 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 615911 | 4V4WC9EH4KN208526 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 646619 | 1GRAA0628GW703448 | USED | GREAT DANE | REEFER | 2016 | Non-EV Charger |
| 616059 | 4V4WC9EH0KN208572 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616091 | 4V4WC9EH3KN208579 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616599 | 1GRAA062XKW140881 | USED | GREAT DANE | REEFER | 2019 | Non-EV Charger |
| 616699 | 3AKJHPDV7KSKL3125 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 625877 | 4V4NC9EH3HN965857 | USED | VOLVO | VNL64T670 | 2017 | Non-EV Charger |
| 616755 | 3AKJHLDV4KSKA4072 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616799 | 3AKJHLDV1KSKF9353 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616827 | 3AKJHHDR1KSKL3016 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616899 | 3AKJHLDV8KSKA4012 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616927 | 3AKJHPDV3LSLG8972 | USED | FREIGHTLINER | CASCADIA 116 | 2020 | Non-EV Charger |
| 625809 | 3AKJGLDR6JSJH6778 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 617055 | 3AKJHHDR6LSLU9118 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 624877 | T124-HU1-2123-004 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 634221 | 1XKYD49X5NJ499897 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 634277 | 4V4NC9EH8PN310964 | USED | VOLVO | VNL64T760 | 2023 | Non-EV Charger |
| 624869 | T54HV-HU1-0223-050 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624817 | T54HV-HU1-0223-046 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624809 | T54HV-HU1-0223-041 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624801 | T124-IT1-1823-016 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624749 | T124-HU1-1823-005 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 650166 | 1UYVS2533P6711716 | USED | UTILITY | REEFER | 2023 | Non-EV Charger |
| 624741 | T124-HU1-2023-023 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624681 | T184-IT3-0523-222 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624673 | T184-IT3-0423-285 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 497171 | 1UYVS2537FU186301 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |

EXHIBIT A

Mitsubishi HC Capital

Equipment Available to Pick Up

| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|---|---|---|---|---|---|---|
| 624613 | T124-IT1-1823-021 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624605 | T124-IT1-1823-023 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 518442 | 1FUJHHDRXLLLA0429 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 624545 | T54HV-IT3-0323-166 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 577932 | 3AKJHHDR4NSNA6742 | USED | NULL | CASCADIA 126 | 2022 | Non-EV Charger |
| 577948 | 3AKJHHDR9NSNA6753 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 592715 | 1JJV532D9NL357201 | USED | WABASH | DRY VAN | 2022 | Non-EV Charger |
| 592723 | 1UYVS2538N7509414 | USED | UTILITY | DRY VAN | 2022 | Non-EV Charger |
| 624537 | T54HV-IT3-0323-135 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 620171 | 1XKYD49X1LJ392553 | USED | KENWORTH | T680 | 2020 | Non-EV Charger |
| 620231 | 1UYVS2530FU186530 | USED | UTILITY | REEFER | 2015 | Non-EV Charger |
| 620768 | 1FUJHHDR2LLLR3984 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 624477 | T54HV-IT3-0323-258 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624469 | T54HV-IT3-0323-247 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 620896 | 4V4NC9EHXKN898133 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 620904 | 4V4NC9EH4KN220526 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 495480 | 1UYVS2538HU891627 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 495540 | 1UYVS2539HU891636 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 496029 | 1UYVS2531H2891934 | USED | UTILITY | Reefer | 2017 | Non-EV Charger |
| 513415 | 4V4NC9EH5JN993987 | USED | VOLVO | VNL64T300 | 2018 | Non-EV Charger |
| 562999 | 3AKJHHDR9KSKD2238 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 563533 | 1XPXD49X0KD601090 | USED | PETERBILT | 389 | 2019 | Non-EV Charger |
| 598649 | 5V8VC5329LT002658 | USED | VANGUARD | DRY VAN | 2020 | Non-EV Charger |
| 624266 | 3AKJHHDR0KSKE2009 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 599058 | 4V4NC9EH9KN902849 | USED | VOLVO | VNL | 2019 | Non-EV Charger |
| 600132 | 3AKJHHDR3KSKJ1048 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 600140 | 3AKJHHDR1KSKJ1095 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 615437 | 3AKJHHDR8JSJJ0862 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 615627 | 4V4NC9EH6NN601346 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 615635 | 4V4NC9EH1NN601349 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 615995 | 4V4WC9EH8KN208559 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616075 | 4V4WC9EH8KN208576 | USED | VOLVO | VNR64T640 | 2019 | Non-EV Charger |
| 616435 | 3AKJHHDR2PSUE0940 | USED | FREIGHTLINER | CASCADIA 126 | 2023 | Non-EV Charger |
| 587414 | 1XPBD49X1ND781744 | USED | PETERBILT | 579 | 2022 | Non-EV Charger |
| 616715 | 3AKJHPDV8KSKL3070 | USED | FREIGHTLINER | CASCADIA 116 | 2019 | Non-EV Charger |
| 616783 | 3AKJHLDV0KSKA4957 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 568831 | 1UYVS2531EM774421 | USED | UTILITY | REEFER | 2014 | Non-EV Charger |
| 597813 | 1XKYD49X3NJ482662 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 587346 | 1GRAA0622KE144347 | USED | GREAT DANE | REEFER | 2019 | Non-EV Charger |
| 526228 | 3AKJGLDR0HSHM5917 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 525593 | 1JJV532D8PL326315 | USED | WABASH | DRY VAN | 2023 | Non-EV Charger |
| 631658 | 3AKJHHDR0NSNA6382 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 525416 | 3AKJHHDR6LSKL7631 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 631730 | 1XPBD49X8PD850433 | USED | PETERBILT | 579 | 2023 | Non-EV Charger |
| 500612 | 1FUJHTDV5KLKG7631 | USED | FREIGHTLINER | Cascadia | 2019 | Non-EV Charger |
| 653738 | 1XKYD49X4NJ467006 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 447934 | 3HSDZAPR9JN532736 | USED | INTERNATIONAL | LT625 | 2018 | Non-EV Charger |
| 506148 | 7SAYGDEE4NF573277 | NEW | TESLA | Model Y | 2022 | Non-EV Charger |
| 507174 | 4V4NC9EG6FN912946 | USED | VOLVO | VNL64300 | 2015 | Non-EV Charger |
| 507471 | 1UYVS2539H2995037 | USED | UTILITY | REEFER | 2017 | Non-EV Charger |

Mitsubishi HC Capital

Equipment Available to Pick Up



| ID | VIN/SERIAL NUMBER | CONDITION | Description | Model | model year | Category |
|---|---|---|---|---|---|---|
| 555536 | 1XKYD49X8KJ242339 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 571832 | 1XKYD49XXNJ101034 | USED | KENWORTH | T680 | 2022 | Non-EV Charger |
| 586583 | 3AKJHHDR8KSHU6945 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 499249 | 1UYVS2531HU891663 | USED | UTILITY | Utility | 2017 | Non-EV Charger |
| 600892 | 3AKJHHDR9JSJJ0773 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 634906 | 4V4NC9EH6KN213982 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 635918 | 4V4NC9EH1KN903932 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 659776 | 1FUJGLDR1HLHM1208 | USED | FREIGHTLINER | CASCADIA 125 | 2017 | Non-EV Charger |
| 661010 | 3AKJHHDR8LSKZ6955 | USED | FREIGHTLINER | CASCADIA 126 | 2020 | Non-EV Charger |
| 497779 | 1JJV532D7PL413798 | NEW | WABASH | DRYVAN | 2023 | Non-EV Charger |
| 577960 | 3AKJHHDR5NSNA6894 | USED | FREIGHTLINER | CASCADIA 126 | 2022 | Non-EV Charger |
| 578220 | 4V4NC9EG9GN165344 | USED | VOLVO | VNL64T630 | 2016 | Non-EV Charger |
| 592699 | 3HSDZAPRXPN493275 | USED | INTERNATIONAL | LT625 | 2023 | Non-EV Charger |
| 592727 | 3H3V532C4LT381118 | USED | HYUNDAI | DRY VAN | 2020 | Non-EV Charger |
| 650150 | 4V4NC9EH8NN603342 | USED | VOLVO | VNL64T760 | 2022 | Non-EV Charger |
| 619350 | 4V4NC9EH5KN201435 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 619421 | 3AKJHHDR1MSMH9028 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 620183 | 1XKYD49X6LJ387753 | USED | KENWORTH | T680 | 2020 | Non-EV Charger |
| 620211 | 3H3V532C9MR308048 | USED | HYUNDAI | DRYVAN | 2019 | Non-EV Charger |
| 624861 | T54HV-HU1-0223-047 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 616795 | 3AKJHLDV0KSKF9229 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616823 | 3AKJHLDV0KSKF9201 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616831 | 3AKJHLDV5KSKM2866 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 616923 | 3AKJHLDV5KSKF9324 | USED | FREIGHTLINER | CASCADIA 126 | 2019 | Non-EV Charger |
| 624853 | T54HV-HU1-0223-044 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 617059 | 3AKJHHDRXMSMH8699 | USED | FREIGHTLINER | CASCADIA 126 | 2021 | Non-EV Charger |
| 617067 | 3HSDZAPR7NN566177 | USED | INTERNATIONAL | LT | 2022 | Non-EV Charger |
| 634125 | 527SR532XHL008988 | USED | CIMC | REEFER | 2017 | Non-EV Charger |
| 634245 | 1XKYD49X9KJ229986 | USED | KENWORTH | T680 | 2019 | Non-EV Charger |
| 634253 | 1XPBD49X1RD639397 | USED | PETERBILT | 579 | 2024 | Non-EV Charger |
| 650002 | 1XKYD49X5PJ264919 | USED | KENWORTH | T680 | 2023 | Non-EV Charger |
| 650098 | 3AKJHHDR8JSJX4884 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 624833 | T54HV-HU1-0223-048 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624825 | T54HV-HU1-0123-043 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624733 | T124-HU1-1823-001 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 485180 | T54HV-IT1-4221-200 | NEW | ABB | T54HV | 2022 | EV Charger |
| 587354 | 1UYVS2536M2352218 | USED | UTILITY | REEFER | 2021 | Non-EV Charger |
| 603638 | 4V4NC9EH4KN902774 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 603646 | 4V4NC9EH2KN196811 | USED | VOLVO | VNL64T760 | 2019 | Non-EV Charger |
| 624282 | 3AKJHHDRXJSJS3709 | USED | FREIGHTLINER | CASCADIA 126 | 2018 | Non-EV Charger |
| 624725 | T124-HU1-2023-026 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624697 | T184-IT3-0423-172 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |
| 624553 | T54HV-IT3-4222-282 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624561 | T54HV-IT-4422-197 | NEW | ABB | Terra 54HV C | 2023 | EV Charger |
| 624589 | T124-IT1-1823-026 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624597 | T124-IT3-1323-150 | NEW | ABB | Terra 124 CC | 2023 | EV Charger |
| 624689 | T184-IT1-0723-141 | NEW | ABB | Terra 184 CC | 2023 | EV Charger |

This is Exhibit "K" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____
*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

| From: | Michael Hayes <Michael.Hayes@parthenon.ey.com> |
|---|---|
| Sent: | Wednesday, May 08, 2024 10:19 AM |
| To: | Sue Santos; Art Sheppard; Éric Boisvert; John Vande Moore; Bishop, Paul |
| Cc: | Alex Morrison; Randy Benson; Karen K Fung; Jordan Zhang |
| Subject: | RE: Inventory Sales Approach & Target List Approval |

**CAUTION: External email** - never click on links or open attachments unless you recognize the sender and are sure that the content is safe. Forward suspicious emails to the Help Desk for review.



Hi Sue,

I was waiting on the team to get back to me one on of your questions, please see our responses below.

Additionally, we have completed an updated inventory expected realization analysis based on current market performance. Are you and your team available to walk through the updated numbers on tomorrow afternoon or Friday morning?

Thank you,

**Michael Hayes, CFA, MFin**
Partner | EYP-Strategy & Transactions

Direct: +1 416 575 9089 | michael.hayes@parthenon.ey.com
EA Support: Stephanie Dimou | +1 416 943 5438

---

**From:** Sue Santos <ssantos@mhccna.com>
**Sent:** Monday, May 6, 2024 5:19 PM
**To:** Michael Hayes <Michael.Hayes@parthenon.ey.com>; Art Sheppard <asheppard@mhccna.com>; Éric Boisvert <eboisvert@mhccna.com>; John Vande Moore <jvandemoore@mhccna.com>; Bishop, Paul <Paul.Bishop@fticonsulting.com>
**Cc:** Alex Morrison <Alex.F.Morrison@parthenon.ey.com>; Randy Benson <r.benson@rcbensonconsulting.com>; Karen K Fung <Karen.K.Fung@parthenon.ey.com>; Jordan Zhang <Jordan.Zhang@parthenon.ey.com>
**Subject:** RE: Inventory Sales Approach & Target List Approval

Michael,
Thank you, I agree for the need of a streamlined approach.

Some Questions:

1. We had agreed on a ▇ Commission, why the change? The ▇ cash flows were agreed to for the previously agreed to sales. However, the governance protocol addresses a 12% commission unless it is arranged on a bi-lateral basis. The ▇ is important for cash flow purposes to support day-to-day operations as the Company navigates this restructuring period.

2. What is the difference between Sale Price and Target Price? Sales price is what the Company has the asset listed on its website, truck paper, etc. The Target Price is what the company is seeking your pre-approval to proceed with a transaction should the end buyer offer at least this much money

3. Should we have an approval "good for" timeline? Say 1 month? Yes – it is okay if you want to limit your pre-approval for a 1-month period. In fact, the Company's intention is to send out a similar list at the beginning of each month seeking your approval on the updated Target Prices (either up, down, or the same depending on market conditions at that time).

4. Shouldn't we have pre-approval on out-of-pocket costs? Unfortunately this would be difficult as not all trucks have out-of-pocket costs completed at this time. These costs would be outlined at time of sale and should costs exceed $1,000 per vehicle supporting invoices would be provided.

5. What is latest timing on when we can take back assets? For example, our asset management may be able to do better with other partners who don't have as much inventory. Blakes continues to work through the security review, however this should be completed within the next 30 days.

I am reviewing the price list with our Asset Management group and will get back to you shortly.
Thanks,
Sue

**Sue Santos**
EVP & Chief Credit Officer

**T**  (203) 956-3240
**@**  ssantos@mhccna.com

### ▲ MITSUBISHI HC CAPITAL AMERICA

800 Connecticut Ave 4N
Norwalk, CT  06854
  **mhccna**.com

**NOTICE |** The entire contents of this email message are confidential and may include privileged or protected information. Any unauthorized use is strictly prohibited. If you are not the intended recipient, please notify the sender and delete the message. Thank you.

**From:** Michael Hayes <Michael.Hayes@parthenon.ey.com>
**Sent:** Monday, May 6, 2024 1:17 PM
**To:** Sue Santos <ssantos@mhccna.com>; Art Sheppard <asheppard@mhccna.com>; Éric Boisvert <eboisvert@mhccna.com>; John Vande Moore <jvandemoore@mhccna.com>; Bishop, Paul <Paul.Bishop@fticonsulting.com>
**Cc:** Alex Morrison <Alex.F.Morrison@parthenon.ey.com>; Randy Benson <r.benson@rcbensonconsulting.com>; Karen K Fung <Karen.K.Fung@parthenon.ey.com>; Jordan Zhang <Jordan.Zhang@parthenon.ey.com>
**Subject:** Inventory Sales Approach & Target List Approval

**CAUTION: External email** - never click on links or open attachments unless you recognize the sender and are sure that the content is safe. Forward suspicious emails to the Help Desk for review.

Hi Sue,

As the Company establishes its day-to-day inventory sales activity, a streamlined approach is required to improve operational efficiencies. For all new sales as of May 6th, 2024 and going forward the following procedure will apply:

- **Commission Structure**: The Company will charge ▮

- Flow of Funds to the Lender: The Lender should expect funds to be received based on the following formula:
  - Invoice Price: sales price plus costs and Customer Charges defined as costs related to accessories, document fee, dealer prep fee, sales tax, license fee, freight, warranty and other
  - Less: commission (calculation based on the sale price)
  - Less: Customer Charges (costs and fees included in invoice price outlined above)
  - Less: out-of-pocket costs incurred by the company. Should out-of-pocket costs exceed $1,000 per vehicle, then all costs greater than $1,000 in aggregate are to be supported by invoices
  - Less: HST
  - Equals: Net Proceeds remitted to the Lender
    - Note: flow of funds will need to take into account repair and storage lien act claims which are to be determined by the Entitlement Protocol that is being developed.
- Treatment of Sales Equity "Overage": Should Net Proceeds (defined above) exceed the applicable debt amount outstanding against the VIN, the incremental amount or Overage will be given to the Lender who is cross-collateralized and this amount is to be applied against other cross-collateralized debts of the Lender owed by the Company.
- Buy-Outs and Early Buy-Outs: No commissions will be charged on buy-outs or early buy-outs. The Company will remit funds to the Lender gross of taxes. With the exception of those who are not cross-collateralized.  They will not receive the overage.
- Insurance Proceeds: All amounts are to be distributed to the Lender inclusive of any Overage (if applicable) in accordance with the to-be-updated Governance Protocol. With the exception of those who are not cross-collateralized. They will not receive any Overage.
- Target Price List Approval: Attached is a Target Price list of VINs connected to you as a Lender. The list includes both those Target Price VINs that have been previously approved by you and new Target Prices that the Company is herein seeking your approval. Please review this list and provide your approval to these Target Prices as appropriate.
- Multiple Collateral Vehicles: These specific VINs are highlighted in your respective Target Price List. Treatment of these sales is similar to non-multiple collateral vehicles with the exception that all Net Proceeds are to be deposited into the Monitor's Trust account and will be released at the appropriate time as determined by the Entitlement Protocol that is being developed. For clarity, approvals from all lenders with a claim to a multiple collateral vehicle will be sought prior to sale.


Could you please share this with your respective team members and should you have any questions please reach out.


Thank you,

Michael



**Michael Hayes, CFA, MFin***
Senior Vice President & Partner | Special Situations

Ernst & Young LLP*
EY Tower: 100 Adelaide St. W, Toronto, ON, M5H 0B3, Canada
Direct: +1 416 575 9089 | michael.hayes@parthenon.ey.com
EA Support: Stephanie Dimou | +1 416 943 5438
* Limited partner of Ernst & Young L.P., which provides services to Ernst & Young LLP
* Services provided through Michael A. Hayes Consulting Corporation

---

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. EY is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

---

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. EY is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This is Exhibit "L" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**



Toronto-Dominion Centre
100 Wellington Street West
Suite 3200, P.O. Box 329
Toronto, ON  Canada  M5K 1K7
T 416.304.1616  F 416.304.1313

Puya Fesharaki
T: (416) 400-6576
E: pfesharaki@tgf.ca
File No. 2267-001

May 8, 2024

**VIA EMAIL**

Osler, Hoskin & Harcourt LLP
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada M5X 1B8

**Attention: Blair McRadu**

Dear Counsel:

**Re:    In the Matter of the *Companies' Creditors Arrangement Act* ("CCAA") proceedings of Pride Group Holdings Inc. et al. (collectively, the "Pride Entities") Court File No.:  CV-24-00717340-00CL**

As you know, we are counsel to the Pride Entities in respect of the above-captioned proceedings.

We write further to your letter dated May 1, 2024, which was subsequently included in the Affidavit of Mr. McRadu sworn May 6, 2024. Any capitalized terms not defined herein have the meanings given to them either in your letter, the Initial Order granted by the Ontario Superior Court of Justice (Commercial List) (the "**Court**") dated March 27, 2024 (as amended and restated from time to time, including by Order dated May 6, 2024, the "**Initial Order**") or the Governance Protocol appended to the Protocols Order granted by the Court on April 5, 2024.

Several of the items raised in your letter are properly addressed by reference to the Governance Protocol and the First Report to the Court of Ernst & Young Inc. (in its capacity as court-appointed monitor, the "**Monitor**") dated April 4, 2024 (the "**First Report**") explaining the operation of the Governance Protocol. We remind you that the Governance Protocol is in effect at this time, subject to future amendment and variation – please see paragraphs 54 to 56 of Justice Osborne's Endorsement dated April 9, 2024 in this regard.

We nevertheless address each of the items raised in your letter in the same order set out therein.

Governance Protocol

Your firm has been copied on all correspondence relating to the Governance Protocol and has had an opportunity to comment on same in accordance with the Monitor's timeline for comments. As acknowledged in your letter, your firm was copied on the email by the Monitor circulating the draft Governance Protocol on Monday, April 22, 2024.



2.

Your firm was also copied on correspondence relating to the Governance Protocol dated April 25, 2024, April 29, 2024 and May 3, 2024, the latter of which included comments from McCarthy Tetrault LLP on the Governance Protocol on behalf of counsel to multiple lenders copied thereon, which included your firm. We observe that the correspondence set out in this paragraph was not captured in your Affidavit sworn May 6, 2024.

The Monitor, in consultation with the Pride Entities and R.C. Benson Consulting Inc., in its capacity as court-appointed Chief Restructuring Officer (the "**CRO**"), has considered the comments received and has adopted those comments it considers appropriate and acceptable in the circumstances in a revised Governance Protocol (the "**Revised Governance Protocol**"), which we are seeking approval of on May 15, 2024.  You have received a copy of the Revised Governance Protocol as appended to the Monitor's report served on May 6, 2024, and will have full opportunity to respond in respect of any issues you may still have.

<u>Sale of Assets</u>

You have asked that we confirm that the Pride Entities will not sell Mitsubishi Capital's Securitization Party Assets and vehicles financed by Mitsubishi under the Floorplan Agreements without Mitsubishi Capital's specific consent, including with respect to the sale price and commission in respect of same.

Confirmation of same is found (i) at paragraphs 60 to 63 of the First Report setting out the requirement for financier consent to sales under the Governance Protocol, (ii) paragraph 13 of the Initial Order, which authorizes the Pride Entities to sell vehicles in the ordinary course of business subject to receiving consent from the applicable Securitization Party or other Person that has financed such assets; and (iii) in the existing practice of the Pride Entities, the CRO and the Monitor have requested Mitsubishi Capital's specific consent prior to such asset sales. We confirm that the Pride Entities will not deviate from this practice of requesting Mitsubishi Capital's specific consent to vehicle sales.

<u>Collection of Lease Payments and Repossession of Securitization Assets</u>

We confirm on behalf of the Pride Entities that:

(i)     the Pride Entities are not accepting or collecting any Lease Payments or Soft Collections on behalf of Mitsubishi Capital;

(ii)    if any such foregoing amounts are inadvertently received by the Pride Entities, they have been and will continue to be paid over to Mitsubishi Capital (which is also provided for in the proposed Revised Governance Protocol);

(iii)   the Pride Entities, further to discussions with Mitsubishi Capital, have not and will not repossess any of Mitsubishi Capital's Securitization Party Assets; and



3.

(iv) all Soft Collections received by the Pride Entities have been remitted in accordance with the Governance Protocol.

<u>The Factoring Funds</u>

We confirm the following balances of funds in the blocked accounts with Royal Bank of Canada into which proceeds from the Factoring Agreement are deposited:

(i) USD Account 2069 (Balance is $229,707.59 USD).

(ii) CAD Account 2245 (Balance is $2,286,032.79 CDN).

<u>Collection of Assets</u>

As you can appreciate, a uniform and organized approach is required in respect of any return and collection of assets pursuant to these proceedings. The Monitor has repeatedly advised Mitsubishi Capital that it is alive to the issue and will report on same as part of a Report to the Court, to be served in advance of the next motion returnable on May 15, 2024.

<u>Multiple Collateral Vehicles</u>

This information was provided to Mitsubishi Capital's financial advisor on February 26, 2024. Please see correspondence enclosed herewith.

<u>Accounting of Vehicle Equity in Trust</u>

We confirm that CDN$56,999.28 was paid to Mitsubishi Capital on May 3, 2024 in respect of the excess proceeds of sale of those certain Mitsubishi Capital's Securitization Party Assets and/or assets financed by Mitsubishi Capital under the Floorplan Agreements. The Monitor is not currently holding any other proceeds on behalf of Mitsubishi Capital.

Should you have any questions, please do not hesitate to contact the undersigned.

Yours truly,
**Thornton Grout Finnigan LLP**

Puya Fesharaki

*cc:* *Leanne Williams and Rachel Nicholson, Thornton Grout Finnigan LLP*
*Pamela Huff and Chris Burr, Blake, Cassels & Graydon LLP*
*Randy Benson, RC Benson Consulting Inc.*
Encl

This is Exhibit "M" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

**Osler, Hoskin & Harcourt LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8
416.362.2111  MAIN
416.862.6666  FACSIMILE



Toronto

Montréal

Calgary

Ottawa

Vancouver

New York

May 13, 2024

Blair McRadu
Direct Dial: 416.862.4204
bmcradu@osler.com

**Sent By Electronic Mail**

Blakes, Cassels & Graydon LLP
199 Bay Street, Suite 4000
Toronto, ON M5L 1A9

RC Benson Consulting Inc.

Attention:  Randy Benson

Attention:  Pamela Huff / Chris Burr

Thornton Grout Finnigan LLP
100 Wellington Street ,West Suite 3200
Toronto, ON M5K 1K7

Attention:  Leanne Williams / Rachel
         Nicholson

Dear Sirs/Mesdames:

**Re:    The Companies' Creditors Arrangement Act ("CCAA") proceedings of
       Pride Group Holdings Inc. et al (collectively, the "Pride Entities" and each a
       "Pride Entity")**

As you know, Osler, Hoskin & Harcourt LLP represents Mitsubishi HC Capital America, Inc. ("**MHCA**"), Mitsubishi HC Capital Canada, Inc. ("**MHCCA**"), and Mitsubishi HC Capital Canada Leasing, Inc. ("**MHCCL**", together with MHCA and MHCCA, "Mitsubishi Capital") in connection with the obligations of the Pride Entities to Mitsubishi Capital. Our co-counsel are Chaitons LLP in Canada and Reed Smith LLP in the United States. Capitalized terms not otherwise defined herein have the meaning given in the Amended and Restated Initial Order granted in these proceedings.

We write to you further to our prior correspondence regarding, among other things, the release of Mitsubishi Capital's Floorplan Assets for sale outside of the CCAA proceeding.

We appreciate the scale of the security review the Monitor is engaged in. However, we are now more than two months into the CCAA proceedings, and the Monitor has not provided a report on Mitsubishi Capital's security interests in its Floorplan Assets. Despite requests, Mitsubishi Capital has been advised that its Floorplan Assets cannot be released to it for sale until such review is complete.

We note that, since the commencement of these proceedings, Mitsubishi Capital has been asked by the Pride Entities on numerous occasions to approve the sale of certain of its Floorplan Assets, the net proceeds of which have been disbursed to Mitsubishi Capital.

Page 2

Implicit in such sales and disbursement is that the Monitor has made a determination that Mitsubishi Capital has a priority security interest in respect of these assets. Mitsubishi Capital recently received a request for pre-approval of sales for over 1,000 assets, suggesting that the Monitor has made a determination in respect of many, if not all, of Mitsubishi Capital's Floorplan Assets. Respectfully, Mitsubishi Capital does not understand how the priority of security interests in its assets can be determined for the purpose of the sale of, and collection of commission on, such assets by the Pride Entities but not for the purpose of releasing these assets to Mitsubishi Capital for sale outside of the CCAA proceedings.

There is now considerable urgency to this matter. Mitsubishi Capital has negotiated a separate transaction with a third party for the sale of all of its assets. It requests that the Pride Entities and the Monitor release all of its Floorplan Assets immediately. Any delay in this process will result in further losses by Mitsubishi Capital and a corresponding increase in its claim in these proceedings, both of which will be directly attributable to the Monitor and the Pride Entities' failure to release Mitsubishi Capital's Floorplan Assets in a timely manner. There is a significant loss already incurred by Mitsubishi Capital and this delay could materially increase such loss. Mitsubishi Capital will have not choice but to pursue those parties responsible for Mitsubishi Capital's increased loss.

We are advised that the Monitor will provide a report on the security review on May 20, 2024. Mitsubishi Capital intends to collect its assets immediately following the release of this report, if not sooner, and requests the assistance of the Monitor and the Pride Entities to coordinate the release of same.

In the interim, Mitsubishi Capital reiterates that it does not consent to the sale of any of its assets unless such sale gives results in a greater recovery than guaranteed by the third-party seller.

We are happy to discuss the foregoing further and look forward to your prompt response.

Yours very truly,

Osler, Hoskin & Harcourt LLP

Blair McRadu

Page 3

BGM:

c:      Marc Wasserman, Osler, Hoskin & Harcourt LLP
        Harvey Chaiton, Chaitons LLP
        Richard Tannenbaum and Jared Roach, Reed Smith LLP
        Paul Bishop, FTI Consulting Inc.

This is Exhibit "N" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____
*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**



Toronto-Dominion Centre
100 Wellington Street West
Suite 3200, P.O. Box 329
Toronto, ON  Canada  M5K 1K7
T 416.304.1616  F 416.304.1313

Puya Fesharaki
T: (416) 400-6576
E: pfesharaki@tgf.ca
File No. 2267-001

May 14, 2024

**VIA EMAIL**

Osler, Hoskin & Harcourt LLP
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada M5X 1B8

**Attention: Blair McRadu**

Dear Counsel:

**Re:**  **In the Matter of the *Companies' Creditors Arrangement Act* ("CCAA") proceedings of Pride Group Holdings Inc. et al. (collectively, the "Pride Entities") Court File No.:  CV-24-00717340-00CL**

As you know, we are counsel to the Pride Entities in respect of the above-captioned proceedings.

We write further to your letter dated May 13, 2024, which was subsequently appended to the Affidavit of Blair McRadu sworn May 14, 2024.

Any capitalized terms not defined herein have the meanings given to them either in your letter, the Initial Order granted by the Ontario Superior Court of Justice (Commercial List) (the "**Court**") dated March 27, 2024 (as amended and restated from time to time, including by Order dated May 6, 2024, the "**Initial Order**") or the Fifth Report of the Monitor to Court dated May 13, 2024 (the "**Fifth Report**").

We recognize your frustrations with the progress of this matter. However, we refute your statement that "we are now more than two months into the CCAA proceedings". As you are aware, the Initial Order was only granted on March 27, 2024. As set out in the Fifth Report, this matter is complex and involves 78 entities in two countries with more than 25 different lenders.

We also recognize that at the time of delivery of your letter, you did not have the opportunity to review the Fifth Report, which was distributed to the service list subsequent to your letter, and which addresses many of the issues and concerns you have raised and speaks to the significant efforts being expended by the Monitor.

We must also refute your statement that the Monitor has advised Mitsubishi, or any other Financier, that it would provide a report on the security review on May 20, 2024. As stated in the Fifth Report, May 20, 2024 is the date by which the Monitor has committed to:



2.

provide to each Financier with an interest in a Multiple Collateral Vehicle …certain information relating to competing claims (including the identity of the Financier holding such competing claim) and to engage with interested parties in respect thereof.

Although the Fifth Report directly addresses the issues raised in your letter, including the request of Securitization Counterparties to exercise certain turn-over rights contemplated in their respective Securitization Transactions, since you have served your letter on the Service List after the delivery of the Fifth Report, we felt compelled to respond in kind. Given the significant detail set out in the Fifth Report in this regard, we do not intend to reiterate the same herein.

Should you have any questions, please do not hesitate to contact the undersigned.

Yours truly,
**Thornton Grout Finnigan LLP**

Puya Fesharaki

cc:     *Leanne Williams and Rachel Nicholson, Thornton Grout Finnigan LLP*
        *Pamela Huff and Chris Burr, Blake, Cassels & Graydon LLP*
        *Randy Benson, RC Benson Consulting Inc.*

This is Exhibit "O" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

**ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)**

| | | |
|---|---|---|
| THE HONOURABLE | ) | WEDNESDAY, THE 15TH |
| | ) | |
| JUSTICE OSBORNE | ) | DAY OF MAY, 2024 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** and those Applicants listed on Schedule "A" hereto (each, an "**Applicant**", and collectively, the "**Applicants**")

**AMENDED AND RESTATED PROTOCOLS ORDER**

**(Amending the Protocols Order dated April 5, 2024)**

**THIS MOTION**, made by the Applicants, pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**") was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the affidavit of Randy Benson sworn May 10, 2024 and the Exhibits thereto (the "**Benson Affidavit**"), the fourth report of Ernst & Young Inc. in its capacity as court-appointed monitor (the "**Monitor**") dated May 9, 2024 (the "**Fourth Report**"), and the Second Amended and Restated Initial Order dated May 6, 2024 (the "**Second ARIO**") and on hearing the submissions of counsel for the Applicants and the limited partnerships listed in Schedule "A" hereto (collectively with the Applicants, the "**Pride Entities**"), the Monitor, Royal Bank of Canada as administrative agent for the lenders under the DIP Term Sheet and such other counsel that were present, and no one else appearing although duly served as appears from the affidavit of service of Ines Ferreira sworn May 13, 2024,

**SERVICE**

1.      **THIS COURT ORDERS** that the time for service of the Notice of Motion, Motion Record, is hereby abridged and validated so that this Motion is properly returnable today and hereby dispenses with further service thereof.

**DEFINED TERMS**

2.      **THIS COURT ORDERS** that capitalized terms used in this Order and not otherwise defined herein have the meaning ascribed to them in the Initial Order.

**PROTOCOLS**

3.      **THIS COURT ORDERS** that each of (i) the Governance Protocol set out in Schedule "B" hereto; (ii) the Real Estate Monetization Plan set out in Schedule "C" hereto; and (iii) the Intercompany and Unsecured Claims Preservation Protocol set out in Schedule "D" hereto (collectively, the "**Protocols**") be and are hereby approved and the Pride Entities and those Additional Stay Parties listed on Schedule "A" hereto, together with the Monitor and CRO are hereby authorized and directed to act in accordance with the Protocols.

4.      **THIS COURT ORDERS** that each of the Protocols may be amended from time to time pursuant to a further order of the Court. Notwithstanding the foregoing, the Pride Entities, with the prior written consent of the CRO, Monitor and DIP Agent, and on notice to the Service List, may make minor amendments as they deem appropriate to give effect to the provisions of any or all of the Protocols.

5.      **THIS COURT ORDERS** that the CRO and Monitor shall have all of the protections afforded to them under the CCAA, the Initial Order, or any further Order of this Court, in exercising their duties and obligations under this Order and the Protocols and shall not incur any liability or obligations in exercising their duties under this Order and the Protocols, save and except for any gross negligence or wilful misconduct on its part.

**GENERAL**

6.      **THIS COURT ORDERS** that each of the Pride Entities, the Monitor or the CRO may, from time to time, apply to this Court for advice and directions in the discharge of its powers and duties under this Order or the Protocols.

7.      **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada or in the United States, to give effect to this Order and to assist the Pride Entities, the CRO, the Monitor and their respective agents in carrying out the terms of this Order.  All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Pride Entities, the CRO and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the CRO or Monitor in any foreign proceeding, or to assist the Pride Entities, the CRO and the Monitor and their respective agents in carrying out the terms of this Order.

8.      **THIS COURT ORDERS** that each of the Pride Entities, the CRO and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and that the CRO is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

9.      **THIS COURT ORDERS** that this Order and all of its provisions are effective as of 12:01 a.m. (Eastern Time) on the date of this Order without the need for entry or filing.

_____

SCHEDULE "A"

## A. APPLICANTS

**Operating Entities**
*Canadian Operating Entities*
- PRIDE TRUCK SALES LTD.
- TPINE TRUCK RENTAL INC.
- PRIDE GROUP LOGISTICS LTD.
- PRIDE GROUP LOGISTICS INTERNATIONAL LTD.
- TPINE LEASING CAPITAL CORPORATION
- DIXIE TRUCK PARTS INC.
- PRIDE FLEET SOLUTIONS INC.
- TPINE FINANCIAL SERVICES INC.
- PRIDE GROUP EV SALES LTD.

*U.S. Operating Entities*
- TPINE RENTAL USA, INC.
- PRIDE GROUP LOGISTICS USA, CO.
- ARNOLD TRANSPORTATION SERVICES, INC.
- DIXIE TRUCK PARTS INC.
- TPINE FINANCIAL SERVICES CORP.
- PARKER TRANSPORT CO.
- PRIDE FLEET SOLUTIONS USA INC.

**Real Estate Holding Companies**
*Canadian Real Estate Holding Companies*
- 2029909 ONTARIO INC.
- 2076401 ONTARIO INC.
- 1450 MEYERSIDE HOLDING INC.
- 933 HELENA HOLDINGS INC.
- 30530 MATSQUI ABBOTSFORD HOLDING INC.
- 2863283 ONTARIO INC.
- 2837229 ONTARIO INC.
- 2108184 ALBERTA LTD.
- 12944154 CANADA INC.
- 13184633 CANADA INC.
- 13761983 CANADA INC.
- 102098416 SASKATCHEWAN LTD.
- 177A STREET SURREY HOLDING INC.
- 52 STREET EDMONTON HOLDING INC.
- 84 ST SE CALGARY HOLDINGS INC.
- 68TH STREET SASKATOON HOLDING INC.
- 3000 PITFIELD HOLDING INC.

*U.S. Real Estate Holding Companies*
- PGED HOLDING, CORP.
- HIGH PRAIRIE TEXAS HOLDING CORP.
- 131 INDUSTRIAL BLVD HOLDING CORP.
- 59TH AVE PHOENIX HOLDING CORP.
- DI MILLER DRIVE BAKERSFIELD HOLDING CORP.
- FRONTAGE ROAD HOLDING CORP.
- ALEXIS INVESTMENTS, LLC
- TERNES DRIVE HOLDING CORP.
- VALLEY BOULEVARD FONTANA HOLDING CORP.
- HIGHWAY 46 MCFARLAND HOLDING CORP.
- TERMINAL ROAD HOLDING, CORP.
- BISHOP ROAD HOLDING CORP.
- OLD NATIONAL HIGHWAY HOLDING CORP.
- 11670 INTERSTATE HOLDING, CORP.
- 401 SOUTH MERIDIAN OKC HOLDING CORP.
- 8201 HWY 66 TULSA HOLDING CORP.
- EASTGATE MISSOURI HOLDING CORP.
- FRENCH CAMP HOLDING CORP.
- 87TH AVENUE MEDLEY FL HOLDING CORP.
- LOOP 820 FORT WORTH HOLDING CORP.
- 162 ROUTE ROAD TROY HOLDING CORP.
- CRESCENTVILLE ROAD CINCINNATI HOLDING CORP.
- MANHEIM ROAD HOLDING CORP.
- 13TH STREET POMPANO BEACH FL HOLDING CORP.
- EAST BRUNDAGE LANE BAKERSFIELD HOLDING CORP.
- CORRINGTON MISSOURI HOLDING CORP.
- 963 SWEETWATER HOLDING CORP.
- OAKMONT DRIVE IN HOLDING CORP.

**Other Holding Companies**
*Other Canadian Holding Companies*
- 2692293 ONTARIO LTD.
- 2043002 ONTARIO INC.
- PRIDE GROUP HOLDINGS INC.
- 2554193 ONTARIO INC.
- 2554194 ONTARIO INC.
- PRIDE GROUP REAL ESTATE HOLDINGS INC.
- 1000089137 ONTARIO INC.

*Other U.S. Holding Companies*
- COASTLINE HOLDINGS, CORP.
- PARKER GLOBAL ENTERPRISES, INC.
- DVP HOLDINGS, CORP.

**B. LIMITED PARTNERSHIPS**

*U.S. Limited Partnerships*
- PRIDE TRUCK SALES L.P.
- TPINE LEASING CAPITAL L.P.
- SWEET HOME HOSPITALITY L.P.

**C. ADDITIONAL STAY PARTIES**

*Canadian Additional Stay Parties*
- BLOCK 6 HOLDING INC.
- 2500819 ONTARIO INC.

*U.S. and Other Additional Stay Parties*
- PERGOLA HOLDINGS, CORP.
- PRIDE GLOBAL INSURANCE COMPANY LTD.

**SCHEDULE "B"**

**Revised Governance Protocol**

**Revised Governance Protocol**

Pursuant to the Initial Order dated March 27, 2024 (as amended by the Amended and Restated Initial Order dated April 5, 2024, and as may be further amended or restated from time to time, the "**Initial Order**"), (i) Ernst & Young Inc. was appointed as Monitor (in such capacity, the "**Monitor**") of the Pride Entities and (ii) RC Benson Consulting Inc. was appointed as Chief Restructuring Officer (in such capacity, the "**CRO**") of the Pride Entities. Capitalized terms used herein and not otherwise defined have the meanings given to them in the Initial Order.

The Pride Entities shall comply with the Revised Governance Protocol set forth herein and shall cooperate with and assist the Monitor and the CRO in fulfilling their duties and obligations herein. This Revised Governance Protocol may be modified as it applies to the relationship between the Pride Entities and a particular Financier (defined below), subject to the written approval of the Monitor, Pride Entities, such Financier and any other Financier that would in the determination of the Monitor be affected by such modification.

Pursuant to the duties and obligations set forth herein, the Monitor and CRO, in consultation with the Pride Entities, will review receipts, disbursements and other items of the Pride Entities.

In performing their duties and obligations herein, the Monitor, its counsel, and the CRO, shall consult with the Pride Entities and their directors and officers, any relevant lender(s) or Securitization Party(ies) (such lenders and Securitization Parties, together "**Financiers**" and each a "**Financier**"), and their respective counsel, as needed or appropriate.

Throughout this Revised Governance Protocol, references to any alleged entitlement of a Financier, including amounts owing to a Financier, expressly includes proprietary interests in a lease, lease payment and/or underlying vehicle (defined below) of a Financier pursuant to a securitization and other amounts owing, either directly to the Financier or through a special purpose entity to which it provides financing.

Nothing in this Revised Governance Protocol shall be determinative of the validity, effectiveness, enforceability or priority of any entitlement asserted by any Financier, nor shall the validity, effectiveness, enforceability or priority of any entitlement asserted by any Financier be enhanced or new entitlement be created by the provisions of or carrying out of this Revised Governance Protocol. Without limiting the foregoing, no provision in this Revised Governance Protocol which contemplates that any collections, proceeds or other property which will be held, or deemed to be held, separate and apart and/or in trust shall confer on any Financier any entitlement, interest or priority in such collections, proceeds or other property that it would not otherwise have had with respect to those collections, proceeds or other property.

*Securitization Party Assets*

1.  All gross collections, proceeds and other amounts (including without limitation all lease payments or Soft Collections (defined below)) received by the Pride Entities in respect of Securitization Party Assets will be:

    (a)  as soon as practicable following receipt by the Pride Entities, and in any event not later than 7 business days after receipt, either (i) distributed to the applicable Securitization Party in accordance with the terms of this Revised Governance Protocol, net of Sale Fees and Taxes, Buyout Costs and Taxes, Soft Collection Fees and Taxes, or taxes on Lease Payments, in each case if any and as applicable, or (ii) paid over to the Monitor, and in either case until distributed in accordance with (i) or (ii) hereof, these amounts shall be deemed to be held in trust by the Pride Entities on behalf of the applicable Securitization Parties subject to the terms of this Revised Governance Protocol;

(b) kept separate and apart from, and not commingled with, the Property of the Pride Entities and not subject to the Cash Management System; and

(c) if paid to the Monitor in accordance with Subparagraph 1(a)(ii), held in trust by the Monitor for the benefit of the applicable Securitization Parties until distributed (net of any applicable amounts, as prescribed by this Revised Governance Protocol) in accordance with this Revised Governance Protocol.[1]

*Dealing with Securitization Party Assets and other Vehicle Property*

2. Subject to Paragraph 3, the Pride Entities shall not sell, lease or otherwise dispose of (i) the Securitization Party Assets of a Securitization Party; or (ii) any vehicles, trailers, equipment and other personal property (collectively, "**vehicles**") leased to third party customers or customarily sold in the ordinary course of Business ("**Vehicle Property**") which any Financier has financed, as reflected in the books and records of the Pride Entities (the "**Books and Records**",[2] and such Vehicle Property being the "**Floorplan Assets**"), in either case without the prior consent of the respective Securitization Party or other Financier. Subject to Financier-specific omnibus pre-approved consents given by any Financier to the Pride Entities or the CRO for sales (which omnibus consents shall govern, if provided), the Pride Entities shall seek and must obtain the consent of the applicable Financier prior to the sale of the applicable Securitization Party Asset or Floorplan Asset, which request shall include: (i) the purchaser's name and whether the purchaser is a Known Related Party,[3] (ii) the purchase price, (iii) the proposed Sale Fees and Taxes (defined below), and (iv) the proposed Vehicle Sale Proceeds (defined below).

3. The Pride Entities may only sell Securitization Party Assets or Vehicle Property that are "**Multiple Collateral Vehicles**",[4] with the consent of all Financiers with a potential interest in such Securitization Party Assets or Vehicle Property based on the Books and Records, or the relevant Financier as determined pursuant to the Entitlement Protocol (defined below), which consent shall not be unreasonably withheld. In order to facilitate timely sales, provided the Monitor supports a proposed sale based on the information provided in Paragraph 2, any Financier from whom consent to the sale of Multiple Collateral Vehicles has been sought in accordance with Paragraph 2 shall be deemed to have consented to such sale if they do not respond within 48 hours (provided that if the expiry of such 48 hour period falls on a non-business day, such period shall be extended to the same time on the next following business day). Any sale of Multiple Collateral Vehicles shall be reported pursuant to Subparagraph 6(b), with such proceeds held in trust by the Monitor pursuant to Subparagraph 7(b).

---

[1] For greater certainty, amounts received directly by a non-Pride Entity, including pre-authorized payments to Financiers or special purpose entities funded by Financiers that are not Pride Entities, shall not be impacted by this Revised Governance Protocol.

[2] References to "Books and Records" in this Revised Governance Protocol shall be deemed to mean the books and records of the Pride Entities, taking into account any information obtained by the Monitor or the Monitor's counsel from Financiers or as a result of undertaking its security and securitization facility reviews.

[3] Pride will prepare and maintain a list of the immediate family members of Sulakhan and Jasvir Johal and any companies owned or controlled by them (each, a "**Known Related Party**"), and the requests for consents to sale contemplated by Paragraph 2 will indicate whether a purchaser is on this list.

[4] "Multiple Collateral Vehicles" are, collectively, vehicles or leases of vehicles that are or may be pledged as collateral security, leased, assigned or otherwise securitized or in which an interest is otherwise granted or transferred to or for the benefit of two or more Financiers, and each is a "Multiple Collateral Vehicle".

*Other Requests*

4. Notwithstanding anything else in this Revised Governance Protocol to the contrary, if any Securitization Party instructs the Pride Entities in writing, copying the Monitor and the CRO, to cease all steps in connection with Soft Collections related to any Securitization Party Assets (or any lease that, based on the Books and Records, is reasonably likely to be a Securitization Party Asset), then the Pride Entities shall cease all Soft Collection actions unless and until requested in writing, copying the Monitor and the CRO, to resume by the Securitization Party who instructed the Pride Entities to cease Soft Collection work, and neither the Pride Entities nor their directors and officers shall have any post-filing liability in connection with the cessation of such actions or increased losses arising therefrom.[5] The appointment of any replacement servicer following the delivery of any instruction to cease Soft Collections in accordance with this Paragraph as well as any other instructions to transition the servicer shall occur in accordance with the terms of the Initial Order and any other applicable orders of the Court, and not be otherwise impacted or impaired by this Governance Protocol.

5. On or before May 20, 2024, the Monitor shall provide to each Financier with an interest in a Multiple Collateral Vehicle a listing of (i) the Securitization Party Assets or (ii) the Vehicle Property which appear to be owned by, or financed by, the respective Financier or the special purpose entity to which they provided financing that appears to be a Multiple Collateral Vehicle, together with the identity of the Financier(s) with a potentially conflicting interest. All information from the listing will be based on the Books and Records, the Monitor's counsel's review of PPSA and UCC registrations, any documents of title in respect of a Multiple Collateral Vehicle in the possession of the respective Financier and provided to the Monitor, and the Monitor's counsel's review of the applicable underlying financing, security or securitization documents (including any estoppel or no-interest letters exchanged between Financiers with potentially conflicting interests). Upon receiving such listing, each applicable Financier shall provide any comments and, as applicable, identify differences or inconsistencies with its own books and records and any other Securitization Party Assets or Vehicle Property that it asserts an interest in as soon as reasonably practicable. While entitlement to a Multiple Collateral Vehicle and any proceeds thereof shall be determined in accordance with the Entitlement Protocol (defined below), in the event that any additional Multiple Collateral Vehicles, differences or inconsistencies are identified, or additional claims asserted, the Monitor shall update the list to reflect same and each applicable Financier shall be provided with the updated list provided pursuant to this Paragraph 5 as soon as reasonably practicable and have an opportunity to consult with the Monitor and the CRO in respect of same. In the event of any dispute, the Financier(s) or the Monitor and the CRO shall be entitled to refer the matter either through the Entitlement Protocol or to the Court for determination. No Financier shall be prejudiced or bound by their respective comments that are provided to identify differences or inconsistencies with respect to any Multiple Collateral Vehicle.

**Vehicle Related Reporting and Disbursements**

6. On Wednesday of each week (or, if such Wednesday falls on a holiday, the next business day) commencing May 1, 2024, the Pride Entities shall provide the Monitor and CRO with written reports (the "**Weekly Vehicle Sales Report**") listing:

   (a) vehicles that are not Multiple Collateral Vehicles sold in the prior week, with the following information in respect of each sold vehicle, as applicable: (i) the accompanying vehicle identification number ("**VIN**"); (ii) the lease number; (iii) the amount of funds received and

---

[5] For the avoidance of doubt, nothing herein shall affect pre-filing claims of Financiers for breach of contract or otherwise for failure of the Pride Entities to comply with their contractual obligations with affected Financiers, subject in all cases to the stay of proceedings in the Initial Order.

separately a breakdown of the associated sale commission of 12% of the vehicle purchase price (or such other amounts as may be negotiated and agreed upon between the individual Financier and Pride Entities or the CRO), plus actual out-of-pocket costs of the Pride Entities, and applicable sales taxes (collectively, the "**Sale Fees and Taxes**", with the net amount after the applicable Sale Fees and Taxes being the "**Vehicle Sale Proceeds**"); (iv) the Gross Margin (defined below), if applicable and any; (v) the Financier that had an ownership interest, a registered or otherwise perfected security interest in the relevant jurisdiction or other interest in such vehicle and, based on the Books and Records, had an entitlement to the Vehicle Sale Proceeds; and (vi) based on the Books and Records, the amounts owing to such Financier in respect of such vehicle;

(b) Multiple Collateral Vehicles sold in the prior week, with the following information in respect of each sold vehicle, as applicable: (i) the accompanying VIN; (ii) the lease number; (iii) the amount of funds received and separately a breakdown of the associated Sale Fees and Taxes and Vehicle Sale Proceeds; (iv) the Gross Margin (defined below), if applicable and if any;[6] (v) all applicable Financier(s) that may have an ownership interest, a registered or otherwise perfected security interest in the relevant jurisdiction or other interest in such vehicle and, based on the Books and Records, may have an entitlement to the Vehicle Sale Proceeds; and (vi) based on the Books and Records, the amounts owing to such Financier(s) in respect of such vehicle;

(c) Vehicle prepayments, buyouts by lessees and/or insurance proceeds for payouts on stolen or damaged vehicles that are not Multiple Collateral Vehicles in the prior week, with the following information in respect of each vehicle, as applicable: (i) the accompanying VIN; (ii) the lease number; (iii) the amount of funds received and separately a breakdown of the associated actual out-of-pocket costs, and applicable sales taxes (collectively, the "**Buyout Costs and Taxes**"), with the net amount after the applicable Buyout Costs and Taxes being the "**Vehicle Buyout Proceeds**"; (iv) the Financier that has an ownership interest, a registered or otherwise perfected security interest in the relevant jurisdiction, or other interest in such vehicle and, based on the Books and Records, has an entitlement to the Vehicle Buyout Proceeds; and (v) based on the Books and Records, the amount owing to such Financier(s) in respect of such vehicle; and

(d) vehicle buyouts by lessees and/or insurance proceeds for payouts on stolen or damaged vehicles that are Multiple Collateral Vehicles in the week prior, with the following information in respect of each vehicle, as applicable: (i) the accompanying VIN; (ii) the lease number; (iii) the amount of funds received and separately a breakdown of the associated Buyout Costs and Taxes and Vehicle Buyout Proceeds; (iv) all applicable Financier(s) that may have an ownership interest, a registered or otherwise perfected security interest in the relevant jurisdiction or other interest in such vehicle and, based on the Books and Records, may have an entitlement to the Vehicle Buyout Proceeds; and (v) based on the Books and Records, the amount owing to such Financier(s) in respect of such vehicle.

7. Prior to any disbursements being made by the Pride Entities in respect of the Vehicle Sale Proceeds and/or Vehicle Buyout Proceeds (together, "**Vehicle Proceeds**") to any applicable Financier(s) as identified by the Pride Entities as entitled to the same in the applicable Weekly Vehicle Sales Report, the Monitor will identify Multiple Collateral Vehicles, and:

---

[6] For greater certainty, if the interest of any Financier in a Multiple Collateral Vehicle is in respect of a Cross-collateralized Vehicle (defined below) or the Multiple Collateral Vehicle may constitute a Securitization Party Asset, no Gross Margin shall be retained by the Pride Entities pending a determination of the entitlement to the Vehicle Proceeds.

(a) For each vehicle that is not a Multiple Collateral Vehicle, the Monitor in consultation with the CRO, will review the entitlement of the identified Financier(s) to the corresponding Vehicle Proceeds based on the Books and Records and otherwise review such proposed distribution of Vehicle Proceeds to the Financier(s) identified in the Weekly Vehicle Sales Report as having the entitlement (but, for greater certainty, shall not be required to obtain a legal opinion on the priorities of the proposed disbursement). The Monitor will complete its review as soon as practicable and after such review, provided the Monitor is satisfied that the identified Financier(s) is/are entitled to the Vehicle Proceeds (in accordance with the standards of review set out herein), the Monitor will approve payment by the Pride Entities of such amounts to the applicable Financier(s) who have provided their consent pursuant to Paragraph 2 as soon as practicable, in the following amounts:

  i. For Securitization Party Assets, distributions shall be in the amount of the Vehicle Proceeds, to be applied in accordance with the applicable documents between the applicable Pride Entities and Financier;[7]

  ii. For non-Securitization Party Assets pledged to a Financier pursuant to a secured facility pursuant to which the applicable vehicles are cross-collateralized (collectively, "**Cross-collateralized Facilities**"), distributions shall be in the amount of the Vehicle Proceeds;[8] and

  iii. For non-Securitization Party Assets that are not pledged to a Financier pursuant to a Cross-collateralized Facility, distributions shall be up to the lesser of (A) the amount outstanding to the relevant Financier(s) in respect of the relevant vehicle by VIN (based on the Books and Records, as reviewed by the Monitor), or (B) the amount of the respective Vehicle Proceeds, and the remaining Vehicle Proceeds, if any, after each disbursement (the "**Gross Margin**") shall be retained by the Pride Entities.

If the Monitor becomes aware of any competing claims or inconsistencies with respect to the entitlement to the Vehicle Proceeds, including without limitation as a result of its security review process or as a result of information provided by any Financier, the Monitor will inform the affected Financier(s) and hold the applicable Vehicle Proceeds in trust pending resolution; and

(b) For each vehicle that is a Multiple Collateral Vehicle, the corresponding Vehicle Proceeds will be transferred forthwith to an interest bearing bank account established by the Monitor to be held in trust (the "**Multiple Collateral Trust Account**") pending determination of the entitlement to such Vehicle Proceeds. The determination of entitlement to the Vehicle Proceeds of a Multiple Collateral Vehicle will be conducted by the Monitor and their counsel, in consultation with the Pride Entities, their counsel and the CRO, in accordance with a protocol to be established, and approved by order of the Court sought on notice to the Service List (the "**Entitlement Protocol**") or as otherwise agreed to between the Pride Entities, Monitor, CRO and affected Financier(s). The Pride Entities, in consultation with the Monitor and the CRO, shall use commercially reasonable best efforts to obtain the approval of the Entitlement Protocol on May 15, 2024.

---

[7] For the avoidance of doubt, there shall be no Gross Margin in respect of Securitization Party Assets.

[8] For the avoidance of doubt, there shall be no Gross Margin in respect of vehicles pledged pursuant to Cross-collateralized Facilities.

8. On the first Wednesday of every month (or, if such Wednesday falls on a holiday, the next business day) commencing June 5, 2024, the Pride Entities shall use best efforts to provide the Monitor and the CRO with a report (the "**Vehicle Repossession Report")** listing all of the vehicles that have been repossessed by the Pride Entities in the previous month, and the location of such repossessed vehicles, along with: (i) the accompanying VIN; (ii) the lease number(s) to which each repossessed vehicle relates; (iii) the name of the lessee; and (iv) the name(s) of any applicable Financier(s) entitled to receipt of each Net Lease Payment (defined below), based on the Books and Records.

9. On a monthly basis, the Monitor shall make available to each Securitization Party a monthly reconciliation of the sales taxes collected by the Pride Entities and remitted on behalf of the respective Securitization Party together with a copy of the remittance form and proof of payment.

10. The Monitor shall make available to each Financier information from each Weekly Vehicle Sales Report and Vehicle Repossession Report as it pertains to the affected Financier, as and when received from the Pride Entities and as soon as practicable following completion of the review contemplated in Paragraph 7, in a form which will include the amount of Vehicle Proceeds disbursed to the respective Financier and transferred to the Multiple Collateral Trust Account, including a corresponding account of the applicable Sale Fees and Taxes and Buyout Costs and Taxes, as applicable, correlated to the relevant vehicles (by VINs). Nothing in this Governance Protocol shall prohibit one Financier from disclosing their report to one or more other Financiers.

**Lease Payments and Soft Collections Reporting and Disbursements**

11. On the Wednesday of every second week (or, if such Wednesday falls on a holiday, the next business day) commencing May 15, 2024 (each a "**Lease Collections Reporting Date**"), the Pride Entities shall provide the Monitor and CRO with a report (the "**Lease Payments Report**") itemizing, in respect of the two-week period ending on the Friday two weeks prior, amounts that the Pride Entities have collected through pre-authorized payments (which, for the avoidance of doubt, will not include amounts that have been declined due to insufficient funds) to accounts of the Pride Entities (including as servicer under securitizations or otherwise on behalf of third parties and including amounts paid directly into segregated or blocked accounts of the Pride Entities which may be subject to blocked account agreements with Financiers, but excluding Soft Collections) from lessees (individually a "**Lease Payment**" and collectively, the "**Lease Payments**"), along with: (i) the accompanying VIN; (ii) the lease number(s) to which each Lease Payment relates; (iii) the name of the lessee; (iv) all applicable Financier(s) entitled to receipt of each Lease Payment (based on the Books and Records); and (v) if applicable, the proposed amounts to be distributed to the respective Financier(s) less applicable taxes[9] (individually a "**Net Lease Payment**" and collectively the "**Net Lease Payments**").[10] The Pride Entities shall continue to run pre-authorized payments in accordance with past practice to collect the Lease Payments. For the avoidance of doubt, all Lease Payments collected through pre-authorized payments shall not constitute "Soft Collections" hereunder.

12. On each Lease Collections Reporting Date, the Pride Entities shall provide the Monitor and CRO with a report (the "**Soft Collections Report**", and together with the Lease Payments Report, the "**Bi-**

---

[9] No fees or commissions will be charged in connection with the collection of Lease Payments.

[10] For certainty, (a) Lease Payments received from pre-authorized payments shall not be included in a Lease Payments Report until five days have passed since the pre-authorized payment date; and (b) other than with the consent of the affected Financier(s), pre-authorized payments of customers pursuant to leases being directed to segregated accounts of the applicable Financier(s) shall continue to be made to such accounts. If a Financier disputes the proposed amount to be distributed, such dispute shall be resolved by agreement with the Monitor and the CRO, or determined by the Court.

**Weekly Lease Collections Report**") itemizing, in respect of the two-week period ending on the Friday two weeks prior, amounts that the Pride Entities have collected (including as servicer under securitizations or otherwise on behalf of third parties) from lessees or third parties (other than insurers) pursuant to enforcement steps taken with respect to leases that are in default (each a "**Soft Collection**" and collectively, the "**Soft Collections**", which, for greater certainty, excludes any Lease Payments), along with, as applicable: (i) the accompanying VIN; (ii) the lease number(s) to which each Soft Collection relates; (iii) the name of the lessee; (iv) the name(s) of any applicable Financier(s) entitled to receipt of each Soft Collection (based on the Books and Records); (v) the proposed amounts to be distributed to the respective Financier(s) net of actual out-of-pocket costs of the Pride Entities, applicable sales taxes for vehicles that are not Securitization Party Assets and net of a 20% commission on Soft Collections where the Pride Entities are servicing a Securitization Party Asset[11] (or such other amounts as may be negotiated and agreed upon between the individual Securitization Parties and Pride Entities or the CRO) (the "**Soft Collection Fees and Taxes**", and Soft Collections net of the Soft Collection Fees and Taxes, the "**Net Soft Collections**"); and (vi) for leaseline Financier(s), the proposed amounts to be distributed from Soft Collections based on the proportion of payment from Soft Collections that such leaseline Financier(s) would have normally received from each Lease Payment.

13. Prior to any disbursements being made by the Pride Entities in respect of the Lease Payments and/or Soft Collections to any applicable Financier(s) identified by the Pride Entities as entitled to the same in the Bi-Weekly Lease Collections Report, the Monitor will identify Multiple Collateral Vehicles and:

    (a) **Lease Payments – Non-Multiple Collateral Vehicles:** For each vehicle or lease of a vehicle that is not a Multiple Collateral Vehicle, the Monitor, together with its counsel, and in consultation with the CRO, will, to the extent that the Monitor considers appropriate,[12] review the entitlement of the identified Financier(s) to the corresponding Net Lease Payments based on the Books and Records, and review such proposed distribution of Net Lease Payments to the Financier(s) identified in each Bi-Weekly Lease Collections Report, as having the entitlement (but, for greater certainty, shall not be required to obtain a legal opinion on the priorities of the proposed disbursement). The Monitor will complete its review as soon as practicable and after such review, the Monitor will approve payment by the Pride Entities of such amounts to the relevant Financier(s) forthwith in accordance with the financing and/or securitization document(s) between the Financier(s) and the Pride Entities applicable to the Lease Payments Report for disbursements that are not subject to reconciliation.[13] The disbursement will be (i) in the case of leases or Lease Payments in which the beneficial ownership was transferred or assigned to the Financier pursuant to a securitization or otherwise, in the full amount of the Net Lease Payment, or (ii) in all other cases, the lesser of the (a) Net Lease Payment and (b) the monthly amount outstanding to the applicable Financier for a specific lease. If the Monitor becomes aware of any competing claims or inconsistencies with respect to the entitlement to the Net Lease Payments, or the amount or calculation of the Net Lease

---

[11] For certainty, no fees or commissions will be charged on Soft Collections on non-Securitization Party Assets.

[12] The Monitor will spot-check 5 customer payments, selected at random, as its ordinary-course initial review. Subject to errors or issues being identified by this random 5 spot-check, the Monitor will not review additional customer payments. If errors or issues are raised by the Monitor's review, the Monitor will conduct additional reviews.

[13] As further set out in each Bi-Weekly Lease Collections Report, certain amounts received from lessees cannot be reconciled to a specific Financier account. Reconciliation efforts are on-going and will be disclosed in the Bi-Weekly Lease Collections Report.

Payments, including without limitation as a result of its security review process or as a result of information provided by any Financier, the Monitor will inform the affected Financier(s) and hold the applicable Net Lease Payments in trust pending resolution;

(b) **Soft Collections – Non-Multiple Collateral Vehicles:** For each vehicle or lease of a vehicle that is not a Multiple Collateral Vehicle, the Monitor, together with its counsel, and in consultation with the CRO, will, to the extent the Monitor considers appropriate,[14] review the entitlement of the identified Financier(s) to the corresponding Net Soft Collections based on the Books and Records, and review such proposed distribution of Net Soft Collections to the Financier(s) identified in each Bi-Weekly Lease Collections Report as having the entitlement (but, for greater certainty, shall not be required to obtain a legal opinion on the priorities of the proposed disbursement). The Monitor will complete its review as soon as practicable, and after such review, the Monitor will approve payment by the Pride Entities of such amounts to the relevant Financier(s) forthwith in accordance with the financing document(s) between the Financier(s) and the Pride Entities applicable to the Soft Collections Report for disbursements that are not subject to reconciliation. The disbursement will be (i) in the case of Soft Collections related to leases or Lease Payments in which the beneficial ownership was transferred or assigned to the Financier pursuant to a securitization or otherwise, in the full amount of the Net Soft Collection, or (ii) in all other cases, the lesser of the (i) Net Soft Collection and (ii) the monthly amount outstanding to the applicable Financier for a specific vehicle (by VIN) or lease, as applicable. If the Monitor becomes aware of any competing claims or inconsistencies with respect to the entitlement to the Net Soft Collections, including without limitation as a result of its security review process or as a result of information provided by any Financier, the Monitor will inform the affected Financier(s) and hold the applicable Net Soft Collections in trust pending resolution;

(c) **Unallocated Soft Collections:** In the event that a portion of the Soft Collections are collected from a lessee who has made payments without attribution to a particular vehicle and who is indebted to the Pride Entities, Tpine USA Funding I LLC, Tpine USA Funding II LLC, Tpine USA Funding III LLC, Tpine USA Funding V LLC, TPine Canada Securitization LP or another Financier in respect of more than one lease and with respect to more than one Financier (an "**Unallocated Soft Collection**"), then the Unallocated Soft Collection(s) will be allocated to all such Financier(s) on a pro-rata basis based on the total amount outstanding to each Financier with respect to the relevant lessee making such Unallocated Soft Collection payment. In the instance that a customer returns one of their vehicles or the vehicle has been repossessed by the Pride Entities, such vehicle will be considered a "non-performing asset" and will be excluded for the purposes of calculating the pro-rata share of the Unallocated Soft Collection;

(d) **Lease Payments – Multiple Collateral Vehicles:** For each vehicle that is a Multiple Collateral Vehicle, the corresponding Net Lease Payment(s) will be transferred forthwith to the Multiple Collateral Trust Account, pending determination of entitlement in accordance with subparagraph (f);

(e) **Soft Collections – Multiple Collateral Vehicles:** For each vehicle that is a Multiple Collateral Vehicle, the corresponding Net Soft Collection(s) will be transferred forthwith to

---

[14] The Monitor will spot-check 5 Soft Collections, selected at random, as its ordinary-course initial review. Subject to errors or issues being identified by this random 5 spot-check, the Monitor will not review additional Soft Collections. If errors or issues are raised by the Monitor's review, the Monitor will conduct additional reviews.

the Multiple Collateral Trust Account, pending determination of entitlement in accordance with Subparagraph (f); and

(f) **Determination of Entitlement – Multiple Collateral Vehicles:** The determination of entitlement to the Net Lease Payments and Net Soft Collections in respect of a Multiple Collateral Vehicle will be conducted by the Monitor and their counsel, in consultation with the Pride Entities, their counsel and the CRO, in accordance with the Entitlement Protocol or as otherwise agreed to between the Pride Entities, Monitor, CRO and affected (as determined by the Monitor) Financier(s).

14. For greater certainty, if a Financier has taken over servicing (or appointed a substitute servicer) of its respective leases, neither the Pride Entities nor their directors and officers shall take any steps to collect, and shall not have any responsibility or liability for the collection of, Lease Payments or Soft Collections, unless otherwise directed by the applicable Financier(s), in respect of such leases. In the event that any of the Pride Entities receives any Lease Payments or any Soft Collections in respect of such leases, such Lease Payments and/or Soft Collections will subject to this Governance Protocol, be paid over to the respective Financier(s) as soon as practicable upon receipt by such Pride Entities (and in any event with 2 business days of the Pride Entities becoming aware of receipt of same) without deduction for any fees, costs, commissions or sales taxes (with the applicable Financier or substitute servicer being solely responsible for any corresponding sales tax remittance obligations).

15. In addition to the applicable information from the Weekly Vehicle Sales Report and the monthly Vehicle Repossession Report, the Monitor shall make available to each Financier information from each Bi-Weekly Lease Collections Report as it pertains to the affected Financier, as and when received from the Pride Entities and, as soon as practicable following completion of the review contemplated in Paragraph 13, in a form which will include the amount of Net Lease Payments and Net Soft Collections disbursed to the respective Financier and transferred to the Multiple Collateral Trust Account correlated to the relevant leases.

## Cooperation and Reporting

16. On each Lease Collections Reporting Date, the Pride Entities shall provide to the Monitor and CRO a written reconciliation of (i) Lease Payments and Soft Collections and related disbursements, to (ii) the Pride Entities' actual cash flow statements.

17. The Pride Entities shall be entitled but not required to pay all reasonable expenses incurred by the Pride Entities in carrying on their business lines in the ordinary course. With respect to any such payment in excess of $100,000, and all payments outside of the business operations in the ordinary course, such disbursements shall only be made with the prior consent of the Monitor and CRO.

18. The Monitor and CRO shall provide the Court with regular updates on the compliance of the Pride Entities with their cooperation, reporting and other obligations hereunder in the Monitor's ordinary-course reports to Court served on the Service List.

## General

19. Following issuance of the Initial Order, the Pride Entities, in consultation with the CRO and Monitor, shall track vehicle deposits and down payments received by the Pride Entities in respect of any vehicle, along with the return of such deposits or down payments in the event that such vehicle is not ultimately sold or leased to such customer.

20. The Monitor and any affected Financier shall be entitled to seek the advice and direction of the Court in respect of this Governance Protocol, including to vary this Revised Governance Protocol as

required. Any variance sought in respect of this Revised Governance Protocol shall be on full and proper notice to the Service List.

21. The Monitor shall approve the distribution of funds referenced herein and the Pride Entities shall distribute the funds referenced herein on a timely basis, provided however that the Monitor may decline to distribute, or authorize the distribution of, funds held by the Pride Entities or held by the Monitor in trust hereunder, in its sole reasonable discretion, in the event that (a) the Monitor becomes aware of conflicting entitlements to Vehicle Proceeds, Net Lease Payments, or Net Soft Collections in the course of its ongoing security review, (b) the Monitor is alerted by any Financier(s) of any competing claims or inconsistencies with respect to the entitlement to the Vehicle Proceeds, Net Lease Payments, or Net Soft Collections, or (c) the Monitor becomes aware of any inconsistencies between the Books and Records of the Pride Entities and its own information and analysis. In the event of such conflicting entitlements, competing claims or inconsistencies, the Monitor may only decline to distribute that portion of funds which is specifically related to the conflicting entitlements, competing claims or inconsistencies, subject to further order of the Court. To the extent that the Monitor exercises its discretion to refuse to make or authorize a payment in accordance with this Revised Governance Protocol, any affected Financier may seek direction of the Court.

22. The CRO, the Monitor, and their respective employees, advisors and other representatives acting in such capacities shall not incur any liability or obligation as a result of the CRO and/or Monitor carrying out the provisions of this Governance Protocol, save and except for any gross negligence or wilful misconduct on their part. The Monitor shall have all of the protections under the CCAA in carrying out its duties and obligations hereunder.

**SCHEDULE "C"**

**Real Estate Monetization Plan**

## REAL ESTATE MONETIZATION PLAN

Each DIP Borrower shall list for sale all of its real property (each such property, a "**Listed Property**") by no later than May 1, 2024, or such later date as the Administrative Agent may in writing agree. The listing and sale of each Listed Property (each, a "**Listing**") will be directed by RC Benson Consulting Inc. in its capacity as Chief Restructuring Officer (the "**CRO**") in consultation with the Monitor.

The CRO shall keep the Administrative Agent and all third party mortgagees of each Listed Property (a "**Third Party Mortgagee**") apprised of the progress of the Listing, subject to confidentiality agreements (as the Monitor may deem appropriate in consultation with the DIP Borrowers) being entered into, and provided that such Third Party Mortgagee has indicated it will not submit a bid in respect of the applicable Listing, including by:

(a)     promptly following receipt, providing copies of all listing agreements, appraisals, reports from agents or brokers engaged by a DIP Borrower in connection with the Listing, offers for any Listed Property from any source whatsoever, whether or not solicited or obtained in connection with the Listing (each, an "**Offer**"), and all other documents related to any solicitation or interest in the Listed Property or to the Listing;

(b)     on a weekly basis, providing to the Administrative Agent and to each Third Party Mortgagee, a written status update in form and substance acceptable to the Administrative Agent regarding the status of the Listing, including with respect to listing strategy, pricing, and interest expressed in the Listed Property to date; and

(c)     providing such further written and oral updates as the Administrative Agent or any Third Party Mortgagee may request.

No DIP Borrower shall accept an Offer in respect of any Listed Property without the prior written consent of the Administrative Agent and each Third Party Mortgagee of the Listed Property, or approval of the Court. Upon acceptance of any Offer, the DIP Borrowers will provide to the Administrative Agent and any Third Party Mortgagee all present and future definitive documents relating to the transaction contemplated by the Offer and will promptly notify the Administrative Agent of any material changes affecting such transaction (including as to the purchase price or closing date) or its acceptance, implementation or consummation.

The proceeds of sale of any Listed Property shall be dealt with in accordance with the terms of this Term Sheet, including the Intercompany and Unsecured Claims Preservation Protocol, and relevant Court Orders.

## SCHEDULE "D"

**Intercompany and Unsecured Claims Preservation Protocol**

**Intercompany and Unsecured Claims Preservation Protocol**

**Background[1]:**

- Bank of Montreal ("**BMO**") provided[2] a delayed-draw facility to finance the acquisition by certain of the DIP Borrowers of real estate properties across Canada and the U.S. Each such DIP Borrower granted to BMO a mortgage over the acquired real estate and other security as collateral security for its and certain other of the DIP Borrowers' obligations to BMO under the BMO facility (the "**BMO Mortgage Pool**").

- Roynat Inc. ("**Roynat**", and together with BMO, the "**Mortgagees**") provided[3] financing to certain of the DIP Borrowers to acquire real estate properties across Canada and the U.S. Each such DIP Borrower granted to Roynat a mortgage over the acquired real estate property and other security as collateral security for its obligations under the Roynat facility, and any of its indirect obligations to Roynat in respect of certain other of the DIP Borrowers' obligations under the Roynat facilities (the "**Roynat Mortgage Pool**" and, together with the BMO Mortgage Pool, the "**Mortgage Pools**").

- The real properties subject to mortgages in favour of the Mortgagees and included in the Mortgage Pools are referred to herein as the "**Properties**").

- Certain of the DIP Borrowers in the Mortgage Pools are indebted (the "**Intercompany Indebtedness**") to other DIP Borrowers (the "**Intercompany Creditors**").

- Certain of the DIP Borrowers in the Mortgage Pools are and may become indebted to third parties on an unsecured basis (such third parties being "**Other Creditors**").

- Certain Intercompany Creditors have granted to the Administrative Agent a security interest in all of their present and after-acquired personal property, including the claims of such Intercompany Creditors to the Intercompany Indebtedness.

- The Properties and the claims of all Intercompany Creditors to the Intercompany Indebtedness, among other collateral, are subject to the DIP Charge and the other Charges as set out in the Amended and Restated Initial Order (the "**CCAA Charges**"), with the DIP Charge and the Directors' Charge on the Properties ranking subordinate to the mortgages of the Mortgagees.

- As a result of the cross-collateralization of the Properties within each Mortgage Pool, the order in which the Properties are realized and the value for which they are sold could

---

[1] The background statements made in this protocol shall not be determinative of the quantum, existence, validity, priority or enforceability of any claim or interest of any party.

[2] Pursuant to a BMO Real Estate Line Term Sheet dated June 21, 2022 and a Credit Agreement dated August 29, 2022, together with the loan and security documents delivered together therewith, and including all joinders and amendments thereto.

[3] Pursuant to separate offers of finance made available in respect of specific real estate acquisitions.

materially benefit certain Intercompany Creditors and Other Creditors and materially impair other Intercompany Creditors and Other Creditors.

- The objective of this protocol is to provide a mechanism to permit BMO and Roynat to be repaid from the proceeds of monetization of the Properties in their respective Mortgage Pools as and when they are sold and, subject to the claims of the Administrative Agent against such Properties under the DIP Charge, for the balance of the proceeds to be distributed to the Intercompany Creditors and Other Creditors in a manner which, to the extent possible in the circumstances, mimics the realization that they would have received had the Properties in each Mortgage Pool not been cross-collateralized (the "**Objective**").

**Protocol:**

The DIP Borrowers, the CRO and the Monitor shall implement the following protocol:

(a) The monetization of any Property is subject to the terms of the Real Estate Monetization Plan and the Amended and Restated Initial Order

(b) No proceeds from the sale of any Property shall be distributed to a Mortgagee unless and until the Monitor's counsel shall have delivered an opinion satisfactory to the Monitor as to the validity and enforceability of the Mortgagee's security relating to that Property and the DIP Borrowers shall have obtained an order authorizing such distribution;

(c) To the extent practical and subject to receipt by the Monitor of the opinions referred to above, the DIP Borrowers shall seek an order authorizing the distribution from the net proceeds of sale of any Property to the relevant Mortgagee in an amount sufficient to satisfy in full the outstanding amount secured (including, for certainty, cross-collateralized amounts) by any valid and enforceable mortgage registered in favour of the Mortgagee against title to the Property (a "**Mortgagee Distribution**") at the same time as the DIP Borrowers seek an order approving the sale of the Property;

<ins>BMO Mortgage Pool</ins>

(d) The net proceeds of sale of each Property in the BMO Mortgage Pool (individually a "**BMO Sold Property**" and collectively "**BMO Sold Properties**") after payment of the Mortgagee Distribution to BMO shall be deposited into a single account controlled by the Monitor and designated for receipt of the net proceeds of all BMO Sold Properties and distribution in a manner consistent with the Objective (the "**BMO Proceeds Account**"). The funds in the BMO Proceeds Account (the "**BMO Proceeds Pool**") shall stand in the place and stead of the BMO Sold Properties in respect of the claims of, and shall be held in trust by the Monitor for the benefit of, the Administrative Agent and the Lenders in respect of the DIP Charge, the parties having the benefit of the other CCAA Charges, the Intercompany Creditors, all Other Creditors of the relevant mortgagors and any other persons who may be entitled to the net proceeds (the claims of all such parties being "**BMO Pool Remaining Obligations**"), with the same nature and priority as they had with respect to the BMO Sold Property immediately prior to the sale.

(e) The DIP Borrowers, in consultation with the Monitor and the Administrative Agent, shall seek the Court's approval of a distribution of the BMO Proceeds Pool following the sale of all Properties in the BMO Mortgage Pool. In order to achieve the Objective, the DIP Borrower shall seek a distribution based on the Monitor's calculation of a distribution in respect of the BMO Pool Remaining Obligations for each BMO Sold Property in accordance with the following:

    a. If there is a Property Shortfall in respect of one or more BMO Sold Properties then:

        i. With respect to each BMO Sold Property in respect of which there is a Property Shortfall, there shall be no distributions on account of BMO Pool Remaining Obligations of the relevant mortgagor; and

        ii. With respect to all other BMO Sold Properties, there shall be distributed on account of BMO Pool Remaining Obligations of each relevant mortgagor of a BMO Sold Property the amount of the Property Surplus Proceeds for such BMO Sold Property less the related Adjustment Amount in order to give effect to the Objective; or

    b. If there is no Property Shortfall in respect of any BMO Sold Properties then the distribution in each case on account of BMO Remaining Pool Obligations shall be the amount of the Property Surplus Proceeds for each BMO Sold Property.

(f) Defined Terms:

    a. **Net Sale Proceeds**: Gross purchase price of each BMO Sold Property, less usual and customary adjustments on the closing of commercial real estate transactions, commissions and direct closing costs.

    b. **Mortgage Amounts Advanced**: means the direct advances received by the relevant mortgagor from BMO in respect of a BMO Sold Property and interest calculated to the date of distribution to BMO on such direct advances in accordance with the applicable mortgage terms (calculated by the Monitor based on the books and records of the applicable DIP Borrower).

    c. **Property Surplus Proceeds**: means in respect of each BMO Sold Property for which the Net Sale Proceeds exceeds the Mortgage Amount Advanced, the amount by which the Net Sale Proceeds exceeds the Mortgage Amounts Advanced.

    d. **Property Shortfall**: means, in respect of each BMO Sold Property for which the Net Sale Proceeds are less than the Mortgage Amount Advanced, the amount by which the Net Sale Proceeds are less than the Mortgage Amounts Advanced.

    e. **Total Property Surplus Proceeds**: means the sum of all Property Surplus Proceeds.

    f. **Total Property Shortfall**; means the sum of all Property Shortfalls.

    g. **Adjustment Amount**: means the Total Property Shortfall multiplied by the Adjustment Percentage.

    h. **Adjustment Percentage**: means, in respect of each BMO Sold Property, the Property Surplus Proceeds divided by the Total Property Surplus Proceeds.

<u>Roynat Mortgage Pool</u>

(g) The net proceeds of sale of each Property in the Roynat Mortgage Pool (individually a "**Roynat Sold Property**" and collectively "**Roynat Sold Properties**") after payment of the Mortgagee Distribution to Roynat shall be deposited into a single account controlled by the Monitor and designated for receipt of the net proceeds of all Roynat Sold Properties and distribution in a manner consistent with the Objective (the "**Roynat Proceeds Account**").  The funds in the Roynat Proceeds Account (the "**Roynat Proceeds Pool**") shall stand in the place and stead of the Roynat Sold Properties in respect of the claims of, and shall be held in trust by the Monitor for the benefit of, the Administrative Agent and the Lenders in respect of the DIP Charge, the parties having the benefit of the other CCAA Charges, the Intercompany Creditors, all Other Creditors of the relevant mortgagors and any other persons who may be entitled to the net proceeds (the claims of all such parties being "**Roynat Pool Remaining Obligations**"), with the same nature and priority as they had with respect to the Roynat Sold Property immediately prior to the sale.

(h) The DIP Borrowers, in consultation with the Monitor and the Administrative Agent, shall seek the Court's approval of a distribution of the Roynat Proceeds Pool following the sale of all Properties in the Roynat Mortgage Pool. In order to achieve the Objective, the DIP Borrower shall seek a distribution based on the Monitor's calculation of a distribution in respect of the Roynat Pool Remaining Obligations for each Roynat Sold Property in accordance with the following:

    a. If there is a Property Shortfall in respect of one or more Roynat Sold Properties then:

        i. With respect to a Roynat Sold Property in respect of which there is a Property Shortfall, there shall be no distributions on account of Roynat Pool Remaining Obligations of the relevant mortgagor; and

        ii. With respect to all other Roynat Sold Properties, there shall be distributed on account of Roynat Pool Remaining Obligations of each relevant mortgagor of a Roynat Sold Property the amount of the Property Surplus Proceeds for such Roynat Sold Property less the related Adjustment Amount in order to give effect to the Objective; or

    b. If there is no Property Shortfall in respect of any Roynat Sold Properties then the distribution in each case on account of Roynat Remaining Pool Obligations shall be the amount of the Property Surplus Proceeds for each Roynat Sold Property.

(i) Defined Terms:

    a.   **Net Sale Proceeds**: Gross purchase price of each Roynat Sold Property, less usual and customary adjustments on the closing of commercial real estate transactions, commissions and direct closing costs.

    b.   **Mortgage Amounts Advanced**: means the advances received by the relevant mortgagor directly or indirectly from Roynat in respect of a Roynat Sold Property and interest calculated to the date of distribution to Roynat on such direct or indirect advances in accordance with the applicable mortgage terms (calculated by the Monitor based on the books and records of the applicable DIP Borrower).

    c.   **Property Surplus Proceeds**: means in respect of each Roynat Sold Property for which the Net Sale Proceeds exceeds the Mortgage Amount Advanced, the amount by which the Net Sale Proceeds exceeds the Mortgage Amounts Advanced.

    d.   **Property Shortfall**: means, in respect of each Roynat Sold Property for which the Net Sale Proceeds are less than the Mortgage Amount Advanced, the amount by which the Net Sale Proceeds are less than the Mortgage Amounts Advanced.

    e.   **Total Property Surplus Proceeds**: means the sum of all Property Surplus Proceeds.

    f.   **Total Property Shortfall**; means the sum of all Property Shortfalls.

    g.   **Adjustment Amount**: means the Total Property Shortfall multiplied by the Adjustment Percentage.

    h.   **Adjustment Percentage**: means, in respect of each Roynat Sold Property, the Property Surplus Proceeds divided by the Total Property Surplus Proceeds.

(j)  Any real property owned by any of the DIP Borrowers which is not part of a Mortgage Pool shall be dealt with in the ordinary course in accordance with the terms of the Amended and Restated Initial Order and the Real Estate Monetization Plan.

(k)  Nothing in this Protocol shall amend or vary the terms or conditions of the DIP Term Sheet or the Credit Agreement and no distribution shall be proposed hereunder which is inconsistent with such terms and conditions or with any Court Order.

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** ET AL.

Court File No.: CV-24-00717340-00CL

| |
|---|
| ***ONTARIO*** <br> **SUPERIOR COURT OF JUSTICE** <br> **(COMMERCIAL LIST)** <br> Proceeding commenced at Toronto |
| **AMENDED AND RESTATED** <br> **PROTOCOLS ORDER** |
| **Thornton Grout Finnigan LLP** <br> 3200 – 100 Wellington Street West <br> TD West Tower, Toronto-Dominion Centre <br> Toronto, ON   M5K 1K7 <br><br> **Leanne Williams (LSO# 41877E)** <br> Email:  lwilliams@tgf.ca <br><br> **Rachel Nicholson (LSO# 68348V)** <br> Email:  rnicholson@tgf.ca <br><br> **Puya Fesharaki (LSO# 70588L)** <br> Email:  pfesharaki@tgf.ca <br><br> Tel:    416-304-1616 <br> Fax:   416-304-1313 <br><br> Lawyers for the Applicants |

This is Exhibit "P" referred to in the Affidavit of Sue Santos sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

**Osler, Hoskin & Harcourt LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8
416.362.2111  MAIN
416.862.6666  FACSIMILE



Toronto

Montréal

Calgary

Ottawa

Vancouver

New York

May 20, 2024

Blair George McRadu
Direct Dial: 416.862.4204
bmcradu@osler.com
Our Matter Number: 1233603

**Sent By Electronic Mail**

Blakes, Cassels & Graydon LLP
199 Bay Street, Suite 4000
Toronto, ON M5L 1A9

RC Benson Consulting Inc.

Attention:  Attention: Randy Benson

Attention:  Attention: Pamela Huff / Chris
Burr

Thornton Grout Finnigan LLP
100 Wellington Street ,West Suite 3200
Toronto, ON M5K 1K7

Attention:  Attention: Leanne Williams /
Rachel Nicholson

Dear Sirs/Mesdames:

**Re:    The Companies' Creditors Arrangement Act ("CCAA") proceedings of
Pride Group Holdings Inc. et al (collectively, the "Pride Entities" and each a
"Pride Entity")**

As you know, Osler, Hoskin & Harcourt LLP represents Mitsubishi HC Capital America,
Inc. ("**MHCA**"), Mitsubishi HC Capital Canada, Inc. ("**MHCCA**"), and Mitsubishi HC
Capital Canada Leasing, Inc. ("**MHCCL**", together with MHCA and MHCCA,
"**Mitsubishi Capital**") in connection with the obligations of the Pride Entities to
Mitsubishi Capital. Our co-counsel are Chaitons LLP in Canada and Reed Smith LLP in
the United States. Capitalized terms not otherwise defined herein have the meaning given
in the Amended and Restated Initial Order granted in these proceedings.

We write to you further to the prior correspondence between ourselves, counsel for the
Monitor and counsel for the Pride Entities, as well as between Mitsubishi Capital and the
Monitor directly.

As you know, the Pride Entities are indebted to Mitsubishi Capital pursuant to certain credit
facilities including, among others:

1. the Floorplan and Security Agreement dated March 23, 2023, among Pride Truck
   Sales Ltd., Tpine Capital Leasing Corporation, Tpine Truck Rental Inc. and

OSLER

MHCCA (as further amended, restated, amended and restated or otherwise modified from time to time, the "**Canadian Floorplan Agreement**");

2. the Floorplan and Security Agreement dated November 21, 2018 between Pride Truck Sales LP as dealer and MHCA (as successor by merger to Hitachi Capital America Corp.), as secured party (the "**US Floorplan Agreement**" and together with the Canadian Floorplan Agreement, the "**Floorplan Agreements**"); and

3. the Credit Agreement dated as of May 13, 2022 between Tpine Financial Services Inc. ("**Financial**") and MCCA (as further amended, restated, amended and restated or otherwise modified from time to time, the "**Factoring Agreement**").

<u>Release of Assets</u>

Pursuant to the Floorplan Agreements, Mitsubishi Capital provided the Pride Entities with financing to purchase vehicles and other inventory for sale (collectively, the "**Floorplan Assets**"). Under the Floorplan Agreements, Mitsubishi Capital was granted a first priority security interest in the Floorplan Assets, which interest was subsequently registered in the applicable provincial personal property security registries. Other creditors, including the lending syndicate led by Royal Bank of Canada, have entered into intercreditor and other agreements with Mitsubishi Capital recognizing this priority security interest.

Since the commencement of these proceedings, the Pride Entities, with the assistance of the Monitor, have from time to time approached Mitsubishi Capital for its consent to the sale of its Floorplan Assets. When Mitsubishi Capital has given its consent to the sale of an individual Floorplan Asset, the Pride Entities have remitted the entire proceeds, net of commissions and fees, to Mitsubishi Capital. Recently, the Pride Entities have approached Mitsubishi Capital for a blanket consent in respect of over 1,000 of its Floorplan Assets, including those listed in Exhibit "A" hereto (such Floorplan Assets, the "**Approved Floorplan Assets**"), on the basis that the entire proceeds from the sale of the Approved Floorplan Assets, net of commissions and fees, would be remitted to Mitsubishi Capital.

Mitsubishi Capital has repeatedly requested that the Pride Entities and the Monitor release all of its Floorplan Assets for sale outside of these proceedings and has consistently received the response that such assets cannot be released until the Monitor has determined the security interests in respect of each vehicle, and relative priority thereof.

As we set out in our letter dated May 13, 2024, by requesting Mitsubishi Capital's consent to sell the Approved Floorplan Assets and promising to remit the entire net proceeds of sale to Mitsubishi, the Pride Entities and the Monitor have implicitly made a determination that Mitsubishi Capital has a priority security interest in respect of such assets. The Pride Entities could only remit the net sale proceeds to Mitsubishis Capital if the Monitor had already determined that Mitsubishi Capital had a valid and perfected priority security

OSLER

Page 3

interest. We note that, in the Pride Entities' response dated May 14, 2024, the Pride Entities stated that the Monitor's Fifth Report directly addresses the issues raised in our letter and specifically referenced turn-over rights of Securitization Counterparties. Respectfully, the Monitor's Fifth Report did not address how the Monitor and Pride Entities can maintain that the priority of security interest in respect of a vehicle can be determined for the purpose of sale, and collection of commission, by the Pride Entities but not when Mitsubishi Capital requests that such vehicle be released for sale by a third party.

Given that the commission charged for sales is only intended to cover the costs of such sales, there should be no difference to the Monitor and the Pride Entities who sells a vehicle. When, as is the case with the Approved Floorplan Assets, the Monitor and Pride Entities have already determined who is entitled to the proceeds of sale, it is a net benefit to the estate if a Financier can sell such vehicle and, in doing so, shore up its loss and reduce its claim. Since, as set out above, the Monitor has already implicitly completed its review of the security interests in respect of such vehicles, the only possible issue that we can identify with the release of assets is logistical. Any concerns about first mover advantage would be wholly outside the scope of the duties of both the Monitor and the Pride Entities and the Monitor and Pride Entities would have sought advice and direction from the Court before intentionally increasing the shortfall of a Financier. Mitsubishi Capital appreciates the logistical planning required to release its assets and repeats its request for a discussion with the Monitor, its counsel and counsel to the Pride Entities to coordinate the release of its assets.

As we raised in our May 13 letter, and as Mr. Chaiton addressed in his submissions to the Court, there is considerable urgency to this request. Mitsubishi Capital has received offers to sell its vehicles, which will shore up its loss. Mitsubishi Capital confirms the offers it has received are in excess of what the Pride Entities have either offered, or been able to obtain up to this point.

Any delay in this process will result in further and preventable losses by Mitsubishi Capital and a corresponding increase in its claim in these proceedings, both of which will be directly attributable to the Monitor and the Pride Entities' failure to release the Approved Floorplan Assets in a timely manner. There is a significant loss already incurred by Mitsubishi Capital and this delay could materially increase such loss. Mitsubishi Capital will have not choice but to pursue those parties responsible for Mitsubishi Capital's increased loss.

Leases out of Trust

Our client has recently become aware that certain of its Floorplan Assets have been leased out of trust, meaning that vehicles financed by Mitsubishi Capital, and in which Mitsubishi Capital has first priority security interests, have been leased to third-party customers by the

OSLER

Pride Entities without paying off the amount owing to Mitsubishi Capital in respect of such vehicles. Mitsubishi Capital's security interest in these vehicles has not been discharged.

Exhibit "B" hereto contains a list of 76 of Mitsubishi Capital's Floorplan Assets which have been leased out of trust but not yet pledged to a Securitization Party. Further to discussions between Kim Morse of Mitsubishi Capital and Chris Peterson of the Pride Entities (who indicated by email on April 18, 2024 that he would get the approval of Michael Hayes of the Monitor), Mitsubishi Capital accepts the offer to transfer the leases in respect of such vehicles, and all lease payments received by the Pride Entities to date under such leases, to Mitsubishi Capital. Mitsubishi requests that the Pride Entities and Monitor immediately effect such transfers.

Exhibit "C" hereto contains a list of 21 of its Floorplan Assets which have been leased out of trust and pledged to another Securitization Party. Mitsubishi hereby assets its continuing security interests in such assets and entitlement to lease payments and proceeds of sale, as appropriate, and requests that the Monitor address these interests in its review of Multiple Collateral Vehicles.

<u>Factoring Facility Funds</u>

Further to the May 8, 2024, letter from counsel to the Pride Entities, providing the amount of fund in the blocked accounts with Royal Bank of Canada into which proceeds from the Factoring Agreement are deposited, Mitsubishi Capital requests that the Pride Entities remit such funds immediately.

Pursuant to various agreements entered into between and among Financial, MHCCA, Pride Group Holdings Inc., as applicable:

1. Pursuant to a general security agreement dated May 13, 2022 between MHCAA and Financial, MHCCAA has a first ranking security interest in all present and after acquired property and assets of Financial;

2. Pursuant to a general absolute assignment of receivables dated May 13, 2022 given by Financial to MHCCA, Financial (a) sold, assigned and transferred to MHCCA any and all of its right, title, benefit and interest in and to any and all benefits and accounts receivables due and owing, or which may accrue and become due and owing, and (b) appointed MHCCA as its agent and true and lawful attorney and granted MHCCA its power of attorney for the purpose of completing and executing any other documents, including without limitation, any notices of assignments or directions to pay and any other ancillary documents in order to give full force and effect to such assignment; and



3. Pursuant to a subordination agreement between and among Pride Group Holdings Inc., Financial and MHCCCA, Pride Holdings Inc. agreed to subordinate repayment by Financial of all indebtedness owing to Pride Group Holdings to the repayment by Financial of all present and future indebtedness of Financial to MHCCA.

Pursuant to the foregoing agreements, MHCCA has an exclusive entitlement to the funds in the blocked accounts and the continued refusal of the Monitor and the Pride Entities to either remit such funds or take any steps in furtherance in same is unacceptable.

<u>Motion by Mitsubishi Capital</u>

Mitsubishi Capital is preparing motion materials to seek (i) the release of its assets, (ii) the transfer of the unpledged leases out of trust, and (iii) the remittance of the Factoring Agreement funds. If the Monitor and the Pride Entities do not immediately cooperate with Mitsubishi Capital to effect the foregoing, Mitsubishi Capital will set down this motion for hearing and bring these matters to the attention of the Court within the week.

We look forward to your prompt response to the foregoing. Please do not hesitate to contact the undersigned with any questions.

Yours very truly,

Osler, Hoskin & Harcourt LLP

Blair George McRadu

BGM:

Attachments
c:      Marc Wasserman, Osler, Hoskin & Harcourt LLP
        Harvey Chaiton, Chaitons LLP
        Richard Tannenbaum and Jared Roach, Reed Smith LLP
        Paul Bishop, FTI Consulting Inc.

**Exhibit "A" - Requests for Pre-Approval for Sale of MHCA Assets**

| Year | Make | Model | Color | Miles | VIN | BRANCH | Funder | Pricing Currency | Sale Price | Target Price |
|------|------|-------|-------|-------|-----|--------|--------|------------------|------------|--------------|
| 2020 | FREIGHTLINER | CASCADIA | RED | 437,351 | 1FUJHHDR2LLLN1881 | MIAMI | MHCA | USD | 44,995 | 41,395 |
| 2020 | FREIGHTLINER | CAS-60' SLEEPER | WHITE | 483,317 | 3AKJHPDV7LSLG8960 | MIAMI | MHCA | USD | 34,995 | 32,195 |
| 2019 | VOLVO | 760 | WHITE-PK | 459,026 | 4V4NC9EH4KN902774 | MIAMI | MHCA | USD | 39,995 | 36,795 |
| 2019 | VOLVO | 760 | WHITE-PK | 463,371 | 4V4NC9EH4KN902757 | MIAMI | MHCA | USD | 39,995 | 36,795 |
| 2022 | VOLVO | 760 | WHITE | 319,299 | 4V4NC9EHXNN305116 | MIAMI | MHCA | USD | 84,995 | 78,195 |
| 2019 | PETERBILT | 579 | BLACK | 576,447 | 1XPBD49X7KD610640 | MIAMI | MHCA | USD | 29,995 | 27,595 |
| 2019 | KENWORTH | T680 | RED | 501,198 | 1XKYD49X3KJ225593 | MIAMI | MHCA | USD | 36,995 | 34,035 |
| 2016 | INTERNATIONAL | PROSTAR | WHITE | 571,515 | 3HSDJSNR5GN207123 | MIAMI | MHCA | USD | 9,500 | 8,740 |
| 2018 | INTERNATIONAL | LT 625 | WHITE | 412,064 | 3HSDZAPR9JN532736 | MIAMI | MHCA | USD | 19,995 | 18,395 |
| 2023 | INTERNATIONAL | LT 625 | WHITE | 149,166 | 3HSDZAPRXPN424960 | MIAMI | MHCA | USD | 89,995 | 82,795 |
| 2015 | VOLVO | DAY-CAB | WHITE | 497,876 | 4V4NC9EG6FN912946 | BUFFALO | MHCA | USD | 9,500 | 8,740 |
| 2017 | FREIGHTLINER | DAY-CAB | WHITE | 549,536 | 1FUJGEDR7HLJD0832 | BUFFALO | MHCA | USD | 14,995 | 13,795 |
| 2019 | FREIGHTLINER | DAY-CAB | WHITE | 378,013 | 3AKJHLDV9KSKA4066 | BUFFALO | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | DAY-CAB | WHITE | 385,691 | 3AKJHLDV8KSKA3988 | BUFFALO | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | DAY-CAB | WHITE | 462,766 | 3AKJHLDV4KSKA4072 | BUFFALO | MHCA | USD | 24,995 | 22,995 |
| 2019 | FREIGHTLINER | DAY-CAB | WHITE | 492,176 | 3AKJHLDV0KSKL3511 | BUFFALO | MHCA | USD | 24,995 | 22,995 |
| 2019 | FREIGHTLINER | CASCADIA | LIGHT GOLD | 596,245 | 3AKJHHDR3KSKD2171 | BUFFALO | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 451,501 | 3AKJHHDRXKSKJ0530 | BUFFALO | MHCA | USD | 44,995 | 41,395 |
| 2020 | FREIGHTLINER | CASCADIA | RED | 425,031 | 3AKJHHDR4LSLP8276 | BUFFALO | MHCA | USD | 49,995 | 45,995 |
| 2023 | INTERNATIONAL | LT 625 | WHITE | 115,976 | 3HSDZAPRXPN493275 | BUFFALO | MHCA | USD | 99,995 | 91,995 |
| 2023 | INTERNATIONAL | LT 625 | GREY | 118,930 | 3HSDZAPR4PN439292 | BUFFALO | MHCA | USD | 99,995 | 91,995 |
| 2023 | INTERNATIONAL | LT 625 | BLUE | 191,466 | 3HSDZAPR3PN424962 | BUFFALO | MHCA | USD | 79,995 | 73,595 |
| 2023 | PETERBILT | 579 | WHITE | 195,616 | 1XPBD49X0PD841449 | BUFFALO | MHCA | USD | 109,995 | 101,195 |
| 2019 | VOLVO | 630 | BLUE | 559,533 | 4V4NC9EG9GN165344 | BUFFALO | MHCA | USD | 14,995 | 13,795 |
| 2019 | VOLVO | 760 | WHITE-PK | 405,967 | 4V4NC9EH3KN902751 | BUFFALO | MHCA | USD | 47,995 | 44,155 |
| 2022 | WABASH | DRY VAN | WHITE | | 1JJV532D9NL357201 | BUFFALO | MHCA | USD | 24,995 | 22,995 |
| 2022 | WABASH | DRY VAN | WHITE | | 1JJV532D2NL388452 | BUFFALO | MHCA | USD | 24,995 | 22,995 |
| 2018 | UTILITY | REEFER | THERMOKING | 9392 HRS | 1UYVS2534J2479514 | BUFFALO | MHCA | USD | 34,995 | 32,195 |
| 2018 | VANGUARD | CARRIER | | 5580 HRS | 527SR5327JM012688 | BUFFALO | MHCA | USD | 34,995 | 32,195 |
| 2015 | UTILITY | REEFER | TK-S600 | 14,405 HRS | 1UYVS2530FU192554 | BUFFALO | MHCA | USD | 19,995 | 18,395 |
| 2015 | UTILITY | REEFER | TK-S600 | 18,163 HRS | 1UYVS2534FU186448 | BUFFALO | MHCA | USD | 14,995 | 13,795 |
| 2016 | FREIGHTLINER | CASCADIA | RED | 765,903 | 3AKJGLDR1GSGP5455 | N.JERSEY | MHCA | USD | 9,000 | 8,280 |
| 2017 | FREIGHTLINER | CASCADIA | RED | 746,138 | 3AKJGLDR1HSHD8194 | N.JERSEY | MHCA | USD | 14,995 | 13,795 |
| 2020 | FREIGHTLINER | CASCADIA | RED | 540,250 | 3AKJHHDR8LSKZ6955 | N.JERSEY | MHCA | USD | 39,995 | 36,795 |
| 2020 | FREIGHTLINER | CASCADIA | WHITE | 440,068 | 3AKJHHDR1LSMJ0102 | N.JERSEY | MHCA | USD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 863,721 | 3AKJHHDR6LSLL0682 | N.JERSEY | MHCA - SEC | USD | 19,995 | 18,395 |
| 2023 | KENWORTH | T680 | GREEN | 69,946 | 1XKYDP9X2PJ239686 | N.JERSEY | MHCA | USD | 124,995 | 114,995 |
| 2022 | PETERBILT | 579 | Maroon | 431,760 | 1XPBD49X9ND781748 | N.JERSEY | ENGs - SEC | USD | 64,995 | 59,795 |
| 2023 | INTERNATIONAL | LT625 | White | 184,659 | 3HSDZAPR4PN439289 | N.JERSEY | MHCA | USD | 87,995 | 80,955 |
| 2023 | INTERNATIONAL | LT625 | White | 170,902 | 3HSDZAPR2PN439291 | N.JERSEY | MHCA | USD | 89,995 | 82,795 |
| 2016 | FREIGHTLINER | CASCADIA | WHITE | 804,333 | 3AKJGLD55GSGZ6600 | DETROIT | MHCA | USD | 9,995 | 9,195 |
| 2,015 | VOLVO | DAY CAB | WHITE | 313,755 | 4V4NC9EH2FN919059 | DETROIT | MHCA | USD | 19,995 | 18,395 |
| 2015 | VOLVO | DAY CAB | WHITE | 475,642 | 4V4NC9EG1FN912918 | DETROIT | MHCA | USD | 9,500 | 8,740 |
| 2015 | VOLVO | DAY CAB | WHITE | 374,744 | 4V4NC9EG4FN912928 | DETROIT | MHCA | USD | 14,995 | 13,795 |
| 2015 | VOLVO | DAY CAB | WHITE | 389,189 | 4V4NC9EG6FN912929 | DETROIT | MHCA | USD | 14,995 | 13,795 |
| 2015 | VOLVO | DAY CAB | WHITE | 388,279 | 4V4NC9EH4FN910007 | DETROIT | MHCA | USD | 14,995 | 13,795 |
| 2015 | VOLVO | DAY CAB | WHITE | 315,042 | 4V4NC9EH3FN919071 | DETROIT | MHCA | USD | 19,995 | 18,395 |
| 2015 | VOLVO | DAY CAB | WHITE | 405,316 | 4V4NC9EH2FN186172 | DETROIT | MHCA | USD | 14,995 | 13,795 |
| 2023 | PETERBILT | 579 | GRAY | 235,790 | 1XPBDP9X6PD832403 | DETROIT | MHCA | USD | 87,995 | 80,955 |
| 2022 | KENWORTH | T680 | WHITE | 324,087 | 1XKYD9X0NJ482568 | DETROIT | MHCA | USD | 77,995 | 71,755 |
| 2015 | KENWORTH | T680 | RED | 430,106 | 1XKYD49X6MJ461870 | DETROIT | MHCA | USD | 52,995 | 48,755 |
| 2021 | KENWORTH | T680 | WHITE | 403,548 | 1XKYD49X6MJ466146 | DETROIT | MHCA | USD | 54,995 | 50,595 |
| 2020 | WABASH | REEFER | Thermoking/ AIR RIDE | 9752 HRS | 1JJV532B0LL174636 | DETROIT | MHCA | USD | 44,995 | 41,395 |
| 2016 | UTILITY | REEFER | S600/2021 UNIT / AIR RIDE | 6760 hrs | 1UYVS2532GM411192 | DETROIT | MHCA | USD | 29,995 | 27,595 |
| 2015 | UTILITY | REEFER | Thermoking/ AIR RIDE | 17,032 HRS | 1UYVS2532FU192572 | DETROIT | MHCA | USD | 14,995 | 13,795 |
| 2015 | WABASH | REEFER | WHITE / Carrier 7300/SPRING RIDE | 16205 HRS | 1JJV532B2GL890928 | DETROIT | MHCA | USD | 19,995 | 18,395 |
| 2016 | GREAT DANE | REEFER | Thermoking/ AIR RIDE | 17782 HRS | 1GRAA0626GW701634 | DETROIT | MHCA | USD | 17,995 | 16,555 |
| 2019 | ATRO | DRY VAN | AIR RIDE | USED | 3ELDTM542N6000844 | DETROIT | MHCA | USD | 24,995 | 22,995 |
| 2015 | VOLVO | DAY CAB | WHITE | 287,002 | 4V4NC9EH9FN919074 | TOLEDO | MHCA | USD | 19,995 | 18,395 |
| 2017 | FREIGHTLINER | DAY CAB | WHITE | 557,864 | 3AKJGEDV9HSHT9347 | TOLEDO | MHCA | USD | 17,995 | 16,555 |
| 2019 | VOLVO | DAY CAB | Red | 215,441 | 4V4WC9EG1KN198836 | TOLEDO | MHCA | USD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 870,728 | 3AKJHHDR5KSKA1200 | TOLEDO | MHCA | USD | 17,995 | 16,555 |
| 2019 | FREIGHTLINER | CASCADIA | GOLD / BROWN | 429,110 | 3AKJHHDR6KSKD2052 | TOLEDO | MHCA | USD | 47,995 | 44,155 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 525,341 | 3AKJHHDR8KSKJ1014 | TOLEDO | MHCA | USD | 37,995 | 34,955 |
| 2023 | INTERNATIONAL | LT625 | WHITE | 219,864 | 3HSDZAPR1PN439301 | TOLEDO | MHCA | USD | 84,995 | 78,195 |
| 2019 | INTERNATIONAL | LT | BLUE | 379,194/ECM DASH 24,199 | 3HSDZAPR2KN279051 | TOLEDO | MHCA | USD | 37,995 | 34,955 |
| 2019 | VOLVO | 760 | WHITE | 571,074 | 4V4NC9EH4KN211065 | TOLEDO | ENGs - SEC | USD | 34,995 | 32,195 |
| 2019 | VOLVO | 640 | WHITE | 453,210 | 4V4WC9EH5KN208552 | TOLEDO | MHCA | USD | 39,995 | 36,795 |
| 2019 | VOLVO | 640 | WHITE | 553,715 | 4V4WC9EH8KN208495 | TOLEDO | MHCA | USD | 29,995 | 27,595 |
| 2022 | PETERBILT | 579 | GRAY | 459,057 | 1XPBD49X1ND781744 | TOLEDO | MHCA | USD | 59,995 | 55,195 |
| 2023 | PETERBILT | 579 | BLUE | 201,044 | 1XPBD49X8PD841425 | TOLEDO | MHCA | USD | 114,995 | 105,795 |
| 2019 | KENWORTH | T-680 | BLUE | 463,484 | 1XKYDP9X7KJ239112 | TOLEDO | MHCA | USD | 34,995 | 32,195 |
| 2019 | KENWORTH | T-680 | COPPER | 475,189 | 1XKYDP9X5KJ236595 | TOLEDO | MHCA | USD | 34,995 | 32,195 |
| 2020 | KENWORTH | T-680 | LIGHT GREEN | 421,503 | 1XKYD49X5LJ301655 | TOLEDO | MHCA | USD | 49,995 | 45,995 |

| 2022 | KENWORTH | T680 | WHITE | 416,831 | 1XKYD49X7NJ100973 | TOLEDO | MHCA | USD | 62,995 | 57,955 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | KENWORTH | T680 | BURGANDY | 160,317 | 1XKYDP9X3PJ218085 | TOLEDO | MHCA | USD | 109,996 | 101,195 |
| 2016 | STOUGHTON | DRY VAN | WHITE | AIR RIDE | 1DW1A5328GS632104 | TOLEDO | MHCA | USD | 12,995 | 11,955 |
| 2016 | VANGUARD | DRY VAN | WHITE | Air ride | 5V8VA5329GM610945 | TOLEDO | MHCA | USD | 12,995 | 11,955 |
| 2016 | GREAT DANE | REEFER | THERMOKING | 15,925 Miles | 1GRAA0629GW701630 | TOLEDO | MHCA | USD | 17,995 | 16,555 |
| 2015 | UTILITY | REEFER | THERMOKING SR4 | 23,074 HOURS | 1UYVS2534FU185638 | TOLEDO | MHCA | USD | 12,995 | 11,955 |
| 2017 | VOLVO | VNL300 DAY CAB | RED-CTG | 461,501 | 4V4NC9EG3HN978101 | ATLANTA | MHCA | USD | 14,995 | 13,795 |
| 2019 | FREIGHTLINER | DAY CAB | WHITE | 357,803 | 3AKJHLDV7KSKF9356 | ATLANTA | MHCA | USD | 34,995 | 32,195 |
| 2017 | FREIGHTLINER | CASCADIA | BLACK | 364,696 | 1FUJGLDR1HLHM1208 | ATLANTA | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 391,803 | 3AKJHHDR9KSKL3023 | ATLANTA | MHCA | USD | 44,995 | 41,395 |
| 2021 | FREIGHTLINER | CASCADIA | WHITE | 664,531 | 1FUJHHDR7MLMM2212 | ATLANTA | ENGs - SEC | USD | 29,995 | 27,595 |
| 2021 | FREIGHTLINER | CASCADIA | WHITE | 536,561 | 3AKJHHDR0MSMR6469 | ATLANTA | ENGs - SEC | USD | 44,995 | 41,395 |
| 2022 | FREIGHTLINER | CASCADIA | RED | 354,306 | 3AKJHHDR4NSMZ3673 | ATLANTA | MHCA | USD | 85,995 | 79,115 |
| 2018 | INTERNATIONAL | LT | WHITE | 438,554 | 3HSDZAPR8JN247770 | ATLANTA | MHCA | USD | 19,995 | 18,395 |
| 2023 | INTERNATIONAL | LT | RED | 248,293 | 3HSDZAPR1PN424961 | ATLANTA | MHCA | USD | 69,995 | 64,395 |
| 2018 | KENWORTH | T680 | BLACK | 500,918 | 1XKYDP9X9JJ182538 | ATLANTA | MHCA | USD | 24,995 | 22,995 |
| 2019 | KENWORTH | T680 | BLUE | 570,667 | 1XKYD49X7KJ230117 | ATLANTA | MHCA | USD | 29,995 | 27,595 |
| 2015 | VOLVO | 670 | WHITE | 636,199 | 4V4NC9EH8FN190260 | ATLANTA | MHCA | USD | 14,995 | 13,795 |
| 2019 | VOLVO | 760 | BURGUNDY | 481,797 | 4V4NC9EH3KN903849 | ATLANTA | MHCA | USD | 39,995 | 36,795 |
| 2019 | VOLVO | 640 | WHITE | 473,211 | 4V4WC9EH3KN208548 | ATLANTA | MHCA | USD | 39,995 | 36,795 |
| 2023 | PETERBILT | 579 | GREY | 176,843 | 1XPBD49XXPD854354 | ATLANTA | MHCA | USD | 119,995 | 110,395 |
| 2023 | PETERBILT | 579 | GREY | 98,791 | 1XPBD49X9PD841448 | ATLANTA | MHCA | USD | 134,995 | 124,195 |
| 2023 | PETERBILT | 579 | ORANGE | 163,171 | 1XPBDP9X3PD854343 | ATLANTA | MHCA | USD | 99,995 | 91,995 |
| 2022 | PETERBILT | 579 | MAROON | 437,350 | 1XPBD49X5LD674662 | ATLANTA | MHCA | USD | 44,995 | 41,395 |
| 2019 | PETERBILT | 579 | WHITE | 557,882 | 1XPBDP9X0KD613039 | ATLANTA | MHCA | USD | 24,995 | 22,995 |
| 2016 | UTILITY | DRY VAN | WHITE | AIR RIDE | 1UYVS2539GG579040 | ATLANTA | MHCA | USD | 12,995 | 11,955 |
| 2016 | UTILITY | DRY VAN | | | 1UYVS2530GG579038 | ATLANTA | MHCA | USD | 12,995 | 11,955 |
| 2022 | UTILITY | DRY VAN | WHITE | | 1UYVS2538N7509414 | ATLANTA | MHCA | USD | 24,995 | 22,995 |
| 2016 | GREAT DANE | REEFER | THERMOKING | 18241 HRS | 1GRAA0628GW703448 | ATLANTA | MHCA | USD | 17,995 | 16,555 |
| 2016 | WABASH | REEFER | Carrier 7300 X4 | 14023 HRS | 1JJV532B9GL890912 | ATLANTA | MHCA | USD | 19,995 | 18,395 |
| 2016 | FREIGHTLINER | CASCADIA | BLACK | 732,113 | 1FUJGLDG0GLGX2250 | G.PRAIRIE | MHCA | USD | 14,995 | 13,795 |
| 2017 | HYUNDAI | DRY VAN | | | 3H3V532C7HT585080 | G.PRAIRIE | MHCA | USD | 14,995 | 13,795 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 17,919 HRS | 1UYVS2538HU891238 | G.PRAIRIE | MHCA | USD | 26,995 | 24,835 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 16,490 HRS | 1UYVS2536HU891447 | G.PRAIRIE | MHCA | USD | 26,995 | 24,835 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 14,211 HRS | 1UYVS2536HU891514 | G.PRAIRIE | MHCA | USD | 29,995 | 27,595 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 17,114 HRS | 1UYVS2539Z2995040 | G.PRAIRIE | MHCA | USD | 24,995 | 22,995 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 17,051 HRS | 1UYVS2535HU891214 | G.PRAIRIE | MHCA | USD | 24,995 | 22,995 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 16,123 HRS | 1UYVS2538HU891627 | G.PRAIRIE | MHCA | USD | 26,995 | 24,835 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 16,681 HRS | 1UYVS253XHU877101 | G.PRAIRIE | MHCA | USD | 26,995 | 24,835 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 16,474 HRS | 1UYVS2535H2156471 | G.PRAIRIE | MHCA | USD | 26,995 | 24,835 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 16,607 HRS | 1UYVS2538H2995031 | G.PRAIRIE | MHCA | USD | 26,995 | 24,835 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 20,601 HRS | 1UYVS2530HU877172 | G.PRAIRIE | MHCA | USD | 24,995 | 22,995 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 16,379 HRS | 1UYVS2538HU891675 | G.PRAIRIE | MHCA | USD | 26,995 | 24,835 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 16,656 HRS | 1UYVS2531HU891307 | G.PRAIRIE | MHCA | USD | 26,995 | 24,835 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 17,491 HRS | 1UYVS2531HU891114 | G.PRAIRIE | MHCA | USD | 26,995 | 24,835 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 17,797 HRS | 1UYVS2534HU891401 | G.PRAIRIE | MHCA | USD | 24,995 | 22,995 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 15,805 HRS | 1UYVS2531HU891520 | G.PRAIRIE | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | DAY CAB | WHITE | 379,377 | 3AKJHLDV8KSKA4012 | KANSAS | MHCA | USD | 32,995 | 30,355 |
| 2019 | VOLVO | 640 | WHITE | 483,088 | 4V4WC9EH4KN208557 | KANSAS | MHCA | USD | 34,995 | 32,195 |
| 2019 | VOLVO | 640 | WHITE | 422,236 | 4V4WC9EH2KN208508 | KANSAS | MHCA | USD | 39,995 | 36,795 |
| 2020 | VOLVO | 760 | BLUE | 504,214 | 4V4NC9EH3LN251039 | KANSAS | MHCA | USD | 47,995 | 44,155 |
| $2,016.00 | FREIGHTLINER | CASCADIA | BLACK | NOT ABLE TO START | 1FUJGLDR1GLGV7842 | KANSAS | MHCA | USD | 5,000 | 4,600 |
| 2018 | FREIGHTLINER | CASCADIA | WHITE | 557,305 | 3AKJGLDR9JDKD0613 | KANSAS | MHCA | USD | 29,995 | 27,595 |
| 2018 | FREIGHTLINER | CASCADIA | WHITE | 501,875 | 1FUJGLDR3JLJS9059 | KANSAS | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 431,836 | 3AKJHPDV7KSKL3125 | KANSAS | MHCA | USD | 39,995 | 36,795 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 493,725 | 3AKJGLDR9KSKJL3927 | KANSAS | MHCA | USD | 42,995 | 39,555 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 481,154 | 3AKJHPDV6KSKA4307 | KANSAS | MHCA | USD | 37,995 | 34,955 |
| 2022 | FREIGHTLINER | CASCADIA | WHITE | 560,000 | 1FUJHHDR5NLMW8485 | KANSAS | MHCA - SEC | USD | 54,995 | 50,595 |
| 2019 | INTERNATIONAL | LT625 | BLUE-SW | 388,240 | 3HSDZAPR9KN120883 | KANSAS | MHCA | USD | 37,995 | 34,955 |
| 2019 | KENWORTH | T680 | RED | 235,234 | 1XKYD49X4KJ225537 | KANSAS | MHCA | USD | 62,995 | 57,955 |
| 2022 | KENWORTH | T680 | GRAY | 307,754 | 1XKYD49X9NJ123610 | KANSAS | MHCA | USD | 82,995 | 76,355 |
| 2015 | UTILITY | REEFER | TK S600 | 12,186 HRS | 1UYVS2539FU192505 | KANSAS | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | THERMO KING | White | 18538 HOURS | 1UYVS2537H2995022 | KANSAS | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | TK S600 | NEW | 1UYVS253XHU891371 | KANSAS | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | TK S600 | NOT STARTING | 1UYVS2533HU891535 | KANSAS | MHCA | USD | 14,995 | 13,795 |
| 2017 | UTILITY | REEFER | TK | 15427 Hours | 1UYVS2538K6655104 | KANSAS | MHCA | USD | 34,995 | 32,195 |
| 2023 | WABASH | DRY VAN | White | | 1JJV532D1PL413795 | KANSAS | MHCA | USD | 27,995 | 25,755 |
| 2016 | FREIGHTLINER | CASCADIA | BLACK | need major repairs | 3AKJGLD57GSGN4123 | NASHVILLE | MHCA | USD | 5,000 | 4,600 |
| 2017 | FREIGHTLINER | CASCADIA | WHITE | 750,892 | 3AKJGLDR7HSHY4892 | NASHVILLE | MHCA | USD | 14,995 | 13,795 |
| 2019 | FREIGHTLINER | CASCADIA | VOILET-TC | 503,715 | 3AKJHHDR1KSKP8652 | NASHVILLE | MHCA | USD | 39,995 | 36,795 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 470,330 | 3AKJHHDR3KSKL3048 | NASHVILLE | MHCA | USD | 34,995 | 32,195 |
| 2020 | FREIGHTLINER | CASCADIA | WHITE-PK | 253,961 | 3AKJGLDR9LSLJ9021 | NASHVILLE | MHCA | USD | 69,995 | 64,395 |
| 2019 | VOLVO | 640 | WHITE | 456,056 | 4V4WC9EH9KN208523 | NASHVILLE | MHCA | USD | 37,995 | 34,955 |
| 2019 | VOLVO | 640 | WHITE | 578,762 | 4V4WC9EH7KN208553 | NASHVILLE | MHCA | USD | 27,995 | 25,755 |
| 2019 | VOLVO | 760 | GREEN | 406,000 | 4V4NC9EH3KN201076 | NASHVILLE | MHCA | USD | 47,995 | 44,155 |
| 2019 | VOLVO | 760 | BLUE | 345,000 | 4V4NC9EH4KN201037 | NASHVILLE | MHCA | USD | 59,995 | 55,195 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | VOLVO | 760 | RED | 549,933 | 4V4NC9EH9LN251157 | NASHVILLE | MHCA | USD | 39,995 | 36,795 |
| 2023 | INTERNATIONAL | LT625 | GRAY | 169,092 | 3HSDZAPR0PN424949 | NASHVILLE | MHCA | USD | 92,995 | 85,555 |
| 2016 | UTILITY | REEFER | | TK S600 | 19188 HRS | 1UYVS2534GU188511 | NASHVILLE | MHCA | USD | 17,995 | 16,555 |
| 2016 | UTILITY | REEFER | THERMOKING | 17,036 HOURS | 1UYVS2533GU188516 | NASHVILLE | MHCA | USD | 19,995 | 18,395 |
| 2015 | UTILITY | REEFER | | TK S600 | 14,152 Hours | 1UYVS2537FU192406 | NASHVILLE | MHCA | USD | 17,995 | 16,555 |
| 2017 | UTILITY | REEFER | THERMOKING | 17,507 HRS | 1UYVS253XHU877132 | NASHVILLE | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | THERMOKING | 17,730 HRS | 1UYVS2536HU877161 | NASHVILLE | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | THERMOKING | 19,000 HRS | 1UYVS253HU877165 | NASHVILLE | MHCA | USD | 19,995 | 18,395 |
| 2017 | FREIGHTLINER | DAYCAB | WHITE | 859,372 | 3AKJGEDR3HSHE1237 | INDY | MHCA | USD | 7,500 | 6,900 |
| 2019 | FREIGHTLINER | DAY CAB | WHITE | 453,425 | 3AKJHLDV0KSKA4957 | INDY | MHCA | USD | 29,995 | 27,595 |
| 2016 | FREIGHTLINER | CASCADIA | RED | NOT ABLE TO START | 3AKJGLDR5GSGP6477 | INDY | MHCA | USD | 5,000 | 4,600 |
| 2016 | FREIGHTLINER | CASCADIA | WHITE | 681,727 | 1FUJGLD56GLGX2267 | INDY | MHCA | USD | 14,995 | 13,795 |
| 2017 | FREIGHTLINER | CASCADIA | WHITE | 858,168 | 3AKJGLDR1HSHV1676 | INDY | MHCA | USD | 9,500 | 8,740 |
| 2017 | FREIGHTLINER | CASCADIA | WHITE | 400,612 | 1FUJGLDRXHLHM0963 | INDY | MHCA | USD | 24,995 | 22,995 |
| 2018 | FREIGHTLINER | CASCADIA | WHITE | 730,008 | 3AKJHHDR8JSJJ0750 | INDY | MHCA | USD | 19,995 | 18,395 |
| 2018 | FREIGHTLINER | CASCADIA | WHITE | 539,836 | 3AKJHHDR0JSHM7988 | INDY | MHCA | USD | 32,995 | 30,355 |
| 2018 | FREIGHTLINER | CASCADIA | WHITE | 483,612 | 3AKJHHDR8JSJJ0862 | INDY | MHCA | USD | 36,995 | 34,035 |
| 2019 | FREIGHTLINER | CASCADIA | GRAY | 526,667 | 3AKJHHDR6KSKD2178 | INDY | MHCA | USD | 37,995 | 34,955 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 479,585 | 3AKJHPDVXSKL2888 | INDY | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 468,266 | 3AKJGLDR1KDKG6202 | INDY | MHCA | USD | 39,995 | 36,795 |
| 2021 | FREIGHTLINER | CASCADIA | WHITE | 309,414 | 1FUJHHDR8MLMJ2152 | INDY | ENGs - SEC | USD | 74,995 | 68,995 |
| 2021 | FREIGHTLINER | CASCADIA | BLUE | 523,008 | 3AKJHHDR8MSMR6476 | INDY | MHCA | USD | 49,995 | 45,995 |
| 2018 | KENWORTH | T680 | WHITE | 640,161 | 1XKYD49X6JJ196413 | INDY | MHCA | USD | 19,995 | 18,395 |
| 2018 | KENWORTH | T680 | WHITE | 450,697 | 1XKYD49X3JJ159822 | INDY | MHCA | USD | 39,995 | 36,795 |
| 2022 | KENWORTH | T680 | WHITE | 322,847 | 1XKYD49X3NJ101019 | INDY | MHCA | USD | 77,995 | 71,755 |
| 2022 | KENWORTH | T680 | ORANGE | 287,958 | 1XKYD49X9NJ482570 | INDY | MHCA | USD | 84,995 | 78,195 |
| 2022 | KENWORTH | T680 | MAROON | 380,416 | 1XKYD49X3NJ482693 | INDY | MHCA | USD | 69,995 | 64,395 |
| 2018 | VOLVO | DAY CAB | RED-CTG | 419,718 | 4V4NC9EG7JN996963 | INDY | MHCA | USD | 24,995 | 22,995 |
| 2,018 | VOLVO | DAY CAB | WHITE | 329,932 | 4V4NC9EH6JN993786 | INDY | MHCA | USD | 34,995 | 32,195 |
| 2018 | VOLVO | DAY CAB-CTG | RED | 380,219 | 4V4NC9EG9JN996902 | INDY | MHCA | USD | 29,995 | 27,595 |
| 2019 | VOLVO | 640-APU | WHITE | 428,647 | 4V4WC9EH4KN208543 | INDY | MHCA | USD | 44,995 | 41,395 |
| 2019 | VOLVO | 640-APU | WHITE | 538,000 | 4V4WC9EH0KN208555 | INDY | MHCA | USD | 34,995 | 32,195 |
| 2019 | VOLVO | 760 | WHITE | 637,298 | 4V4NC9EH4KN220526 | INDY | MHCA | USD | 29,995 | 27,595 |
| 2019 | VOLVO | 760 | RED | 632,119 | 4V4NC9EH1KN903963 | INDY | MHCA | USD | 29,995 | 27,595 |
| 2020 | VOLVO | 760 | WHITE | 498,623 | 4V4NC9EH2LN225273 | INDY | MHCA | USD | 44,995 | 41,395 |
| 2022 | VOLVO | 760 | SKY BLUE | 219,902 | 4V4NC9EH6NN603386 | INDY | MHCA | USD | 107,995 | 99,355 |
| 2022 | VOLVO | 760 | WHITE | 255,458 | 4V4NC9EJ5NN310050 | INDY | MHCA | USD | 99,995 | 91,995 |
| 2022 | VOLVO | 760 | SKY BLUE | 219,819 | 4V4NC9EH2NN603403 | INDY | MHCA | USD | 107,995 | 99,355 |
| 2023 | VOLVO | 760 | RED | 162,465 | 4V4NC9EH6PN603424 | INDY | MHCA | USD | 124,995 | 114,995 |
| 2022 | PETERBILT | 389 | ORANGE | 75,948 | 1XPXD49X5ND789545 | INDY | MHCA | USD | 169,995 | 156,395 |
| 2023 | PETERBILT | 579 | BLUE | 258,237 | 1XPBDP9X9PD854346 | INDY | MHCA | USD | 92,995 | 85,555 |
| 2023 | PETERBILT | 579 | GRAY | 297,793 | 1XPBD49X4PD841423 | INDY | MHCA | USD | 84,995 | 78,195 |
| 2023 | PETERBILT | 579 | BLUE | 163,233 | 1XPBD49X3PD841445 | INDY | MHCA | USD | 119,995 | 110,395 |
| 2019 | INTERNATIONAL | LT | DARK BLUE | 376,000 | 3HSDZAPR5KN534789 | INDY | MHCA | USD | 39,995 | 36,795 |
| 2015 | WABASH | DRY VAN | WHITE | | 1JJV532D8FL851180 | INDY | MHCA | USD | 9,500 | 8,740 |
| 2016 | STOUGHTON | DRY VAN | WHITE | AIR RIDE | 1DW1A5322GS632101 | INDY | MHCA | USD | 14,995 | 13,795 |
| 2016 | STOUGHTON | DRY VAN | WHITE | | 1DW1A5322KSA20735 | INDY | MHCA - SEC | USD | 19,995 | 18,395 |
| 2021 | VANGUARD | DRY VAN | WHITE | AIR RIDE | 5V8VC5322MM102242 | INDY | MHCA | USD | 22,995 | 21,155 |
| 2021 | HYUNDAI | DRY VAN | WHITE | AIR RIDE | 3H3V532C9MR308048 | INDY | MHCA | USD | 22,995 | 21,155 |
| 2022 | VANGUARD | DRY VAN | WHITE | AIR RIDE | 5V8VC5321NT200315 | INDY | MHCA | USD | 24,995 | 22,995 |
| 2021 | WABASH | CARRIER | WHITE | Not able to start need repair | 1JJV532B1MM262879 | INDY | MHCA | USD | 44,995 | 41,395 |
| 2,022 | UTILITY | TK S600 | WHITE | 6892 HRS | 3UTVS2532N847714 | INDY | MHCA | USD | 59,995 | 55,195 |
| 2021 | WABASH | CARRIER | WHITE | 5655 HRS | 1JJV532B8MM262880 | INDY | MHCA | USD | 44,995 | 41,395 |
| 2021 | WABASH | CARRIER | WHITE | 5189HRS | 1JJV532B1MM262882 | INDY | MHCA | USD | 44,995 | 41,395 |
| 2019 | GREAT DANE | CARIER 7300 | WHITE | Not able to start need repair | 1GRAAJ628KW140880 | INDY | MHCA | USD | 29,995 | 27,595 |
| 2018 | UTILITY | TK S600 | WHITE | | 1UYVS2535J247506 | INDY | MHCA | USD | 29,995 | 27,595 |
| 2017 | UTILITY | TK-S600 | THERMOKING | 17448 HOURS | 1UYVS2532HU891364 | INDY | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | TK-S600 | WHITE | 16793 HRS | 1UYVS2533HU891373 | INDY | MHCA | USD | 19,995 | 18,395 |
| 2016 | UTILITY | TK-S600 | WHITE | 19527 HRS | 1UYVS2535GU188548 | INDY | MHCA | USD | 14,995 | 13,795 |
| 2017 | UTILITY | TK-S600 | WHITE | 16768 HRS | 1UYVS2532HU891266 | INDY | MHCA | USD | 19,995 | 18,395 |
| 2023 | VANGUARD | TK S-600 | | TK S-600 | 7,264 HOURS | 52TSR5325PM033404 | INDY | MHCA | USD | 59,995 | 55,195 |
| 2019 | FREIGHTLINER | CAS 60" MidRoof | WHITE | 489,977 | 3AKJHPDV7KSKL3710 | TULSA | MHCA | USD | 37,995 | 34,955 |
| 2021 | FREIGHTLINER | CASCADIA | White | 465,453 | 3AKJHHDV6MSMK2681 | TULSA | MHCA | USD | 57,995 | 53,355 |
| 2023 | PETERBILT | 579 | WHITE-TEL | 60,735 | 1XPBD49X6PD875587 | TULSA | MHCA | USD | 129,995 | 119,595 |
| 2022 | KENWORTH | T680 | WHITE | 481,557 | 1XKYD49X2NJ479140 | TULSA | ENGs - SEC | USD | 59,995 | 55,195 |
| 2019 | INTERNATIONAL | LT625 | GRAY | 335,000 | 3HSDZAPR6KN365012 | TULSA | MHCA | USD | 37,995 | 34,955 |
| 2019 | INTERNATIONAL | LT625 | BLUE-SW | 375,713 | 3HSDZAPR4KN115915 | TULSA | MHCA | USD | 34,995 | 32,195 |
| 2017 | UTILITY | REEFER | TK-S600 | 14,317 HOURS | 1UYVS2539H2995037 | TULSA | MHCA | USD | 24,995 | 22,995 |
| 2019 | UTILITY | REEFER | Carrier | 8,549 HRS | 1UYVS2532K2752435 | TULSA | MHCA | USD | 39,995 | 36,795 |
| 2019 | UTILITY | REEFER | Carrier | 8, 265 HRS | 1UYVS2538K2752455 | TULSA | MHCA | USD | 39,995 | 36,795 |
| 2018 | FREIGHTLINER | CASCADIA | WHITE | 730,532 | 3AKJHHDR5JSJC9851 | S.ANTONIO | MHCA - SEC | USD | 19,995 | 18,395 |
| 2020 | FREIGHTLINER | CASCADIA | WHITE - IM | 390,561 | 3AKJHHDR3LSLX0203 | S.ANTONIO | MHCA | USD | 59,995 | 55,195 |
| 2019 | INTERNATIONAL | LT625 | WHITE | 381,202 | 3HSDZAPR3KN106073 | S.ANTONIO | MHCA | USD | 34,995 | 32,195 |
| 2019 | VOLVO | 760 | WHITE | 457,709 | 4V4NC9EH7KN213912 | S.ANTONIO | MHCA | USD | 44,995 | 41,395 |
| 2020 | KENWORTH | T680 | RED | 353,718 | 1XKYD49X4LJ387749 | S.ANTONIO | MHCA | USD | 59,995 | 55,195 |
| 2017 | HYUNDAI | DRY VAN | WHITE | USED | 3H3V532CXHT585025 | S.ANTONIO | MHCA | USD | 12,995 | 11,955 |

| 2017 | UTILITY | REEFER | THERMOKING | 15,774 HRS | 1UYVS253XHU891662 | S.ANTONIO | MHCA | USD | 24,995 | 22,995 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | FREIGHTLINER | CASCADIA | BLUE | 512,372 | 3AKJGLDR8HSHZ6517 | OK.CITY | MHCA | USD | 19,995 | 18,395 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 577,123 | 3AKJHHDR8KSJW9024 | OK.CITY | MHCA | USD | 34,995 | 32,195 |
| 2020 | FREIGHTLINER | CASCADIA | GREEN | 570,525 | 3AKJHHDR7LSKU2126 | OK.CITY | ENGs - SEC | USD | 39,995 | 36,795 |
| 2020 | FREIGHTLINER | CASCADIA | RED | 584,968 | 3AKJHHDR6LSKU7978 | OK.CITY | MHCA | USD | 39,995 | 36,795 |
| 2016 | FREIGHTLINER | CASCADIA | WHITE | NOT ABLE TO START | 1FUJGLD54GLGZ7992 | F.WORTH | MHCA | USD | 5,000 | 4,600 |
| 2017 | FREIGHTLINER | CASCADIA | BLUE | 615,289 | 3AKJGLDR5HSJH7754 | F.WORTH | MHCA | USD | 19,995 | 18,395 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 458,310 | 3AKJHHDR3KSKE1646 | F.WORTH | MHCA | USD | 47,995 | 44,155 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 385,658 | 3AKJHPDV8KSKL3070 | F.WORTH | MHCA | USD | 47,995 | 44,155 |
| 2021 | FREIGHTLINER | CASCADIA | GREY | 259,016 | 3AKJHHDR5MSMH8870 | F.WORTH | MHCA | USD | 87,995 | 80,955 |
| 2022 | FREIGHTLINER | CASCADIA | Beige | 342,291 | 3AKJHHDR0NSMF3859 | F.WORTH | MHCA | USD | 84,995 | 78,195 |
| 2022 | FREIGHTLINER | CASCADIA | GREY | 318,302 | 3AKJHHDR4NSMF3850 | F.WORTH | MHCA | USD | 87,995 | 80,955 |
| 2023 | INTERNATIONAL | LT625 | WHITE | 203,079 | 3HSDZAPR8PN121112 | F.WORTH | MHCA | USD | 89,995 | 82,795 |
| 2022 | PETERBILT | 579 | WHITE | 251,941 | 1XPBD49X3ND781745 | F.WORTH | MHCA | USD | 97,995 | 90,155 |
| 2023 | PETERBILT | 579 | WHITE-TEL | 64,335 | 1XPBD49X8PD851453 | F.WORTH | MHCA | USD | 129,995 | 119,595 |
| 2023 | PETERBILT | 579 | WHITE-TEL | 106,530 | 1XPBD49X1PD860950 | F.WORTH | MHCA | USD | 119,995 | 110,395 |
| 2023 | PETERBILT | 579 | BLUE | 145,950 | 1XPBD49X7PD841450 | F.WORTH | MHCA | USD | 122,995 | 113,155 |
| 2020 | KENWORTH | T680 | GRAY | 418,183 | 1XKYD49X1LJ392553 | F.WORTH | MHCA | USD | 52,995 | 48,755 |
| 2015 | VOLVO | 670 | WHITE | 490,697 | 4V4NC9EH6FN190256 | F.WORTH | MHCA | USD | 24,995 | 22,995 |
| 2017 | VOLVO | 780 | RED | 886,404 | 4V4NC9EH8HN977079 | F.WORTH | MHCA - SEC | USD | 14,995 | 13,795 |
| 2017 | VOLVO | 760 | Grey -K | 514,969 | 4V4NC9EH3KN201370 | F.WORTH | MHCA | USD | 39,995 | 36,795 |
| 2019 | VOLVO | 640 | WHITE | 400,590 | 4V4WC9EH0KN208572 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2019 | VOLVO | 640 | WHITE | 524,482 | 4V4WC9EH2KN208556 | F.WORTH | MHCA | USD | 37,995 | 34,955 |
| 2020 | VOLVO | 760 | GRAY -K | 348,832 | 4V4NC9EH1LN250732 | F.WORTH | MHCA | USD | 59,995 | 55,195 |
| 2022 | VOLVO | 760 | WHITE | 492,991 | 4V4NC9EH1NN305120 | F.WORTH | ENGs - SEC | USD | 59,995 | 55,195 |
| 2022 | VOLVO | 760 | LIGHT BLUE | 181,252 | 4V4NC9EH8NN603373 | F.WORTH | MHCA | USD | 114,995 | 105,795 |
| 2024 | VOLVO | 860 | BLACK | 1,162 | 4V4NC9EH2RN631739 | F.WORTH | MHCA | USD | 189,995 | 174,795 |
| 2017 | UTILITY | REEFER | TK S600 | Brand New Unit | 1UYVS253XHU891217 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | TK S600 | Brand New Unit | 1UYVS2534HU891415 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | TK S600 | Brand New Unit | 1UYVS2534HU877109 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | TK S600 | Brand New Unit | 1UYVS2534H2995026 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | TK S600 | Brand New Unit | 1UYVS253XHU877177 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | TK S600 | REEFER NOT WORKING(old) | 1UYVS2536HU891576 | F.WORTH | MHCA | USD | 14,995 | 13,795 |
| 2017 | UTILITY | REEFER | TK S600 | Brand New Unit | 1UYVS2535HU891178 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2538HU891434 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2532H2156461 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2535HU891018 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2531HU891212 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2530HU891508 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2532H2891943 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2537HU891070 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2537HU891263 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2530HU891623 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2537HU891649 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2537H2156469 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2537H2156472 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | TK S600 | Brand New Unit | 1UYVS2531H2891920 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | Reefer | THERMOKING | Brand New Unit | 1UYVS2532HU891283 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | TK S600 | 17,703 HOURS | 1UYVS2538HU891367 | F.WORTH | MHCA | USD | 19,995 | 18,395 |
| 2023 | UTILITY | REEFER | TK S600 | 1485 HRS | 1UYVS2537P6711721 | F.WORTH | MHCA | USD | 79,995 | 73,595 |
| 2017 | UTILITY | REEFER | TK | Brand New Unit | 1UYVS2530H2156409 | F.WORTH | MHCA | USD | 44,995 | 41,395 |
| 2020 | VANGUARD | DRY VAN | WHITE | | 5V8VC5327LM002068 | F.WORTH | MHCA | USD | 19,995 | 18,395 |
| 2023 | WABASH | DRY VAN | WHITE | USED | 1JJV532D6PL413792 | F.WORTH | MHCA | USD | 30,995 | 28,515 |
| 2019 | FREIGHTLINER | DAY CAB | WHITE | 422,359 | 3AKJHLDV5KSKF9324 | IRVING | MHCA | USD | 35,995 | 33,115 |
| 2018 | VOLVO | VNL300 | RED | 231,107 | 4V4NC9EG3JN996961 | IRVING | MHCA | USD | 34,995 | 32,195 |
| 2021 | FREIGHTLINER | CASCADIA | SAND | 261,312 | 3AKJHHDR1MSMH9028 | IRVING | MHCA | USD | 84,995 | 78,195 |
| 2022 | VOLVO | 760 | GREEN | 263,226 | 4V4NC9EH6NN601346 | IRVING | MHCA | USD | 94,995 | 87,395 |
| 2021 | VOLVO | 760 | FIRE RED | 575,754 | 4V4NC9EH6MN273215 | IRVING | MHCA | USD | 44,995 | 41,395 |
| 2019 | VOLVO | 640 | WHITE | 491,591 | 4V4WC9EH1KN208578 | IRVING | MHCA | USD | 34,995 | 32,195 |
| 2019 | VOLVO | 640 | WHITE | 515,813 | 4V4WC9EH2KN208573 | IRVING | MHCA | USD | 34,995 | 32,195 |
| 2019 | VOLVO | 760 | GREY | 717,310 | 4V4NC9EHXKN898133 | IRVING | MHCA | USD | 34,995 | 32,195 |
| 2023 | PETERBILT | 579 | WHITE - TEL | 47,516 | 1XPBD49X2PD061038 | IRVING | MHCA | USD | 134,995 | 124,195 |
| 2023 | KENWORTH | KENWORTH | BURGANDY | 183,998 | 1XKYDP9X3PJ233864 | IRVING | MHCA | USD | 99,995 | 91,995 |
| 2022 | PETERBILT | 579 | WHITE | 158,670 | 1XPBD49X7ND789797 | IRVING | MHCA | USD | 114,995 | 105,795 |
| 2018 | HINO | 195 - BOX TRUCK | RED/BLACK | 17,304 | JHHSDM2H9JK007765 | IRVING | MHCA | USD | 29,995 | 27,595 |
| 2019 | UTILITY | REEFER | WHITE/ TK S600 | 17,543 HOURS | 1UYVS2532FU227207 | IRVING | MHCA | USD | 17,995 | 16,555 |
| 2019 | VOLVO | DAY-CAB | WHITE | 588,364 | 4V4NC9EG6KN206568 | PHOENIX | MHCA | USD | 19,995 | 18,395 |
| 2017 | VOLVO | 670 | RED | 622,648 | 4V4NC9EH3HN965857 | PHOENIX | MHCA | USD | 19,995 | 18,395 |
| 2019 | FREIGHTLINER | CASCADIA | RED | 593,065 | 3AKJHHDR6KSKT0595 | PHOENIX | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 513,596 | 3AKJHPDV4KSKL3695 | PHOENIX | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CASCADIA | GRAY | 441,743 | 3AKJHHDR3KSKD2154 | PHOENIX | MHCA | USD | 44,995 | 41,395 |
| 2020 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 472,871 | 3AKJHPDV3LSLG8972 | PHOENIX | MHCA | USD | 42,995 | 39,555 |
| 2020 | KENWORTH | T-680 | GRAY | 402,941 | 1XKYD49X6LJ392550 | PHOENIX | MHCA | USD | 49,995 | 45,995 |
| 2020 | KENWORTH | T680 | RED | 447,347 | 1XKYD49X1LJ384677 | PHOENIX | MHCA | USD | 44,995 | 41,395 |
| 2018 | KENWORTH | T-680 | WHITE | 739,044 | 1XKYD49X8JJ197689 | PHOENIX | MHCA | USD | 24,995 | 22,995 |
| 2019 | INTERNATIONAL | LT | WHITE | 399,189 | 3HSDZAPR8KN560979 | PHOENIX | MHCA | USD | 29,995 | 27,595 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | UTILITY | REEFER | CARRIER | 18,705 HOURS | 1UYVS2539FM196229 | PHOENIX | MHCA | USD | 14,995 | 13,795 |
| 2017 | UTILITY | REFFER | TK-600 | New Unit | 1UYVS2536HU877113 | PHOENIX | MHCA | USD | 47,995 | 44,155 |
| 2018 | GREAT DANE | REFFER | TK-600 | 14,753 HOURS | 1GRAA0621JW128021 | PHOENIX | MHCA | USD | 29,995 | 27,595 |
| 2022 | UTILITY | REFFER | N/A | NO UNIT | 3UTVS2534N8474715 | PHOENIX | MHCA | USD | 29,995 | 27,595 |
| 2022 | UTILITY | REFFER | N/A | NO UNIT | 3UTVS2531N8474719 | PHOENIX | MHCA | USD | 29,995 | 27,595 |
| 2018 | VOLVO | VNL300 | RED-CTG | 336,382 | 4V4NC9EG1JN996960 | DALLAS | MHCA | USD | 29,995 | 27,595 |
| 2017 | VOLVO | DAY CAB | WHITE | 260,458 | 4V4NC9EG7HN991630 | DALLAS | MHCA | USD | 34,995 | 32,195 |
| 2018 | FREIGHTLINER | CASCADIA | WHITE | 336,950 | 3AKJHLDR9JSJL4199 | DALLAS | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 377,411 | 3AKJHPDV0KSKL3080 | DALLAS | MHCA | USD | 44,995 | 41,395 |
| 2019 | VOLVO | 640 | WHITE | 380,270 | 4V4WC9EH2KN208489 | DALLAS | MHCA | USD | 44,995 | 41,395 |
| 2019 | VOLVO | 760 | RED | 398,676 | 4V4NC9EH5KN201435 | DALLAS | MHCA | USD | 54,995 | 50,595 |
| 2021 | VOLVO | 760 | FIRE RED | 342,339 | 4V4NC9EHXMN273217 | DALLAS | MHCA | USD | 74,995 | 68,995 |
| 2022 | VOLVO | 760 | RED | 192,249 | 4V4NC9EH1NN603358 | DALLAS | MHCA | USD | 109,995 | 101,195 |
| 2022 | VOLVO | 760 | GREEN | 259,712 | 4V4NC9EH1NN601349 | DALLAS | MHCA | USD | 99,995 | 91,995 |
| 2022 | VOLVO | 760 | GREEN | 286,317 | 4V4NC9EH8NN601350 | DALLAS | MHCA | USD | 94,995 | 87,395 |
| 2022 | VOLVO | 760 | WHITE | 328,137 | 4V4NC9EH8NN603342 | DALLAS | MHCA | USD | 89,995 | 82,795 |
| 2024 | VOLVO | 860 | BLACK | NEW | 4V4NC9EHXRN639832 | DALLAS | MHCA | USD | 174,995 | 160,995 |
| 2018 | FREIGHTLINER | CAS | BLACK | 573,484 | 3AKJHHDRXJSJS3709 | DALLAS | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 485,012 | 3AKJHHDR8KSKL1120 | DALLAS | MHCA | USD | 39,995 | 36,795 |
| 2020 | FREIGHTLINER | CASCADIA | RED | 573,179 | 1FUJHHDR6LLLN1446 | DALLAS | MHCA | USD | 39,995 | 36,795 |
| 2022 | FREIGHTLINER | CASCADA | GRAY | 308,271 | 3AKJHHDR6NSMF3879 | DALLAS | MHCA | USD | 84,995 | 78,195 |
| 2018 | KENWORTH | T680 | BLACK | 448,226 | 1XKYDP9X4JJ182513 | DALLAS | MHCA | USD | 24,995 | 22,995 |
| 2019 | KENWORTH | T680 (AS Is) | BLUE | DOESNT START | 1XKYDP9X9KJ237295 | DALLAS | MHCA | USD | 19,995 | 18,395 |
| 2020 | KENWORTH | T680 | BLUE | 518,793 | 1XKYD49X5LJ220770 | DALLAS | MHCA | USD | 39,995 | 36,795 |
| 2020 | KENWORTH | T680 | RED | 444,196 | 1XKYD49X6LJ387753 | DALLAS | MHCA | USD | 49,995 | 45,995 |
| 2022 | KENWORTH | T680 | MAROON | 445,510 | 1XKYD49X9NJ467003 | DALLAS | ENGs - SEC | USD | 64,995 | 59,795 |
| 2022 | KENWORTH | T680 | BLUE | 372,875 | 1XKYD49X4NJ467006 | DALLAS | MHCA | USD | 74,995 | 68,995 |
| 2023 | KENWORTH | T680 | WHITE | 6,831 | 1XKYD49X5PJ264919 | DALLAS | MHCA | USD | 149,995 | 137,995 |
| 2023 | PETERBILT | 579 | WHITE-TEL | 58,945 | 1XPBD49XXPD860946 | DALLAS | MHCA | USD | 129,995 | 119,595 |
| 2015 | UTILITY | REEFER | TK S600 | 20354 HOURS | 1UYVS253XFU186521 | DALLAS | MHCA | USD | 14,995 | 13,795 |
| 2015 | UTILITY | REEFER | TK S600 | 19994 HOURS | 1UYVS2534FU185963 | DALLAS | MHCA | USD | 14,995 | 13,795 |
| 2019 | UTILITY | Carrier 7300 | Carrier 7300 | 19,905 HOURS | 1UYVS2536K2594410 | DALLAS | MHCA | USD | 29,995 | 27,595 |
| 2015 | FREIGHTLINER | CASCADIA | WHITE | | IFUJGLD59FLGR5766 | DALLAS | MHCA | USD | 5,000 | 4,600 |
| 2016 | FREIGHTLINER | CASCADIA | BLACK | NO ABLE TO START | 3AKJGLD5XGSGN4178 | DALLAS | MHCA | USD | 5,000 | 4,600 |
| 2019 | WABASH | DRY VAN | WHITE | | 1JJV532D5KL097858 | DALLAS | MHCA | USD | 19,995 | 18,395 |
| 2023 | VOLVO | VNR | WHITE | 115,184 | 4V4WC9EH0PN607408 | HOUSTON | MHCA | USD | 129,995 | 119,595 |
| 2015 | FREIGHTLINER | CASCADIA | WHITE | ???///// | 3AKJGLD52FSGL5803 | HOUSTON | MHCA | USD | 5,000 | 4,600 |
| 2016 | FREIGHTLINER | CASCADIA | BLACK | 682,829 | 3AKJGLD53GSGN4183 | HOUSTON | MHCA | USD | 14,995 | 13,795 |
| 2016 | FREIGHTLINER | CASCADIA | BLACK | 265,315 | 3AKJGLD5XGSGN4147 | HOUSTON | MHCA | USD | 34,995 | 32,195 |
| 2018 | FREIGHTLINER | CASCADIA | WHITE | 609,286 | 1FUJGLDR2JLHG8130 | HOUSTON | MHCA | USD | 24,995 | 22,995 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 486,065 | 3AKJHHDR1KSKB4154 | HOUSTON | MHCA | USD | 39,995 | 36,795 |
| 2019 | FREIGHTLINER | CASCADIA | BEIGE | 492,270 | 3AKJHHDR1KSKC0276 | HOUSTON | MHCA | USD | 42,995 | 39,555 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 522,790 | 1FUJHHDR5KLKG9685 | HOUSTON | MHCA - SEC | USD | 36,995 | 34,035 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 350,990 | 3AKJHHDR4KSKF9895 | HOUSTON | MHCA | USD | 52,995 | 48,755 |
| 2020 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 404,816 | 3AKJHPDV7LSLF0099 | HOUSTON | MHCA | USD | 39,995 | 36,795 |
| 2022 | PETERBILT | 579 | MAROON | 172,195 | 1XPBD49X2ND781753 | HOUSTON | MHCA | USD | 112,995 | 103,955 |
| 2015 | UTILITY | TK -S600 | WHITE | 18,867 HRS | 1UYVS2531FU192515 | HOUSTON | MHCA | USD | 14,995 | 13,795 |
| 2015 | UTILITY | TK -S600 | WHITE | 16502 hrs | 1UYVS2530FU186463 | HOUSTON | MHCA | USD | 14,995 | 13,795 |
| 2018 | UTILITY | THERMOKING | WHITE | 9,837 | 1UYVS253XJ2479615 | HOUSTON | MHCA | USD | 37,995 | 34,955 |
| 2019 | GREAT DANE | CARRIER | WHITE | 11,300 hrs | 1GRAA0622KE144347 | HOUSTON | MHCA | USD | 37,995 | 34,955 |
| 2019 | FREIGHTLINER | CASCADIA | TAN | 709,795 | 3AKJHHDR3KSKD2073 | V.FONTANA | MHCA | USD | 22,995 | 21,155 |
| 2019 | FREIGHTLINER | CASCADIA | BEIGE | 499,773 | 3AKJHHDR9KSKB3737 | V.FONTANA | MHCA | USD | 44,995 | 41,395 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 589,206 | 3AKJHHFG7KSLL2273 | V.FONTANA | MHCA | USD | 34,995 | 32,195 |
| 2020 | FREIGHTLINER | CASCADIA | RED | 551,083 | 3AKJHHDR3LSKU7825 | V.FONTANA | ENGs - SEC | USD | 49,995 | 45,995 |
| 2021 | FREIGHTLINER | CASCADIA | TAN | 292,338 | 3AKJHHDR9MSMH8967 | V.FONTANA | MHCA | USD | 79,995 | 73,595 |
| 2021 | FREIGHTLINER | CASCADIA | WHITE | 280,420 | 3AKJHHDRXMSMX7590 | V.FONTANA | MHCA | USD | 84,995 | 78,195 |
| 2022 | FREIGHTLINER | CASCADIA | GREY/CAN | 305,374 | 3AKJHHDR5NSMF3887 | V.FONTANA | MHCA | USD | 89,995 | 82,795 |
| 2019 | INTERNATIONAL | LT | WHITE-SW | 309,229 | 3HSDZAPR6KN114541 | V.FONTANA | MHCA | USD | 56,995 | 52,435 |
| 2022 | PETERBILT | 389 | GREEN | 277,067 | 1XPXD49X1ND781796 | V.FONTANA | MHCA - SEC | USD | 149,995 | 137,995 |
| 2019 | VOLVO | 640 | WHITE | 401,973 | 4V4WC9EH4KN208560 | FONTANA | MHCA | USD | 39,995 | 36,795 |
| 2019 | VOLVO | 640 | WHITE | 489,706 | 4V4WC9EH7KN208570 | FONTANA | MHCA | USD | 34,995 | 32,195 |
| 2017 | FREIGHTLINER | CASCADIA | GREEN | 569,339 | 3AKGGLDR2HSHY1313 | FONTANA | MHCA | USD | 24,995 | 22,995 |
| 2017 | FREIGHTLINER | CASCADIA | WHITE | 778,645 | 3AKJGLDR4HDHY0030 | FONTANA | MHCA | USD | 14,995 | 13,795 |
| 2017 | FREIGHTLINER | CASCADIA | GREEN | 554,479 | 3AKJGLDV2HSJC4670 | FONTANA | MHCA | USD | 29,995 | 27,595 |
| 2017 | FREIGHTLINER | CASCADIA | TAN | 821,513 | 3AKJGLDR1HSHT2237 | FONTANA | MHCA | USD | 9,500 | 8,740 |
| 2017 | FREIGHTLINER | CASCADIA | BLACK | 659,149 | 3AKJGLDRXHSHT2415 | FONTANA | MHCA | USD | 19,995 | 18,395 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 463,955 | 1FUJHPDV3KLKG7764 | FONTANA | MHCA | USD | 47,995 | 44,155 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 612,433 | 1FUJHHDR5KLKG9721 | FONTANA | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 563,966 | 3AKJHHDR3KSJL4133 | FONTANA | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 569,650 | 3AKJHHDR5KSKU4732 | FONTANA | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CASCADIA | TAN | 525,085 | 3AKJHHDR2KSKD2193 | FONTANA | MHCA | USD | 39,995 | 36,795 |
| 2020 | FREIGHTLINER | CASCADIA | TAN | 530,315 | 3AKJHHDR7LSKC0400 | FONTANA | MHCA | USD | 39,995 | 36,795 |
| 2021 | FREIGHTLINER | CASCADIA | TAN | 281,013 | 3AKJHHDR5MSMH8819 | FONTANA | MHCA | USD | 87,995 | 80,955 |
| 2022 | FREIGHTLINER | CASCADIA | GRAY | 243,254 | 3AKJHHDR8NSNF6320 | FONTANA | MHCA | USD | 99,995 | 91,995 |
| 2022 | FREIGHTLINER | CASCADIA | TAN | 317,087 | 3AKJHHDR4NSNA6742 | FONTANA | MHCA | USD | 89,995 | 82,795 |
| 2019 | VOLVO | 760 | BLUE | 316,000 | 4V4NC9EH7KN200996 | FONTANA | MHCA | USD | 59,995 | 55,195 |

| 2019 | VOLVO | 640 | WHITE | 590,104 | 4V4WC9EH4KN208526 | FONTANA | MHCA | USD | 34,995 | 32,195 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | VOLVO | 640 | WHITE | 459,821 | 4V4WC9EH3KN208579 | FONTANA | MHCA | USD | 42,995 | 39,555 |
| 2020 | VOLVO | 860 | BLACK | 677,239 | 4V4NC9EH5LN212274 | FONTANA | MHCA | USD | 29,995 | 27,595 |
| 2019 | KENWORTH | T680 | WHITE | 526,246 | 1XKYD49X9KJ229986 | FONTANA | MHCA | USD | 34,995 | 32,195 |
| 2022 | KENWORTH | T680 | RED | 426,679 | 1XKYD49X1NJ479145 | FONTANA | ENGs - SEC | USD | 64,995 | 59,795 |
| 2022 | KENWORTH | T680 | BURGUNDY | 339,890 | 1XKYD49X7NJ499819 | FONTANA | MHCA | USD | 82,995 | 76,355 |
| 2016 | UTILITY | REEFER | THERMOKING | 15,472 | 1UYVS2531GM411412 | FONTANA | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | THERMOKING | NEW | 1UYVS2535HU891116 | FONTANA | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | THERMOKING | NEW | 1UYVS253XHU891001 | FONTANA | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | TKS600 | 18,234 HRS | 1UYVS2537HU877105 | FONTANA | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | TKS600 | 16,628 HRS | 1UYVS2532HU891249 | FONTANA | MHCA | USD | 21,995 | 20,235 |
| 2017 | UTILITY | REEFER | TKS600 | 16,470 HRS | 1UYVS253XHU891466 | FONTANA | MHCA | USD | 21,995 | 20,235 |
| 2021 | WABASH | REFFER | CARRIER | 8,216 | 1JJV532BXMM262881 | FONTANA | MHCA | USD | 44,995 | 41,395 |
| 2022 | UTILITY | TK-S600 | WHITE | 2715 HRS | 3UTV3S2533N8474608 | FONTANA | MHCA | USD | 69,995 | 64,395 |
| 2016 | STOUGHTON | DRY VAN | WHITE | N/A | 1DW1A532QGB623705 | FONTANA | MHCA | USD | 16,995 | 15,635 |
| 2021 | UTILITY | DRY VAN | WHITE | | 1UYVS2539M3200217 | FONTANA | MHCA - SEC | USD | 21,995 | 20,235 |
| 2022 | WABASH | DRY VAN | WHITE | N/A | 1JJV532D7NL316999 | FONTANA | MHCA | USD | 24,995 | 22,995 |
| 2022 | UTILITY | DRYVAN | WHITE | N/A | 1UYV53253N7509406 | FONTANA | MHCA | USD | 24,995 | 22,995 |
| 2017 | FREIGHTLINER | CAS-OLD SHAPE | BLUE | 708,555 | 3AKJGLDR7HSHZ6749 | FRESNO | MHCA | USD | 9,500 | 8,740 |
| 2017 | FREIGHTLINER | CAS | BLUE | CHECK NOTES | 3AKJGLDR6HSHR5592 | FRESNO | MHCA | USD | 9,500 | 8,740 |
| 2018 | FREIGHTLINER | CASCADIA | RED | 717,112 | 3AKJHHDR8JSJU6227 | FRESNO | MHCA | USD | 14,995 | 13,795 |
| 2021 | FREIGHTLINER | CASCADIA | WHITE | 489,390 | 1FUJHHDR2MLMA7377 | FRESNO | MHCA | USD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CASCADIA | BROWN | 534,991 | 3AKJHHDR8KSKD2067 | FRESNO | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CAS | RED | 881,998 | 1FUJHHDR1KLKC6297 | FRESNO | ENGs - SEC | USD | 19,995 | 18,395 |
| 2015 | FREIGHTLINER | CASCADIA | BLACK | 843,077 | 3AKJGLD57FSGB8961 | FRESNO | MHCA | USD | 5,000 | 4,600 |
| 2021 | FREIGHTLINER | CASCADIA | MARRON | 473,257 | 3AKJHHDR7MSMY3461 | FRESNO | MHCA | USD | 49,995 | 45,995 |
| 2018 | FREIGHTLINER | CAS | TAN | 809,267 | 3AKJHHDR5JSJK9000 | FRESNO | MHCA | USD | 14,995 | 13,795 |
| 2019 | FREIGHTLINER | CASCADIA | TAN | 631,449 | 3AKJHHDR4KSKD2020 | FRESNO | MHCA | USD | 29,995 | 27,595 |
| 2020 | FREIGHTLINER | CAS | WHITE | 844,266 | 3AKJHHDR7LSKW9245 | FRESNO | MHCA | USD | 24,995 | 22,995 |
| 2020 | FREIGHTLINER | CASCADIA | BLUE | 578,583 | 3AKJHHDR5LSLK0239 | FRESNO | MHCA | USD | 42,995 | 39,555 |
| 2020 | FREIGHTLINER | CAS | BLACK | 566,302 | 3AKJHHDR4LSKU7946 | FRESNO | ENGs - SEC | USD | 42,995 | 39,555 |
| 2022 | FREIGHTLINER | CASCADIA | WHITE | 519,646 | 3AKJHHDRXNSMZ6223 | FRESNO | ENGs - SEC | USD | 64,995 | 59,795 |
| 2022 | FREIGHTLINER | CASCADIA | SAND | 334,630 | 3AKJHHDR7NSMF3888 | FRESNO | MHCA | USD | 84,995 | 78,195 |
| 2022 | MACK | ANTHEM | BLUE | 339,936 | 1M1AN4GY6NM030628 | FRESNO | ENGs - SEC | USD | 69,995 | 64,395 |
| 2018 | VOLVO | 670 | BLUE | 794,382 | 4V4NC9EHXJN999400 | FRESNO | MHCA | USD | 19,995 | 18,395 |
| 2019 | VOLVO | 760 | RED | 715,506 | 4V4NC9EH2KN903860 | FRESNO | MHCA | USD | 24,995 | 22,995 |
| 2018 | VOLVO | 760 | WHITE | 696,883 | 4V4NC9EHXJN885719 | FRESNO | MHCA | USD | 19,995 | 18,395 |
| 2023 | VOLVO | 860 | WHITE | 253,519 | 4V4NC9EJ5PN307510 | FRESNO | MHCA | USD | 119,995 | 110,395 |
| 2018 | KENWORTH | T680 | BLACK | 373,769 | 1XKYDP9X0JJ182511 | FRESNO | MHCA | USD | 34,995 | 32,195 |
| 2020 | KENWORTH | T680 | WHITE | 456,404 | 1XKYD49XXLJ964784 | FRESNO | MHCA | USD | 49,995 | 45,995 |
| 2022 | KENWORTH | T680 | RED | 401,820 | 1XKYD49X3NJ499901 | FRESNO | MHCA | USD | 69,995 | 64,395 |
| 2022 | KENWORTH | T680 | RED | 415,793 | 1XKYD49X4NJ499891 | FRESNO | ENGs - SEC | USD | 69,995 | 64,395 |
| 2022 | KENWORTH | T680 | BLUE | 116,855 | 1XKYD49X6NJ100981 | FRESNO | MHCA | USD | 127,995 | 117,755 |
| 2022 | KENWORTH | T680 | WHITE | 467,230 | 1XKYD49X7NJ499898 | FRESNO | MHCA - SEC | USD | 59,995 | 55,195 |
| 2022 | KENWORTH | T680 | WHITE | 409,869 | 1XKYD49X5NJ499897 | FRESNO | MHCA | USD | 69,995 | 64,395 |
| 2022 | KENWORTH | T680 | WHITE | 424,883 | 1XKYD49XXNJ482562 | FRESNO | MHCA - SEC | USD | 69,995 | 64,395 |
| 2022 | KENWORTH | T680 | WHITE | 411,848 | 1XKYD49X4NJ100977 | FRESNO | MHCA - SEC | USD | 69,995 | 64,395 |
| 2019 | PETERBILT | 579 | BLACK | 526,799 | 1XPBDP9X6KD600926 | FRESNO | MHCA | USD | 29,995 | 27,595 |
| 2019 | PETERBILT | 579 | BLACK | 431,127 | 1XPBDP9X3KD600947 | FRESNO | MHCA | USD | 39,995 | 36,795 |
| 2019 | PETERBILT | 579 | BLACK | 323,984 | 1XPBDP9X8KD600877 | FRESNO | MHCA | USD | 49,995 | 45,995 |
| 2023 | PETERBILT | 579 | BLACK | 108,875 | 1XPBDP9X0PD854347 | FRESNO | MHCA | USD | 149,995 | 137,995 |
| 2023 | PETERBILT | 579 | WHITE | 62,853 | 1XPBDP9X0PD850508 | FRESNO | MHCA | USD | 119,995 | 110,395 |
| 2023 | PETERBILT | 579 | GRAY | 153,183 | 1XPBD49X9PD850442 | FRESNO | MHCA | USD | 124,995 | 114,995 |
| 2023 | PETERBILT | 579 | BLUE | 177,429 | 1XPBD49XXPD841460 | FRESNO | MHCA | USD | 122,995 | 113,155 |
| 2023 | PETERBILT | 579 | BLUE | 186,887 | 1XPBD49X8PD850433 | FRESNO | MHCA | USD | 119,995 | 110,395 |
| 2018 | WEST. STAR | 5700 | WHITE | 692,750 | 5KJJBHDR1JLJN2278 | FRESNO | MHCA | USD | 24,995 | 22,995 |
| 2022 | WABASH | DRYVAN | | spring ryde | 1JJV532D3NL316997 | FRESNO | MHCA | USD | 24,995 | 22,995 |
| 2022 | WABASH | DRYVAN | AIR RIDE | 1JJV53209NL357375 | FRESNO | MHCA | USD | 24,995 | 22,995 |
| 2020 | VANGUARD | REEFER | TKS-600 | CHECK NOTES | 527SR5323LL018335 | FRESNO | MHCA | USD | 39,995 | 36,795 |
| 2016 | GREAT DANE | REEFER | TKS600 | 16407 hrs | 1GRAA0620GW701631 | FRESNO | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | THERMOKING S600 | 15,006 HRS | 1UYVS2539HU891636 | FRESNO | MHCA | USD | 24,995 | 22,995 |
| 2020 | UTILITY | REFER | SB-210 | 39,699 HRS | 1UYVS2535L2068206 | FRESNO | ENGs - SEC | USD | 24,995 | 22,995 |
| 2021 | UTILITY | REEFER | New TK-700 | New TK-700 | 1UYVS2537M6416520 | FRESNO | MHCA | USD | 64,995 | 59,795 |
| 2019 | VOLVO | 760 | RED | 447,002 | 4V4NC9EH8KN903863 | MC.FRLD | MHCA | USD | 49,995 | 45,995 |
| 2019 | VOLVO | 640 | WHITE | 533,567 | 4V4WC9EH0KN208569 | MC.FRLD | MHCA | USD | 32,995 | 30,355 |
| 2019 | VOLVO | 640 | WHITE | 408,167 | 4V4WC9EH8KN208559 | MC.FRLD | MHCA | USD | 47,995 | 44,155 |
| 2020 | FREIGHTLINER | CASCADIA | WHITE | 461,740 | 3AKJHPDV7LSLF0264 | MC.FRLD | MHCA | USD | 52,995 | 48,755 |
| 2016 | FREIGHTLINER | CASCADIA | WHITE | Parts truck | 3AKJGLDR7GSGX0616 | MC.FRLD | MHCA | USD | 5,000 | 4,600 |
| 2020 | FREIGHTLINER | CAS | WHITE | 847,722 | 1FUJHHDR4LLKU7294 | MC.FRLD | ENGs - SEC | USD | 19,995 | 18,395 |
| 2021 | FREIGHTLINER | CAS | BLUE | 586,284 | 1FUJHHDR3MLMJ2172 | MC.FRLD | ENGs - SEC | USD | 44,995 | 41,395 |
| 2020 | FREIGHTLINER | CASCADIA | BLACK | BLOWN ENGINE | 3AKJHHDR4LSLP2378 | MC.FRLD | MHCA | USD | 9,500 | 8,740 |
| 2016 | FREIGHTLINER | CASCADIA | WHITE | 667,451 | 3AKJGLD59GSGZ6678 | MC.FRLD | MHCA | USD | 14,995 | 13,795 |
| 2018 | FREIGHTLINER | CASCADIA | WHITE | 726,055 | 3AKJGLDR2JSJJ0233 | MC.FRLD | MHCA | USD | 19,995 | 18,395 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 527,822 | 3AKJHHDRXKSKH0156 | MC.FRLD | MHCA | USD | 39,995 | 36,795 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 446,299 | 3AKJHHDR8KSKB4151 | MC.FRLD | MHCA | USD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 735,944 | 3AKJHHFG1KSKF8683 | MC.FRLD | MHCA - SEC | USD | 19,995 | 18,395 |

| Year | Make | Model | Description | Mileage/Hours | VIN | Location | Status | Currency | Price | Sale Price |
|------|------|-------|-------------|---------------|-----|----------|--------|----------|-------|-----------|
| 2019 | FREIGHTLINER | CASCADIA | TAN | 424,975 | 3AKJHHDR9KSKD2238 | MC.FRLD | MHCA | USD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CASCADIA | RED | 570,366 | 3AKJHHDR5KSJX1104 | MC.FRLD | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 550,613 | 1FUJHHDR4KLXN4535 | MC.FRLD | MHCA | USD | 36,995 | 34,035 |
| 2020 | FREIGHTLINER | CASCADIA | GREEN | 533,618 | 3AKJHHDR3LSKU2124 | MC.FRLD | MHCA | USD | 37,995 | 34,955 |
| 2020 | FREIGHTLINER | CASCADIA | WHITE | 501,152 | 1FUJHHDR2LLKU7309 | MC.FRLD | MHCA | USD | 44,995 | 41,395 |
| 2021 | FREIGHTLINER | CASCADIA | WHITE | 350,600 | 1FUJHHDR4MLMM1065 | MC.FRLD | MHCA - SEC | USD | 84,995 | 78,195 |
| 2022 | FREIGHTLINER | CASCADIA | WHITE | 400,172 | 3AKJHHDR0NSNB3798 | MC.FRLD | MHCA | USD | 74,995 | 68,995 |
| 2019 | KENWORTH | T680 | BLACK | 368,043 | 1XKYD49X4KJ256402 | MC.FRLD | MHCA | USD | 52,995 | 48,755 |
| 2019 | KENWORTH | T680 | BLUE | 406,498 | 1XKYD49X4NJ100980 | MC.FRLD | ENGs - SEC | USD | 69,995 | 64,395 |
| 2022 | KENWORTH | T680 | BLUE | 281,717 | 1XKYD49X3NJ482533 | MC.FRLD | MHCA | USD | 84,995 | 78,195 |
| 2019 | INTERNATIONAL | PROSTAR | RED | 647,810 | 3HSDZAPR7KN085289 | MC.FRLD | ENGs - SEC | USD | 14,995 | 13,795 |
| 2022 | WEST. STAR | 49X | WHITE | 241,920 | 5KJJBWDR1NLND0878 | MC.FRLD | MHCA | USD | 99,995 | 91,995 |
| 2023 | PETERBILT | 579 | WHITE -TEL | 26,150 | 1XPBD49XXPD875592 | MC.FRLD | MHCA | USD | 134,995 | 124,195 |
| 2023 | PETERBILT | 579 | GREEN | 65,678 | 1XPBD49X4PD841499 | MC.FRLD | MHCA | USD | 139,995 | 128,795 |
| 2024 | PETERBILT | 579 | WHITE | 79,360 | 1XPBD49X1RD639397 | MC.FRLD | MHCA | USD | 144,995 | 133,395 |
| 2020 | HYUNDAI | DRY VAN | WHITE | AIR RIDE | 3H3V532C0LT201052 | MC.FRLD | MHCA | USD | 22,995 | 21,155 |
| 2021 | WABASH | DRY VAN | WHITE | AIR RIDE | 1JJV532G6ML248161 | MC.FRLD | MHCA | USD | 22,995 | 21,155 |
| 2022 | ATRO | DRY VAN | AIR RIDE | | 3ELA6RX20NG000219 | MC.FRLD | MHCA | USD | 24,995 | 22,995 |
| 2014 | UTILITY | REEFER | TKSB230 | 23,101 | 1UYVS2531EM774421 | MC.FRLD | MHCA | USD | 9,500 | 8,740 |
| 2015 | UTILITY | REEFER | 3000R | 18,477 HOURS | 1UYVS2537FU186301 | MC.FRLD | MHCA | USD | 14,995 | 13,795 |
| 2016 | HYUNDAI | REEFER | NO UNIT | | 3H3V532C1GT435111 | MC.FRLD | MHCA | USD | 9,500 | 8,740 |
| 2017 | UTILITY | REEFER | TKS600 | 15480 HRS | 1UYVS2537HU892011 | MC.FRLD | MHCA | USD | 24,995 | 22,995 |
| 2017 | UTILITY | REEFRE | THERMOKING | 14,665 HRS | 1UYVS2535HU891553 | MC.FRLD | MHCA | USD | 24,995 | 22,995 |
| 2017 | UTILITY | REEFRE | THERMOKING | 15,645 HRS | 1UYVS2533H2995003 | MC.FRLD | MHCA | USD | 24,995 | 22,995 |
| 2017 | UTILITY | REEFER | TKS600 | 18897 HRS | 1UYVS2536HU873594 | MC.FRLD | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | TKS600 | NEW | 1UYVS2531HU877178 | MC.FRLD | MHCA | USD | 44,995 | 41,395 |
| 2017 | UTILITY | REEFER | TKS600 | New? | 1UYVS2533HU891308 | MC.FRLD | MHCA | USD | 44,995 | 41,395 |
| 2018 | WABASH | REEFER | CARRIER | 20,815 HRS | 1JJV532B8JL048876 | MC.FRLD | MHCA | USD | 24,995 | 22,995 |
| 2020 | UTILITY | REEFER | TKS600 | 11,467 HRS | 1UYVS253XL2143322 | MC.FRLD | MHCA | USD | 42,995 | 39,555 |
| 2021 | UTILITY | REEFER | TKC600 | 3681 HRS | 1UYVS2539M6369619 | MC.FRLD | MHCA | USD | 59,995 | 55,195 |
| 2022 | UTILITY | REEFER | TKS-600 | 8,488 HRS | 3UTVS2536N874604 | MC.FRLD | ENGs - SEC | USD | 59,995 | 55,195 |
| 2022 | UTILITY | REEFER | TKS600 | 4760 HRS | 3UTVS2538N8445217 | MC.FRLD | MHCA | USD | 59,995 | 55,195 |
| 2022 | VANGUARD | REEFER | TKS600 | 7251 HRS | 527SR5320NM026258 | MC.FRLD | MHCA | USD | 57,995 | 53,355 |
| 2023 | VANGUARD | REEFER | TKS-600 | 4646HRS | 527SR5321PM031746 | MC.FRLD | MHCA | USD | 64,995 | 59,795 |
| 2023 | UTILITY | REEFER | TKS600 | 5,846 HRS | 1UYVS2535P6711720 | MC.FRLD | MHCA | USD | 64,995 | 59,795 |
| 2023 | UTILITY | REEFER | TKS600 | 6001 HRS | 1UYVS2531P6711715 | MC.FRLD | MHCA | USD | 64,995 | 59,795 |
| 2021 | FREIGHTLINER | CASCADIA | GREY | 570,687 | 1FUJHHDR1MLMJ2171 | BKR.FLD | MHCA | USD | 44,995 | 41,395 |
| 2016 | HYUNDAI | REEFER | TKS 600 | 23654 HRS | 3H3V532C3GT476002 | BKR.FLD | MHCA | USD | 14,995 | 13,795 |
| 2016 | HYUNDAI | REEFER | NO UNIT | | 3H3V532C3GT435045 | BKR.FLD | MHCA | USD | 9,500 | 8,740 |
| 2016 | UTILITY | REEFER | TK S-600 | check notes | 1UYVS2534GU412165 | BKR.FLD | MHCA | USD | 14,995 | 13,795 |
| 2016 | UTILITY | REEFER | 3000R | 20,105 HRS | 1UYVS2538GU189256 | BKR.FLD | MHCA | USD | 14,995 | 13,795 |
| 2017 | UTILITY | REEFER | TKS600 | 15.378 HRS | 1UYVS2539H2891910 | BKR.FLD | MHCA | USD | 47,995 | 44,155 |
| 2017 | UTILITY | REEFER | TKS600 | 17,788 HRS | 1UYVS2536HU891318 | BKR.FLD | MHCA | USD | 19,995 | 18,395 |
| 2019 | GREAT DANE | REEFER | CARRIER X7500 X4 | 10,309 HRS | 1GRAA0629KW145540 | BKR.FLD | MHCA | USD | 39,995 | 36,795 |
| 2019 | GREAT DANE | REEFER | TKS600 | 33,561 HRS | 1GRAA0624KW124997 | BKR.FLD | MHCA | USD | 24,995 | 22,995 |
| 2020 | WABASH | REEFER | CARRIER | | 1JJV532B8LL174920 | BKR.FLD | MHCA | USD | 19,995 | 18,395 |
| 2019 | VOLVO | 670 | Avtar bhaji and Team Please move to Fontana | 511,864 | 4V4NC9EH2GN934646 | STOCKTON | MHCA | USD | 14,995 | 13,795 |
| 2019 | VOLVO | 760 | BLUE | 380,009 | 4V4NC9EH6KN201007 | STOCKTON | MHCA | USD | 54,995 | 50,595 |
| 2019 | VOLVO | 760 | BLUE | 390,000 | 4V4NC9EH4KN200972 | STOCKTON | MHCA | USD | 54,995 | 50,595 |
| 2019 | VOLVO | 760 | BLUE | 385,879 | 4V4NC9EH1KN201013 | STOCKTON | MHCA | USD | 54,995 | 50,595 |
| 2019 | VOLVO | 760 | BLUE | 384,557 | 4V4NC9EH2KN200890 | STOCKTON | MHCA | USD | 54,995 | 50,595 |
| 2019 | VOLVO | 760 | BLUE | 381,978 | 4V4NC9EH3KN200879 | STOCKTON | MHCA | USD | 54,995 | 50,595 |
| 2022 | VOLVO | 860 | RED | 195,026 | 4V4NC9EH4NN603466 | STOCKTON | MHCA | USD | 119,995 | 110,395 |
| 2022 | VOLVO | 760 | GREY | 263,344 | 4V4NC9EH5NN603430 | STOCKTON | MHCA | USD | 99,995 | 91,995 |
| 2023 | MACK | ANTHEM | WHITE | 244,219 | 1M1AN4GY9PM033963 | STOCKTON | MHCA | USD | 84,995 | 78,195 |
| 2013 | FREIGHTLINER | CASCADIA | Avtar bhaji and Team Please move to Fontana | needs to be repaired | 1FUJGLDR2DSBR0061 | STOCKTON | MHCA | USD | 5,000 | 4,600 |
| 2014 | FREIGHTLINER | CASCADIA | Avtar bhaji and Team Please move to Fontana | 659,567needs to be repaired | 1FUJGHDV5ELFP2896 | STOCKTON | MHCA | USD | 5,000 | 4,600 |
| 2020 | FREIGHTLINER | CASCADIA | Avtar bhaji and Team Please move to Fontana | 612,478 | 1FUJHHDRXLLLA0429 | STOCKTON | MHCA | USD | 34,995 | 32,195 |
| 2017 | FREIGHTLINER | CASCADIA | Avtar bhaji and Team Please move to Fontana | 342,965 | 3AKJGLDR5HSHT2399 | STOCKTON | MHCA | USD | 39,995 | 36,795 |
| 2017 | FREIGHTLINER | CASCADIA | Avtar bhaji and Team Please move to Fontana | 787,455 | 3AKJGLDR8HSHR5397 | STOCKTON | MHCA | USD | 9,500 | 8,740 |
| 2017 | FREIGHTLINER | CASCADIA | Avtar bhaji and Team Please move to Fontana | 600,645 | 3AKJGLDR8HSHJ4883 | STOCKTON | MHCA | USD | 17,995 | 16,555 |
| 2017 | FREIGHTLINER | CASCADIA | Avtar bhaji and Team Please move to Fontana | 571,855 | 3AKJGLDR5HSHR5860 | STOCKTON | MHCA | USD | 19,995 | 18,395 |
| 2017 | FREIGHTLINER | CASCADIA | Avtar bhaji and Team Please move to Fontana | 796,228 | 3AKJGLDR0HSHM5917 | STOCKTON | MHCA | USD | 9,500 | 8,740 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 522,332 | 1FUJHHDRXXKLKG9701 | STOCKTON | MHCA | USD | 39,995 | 36,795 |
| 2019 | FREIGHTLINER | CASCADIA | SAND | ST2141 (PR) | 3AKJHHDR5KSKD2141 | STOCKTON | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | CASCADIA | SAND | 658,938 | 3AKJHHDRXKSKY0383 | STOCKTON | MHCA | USD | 24,995 | 22,995 |
| 2019 | FREIGHTLINER | CAS-60' SLEEPER | WHITE | 364,679 | 3AKJHPDV5KSKM2695 | STOCKTON | MHCA | USD | 47,995 | 44,155 |
| 2019 | FREIGHTLINER | CASCADIA | SAND | 601,069 | 3AKJHHDR2KSKD2064 | STOCKTON | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | CASCADIA | SAND | 666,853 | 3AKJHHDR3KSKD2252 | STOCKTON | ENGs - SEC | USD | 24,995 | 22,995 |
| 2020 | FREIGHTLINER | CASCADIA | RED | ENGINE & TRANSMISSION FAILURE | 3AKJHHDR0LSKU3201 | STOCKTON | MHCA | USD | 9,500 | 8,740 |
| 2020 | FREIGHTLINER | CASCADIA | MAROON | 634,733 | 3AKJHHDR6LSLU9118 | STOCKTON | MHCA | USD | 34,995 | 32,195 |
| 2020 | FREIGHTLINER | CASCADIA | WHITE | 597,514 | 3AKJHHDR4LSKW9171 | STOCKTON | ENGs - SEC | USD | 39,995 | 36,795 |
| 2021 | FREIGHTLINER | CASCADIA | SAND gas done | 317,553 | 3AKJHHDRXMSMH8699 | STOCKTON | MHCA | USD | 74,995 | 68,995 |
| 2022 | FREIGHTLINER | CASCADIA | MAROON | 386,141 | 3AKJHHDR1NSMZ6238 | STOCKTON | MHCA | USD | 74,995 | 68,995 |
| 2022 | PETERBILT | 579 | BLUE | 295,330 | 1XPBD49X4ND781771 | STOCKTON | MHCA | USD | 84,995 | 78,195 |
| 2023 | PETERBILT | 579 | YELLOW | 77,016 | 1XPBD49X6PD850494 | STOCKTON | MHCA | USD | 134,995 | 124,195 |

| 2023 | PETERBILT | 579 | ORANGE | 47,497 | 1XPBDP9X6PD850514 | STOCKTON | MHCA | | USD | 139,995 | 128,795 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | PETERBILT | 579 | WHITE-TEL | 45,028 | 1XPBD49X1PD861032 | STOCKTON | MHCA | | USD | 134,995 | 124,195 |
| 2023 | PETERBILT | 579 | WHITE-TEL | 47,953 | 1XPBD49X4PD889214 | STOCKTON | MHCA | | USD | 134,995 | 124,195 |
| 2018 | KENWORTH | T680 | RED | 499,664 | 1XKYDP9XXJJ170866 | STOCKTON | MHCA | | USD | 24,995 | 22,995 |
| 2019 | KENWORTH | T680 | RED | 396,480 | 1XKYD49X1KJ253490 | STOCKTON | MHCA | | USD | 49,995 | 45,995 |
| 2021 | KENWORTH | T680 | WHITE | 165,316 | 1XKYD49X3MJ461860 | STOCKTON | MHCA | | USD | 112,995 | 103,955 |
| 2022 | KENWORTH | T680 | GRAY | 414,726 | 1XKYD49X6NJ489864 | STOCKTON | ENGs - SEC | | USD | 69,995 | 64,395 |
| 2022 | KENWORTH | T680 | MAROON | 407,875 | 1XKYD49X6NJ467024 | STOCKTON | MHCA | | USD | 69,995 | 64,395 |
| 2022 | KENWORTH | T680 | WHITE | 362,990 | 1XKYD49X1NJ499802 | STOCKTON | ENGs - SEC | | USD | 77,995 | 71,755 |
| 2023 | KENWORTH | T680 | GREY | 208,472 | 1XKYDP9X4PJ233873 | STOCKTON | MHCA | | USD | 117,995 | 108,555 |
| 2019 | INTERNATIONAL | LT | MAROON | 413,834 | 3HSDZTZR8KN136873 | STOCKTON | MHCA | | USD | 29,995 | 27,595 |
| 2022 | INTERNATIONAL | LT625 | WHITE | 328,025 | 3HSDZAPR5NN605400 | STOCKTON | MHCA | | USD | 64,995 | 59,795 |
| 2022 | VANGUARD | DRY VAN | WHITE | | 5V8VC5329NT206962 | STOCKTON | MHCA | | USD | 22,995 | 21,155 |
| 2022 | UTILITY | DRYVAN | WHITE | | 1UYVS2533N7509448 | STOCKTON | ENGs - SEC | | USD | 24,995 | 22,995 |
| 2022 | UTILITY | DRY VAN | WHITE | | 1UYVS2537N3476817 | STOCKTON | MHCA | | USD | 24,995 | 22,995 |
| 2014 | UTILITY | s600 | | 15,270 | 1UYVS2539EM774229 | STOCKTON | MHCA | | USD | 17,995 | 16,555 |
| 2015 | UTILITY | s600 | | 17084 hrs | 1UYVS2530FU186530 | STOCKTON | MHCA | | USD | 19,995 | 18,395 |
| 2019 | UTILITY | S600 | | 18299HRS | 1UYVS2538K2788307 | STOCKTON | MHCA | | USD | 32,995 | 30,355 |
| 2019 | GREAT DANE | TKS600 | | 19100 HRS | 1GRAA062XKW131730 | STOCKTON | MHCA | | USD | 29,995 | 27,595 |
| 2020 | GREAT DANE | s600 | | 12619 HRS | 1GR1A0629LE158103 | STOCKTON | MHCA | | USD | 44,995 | 41,395 |
| 2020 | VANGUARD | S600 | | 8345 HRS | S27SR5326LL017647 | STOCKTON | MHCA | | USD | 44,995 | 41,395 |
| 2021 | UTILITY | S600 | | 10700 HRS | 1UYVS2535M2208031 | STOCKTON | MHCA | | USD | 49,995 | 45,995 |
| 2022 | UTILITY | S600 | | 2516 HRS | 3UTVS2532N8474602 | STOCKTON | MHCA | | USD | 69,995 | 64,395 |
| 2022 | GREAT DANE | TKS600 | | 10,656 HRS | 1GR1A0625NE404292 | STOCKTON | ENGs - SEC | | USD | 59,995 | 55,195 |
| 2019 | FREIGHTLINER | CASCADIA | RED-K | 455,398 | 3AKJHHDR9KSKJ1118 | SEATTLE | MHCA | | USD | 44,995 | 41,395 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 487,139 | 3AKJHHDRXXSKL3743 | SEATTLE | MHCA | | USD | 34,995 | 32,195 |
| 2020 | FREIGHTLINER | CASCADIA | TAUPE | 519,691 | 3AKJHHDR8LSKB4993 | SEATTLE | MHCA | | USD | 39,995 | 36,795 |
| 2019 | VOLVO | VNL-760 | WHITE | 311,115 | 4V4NC9EH1KN905616 | SEATTLE | MHCA | | USD | 54,995 | 50,595 |
| 2021 | VOLVO | 760 | WHITE | 308,333 | 4V4NC9EHXMN246177 | SEATTLE | MHCA | | USD | 69,995 | 64,395 |
| 2023 | VOLVO | 860 | GREY | 147,164 | 4V4NC9EH8PN603473 | SEATTLE | MHCA | | USD | 129,995 | 119,595 |
| 2022 | PETERBILT | 579 | GRAY | 369,167 | 1XPBD49X8ND798811 | SEATTLE | MHCA - SEC | | USD | 74,995 | 68,995 |
| 2023 | WABASH | DRY VAN | White | AIR RIDE | 1JJV532D0GL918341 | SEATTLE | MHCA - SEC | | USD | 14,995 | 13,795 |
| 2023 | WABASH | Dryvan | White | NA | 1JJV532D8PL413809 | SEATTLE | MHCA | | USD | 29,995 | 27,595 |
| 2017 | UTILITY | REEFER | THERMOKING | 15,671 HOURS | 1UYVS2531HU891372 | SEATTLE | MHCA | | USD | 24,995 | 22,995 |
| 2019 | UTILITY | REEFER | CARRIER | 5,030 HOURS | 1UYVS2539K2594210 | SEATTLE | MHCA | | USD | 44,995 | 41,395 |
| 2019 | FREIGHTLINER | DAY CAB | WHITE | 389523 | 3AKJHLDV0KSKF9201 | CHICAGO | MHCA | | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | DAY CAB | WHITE | 423155 | 3AKJHLDV2KSKF9233 | CHICAGO | MHCA | | USD | 27,995 | 25,755 |
| 2019 | FREIGHTLINER | DAY CAB | WHITE | 437385 | 3AKJHLDV5KSKM2866 | CHICAGO | MHCA | | USD | 27,995 | 25,755 |
| 2019 | FREIGHTLINER | DAY CAB | WHITE | 443727 | 3AKJHLDV7KSKF9325 | CHICAGO | MHCA | | USD | 27,995 | 25,755 |
| 2019 | FREIGHTLINER | DAY CAB | WHITE | 521555 | 3AKJHLDV0KSKF9229 | CHICAGO | MHCA | | USD | 22,995 | 21,155 |
| 2019 | VOLVO | 760 | WHITE-PK | 436928 | 4V4NC9EH9KN902849 | CHICAGO | MHCA | | USD | 44,995 | 41,395 |
| 2019 | VOLVO | 760 | BLUE | 395119 | 4V4NC9EH9KN200966 | CHICAGO | MHCA | | USD | 54,995 | 50,595 |
| 2019 | VOLVO | 760 | BLUE | 382613 | 4V4NC9EH7KN201162 | CHICAGO | MHCA | | USD | 54,995 | 50,595 |
| 2020 | VOLVO | 760 | RED | 281000 | 4V4NC9EH2LN251081 | CHICAGO | MHCA | | USD | 69,995 | 64,395 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | WHITE | 460146 | 3AKJHHDR1KSKL3016 | CHICAGO | MHCA | | USD | 44,995 | 41,395 |
| 2019 | FREIGHTLINER | CASCADIA | RED | 579499 | 1FUJHHDR5KLKE3619 | CHICAGO | MHCA - SEC | | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CASCADIA | WHITE | 428552 | 3AKJHHDRXKSKJ0320 | CHICAGO | MHCA | | USD | 47,995 | 44,155 |
| 2019 | FREIGHTLINER | CASCADIA | RED | 549981 | 1FUJHHDR5KLKE4107 | CHICAGO | MHCA | | USD | 34,995 | 32,195 |
| 2020 | FREIGHTLINER | CASCADIA | BLUE | 632612 | 3AKJHHDR6LSKL7631 | CHICAGO | MHCA | | USD | 34,995 | 32,195 |
| 2021 | FREIGHTLINER | CASCADIA | WHITE | 555238 | 1FUJHHDR8MLMM2056 | CHICAGO | MHCA | | USD | 44,995 | 41,395 |
| 2023 | FREIGHTLINER | CASCADIA | BLUE | 581983 | 3AKJHHDR5NSMZ3679 | CHICAGO | MHCA | | USD | 49,995 | 45,995 |
| 2023 | PETERBILT | 579 | BLACK | 144489 | 1XPBD4X9PD854359 | CHICAGO | MHCA | | USD | 119,995 | 110,395 |
| 2023 | PETERBILT | 579 | GRAY | 165493 | 1XPBDP9X4PD854349 | CHICAGO | MHCA | | USD | 99,995 | 91,995 |
| 2022 | KENWORTH | T680 | BURGANDY | 608476 | 1XKYD49X6JJ202310 | CHICAGO | MHCA | | USD | 24,995 | 22,995 |
| 2019 | KENWORTH | T680 | BLACK | 426981 | 1XKYD49XXHJ242388 | CHICAGO | MHCA | | USD | 44,995 | 41,395 |
| 2023 | KENWORTH | T680 | TURQUOISE | 19749 | 1XKYD49X1PJ264965 | CHICAGO | MHCA | | USD | 149,995 | 137,995 |
| 2018 | INTERNATIONAL | LT | RED | 426835 | 3HSDZAPR7JN417391 | CHICAGO | MHCA | | USD | 19,995 | 18,395 |
| 2022 | INTERNATIONAL | LT625 | WHITE | 230535 | 3HSDZAPR0NN605398 | CHICAGO | MHCA | | USD | 79,995 | 73,595 |
| 2023 | INTERNATIONAL | LT625 | NEON GREEN | 107991 | 3HSDZAPR0PN560613 | CHICAGO | MHCA | | USD | 99,995 | 91,995 |
| 2023 | INTERNATIONAL | LT625 | Grey | 208810 | 3HSDZAPR6PN121898 | CHICAGO | MHCA | | USD | 79,995 | 73,595 |
| | | | | | 1FUJHHDR3PLNV7829 | | MHCA - SEC | | USD | 129,995 | 119,595 |
| | | | | | 3AKJHHDR1PSUJ8416 | | MHCA - SEC | | USD | 149,995 | 137,995 |
| | | | | | 4V4NC9EH0MN272920 | | MHCA - SEC | | USD | 49,995 | 45,995 |
| | | | | | 3H3V532K3NJ541219 | | MHCA | | USD | 24,995 | 22,995 |
| | | | | | 4V4NC9EH9FN184399 | | MHCA - SEC | | USD | 9,995 | 9,195 |
| | | | | | 1XKYD49X6JJ182477 | | MHCA - SEC | | USD | 14,995 | 13,795 |
| | | | | | 4V4NC9EG8GN960787 | | MHCA | | USD | 29,995 | 27,595 |
| | | | | | 4V4VC9EH8KN208562 | | MHCA | | USD | 37,995 | 34,955 |
| | | | | | 4V4NC9EH8KN903829 | | MHCA | | USD | 37,995 | 34,955 |
| | | | | | 1FUJHHDR2MLMM2232 | | MHCA - SEC | | USD | 95,000 | 87,400 |
| | | | | | 1FUJHHDR0MLMM2102 | | MHCA - SEC | | USD | 95,000 | 87,400 |
| | | | | | 1FUJHHDR9PLNV7723 | | MHCA - SEC | | USD | 127,495 | 117,295 |
| | | | | | 1FUJGLBG6DLFG1634 | | MHCA - SEC | | USD | 9,500 | 8,740 |
| | | | | | 3HSDZAPR2PN767410 | | MHCA - SEC | | USD | 135,000 | 124,200 |
| | | | | | 3HSDZAPR1PN439282 | | MHCA - SEC | | USD | 135,000 | 124,200 |
| | | | | | 4V4NC9EH8NN292754 | | MHCA - SEC | | USD | 110,000 | 101,200 |

| Year | Make | Model | | | VIN | Category | Currency | Value | Adj. Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 4V4NC9EH5PN320335 | MHCA - SEC | USD | 130,000 | 119,600 |
| | | | | | 1FUJHHDR5PLNV7802 | MHCA - SEC | USD | 157,000 | 144,440 |
| | | | | | 1FUJHHDR3PLNV7801 | MHCA - SEC | USD | 157,000 | 144,440 |
| | | | | | 1FUJHHDR4PLNV7693 | MHCA - SEC | USD | 157,000 | 144,440 |
| | | | | | 3AKJHHDR0NSNG6050 | MHCA - SEC | USD | 157,000 | 144,440 |
| | | | | | 4V4NC9EH6KN905167 | MHCA - SEC | USD | 35,996 | 33,116 |
| | | | | | 4V4NC9EH8KN904110 | MHCA - SEC | USD | 31,496 | 28,976 |
| | | | | | 1UYVS2531N2672726 | MHCA - SEC | USD | 75,000 | 69,000 |
| | | | | | 4V4NC9EH1NN305411 | MHCA - SEC | USD | 132,000 | 121,440 |
| | | | | | 4V4NC9EH2LN241473 | MHCA - SEC | USD | 98,000 | 90,160 |
| | | | | | 4V4NC9EH1KN208533 | MHCA | USD | 79,995 | 73,595 |
| | | | | | 3AKJGEDV5FSGB5794 | MHCA | USD | 39,995 | 36,795 |
| | | | | | 527SR5329RM037040 | MHCA | USD | 102,500 | 94,300 |
| | | | | | 527SR5320RM037041 | MHCA | USD | 102,500 | 94,300 |
| | | | | | 527SR5322RM037042 | MHCA | USD | 102,500 | 94,300 |
| | | | | | 1GRAA062XKW140881 | MHCA | USD | 54,900 | 50,508 |
| | | | | | 1XKYD49X1KJ240271 | MHCA | USD | 58,500 | 53,820 |
| | | | | | 1XKYD49X8KJ242339 | MHCA | USD | 58,500 | 53,820 |
| | | | | | 1XKYD49XXNJ101034 | MHCA | USD | 140,000 | 128,800 |
| | | | | | 1UYVS2537HU891358 | MHCA | USD | 59,995 | 55,195 |
| | | | | | 1UYVS2531HU891355 | MHCA | USD | 59,995 | 55,195 |
| | | | | | 3AKJHHDR3NSNG6107 | MHCA - SEC | USD | 135,000 | 124,200 |
| | | | | | 4V4NC9EH8KN200988 | MHCA | USD | 91,995 | 84,635 |
| | | | | | 4V4NC9EH9HN979455 | MHCA | USD | 44,995 | 41,395 |
| | | | | | 3AKJHHDR8NSMW4659 | MHCA - SEC | USD | 92,495 | 85,095 |
| | | | | | 1FUJHHDR6NLMW8494 | MHCA - SEC | USD | 87,495 | 80,495 |
| | | | | | 3HSDZAPR4NN239607 | MHCA | USD | 120,000 | 110,400 |
| | | | | | 1XPBD49X4RD640950 | MHCA - SEC | USD | 190,000 | 174,800 |
| | | | | | 1XPBD49X7RD640909 | MHCA - SEC | USD | 190,000 | 174,800 |
| | | | | | 1XPBD49X2RD640896 | MHCA - SEC | USD | 185,000 | 170,200 |
| | | | | | 4V4NC9EG4KN198832 | MHCA | USD | 57,995 | 53,355 |
| 2022 | FREIGHTLINER | CASCADIA | | | 1FUJHHDR0NLMW8488 | MHCA | USD | 94,995 | 87,395 |
| 2023 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR1PSNY3267 | MHCA | USD | 117,995 | 108,555 |
| 2022 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR3NSNC1944 | MHCA | USD | 99,995 | 91,995 |
| 2019 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR8KSKJ0512 | MHCA | USD | 62,995 | 57,955 |
| 2023 | INTERNATIONAL | LT625 | | | 3HSDZAPRXPN580707 | MHCA | USD | 64,995 | 59,795 |
| 2023 | INTERNATIONAL | LT | | | 3HSDZAPR4PN121107 | MHCA | USD | 69,995 | 64,395 |
| 2022 | KENWORTH | T680 | | | 1XKYD49X1NJ482532 | MHCA | USD | 74,995 | 68,995 |
| 2022 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR0NSNB3784 | MHCA | USD | 69,995 | 64,395 |
| 2022 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR3NSNB3813 | MHCA | USD | 74,995 | 68,995 |
| 2019 | VOLVO | 760 | | | 4V4NC9EH0KN902805 | MHCA | USD | 49,995 | 45,995 |
| 2022 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR9NSMF3892 | MHCA | USD | 69,995 | 64,395 |
| 2022 | KENWORTH | T680 | | | 1XKYD49X1NJ489920 | MHCA | USD | 77,995 | 71,755 |
| 2019 | PETERBILT | 579 | | | 1XPBDP9X1KD600588 | MHCA | USD | 34,995 | 32,195 |
| 2022 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR0NSNA6753 | MHCA | USD | 77,995 | 71,755 |
| 2023 | UTILITY | DRY VAN | | | 1UYVS2534P7711234 | MHCA | USD | 24,995 | 22,995 |
| 2019 | VOLVO | 640 | | | 4V4WC9EH8KN208576 | MHCA | USD | 24,995 | 22,995 |
| 2019 | VOLVO | 760 | | | 4V4NC9EHXKN906229 | MHCA | USD | 24,995 | 22,995 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | | | 3AKJHHDR5KSKL3035 | MHCA | USD | 37,995 | 34,955 |
| 2019 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR5KSKD2205 | MHCA | USD | 39,995 | 36,795 |
| 2017 | HYUNDAI | CARRIER 7300 X4 | | | 3H3V532C2HT335097 | MHCA | USD | 19,995 | 18,395 |
| 2019 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR0KSKE2009 | MHCA | USD | 34,995 | 32,195 |
| 2018 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR7JSJJ1923 | MHCA | USD | 59,995 | 55,195 |
| 2020 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR6LSKU4532 | MHCA | USD | 34,995 | 32,195 |
| 2022 | FREIGHTLINER | CASCADIA | | | 1FUJHHDR5NLMW8857 | MHCA | USD | 99,995 | 91,995 |
| 2020 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR3LSLL1126 | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR5KSKJ0757 | MHCA | USD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR6KSKJ0234 | MHCA | USD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | | | 3AKJHHDR3KSKL3809 | MHCA | USD | 42,995 | 39,555 |
| 2019 | FREIGHTLINER | DAY CAB | | | 3AKJHLDV1KSKA3980 | MHCA | USD | 32,995 | 30,355 |
| 2022 | UTILITY | REEFER | | | 3UTVS253XN8474816 | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | DAY CAB | | | 3AKJHLDV4KSKA4069 | MHCA | USD | 24,995 | 22,995 |
| 2019 | FREIGHTLINER | DAY CAB | | | 3AKJHLDV9KSKA4049 | MHCA | USD | 24,995 | 22,995 |
| 2021 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR3MSML6511 | MHCA | USD | 54,995 | 50,595 |
| 2019 | FREIGHTLINER | CASCADIA | | | 1FUJHHDR4KLKX4185 | MHCA | USD | 54,995 | 50,595 |
| 2019 | FREIGHTLINER | CASCADIA | | | 1FUJHHDR6KLJZ9022 | MHCA | USD | 62,995 | 57,955 |
| 2017 | FREIGHTLINER | CASCADIA | | | 3AKJGLDRXHSHR5630 | MHCA | USD | 19,995 | 18,395 |
| 2022 | KENWORTH | T-680 | | | 1XKYD49X5NJ467029 | MHCA | USD | 84,995 | 78,195 |
| 2018 | FREIGHTLINER | CASCADIA-OLD SHAPE | | | 3AKJGLDR5JSJJ0288 | MHCA | USD | 42,995 | 39,555 |
| 2018 | KENWORTH | T680 | | | 1XKYD49X9JJ190315 | MHCA | USD | 39,995 | 36,795 |
| 2020 | VOLVO | 760 | | | 4V4NC9EH1LN230982 | MHCA | USD | 49,995 | 45,995 |
| 2017 | UTILITY | REEFER | | | 1UYVS2539HU800705 | MHCA | USD | 22,995 | 21,155 |
| 2022 | VOLVO | 760 | | | 4V4NC9EH3NN603281 | MHCA | USD | 94,995 | 87,395 |
| 2023 | VOLVO | 760 | | | 4V4NC9EHXPN310965 | MHCA | USD | 109,995 | 101,195 |
| 2019 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR1KSKJ1095 | MHCA | USD | 56,995 | 52,435 |
| 2019 | INTERNATIONAL | LT | | | 3HSDZAPR8KN533572 | MHCA | USD | 37,995 | 34,955 |

| 2020 | FREIGHTLINER | CAS-60" SLEEPER | 3AKJHPDV8LSLF0256 | MHCA | USD | 57,995 | 53,355 |
|------|--------------|-----------------|-------------------|------|-----|--------|--------|
| 2019 | FREIGHTLINER | CASCADIA | 3AKJHHDR0KSKH0070 | MHCA | USD | 34,995 | 32,195 |
| 2022 | FREIGHTLINER | CASCADIA | 1FUJHHDR9NLMW8697 | MHCA | USD | 69,995 | 64,395 |
| 2022 | FREIGHTLINER | CASCADIA | 1FUJHHDRXNLMW8711 | MHCA | USD | 104,995 | 96,595 |
| 2023 | FREIGHTLINER | CASCADIA | 3AKJHHDR2PSUE0940 | MHCA | USD | 134,995 | 124,195 |
| 2023 | FREIGHTLINER | CASCADIA | 3AKJHHDR4PSUE0969 | MHCA | USD | 134,995 | 124,195 |
| 2022 | KENWORTH | T680 | 1XKYD49X8NJ482561 | MHCA | USD | 74,995 | 68,995 |
| 2019 | VOLVO | 760 | 4V4NC9EH2KN196811 | MHCA | USD | 47,995 | 44,155 |
| 2019 | VOLVO | 760 | 4V4NC9EH2KN904586 | MHCA | USD | 57,995 | 53,355 |
| 2017 | UTILITY | THERMOKING | 1UYVS2536HU891268 | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | THERMOKING | 1UYVS2530H2891939 | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | THERMOKING | 1UYVS2530HU891413 | MHCA | USD | 17,995 | 16,555 |
| 2017 | UTILITY | TK-S600 | 1UYVS2537HU891280 | MHCA | USD | 19,995 | 18,395 |
| 2019 | VOLVO | 760 | 4V4NC9EH6KN213979 | MHCA | USD | 52,995 | 48,755 |
| 2019 | FREIGHTLINER | DAY CAB | 3AKJHLDV1KSKF9353 | MHCA | USD | 24,995 | 22,995 |
| 2021 | FREIGHTLINER | CASCADIA | 3AKJHHDR4MSMX7570 | MHCA | USD | 84,995 | 78,195 |
| 2019 | VOLVO | 640 | 4V4WC9EH9KN208571 | MHCA | USD | 39,995 | 36,795 |
| 2019 | FREIGHTLINER | CASCADIA | 3AKJHHDR2KSKJ1297 | MHCA | USD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CASCADIA | 1FUJHHDR1KLKE4122 | MHCA | USD | 49,995 | 45,995 |
| 2021 | FREIGHTLINER | CASCADIA | 3AKJHHDR7MSMX7580 | MHCA | USD | 92,995 | 85,555 |
| 2020 | VOLVO | 760 | 4V4NC9EH5LN251168 | MHCA | USD | 54,995 | 50,595 |
| 2017 | UTILITY | REEFER | 1UYVS2537HU891456 | MHCA | USD | 19,995 | 18,395 |
| 2019 | FREIGHTLINER | DAY CAB | 3AKJHLDV7KSKF9308 | MHCA | USD | 27,995 | 25,755 |
| 2020 | FREIGHTLINER | CASCADIA | 3AKJHHDR1LSLX0202 | MHCA | USD | 54,995 | 50,595 |
| 2019 | FREIGHTLINER | CASCADIA | 3AKJHHDR3KSKJ1048 | MHCA | USD | 42,995 | 39,555 |
| 2019 | VOLVO | 760 | 4V4NC9EH0KN201438 | MHCA | USD | 49,995 | 45,995 |
| 2018 | VOLVO | 670 | 4V4NC9EHXJN993077 | MHCA | USD | 34,995 | 32,195 |
| 2023 | WABASH | DRY VAN | 1JJV532D8PL326315 | MHCA | USD | 24,995 | 22,995 |
| 2018 | FREIGHTLINER | CASCADIA | 3AKJGLDR3JDJY0988 | MHCA | USD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CASCADIA | 1FUJHHDRXKLKG9746 | MHCA | USD | 44,995 | 41,395 |
| 2021 | FREIGHTLINER | CASCADIA | 3AKJHHDR2MSMX7616 | MHCA | USD | 89,995 | 82,795 |
| 2019 | KENWORTH | T680 | 1XKYD49X3KJ253488 | MHCA | USD | 44,995 | 41,395 |
| 2023 | PETERBILT | 579 | 1XPBD49X5PD850454 | MHCA | USD | 129,995 | 119,595 |
| 2020 | HYUNDAI | DRY VAN | 3H3V532C4LT381118 | MHCA | USD | 24,995 | 22,995 |
| 2015 | UTILITY | Reefer | 1UYVS2539FU186557 | MHCA | USD | 14,995 | 13,795 |
| 2019 | WABASH | REEFER | 1JJV532B1KL156158 | MHCA | USD | 29,995 | 27,595 |
| 2019 | FREIGHTLINER | CASCADIA | 3AKJHHDR3KSJL4004 | MHCA | USD | 24,995 | 22,995 |
| 2022 | FREIGHTLINER | CASCADIA | 3AKJHHDR0NSNA6382 | MHCA | USD | 64,995 | 59,795 |
| 2019 | KENWORTH | T680 | 1XKYD49X7KJ256457 | MHCA | USD | 54,995 | 50,595 |
| 2017 | FREIGHTLINER | CASCADIA | 3AKJGLDR5HSHZ6765 | MHCA | USD | 19,995 | 18,395 |
| 2018 | FREIGHTLINER | CAS NEW SHAPE | 3AKJHHDR1JSJS3677 | MHCA | USD | 24,995 | 22,995 |
| 2020 | FREIGHTLINER | CASCADIA | 1FUJHHDR9LLLA0423 | MHCA | USD | 29,995 | 27,595 |
| 2017 | UTILITY | REEFER | 1UYVS2530HU877138 | MHCA | USD | 44,995 | 41,395 |
| 2018 | FREIGHTLINER | CAS/OLDSAHPE | 3AKJGLDR6JSJH6778 | MHCA | USD | 19,995 | 18,395 |
| 2021 | FREIGHTLINER | CASCADIA | 3AKJHHDR5MSMH8805 | MHCA | USD | 87,995 | 80,955 |
| 2022 | FREIGHTLINER | CASCADIA | 3AKJHHDR3NSNA6750 | MHCA | USD | 79,995 | 73,595 |
| 2022 | FREIGHTLINER | CASCADIA | 3AKJHHDR2NSMF3880 | MHCA | USD | 87,995 | 80,955 |
| 2023 | FREIGHTLINER | CASCADIA | 3AKJHHDR7PSNX9207 | MHCA | USD | 122,995 | 113,155 |
| 2022 | KENWORTH | T680 | 1XKYD49X1NJ499900 | MHCA | USD | 64,995 | 59,795 |
| 2022 | INTERNATIONAL | LT | 3HSDZAPRXNN605408 | MHCA | USD | 69,995 | 64,395 |
| 2023 | INTERNATIONAL | LT | 3HSDZAPR9PN439286 | MHCA | USD | 69,995 | 64,395 |
| 2017 | UTILITY | REEFER | 1UYVS2538HU891286 | MHCA | USD | 24,995 | 22,995 |
| 2017 | UTILITY | REEFER | 1UYVS2531HU891663 | MHCA | USD | 24,995 | 22,995 |
| 2023 | UTILITY | REEFER | 1UYVS2533P6711716 | MHCA | USD | 59,995 | 55,195 |
| 2020 | FREIGHTLINER | CASCADIA | 3AKJHHDR0LSLP0305 | MHCA | USD | 62,995 | 57,955 |
| 2022 | INTERNATIONAL | LT 625 | 3HSDZAPR2NN566183 | MHCA | USD | 64,995 | 59,795 |
| 2019 | PETERBILT | 579 | 1XPBDP9X8KD612978 | MHCA | USD | 34,995 | 32,195 |
| 2016 | UTILITY | REEFER | 1UYVS2538GU189306 | MHCA | USD | 9,500 | 8,740 |
| 2016 | UTILITY | REEFER | 1UYVS2534GU188427 | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | 1UYVS2533HU891017 | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | 1UYVS2531HU891274 | MHCA | USD | 24,995 | 22,995 |
| 2017 | UTILITY | REEFRE | 1UYVS2535HU891360 | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | 1UYVS2531HU891310 | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | 1UYVS2537HU891571 | MHCA | USD | 19,995 | 18,395 |
| 2017 | VANGUARD | REEFER | 527SR532XHL008988 | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | 1UYVS2537H2156455 | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | 1UYVS2534HU891107 | MHCA | USD | 19,995 | 18,395 |
| 2017 | UTILITY | REEFER | 1UYVS2531HU891632 | MHCA | USD | 44,995 | 41,395 |
| 2018 | WABASH | REEFER | 1JJV532B8JL063278 | MHCA | USD | 19,995 | 18,395 |
| 2019 | GREAT DANE | REEFER | 1GRAA0620KW145541 | MHCA | USD | 34,995 | 32,195 |
| 2019 | WABASH | REEFER | 1JJV532B0KL156152 | MHCA | USD | 39,995 | 36,795 |
| 2021 | UTILITY | REEFER | 1UYVS2539M6416504 | MHCA | USD | 49,995 | 45,995 |
| 2023 | UTILITY | REEFER | 1UYVS253XP6711714 | MHCA | USD | 64,995 | 59,795 |
| 2019 | VOLVO | 760 | 4V4NC9EH1KN903932 | MHCA | USD | 54,995 | 50,595 |
| 2021 | VOLVO | 760 | 4V4NC9EH0MN273212 | MHCA | USD | 64,995 | 59,795 |
| 2019 | FREIGHTLINER | CASCADIA | 3AKJHHDR4KSKG4403 | MHCA | USD | 39,995 | 36,795 |

| 2014 | UTILITY | s600 | | | 1UYVS2537EM774083 | MHCA | USD | 19,995 | 18,395 |
| 2016 | UTILITY | s600 | | | 1UYVS2530GM410557 | MHCA | USD | 24,995 | 22,995 |
| 2016 | UTILITY | THERMOKING | | | 1UYVS2536GU188462 | MHCA | USD | 14,995 | 13,795 |
| 2017 | UTILITY | s-600 | | | 1UYVS2534HU891141 | MHCA | USD | 19,995 | 18,395 |
| 2019 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR2KSJW7169 | MHCA | USD | 39,995 | 36,795 |
| 2022 | INTERNATIONAL | LT625 | | | 3HSDZAPR7NN566177 | MHCA | USD | 64,995 | 59,795 |
| 2020 | FREIGHTLINER | CASCADIA | | | 1FUJHHDR2LLLR3984 | MHCA | USD | 44,995 | 41,395 |
| 2022 | VANGUARD | TKS600 | | | 5275R5329NL024711 | MHCA | USD | 54,995 | 50,595 |
| 2020 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR3LSLK1454 | MHCA | USD | 59,995 | 55,195 |
| 2018 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR0JSJJ0127 | MHCA | USD | 39,995 | 36,795 |
| 2020 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR2LSLH5601 | MHCA | USD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CASCADIA | | | 1FUJHHDR9KLKE4496 | MHCA | USD | 44,995 | 41,395 |
| 2019 | FREIGHTLINER | CASCADIA | | | 1FUJHHDR4KLKG9578 | MHCA | USD | 47,995 | 44,155 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | | | 3AKJHPDVXKSKL2938 | MHCA | USD | 37,995 | 34,955 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | | | 3AKJHPDV8KSKA4440 | MHCA | USD | 34,995 | 32,195 |
| 2017 | UTILITY | REEFER | | | 1UYVS2539HU891328 | MHCA | USD | 22,995 | 21,155 |
| 2020 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR4LSLS7747 | MHCA | USD | 39,995 | 36,795 |
| 2017 | UTILITY | REEFER | | | 1UYVS2537HU891036 | MHCA | USD | 44,995 | 41,395 |
| 2018 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR7JSJJ0884 | MHCA | USD | 29,995 | 27,595 |
| 2019 | VOLVO | 760 | | | 4V4NC9EH7KN213909 | MHCA | USD | 49,995 | 45,995 |
| 2019 | INTERNATIONAL | LT | | | 3HSDZAPR4KN226397 | MHCA | USD | 29,995 | 27,595 |
| 2016 | UTILITY | TK-S600 | | | 1UYVS2533GU189102 | MHCA | USD | 19,995 | 18,395 |
| 2015 | UTILITY | REEFER-TK S600 | | | 1UYVS253XFU192416 | MHCA | USD | 14,995 | 13,795 |
| 2020 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR3LSKU2138 | MHCA | USD | 49,995 | 45,995 |
| 2023 | VOLVO | 760 | | | 4V4NC9EH8PN310964 | MHCA | USD | 99,995 | 91,995 |
| 2019 | KENWORTH | T680 | | | 1XKYD49X0KJ229956 | MHCA | USD | 45,000 | 41,400 |
| 2018 | INTERNATIONAL | LT625 | | | 3HSDZAPR6JN425742 | MHCA | USD | 14,995 | 13,795 |
| 2018 | INTERNATIONAL | LT | | | 3HSDZAPR2JN166828 | MHCA | USD | 19,995 | 18,395 |
| 2018 | FREIGHTLINER | EVO-125 | | | 3AKJGLDR4JDKD0566 | MHCA | USD | 34,995 | 32,195 |
| 2020 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR8LSKZ8382 | MHCA | USD | 47,995 | 44,155 |
| 2020 | VOLVO | 760 | | | 4V4NC9EH4LN251082 | MHCA | USD | 74,995 | 68,995 |
| 2024 | FREIGHTLINER | CASCADIA | | | 3AKJHHDR0RSVA3200 | MHCA | USD | 174,995 | 160,995 |

| Year | Make | Model | KMs | VIN | BRANCH | Funder | Pricing Currency | Sale Price | Target Price |
|------|------|-------|-----|-----|--------|--------|------------------|------------|--------------|
| 2024 | VANGUARD | REEFER | | 527SR5322RM037008 | NEW-MISSISSAUGA | MHCA | | CAD | 94,995 | 87,395 |
| 2024 | VANGUARD | REEFER | | 527SR5329RM037040 | NEW-MISSISSAUGA | MHCA | | CAD | 94,995 | 87,395 |
| 2024 | VANGUARD | REEFER | | 527SR5320RM037041 | NEW-MISSISSAUGA | MHCA | | CAD | 94,995 | 87,395 |
| 2024 | VANGUARD | REEFER | | 527SR5322RM037042 | NEW-MISSISSAUGA | MHCA | | CAD | 94,995 | 87,395 |
| 2015 | WABASH | DRY VAN | | 1JJV532D7FL867970 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 14,995 | 13,795 |
| 2017 | STOUGHTON | DRY VAN | | 1DW1A5321HB753509 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 17,995 | 16,555 |
| 2017 | STOUGHTON | DRY VAN | | 1DW1A5323HB753530 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 17,995 | 16,555 |
| 2016 | WABASH | DRY VAN | | 1JJV532D9GL919360 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 19,995 | 18,395 |
| 2017 | UTILITY | DRY VAN | | 1UYVS2537HG909002 | MONTREAL | MHCA - SEC | | CAD | 19,995 | 18,395 |
| 2019 | FREIGHTLINER | DAY CAB | 849923 | 1FUJHTDV5KLKG7631 | USED-MISSISSAUGA | MHCA | | CAD | 34,995 | 32,195 |
| 2018 | FREIGHTLINER | EVOLUTION DAYCAB | 587151 | 3AKJGBDV6JSJH8554 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 44,995 | 41,395 |
| 2015 | FREIGHTLINER | DAY CAB | 684233 | 3AKJGEDV3FSGB5793 | USED-MISSISSAUGA | MHCA | | CAD | 24,995 | 22,995 |
| 2022 | VOLVO | DAY CAB | 162486 | 4V4WC8H8NN292676 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 129,995 | 119,595 |
| 2019 | VOLVO | DAY CAB | 290633 | 4V4WC9EG6KN198833 | USED-MISSISSAUGA | MHCA | | CAD | 64,995 | 59,795 |
| 2019 | VOLVO | DAY CAB | 352883 | 4V4WC9EG2KN212212 | USED-MISSISSAUGA | MHCA | | CAD | 59,995 | 55,195 |
| 2018 | VOLVO | DAY CAB | 460272 | 4V4NC9EH9JN887459 | USED-MISSISSAUGA | MHCA | | CAD | 54,995 | 50,595 |
| 2018 | VOLVO | DAY CAB | 516974 | 4V4NC9EH9JN887462 | USED-MISSISSAUGA | MHCA | | CAD | 49,995 | 45,995 |
| 2018 | VOLVO | DAY CAB | 614096 | 4V4NC9EH7JN887458 | USED-MISSISSAUGA | MHCA | | CAD | 44,995 | 41,395 |
| 2018 | VOLVO | DAY CAB | 756132 | 4V4NC9EH5JN993987 | USED-MISSISSAUGA | MHCA | | CAD | 34,995 | 32,195 |
| 2017 | VOLVO | DAY CAB | 441411 | 4V4NC9EG6HN986225 | USED-MISSISSAUGA | MHCA | | CAD | 44,995 | 41,395 |
| 2017 | VOLVO | DAY CAB | 457494 | 4V4NC9EG2HN986223 | USED-MISSISSAUGA | MHCA | | CAD | 44,995 | 41,395 |
| 2017 | VOLVO | DAY CAB | 457808 | 4V4NC9EG4HN986224 | USED-MISSISSAUGA | MHCA | | CAD | 44,995 | 41,395 |
| 2017 | VOLVO | DAY CAB | 495990 | 4V4NC9EHXHN976760 | USED-MISSISSAUGA | MHCA | | CAD | 39,995 | 36,795 |
| 2017 | VOLVO | DAY CAB | 527467 | 4V4NC9EH0HN979473 | USED-MISSISSAUGA | MHCA | | CAD | 39,995 | 36,795 |
| 2017 | VOLVO | DAY CAB | 640683 | 4V4NC9EH2HN979460 | USED-MISSISSAUGA | MHCA | | CAD | 29,995 | 27,595 |
| 2016 | VOLVO | DAY CAB | 511938 | 4V4NC9EG5GN960794 | USED-MISSISSAUGA | MHCA | | CAD | 37,995 | 34,955 |
| 2016 | VOLVO | DAY CAB | 562294 | 4V4NC9EH5GN949965 | USED-MISSISSAUGA | MHCA | | CAD | 34,995 | 32,195 |
| 2015 | VOLVO | DAY CAB | 410537 | 4V4NC9EG5FN909150 | USED-MISSISSAUGA | MHCA | | CAD | 34,995 | 32,195 |
| 2015 | VOLVO | DAY CAB | 642970 | 4V4NC9EG3FN912905 | USED-MISSISSAUGA | MHCA | | CAD | 29,995 | 27,595 |
| 2023 | VOLVO | 760 | 433132 | 4V4NC9EH2PN320339 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 147,995 | 136,155 |
| 2022 | VOLVO | 760 | 323393 | 4V4NC9EH5NN603427 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 149,995 | 137,995 |
| 2015 | VOLVO | | 1075104 | 4V4NC9EJXFN910483 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 24,995 | 22,995 |
| 2015 | VOLVO | | 1015617 | 4V4NC9EH1FN180007 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 24,995 | 22,995 |
| 2023 | FREIGHTLINER | CASCADIA | 227790 | 3AKJHHDR7PSNV7899 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 162,495 | 149,495 |
| 2023 | FREIGHTLINER | CASCADIA | 544602 | 1FUJHHDR1PLNV7828 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 132,495 | 121,895 |
| 2023 | FREIGHTLINER | CASCADIA | 568365 | 1FUJHHDR3PLNV7698 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 129,995 | 119,595 |
| 2022 | FREIGHTLINER | CASCADIA | 671413 | 1FUJHHDR1NLMW8404 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 109,995 | 101,195 |
| 2022 | FREIGHTLINER | CASCADIA | 742503 | 3AKJHHDR1NSMW4664 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 102,495 | 94,295 |
| 2022 | FREIGHTLINER | CASCADIA | 864878 | 3AKJHHDR4NSMV7577 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 89,995 | 82,795 |
| 2022 | FREIGHTLINER | CASCADIA | 978911 | 1FUJHHDR2NLMW8489 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 77,495 | 71,295 |
| 2022 | FREIGHTLINER | CASCADIA | 1019469 | 3AKJHHDR8NSMW5519 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 74,995 | 68,995 |
| 2021 | FREIGHTLINER | CASCADIA | 1137285 | 1FUJHHDR5MLMM2127 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 52,495 | 48,295 |
| 2021 | FREIGHTLINER | CASCADIA | 1207958 | 1FUJHHDR9MLMM2230 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 47,495 | 43,695 |
| 2021 | FREIGHTLINER | CASCADIA | 879945 | 1FUJHHDR5MLMM2516 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 77,495 | 71,295 |
| 2021 | FREIGHTLINER | CASCADIA | 844000 | 1FUJHHDR5MLMT9504 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 79,995 | 73,595 |
| 2020 | FREIGHTLINER | CASCADIA | 752,382 Kms | 3AKJHHDR7LSLP8272 | USED-MISSISSAUGA | MHCA | | CAD | 79,995 | 73,595 |
| 2020 | FREIGHTLINER | CASCADIA 60' Sleeper | 822261 | 3AKJHPDV6LSLF0076 | USED-MISSISSAUGA | MHCA | | CAD | 44,995 | 41,395 |
| 2020 | FREIGHTLINER | CASCADIA | 1001070 | 1FUJHHDR0LLKU7292 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 54,995 | 50,595 |
| 2020 | FREIGHTLINER | CASCADIA | 1209604 | 1FUJHHDR2LLKU7276 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 39,995 | 36,795 |
| 2020 | FREIGHTLINER | CASCADIA | 1272018 | 1FUJHHDR7LLKU7290 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 39,995 | 36,795 |
| 2020 | FREIGHTLINER | CASCADIA | 1319140 | 1FUJHHDR3LLKU7223 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 34,995 | 32,195 |
| 2020 | FREIGHTLINER | CASCADIA | 1377881 | 3AKJHHDR6LSKU6796 | USED-MISSISSAUGA | MHCA - SEC | | CAD | 34,995 | 32,195 |
| 2019 | FREIGHTLINER | CASCADIA | 779,093 Kms | 3AKJHPDV0KSKL3662 | USED-MISSISSAUGA | MHCA | | CAD | 58,495 | 53,815 |
| 2019 | FREIGHTLINER | CASCADIA | 805529 Kms | 3AKJHHDR1KSKB4171 | USED-MISSISSAUGA | MHCA | | CAD | 54,995 | 50,595 |
| 2019 | FREIGHTLINER | CASCADIA | 851,344 Kms | 3AKJHHDR8KSHU6945 | USED-MISSISSAUGA | MHCA | | CAD | 54,995 | 50,595 |

| Year | Make | Model | Mileage/Hours | VIN | Location | Type | Currency | Price | Price (Adj) |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | FREIGHTLINER | CASCADIA | 936063 KMS | 3AKJHHDR9KSKE4230 | USED-MISSISSAUGA | MHCA - SEC | CAD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CAS-60" SLEEPER | 665379 | 3AKJHPDV8KSKL2971 | USED-MISSISSAUGA | MHCA | CAD | 54,995 | 50,595 |
| 2019 | FREIGHTLINER | CASCADIA | 805701 | 1FUJHHDR9KLKE3655 | USED-MISSISSAUGA | MHCA | CAD | 58,495 | 53,815 |
| 2019 | FREIGHTLINER | CASCADIA | 877722 | 3AKJHHDR7KSJX1430 | USED-MISSISSAUGA | MHCA | CAD | 49,995 | 45,995 |
| 2019 | FREIGHTLINER | CASCADIA | 1231150 | 3AKJHHDR8KSKA1255 | USED-MISSISSAUGA | MHCA - SEC | CAD | 37,495 | 34,495 |
| 2014 | FREIGHTLINER | STR-TRUCK | 391193 | 1FVACXDT4EHFP5615 | USED-MISSISSAUGA | MHCA | CAD | 39,995 | 36,795 |
| 2015 | FREIGHTLINER | STR-TRUCK | 452723 | 1FVACXDU1FHGE5352 | USED-MISSISSAUGA | MHCA | CAD | 39,995 | 36,795 |
| 2015 | FREIGHTLINER | CASCADIA | 1,466,350 Kms | 3AKJGLD53FSGM7166 | USED-MISSISSAUGA | MHCA - SEC | CAD | 24,995 | 22,995 |
| 2023 | PETERBILT | 579 | 198859 | 1XPBDP9XXPD879806 | USED-MISSISSAUGA | MHCA - SEC | CAD | 147,995 | 136,155 |
| 2023 | INTERNATIONAL | LT 625 | 402,968 Kms | 3HSDZAPR0PN121895 | USED-MISSISSAUGA | MHCA - SEC | CAD | 114,995 | 105,795 |
| 2019 | INTERNATIONAL | LT 625 | ELECTRONIC ISSUE | 3HSD2APR4KN043310 | USED-MISSISSAUGA | MHCA - SEC | CAD | 44,995 | 41,395 |
| 2023 | KENWORTH | T-680 | 291069 | 1XKYDP9X0PJ218092 | USED-MISSISSAUGA | MHCA - SEC | CAD | 137,495 | 126,495 |
| 2023 | KENWORTH | T-680 | 390256 | 1XKYDP9X5PJ233882 | USED-MISSISSAUGA | MHCA - SEC | CAD | 127,495 | 117,295 |
| 2020 | KENWORTH | T680 | 536553 | 1XKYD49X2LJ392612 | USED-MISSISSAUGA | MHCA | CAD | 92,495 | 85,095 |
| 2019 | MACK | AN64T/ANTHEM | 1073950 | 1M1AN4GY2KM010209 | USED-MISSISSAUGA | MHCA - SEC | CAD | 34,995 | 32,195 |
| 2017 | MACK | GRANITE | 403879 | 1M2AX16CXHM036916 | USED-MISSISSAUGA | MHCA - SEC | CAD | 79,995 | 73,595 |
| 2022 | WABASH | DRY VAN | | 1JJV532D6NL202282 | USED-MISSISSAUGA | MHCA - SEC | CAD | 34,995 | 32,195 |
| 2022 | WABASH | DRY VAN | | 1JJV532D6NL202279 | USED-MISSISSAUGA | MHCA - SEC | CAD | 34,995 | 32,195 |
| 2022 | UTILITY | DRY VAN | | 1UYVS2535N7461807 | MONTREAL | MHCA - SEC | CAD | 34,995 | 32,195 |
| 2022 | UTILITY | DRY VAN | | 1UYVS2532N7461814 | MONTREAL | MHCA - SEC | CAD | 34,995 | 32,195 |
| 2022 | UTILITY | DRY VAN | | 1UYVS2538N7461803 | MONTREAL | MHCA - SEC | CAD | 34,995 | 32,195 |
| 2023 | WABASH | DRY VAN | USED | 1JJV532D1PL326298 | SURREY | MHCA - SEC | CAD | 40,000 | 36,800 |
| 2017 | UTILITY | TK | 15025 HRS | 1UYVS2531H2891934 | USED-MISSISSAUGA | MHCA | CAD | 49,995 | 45,995 |
| 2016 | UTILITY | CARRIER | 8098 HRS | 1UYVS2532GM698310 | USED-MISSISSAUGA | MHCA - SEC | CAD | 34,995 | 32,195 |
| 2015 | UTILITY | Carrier x2500 | 19058 HRS | 1UYVS2532FM190613 | USED-MISSISSAUGA | MHCA - SEC | CAD | 29,995 | 27,595 |
| 2015 | UTILITY | REEFER | 15,158 Hrs | 1UYVS2539FU393904 | USED-MISSISSAUGA | MHCA | CAD | 29,995 | 27,595 |
| 2016 | GREAT DANE | TK | 15263 HRS | 1GRAA0628GW701389 | USED-MISSISSAUGA | MHCA | CAD | 39,995 | 36,795 |
| 2023 | VOLVO | 760 | 249,833 KMS | 4V4NC9EH6PN341131 | MONTREAL | MHCA - SEC | CAD | 167,495 | 154,095 |
| 2023 | VOLVO | 760 | 394,423 KMS | 4V4NC9EHXPN341133 | MONTREAL | MHCA - SEC | CAD | 152,495 | 140,295 |
| 2019 | VOLVO | 760 | 541770 | 4V4NC9EH3KN200459 | MONTREAL | MHCA - SEC | CAD | 97,495 | 89,695 |
| 2022 | FREIGHTLINER | CASC | 402,858 Kms | 1FUJHHDR8NLMW8559 | MONTREAL | MHCA - SEC | CAD | 134,995 | 124,195 |
| 2020 | FREIGHTLINER | CASC | 1130678 KMs AS-IS | 3AKJHHDR6LSKX0516 | MONTREAL | MHCA - SEC | CAD | 44,995 | 41,395 |
| 2021 | FREIGHTLINER | CASC | 362,470 KMS | 1FUJHHDR8MLMT9478 | MONTREAL | MHCA | CAD | 129,995 | 119,595 |
| 2021 | FREIGHTLINER | CASC | 802282 | 1FUJHHDR1MLMC2520 | MONTREAL | MHCA | CAD | 84,995 | 78,195 |
| 2023 | KENWORTH | T-680 | 350087 | 1XKYDP9X4PJ952914 | MONTREAL | MHCA - SEC | CAD | 139,995 | 128,795 |
| 2023 | INTERNATIONAL | 625 | 317559 | 3HSDZTZR7PN537386 | MONTREAL | MHCA - SEC | CAD | 124,995 | 114,995 |
| 2018 | VOLVO | DAY CAB | 555,445 Kms | 4V4NC9EH3JN993776 | WINNIPEG | MHCA | CAD | 60,000 | 55,200 |
| 2015 | FREIGHTLINER | DAYCAB | 613,017 Kms | 3AKJGED56FDGL8221 | WINNIPEG | MHCA | CAD | 39,995 | 36,795 |
| 2022 | VOLVO | DAY CAB | 968,243 Kms | 4V4WC9EH4LN234982 | WINNIPEG | MHCA | CAD | 50,000 | 46,000 |
| 2022 | VOLVO | 760 | 543,897 Kms | 4V4NC9EH9NN305723 | WINNIPEG | MHCA - SEC | CAD | 127,495 | 117,295 |
| 2022 | VOLVO | 760 | 574,057 Kms | 4V4NC9EH0NN305724 | WINNIPEG | MHCA - SEC | CAD | 124,995 | 114,995 |
| 2022 | VOLVO | 760 | 702,323 Kms | 4V4NC9EH5NN292775 | WINNIPEG | MHCA - SEC | CAD | 109,995 | 101,195 |
| 2018 | VOLVO | 670 | 811,209 Kms | 4V4NC9EH0JN993072 | WINNIPEG | MHCA - SEC | CAD | 59,995 | 55,195 |
| 2018 | VOLVO | TTR4555 | 905,484 Kms | 4V4NC9EH0JN993069 | WINNIPEG | MHCA - SEC | CAD | 49,995 | 45,995 |
| 2024 | FREIGHTLINER | CAS | 71,785 Kms | 3AKJHHDR2RSVA5126 | WINNIPEG | MHCA - SEC | CAD | 189,995 | 174,795 |
| 2023 | FREIGHTLINER | CASCADIA | 423,638 Kms | 3AKJHHDR5PSNU8599 | WINNIPEG | MHCA - SEC | CAD | 144,995 | 133,395 |
| 2022 | FREIGHTLINER | CASCADIA | 494,827 Kms | 1FUJHHDR5NLMW8700 | WINNIPEG | MHCA - SEC | CAD | 127,495 | 117,295 |
| 2022 | FREIGHTLINER | CAS | 616,615 Kms | 1FUJHHDR3NLMW8663 | WINNIPEG | MHCA - SEC | CAD | 114,995 | 105,795 |
| 2022 | FREIGHTLINER | CAS | 819,045 Kms | 1FUJHHDR1NLMW8418 | WINNIPEG | MHCA - SEC | CAD | 94,995 | 87,395 |
| 2019 | FREIGHTLINER | CASCADIA | 833,340 Kms | 1FUJHHDR0KLJZ9016 | WINNIPEG | MHCA - SEC | CAD | 58,495 | 53,815 |
| 2019 | FREIGHTLINER | CASCADIA | 990,042 Kms | 3AKJHHDR4KSKA1219 | WINNIPEG | MHCA - SEC | CAD | 47,995 | 44,155 |
| 2022 | PETERBILT | 579 | 282,913 Kms | 1XPBD49X8ND781742 | WINNIPEG | MHCA | CAD | 137,495 | 126,495 |
| 2022 | PETERBILT | 579 | 397,242 Kms | 1XPBDP9X5ND781599 | WINNIPEG | MHCA | CAD | 117,495 | 108,095 |
| 2023 | Kenworth | T680 | 238,883 Kms | 1XKYD49X9PJ264969 | WINNIPEG | MHCA - SEC | CAD | 152,495 | 140,295 |
| 2022 | VOLVO | 760 | 583,635 Kms | 4V4NC9EH3NN288286 | REGINA | MHCA - SEC | CAD | 122,495 | 112,695 |
| 2021 | FREIGHTLINER | CAS | 434,926 Kms | 3AKJHHDR9MSMX7578 | REGINA | MHCA | CAD | 122,495 | 112,695 |

| 2023 | Peterbilt | 579 | 287,993 Kms | 1XPBDP9X6PD873470 | REGINA | MHCA - SEC | CAD | 147,495 | 135,695 |
| 2022 | Peterbilt | 389 | 422,736 Kms | 1XPXD49X9ND793274 | REGINA | MHCA - SEC | CAD | 210,000 | 193,200 |
| 2022 | Peterbilt | 579 | 430,684 Kms | 1XPBDP9X8ND781595 | REGINA | MHCA | CAD | 112,495 | 103,495 |
| 2019 | Kenworth | T680 | 701,915 Kms | 1XKYDP9X6KJ279309 | REGINA | MHCA | CAD | 64,995 | 59,795 |
| 2019 | Kenworth | T680 | 718,784 Kms | 1XKYD49X6KJ236880 | REGINA | MHCA | CAD | 64,995 | 59,795 |
| 2018 | VOLVO | Day cab | 703,193 Kms | 4V4NC9EH1JN993808 | CALGARY | MHCA | CAD | 49,995 | 45,995 |
| 2022 | FREIGHTLINER | CAS | 774,674 Kms | 1FUJHHDRXNLMW8384 | CALGARY | MHCA - SEC | CAD | 99,995 | 91,995 |
| 2022 | FREIGHTLINER | CASCADIA | 542,548 Kms | 3AKJHHDR5NSNA6894 | CALGARY | MHCA | CAD | 122,495 | 112,695 |
| 2021 | FREIGHTLINER | CASCADIA | 882,141 Kms | 1FUJHHDR4MLMT9509 | CALGARY | MHCA - SEC | CAD | 77,495 | 71,295 |
| 2020 | FREIGHTLINER | CASCADIA | 900,203 Kms | 3AKJHHDR7LSKW9150 | CALGARY | MHCA - SEC | CAD | 64,995 | 59,795 |
| 2019 | FREIGHTLINER | CASCADIA | 771,498 KMS | 3AKJHHDR7KSKB4188 | CALGARY | MHCA | CAD | 58,495 | 53,815 |
| 2019 | FREIGHTLINER | CASCADIA | 713,066 KMS | 3AKJHHDR6KSKJ1111 | CALGARY | MHCA | CAD | 59,995 | 55,195 |
| 2019 | FREIGHTLINER | CAS | 645,320 Kms | 3AKJHHDR4KSJX1188 | CALGARY | MHCA | CAD | 62,495 | 57,495 |
| 2019 | FREIGHTLINER | CAS | 614,213 Kms | 3AKJHHDR0KSKJ1220 | CALGARY | MHCA | CAD | 62,495 | 57,495 |
| 2015 | FREIGHTLINER | CAS | 1,063,585 Kms | 3AKJGLD13FSGJ2348 | CALGARY | MHCA | CAD | 9,495 | 8,735 |
| 2015 | PETERBILT | 579 | 976,020 Kms | 1XPBD48X9FD247314 | CALGARY | MHCA | CAD | 39,995 | 36,795 |
| 2023 | KENWORTH | T680 | 265,897 Kms | 1XKYDP9X0PJ233868 | CALGARY | MHCA | CAD | 139,995 | 128,795 |
| 2023 | KENWORTH | T680 | 143,302 Kms | 1XKYDP9X7PJ234922 | CALGARY | MHCA | CAD | 152,495 | 140,295 |
| 2021 | KENWORTH | T680 | 1,047,319 Kms | 1XKYD46X6MJ443160 | CALGARY | MHCA | CAD | 52,495 | 48,295 |
| 2022 | FREIGHTLINER | CASCADIA | 778,717 Kms | 1FUJHHDR0NLNB6101 | EDMONTON | MHCA - SEC | CAD | 97,495 | 89,695 |
| 2022 | FREIGHTLINER | CASCADIA | 409,157 Kms | 3AKJHHDR0NSMW4638 | EDMONTON | MHCA - SEC | CAD | 134,995 | 124,195 |
| 2018 | FREIGHTLINER | CASCADIA | 877,093 Kms | 3AKJHHDR0JSJK0592 | EDMONTON | MHCA | CAD | 47,495 | 43,695 |
| 2022 | KENWORTH | T680 | 270,788 KMS | 1XKYD49X9NJ499918 | EDMONTON | MHCA | CAD | 139,995 | 128,795 |
| 2021 | KENWORTH | T680 | 545,156 Kms | 1XKYD49X9MJ460051 | EDMONTON | MHCA | CAD | 102,495 | 94,295 |
| 2018 | FREIGHTLINER | CASCADIA | 983,348 KMS | 3AKJHHDR3JSJS2675 | EDMONTON | MHCA - SEC | CAD | 37,495 | 34,495 |
| 2018 | UTILITY | DRY VAN | | 1UYVS2538J3240915 | SURREY | MHCA - SEC | CAD | 25,000 | 23,000 |
| 2022 | HYUNDAI | DRY VAN | | 3H3V532K3NJ541222 | SURREY | MHCA | CAD | 35,000 | 32,200 |
| 2017 | Utility | TK S-600 | 18239 Hours | 1UYVS2535HU891052 | EDMONTON | MHCA | CAD | 35,000 | 32,200 |
| 2016 | UTILITY | TK S-600 | 21057 | 1UYVS2535GU188453 | EDMONTON | MHCA | CAD | 25,000 | 23,000 |
| 2019 | VOLVO | 640 | 685,280 Kms | 4V4WC9EH7KN208567 | SURREY | MHCA | CAD | 49,995 | 45,995 |
| 2018 | VOLVO | | 835,540 Kms | 4V4NC9EH3JN889871 | SURREY | MHCA - SEC | CAD | 57,495 | 52,895 |
| 2022 | FREIGHTLINER | CASCADIA | 488,104 Kms | 3AKJHHDR2NSMW4673 | SURREY | MHCA - SEC | CAD | 127,495 | 117,295 |
| 2022 | FREIGHTLINER | CASCADIA | 875,090 Kms | 1FUJHHDR9NLMV7540 | SURREY | MHCA | CAD | 89,995 | 82,795 |
| 2021 | FREIGHTLINER | CASCADIA | 895,369 Kms | 3AKJHHDR8MSMA8179 | SURREY | MHCA - SEC | CAD | 77,495 | 71,295 |
| 2020 | FREIGHTLINER | CASCADIA | 950,736 Kms | 3AKJHHDR3LSKW9002 | SURREY | MHCA - SEC | CAD | 59,995 | 55,195 |
| 2019 | FREIGHTLINER | CASCADIA | 699,710 Kms | 3AKJHHDR5KSKB4173 | SURREY | MHCA | CAD | 62,495 | 57,495 |
| 2019 | FREIGHTLINER | CASCADIA | 797,425 Kms | 3AKJHHDR2KSKB3742 | SURREY | MHCA | CAD | 58,495 | 53,815 |
| 2019 | FREIGHTLINER | CASCADIA | 768,706 Kms | 3AKJHHDR4KSKB3791 | SURREY | MHCA | CAD | 59,995 | 55,195 |
| 2022 | PETERBILT | 579 | 271,225 Kms | 1XPBD49X6PD850429 | SURREY | MHCA | CAD | 149,995 | 137,995 |
| 2023 | KENWORTH | T680 | 364,308 Kms | 1XKYD49XXPJ217871 | SURREY | MHCA - SEC | CAD | 139,995 | 128,795 |
| 2022 | KENWORTH | T680 | 242,338 Kms | 1XKYD49X3NJ499915 | SURREY | MHCA | CAD | 142,495 | 131,095 |
| 2020 | UTILITY | TK C-600 | 13695 Hrs | 1UYVS253XL6915021 | SURREY | MHCA - SEC | CAD | 55,000 | 50,600 |
| 2020 | UTILITY | TK S-600 | 15,075 HOURS | 1UYVS2531L2579136 | SURREY | MHCA | CAD | 55,000 | 50,600 |
| 2017 | UTILITY | TKS-600 | 17380 Hours | 1UYVS2536HU891416 | SURREY | MHCA | CAD | 35,000 | 32,200 |
| 2023 | VOLVO | 760 | 407,042 Kms | 4V4NC9EH4PN320424 | VANCOUVER | MHCA - SEC | CAD | 149,995 | 137,995 |
| 2018 | VOLVO | 760 | 495,601 Kms | 4V4NC9EH4JN992992 | VANCOUVER | MHCA | CAD | 92,495 | 85,095 |
| 2022 | FREIGHTLINER | CASCADIA | 422,267 Kms | 3AKJHHDR4NSNG1465 | VANCOUVER | MHCA - SEC | CAD | 134,995 | 124,195 |
| 2021 | FREIGHTLINER | CASCADIA | 917,476 Kms | 3AKJHHDR8MSMA8182 | VANCOUVER | MHCA | CAD | 74,995 | 68,995 |
| 2020 | FREIGHTLINER | CAS-60" SLEEPER | 701,688 Kms | 3AKJHPDV4LSLF0075 | VANCOUVER | MHCA | CAD | 54,995 | 50,595 |
| 2023 | PETERBILT | 579 | 417,605 Kms | 1XPBDP9X3PD852950 | VANCOUVER | MHCA - SEC | CAD | 124,995 | 114,995 |
| 2023 | KENWORTH | T680 | 457,258 Kms | 1XKYD49X4PJ256889 | VANCOUVER | MHCA - SEC | CAD | 129,995 | 119,595 |
| 2022 | VOLVO | 760 | 340,756 Kms | 4V4NC9EH6NN305128 | SASKATOON | MHCA | CAD | 147,495 | 135,695 |
| 2022 | VOLVO | 760 | 643,482 Kms | 4V4NC9EH3NN292757 | SASKATOON | MHCA - SEC | CAD | 117,495 | 108,095 |
| 2022 | FREIGHTLINER | CASCADIA | 431,000 Kms | 1FUJHHDR2NLMW7472 | SASKATOON | MHCA | CAD | 132,495 | 121,895 |
| 2018 | FREIGHTLINER | CASCADIA | 1,034,372 Kms | 3AKJHHDR9JSJT9562 | SASKATOON | MHCA | CAD | 45,000 | 41,400 |
| 2022 | Kenworth | T680 | 152,375 Kms | 1XKYDP9X8NJ172735 | SASKATOON | MHCA | CAD | 139,995 | 128,795 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | Kenworth | T680 | 320,954 Kms | 1XKYD49X1NJ101049 | SASKATOON | MHCA | | CAD | 134,995 | 124,195 |
| 2019 | Kenworth | T680 | 668,680 Kms | 1XKYD49X7KJ278720 | SASKATOON | MHCA | | CAD | 69,995 | 64,395 |
| 2019 | Kenworth | T680 | 715,192 Kms | 1XKYD49X4KJ253483 | SASKATOON | MHCA | | CAD | 64,995 | 59,795 |
| 2022 | Peterbilt | 579 | 396,941 Kms | 1XPBDP9X8ND781600 | SASKATOON | MHCA | | CAD | 117,495 | 108,095 |
| 2019 | Peterbilt | 579 | 739,638 Kms | 1XPBDP9X5KD600867 | SASKATOON | MHCA | | CAD | 62,495 | 57,495 |
| 2019 | INTERNATIONAL | LT625 | 754,705 Kms | 3HSDZAPR6KN430666 | SASKATOON | MHCA | | CAD | 39,995 | 36,795 |
| 2022 | VOLVO | 760 | 524,898 Kms | 4V4NC9EH8NN320343 | ABBOTSFORD | MHCA - SEC | | CAD | 129,995 | 119,595 |
| 2019 | VOLVO | 640 | 602,869 Kms | 4V4WC9EH6KN208558 | ABBOTSFORD | MHCA | | CAD | 54,995 | 50,595 |
| 2016 | VOLVO | 670 | 907,522 Kms | 4V4NC9KJ7GN943026 | ABBOTSFORD | MHCA - SEC | | CAD | 37,995 | 34,955 |
| 2022 | FREIGHTLINER | CASCADIA | 504,593 Kms | 1FUJHHDRXNLMW8675 | ABBOTSFORD | MHCA - SEC | | CAD | 124,995 | 114,995 |
| 2022 | FREIGHTLINER | CAS | 560,604 Kms | 1FUJHHDR8NLMW8903 | ABBOTSFORD | MHCA - SEC | | CAD | 119,995 | 110,395 |
| 2021 | FREIGHTLINER | CASCADIA | 1,015,676 Kms | 3AKJHHDR5MSMA8169 | ABBOTSFORD | MHCA | | CAD | 64,995 | 59,795 |
| 2021 | FREIGHTLINER | CASCADIA | 917,794 Kms | 3AKJHHDR4MSMA8180 | ABBOTSFORD | MHCA | | CAD | 74,995 | 68,995 |
| 2021 | FREIGHTLINER | CASCADIA | 838,148 Kms | 3AKJHHDR8MSMC2034 | ABBOTSFORD | MHCA | | CAD | 82,495 | 75,895 |
| 2023 | KENWORTH | T680 | 141,380 Kms | 1XKYD49X0PJ256890 | ABBOTSFORD | MHCA - SEC | | CAD | 162,495 | 149,495 |

**Exhibit "B" - Unpledged Leases out of Trust**

| VIN/Serial Number | EquipmentYear | Equipment_Description | Model |
|---|---|---|---|
| 1XKYD49X2JJ211179 | 2018 KENWORTH | T680 |
| 1XKYD49X0JJ182443 | 2018 KENWORTH | T680 |
| 3AKJHHDR1JSJL3853 | 2018 FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR0JSJW0025 | 2018 FREIGHTLINER | CASCADIA 126 |
| 1UYVS2533HU800702 | 2017 UTILITY | REEFER |
| 1FUJGLDR0HLJC3077 | 2017 FREIGHTLINER | CASCADIA 125 |
| 1FUJGLD51GLGT7135 | 2016 FREIGHTLINER | CASCADIA 125 |
| 3AKJGLD57GSGU6233 | 2016 FREIGHTLINER | CASCADIA 125 |
| 1FUJHHDR5MLMM2077 | 2021 FREIGHTLINER | CASCADIA 126 |
| 527SR5326KM017382 | 2019 VANGUARD | REEFER |
| 3AKJHHDR6JSJJ0875 | 2018 FREIGHTLINER | CASCADIA 126 |
| 3AKJGLDR6HSJJ9950 | 2017 FREIGHTLINER | CASCADIA 125 |
| 3AKJHHDR8JSJJ0649 | 2018 FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR6LSKU3199 | 2020 FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR5JSJS5724 | 2018 FREIGHTLINER | CASCADIA 126 |
| 3AKJGLDR2JSJJ0037 | 2018 FREIGHTLINER | CASCADIA 125 |
| 3AKJHHDR7KSJX9348 | 2019 FREIGHTLINER | CASCADIA 126 |
| 3AKJGLDR9JSJK8955 | 2018 FREIGHTLINER | CASCADIA 125 |
| 1XKYD49X8HJ132593 | 2017 KENWORTH | T680 |
| 1UYVS253XGU189159 | 2016 UTILITY | REEFER |
| 1XKYD49XXKJ242195 | 2019 KENWORTH | T680 |
| 3AKJHHDRXJSHW5608 | 2018 FREIGHTLINER | CASCADIA 126 |
| 3AKJGLDR1JSJK8982 | 2018 FREIGHTLINER | CASCADIA 125 |
| 4V4NC9TH0KN217318 | 2019 VOLVO | VNL64T760 |
| 1XKYD49X9KJ285782 | 2019 KENWORTH | T680 |
| 3AKJHHFG8LSLV3912 | 2020 FREIGHTLINER | CASCADIA 126 |
| 3AKJGLDRXGSGV5771 | 2016 FREIGHTLINER | CASCADIA 125 |
| 3AKJHHDR9JSJJ0112 | 2018 FREIGHTLINER | CASCADIA 126 |
| 5V8VC5326DM307790 | 2013 VANGUARD | DRY VAN |
| 1UYVS2536EU961847 | 2014 UTILITY | REEFER |
| 3AKJHHDR8KSKE3361 | 2019 FREIGHTLINER | CASCADIA 126 |
| 1XKYD49X4JJ182509 | 2018 KENWORTH | T680 |
| 3HSDZAPR8JN339588 | 2018 INTERNATIONAL | LT625 |
| 4V4NC9EG5GN190984 | 2016 VOLVO | VNL64T670 |
| 5V8VC5321DM307793 | 2013 VANGUARD | DRY VAN |
| 4V4NC9EJ4FN188248 | 2015 VOLVO | VNL64T670 |
| 3AKJGLDR8HSHR5643 | 2017 FREIGHTLINER | CASCADIA 125 |
| 1XKYD49X3HJ122571 | 2017 KENWORTH | T680 |
| 3AKJHHDR8JSJS5331 | 2018 FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR7LSKU7813 | 2020 FREIGHTLINER | CASCADIA 126 |
| 4V4NC9EHXGN967698 | 2016 VOLVO | VNL64T670 |
| 3AKJGLDR5GSGW8881 | 2016 FREIGHTLINER | CASCADIA 125 |
| 1FUJHHDR4KLKE4101 | 2019 FREIGHTLINER | CASCADIA 126 |

| VIN/Serial Number | EquipmentYear | Equipment_Description | Model |
|---|---|---|---|
| 5KJJBHDR5GLHA8826 | 2016 | WESTERN STAR | 5700 |
| 3AKJGLD56GSGN4114 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 1FUJGLD52GLGZ7991 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 3HSDJSNRXGN127252 | 2016 | INTERNATIONAL | PROSTAR |
| 1FUJGLDR1GLHE1980 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 3H3V532C6DT176045 | 2013 | HYUNDAI | DRY VAN |
| 3AKJGLDR2HSHZ6836 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLD9HSHZ6221 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLDR9HSHJ4763 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 1UYVS2537GU189216 | 2016 | UTILITY | REEFER |
| 1UYVS2534EG007130 | 2014 | UTILITY | DRY VAN |
| 3AKJGLD58GSHB1117 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLDRXHSHT2320 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLDR5HSHT2421 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 5KJJBHD55GLHC9365 | 2016 | WESTERN STAR | 5700 |
| 1UYVS2536FU185933 | 2015 | UTILITY | REEFER |
| 1UYVS2536EM774205 | 2014 | UTILITY | REEFER |
| 3AKJGLDR7HSHJ4373 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 1FUJGLDR9HLHM1201 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLDR8HSHM5695 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLDR2HSHZ6819 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 3H3V532C9HT172075 | 2017 | HYUNDAI | DRY VAN |
| 3AKJGLDR7HSHZ6802 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 1FUJGLD50GLGZ7990 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLDR5HSHT2337 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLDR6HSHT2380 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 1XKYDP9X7GJ459731 | 2016 | KENWORTH | T680 |
| 3HSDJAPR7FN638102 | 2015 | INTERNATIONAL | PROSTAR |
| 3H3V532C5HT585062 | 2017 | HYUNDAI | DRY VAN |
| 1UYVS2539GU675610 | 2016 | UTILITY | REEFER |
| 3AKJGEDV6FSGF8430 | 2015 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLD58FSFX3923 | 2015 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLDR4HSGP5287 | 2017 | FREIGHTLINER | CASCADIA 125 |

**Exhibit "C" - Pledged Leases out of Trust**

| VIN/Serial Number | EquipmentYear | Equipment_Description | Model |
|---|---|---|---|
| 1GRAA0620FB700274 | 2015 | GREAT DANE | REEFER |
| 1GRAA0627GW704834 | 2016 | GREAT DANE | REEFER |
| 1GRAA062XGE701528 | 2016 | GREAT DANE | REEFER |
| 1GRAP0620HT614183 | 2017 | GREAT DANE | DRY VAN |
| 1GRAP0621HT614113 | 2017 | GREAT DANE | DRY VAN |
| 1GRAP0622HT614184 | 2017 | GREAT DANE | DRY VAN |
| 1GRAP0623HT614114 | 2017 | GREAT DANE | DRY VAN |
| 1GRAP0626HT614169 | 2017 | GREAT DANE | DRY VAN |
| 1GRAP0627HT614164 | 2017 | GREAT DANE | DRY VAN |
| 1GRAP0628HT614156 | 2017 | GREAT DANE | DRY VAN |
| 1GRAP0628HT614173 | 2017 | GREAT DANE | DRY VAN |
| 1GRAP0629HT614182 | 2017 | GREAT DANE | DRY VAN |
| 1JJV532B0GL976013 | 2016 | WABASH | REEFER |
| 1UYVS2531GM410762 | 2016 | UTILITY | REEFER |
| 1UYVS2531GM411121 | 2016 | UTILITY | REEFER |
| 1UYVS2532GG579039 | 2016 | UTILITY | DRY VAN |
| 1UYVS2533GU412433 | 2016 | UTILITY | REEFER |
| 1XKYD49X8HJ122582 | 2017 | KENWORTH | T680 |
| 3AKJGLD52GSGX1802 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 3AKJHHDR3NSMZ6239 | 2022 | FREIGHTLINER | CASCADIA 126 |
| 4V4NC9EH5HN988542 | 2017 | VOLVO | VNL64T670 |

This is Exhibit "Q" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_Commissioner for Taking Affidavits (or as may be)_

**BLAIR MCRADU**



Toronto-Dominion Centre
100 Wellington Street West
Suite 3200, P.O. Box 329
Toronto, ON  Canada  M5K 1K7
T 416.304.1616  F 416.304.1313

Rachel Nicholson
T: (416) 304-1153
E: rnicholson@tgf.ca
File No. 2267-001

May 27, 2024

**VIA EMAIL**

Osler, Hoskin & Harcourt LLP
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada M5X 1B8

**Attention: Blair McRadu**

Dear Counsel:

**Re:    In the Matter of the *Companies' Creditors Arrangement Act* ("CCAA") proceedings of Pride Group Holdings Inc. et al. (collectively, the "Pride Entities") Court File No.:  CV-24-00717340-00CL**

As you know, we are counsel to the Pride Entities in respect of the above-captioned proceedings.

We refer to your letters dated May 13, 2024 and May 20, 2024, along with our telephone conversations on May 22, 2024 and May 23, 2024.  Any capitalized terms not defined herein have the meanings given to them either in your letters, the Initial Order granted by the Ontario Superior Court of Justice (Commercial List) (the "**Court**") dated March 27, 2024 (as amended and restated from time to time, including by Order dated May 6, 2024, the "**Initial Order**") or the Governance Protocol appended to the Protocols Order dated April 5, 2024 (as amended and restated on May 15, 2024, the "**Protocols Order**"), as applicable.

In your letters, you assumed that the Monitor has completed its review of your client's security, given that vehicles are being sold in the ordinary course of business (with client consent) and the proceeds of such sales are being remitted to your client, where applicable. As mentioned to you on our recent phone call, such steps are authorized in the Initial Order and pursuant to the Governance Protocol. In particular, paragraph 13 of the Initial Order authorizes the Pride Entities to sell vehicles in the ordinary course of the Business (subject to receipt of applicable consents) and paragraph 12(b) of the Initial Order entitles the Pride Entities to, in accordance with the Protocols Order, remit amounts collected with respect to the sale of vehicles, trailers or equipment in the ordinary course of Business.  Further, the preamble to the Governance Protocol expressly states that nothing therein is determinative of the validity, effectiveness, enforceability or priority of any entitlement asserted by any Financier. The Governance Protocol authorizes distributions of such vehicle sales to be made to the applicable Financier based on the Books and Records.



The fact that the Pride Entities have continued to sell assets and remit the proceeds to the applicable Financier, in the ordinary course of business, is not indicative of the completion of the Monitor's security review. As noted in the Endorsement of Justice Osborne dated May 15, 2024 (the "**Endorsement**"), a copy of which was received by you, the Governance Protocol "allows the Pride Entities to continue to sell trucks and, importantly, make distributions on an interim basis while the security review is ongoing. It is common ground that absent a form of Protocol, those activities would be frozen".

In your letters, you also reference the request received by your client from the Pride Entities to pre-approve the sale of the Floorplan collateral financed by your client (the "**Floorplan Collateral**"). To clarify, this request is exactly that – a blanket pre-consent so that the Pride Entities can accept single offers and transactions as and when presented, to avoid any delay in accepting a purchase offer. This does not represent a request by the Pride Entities for an *en bloc* sale of the Floorplan Collateral.

During a telephone call yesterday, your firm advised that Mitsubishi Capital has negotiated a transaction for the sale of 90 units constituting Floorplan Collateral. You have requested the Monitor and the Pride Entities' agreement to return all of Mitsubishi Capital's Floorplan Collateral as soon as possible after the conclusion of the Monitor's security review, pending no issues arising from such review. The Pride Entities, CRO and the Monitor are in the process of considering such request, along with the conditions under which such arrangement may be agreed to. In considering such request, it would be helpful to receive the VINs in respect of the 90 identified units, along with the proposed sale terms (acknowledging that your request is for the return of all of the Floorplan Collateral).

As you are aware, the assets that Mitsubishi Capital are requesting be returned are owned by the Pride Entities and held as collateral for the indebtedness of Mitsubishi Capital subject to the terms of the relevant loan and security documents and the Initial Order. As a reminder, as set out in the Fifth Report of the Monitor to the Court dated May 13, 2024 (the "**Fifth Report**") and as stated during the Monitor's submissions to the Court on May 15, 2024 (at which hearing Mitsubishi Capital's counsel was present), the Monitor's review of the validity and enforceability of your client's security is ongoing and the Monitor intends to complete such review by the end of May. Following the completion of such review, as detailed in the Fifth Report, the Monitor intends to seek advice and direction from the Court, on notice to all interested parties, confirming the validity of the security interests of those parties identified in the Monitor's review. Accordingly, such step would need to be taken prior to any return of Floorplan Collateral.

Your letter also addresses the Factoring Facility. We understand that the security documents in respect of such facility have been provided to the Monitor and are being reviewed.

We are available to discuss the contents of this letter further, if requested.

Yours truly,
**Thornton Grout Finnigan LLP**

Rachel Nicholson

cc:     *Leanne Williams and Puya Fesharaki, Thornton Grout Finnigan LLP*
        *Pamela Huff, Kelly Bourassa and Chris Burr, Blake, Cassels & Graydon LLP*
        *Randy Benson, R.C. Benson Consulting Inc.*

This is Exhibit "R" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

**VIN/Serial Number**

1DW1A5321HB753509
1DW1A5323HB753530
1FUJGLBG6DLFG1634
1FUJGLD58GLGT7472
1FUJGLDR6HLHH3129
1FUJHHDR0KLJZ9016
1FUJHHDR0LLKU7292
1FUJHHDR0MLMM2102
1FUJHHDR0NLNB6101
1FUJHHDR0PLNV7710
1FUJHHDR1MLMA7421
1FUJHHDR1MLMM2111
1FUJHHDR1NLMW8404
1FUJHHDR1NLMW8418
1FUJHHDR1NLMW8788
1FUJHHDR1PLNV7828
1FUJHHDR2LLKU7276
1FUJHHDR2MLMM2070
1FUJHHDR2MLMM2103
1FUJHHDR2MLMM2232
1FUJHHDR2NLMV7539
1FUJHHDR2NLMW8489
1FUJHHDR2NLMW8783
1FUJHHDR3LLKU7223
1FUJHHDR3MLMT9484
1FUJHHDR3NLMW8663
1FUJHHDR3PLNV7698
1FUJHHDR3PLNV7829
1FUJHHDR4LLKU7277
1FUJHHDR4MLMM2068
1FUJHHDR4MLMM2071
1FUJHHDR4MLMT9509
1FUJHHDR5KLKE3619
1FUJHHDR5MLMM2127
1FUJHHDR5MLMM2189
1FUJHHDR5MLMM2239
1FUJHHDR5MLMM2516
1FUJHHDR5MLMT9504
1FUJHHDR5NLMW8485
1FUJHHDR5NLMW8664
1FUJHHDR5NLMW8700
1FUJHHDR6NLMW8494
1FUJHHDR6NLMW8673

1FUJHHDR6PLNV7842
1FUJHHDR7LLKU7290
1FUJHHDR7MLMA7424
1FUJHHDR7MLMM2064
1FUJHHDR7MLMM2131
1FUJHHDR7NLMW8391
1FUJHHDR7NLMW8892
1FUJHHDR7PLNV7851
1FUJHHDR8LLKS3595
1FUJHHDR8MLMM2171
1FUJHHDR8NLMW8903
1FUJHHDR8PLNV7695
1FUJHHDR8PLNV7843
1FUJHHDR9KLKA0546
1FUJHHDR9NLMV7540
1FUJHHDR9PLNV7723
1FUJHHDRXKLKG8077
1FUJHHDRXMLMM2110
1FUJHHDRXMLMT9501
1FUJHHDRXNLMW8675
1FUJHHDRXPLNV7844
1FUJHLDR3PLNV8014
1GRAP0623JJ105349
1JJV532D1PL326298
1JJV532D2NL202280
1JJV532D4NL202281
1JJV532D6NL202279
1JJV532D6NL202282
1JJV532D7FL867970
1JJV532D8NL202283
1JJV532D9GL919360
1M2AX16CXHM036916
1UYVS2530N7548420
1UYVS2531N2672726
1UYVS2532N7461814
1UYVS2532N7548421
1UYVS2535N7461807
1UYVS2536HU891416
1UYVS2537HG909002
1UYVS2538N7461803
1UYVS253XL6915021
1UYVS3531L2879412
1XKYD49X0PJ256890
1XKYD49X3NJ148700

1XKYD49X4PJ217865
1XKYD49X4PJ256889
1XKYD49X9PJ264969
1XKYD49XXPJ217871
1XKYDP9X0PJ218092
1XKYDP9X4PJ952914
1XKYDP9X5PJ233882
1XKYDP9X9PJ952908
1XPBD49X0RD655767
1XPBD49X1PD865226
1XPBD49X2PD841467
1XPBD49X2RD640896
1XPBD49XXPD841474
1XPBDP9X0KD233912
1XPBDP9X3PD852950
1XPBDP9X6PD873470
1XPBDP9XXPD879806
1XPXD49X1MD752250
1XPXD49X9ND793274
3AKJGBDV0JSHM6174
3AKJGBDV6JSJH8554
3AKJGLD53FSGM7166
3AKJHHDR0NSMW4638
3AKJHHDR0NSNG1463
3AKJHHDR1NSMW4664
3AKJHHDR1NSNG6137
3AKJHHDR1PSUJ8416
3AKJHHDR2LSKW9119
3AKJHHDR2LSKW9170
3AKJHHDR2NSMW4673
3AKJHHDR2RSVA5126
3AKJHHDR3JSJS2675
3AKJHHDR3LSKW9002
3AKJHHDR3NSMW4651
3AKJHHDR3NSNG6107
3AKJHHDR3RSVG7540
3AKJHHDR4KSKA1219
3AKJHHDR4NSMV7577
3AKJHHDR4NSNG1465
3AKJHHDR5JSJC9851
3AKJHHDR5KSKF4933
3AKJHHDR5PSNU8599
3AKJHHDR5PSUJ8418
3AKJHHDR6KSKF4889

3AKJHHDR6LSKU6796
3AKJHHDR6LSKX0516
3AKJHHDR6NSND1562
3AKJHHDR6NSNG1466
3AKJHHDR7LSKW9150
3AKJHHDR7PSNV7899
3AKJHHDR8JSJY0037
3AKJHHDR8KSKA1255
3AKJHHDR8MSMA8179
3AKJHHDR8NSMW4659
3AKJHHDR8NSMW5519
3AKJHHDR8PSUJ8414
3AKJHHDR9KSKE4230
3AKJHHDRXJSJV8282
3AKJHHDRXNSNG1468
3AKJHHFG2KSKM3498
3AKJHTDV3KSKA1180
3HSDZAPR0PN121895
3HSDZAPR1PN439282
3HSDZAPR1PN817651
3HSDZAPR2PN121896
3HSDZAPR2PN767410
3HSDZAPR3PN563621
3HSDZAPR4KN043310
3HSDZAPR4PN131684
3HSDZAPR5PN817653
3HSDZAPR6PN121111
3HSDZAPR7PN560611
3HSDZAPR9PN560609
3HSDZAPR9PN580701
3HSDZAPRXPN121113
3HSDZAPRXRN121101
3HSDZTZR2PN357375
3HSDZTZR7PN357386
4V4NC9EH0JN993069
4V4NC9EH0JN993072
4V4NC9EH0NN292750
4V4NC9EH0NN305724
4V4NC9EH1FN180007
4V4NC9EH1NN305411
4V4NC9EH2LN241473
4V4NC9EH3JN889871
4V4NC9EH3JN993860
4V4NC9EH3KN200459

4V4NC9EH3NN292757
4V4NC9EH4JN993768
4V4NC9EH4JN994015
4V4NC9EH4PN320424
4V4NC9EH5JN993259
4V4NC9EH5JN993603
4V4NC9EH5KN211057
4V4NC9EH5NN292775
4V4NC9EH5PN320335
4V4NC9EH6PN341131
4V4NC9EH7LN230131
4V4NC9EH8JN993062
4V4NC9EH8KN904110
4V4NC9EH8NN320343
4V4NC9EH9KN905167
4V4NC9EH9NN305723
4V4NC9EH9PN320337
4V4NC9EHXJN993838
4V4NC9EHXPN341133
4V4NC9EJXFN910483
4V4NC9KJ7GN943026
4V4NC9TH1KN220633
527SR5327GM008116

This is Exhibit "S" referred to in the Affidavit of Sue Santos sworn July 5, 2024.

_____

*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

**MITSUBISHI – FLOORPLAN (CANADA)**

| Secured Creditor |
|---|
| Mitsubishi HC Capital Canada, Inc. (formerly Hitachi Capital Canada Corp.) and Mitsubishi HC Capital America, Inc. (formerly Hitachi Capital America Corp.) (Floorplan – Canada) |

| Documents Reviewed |
|---|
| 1. Financing Offer dated May 30, 2018 with Pride Truck Sales Ltd., TPine Leasing Capital Corporation, TPine Truck Rental Inc., Pride Group Holdings Inc. (guarantor), Pride Group Logistics Ltd. (guarantor), 2043002 Ontario Inc. (guarantor), Suakhan Johal (guarantor) and Jasvir Johal (guarantor) (also reviewed first, second and third amending agreements). |
| 2. Amended and restated financing offer dated as of February 21, 2020 (the "**2020 Financing Offer**") with Pride Truck Sales Ltd., TPine Leasing Capital Corporation, TPine Truck Rental Inc., Pride Group Holdings Inc. (guarantor), Pride Group Logistics Ltd. (guarantor), 2043002 Ontario Inc. (guarantor), 2076401 Ontario Inc. (guarantor), Pride Truck Sales LP (guarantor), Suskhan Johal (guarantor) and Jasvir Johal (guarantor)  (also reviewed first, second, third, fifth, sixth and seventh amending agreements) |
| |
| Security Documents: |
| 3. Floorplan and security agreement dated March 23, 2023 with Pride Truck Sales Ltd., Tpine Leasing Capital Corporation and TPine Truck Rental Inc. |
| 4. Floorplan and security agreement dated June 5 (no year) with Pride Truck Sales Ltd. and TPine Truck Rental Inc. |
| 5. Amended and restated Master Purchase Agreement dated as of February 21, 2020 with TPine Leasing Capital Corporation |
| 6. Collateral assignment dated as of December 15, 2021 with Tpine Truck Rental Inc. with respect to the ABB purchase order |
| 7. Revolving loan and security agreement dated as of July 6, 2018 with TPine Leasing Capital Corporation (amended July 9, 2018?) |
| 8. Master Assignment of Leases dated July, 2018 (no full date) with TPine Leasing Capital Corporation |

| PMSI Notices or Priority Agreements |
|---|
| **Yes** |
| 1. Priorities Agreement dated February 28, 2022 with Royal Bank of Canada, as admin agent under the syndicate facility, relating to Pride Truck Sales Ltd., TPine Truck Rental Inc. and TPine Leasing Capital Corporation – *Mitsubishi has priority over Mitsubishi financed equipment and inventory*. |
| 2. Subordination/waiver dated December 23, 2021 with Royal Bank of Canada, as admin agent, in regards to EV charging products from Abb E-Mobility Inc. |
| 3. No interest/waiver dated December 16, 2021 from Daimler Truck Financial with respect to EV charging products |

| VIN List |
|---|
| **Yes –** Creditor provided list |

| Missing Documents/Deficiencies |
|---|
| 1. Missing second amended and restated floorplan and retail facilities financing offer dated as of December 23, 2022. |

2. First Amendment to second amended and restated floorplan and retail funding facilities dated as of December 29, 2022 with Pride Truck Sales Ltd., TPine Truck Rental Inc., TPine Leasing Capital Corporation and Pride Group EV Sales Ltd. and the Collateral assignment dated as of December 29, 2022 with Tpine Truck Rental Inc. with respect to Premier Truck Group Purchase Order assignment are not signed by Mitsubishi

3. General security agreements from Pride Truck Sales., TPine Truck Rental Inc., Pride Group Holdings Inc., Pride Group Logistics Ltd., 243002 Ontario Inc. as referenced in financing offer.

4. Third Amendment to the 2020 Financing Offer and the collateral assignment as it relates to the Tesla Reservation Agreement is not signed by Mitsubishi

5. Missing fourth amendment to the 2020 Financing Offer

6. Missing security agreements for Coastline Holdings Corp., 2043002 Ontario Inc., Pride Group Logistics Ltd.

7. CLE Capital Inc., an affiliate of Mitsubishi, has an "all-asset" type registration against TPine Leasing Capital Corporation and registrations against Parker Transport Co., we have not received any documentation relating to these registrations.

## All Asset Collateral

**Yes** – all asset security registrations for Pride Truck Sales Ltd., TPine Leasing Capital Corp. and TPine Truck Rental Inc. are supported by the security created under the floorplan security agreements which grants security over all assets of assets of the dealers.

## Competing Creditors

See Multiple Collateral Vehicle database

Competing Creditor:

**Mitsubishi (US) –** *no subordination or priority arrangements received with respect to this creditor.*

**Move Trust (Securitization) –** *no subordination or priority arrangements received with respect to this creditor.*

## PPSA Registration Debtors

1. COASTLINE HOLDINGS CORP.
2. TPINE LEASING CAPITAL CORPORATION
3. PRIDE TRUCK SALES L.P. (appears to be related to Mitsubishi (US))
4. 2043002 ONTARIO INC.
5. PRIDE TRUCK SALES LTD.
6. TPINE TRUCK RENTAL INC.
7. PRIDE GROUP LOGISTICS LTD.

## Conclusion on Security

Subject to our assumptions, limitations and qualifications, including those set out in the memorandum dated as of June 11, 2024 delivered to Ernst & Young, and noting any missing document, information or deficiencies as identified herein, we are of the view that each of the Security Documents identified above constitutes a legal, valid and binding obligation of each of the applicable Pride Entities that are party to such Security Documents, enforceable against such party.

This is Exhibit "T" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____
*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

<u>**U.S. Security Review Summary**</u>

<u>**Mitsubishi HC Capital America, Inc.**</u>

| Secured Creditor |
| --- |
| Mitsubishi HC Capital America, Inc., formerly known as Hitachi Capital American Corp. |

| Documents Reviewed |
| --- |
| 1. That certain Pledge and Security Agreement, dated as of March 1, 2024, by and among TPine Leasing Capital L.P., Pride Truck Sales LP and Mitsubishi HC Capital America, Inc., formerly known as Hitachi Capital American Corp.<br>2. That certain Floorplan and Security Agreement, dated as of November 21, 2018, between Pride Truck Sales L.P.  and Hitachi Capital American Corp.<br>3. That certain Guaranty, dated as of November 21, 2018, by Pride Group Holdings Inc., Pride Group Logistics Ltd., Tpine Leasing Capital Corporation, 2043002 Ontario Inc., and Tpine Truck Rental, Inc.<br>4. Acknowledgment of No Interest dated as of August 19, 2022 between Greypoint Capital Inc., and Mitsubishi HC Capital America, Inc.<br>5. Letter re No Interest in Inventory dated October 30, 2020, by Royal Bank of Canada in favor of Hitachi Capital America<br>6. Acknowledgement of No Interest dated August __, 2022, by Roynat Inc., and Mitsubishi HC Capital America, Inc.<br>7. Acknowledgement of No Interest dated August __, 2022, by Royal Bank of Canada and Mitsubishi HC Capital America, Inc.<br>8. Acknowledgement of No Interest dated August __, 2022, by BMO Harris Bank N.A., and Mitsubishi HC Capital America, Inc.<br>9. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Roynat Inc.<br>10. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Mercedes-Benz Financial Services Canada Corporation and Daimler Truck Financial<br>11. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to CWB Maxium Financial Inc.<br>12. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Royal Bank of Canada<br>13. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to VFS Canada Inc.<br>14. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Securcor Trust<br>15. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Bank of Montreal |

| PMSI Notices or Priority Agreements |
| --- |
| Yes<br>1. Acknowledgment of No Interest dated as of August 19, 2022 between Greypoint Capital Inc., and Mitsubishi HC Capital America, Inc.<br>2. Letter re No Interest in Inventory dated October 30, 2020, by Royal Bank of Canada in favor of Hitachi Capital America |

3. Acknowledgement of No Interest dated August __, 2022, by Roynat Inc., and Mitsubishi HC Capital America, Inc.
4. Acknowledgement of No Interest dated August __, 2022, by Royal Bank of Canada and Mitsubishi HC Capital America, Inc.
5. Acknowledgement of No Interest dated August __, 2022, by BMO Harris Bank N.A., and Mitsubishi HC Capital America, Inc.
6. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Roynat Inc.
7. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Mercedes-Benz Financial Services Canada Corporation and Daimler Truck Financial
8. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to CWB Maxium Financial Inc.
9. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Royal Bank of Canada
10. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to VFS Canada Inc.
11. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Securcor Trust
12. That certain Notice of Purchase-Money Security Interest, dated as of June 7, 2018, by Hitachi Capital Canadan Corp. and Hitachi Capital America Corp. to Bank of Montreal
13. Collateral Release Agreement dated April 26, 2022, by Mitsubishi HC Capital America, Inc. formerly known as Hitachi Capital America Corp.

**VIN List**

Yes.
The Pledge and Security Agreement included a list of VINS financed under the Floorplan and Security Agreement were transferred by Pride Truck Sales LP to TPine Leasing Capital LP, that remains subject to the lien of Secured Creditor.   MWE compiled the list of VINS in the Mitsubishi Vehicle List.

Secured Creditor prepared spreadsheet of VINS from Floorplan and Security Agreement. MWE added this list of VINS in the Mitsubishi Vehicle List.

Secured Creditor released its lien on VINS 1GRAA0622JW129789, 3AKJGLDR6HSHZ6452, 1FUJHHDR3KLKK8069, 1FUJHHDR9KLKG9673, 1XKYD49X0PJ264939, and 3AKJHHDR3LSKU2155.  Aviator is claiming a lien on these vehicles under its securitization facility. MWE noted the release lien on these VINS in the Mitsubishi Vehicle List.

**Missing Documents**

1. No certificates of title were delivered for the VINS listed in the Pledge and Security Agreement or the spreadsheet of VINS from the Floorplan and Security Agreement. These are noted in the Mitsubishi Vehicle List.
2. Updated vehicle titles or reports to confirm the name of the owner of each vehicle and the noted lienholder thereunder.

**All Asset Collateral**

TPine Leasing Capital LP: No. Under the Pledge and Security Agreement, Secured Party's lien is limited to the vehicles listed therein.

Pride Truck Sales LP: Yes.  Under the Floorplan and Security Agreement, Secured Creditor has a lien on all assets of Pride Truck Sales LP.

### Competing Creditors

See Multiple Collateral Vehicle database.

The following VINS are listed as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List:

4V4NC9EH6JN993058
1UYVS2530N7661137
4V4NC9EH6PN603472
3HSDZAPR5RN533295
3HSDZAPR4RN563632
3HSDZAPR2PN563626
1XPBD49XXND781726
3AKJHHDR1JSJJ0475
1UYVS2535J2479618
1XKYDP9X6PJ217903
3AKJHHDR7KSKF4903
1XKYDP9X0LJ360775
4V4NC9EH6JN993044
3AKJHHFG7KSKM3495
1FUJHHDR2KLKM1234
4V4NC9EHXKN193879
3AKJHHDR4PSUJ4067
3AKJHHDR1JSHD9488
3AKJGLDR2JSHP7290
3AKJHHDR2KSKE2061
4V4NC9EH1NN312990
3AKJHHDR5KSKD2219
1XKYD49X9NJ466983
3AKJHHDR4JSJV3515
1FUJHHDR4MLMJ2178
1XPBD49X2LD714728
3AKJHHDR4LSKU2116
3AKJHHDR4KSKJ0328
4V4NC9EH9KN900213
527SR5326LL017647
1XKYDP9X9LJ307850
4V4NC9EH3JN893175
3AKJHHDR0MSMM2282
1XKYD49X8KJ284333
3AKJHHDR9LSLL0496
3AKJHHDR0MSMU0581
5V8VC5329MT109887
4V4NC9EH5KN905618

3HSDZAPR2PN493299
1RNF53A22PR061382
4V4NC9EH1PN612452
3AKJHHDR0KSKD2211
1XKYD49X2PJ217864
4V4NC9EH2NN603434
5V8VC5324PT303098
1XKYDP9X3LJ360785
1XKYD49XXNJ494839
4V4NC9EH2PN310961
3AKJHHDR2PSNU8477
3HSDZAPR4PN439308
1JJV532D0NL357474
3AKJHHDR1LSKU2199
1XPBD49X0JD495295
527SR5323PM033403
4V4NC9EH2NN603479
1XKYD49X8PJ246544
3AKJHHDR7LSKU4541
3HSDZAPRXPN569139
1UYVS2535K3506506
1JJV532B5KL156146

**We recommend obtaining updated vehicle titles or reports to confirm the name of the owner of each vehicle and the lienholder listed thereunder.**

### UCC Debtors

1. TPine Leasing Capital LP (UCC financing statements number 2021 4339801 filed on 6/4/21 and 2024 1405073 filed on 3/4/24)
2. Pride Truck Sales LP (UCC financing statement number 2020 7000690 filed on 10/9/2020 by Hitachi Capital America Corp.)

### Conclusion on Security

Subject to all of assumptions, limitations and qualifications set out in the memorandum dated as of June 13, 2024 delivered confidentially to Ernst & Young, Inc., as Monitor simultaneously and together herewith, and noting any missing document, information or deficiencies as identified herein, we have advised the Monitor that to the extent TPine Leasing Capital LP granted the Secured Creditor a lien on any vehicle listed on the Mitsubishi Vehicle List under the applicable Security Documents and that Secured Creditor is listed as lienholder on a certificate of title for such vehicle, as of the date of the applicable certificate of title, the relevant Secured Creditor had a perfected security interest in such vehicle.

## Mitsubishi HC Capital America, Inc., formerly known as Hitachi Capital American Corp.

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|------------|-----------------|---------------------|------------|-------------------|-----------------|------------------------|
| 1 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHPDV6LSLF0434 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 2 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR7LSKZ8356 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 3 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR3LSKZ8371 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 4 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD491X4PJ264927 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 5 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYV52S3SHU891035 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 6 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJHHDR6KHTZ8923 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 7 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2535M6416516 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 8 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJGLD59GSGN4107 | Pledge and Security Agreement (MWE ID 205,349,111) | | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 9 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1JJV532D5NL316998 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 10 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3H3V532K1NJ783099 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 11 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDRXNSNA6759 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 12 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1JJV532DXNL318679 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 13 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X9HJ132473 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 14 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH0FN914779 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|--------------------|-----------|-------------------|----------------|----------------------|
| 15 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3HSDZAPRXNNS66190 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 16 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR4MSMX7598 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 17 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 527SR5323LL017654 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 18 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3HSDZAPR5PN443559 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 19 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR0MSMX7601 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 20 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3UTVS2531N8474607 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 21 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS253SHU877152 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 22 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2533HU891308 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 23 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3HS0ZAPR5PN424963 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 24 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1GRAA0624JT100215 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 25 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3H3V532C4LT381118 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 26 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3H3V532C5LT27S177 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 27 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EJ0FN174539 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 28 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X3LJ387726 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|--------------------|-----------|------------------|-----------------|----------------------|
| 29 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKWD4OX6HJ162552 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 30 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1JJV532DXNL316995 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 31 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDRXKSJZ5348 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 32 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJGLD50FLGF6401 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 33 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2532H2995008 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 34 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3H3V532K0NJ783109 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 35 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EJ4LN237881 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 36 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJGLDR3HLHT0937 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 37 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2536HU891142 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 38 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2534FU186319 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 39 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJGLD54GLGX2249 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 40 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR8KSKP7451 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 41 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJGLDR7HSHR5634 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 42 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYDP9X1KJ251689 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|-------------------|-----------|------------------|----------------|----------------------|
| 43 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XPBDP9X6HD388537 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 44 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2S33GM410844 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 45 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJHHDR3KLKE4462 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 46 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR6KSK02150 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 47 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR8KSKD2182 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 48 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1JJV53D5NL371869 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 49 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XPBDP9XBKD600930 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 50 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR8KSKJJ1045 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 51 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJGLD53GSHF8331 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 52 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2534HU891012 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 53 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2534H2891913 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 54 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2538HU891577 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 55 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3H3V532C9HT585033 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 56 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1DW1A5325GS632108 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|------------|-----------------|---------------------|------------|-------------------|-----------------|------------------------|
| 57 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3HSDZAPR0KN284765 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 58 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XPBD49X3PD860979 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 59 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X4PJ264961 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 60 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR1LSLP1267 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 61 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR4L5LP0288 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 62 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2534HU891253 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 63 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XPBD49X4PD841437 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 64 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR4KSKC3592 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 65 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR6LSK28381 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 66 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XPBD49XXHD415141 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 67 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X0LJ387781 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 68 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH4KN201393 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 69 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X7MJ447136 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 70 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH3KN201398 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|---------------------|-----------|-------------------|-----------------|------------------------|
| 71 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1DW1A5327GS632109 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 72 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR9LSKZ8374 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 73 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH9KN201440 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 74 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHLDV8KSKA4172 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 75 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2533HU891227 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 76 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2533HU877103 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 77 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR7KSKJ1084 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 78 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJHHDR5KLKE4026 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 79 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR4KSK1110 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 80 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJHHDR0KLKE3094 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 81 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR1JSJJ0430 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 82 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3UTVS2537N8475020 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 83 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X5KJ225496 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 84 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR4PSNL0840 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|------------|-----------------|---------------------|------------|-------------------|-----------------|------------------------|
| 85 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR9NSMZ3670 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 86 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3HSDZAPR2RN570840 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 87 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X6NJ100978 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 88 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR1KSKD2136 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 89 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR2LSKU2129 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 90 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR9LSLP0285 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 91 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X1MJ453062 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 92 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJHHDR9NLMW7470 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 93 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH3KN201174 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 94 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJGLDR5HSHT4671 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 95 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH0LN251161 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 96 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1GRAA9622JW100423 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 97 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XPBD49X2PD841422 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 98 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR0NSNA6348 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|---------------------|-----------|-------------------|-----------------|------------------------|
| 99 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XPBD49X7KD610668 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 100 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDRXKSKD2054 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 101 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR8KSKJ0252 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 102 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR0LSKZ8375 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 103 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR8LSLP8202 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 104 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49XXHJ132644 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 105 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJGLD50GSGN4058 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 106 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2538HU892020 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 107 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2537HU891523 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 108 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJGLD61GSGZ5565 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 109 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2531FU192580 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 110 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1GRAA0629FW700816 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 111 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2531HU891016 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |
| 112 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2530HU891542 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and 6/4/2021; and 3/4/2024 | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|---------------------|------------|-------------------|-----------------|------------------------|
| 113 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR8LSLYS487 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 114 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJHHDR7KLKG9462 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 115 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1FUJHHDR3LLLN1422 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 116 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR7JSJJ1422 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 117 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH8KN200859 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 118 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH3KN201000 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 119 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EHXKN200989 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 120 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1GR1P0624PJ444498 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 121 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2539N37S4214 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 122 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJGLDR3JSJJ0015 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 123 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UYVS2530FU186303 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 124 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR5KSKS2617 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 125 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR9JSJJ0529 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 126 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EHSLN250765 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|--------------------|-----------|-------------------|----------------|------------------------|
| 127 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYDP9X2PJ239669 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 128 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X1RJ326951 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 129 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3HSDJAPR4GN795538 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 130 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X5KJ236918 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 131 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJGLDV1HSJE6899 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 132 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR3LSLP8284 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 133 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR4KSKB4052 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 134 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1UVVS2531FU186410 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 135 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XKYD49X1JJ208807 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 136 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR7JSJW5979 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 137 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR0KSKJ1007 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 138 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR6KSKJ1271 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 139 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH6LN260253 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |
| 140 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH8LN250775 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; and | 6/4/2021; and 3/4/2024 | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|----------------|-------------------|-----------|------------------|----------------|------------------------|
| 141 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR1KSKJ0190 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 142 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH8KN201445 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 143 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR8KSKJ1420 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 144 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 4V4NC9EH3KN902927 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 145 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR9KSK85391 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 146 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 1XPBD49X7PD841450 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 147 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR9JSJ55726 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| 148 | Mitsubishi HC Capital America, Inc. (fka Hitachi Capital America Corp.) | Tpine Leasing Capital L.P. | 3AKJHHDR8LSLJ4581 | Pledge and Security Agreement (MWE ID 205,349,111) | 3/1/2024 | None provided. | None provided. | 2021 4339801; an | 6/4/2021; and 3/4/2024 | |
| | | | | | | | | | | |
| | | | **VINs from Floor Plan List** | | | | | | | |
| 1 | | | 1UYVS2538N7509414 | | | | | | | |
| 2 | | | 3AKJGLD52GSGN4191 | | | | | | | |
| 3 | | | 1XKYDP9X9JJ182538 | | | | | | | |
| 4 | | | JHHSDM2H7HK005443 | | | | | | | |
| 5 | | | 1UYVS2539GG579040 | | | | | | | |
| 6 | | | 3AKJHHDR9JSHW5602 | | | | | | | |
| 7 | | | 1GRAA0628GW703448 | | | | | | | |
| 8 | | | 1JJV532B9GL890912 | | | | | | | |
| 9 | | | 3H3V532K1NJ541221 | | | | | | | |
| 10 | | | 3AKJHHDR6MSMG2564 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 11 | | | 3AKJHHDR9JSSJJ0479 | | | | | | | |
| 12 | | | 3AKJHHDR2KSJX1125 | | | | | | | |
| 13 | | | 3AKJHHDR9KSKD5561 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 14 | | | 3AKJHLDV0KSKF9201 | | | | | | | |
| 15 | | | 1XKYD49X1PJ264965 | | | | | | | |
| 16 | | | 4V4NC9EH5LN250765 | | | | | | | |
| 17 | | | 3HSDZAPR8NN188905 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|------------|-----------------|---------------------|-----------|-------------------|-----------------|------------------------|
| 18 | | | 3H3V532CXHT585025 | | | | | | | |
| 19 | | | 3AKJHHDR1LSLX0202 | | | | | | | |
| 20 | | | 3AKJHHDR5LSLS0239 | | | | | | | |
| 21 | | | 3AKJHPDV7LSLG8960 | | | | | | | |
| 22 | | | 1JJV532D2NL316991 | | | | | | | |
| 23 | | | 1XPBDP9X8KD600930 | | | | | | | |
| 24 | | | 3AKJGLDR7HSHT2310 | | | | | | | |
| 25 | | | 1UYVS2534H2995026 | | | | | | | |
| 26 | | | 1UYVS2534GU188511 | | | | | | | |
| 27 | | | 3AKJGLDR5HSJH7754 | | | | | | | |
| 28 | | | 4V4NC9EH8NN603373 | | | | | | | |
| 29 | | | 3AKJHHDR6MSMR6458 | | | | | | | |
| 30 | | | 1FUJGLD50GLGX2250 | | | | | | | |
| 31 | | | 1UYVS2530HU877172 | | | | | | | |
| 32 | | | 1UYVS2531HU891114 | | | | | | | |
| 33 | | | 1UYVS2531HU891307 | | | | | | | |
| 34 | | | 1UYVS2531HU891520 | | | | | | | |
| 35 | | | 1UYVS2531HU891663 | | | | | | | |
| 36 | | | 1UYVS2534H891401 | | | | | | | |
| 37 | | | 1UYVS2535H2156471 | | | | | | | |
| 38 | | | 1UYVS2535HU891214 | | | | | | | |
| 39 | | | 1UYVS2536HU891447 | | | | | | | |
| 40 | | | 1UYVS2536HU891514 | | | | | | | |
| 41 | | | 1UYVS2538H2995031 | | | | | | | |
| 42 | | | 1UYVS2538HU891238 | | | | | | | |
| 43 | | | 1UYVS2538HU891286 | | | | | | | |
| 44 | | | 1UYVS2538HU891627 | | | | | | | |
| 45 | | | 1UYVS2538HU891675 | | | | | | | |
| 46 | | | 1UYVS2539H2995040 | | | | | | | |
| 47 | | | 1UYVS2539HU891636 | | | | | | | |
| 48 | | | 1UYVS253XHU877101 | | | | | | | |
| 49 | | | 3H3V532C7HT585080 | | | | | | | |
| 50 | | | 3HSDZAPR3PN493280 | | | | | | | |
| 51 | | | 4V4NC9EH6JN993058 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 52 | | | 1FUJHHDR4KLKG9578 | | | | | | | |
| 53 | | | 3AKJGLD52FSGL5803 | | | | | | | |
| 54 | | | 3AKJGLD53GSGN4183 | | | | | | | |
| 55 | | | JHHSDM21KK010239 | | | | | | | |
| 56 | | | JHHSDM2HXKK010126 | | | | | | | |
| 57 | | | JHHSDM2H9JK007765 | | | | | | | |
| 58 | | | 4V4WC9EH0PN607408 | | | | | | | |
| 59 | | | 3AKJHHDR6LSKU2148 | | | | | | | |
| 60 | | | 1UYVS2530N7661137 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 61 | | | 1UYVS2537HU891280 | | | | | | | |
| 62 | | | 4V4NC9EH2LN225273 | | | | | | | |
| 63 | | | 1XPBD49X3PD841445 | | | | | | | |
| 64 | | | 1XPXD49X0KD601090 | | | | | | | |
| 65 | | | 3AKJHHDR0KSKH0070 | | | | | | | |
| 66 | | | 3AKJHHDR6KSKD2178 | | | | | | | |
| 67 | | | 3HSDZAPR6JN425742 | | | | | | | |
| 68 | | | 3UTVS2533N8474608 | | | | | | | |
| 69 | | | 4V4NC9EH1KN903963 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 | | | 5V8VC5321NT200315 | | | | | | | |
| 71 | | | 5V8VC5322MM102242 | | | | | | | |
| 72 | | | 1UYVS2539N3754214 | | | | | | | |
| 73 | | | 1UYVS2537FU192406 | | | | | | | |
| 74 | | | 1UYVS2533GU188516 | | | | | | | |
| 75 | | | 1UYVS2533HU877165 | | | | | | | |
| 76 | | | 1UYVS2536HU877161 | | | | | | | |
| 77 | | | 1UYVS253XHU877132 | | | | | | | |
| 78 | | | 1XKYD49X5JJ193311 | | | | | | | |
| 79 | | | 3AKJGLD57GSGN4123 | | | | | | | |
| 80 | | | 3AKJGLDR7HSHY4892 | | | | | | | |
| 81 | | | 3AKJGLDRXHSHK0832 | | | | | | | |
| 82 | | | 4V4WC9EH9KN208523 | | | | | | | |
| 83 | | | 1UYVS2531H2891934 | | | | | | | |
| 84 | | | 2M5921617N1208779 | | | | | | | |
| 85 | | | 4V4WC9EG2KN212212 | | | | | | | |
| 86 | | | 3HSDZAPR5KN101263 | | | | | | | |
| 87 | | | 3HSDZAPR3KN106073 | | | | | | | |
| 88 | | | 1UYVS2537HU891358 | | | | | | | |
| 89 | | | 1UYVS2531HU891355 | | | | | | | |
| 90 | | | 3HSDZAPRXKN307436 | | | | | | | |
| 91 | | | 3AKJHLDV1KSKA3980 | | | | | | | |
| 92 | | | 1GRAA0626GW701634 | | | | | | | |
| 93 | | | 1UYVS2530H2156474 | | | | | | | |
| 94 | | | 1UYVS2538HU891367 | | | | | | | |
| 95 | | | 1UYVS2537HU891456 | | | | | | | |
| 96 | | | 3AKJGLDR8HSHZ6517 | | | | | | | |
| 97 | | | 3HSDZAPR8KN533572 | | | | | | | |
| 98 | | | 3HSDZAPR0PN492636 | | | | | | | |
| 99 | | | 3ELA6RX27NG000430 | | | | | | | |
| 100 | | | 13N153205P1552209 | | | | | | | |
| 101 | | | 1GRAA062XJW129796 | | | | | | | |
| 102 | | | 1XPXD49X5ND781798 | | | | | | | |
| 103 | | | 1FUJHHDRXLLLA0429 | | | | | | | |
| 104 | | | 1XPBD49X6PD850494 | | | | | | | |
| 105 | | | 1XKYD49XXHJ132238 | | | | | | | |
| 106 | | | 1XPBD49X4ND781771 | | | | | | | |
| 107 | | | 3AKJGLDR8HSHJ4883 | | | | | | | |
| 108 | | | 3AKJHHDR0LSKU3201 | | | | | | | |
| 109 | | | 1UYVS2530FU186530 | | | | | | | |
| 110 | | | 4V4NC9EH8LN249416 | | | | | | | |
| 111 | | | 1FUJGHDV5ELFP2896 | | | | | | | |
| 112 | | | 1XKYD49X8NJ467025 | | | | | | | |
| 113 | | | 1GRAA0822JW120780 | | | Ohio | 9/2/2022 | | | Released to Aviator pursuant to the April 26, 2022 Release Agreement. No entity listed as lienholder on provided certificate. |
| 114 | | | 4V4NC9EH6PN603472 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 115 | | | 3AKJGEDV9HSHT9347 | | | | | | | |
| 116 | | | 4V4NC9EH3KN902801 | | | | | | | |
| 117 | | | 1UYVS2534FU185638 | | | | | | | |
| 118 | | | 3AKJHHDR4RSUU3409 | | | | | | | |
| 119 | | | 1GRAA0629GW701630 | | | | | | | |
| 120 | | | 1JJV532D7PL413798 | | | | | | | |
| 121 | | | 1UYVS2532K2752435 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|--------------------|-----------|--------------------|-----------------|------------------------|
| 122 | | | 1UYVS2538K2752455 | | | | | | | |
| 123 | | | 1XPBD49X6PD875587 | | | | | | | |
| 124 | | | 3AKJHPDV6KSKL3083 | | | | | | | |
| 125 | | | 1UYVS2536N7711135 | | | | | | | |
| 126 | | | 1XPXD49X2PD841300 | | | | | | | |
| 127 | | | 3AKJHHDR1MSMR6416 | | | | | | | |
| 128 | | | 3AKJHHDR8LSLY5487 | | | | | | | |
| 129 | | | 1FUJHHDVXLLKL8659 | | | | | | | |
| 130 | | | 1XPBDP9X3PD854343 | | | | | | | |
| 131 | | | 1XKYD49X7KJ230117 | | | | | | | |
| 132 | | | 3AKJHHDR4NSMZ3673 | | | | | | | |
| 133 | | | 4V4NC9EH2GN959501 | | | | | | | |
| 134 | | | 1XPBD49X9PD841448 | | | | | | | |
| 135 | | | 4V4WC9EG2JN903075 | | | | | | | |
| 136 | | | 1M1AN4GYXPM033132 | | | | | | | |
| 137 | | | 1XPBDP9X0KD613039 | | | | | | | |
| 138 | | | 3AKJHHDR2LSLH5601 | | | | | | | |
| 139 | | | 3AKJHHDR9KSKB3740 | | | | | | | |
| 140 | | | 3AKJGLDR5JSJJ0288 | | | | | | | |
| 141 | | | 1XKYD49X9JJ190315 | | | | | | | |
| 142 | | | 4V4NC9EH6KN903926 | | | | | | | |
| 143 | | | 4V4NC9EG3HN978101 | | | | | | | |
| 144 | | | 4V4WC9EH3KN208548 | | | | | | | |
| 145 | | | 4V4WC9EH1KN208564 | | | | | | | |
| 146 | | | 3AKJHHDR4KSKL3754 | | | | | | | |
| 147 | | | 3AKJHLDV7KSKF9356 | | | | | | | |
| 148 | | | 3AKJHHDR9KSKL3023 | | | | | | | |
| 149 | | | 1XPBD49XXPD854354 | | | | | | | |
| 150 | | | 3AKJHHDR5LSLR0663 | | | | | | | |
| 151 | | | 1XPBD49X5LD674662 | | | | | | | |
| 152 | | | 4V4NC9EH1LN230982 | | | | | | | |
| 153 | | | 3HSDZAPR1PN424961 | | | | | | | |
| 154 | | | 3HSDZAPR8JN247770 | | | | | | | |
| 155 | | | 3AKJHHDR9JSJS5726 | | | | | | | |
| 156 | | | 3AKJGBDV7GDFZ4021 | | | | | | | |
| 157 | | | 4V4NC9EH3KN903849 | | | | | | | |
| 158 | | | 1XKYDP9X4KJ233011 | | | | | | | |
| 159 | | | 1FUJGLDR1HLHM1208 | | | | | | | |
| 160 | | | 1FUJHHDR4KLKN4535 | | | | | | | |
| 161 | | | 1XPBDP9X8KD612978 | | | | | | | |
| 162 | | | 1UYVS2537FU186301 | | | | | | | |
| 163 | | | 1UYVS2534GU188427 | | | | | | | |
| 164 | | | 1UYVS2538GU189256 | | | | | | | |
| 165 | | | 1UYVS2539H2891910 | | | | | | | |
| 166 | | | 1UYVS2537HU891571 | | | | | | | |
| 167 | | | 1UYVS2530HU877138 | | | | | | | |
| 168 | | | 1UYVS2534HU891205 | | | | | | | |
| 169 | | | 1UYVS2537H2156455 | | | | | | | |
| 170 | | | 1UYVS2537HU877105 | | | | | | | |
| 171 | | | 1UYVS2534HU891107 | | | | | | | |
| 172 | | | 1UYVS253XHU891466 | | | | | | | |
| 173 | | | 1UYVS2536HU891318 | | | | | | | |
| 174 | | | 1UYVS2531HU891310 | | | | | | | |
| 175 | | | 1UYVS2532HU891249 | | | | | | | |
| 176 | | | 1UYVS2532HU891168 | | | | | | | |
| 177 | | | 1UYVS2539M6416504 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|---------------------|-----------|-------------------|-----------------|------------------------|
| 178 | | | 1UYVS2534GU412165 | | | | | | | |
| 179 | | | 3AKJHHDR9KSKD2238 | | | | | | | |
| 180 | | | 1UYVS2537H2995005 | | | | | | | |
| 181 | | | 5KJJBWDR1NLND0878 | | | | | | | |
| 182 | | | 3AKJHHDR3NSNC1944 | | | | | | | |
| 183 | | | 1UYVS253XL2143322 | | | | | | | |
| 184 | | | 1JJV532B8JL048876 | | | | | | | |
| 185 | | | 1GRAA0628JW129800 | | | | | | | |
| 186 | | | 1XKYD49X4KJ256402 | | | | | | | |
| 187 | | | 1FUJHHDR1MLMJ2171 | | | | | | | |
| 188 | | | 3AKJHHDR8NSNF6320 | | | | | | | |
| 189 | | | 3AKJHHDR4KSKB3810 | | | | | | | |
| 190 | | | 3AKJHHDR6KSKB4151 | | | | | | | |
| 191 | | | 3AKJHHDR7MSMH8840 | | | | | | | |
| 192 | | | 4V4WC9EH8KN208559 | | | | | | | |
| 193 | | | 1JJV532B3LL218760 | | | | | | | |
| 194 | | | 3AKJHPDV7LSLF0264 | | | | | | | |
| 195 | | | 1XKYD49X3NJ482533 | | | | | | | |
| 196 | | | 1XKYD49X6JJ190031 | | | | | | | |
| 197 | | | 1XPBD49XXPD875592 | | | | | | | |
| 198 | | | 1JJV532D6ML248161 | | | | | | | |
| 199 | | | 1GRAA0629KW145540 | | | | | | | |
| 200 | | | 1XPBD49XXRD850520 | | | | | | | |
| 201 | | | 3HSDZAPR8NN566205 | | | | | | | |
| 202 | | | 1XPBD49X5RD639399 | | | | | | | |
| 203 | | | 4V4NC9EH1KN899655 | | | | | | | |
| 204 | | | 4V4NC9EH8KN903863 | | | | | | | |
| 205 | | | 1XPBD49X1RD639397 | | | | | | | |
| 206 | | | 3AKJHHDR0LSLP0305 | | | | | | | |
| 207 | | | 1GRAA0624KW124997 | | | | | | | |
| 208 | | | 3AKJGLDR2JSJJ0233 | | | | | | | |
| 209 | | | 527SR5321PM031746 | | | | | | | |
| 210 | | | 3ELA6RX20NG000219 | | | | | | | |
| 211 | | | 1UYVS2535P6711720 | | | | | | | |
| 212 | | | 3H3V532C0LT201052 | | | | | | | |
| 213 | | | 3AKJHHDR4JSJW8189 | | | | | | | |
| 214 | | | 1UYVS253XP6711714 | | | | | | | |
| 215 | | | 1XKYD49X3NJ482564 | | | | | | | |
| 216 | | | 1XKYD49X7NJ482552 | | | | | | | |
| 217 | | | 3H3V532C1GT435111 | | | | | | | |
| 218 | | | 3H3V532C3GT435045 | | | | | | | |
| 219 | | | 1XPBD49X5PD841432 | | | | | | | |
| 220 | | | 3H3V532C2HT335097 | | | | | | | |
| 221 | | | 3AKJHLDV2KSKF9233 | | | | | | | |
| 222 | | | 3AKJHLDV1KSKF9241 | | | | | | | |
| 223 | | | 3AKJHLDV5KSKM2866 | | | | | | | |
| 224 | | | 3AKJHLDV7KSKF9325 | | | | | | | |
| 225 | | | 3AKJHPDV9KSKL3112 | | | | | | | |
| 226 | | | 1XKYD49XXKJ242388 | | | | | | | |
| 227 | | | 4V4NC9EH2LN251081 | | | | | | | |
| 228 | | | 4V4NC9EH1JN993808 | | | | | | | |
| 229 | | | 1XKYD49X6MJ443160 | | | | | | | |
| 230 | | | 1XKYD49X2KJ242188 | | | | | | | |
| 231 | | | 3HSDZAPR4NN239607 | | | | | | | |
| 232 | | | 1XKYDP9X0PJ233868 | | | | | | | |
| 233 | | | 3AKJHHDR5NSNA6894 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 234 | | | 5V8VC5329LT002658 | | | | | | | |
| 235 | | | 3AKJHHDR7KSKB4188 | | | | | | | |
| 236 | | | 3AKJHHDR6KSKJ1111 | | | | | | | |
| 237 | | | 3AKJHHDR0KSKJ1220 | | | | | | | |
| 238 | | | 1UYVS2531HU891372 | | | | | | | |
| 239 | | | 1UYVS2531HU877164 | | | | | | | |
| 240 | | | 4V4NC9EH1KN905616 | | | | | | | |
| 241 | | | 1UYVS2539K2594210 | | | | | | | |
| 242 | | | 3AKJHHDR9KSKJ1118 | | | | | | | |
| 243 | | | 4V4NC9EH8PN603473 | | | | | | | |
| 244 | | | 3AKJHHDR8LSKB4993 | | | | | | | |
| 245 | | | 3AKJHHDR9JSSJJ0773 | | | | | | | |
| 246 | | | 1XKYD49X3NJ101036 | | | | | | | |
| 247 | | | 4V4NC9EHXMN246177 | | | | | | | |
| 248 | | | 3HSDZAPR7NN566177 | | | | | | | |
| 249 | | | 1XKYD49X1NJ489920 | | | | | | | |
| 250 | | | 1JJV532D8PL413809 | | | | | | | |
| 251 | | | 1UYVS2536N3476405 | | | | | | | |
| 252 | | | 1XKYD49XXKJ225560 | | | | | | | |
| 253 | | | 4V4NC9EHXJN993077 | | | | | | | |
| 254 | | | 1UYVS2539H2995037 | | | | | | | |
| 255 | | | 3AKJHHDR2KSKJ1297 | | | | | | | |
| 256 | | | 3AKJHHDR1KSKH5519 | | | | | | | |
| 257 | | | 1UYVS253XHU891662 | | | | | | | |
| 258 | | | 1XPBD49X5PD850437 | | | | | | | |
| 259 | | | 1JJV532D9PL326288 | | | | | | | |
| 260 | | | 3AKJHHDR4MSMX7570 | | | | | | | |
| 261 | | | 3AKJHHFG5KSLM8570 | | | | | | | |
| 262 | | | 3H3V532C3MR308028 | | | | | | | |
| 263 | | | 4V4NC9EG3JN996961 | | | | | | | |
| 264 | | | 3AKJHHDR4KSKB4178 | | | | | | | |
| 265 | | | 3AKJHHDRXKSKJ0396 | | | | | | | |
| 266 | | | 3AKJHHDR1MSMH9028 | | | | | | | |
| 267 | | | 3AKJHHDR3KSKE1646 | | | | | | | |
| 268 | | | 4V4WC9EHXKN208563 | | | | | | | |
| 269 | | | 4V4WC9EH9KN208568 | | | | | | | |
| 270 | | | 4V4WC9EH9KN208571 | | | | | | | |
| 271 | | | 3AKJHPDV1KSKL3122 | | | | | | | |
| 272 | | | 3AKJHLDV1KSKF9353 | | | | | | | |
| 273 | | | 4V4NC9EH7KN213912 | | | | | | | |
| 274 | | | 1XKYD49X4LJ387749 | | | | | | | |
| 275 | | | 1XKYD49X0RJ326939 | | | | | | | |
| 276 | | | 1UYVS2536K2594410 | | | | | | | |
| 277 | | | 3AKJHHDR3LSLX0203 | | | | | | | |
| 278 | | | 1UYVS2539FU186557 | | | | | | | |
| 279 | | | 3AKJHHDR3NSNB3794 | | | | | | | |
| 280 | | | 3H3V532C4HT335098 | | | | | | | |
| 281 | | | 1XKYDP9X5JJ205104 | | | | | | | |
| 282 | | | 3AKJHHDR4JSSJJ0826 | | | | | | | |
| 283 | | | 4V4NC9EG7HN991630 | | | | | | | |
| 284 | | | 1UYVS2534FU185963 | | | | | | | |
| 285 | | | 1UYVS253XFU186521 | | | | | | | |
| 286 | | | 1UYVS2532GU188622 | | | | | | | |
| 287 | | | 1FUJHHDR0KLKG9612 | | | | | | | |
| 288 | | | 3AKJHLDR9JSJL4199 | | | | | | | |
| 289 | | | 1JJV532D5KL097858 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|---------------------|-----------|-------------------|-----------------|------------------------|
| 290 | | | 3AKJHHDR4NSNA6756 | | | | | | | |
| 291 | | | 4V4NC9EH0GN944222 | | | | | | | |
| 292 | | | 4V4NC9EH5GN940781 | | | | | | | |
| 293 | | | 1XKYD49X5LJ220770 | | | | | | | |
| 294 | | | 1XKYDP9X4JJ182513 | | | | | | | |
| 295 | | | 3H3V532K3NJ541219 | | | | | | | |
| 296 | | | 1XPBD49XXPD860946 | | | | | | | |
| 297 | | | 4V4NC9EG1JN996960 | | | | | | | |
| 298 | | | 3AKJHHDR9KSKB5391 | | | | | | | |
| 299 | | | 1UYVS2S3XFU192416 | | | | | | | |
| 300 | | | 3AKJHHDR8KSKL1120 | | | | | | | |
| 301 | | | 4V4NC9EH8MN273216 | | | | | | | |
| 302 | | | 1XKYD49XXNJ101034 | | | | | | | |
| 303 | | | 4V4NC9EHXMN273217 | | | | | | | |
| 304 | | | 4V4NC9EH8NN601350 | | | | | | | |
| 305 | | | 4V4NC9EH1NN601349 | | | | | | | |
| 306 | | | 1XPXD49X6ND781793 | | | | | | | |
| 307 | | | 4V4WC9EH2KN208489 | | | | | | | |
| 308 | | | 3AKJHPDV0KSKL3080 | | | | | | | |
| 309 | | | 4V4NC9EH5KN201435 | | | | | | | |
| 310 | | | 3AKJHHDR6KSKJ1125 | | | | | | | |
| 311 | | | 1XKYD49X6LJ387753 | | | | | | | |
| 312 | | | 3AKJHHDRXJSJS3709 | | | | | | | |
| 313 | | | 1FUJGLD59FLGR5766 | | | | | | | |
| 314 | | | 1XKYDP9X9KJ237295 | | | | | | | |
| 315 | | | 3AKJHHDR4JSJS3673 | | | | | | | |
| 316 | | | 1FUJHHDR6LLLN1446 | | | | | | | |
| 317 | | | 4V4NC9EHXRN639832 | | | | | | | |
| 318 | | | 4V4NC9EH1NN603358 | | | | | | | |
| 319 | | | 3AKJGLD5XGSGN4178 | | | | | | | |
| 320 | | | 3AKJHHDR6NSMF3879 | | | | | | | |
| 321 | | | 3AKJHHDR7PSNU8569 | | | | | | | |
| 322 | | | 4V4NC9EH4LN251082 | | | | | | | |
| 323 | | | 4V4NC9EH8NN603342 | | | | | | | |
| 324 | | | 1XKYD49X5PJ264919 | | | | | | | |
| 325 | | | 1XKYD49X4NJ467006 | | | | | | | |
| 326 | | | 4V4NC9EH9PN613221 | | | | | | | |
| 327 | | | 3AKJHHDR5NSNB9810 | | | | | | | |
| 328 | | | 1XKYD49X8LJ964783 | | | | | | | |
| 329 | | | 1GRAA0624KW100800 | | | | | | | |
| 330 | | | 3AKJHHDR4LSKZ7004 | | | | | | | |
| 331 | | | 1XKYDP9X7PJ233883 | | | | | | | |
| 332 | | | 1XKYDP9X2PJ239686 | | | | | | | |
| 333 | | | 3AKJGLDR1GSGP5455 | | | | | | | |
| 334 | | | 3AKJHHDR1LSMJ0102 | | | | | | | |
| 335 | | | 3AKJHHDR7JSJJ1923 | | | | | | | |
| 336 | | | 3AKJHPDV8KSKL2968 | | | | | | | |
| 337 | | | 3HSDZAPR2PN439291 | | | | | | | |
| 338 | | | 3HSDZAPR4PN439289 | | | | | | | |
| 339 | | | 4V4NC9EH2PN603422 | | | | | | | |
| 340 | | | 3UTVS2538N8731083 | | | | | | | |
| 341 | | | 4V4WC9EHXKN208546 | | | | | | | |
| 342 | | | 1XKYD49X4PJ264927 | | | | | | | |
| 343 | | | 4V4NC9EH8KN220495 | | | | | | | |
| 344 | | | 4V4NC9EH0JN885583 | | | | | | | |
| 345 | | | 13N15320XP1552206 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 346 | | | 1FUJHHDR5NLMW8857 | | | | | | | |
| 347 | | | 3AKJHHDR1JSKB1706 | | | | | | | |
| 348 | | | 1XKYD49X3RJ326580 | | | | | | | |
| 349 | | | 4V4NC9EH6KN903344 | | | | | | | |
| 350 | | | 1UYVS2535GU188453 | | | | | | | |
| 351 | | | 1XKYD49X1KJ240271 | | | | | | | |
| 352 | | | 1XKYD49X9NJ499918 | | | | | | | |
| 353 | | | 1UYVS2535HU891455 | | | | | | | |
| 354 | | | 1XKYD49X8KJ242339 | | | | | | | |
| 355 | | | 1XKYD49X9MJ460051 | | | | | | | |
| 356 | | | 4V4NC9EH6KN213982 | | | | | | | |
| 357 | | | 3AKJHHDR6KSKP4595 | | | | | | | |
| 358 | | | 1XKYD49X7NJ499819 | | | | | | | |
| 359 | | | 3AKJGLDR4HDHY0030 | | | | | | | |
| 360 | | | 1FUJHHDR2MLML7306 | | | | | | | |
| 361 | | | 1UYVS2534HU877109 | | | | | | | |
| 362 | | | 1UYVS2535HU891178 | | | | | | | |
| 363 | | | 1UYVS2531H2891920 | | | | | | | |
| 364 | | | 1UYVS2531HU891212 | | | | | | | |
| 365 | | | 1UYVS2533HU891664 | | | | | | | |
| 366 | | | 1UYVS2536HU891576 | | | | | | | |
| 367 | | | 1UYVS2537HU891036 | | | | | | | |
| 368 | | | 1UYVS2532H2891943 | | | | | | | |
| 369 | | | 1FUJHHDR6KLKG9470 | | | | | | | |
| 370 | | | 1FUJHHDR6KLJZ8923 | | | | | | | |
| 371 | | | 3AKJGLDR8HSGP5260 | | | | | | | |
| 372 | | | 3HSDZAPRXNN566190 | | | | | | | |
| 373 | | | 3AKJHHDR1JSJS3677 | | | | | | | |
| 374 | | | 3AKJGLD52GSGX6742 | | | | | | | |
| 375 | | | 3AKJHHDR2KSKD2193 | | | | | | | |
| 376 | | | 3AKJHHDR4NSNA6742 | | | | | | | |
| 377 | | | 3AKJHHDR5NSMF3887 | | | | | | | |
| 378 | | | 3AKJHHDR3KSKD2090 | | | | | | | |
| 379 | | | 4V4WC9EH6KN208558 | | | | | | | |
| 380 | | | 1XKYD49X1JJ222304 | | | | | | | |
| 381 | | | 4V4NC9EH4NN603404 | | | | | | | |
| 382 | | | 3AKJHHDR5KSKJ0435 | | | | | | | |
| 383 | | | 3AKJHHDRXMSMX7590 | | | | | | | |
| 384 | | | 3AKJGLDV2HSJC4670 | | | | | | | |
| 385 | | | 1FUJHPDV3KLKG7764 | | | | | | | |
| 386 | | | 3AKJHHDR3KSJL4004 | | | | | | | |
| 387 | | | 1XKYD49X7KJ256457 | | | | | | | |
| 388 | | | 3AKJHHDR1LSKF4963 | | | | | | | |
| 389 | | | 3AKJHHDR7KSKD2142 | | | | | | | |
| 390 | | | 3HSDZAPR6KN430666 | | | | | | | |
| 391 | | | 1XPBDP9X8ND781600 | | | | | | | |
| 392 | | | 1XKYD49X1NJ101049 | | | | | | | |
| 393 | | | 1XKYD49X4KJ253483 | | | | | | | |
| 394 | | | 1XKYD49X7KJ278720 | | | | | | | |
| 395 | | | 1XKYDP9X8NJ172735 | | | | | | | |
| 396 | | | 1XPBDP9X5KD600867 | | | | | | | |
| 397 | | | 3HSDZAPRXKN298723 | | | | | | | |
| 398 | | | 4V4NC9EH6NN305128 | | | | | | | |
| 399 | | | 3AKJHHDR9KSKB3737 | | | | | | | |
| 400 | | | 3AKJHHDR0JSJW7072 | | | | | | | |
| 401 | | | 3AKJHHDR5KSKU4732 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 402 | | | 1XKYDP9X7LJ361518 | | | | | | | |
| 403 | | | 3AKJHHDR5MSMH8819 | | | | | | | |
| 404 | | | 3AKJHHDR9MSMH8967 | | | | | | | |
| 405 | | | 3AKJHHDR7LSKC0400 | | | | | | | |
| 406 | | | 1FUJHHDR2LLLN1881 | | | | | | | |
| 407 | | | 1FUJHHDRXKLKE4460 | | | | | | | |
| 408 | | | 1UYVS2530H2891939 | | | | | | | |
| 409 | | | 1UYVS2534P7711234 | | | | | | | |
| 410 | | | 1UYVS2536FU192641 | | | | | | | |
| 411 | | | 1XKYD49X1NJ482532 | | | | | | | |
| 412 | | | 1XKYD49X3KJ225593 | | | | | | | |
| 413 | | | 3AKJHHDR9KSKJ0129 | | | | | | | |
| 414 | | | 3AKJHHDRXMSMH8881 | | | | | | | |
| 415 | | | 3HSDJSNR5GN207123 | | | | | | | |
| 416 | | | 3HSDZAPR9JN532736 | | | | | | | |
| 417 | | | 3HSDZAPRXPN424960 | | | | | | | |
| 418 | | | 4V4NC9EH4KN902774 | | | | | | | |
| 419 | | | 4V4NC9EHXNN305116 | | | | | | | |
| 420 | | | 527SR5325PM033404 | | | | | | | |
| 421 | | | 1JJV532B1KL156158 | | | | | | | |
| 422 | | | 1XPBD49X7KD610640 | | | | | | | |
| 423 | | | 3AKJHHDR6KSKD2164 | | | | | | | |
| 424 | | | 3AKJHHDR1KSKG4343 | | | | | | | |
| 425 | | | 1UYVS2534J2479514 | | | | | | | |
| 426 | | | 4V4WC9EH4KN208560 | | | | | | | |
| 427 | | | 4V4WC9EH7KN208570 | | | | | | | |
| 428 | | | 4V4WC9EH4KN208526 | | | | | | | |
| 429 | | | 3AKJHHDR8LSKC0406 | | | | | | | |
| 430 | | | 3AKJHPDV4KSKL2854 | | | | | | | |
| 431 | | | 3AKJHPDV6KSKL3097 | | | | | | | |
| 432 | | | 3AKGGLD54GSGC5507 | | | | | | | |
| 433 | | | 3AKJGLDR7HSHZ6427 | | | | | | | |
| 434 | | | 4V4NC9EH5LN212274 | | | | | | | |
| 435 | | | 4V4NC9EH7KN200996 | | | | | | | |
| 436 | | | 1XKYDP9X1LJ307857 | | | | | | | |
| 437 | | | 1FUJHHDR0KLKP0733 | | | | | | | |
| 438 | | | 1XKYD49X9KJ229986 | | | | | | | |
| 439 | | | 3AKJGLD57GSGY3105 | | | | | | | |
| 440 | | | 3HSDZAPRXPN493292 | | | | | | | |
| 441 | | | 1XPBD49X0PD841452 | | | | | | | |
| 442 | | | 3AKJGLDR1HSHT2237 | | | | | | | |
| 443 | | | 3HSDZAPR7PN492634 | | | | | | | |
| 444 | | | 4V4NC9EH0KN902805 | | | | | | | |
| 445 | | | 1FUJHHDR5KLKG9721 | | | | | | | |
| 446 | | | 1FUJHHDR9LLLA0423 | | | | | | | |
| 447 | | | 3AKJHHDR7KSJW9080 | | | | | | | |
| 448 | | | 4V4NC9EH7LN251075 | | | | | | | |
| 449 | | | 3AKJHHDR7KSKJ0453 | | | | | | | |
| 450 | | | 4V4NC9EH0RN631738 | | | | | | | |
| 451 | | | 4V4NC9EH0NN603447 | | | | | | | |
| 452 | | | 3AKJHHDR3KSKG4344 | | | | | | | |
| 453 | | | 3AKJHHDR3LSLK0627 | | | | | | | |
| 454 | | | 3HSDZAPR4NN493303 | | | | | | | |
| 455 | | | 3AKJGLDR6HSHZ6452 | | | Ohio | 12/7/2023 | | | **Released** to Aviator pursuant to the Octobe 26, 2023 Release Agreement. **No entity listed as lienholder on provided certificate.** |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 456 | | | 3AKGGLDR2HSHY1313 | | | | | | | |
| 457 | | | 3AKJGLDRXHSHT2415 | | | | | | | |
| 458 | | | 4V4NC9EH2LN231316 | | | | | | | |
| 459 | | | 3AKJGLD53FSGK0081 | | | | | | | |
| 460 | | | 13N153201P1552207 | | | | | | | |
| 461 | | | 1XKYDP9X8LJ360779 | | | | | | | |
| 462 | | | 3AKJGBDVXJSJH8539 | | | | | | | |
| 463 | | | 1FUJHHDR3KLKK8060 | | | Ohio | 8/8/2023 | | | **Released** to Aviator pursuant to the July 20, 2023 Release Agreement. **No entity listed as lienholder on provided certificate.** |
| 464 | | | 1XKYD40XXKJ242391 | | | | | | | |
| 465 | | | 1UYVS2530FU227206 | | | | | | | |
| 466 | | | 3AKJHHDR6LSLP8277 | | | | | | | |
| 467 | | | 1XPBD49X4ND781737 | | | | | | | |
| 468 | | | 3AKJHHDR3KSJL4133 | | | | | | | |
| 469 | | | 3AKJHLDR1JSJK6338 | | | | | | | |
| 470 | | | 3AKJHLDR3JSJL4201 | | | | | | | |
| 471 | | | 1UYVS2537H2156469 | | | | | | | |
| 472 | | | 3AKJHHDR7MSMX7580 | | | | | | | |
| 473 | | | 1UYVS2537HU891263 | | | | | | | |
| 474 | | | 1UYVS2537P6711721 | | | | | | | |
| 475 | | | 1UYVS2538H2156402 | | | | | | | |
| 476 | | | 1UYVS253XHU877177 | | | | | | | |
| 477 | | | 1JJV532D6PL413792 | | | | | | | |
| 478 | | | 4V4NC9EH6FN190256 | | | | | | | |
| 479 | | | 1XKYD49X1LJ392553 | | | | | | | |
| 480 | | | 1XPBD49X1PD860950 | | | | | | | |
| 481 | | | 1XPBD49X3ND781745 | | | | | | | |
| 482 | | | 4V4NC9EH3KN201370 | | | | | | | |
| 483 | | | 1XPBD49X8PD851453 | | | | | | | |
| 484 | | | 4V4WC9EG4JN903076 | | | | | | | |
| 485 | | | 1UYVS2530HU891217 | | | | | | | |
| 486 | | | 1UYVS2532HU891283 | | | | | | | |
| 487 | | | 1UYVS2530H2156409 | | | | | | | |
| 488 | | | 1FUJHHDR1KLKE4122 | | | | | | | |
| 489 | | | 3AKJHHDR7LSLX7915 | | | | | | | |
| 490 | | | 4V4WC9EH2KN208556 | | | | | | | |
| 491 | | | 4V4WC9EH0KN208572 | | | | | | | |
| 492 | | | 3AKJHPDV8KSKL3070 | | | | | | | |
| 493 | | | 1UYVS2531FU186410 | | | | | | | |
| 494 | | | 3AKJHHDR5MSMH8870 | | | | | | | |
| 495 | | | 4V4NC9EH1LN250732 | | | | | | | |
| 496 | | | 3HSDZAPR8JN532730 | | | | | | | |
| 497 | | | 1UYVS253XHU892004 | | | | | | | |
| 498 | | | 1UYVS2537H2156472 | | | | | | | |
| 499 | | | 1UYVS2532H2156461 | | | | | | | |
| 500 | | | 1UYVS2537HU891649 | | | | | | | |
| 501 | | | 1UYVS2530HU891623 | | | | | | | |
| 502 | | | 1UYVS2530HU891508 | | | | | | | |
| 503 | | | 1UYVS2535HU891505 | | | | | | | |
| 504 | | | 1UYVS2538HU891434 | | | | | | | |
| 505 | | | 1UYVS2534HU891415 | | | | | | | |
| 506 | | | 1UYVS2537HU891070 | | | | | | | |
| 507 | | | 1UYVS253XHU891418 | | | | | | | |
| 508 | | | 1UYVS2535HU891018 | | | | | | | |
| 509 | | | 4V4NC9EH8KN903829 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 510 | | | 1FUJGLD54GLGZ7992 | | | | | | | |
| 511 | | | 1FUJGLDR9HLJC5667 | | | | | | | |
| 512 | | | 4V4NC9EH4KN902872 | | | | | | | |
| 513 | | | 1XKYD49X5KJ242315 | | | | | | | |
| 514 | | | 3HSDZAPR8PN121112 | | | | | | | |
| 515 | | | 3AKJHHDR1KSKJ1419 | | | | | | | |
| 516 | | | 4V4NC9EH2RN631739 | | | | | | | |
| 517 | | | 3AKJHHDR4NSMF3850 | | | | | | | |
| 518 | | | 1XKYD49X8KJ229929 | | | | | | | |
| 519 | | | 4V4NC9EH3LN251168 | | | | | | | |
| 520 | | | 1XKYD49X5PJ264967 | | | | | | | |
| 521 | | | 3AKJGLDR7HSHZ6749 | | | | | | | |
| 522 | | | 3HSDZAPR5RN533295 | | | | | | | Indicated in Regions Vehicle List (row 50) |
| 523 | | | 3HSDZAPR4RN563632 | | | | | | | Indicated in Regions Vehicle List (row 219) |
| 524 | | | 1UYVS2532HU891266 | | | | | | | |
| 525 | | | 1UYVS2533GU189102 | | | | | | | |
| 526 | | | 1UYVS2533HU891373 | | | | | | | |
| 527 | | | 1UYVS2532HU891364 | | | | | | | |
| 528 | | | 4V4NC9EH6JN993786 | | | | | | | |
| 529 | | | 1FUJGLD56GLGX2267 | | | | | | | |
| 530 | | | 1DW1A5322GS632101 | | | | | | | |
| 531 | | | 1XKYD49X3JJ159822 | | | | | | | |
| 532 | | | 1XPBDP9X8KD600877 | | | | | | | |
| 533 | | | 1XPBDP9X0PD854347 | | | | | | | |
| 534 | | | 1XPBDP9X3KD600947 | | | | | | | |
| 535 | | | 3AKJHHDR8KSKD2067 | | | | | | | |
| 536 | | | 1FUJHHDR0KLKG9755 | | | | | | | |
| 537 | | | 3HSDZAPR9PN439286 | | | | | | | |
| 538 | | | 3HSDZAPR4PN424971 | | | | | | | |
| 539 | | | 3AKJHHDR5MSMH8805 | | | | | | | |
| 540 | | | 1XKYD49X5LJ399974 | | | | | | | |
| 541 | | | 3AKJHHDR3NSNA6750 | | | | | | | |
| 542 | | | 4V4WC9EH9KN208554 | | | | | | | |
| 543 | | | 3AKJHPDV9KSKL2977 | | | | | | | |
| 544 | | | 3AKJHLDV2KSKF9362 | | | | | | | |
| 545 | | | 1XPBDP9X3PD850485 | | | | | | | |
| 546 | | | 1XPBDP9X0PD850508 | | | | | | | |
| 547 | | | 1XKYD49X5NJ489919 | | | | | | | |
| 548 | | | 1XKYD49X1NJ499900 | | | | | | | |
| 549 | | | 1XPBD49X9PD850442 | | | | | | | |
| 550 | | | 1XPBD49XXPD841460 | | | | | | | |
| 551 | | | 3HSDZAPRXNN605408 | | | | | | | |
| 552 | | | 3AKJGLDR6JSJH6778 | | | | | | | |
| 553 | | | 1XKYD49XXJJ195815 | | | | | | | |
| 554 | | | 4V4NC9EJ5PN307510 | | | | | | | |
| 555 | | | 3AKJHHDRXNSMZ6237 | | | | | | | |
| 556 | | | 3AKJHHDR1PSNY3267 | | | | | | | |
| 557 | | | 3AKJHHDR7PSNX9207 | | | | | | | |
| 558 | | | 1XKYD49X0KJ229956 | | | | | | | |
| 559 | | | 1XPBD49X8PD850433 | | | | | | | |
| 560 | | | 1XKYD49X5NJ499897 | | | | | | | |
| 561 | | | 1GRAA0620JW129791 | | | | | | | |
| 562 | | | 3AKJHHDR5LSLK0239 | | | | | | | |
| 563 | | | 3AKJHHDR8KSKD2053 | | | | | | | |
| 564 | | | 4V4NC9EH7KN233495 | | | | | | | |
| 565 | | | 1XKYDP9X5KJ252974 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 566 | | | 3AKJGLDR4HSHZ6725 | | | | | | | |
| 567 | | | 1UYVS2535J2198399 | | | | | | | |
| 568 | | | 1XPBD49X2RD850527 | | | | | | | |
| 569 | | | 3AKJHHDR8JSJS3708 | | | | | | | |
| 570 | | | 3AKJHHDR1LSLL4087 | | | | | | | |
| 571 | | | 3AKJHHDR4KSKP8676 | | | | | | | |
| 572 | | | 4V4NC9EH6LN243551 | | | | | | | |
| 573 | | | 1FUJHHDRXMLMT9465 | | | | | | | |
| 574 | | | 3AKJHHDR4LSKW9073 | | | | | | | |
| 575 | | | 1XPBDP9X6KD600926 | | | | | | | |
| 576 | | | 3AKJHHDR9NSNB3802 | | | | | | | |
| 577 | | | 1XKYD49X3NJ499901 | | | | | | | |
| 578 | | | 3AKJHHDR7LSKW9245 | | | | | | | |
| 579 | | | 1XKYD49XXLJ964784 | | | | | | | |
| 580 | | | 3AKJHHDR1KSKP8652 | | | | | | | |
| 581 | | | 3AKJHHDRXKSKG3823 | | | | | | | |
| 582 | | | 3AKJHHDR3KSKL3048 | | | | | | | |
| 583 | | | 3AKJHPDV8LSLF0256 | | | | | | | |
| 584 | | | 3HSDZAPR8PN439277 | | | | | | | |
| 585 | | | 4V4WC9EH7KN208553 | | | | | | | |
| 586 | | | 4V4NC9EH3KN201076 | | | | | | | |
| 587 | | | 3HSDZAPR8PN493288 | | | | | | | |
| 588 | | | 3HSDZAPR0PN424949 | | | | | | | |
| 589 | | | 4V4NC9EH9LN251157 | | | | | | | |
| 590 | | | 3AKJGLDR9LSLJ9021 | | | | | | | |
| 591 | | | 3AKJHHDR6KSKD2200 | | | | | | | |
| 592 | | | 4V4NC9EH2NN603403 | | | | | | | |
| 593 | | | 1GRAA0622KE144347 | | | | | | | |
| 594 | | | 1UYVS2531FU192515 | | | | | | | |
| 595 | | | 3AKJGLD5XGSGN4147 | | | | | | | |
| 596 | | | 1XPBD49X2ND781753 | | | | | | | |
| 597 | | | 1FUJGLDR2JLHG8130 | | | | | | | |
| 598 | | | 1UYVS253XJ2479615 | | | | | | | |
| 599 | | | 4V4WC9EG8JN903078 | | | | | | | |
| 600 | | | 3AKJHHDR8KSKB4023 | | | | | | | |
| 601 | | | 3AKJHHDR1KSKB4154 | | | | | | | |
| 602 | | | 3AKJHHDR1KSKC0276 | | | | | | | |
| 603 | | | 4V4NC9EH9KN200949 | | | | | | | |
| 604 | | | 3AKJGLDR9JSJK1844 | | | | | | | |
| 605 | | | 3AKJHHDR6KSKF0423 | | | | | | | |
| 606 | | | 4V4WC9EH6KN208530 | | | | | | | |
| 607 | | | 3AKJHHDR4KSKF9895 | | | | | | | |
| 608 | | | 3AKJHPDVXLSLF0100 | | | | | | | |
| 609 | | | 3AKJHPDV7LSLF0099 | | | | | | | |
| 610 | | | 1FUJHHDR2LLLR3984 | | | | | | | |
| 611 | | | 3HSDZAPR3KN746199 | | | | | | | |
| 612 | | | 2M5921614N1208772 | | | | | | | |
| 613 | | | JHHSDM2H6KK008339 | | | | | | | |
| 614 | | | 1XKYDP9XXKJ233014 | | | | | | | |
| 615 | | | 1XPBD49X4PD841423 | | | | | | | |
| 616 | | | 1XKYD49X3NJ482693 | | | | | | | |
| 617 | | | 3HSDJAPR7GN221029 | | | | | | | |
| 618 | | | 1XPBDP9X9PD854346 | | | | | | | |
| 619 | | | 3HSDZAPR4KN226397 | | | | | | | |
| 620 | | | 3HSDJAPR3HN691298 | | | | | | | |
| 621 | | | 1JJV532B1MM262882 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|--------------------|-----------|-------------------|-----------------|------------------------|
| 622 | | | 1JJV532B8MM262880 | | | | | | | |
| 623 | | | 1XKYD49X9NJ482570 | | | | | | | |
| 624 | | | 3AKJGEDR3HSHE1237 | | | | | | | |
| 625 | | | 3AKJGLDR1KDKG6202 | | | | | | | |
| 626 | | | 1FUJGLDRXHLHM0963 | | | | | | | |
| 627 | | | 1XPBD49X8PD841425 | | | | | | | |
| 628 | | | 1XKYD49X8NJ482561 | | | | | | | |
| 629 | | | 1UYVS2535J2479506 | | | | | | | |
| 630 | | | 1XPXD49X5ND789545 | | | | | | | |
| 631 | | | 4V4NC9EH2KN196811 | | | | | | | |
| 632 | | | 4V4NC9EG9JN996902 | | | | | | | |
| 633 | | | 4V4NC9EG7JN996963 | | | | | | | |
| 634 | | | 4V4NC9EJ5NN310050 | | | | | | | |
| 635 | | | 3AKJHHFG9KSKM3496 | | | | | | | |
| 636 | | | 3AKJHHDR0JSHM7988 | | | | | | | |
| 637 | | | 1XKYD49X6JJ196413 | | | | | | | |
| 638 | | | 3AKJHHDR1KSKD3268 | | | | | | | |
| 639 | | | 4V4WC9EG7KN212237 | | | | | | | |
| 640 | | | 4V4WC9EG9KN212191 | | | | | | | |
| 641 | | | 3AKJHHDR2KSKH0054 | | | | | | | |
| 642 | | | 4V4WC9EH4KN208543 | | | | | | | |
| 643 | | | 4V4WC9EH0KN208555 | | | | | | | |
| 644 | | | 3AKJHLDR9JSJK6247 | | | | | | | |
| 645 | | | 1GRAA0628KW140880 | | | | | | | |
| 646 | | | 3AKJHHDR2PSUE0940 | | | | | | | |
| 647 | | | 3AKJHHDR4PSUE0969 | | | | | | | |
| 648 | | | 3AKJPDVXKSKL2888 | | | | | | | |
| 649 | | | 3AKJHLDV0KSKA4957 | | | | | | | |
| 650 | | | 3AKJHHDR5KSKF2714 | | | | | | | |
| 651 | | | 3AKJHHDR0JSJJ0127 | | | | | | | |
| 652 | | | 4V4NC9EH4KN220526 | | | | | | | |
| 653 | | | 3AKJHHDR8JSJJ0750 | | | | | | | |
| 654 | | | 3HSDZAPR7JN417391 | | | | | | | |
| 655 | | | 4V4NC9EH6PN603424 | | | | | | | |
| 656 | | | 1XKYD49X8LJ387740 | | | | | | | |
| 657 | | | 4V4NC9EH0LN230990 | | | | | | | |
| 658 | | | 1XKYD49X5LJ387761 | | | | | | | |
| 659 | | | 3HSDZAPR5KN534789 | | | | | | | |
| 660 | | | 3HSDZAPR9KN278446 | | | | | | | |
| 661 | | | 3AKJHHDR8MSMR6476 | | | | | | | |
| 662 | | | 3HSDZAPR2JN073176 | | | | | | | |
| 663 | | | 1XKYD49X2GJ463992 | | | | | | | |
| 664 | | | 3UTVS2532N8474714 | | | | | | | |
| 665 | | | 4V4NC9EH6NN603386 | | | | | | | |
| 666 | | | 1XKYD49X3NJ101019 | | | | | | | |
| 667 | | | 1JJV532B1MM262879 | | | | | | | |
| 668 | | | 3AKJGLDR5GSGP6477 | | | | | | | |
| 669 | | | 3AKJGLDR1HSHV1676 | | | | | | | |
| 670 | | | 1JJV532D8FL851180 | | | | | | | |
| 671 | | | 3HSDZAPR2PN563626 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 672 | | | 1XPBD49XXND781726 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 673 | | | 1FUJHHDR9NLMW8697 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 674 | | | 1FUJHHDRXNLMW8711 | | | | | | | |
| 675 | | | 1FUJHHDRXNLMW8532 | | | | | | | |
| 676 | | | 3AKJHHDR8JSJX4884 | | | | | | | |
| 677 | | | 1XPBD49X3PD850453 | | | | | | | |
| 678 | | | 4V4NC9EH2KN904586 | | | | | | | |
| 679 | | | 3AKJHHDR1JSJJ0475 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 680 | | | 1UYVS2535J2479618 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 681 | | | 1FUJHHDR6LLLA0430 | | | | | | | |
| 682 | | | 1UYVS2536FU192638 | | | | | | | |
| 683 | | | 3AKJGLDR9KSLG0923 | | | | | | | |
| 684 | | | 1FUJHHDR9KLKG9673 | | | Ohio | 8/8/2023 | | | Released to Aviator pursuant to the July 20, 2023 Release Agreement. No entity listed as lienholder on provided certificate. |
| 685 | | | 1XKYDP9X6PJ217903 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 686 | | | 1FUJGLDR6JLHG7904 | | | | | | | |
| 687 | | | 4V4NC9EH4KN201037 | | | | | | | |
| 688 | | | 1JJV532B0KL156152 | | | | | | | |
| 689 | | | 1UYVS2534HU891236 | | | | | | | |
| 690 | | | 1UYVS2533H2995003 | | | | | | | |
| 691 | | | 1UYVS2535HU891553 | | | | | | | |
| 692 | | | 1UYVS2535HU891360 | | | | | | | |
| 693 | | | 1UYVS253XH2995029 | | | | | | | |
| 694 | | | 1UYVS2531HU877178 | | | | | | | |
| 695 | | | 1UYVS2531HU891632 | | | | | | | |
| 696 | | | 4V4NC9EH4KN902757 | | | | | | | |
| 697 | | | 1UYVS2539FU393904 | | | | | | | |
| 698 | | | 1UYVS2531HU891274 | | | | | | | |
| 699 | | | 1UYVS2537HU892011 | | | | | | | |
| 700 | | | 1UYVS2533HU891017 | | | | | | | |
| 701 | | | 1UYVS2536HU873594 | | | | | | | |
| 702 | | | 3AKJHHDR7KSKF4903 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 703 | | | 3AKJHHDRXKSKH0156 | | | | | | | |
| 704 | | | 1UYVS2531EM774421 | | | | | | | |
| 705 | | | 3AKJHHDR4LSLP2378 | | | | | | | |
| 706 | | | 1XPBDP9X1KD600588 | | | | | | | |
| 707 | | | 1UYVS2538GU188964 | | | | | | | |
| 708 | | | 3AKJHHDR3LSKU2124 | | | | | | | |
| 709 | | | 1UYVS2539M6369619 | | | | | | | |
| 710 | | | 5KJJBHDR7JLJN2267 | | | | | | | |
| 711 | | | 3AKJHHDR9NSNA6753 | | | | | | | |
| 712 | | | 3HSDZAPR2NN566183 | | | | | | | |
| 713 | | | 3AKJHHDR0NSNB3798 | | | | | | | |
| 714 | | | 3AKJHHDR3LSKU2138 | | | | | | | |
| 715 | | | 3AKJGLDR7GSGX0616 | | | | | | | |
| 716 | | | 3AKJHHDR0KSKF4886 | | | | | | | |
| 717 | | | 4V4NC9EH4KN200857 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 718 | | | 1XKYDP9X0LJ360775 | | | | | | | Indicated as duplicate vehicle, with Regions as secured party, however, vehicle not located in Regions VIN List |
| 719 | | | 4V4WC9EH0KN208569 | | | | | | | |
| 720 | | | 1FUJGLDR3JLJS9059 | | | | | | | |
| 721 | | | 3AKJGLDR5KSJL3927 | | | | | | | |
| 722 | | | 3HSDZAPR4PN121107 | | | | | | | |
| 723 | | | 3AKJGLDR9JDKD0613 | | | | | | | |
| 724 | | | 1UYVS2538K6655104 | | | | | | | |
| 725 | | | 1UYVS2539FU192505 | | | | | | | |
| 726 | | | 4V4NC9EH3LN251039 | | | | | | | |
| 727 | | | 1XKYD49X4KJ225537 | | | | | | | |
| 728 | | | 4V4WC9EH2KN208508 | | | | | | | |
| 729 | | | 3AKJHPDV6KSKA4307 | | | | | | | |
| 730 | | | 3AKJHLDV8KSKF9253 | | | | | | | |
| 731 | | | 3HSDZAPR9KN120883 | | | | | | | |
| 732 | | | 1UYVS2533HU891535 | | | | | | | |
| 733 | | | 1UYVS253XHU891371 | | | | | | | |
| 734 | | | 4V4NC9EHXPN310965 | | | | | | | |
| 735 | | | 3HSDZAPR2PN439288 | | | | | | | |
| 736 | | | 4V4NC9EH6JN993044 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 737 | | | 3HSDZAPRXJN532762 | | | | | | | |
| 738 | | | 1FUJHHDR1KLKE3715 | | | | | | | |
| 739 | | | 3HSDZAPRXPN580707 | | | | | | | |
| 740 | | | 527SR5325PM031734 | | | | | | | |
| 741 | | | 4V4WC9EH3KN208579 | | | | | | | |
| 742 | | | 3AKJHHFG7KSKM3495 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 743 | | | 1FUJHHDR2KLKM1234 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 744 | | | 3AKJHHDR5KSJX1104 | | | | | | | |
| 745 | | | 527SR532XHL008988 | | | | | | | |
| 746 | | | 1UYVS2538GU189306 | | | | | | | |
| 747 | | | 1XKYD49X4KJ240104 | | | | | | | |
| 748 | | | 1XPBD49X4PD841499 | | | | | | | |
| 749 | | | 527SR532XHL009123 | | | | | | | |
| 750 | | | 3AKJHHDR9MSMY3459 | | | | | | | |
| 751 | | | 4V4NC9EHXKN193879 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 752 | | | 527SR5320NM026258 | | | | | | | |
| 753 | | | 3AKJHHDR4PSUJ4067 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 754 | | | 1FUJHHDR2LLKU7309 | | | | | | | |
| 755 | | | 1UYVS2531P6711715 | | | | | | | |
| 756 | | | 3AKJHHDR1JSHD9488 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 757 | | | 3UTVS2538N8445217 | | | | | | | |
| 758 | | | 1FUJHHDR9KLKE3655 | | | | | | | |
| 759 | | | 3AKJHHDR7KSJX1430 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|---------------------|-----------|-------------------|-----------------|------------------------|
| 760 | | | 3AKJHHDR1KSKB4171 | | | | | | | |
| 761 | | | 4V4WC9EG4KN198832 | | | | | | | |
| 762 | | | 3AKJHHDR2KSKJ0828 | | | | | | | |
| 763 | | | 3AKJHHDR8KSHU6945 | | | | | | | |
| 764 | | | 3AKJHPDV0KSKL3662 | | | | | | | |
| 765 | | | 3AKJHHDR7LSLP8272 | | | | | | | |
| 766 | | | 3HSDZAPR1KN112826 | | | | | | | |
| 767 | | | 3HSDZAPR8KN752094 | | | | | | | |
| 768 | | | 4V4NC9EH8KN200988 | | | | | | | |
| 769 | | | 1FUJHTDV5KLKG7631 | | | | | | | |
| 770 | | | 4V4NC9EH2JN993798 | | | | | | | |
| 771 | | | 4V4NC9EH5JN993987 | | | | | | | |
| 772 | | | 3HSDZAPRXJN532793 | | | | | | | |
| 773 | | | 4V4NC9EH5NN603427 | | | | | | | |
| 774 | | | 3AKJHPDV6LSLF0076 | | | | | | | |
| 775 | | | 3AKJHPDV8KSKL2971 | | | | | | | |
| 776 | | | 3HSDZAPR2KN285626 | | | | | | | |
| 777 | | | 3HSDZAPR2KN744122 | | | | | | | |
| 778 | | | 4V4WC9EG6KN198833 | | | | | | | |
| 779 | | | 4V4WC9EH1KN208533 | | | | | | | |
| 780 | | | 4V4NC9EH0KN220538 | | | | | | | |
| 781 | | | 4V4NC9EH3KN201112 | | | | | | | |
| 782 | | | 3AKJGLDR2JSHP7290 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 783 | | | 3AKJHHDRXLSLH9346 | | | | | | | |
| 784 | | | 1XKYD49X2LJ392612 | | | | | | | |
| 785 | | | 3AKJGLDR4JDKD0566 | | | | | | | |
| 786 | | | 1UYVS2532FU192572 | | | | | | | |
| 787 | | | 3AKJHHDR3LSLL1126 | | | | | | | |
| 788 | | | 3UTVS253XN8474816 | | | | | | | |
| 789 | | | 1XPBDP9X6PD832403 | | | | | | | |
| 790 | | | 1UYVS2532GM411192 | | | | | | | |
| 791 | | | 1JJV532B0LL174636 | | | | | | | |
| 792 | | | 1XKYD49X3KJ221124 | | | | | | | |
| 793 | | | 1XKYD49X6MJ461870 | | | | | | | |
| 794 | | | 1XKYDP9X0JJ182511 | | | | | | | |
| 795 | | | 3AKJHHDR4KSKD2020 | | | | | | | |
| 796 | | | 4V4NC9EHXJN885719 | | | | | | | |
| 797 | | | 5KJJBHDR1JLJN2278 | | | | | | | |
| 798 | | | 1XKYD49X6NJ100981 | | | | | | | |
| 799 | | | 3AKJGLD55GSGZ6600 | | | | | | | |
| 800 | | | 4V4WC9EH5KN208549 | | | | | | | |
| 801 | | | 4V4NC9EH2KN903860 | | | | | | | |
| 802 | | | 3AKJHHDR3KSKD2185 | | | | | | | |
| 803 | | | 1FUJHHDR2MLMA7377 | | | | | | | |
| 804 | | | 3AKJHHDR8JSJU6227 | | | | | | | |
| 805 | | | 3AKJHPDV8KSKA4440 | | | | | | | |
| 806 | | | 1GRAA0622JW100423 | | | | | | | |
| 807 | | | 3AKJHHDR3KSKL3809 | | | | | | | |
| 808 | | | 3ELDTMS42N6000844 | | | | | | | |
| 809 | | | 4V4NC9EG1FN912918 | | | | | | | |
| 810 | | | 1XKYD49X0NJ482568 | | | | | | | |
| 811 | | | 3AKJHHDR2KSKE2061 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|------------|-----------------|--------------------|-----------|-------------------|-----------------|------------------------|
| 812 | | | 1JJV532B2GL890928 | | | | | | | |
| 813 | | | 1XKYD49X6MJ466146 | | | | | | | |
| 814 | | | 1FUJHHDR0NLMW8488 | | | | | | | |
| 815 | | | 4V4NC9EH1NN312990 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 816 | | | 1FUJHHDR2KLKE3948 | | | | | | | |
| 817 | | | 3AKJHHDR6KSKJ0234 | | | | | | | |
| 818 | | | 3AKJHHDR5KSKJ0757 | | | | | | | |
| 819 | | | 4V4NC9EH4KN201135 | | | | | | | |
| 820 | | | 3AKJHHDR5KSKJ1164 | | | | | | | |
| 821 | | | 3AKJHHDR5KSKD2219 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 822 | | | 1XPBD49X7ND789797 | | | | | | | |
| 823 | | | 1UYVS2533HU891504 | | | | | | | |
| 824 | | | 4V4NC9EHXKN898133 | | | | | | | |
| 825 | | | 1XPBD49X2PD861038 | | | | | | | |
| 826 | | | 4V4WC9EH1KN208578 | | | | | | | |
| 827 | | | 5V8VC5327LM002068 | | | | | | | |
| 828 | | | 3HSDZAPR9PN443578 | | | | | | | |
| 829 | | | 3HSDZAPR9PN492656 | | | | | | | |
| 830 | | | 3AKJHHDR5LSLX0199 | | | | | | | |
| 831 | | | 3AKJHHDR8KSJW9024 | | | | | | | |
| 832 | | | 1XKYD49X9NJ466983 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 833 | | | 3AKJHHDR5JSJJ1810 | | | | | | | |
| 834 | | | 3AKJHHDR4JSJV3515 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 835 | | | 1FUJHHDR4MLMJ2178 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 836 | | | 3AKJHHDR8KSKD2196 | | | | | | | |
| 837 | | | 3HSDZAPR8KN560979 | | | | | | | |
| 838 | | | 1UYVS2539FM196229 | | | | | | | |
| 839 | | | 3AKJHHDR2MSMX7616 | | | | | | | |
| 840 | | | 1FUJHHDRXKLKG9746 | | | | | | | |
| 841 | | | 1UYVS2536HU877113 | | | | | | | |
| 842 | | | 1XKYD49X1LJ384677 | | | | | | | |
| 843 | | | 3AKJHHDR4KSKJ1110 | | | | | | | |
| 844 | | | 1XKYD49X3KJ253488 | | | | | | | |
| 845 | | | 4V4NC9EG6KN206568 | | | | | | | |
| 846 | | | 3AKJHPDV4KSKL3695 | | | | | | | |
| 847 | | | 3AKJHPDV3LSLG8972 | | | | | | | |
| 848 | | | 1FUJHHDR0KLKE4094 | | | | | | | |
| 849 | | | 3AKJGLDR3JDJY0988 | | | | | | | |
| 850 | | | 1XPBD49X5PD850454 | | | | | | | |
| 851 | | | 3UTVS2534N8474715 | | | | | | | |
| 852 | | | 4V4NC9EH3HN965857 | | | | | | | |
| 853 | | | 1XKYD49X6LJ392550 | | | | | | | |
| 854 | | | 3UTVS2531N8474719 | | | | | | | |
| 855 | | | 3AKJHHDR6KSKT0595 | | | | | | | |
| 856 | | | 3HSDZAPR6PN493287 | | | | | | | |
| 857 | | | 3AKJHHDR9KSKJ0468 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|--------------------|-----------|-------------------|-----------------|------------------------|
| 858 | | | 3HSDZAPR2JN166828 | | | | | | | |
| 859 | | | 4V4NC9EH3MN272801 | | | | | | | |
| 860 | | | 3AKJHHDR3KSKD2154 | | | | | | | |
| 861 | | | 1XKYD49X8JJ197689 | | | | | | | |
| 862 | | | 1XKYDP9X6KJ279309 | | | | | | | |
| 863 | | | 1XKYD49X6KJ236880 | | | | | | | |
| 864 | | | 1XPBDP9X8ND781595 | | | | | | | |
| 865 | | | 3AKJHHDR9MSMX7578 | | | | | | | |
| 866 | | | 1UYVS253XFU186468 | | | | | | | |
| 867 | | | 1UYVS2530HU891413 | | | | | | | |
| 868 | | | 1UYVS2536HU891268 | | | | | | | |
| 869 | | | 1UYVS2537H2995022 | | | | | | | |
| 870 | | | 4V4NC9EH3NN603281 | | | | | | | |
| 871 | | | 1XKYD49X9NJ123610 | | | | | | | |
| 872 | | | 4V4WC9EH4KN208557 | | | | | | | |
| 873 | | | 3AKJHPDV7KSKL3125 | | | | | | | |
| 874 | | | 3AKJHLDV8KSKA4012 | | | | | | | |
| 875 | | | 3HSDZAPR3KN125464 | | | | | | | |
| 876 | | | 1JJV532D1PL413795 | | | | | | | |
| 877 | | | 1UYVS2534HU891141 | | | | | | | |
| 878 | | | 1GR1A0629LE158103 | | | | | | | |
| 879 | | | 3AKJGLDR0HSHM5917 | | | | | | | |
| 880 | | | 4V4NC9EH2GN934646 | | | | | | | |
| 881 | | | 1GR1P0629PJ444495 | | | | | | | |
| 882 | | | 3AKJGLDR5HSHR5860 | | | | | | | |
| 883 | | | 1UYVS2538K2788307 | | | | | | | |
| 884 | | | 1XKYDP9XXJJ170866 | | | | | | | |
| 885 | | | 1XKYD49X8JJ190242 | | | | | | | |
| 886 | | | 3AKJHHDR3NSNA7204 | | | | | | | |
| 887 | | | 3AKJHHDR9NSMF3892 | | | | | | | |
| 888 | | | 3AKJHHDR5KSKD2141 | | | | | | | |
| 889 | | | 1UYVS2539EM774229 | | | | | | | |
| 890 | | | 3AKJGLDR5HSHT2399 | | | | | | | |
| 891 | | | 1FUJHHDRXKLKG9701 | | | | | | | |
| 892 | | | 1XKYD49X3MJ461860 | | | | | | | |
| 893 | | | 1UYVS2537EM774083 | | | | | | | |
| 894 | | | 1XPBD49X1PD861032 | | | | | | | |
| 895 | | | 1XKYDP9X4PJ233873 | | | | | | | |
| 896 | | | 3HSDZAPR5NN605400 | | | | | | | |
| 897 | | | 3AKJHHDR8MSMA4651 | | | | | | | |
| 898 | | | 1XKYD49X6NJ467024 | | | | | | | |
| 899 | | | 1UYVS2535M2208031 | | | | | | | |
| 900 | | | 1JJV532B8JL063281 | | | | | | | |
| 901 | | | 1XPBD49X8ND781756 | | | | | | | |
| 902 | | | 1FUJHHDR9KLKG9740 | | | | | | | |
| 903 | | | 1JJV532B4LL174672 | | | | | | | |
| 904 | | | 1JJV532BXJL063282 | | | | | | | |
| 905 | | | 3HSLGAPRXKN332287 | | | | | | | |
| 906 | | | 3AKJGLDR9HSHF7852 | | | | | | | |
| 907 | | | 1XKYD49X8KJ225525 | | | | | | | |
| 908 | | | 4V4NC9EH4NN603466 | | | | | | | |
| 909 | | | 1XKYD49X1KJ253490 | | | | | | | |
| 910 | | | 4V4NC9EH1KN201013 | | | | | | | |
| 911 | | | 4V4NC9EH6KN201007 | | | | | | | |
| 912 | | | 4V4WC9EH9KN208537 | | | | | | | |
| 913 | | | 3AKJHHDR6LSLU9118 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|---------------------|-----------|-------------------|-----------------|------------------------|
| 914 | | | 3AKJHPDV5KSKM2695 | | | | | | | |
| 915 | | | 3AKJHDRXMSMH8699 | | | | | | | |
| 916 | | | 3HSDZTZR8KN136873 | | | | | | | |
| 917 | | | 1GRAA0621KW140865 | | | | | | | |
| 918 | | | 3AKJGLDR8HSHR5397 | | | | | | | |
| 919 | | | 3AKJHHDRXKSJW7601 | | | | | | | |
| 920 | | | 3AKJHHDRXKSKY0383 | | | | | | | |
| 921 | | | 1XPBD49X4PD889214 | | | | | | | |
| 922 | | | 1XPBD49X7PD889224 | | | | | | | |
| 923 | | | 4V4NC9EH2KN200890 | | | | | | | |
| 924 | | | 4V4NC9EH0MN273212 | | | | | | | |
| 925 | | | 4V4NC9EH3KN200879 | | | | | | | |
| 926 | | | 4V4NC9EH4KN200972 | | | | | | | |
| 927 | | | 3AKJHHDR7JSJJ0884 | | | | | | | |
| 928 | | | 4V4NC9EHXKN201110 | | | | | | | |
| 929 | | | 3UTVS2532N8474602 | | | | | | | |
| 930 | | | 4V4NC9EH5NN603430 | | | | | | | |
| 931 | | | 527SR5329NL024711 | | | | | | | |
| 932 | | | 4V4NC9EHXMN246180 | | | | | | | |
| 933 | | | 3AKJHHDR2KSKD2064 | | | | | | | |
| 934 | | | 1XKYD49X5NJ499902 | | | | | | | |
| 935 | | | 1GRAA062XKW131730 | | | | | | | |
| 936 | | | 1UYVS2537N3476817 | | | | | | | |
| 937 | | | 4V4NC9EH8PN310964 | | | | | | | |
| 938 | | | 1XPBDP9X6PD850514 | | | | | | | |
| 939 | | | 3AKJHHDR3LSLK1454 | | | | | | | |
| 940 | | | 4V4NC9EH1KN903932 | | | | | | | |
| 941 | | | 1XKYD49XXNJ101048 | | | | | | | |
| 942 | | | 1XPXD49X7ND792141 | | | | | | | |
| 943 | | | 5V8VC5329NT206962 | | | | | | | |
| 944 | | | 1XPBD49X2LD714728 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 945 | | | 3AKJHHDR4LSKU2116 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 946 | | | 3AKJHHDR4KSKJ0328 | | | | | | | |
| 947 | | | 4V4NC9EH9KN900213 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 948 | | | 527SR5326LL017647 | | | | | | | |
| 949 | | | 1XKYDP9X9LJ307850 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 950 | | | 1FUJHHDR6MLMT9494 | | | | | | | |
| 951 | | | 1UYVS2531P6711701 | | | | | | | |
| 952 | | | 1XKYD49X8NJ499800 | | | | | | | |
| 953 | | | 4V4NC9EH3JN893175 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 954 | | | 1UYVS2536GU188462 | | | | | | | |
| 955 | | | 3AKJHHDR0MSMM2282 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|--------------------|-----------|-------------------|----------------|------------------------|
| 956 | | | 1XKYD49X8KJ284333 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 957 | | | 3AKJHHDR9LSLL0496 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 958 | | | 1M1AN4GY9PM033963 | | | | | | | |
| 959 | | | 1XKYD49X0FJ294999 | | | Ohio | 8/29/2023 | | | Released to Aviator pursuant to the July 20, 2023 Release Agreement. No entity listed as lienholder on provided certificate. |
| 960 | | | 1UYVS2530GM410557 | | | | | | | |
| 961 | | | 3AKJHHDR1NSMZ6238 | | | | | | | |
| 962 | | | 3AKJHHDR0MSMU0581 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 963 | | | 4V4NC9EH4JN992992 | | | | | | | |
| 964 | | | 3AKJHPDV4LSLF0075 | | | | | | | |
| 965 | | | 1UYVS2539HU891328 | | | | | | | |
| 966 | | | 5V8VA5329GM610945 | | | | | | | |
| 967 | | | 1DW1A5328GS632104 | | | | | | | |
| 968 | | | 1XKYDP9X3PJ218085 | | | | | | | |
| 969 | | | 1XPBD49X1ND781744 | | | | | | | |
| 970 | | | 1FUJGED57GLHN0549 | | | | | | | |
| 971 | | | 1XKYD49X3NJ482662 | | | | | | | |
| 972 | | | 1FUJGLD60FLGC9840 | | | | | | | |
| 973 | | | 3AKJGLDRXHSHR5630 | | | | | | | |
| 974 | | | 1XKYD49X7NJ100973 | | | | | | | |
| 975 | | | 3AKJHHDR6JSJJ1489 | | | | | | | |
| 976 | | | 4V4WC9EH5KN208552 | | | | | | | |
| 977 | | | 3AKJHHDR9JSJW7040 | | | | | | | |
| 978 | | | 3AKJHLDV4KSKF9315 | | | | | | | |
| 979 | | | 3AKJHLDV9KSKA4049 | | | | | | | |
| 980 | | | 3AKJHLDV4KSKA4069 | | | | | | | |
| 981 | | | 3AKJHPDVXKSKL2938 | | | | | | | |
| 982 | | | 3AKJHHDR6KSKD2052 | | | | | | | |
| 983 | | | 1UYVS2536EG893032 | | | | | | | |
| 984 | | | 3HSDZAPR2KN279051 | | | | | | | |
| 985 | | | 4V4NC9EH2NN288277 | | | | | | | |
| 986 | | | 1XKYD49X5NJ467029 | | | | | | | |
| 987 | | | 1XKYD49X5LJ301655 | | | | | | | |
| 988 | | | 4V4WC9EG1KN198836 | | | | | | | |
| 989 | | | 4V4WC9EH8KN208495 | | | | | | | |
| 990 | | | 5V8VC5329MT109887 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 991 | | | 1XKYDP9X5KJ236595 | | | | | | | |
| 992 | | | 3HSDZAPR6PN424972 | | | | | | | |
| 993 | | | 3HSDZAPR1PN439301 | | | | | | | |
| 994 | | | 1XKYDP9X7KJ239112 | | | | | | | |
| 995 | | | 4V4NC9EH5KN905618 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 996 | | | 3HSDZAPR2PN493299 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 997 | | | 4V4NC9EG1FN913485 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|--------------------|-----------|-------------------|-----------------|------------------------|
| 998 | | | 1RNF53A22PR061382 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 999 | | | 3AKJHHDR2LSLK0294 | | | | | | | |
| 1000 | | | 3AKJHHDR3MSML6511 | | | | | | | |
| 1001 | | | 4V4NC9EH1PN612452 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1002 | | | 3AKJHHDR0RSVA3200 | | | | | | | |
| 1003 | | | 3UTVS2539N8474919 | | | | | | | |
| 1004 | | | 3AKJHHDR0KSKD2211 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1005 | | | 1XKYD49X2PJ217864 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1006 | | | 1FUJHHDR6KLJZ9022 | | | | | | | |
| 1007 | | | 4V4NC9EH2KN898112 | | | | | | | |
| 1008 | | | 4V4NC9EH2GN954444 | | | | | | | |
| 1009 | | | 3AKJHHDR8KSKJ1014 | | | | | | | |
| 1010 | | | 1XKYD49X6LJ964782 | | | | | | | |
| 1011 | | | 3AKJHHDR4LSLS7747 | | | | | | | |
| 1012 | | | 4V4NC9EH2NN603434 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1013 | | | 5V8VC5324PT303098 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1014 | | | 1JJV532D2NL388452 | | | | | | | |
| 1015 | | | 1JJV532D9NL357201 | | | | | | | |
| 1016 | | | 1UYVS2530FU192554 | | | | | | | |
| 1017 | | | 1FUJGEDR7HLJD0832 | | | | | | | |
| 1018 | | | 1UYVS2534FU186448 | | | | | | | |
| 1019 | | | 1XPBD49X0PD841449 | | | | | | | |
| 1020 | | | 4V4NC9EG9GN165344 | | | | | | | |
| 1021 | | | 3AKJHHDR3NSNB3813 | | | | | | | |
| 1022 | | | 3AKJHHDR5NSMZ3679 | | | | | | | |
| 1023 | | | 3HSDZAPR3PN424962 | | | | | | | |
| 1024 | | | 3AKJHHDR3KSKD2171 | | | | | | | |
| 1025 | | | 3HSDZAPRXPN493275 | | | | | | | |
| 1026 | | | 4V4NC9EH7KN213909 | | | | | | | |
| 1027 | | | 4V4WC9EH5KKN208566 | | | | | | | |
| 1028 | | | 3AKJHHDR4LSLP8276 | | | | | | | |
| 1029 | | | 3AKJHHDRXKSKJ0530 | | | | | | | |
| 1030 | | | 3AKJHLDV9KSKA4066 | | | | | | | |
| 1031 | | | 3AKJHLDV4KSKA4072 | | | | | | | |
| 1032 | | | 3AKJHLDV0KSKL3511 | | | | | | | |
| 1033 | | | 3AKJHLDV6KSKA3988 | | | | | | | |
| 1034 | | | 3HSDZAPR4PN439292 | | | | | | | |
| 1035 | | | 3AKJHHDR0KSKE2009 | | | | | | | |
| 1036 | | | 527SR5327JM012688 | | | | | | | |
| 1037 | | | 4V4NC9EH3KN902751 | | | | | | | |
| 1038 | | | 1XKYD49X9JJ182473 | | | | | | | |
| 1039 | | | 4V4NC9EH3JN993776 | | | | | | | |
| 1040 | | | 1XPBD49X8ND781742 | | | | | | | |
| 1041 | | | 1XKYD49X7KJ253493 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|----------------|--------------------|-----------|------------------|----------------|------------------------|
| 1042 | | | 3AKJHHDR6KSKH8805 | | | | | | | |
| 1043 | | | 1JJV532D1PL326303 | | | | | | | |
| 1044 | | | 3AKJHHDRXKSKJ0320 | | | | | | | |
| 1045 | | | 3UTVS2534N8474813 | | | | | | | |
| 1046 | | | 1JJV532D5NL371869 | | | | | | | |
| 1047 | | | 3AKJHHDR3KSKH3853 | | | | | | | |
| 1048 | | | 1XKYD49X0NJ479136 | | | | | | | |
| 1049 | | | 3AKJHHDR3NSNC0907 | | | | | | | |
| 1050 | | | 1JJV532DXNL357191 | | | | | | | |
| 1051 | | | 3AKJHHDR8KSKD2117 | | | | | | | |
| 1052 | | | 3H3V532K0PJ463873 | | | | | | | |
| 1053 | | | 1UYVS2531GM411121 | | | | | | | |
| 1054 | | | 1FUJGLDR1GLGV7842 | | | | | | | |
| 1055 | | | 3ALACWDT4HDJD8758 | | | | | | | |
| 1056 | | | 1FUJGLDR9HLHM1201 | | | | | | | |
| 1057 | | | 1XKYD49X0JJ182443 | | | | | | | |
| 1058 | | | 3HSDJAPR2HN410849 | | | | | | | |
| 1059 | | | 1XKYDP9X0PJ233871 | | | | | | | |
| 1060 | | | 1XPBD49X9ND789784 | | | | | | | |
| 1061 | | | 3HSDZAPR6KN365012 | | | | | | | |
| 1062 | | | 4V4NC9EH6KN213979 | | | | | | | |
| 1063 | | | 3AKJHHDV6MSMK2681 | | | | | | | |
| 1064 | | | 3AKJHHDR8LSKZ8382 | | | | | | | |
| 1065 | | | 1UYVS2536M2352218 | | | | | | | |
| 1066 | | | 1DW1A5320GB623705 | | | | | | | |
| 1067 | | | 1JJV532D7NL316999 | | | | | | | |
| 1068 | | | 1UYVS2539N7509406 | | | | | | | |
| 1069 | | | 1UYVS253XHU891001 | | | | | | | |
| 1070 | | | 4V4WC9EH0KN208491 | | | | | | | |
| 1071 | | | 3AKJHPDV7KSKL3710 | | | | | | | |
| 1072 | | | 1UYVS2530HU891170 | | | | | | | |
| 1073 | | | 3AKJHLDV2KSKM2615 | | | | | | | |
| 1074 | | | 3AKJHHDR1KSKE1418 | | | | | | | |
| 1075 | | | 1UYVS2532HU891316 | | | | | | | |
| 1076 | | | 1UYVS2531GM411412 | | | | | | | |
| 1077 | | | 1JJV532BXMM262881 | | | | | | | |
| 1078 | | | 3HSDZAPR4KN115915 | | | | | | | |
| 1079 | | | 1UYVS2535HU891116 | | | | | | | |
| 1080 | | | 4V4WC9EH3KN208551 | | | | | | | |
| 1081 | | | 3AKJHHFG7KSLL2273 | | | | | | | |
| 1082 | | | 3HSDZAPR6KN114541 | | | | | | | |
| 1083 | | | 4V4NC9EH0KN201147 | | | | | | | |
| 1084 | | | 3HSDZAPRXPN493289 | | | | | | | |
| 1085 | | | 3HSDJSNRXGN127252 | | | | | | | |
| 1086 | | | 3AKJHHDR3KSKD2073 | | | | | | | |
| 1087 | | | 3AKJHHDR2LSKC0465 | | | | | | | |
| 1088 | | | 3AKJHHDR6KSKD2150 | | | | | | | |
| 1089 | | | 3AKJHHDR4KSKM4964 | | | | | | | |
| 1090 | | | 3AKJHHDR2LSKF4969 | | | | | | | |
| 1091 | | | 1JJV532D9NL357375 | | | | | | | |
| 1092 | | | 1JJV532D3NL316997 | | | | | | | |
| 1093 | | | 3AKJGLD57GSGU6233 | | | | | | | |
| 1094 | | | 3H3V532C5LT275177 | | | | | | | |
| 1095 | | | 1JJV532B8LL174920 | | | | | | | |
| 1096 | | | 1UYVS2537EU830104 | | | | | | | |
| 1097 | | | 1GRAA0625HW110440 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 1098 | | | 4V4WC9EH6KN208527 | | | | | | | |
| 1099 | | | 4V4WC9EH8KN208562 | | | | | | | |
| 1100 | | | 1GRAA0620GW701631 | | | | | | | |
| 1101 | | | 1UYVS2537M6416520 | | | | | | | |
| 1102 | | | 1GRAA0620KW145541 | | | | | | | |
| 1103 | | | 1FUJHHDR5KLKE4107 | | | | | | | |
| 1104 | | | 3AKJHHDR5KSKA1200 | | | | | | | |
| 1105 | | | 3H3V532C3GT476002 | | | | | | | |
| 1106 | | | 4V4NC9EHXJN999400 | | | | | | | |
| 1107 | | | 3AKJHHDR7MSMY3461 | | | | | | | |
| 1108 | | | 1JJV532B8JL063278 | | | | | | | |
| 1109 | | | 1XKYDP9X3LJ360785 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1110 | | | 1UYVS2539HU891359 | | | | | | | |
| 1111 | | | 1UYVS2536HU891206 | | | | | | | |
| 1112 | | | 1UYVS2534HU891074 | | | | | | | |
| 1113 | | | 1UYVS2535P6711717 | | | | | | | |
| 1114 | | | 1UYVS2533P6711716 | | | | | | | |
| 1115 | | | 527SR532XPM031745 | | | | | | | |
| 1116 | | | 1UYVS2531L2579136 | | | | | | | |
| 1117 | | | 1JJV532D8PL326315 | | | | | | | |
| 1118 | | | 3AKJHHDR7KSKD2061 | | | | | | | |
| 1119 | | | 4V4NC9EH0KN201438 | | | | | | | |
| 1120 | | | 3AKJHHDR3KSKJ1048 | | | | | | | |
| 1121 | | | 3AKJHHDR0KSJL3974 | | | | | | | |
| 1122 | | | 1FUJHHDR9KLKE4496 | | | | | | | |
| 1123 | | | 1UYVS2532FU227207 | | | | | | | |
| 1124 | | | 1XKYD49XXNJ494839 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1125 | | | 4V4NC9EH6MN273215 | | | | | | | |
| 1126 | | | 4V4NC9EH6NN601346 | | | | | | | |
| 1127 | | | 4V4WC9EH2KN208573 | | | | | | | |
| 1128 | | | 4V4NC9EH2PN310961 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1129 | | | 3AKJHLDV7KSKF9308 | | | | | | | |
| 1130 | | | 3AKJHLDV5KSKF9324 | | | | | | | |
| 1131 | | | 1XKYDP9X3PJ233864 | | | | | | | |
| 1132 | | | 3AKJHHDRXKSJX1261 | | | | | | | |
| 1133 | | | 3HSDZAPR5PN439298 | | | | | | | |
| 1134 | | | 3AKJHHDR2PSNU8477 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1135 | | | 3HSDZAPR9PN492649 | | | | | | | |
| 1136 | | | 3HSDZAPR4PN439308 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1137 | | | 3HSDZAPR7PN443577 | | | | | | | |
| 1138 | | | 3H3V532K3NJ541222 | | | | | | | |
| 1139 | | | 1XKYD49X3NJ499915 | | | | | | | |
| 1140 | | | 1XPBD49X1ND781761 | | | | | | | |
| 1141 | | | 1XPBD49X6PD850429 | | | | | | | |
| 1142 | | | 1XKYD49X8MJ460056 | | | | | | | |
| 1143 | | | 3AKJGLDR1HSHD8194 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|----------------|-------------------|-----------|------------------|----------------|----------------------|
| 1144 | | | 3AKJHHDR6LSKU4532 | | | | | | | |
| 1145 | | | 3AKJHHDR0KSKD2063 | | | | | | | |
| 1146 | | | 1XKYDP9X4PJ218094 | | | | | | | |
| 1147 | | | 1UYVS2535GU188548 | | | | | | | |
| 1148 | | | 3AKJHLDV4KSKF9251 | | | | | | | |
| 1149 | | | 3AKJHHDR8KSKJ0512 | | | | | | | |
| 1150 | | | 1JJV532D0NL357474 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1151 | | | 3AKJHHDR5KSKB4173 | | | | | | | |
| 1152 | | | 3AKJHHDR4KSKB3791 | | | | | | | |
| 1153 | | | 3AKJHHDR2KSKB3742 | | | | | | | |
| 1154 | | | 4V4WC9EH3KN208565 | | | | | | | |
| 1155 | | | 4V4WC9EH7KN208567 | | | | | | | |
| 1156 | | | 1GRAA062XKW140881 | | | | | | | |
| 1157 | | | 3HSDZAPR0KN533601 | | | | | | | |
| 1158 | | | 3HSDZAPR3KN119227 | | | | | | | |
| 1159 | | | 1JJV532D9NL357196 | | | | | | | |
| 1160 | | | 1HTMMMML0HH576558 | | | | | | | |
| 1161 | | | 3AKJHHDR1LSKU2199 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1162 | | | 1XPBD49X0JD495295 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1163 | | | 3AKJHHDR5KSKD2205 | | | | | | | |
| 1164 | | | 3HSDZAPR0NN605398 | | | | | | | |
| 1165 | | | 1XPBDP9X4PD854349 | | | | | | | |
| 1166 | | | 1XKYD49X6JJ202310 | | | | | | | |
| 1167 | | | 3HSDZAPR0PN560613 | | | | | | | |
| 1168 | | | 3AKJHHDR0NSNB3784 | | | | | | | |
| 1169 | | | 3AKJHHDR1KSKL3016 | | | | | | | |
| 1170 | | | 1FUJHHDR4KLKX4185 | | | | | | | |
| 1171 | | | 4V4WC9EH8KN208576 | | | | | | | |
| 1172 | | | 3AKJHHDR5KSKL3035 | | | | | | | |
| 1173 | | | 3AKJHHDR6LSKL7631 | | | | | | | |
| 1174 | | | 3AKJHLDV0KSKF9229 | | | | | | | |
| 1175 | | | 4V4NC9EHXKN906229 | | | | | | | |
| 1176 | | | 1FUJHHDR8MLMM2056 | | | | | | | |
| 1177 | | | 4V4NC9EH9KN902849 | | | | | | | |
| 1178 | | | 3AKJHHDR4LSKV8297 | | | | | | | |
| 1179 | | | 1XPBD49X9PD854359 | | | | | | | |
| 1180 | | | 3HSDZAPR6PN121898 | | | | | | | |
| 1181 | | | 527SR5323PM033403 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1182 | | | 4V4NC9EH2NN603479 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1183 | | | 4V4NC9EH7KN201162 | | | | | | | |
| 1184 | | | 1XKYD49X8PJ246544 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1185 | | | 3AKJHHDR7NSMZ6227 | | | | | | | |
| 1186 | | | 1FUJHHDR8MLMA7383 | | | | | | | |
| 1187 | | | 4V4NC9EH9KN200966 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 1188 | | | 3AKJHHDR2KSJW7169 | | | | | | | |
| 1189 | | | 3AKJHHDR2NSMF3880 | | | | | | | |
| 1190 | | | 3AKJGLDR0JSJD2694 | | | | | | | |
| 1191 | | | 3AKJGLD52GSGX1802 | | | | | | | |
| 1192 | | | 1JJV532D3DL743434 | | | | | | | |
| 1193 | | | 4V4NC9EH5HN988542 | | | | | | | |
| 1194 | | | 1XKYD49X8HJ122582 | | | | | | | |
| 1195 | | | 3AKJGLDR6HSHR5592 | | | | | | | |
| 1196 | | | 3AKJHHDR2NSMZ6239 | | | | | | | |
| 1197 | | | 3AKJHLDV2KSKF9250 | | | | | | | |
| 1198 | | | 1UYVS2536EM774205 | | | | | | | |
| 1199 | | | 1GRAA0620FB700274 | | | | | | | |
| 1200 | | | 1UYVS2536FU185933 | | | | | | | |
| 1201 | | | 1UYVS2539GU675610 | | | | | | | |
| 1202 | | | 1UYVS2533GU412433 | | | | | | | |
| 1203 | | | 3AKJHHDR8JSJJ0862 | | | | | | | |
| 1204 | | | 1GRAA062XGE701528 | | | | | | | |
| 1205 | | | 1GRAA0627GW704834 | | | | | | | |
| 1206 | | | 1UYVS2537GU189216 | | | | | | | |
| 1207 | | | 1UYVS2532GG579039 | | | | | | | |
| 1208 | | | 1UYVS2531GM410762 | | | | | | | |
| 1209 | | | 1UYVS253XGU189159 | | | | | | | |
| 1210 | | | 3H3V532C9MR308048 | | | | | | | |
| 1211 | | | 3AKJHHDR6LSKU7978 | | | | | | | |
| 1212 | | | 1UYVS2533HU800702 | | | | | | | |
| 1213 | | | 3H3V532C9HT172075 | | | | | | | |
| 1214 | | | 1GRAP0626HT614169 | | | | | | | |
| 1215 | | | 1GRAP0622HT614184 | | | | | | | |
| 1216 | | | 1GRAP0627HT614164 | | | | | | | |
| 1217 | | | 1GRAP0623HT614114 | | | | | | | |
| 1218 | | | 1GRAP0620HT614183 | | | | | | | |
| 1219 | | | 1GRAP0628HT614173 | | | | | | | |
| 1220 | | | 1GRAP0621HT614113 | | | | | | | |
| 1221 | | | 1GRAP0628HT614156 | | | | | | | |
| 1222 | | | 1GRAP0629HT614182 | | | | | | | |
| 1223 | | | 3H3V532C5HT585062 | | | | | | | |
| 1224 | | | 5V8VC5321DM307793 | | | | | | | |
| 1225 | | | 5V8VC5326DM307790 | | | | | | | |
| 1226 | | | 3AKJHHDR4KSKG4403 | | | | | | | |
| 1227 | | | 3H3V532C6DT176045 | | | | | | | |
| 1228 | | | 1UYVS2536EU961847 | | | | | | | |
| 1229 | | | 1UYVS2534EG007130 | | | | | | | |
| 1230 | | | 1FUJGLDR1GLHE1980 | | | | | | | |
| 1231 | | | 3AKJGLDR5GSGW8881 | | | | | | | |
| 1232 | | | 4V4NC9EHXGN967698 | | | | | | | |
| 1233 | | | 1FUJGLD52GLGZ7991 | | | | | | | |
| 1234 | | | 3AKJGLD56GSGN4114 | | | | | | | |
| 1235 | | | 5KJJBHDR5GLHA8826 | | | | | | | |
| 1236 | | | 4V4NC9EG5GN190984 | | | | | | | |
| 1237 | | | 1FUJGLD51GLGT7135 | | | | | | | |
| 1238 | | | 1FUJGLD50GLGZ7990 | | | | | | | |
| 1239 | | | 1XKYD49X8HJ132593 | | | | | | | |
| 1240 | | | 4V4WC9EH4LN234982 | | | | | | | |
| 1241 | | | 1FUJHHDR7NLMW5538 | | | | | | | |
| 1242 | | | 4V4NC9EH1KN202243 | | | | | | | |
| 1243 | | | 4V4NC9EH0HN963922 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 1244 | | | 1FUJGLDR0HLHF2356 | | | | | | | |
| 1245 | | | 3AKJGLDR9HSHJ4763 | | | | | | | |
| 1246 | | | 3AKJGLDR7HSHZ6802 | | | | | | | |
| 1247 | | | 1FUJGLDR0HLJC3077 | | | | | | | |
| 1248 | | | 3AKJHHDR4NSNA6370 | | | | | | | |
| 1249 | | | 3AKJGLDR9HSHZ6221 | | | | | | | |
| 1250 | | | 5KJBHD55GLHC9365 | | | | | | | |
| 1251 | | | 527SR5323LL018335 | | | | | | | |
| 1252 | | | 3AKJGLDRXGSGV5771 | | | | | | | |
| 1253 | | | 3AKJGLDR2HSHZ6836 | | | | | | | |
| 1254 | | | 1XKYD49X3HJ122571 | | | | | | | |
| 1255 | | | 3AKJGLDR2HSHZ6819 | | | | | | | |
| 1256 | | | 3AKJGLDR5HSHT2421 | | | | | | | |
| 1257 | | | 3AKJGLDR8HSHM5695 | | | | | | | |
| 1258 | | | 3AKJGLDR8HSHR5643 | | | | | | | |
| 1259 | | | 3AKJGLDR5HSHZ6765 | | | | | | | |
| 1260 | | | 1XPBDP9X5ND781599 | | | | | | | |
| 1261 | | | 3AKJGLDR4HSGP5287 | | | | | | | |
| 1262 | | | 3AKJHLDV7KSKA4132 | | | | | | | |
| 1263 | | | 3AKJGLDR6HSHT2380 | | | | | | | |
| 1264 | | | 3AKJGLDR5HSHT2337 | | | | | | | |
| 1265 | | | 3AKJGLDRXHSHT2320 | | | | | | | |
| 1266 | | | 3AKJGLDR7HSHJ4373 | | | | | | | |
| 1267 | | | 3AKJHHDR4JSJL3880 | | | | | | | |
| 1268 | | | 3AKJGLD58FSFX3923 | | | | | | | |
| 1269 | | | 3AKJGEDV6FSGF8430 | | | | | | | |
| 1270 | | | 4V4NC9EJ4FN188248 | | | | | | | |
| 1271 | | | 3HSDJAPR7FN638102 | | | | | | | |
| 1272 | | | 3AKJGLD58GSHB1117 | | | | | | | |
| 1273 | | | 1XKYDP9X7GJ459731 | | | | | | | |
| 1274 | | | 1JJV532B0GL976013 | | | | | | | |
| 1275 | | | 527SR5326KM017382 | | | | | | | |
| 1276 | | | 3AKJGLDR9JSJK8955 | | | | | | | |
| 1277 | | | 1FUJHHDR4KLKE4101 | | | | | | | |
| 1278 | | | 3AKJGLDR1JSJK8982 | | | | | | | |
| 1279 | | | 3AKJGLDR2JSJJ0037 | | | | | | | |
| 1280 | | | 3AKJGLDR6HSJJ9950 | | | | | | | |
| 1281 | | | 3AKJHHDR0JSJW0025 | | | | | | | |
| 1282 | | | 3AKJHHDR1JSJL3853 | | | | | | | |
| 1283 | | | 3AKJHHDR5JSJK9000 | | | | | | | |
| 1284 | | | 3AKJHHDR5JSJS5724 | | | | | | | |
| 1285 | | | 3AKJHHDR6JSJJ0875 | | | | | | | |
| 1286 | | | 3AKJHHDR0NSNA6382 | | | | | | | |
| 1287 | | | 3AKJHHDR6LSKU3199 | | | | | | | |
| 1288 | | | 3AKJHHDR7KSJX9348 | | | | | | | |
| 1289 | | | 3AKJHHDR7LSKU7813 | | | | | | | |
| 1290 | | | 3AKJHHDR8JSJJ0649 | | | | | | | |
| 1291 | | | 3HSDZAPR5PNA24963 | | | | | | | |
| 1292 | | | 3AKJGLD54FSGL7679 | | | | | | | |
| 1293 | | | 3AKJHHDR8JSJS5331 | | | | | | | |
| 1294 | | | 3AKJHHDR8KSKE3361 | | | | | | | |
| 1295 | | | 3AKJHHDR8LSKZ6955 | | | | | | | |
| 1296 | | | 3AKJHHDR9JSJJ0112 | | | | | | | |
| 1297 | | | 3AKJHHDRXKSKL3743 | | | | | | | |
| 1298 | | | 3AKJHHDRXJSHW5608 | | | | | | | |
| 1299 | | | 3AKJHHFG8LSLV3912 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 1300 | | | 3HSDZAPR8JN339588 | | | | | | | |
| 1301 | | | 1XKYD49X2JJ211179 | | | | | | | |
| 1302 | | | 1XKYD49X4JJ182509 | | | | | | | |
| 1303 | | | 1XKYD49X9NJ285782 | | | | | | | |
| 1304 | | | 1GRAA0621JW128021 | | | | | | | |
| 1305 | | | 1XKYD49XXKJ242195 | | | | | | | |
| 1306 | | | 4V4NC9TH0KN217318 | | | | | | | |
| 1307 | | | 3AKJHHDR6KSKB3808 | | | | | | | |
| 1308 | | | 1FUJHHDR3KLKE3814 | | | | | | | |
| 1309 | | | 3AKJHHDR2KSKJ1056 | | | | | | | |
| 1310 | | | 3AKJHHDR1KSKJ1128 | | | | | | | |
| 1311 | | | 3AKJHHDR1JSJJ0590 | | | | | | | |
| 1312 | | | 4V4NC9EH8LN246970 | | | | | | | |
| 1313 | | | 3AKJHHDR1LSKW9130 | | | | | | | |
| 1314 | | | 1XPBDP9X4HD365080 | | | | | | | |
| 1315 | | | 3H3V532C5MR192024 | | | | | | | |
| 1316 | | | 3AKJHHDR4MSMG4667 | | | | | | | |
| 1317 | | | 3AKJHHDR3LSKJ2155 | | | Ohio | 1/3/2023 | | | Released to Aviator pursuant to the November 15, 2022 Release Agreement. No entity listed as lienholder on provided certificate. |
| 1318 | | | 1UYVS2535HU877152 | | | | | | | |
| 1319 | | | LJRR53268C6000561 | | | | | | | |
| 1320 | | | 1UYVS2539HU800705 | | | | | | | |
| 1321 | | | 1XKYD49X3HJ122716 | | | | | | | |
| 1322 | | | 3HSDJAPR0HN411837 | | | | | | | |
| 1323 | | | 1XKYD49X8MJ466147 | | | | | | | |
| 1324 | | | 3AKJGLDR9GSGV5731 | | | | | | | |
| 1325 | | | 1XKWD40X6HJ162552 | | | | | | | |
| 1326 | | | 3AKJHHDR6LSKZ8381 | | | | | | | |
| 1327 | | | 3AKJHHDR4LSLP0288 | | | | | | | |
| 1328 | | | 1UYVS2533GM410844 | | | | | | | |
| 1329 | | | 1UYVS2535HU891035 | | | | | | | |
| 1330 | | | 1GRAA0625EW703341 | | | | | | | |
| 1331 | | | 1JJV532D3NL352415 | | | | | | | |
| 1332 | | | 3HSDJAPR9FN569431 | | | | | | | |
| 1333 | | | 3H3V532K4NJ783100 | | | | | | | |
| 1334 | | | 3H3V532KXNJ783084 | | | | | | | |
| 1335 | | | 1UYVS2539FU227219 | | | | | | | |
| 1336 | | | 1XKYD49X6JJ213260 | | | | | | | |
| 1337 | | | 1XKYD49X4NJ489877 | | | | | | | |
| 1338 | | | 1XKYDP9X4GJ983709 | | | | | | | |
| 1339 | | | 1XKYDP9X5HJ989052 | | | | | | | |
| 1340 | | | 3AKJHHDR5MSMX7593 | | | | | | | |
| 1341 | | | 1XPXD49X0ND789548 | | | | | | | |
| 1342 | | | 3AKJHHDR1KSJX7949 | | | | | | | |
| 1343 | | | 4V4NC9EH1KN201111 | | | | | | | |
| 1344 | | | 3AKJGLDR2GSGW8482 | | | | | | | |
| 1345 | | | 3AKJHHDRXKSKJ0074 | | | | | | | |
| 1346 | | | 3AKJHHDR3KSKM2932 | | | | | | | |
| 1347 | | | 3AKJHPDV6LSLF0059 | | | | | | | |
| 1348 | | | 4V4NC9EJXLN231003 | | | | | | | |
| 1349 | | | 3AKJHPDV1LSLF0132 | | | | | | | |
| 1350 | | | 3HSDZAPR5KN300975 | | | | | | | |
| 1351 | | | 3HSDZAPR2KN752091 | | | | | | | |
| 1352 | | | 1UYVS2536HU891531 | | | | | | | |
| 1353 | | | 4V4NC9EH3LN250716 | | | | | | | |

| # | Lender | Debtor | Vehicle Serial Number | VIN Source | VIN Source Date | Title Issuing State | Title Date | UCC Filing Number | UCC Filing Date | Duplicate VIN Location |
|---|--------|--------|----------------------|-----------|-----------------|---------------------|-----------|-------------------|-----------------|------------------------|
| 1354 | | | 1UYVS2535HU891049 | | | | | | | |
| 1355 | | | 1XKYD49X6KJ240301 | | | | | | | |
| 1356 | | | 3AKJHHDR6JSJJ0360 | | | | | | | |
| 1357 | | | 1XKYDP9X0JJ189510 | | | | | | | |
| 1358 | | | 4V4NC9EH6KN200794 | | | | | | | |
| 1359 | | | 50XBE1825NA032484 | | | | | | | |
| 1360 | | | 3AKJHHDR7LSKU4541 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1361 | | | 3HSDZAPR9PN439305 | | | | | | | |
| 1362 | | | 4V4NC9EH5KN221085 | | | | | | | |
| 1363 | | | 1XKYD49X6KJ236667 | | | | | | | |
| 1364 | | | 3AKJHHDR9KSKD2160 | | | | | | | |
| 1365 | | | 4V4NC9EH3KN201062 | | | | | | | |
| 1366 | | | 3AKJHHDR8LSLP0293 | | | | | | | |
| 1367 | | | 3AKJHHDR3LSLP0282 | | | | | | | |
| 1368 | | | 3AKJHHDR1LSKZ8353 | | | | | | | |
| 1369 | | | 3HSDZAPR5JN073009 | | | | | | | |
| 1370 | | | 3HSDZAPR4PN121897 | | | | | | | |
| 1371 | | | 3AKJHHDR9KSKF0514 | | | | | | | |
| 1372 | | | 3AKJHHDRXKSKD2152 | | | | | | | |
| 1373 | | | 3AKJGLDRXHSHR5238 | | | | | | | |
| 1374 | | | 4V4NC9EH7LN230937 | | | | | | | |
| 1375 | | | 1FUJHHDR6MLMA7432 | | | | | | | |
| 1376 | | | 4V4NC9EH4KN213317 | | | | | | | |
| 1377 | | | 1XPBD49X6ND781738 | | | | | | | |
| 1378 | | | 1FUJHHDR6LLLM4819 | | | | | | | |
| 1379 | | | 3AKJHHDR1KSKJ1095 | | | | | | | |
| 1380 | | | 3AKJHHDR8KSKJ1045 | | | | | | | |
| 1381 | | | 4V4NC9EHXKN902911 | | | | | | | |
| 1382 | | | 4V4NC9EHXKN201107 | | | | | | | |
| 1383 | | | 3HSDZAPRXPN569139 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1384 | | | 1XKYD49X6LJ399899 | | | | | | | |
| 1385 | | | 1GRAA0622JW129792 | | | | | | | |
| 1386 | | | 1JJV532B0LL218764 | | | | | | | |
| 1387 | | | 1UYVS2535K3506506 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1388 | | | 1XKYD49X8LJ387737 | | | | | | | |
| 1389 | | | 4V4NC9EH9HN951199 | | | | | | | |
| 1390 | | | 3HSDZAPR2PN121106 | | | | | | | |
| 1391 | | | 3AKJHLDV3KSKA4970 | | | | | | | |
| 1392 | | | 1JJV532B5KL156146 | | | | | | | Indicated as duplicate vehicle, with Regions as additional secured party, however, vehicle not located in Regions VIN List |
| 1393 | | | 1FUJHHDR4LLKU7246 | | | | | | | |

This is Exhibit "U" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____
*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

| VIN/Serial Number |
|---|
| LJRR53268C6000561 |
| JHHSDM2H9JK007765 |
| JHHSDM2H7HK005443 |
| 5V8VC5326DM307790 |
| 5V8VC5321NT200315 |
| 5V8VC5321DM307793 |
| 5V8VA5329GM610945 |
| 5PVNV8JV8D4S53498 |
| 5PVNV8JV7D4S53511 |
| 5PVNV8JV5D4S53359 |
| 5KJJBHDR5GLHA8826 |
| 5KJJBHDR1JLJN2278 |
| 527SR532XPM031745 |
| 527SR5329RM037040 |
| 527SR5324RM037009 |
| 527SR5322RM037042 |
| 1DW1A5320GB623705 |
| 527SR5322RM037008 |
| 527SR5321PM031746 |
| 527SR5320RM037041 |
| 527SR5320NM026258 |
| 4V4WC9EH8KN208576 |
| 4V4WC9EH8KN208559 |
| 1DW1A5322GS632101 |
| 4V4WC9EH8KN208495 |
| 4V4WC9EH7KN208570 |
| 4V4WC9EH7KN208567 |
| 4V4WC9EH7KN208553 |
| 4V4WC9EH6KN208558 |
| 4V4WC9EH5KN208552 |
| 4V4WC9EH4LN234982 |
| 4V4WC9EH4KN208560 |
| 4V4WC9EH4KN208557 |
| 4V4WC9EH4KN208526 |
| 4V4WC9EH3KN208579 |
| 4V4WC9EH3KN208548 |
| 4V4WC9EH2KN208573 |
| 4V4WC9EH2KN208556 |
| 4V4WC9EH2KN208508 |
| 1DW1A5325GS632108 |
| 4V4WC9EH2KN208489 |
| 4V4WC9EH1KN208578 |
| 4V4WC9EH1KN208533 |

4V4WC9EH0PN607408
4V4WC9EH0KN208569
1DW1A5327GS632109
4V4WC9EH0KN208555
4V4WC9EH0KN208491
4V4WC9EG6KN198833
1DW1A5328GS632104
4V4WC9EG4KN198832
4V4WC9EG2KN212212
4V4WC9EG1KN198836
4V4NC9TH0KN217318
4V4NC9EJ4FN188248
4V4NC9EHXRN639832
4V4NC9EHXMN273217
4V4NC9EHXKN898133
4V4NC9EHXKN200989
4V4NC9EHXJN999400
4V4NC9EHXHN976760
4V4NC9EHXGN967698
4V4NC9EH9LN251157
4V4NC9EH9KN902849
4V4NC9EH9KN201440
4V4NC9EH9KN200966
4V4NC9EH9JN887462
4V4NC9EH9JN887459
4V4NC9EH9FN919074
4V4NC9EH8NN603373
4V4NC9EH8NN603342
1FUJGEDR7HLJD0832
4V4NC9EH8NN601350
4V4NC9EH8MN273216
4V4NC9EH8LN250775
4V4NC9EH8KN201445
4V4NC9EH8KN200859
1FUJGHDV5ELFP2896
4V4NC9EH8FN190260
4V4NC9EH7KN213912
4V4NC9EH7KN213909
4V4NC9EH7KN201162
4V4NC9EH7KN200996
4V4NC9EH7JN887458
1FUJGLD50FLGF6401
1FUJGLD50GLGX2250
4V4NC9EH6NN601346

4V4NC9EH6NN305128
4V4NC9EH6MN273215
1FUJGLD52GLGZ7991
4V4NC9EH6KN213979
4V4NC9EH6KN201007
4V4NC9EH6JN993786
1FUJGLD54GLGZ7992
4V4NC9EH5LN250765
4V4NC9EH5KN201435
4V4NC9EH5JN993987
4V4NC9EH5GN949965
4V4NC9EH4LN251082
4V4NC9EH4KN902872
4V4NC9EH4KN902774
4V4NC9EH4KN902757
4V4NC9EH4KN201393
1FUJGLDR0HLJC3077
4V4NC9EH4KN200972
1FUJGLDR1GLHE1980
4V4NC9EH4JN992992
4V4NC9EH4FN910007
4V4NC9EH3MN272801
4V4NC9EH3LN251168
4V4NC9EH3LN251039
1FUJGLDR2DSBR0061
4V4NC9EH3KN903849
4V4NC9EH3KN902927
4V4NC9EH3KN201398
4V4NC9EH3KN201370
4V4NC9EH3KN201174
4V4NC9EH3KN201000
1FUJGLDR3JLJS9059
4V4NC9EH3KN200879
4V4NC9EH3JN993776
4V4NC9EH3FN919071
4V4NC9EH2RN631739
4V4NC9EH2NN288277
4V4NC9EH2LN251081
4V4NC9EH2LN225273
4V4NC9EH2KN903860
4V4NC9EH2KN200890
4V4NC9EH2KN196811
4V4NC9EH2JN993798
4V4NC9EH2HN979460

| |
|---|
| 4V4NC9EH2GN934646 |
| 4V4NC9EH2FN919059 |
| 4V4NC9EH2FN186172 |
| 4V4NC9EH1NN601349 |
| 4V4NC9EH1KN903963 |
| 4V4NC9EH1KN201013 |
| 4V4NC9EH1JN993808 |
| 4V4NC9EH0MN273212 |
| 4V4NC9EH0LN251161 |
| 4V4NC9EH0KN902805 |
| 4V4NC9EH0KN201438 |
| 4V4NC9EH0HN979473 |
| 4V4NC9EG9JN996902 |
| 1FUJHHDR0KLKE4094 |
| 4V4NC9EG9GN165344 |
| 4V4NC9EG8GN960787 |
| 4V4NC9EG7JN996963 |
| 4V4NC9EG7HN991630 |
| 4V4NC9EG6KN206568 |
| 4V4NC9EG6HN986225 |
| 4V4NC9EG6FN912946 |
| 4V4NC9EG6FN912929 |
| 4V4NC9EG5GN960794 |
| 4V4NC9EG5FN909150 |
| 4V4NC9EG4HN986224 |
| 4V4NC9EG4FN912928 |
| 4V4NC9EG3JN996961 |
| 4V4NC9EG3FN912905 |
| 4V4NC9EG2HN986223 |
| 4V4NC9EG1JN996960 |
| 4V4NC9EG0GN948505 |
| 3UTVS2538N8445217 |
| 3UTVS2534N8474715 |
| 3UTVS2533N8474608 |
| 3UTVS2532N8474714 |
| 3UTVS2531N8474719 |
| 3UTVS2531N8474607 |
| 3HSDZAPRXNN566190 |
| 3HSDZAPRXKN298723 |
| 3HSDZAPR9PN492649 |
| 3HSDZAPR9KN120883 |
| 3HSDZAPR9JN532736 |
| 3HSDZAPR8KN752094 |
| 3HSDZAPR8KN560979 |

3HSDZAPR8KN533572
1FUJHHDR1MLMC2520
3HSDZAPR7PN443577
3HSDZAPR7JN417391
3HSDZAPR6KN430666
3HSDZAPR6KN114541
3HSDZAPR5PN443559
3HSDZAPR5NN605400
3HSDZAPR5KN534789
3HSDZAPR5KN101263
3HSDZAPR4KN226397
3HSDZAPR4KN115915
3HSDZAPR3KN106073
3HSDZAPR2RN570840
3HSDZAPR2PN439288
3HSDZAPR2KN744122
3HSDZAPR2KN285626
3HSDZAPR2KN279051
3HSDZAPR2JN166828
3HSDZAPR1KN112826
3HSDZAPR0KN533601
3HSDZAPR0KN284765
1FUJHHDR2LLKU7309
3HSDJAPR4GN795538
3H3V532K1NJ783099
3H3V532K0NJ783109
1FUJHHDR2LLLN1881
3H3V532C9HT585033
1FUJHHDR2MLMA7377
3H3V532C7HT585080
3H3V532C6DT176045
1FUJHHDR2MLML7306
3H3V532C0LT201052
3H3V532C0FT261028
3ELA6RX20NG000219
3ALACWDT4HDJD8758
3AKJHPDVXKSKL2888
3AKJHPDV8KSKL3070
3AKJHPDV8KSKL2971
3AKJHPDV7LSLG8960
3AKJHPDV7LSLF0264
3AKJHPDV7KSKL3710
3AKJHPDV7KSKL3125
3AKJHPDV6LSLF0434

3AKJHPDV6LSLF0076
3AKJHPDV6KSKL3083
3AKJHPDV6KSKA4307
3AKJHPDV5KSKM2695
3AKJHPDV4LSLF0075
3AKJHPDV4KSKL3695
3AKJHPDV3LSLG8972
3AKJHPDV0KSKL3662
3AKJHPDV0KSKL3080
3AKJHLDV9KSKA4066
1FUJHHDR3KLKE4462
3AKJHLDV8KSKA4172
3AKJHLDV8KSKA4012
3AKJHLDV7KSKF9356
3AKJHLDV7KSKF9325
3AKJHLDV7KSKF9308
3AKJHLDV6KSKA3988
3AKJHLDV5KSKM2866
1FUJHHDR3LLLN1422
3AKJHLDV5KSKF9324
3AKJHLDV4KSKA4072
3AKJHLDV2KSKF9233
3AKJHLDV0KSKL3511
3AKJHLDV0KSKF9229
3AKJHLDV0KSKA4957
3AKJHLDR9JSJL4199
3AKJHHDV6MSMK2681
3AKJHHDRXNSNA6759
3AKJHHDRXMSMX7590
3AKJHHDRXMSMH8881
3AKJHHDRXKSKY0383
3AKJHHDRXKSKL3743
3AKJHHDRXKSKJ0320
3AKJHHDRXKSKH0156
3AKJHHDRXKSKD2054
3AKJHHDRXKSJZ5348
3AKJHHDRXJSHW5608
3AKJHHDR9NSMZ3670
3AKJHHDR9MSMX7578
3AKJHHDR9MSMH8967
3AKJHHDR9LSLP0285
3AKJHHDR9LSKZ8374
3AKJHHDR9KSKL3023
3AKJHHDR9KSKJ1118

| |
|---|
| 3AKJHHDR9KSKB5391 |
| 3AKJHHDR9KSKB3737 |
| 3AKJHHDR9JSJT9562 |
| 3AKJHHDR9JSJJ0112 |
| 3AKJHHDR8NSNF6320 |
| 3AKJHHDR8MSMC2034 |
| 3AKJHHDR8MSMA8182 |
| 3AKJHHDR8LSLY5487 |
| 3AKJHHDR8LSLP8202 |
| 3AKJHHDR8LSKZ6955 |
| 3AKJHHDR8KSKL1120 |
| 3AKJHHDR8KSKJ1420 |
| 3AKJHHDR8KSKJ1045 |
| 3AKJHHDR8KSKJ0512 |
| 3AKJHHDR8KSKE3361 |
| 3AKJHHDR8KSHU6945 |
| 3AKJHHDR8JSJS5331 |
| 3AKJHHDR8JSJJ0862 |
| 3AKJHHDR8JSJJ0750 |
| 3AKJHHDR7NSMF3888 |
| 3AKJHHDR7MSMY3461 |
| 3AKJHHDR7LSLP8272 |
| 3AKJHHDR7LSKZ8356 |
| 3AKJHHDR7LSKW9245 |
| 3AKJHHDR7KSKJ1084 |
| 3AKJHHDR7KSKB4188 |
| 3AKJHHDR7KSJX9348 |
| 3AKJHHDR7KSJX1430 |
| 3AKJHHDR7JSJW5979 |
| 3AKJHHDR7JSJJ1923 |
| 3AKJHHDR7JSJJ1422 |
| 3AKJHHDR6NSMF3879 |
| 3AKJHHDR6LSKZ8381 |
| 3AKJHHDR6KSKJ1271 |
| 3AKJHHDR6KSKJ1111 |
| 3AKJHHDR6KSKD2052 |
| 3AKJHHDR6KSKB4151 |
| 3AKJHHDR6JSJJ0875 |
| 3AKJHHDR5NSNA6894 |
| 1FUJHHDR5KLKE4026 |
| 1FUJHHDR5KLKE4107 |
| 3AKJHHDR5NSMZ3679 |
| 1FUJHHDR5KLKG9721 |
| 3AKJHHDR5NSMF3887 |

3AKJHHDR5MSMH8870
3AKJHHDR5MSMH8819
3AKJHHDR5MSMH8805
3AKJHHDR5MSMA8169
3AKJHHDR5LSLK0239
3AKJHHDR5KSKU4732
3AKJHHDR5KSKS2617
3AKJHHDR5KSKD2141
3AKJHHDR5KSKB4173
3AKJHHDR5JSJS5724
3AKJHHDR4PSUE0969
3AKJHHDR4NSNA6756
3AKJHHDR4NSNA6742
3AKJHHDR4NSMZ3673
3AKJHHDR4NSMF3850
3AKJHHDR4MSMX7598
3AKJHHDR4MSMA8180
3AKJHHDR4LSLP8276
3AKJHHDR4LSLP2378
3AKJHHDR4LSLP0288
3AKJHHDR4KSKJ1110
3AKJHHDR4KSKJ0328
3AKJHHDR4KSKG4403
3AKJHHDR4KSKF9895
3AKJHHDR4KSKD2020
3AKJHHDR4KSKC3592
3AKJHHDR4KSKB4052
3AKJHHDR4KSKB3791
3AKJHHDR4KSJX1188
3AKJHHDR3NSNB3813
1FUJHHDR6KLJZ8923
3AKJHHDR3NSNA7204
3AKJHHDR3NSNA6750
3AKJHHDR3LSLX0203
3AKJHHDR3LSLP8284
3AKJHHDR3LSKZ8371
3AKJHHDR3LSKU2124
3AKJHHDR3KSKL3048
3AKJHHDR3KSKE1646
3AKJHHDR3KSKD2171
3AKJHHDR3KSKD2154
3AKJHHDR3KSJL4133
3AKJHHDR2PSUE0940
3AKJHHDR2KSKJ1297

3AKJHHDR2KSKJ0828
3AKJHHDR2KSKB3742
3AKJHHDR1MSMH9028
3AKJHHDR1LSMJ0102
3AKJHHDR1LSLX0202
3AKJHHDR1LSLP1267
3AKJHHDR1KSKL3016
3AKJHHDR1KSKJ1095
3AKJHHDR1KSKJ0190
3AKJHHDR1KSKC0276
3AKJHHDR1KSKB4171
1FUJHHDR7KLKG9462
3AKJHHDR1KSKB4154
3AKJHHDR1JSJL3853
3AKJHHDR0RSVA3200
3AKJHHDR0NSNB3798
3AKJHHDR0NSNB3784
3AKJHHDR0NSNA6382
3AKJHHDR0NSMF3859
3AKJHHDR0MSMX7601
3AKJHHDR0LSLP0305
3AKJHHDR0LSKZ8375
3AKJHHDR0KSKJ1220
3AKJHHDR0KSKJ1007
3AKJHHDR0KSKH0070
3AKJHHDR0JSJK0592
3AKJGLDV2HSJC4670
3AKJGLDRXHSHT2415
3AKJGLDRXGSGV5771
3AKJGLDR9KSLG0923
3AKJGLDR9JSJK8955
3AKJGLDR9HSHZ6221
3AKJGLDR9GSGV5731
3AKJGLDR8HSHR5643
3AKJGLDR8HSHR5397
3AKJGLDR8HSHM5695
3AKJGLDR7HSHZ6802
3AKJGLDR7HSHR5634
3AKJGLDR7GSGX0616
3AKJGLDR6HSJJ9950
3AKJGLDR6HSHT2380
3AKJGLDR6HSHR5592
3AKJGLDR5KSJL3927
3AKJGLDR5JSJJ0288

3AKJGLDR5HSHT4671
3AKJGLDR5HSHT2421
3AKJGLDR5HSHT2337
3AKJGLDR5HSHR5860
3AKJGLDR5GSGW8881
3AKJGLDR5GSGP6477
3AKJGLDR4JDKD0566
3AKJGLDR4HSGP5287
3AKJGLDR4HDHY0030
3AKJGLDR3JSJJ0015
3AKJGLDR2JSJJ0233
3AKJGLDR2HSHZ6836
1FUJHHDR8NLMW8559
3AKJGLDR2HSHZ6819
3AKJGLDR1KDKG6202
3AKJGLDR1HSHD8194
3AKJGLDR0HSHM5917
3AKJGLD61GSGZ5565
3AKJGLD5XGSGN4178
3AKJGLD59GSGZ6678
3AKJGLD58GSHB1117
3AKJGLD58FSFX3923
3AKJGLD57GSGN4123
3AKJGLD57FSGB8961
1FUJHHDR9KLKE3655
3AKJGLD56GSGN4114
3AKJGLD53FSGK0081
3AKJGEDV9HSHT9347
3AKJGEDV6FSGF8430
3AKJGEDV5FSGB5794
3AKJGEDV3FSGB5793
2M5921617N1208779
1XPXD49X6ND781793
1XPBDP9X8ND781600
1XPBDP9X8ND781595
1XPBDP9X8KD612978
1XPBDP9X8KD600930
1XPBDP9X8KD600877
1XPBDP9X6PD850514
1XPBDP9X6KD600926
1XPBDP9X5ND781599
1XPBDP9X5KD600867
1FUJHHDR9NLMW7470
1XPBDP9X3PD854343

1XPBDP9X3KD600947
1XPBDP9X1KD600588
1XPBD49XXPD860946
1XPBD49X8ND781756
1XPBD49X8ND781742
1XPBD49X7KD610668
1XPBD49X7KD610640
1XPBD49X6PD875587
1XPBD49X4PD889214
1XPBD49X4ND781771
1XPBD49X3PD860979
1XPBD49X2PD861038
1XPBD49X2ND781753
1XPBD49X1PD861032
1XPBD49X1PD860950
1XPBD49X1ND781761
1XPBD49X0PD841449
1XPBD48X9FD247314
1FUJHHDRXKLKG9746
1XKYDP9X7PJ234922
1FUJHHDRXLLLA0429
1XKYDP9X7GJ459731
1XKYDP9X6KJ279309
1XKYDP9X4JJ182513
1XKYDP9X1KJ251689
1XKYDP9X0JJ182511
1XKYD49XXHJ132644
1XKYD49X9NJ499918
1XKYD49X9NJ482570
1XKYD49X9NJ123610
1XKYD49X9KJ285782
1XKYD49X9JJ182473
1XKYD49X9HJ132473
1XKYD49X8NJ482561
1XKYD49X8MJ466147
1XKYD49X8JJ197689
1XKYD49X8HJ132593
1XKYD49X7NJ482552
1XKYD49X7NJ100973
1XKYD49X7MJ447136
1XKYD49X7KJ278720
1XKYD49X7KJ253493
1XKYD49X6NJ100978
1XKYD49X6MJ466146

| |
|---|
| 1XKYD49X6MJ461870 |
| 1XKYD49X6MJ443160 |
| 1XKYD49X6LJ392550 |
| 1XKYD49X6LJ387753 |
| 1XKYD49X6KJ236880 |
| 1XKYD49X6JJ196413 |
| 1XKYD49X5PJ264919 |
| 1XKYD49X5KJ225496 |
| 1XKYD49X4NJ467006 |
| 1XKYD49X4LJ387749 |
| 1XKYD49X4KJ256402 |
| 1XKYD49X4KJ253483 |
| 1FUJHPDV3KLKG7764 |
| 1XKYD49X4KJ225537 |
| 1XKYD49X3NJ499915 |
| 1FUJHTDV5KLKG7631 |
| 1XKYD49X3NJ499901 |
| 1XKYD49X3NJ482693 |
| 1XKYD49X3NJ482533 |
| 1XKYD49X3NJ101019 |
| 1XKYD49X3MJ461860 |
| 1XKYD49X3LJ387726 |
| 1XKYD49X3JJ159822 |
| 1XKYD49X3HJ122716 |
| 1XKYD49X2LJ392612 |
| 1FVACXDT4EHFP5615 |
| 1FVACXDU1FHGE5352 |
| 1XKYD49X2KJ242188 |
| 1XKYD49X1NJ499900 |
| 1XKYD49X1NJ482532 |
| 1XKYD49X1LJ392553 |
| 1XKYD49X1LJ384677 |
| 1XKYD49X1KJ253490 |
| 1XKYD49X1JJ208807 |
| 1XKYD49X0NJ482568 |
| 1XKYD49X0LJ387781 |
| 1XKYD49X0JJ182443 |
| 1XKWD40X6HJ162552 |
| 1UYVS253XP6711714 |
| 1UYVS253XHU892004 |
| 1UYVS253XHU891662 |
| 1UYVS253XHU891466 |
| 1UYVS253XHU891371 |
| 1UYVS253XHU891001 |

1UYVS253XHU877177
1UYVS253XHU877132
1UYVS253XHU877101
1UYVS253XGU189159
1UYVS253XFU192416
1UYVS253XFU186521
1UYVS2539N7509406
1UYVS2539M6416504
1UYVS2539M6369619
1UYVS2539H2995040
1UYVS2539H2995037
1UYVS2539H2891910
1UYVS2539GU675610
1UYVS2539GG579040
1UYVS2539FU393904
1UYVS2539FU192505
1UYVS2539FU186557
1UYVS2539FM196229
1UYVS2539EM774229
1UYVS2538K2752455
1UYVS2538HU891675
1UYVS2538HU891627
1UYVS2538HU891577
1UYVS2538HU891434
1UYVS2538HU891286
1UYVS2538HU891238
1UYVS2538H2995031
1UYVS2538H2156402
1UYVS2538GU189256
1UYVS2537N3476817
1UYVS2537M6416520
1UYVS2537HU891649
1GRAA0621JW128021
1UYVS2537HU891571
1UYVS2537HU891523
1UYVS2537HU891263
1UYVS2537HU891070
1UYVS2537HU891036
1UYVS2537HU877105
1UYVS2537H2995022
1UYVS2537H2156472
1UYVS2537H2156469
1UYVS2537GU189216
1UYVS2537FU192406

1UYVS2537FU186301
1UYVS2537EU830104
1UYVS2537EM774083
1UYVS2536K2594410
1UYVS2536HU891576
1UYVS2536HU891514
1UYVS2536HU891447
1GRAA0626GW701634
1UYVS2536HU891318
1GRAA0627GW701383
1UYVS2536HU891142
1UYVS2536HU877161
1GRAA0628GW701389
1GRAA0628GW703448
1UYVS2536HU877113
1UYVS2536FU185933
1UYVS2536EU961847
1GRAA0629FW700816
1UYVS2536EM774205
1UYVS2535P6711720
1UYVS2535HU891553
1UYVS2535HU891505
1UYVS2535HU891360
1UYVS2535HU891214
1UYVS2535HU891178
1UYVS2535HU891116
1UYVS2535HU891052
1UYVS2535HU891035
1UYVS2535HU891018
1UYVS2535HU877152
1UYVS2535H2156471
1UYVS2535GU188548
1UYVS2535GU188453
1UYVS2534HU891415
1UYVS2534HU891401
1UYVS2534HU891141
1UYVS2534HU891107
1UYVS2534HU891012
1UYVS2534HU877109
1HTMMMML0HH576558
1UYVS2534H2995026
1UYVS2534H2891913
1UYVS2534GU188511
1UYVS2534FU186319

1UYVS2534FU185963
1UYVS2534FU185638
1UYVS2533HU891535
1UYVS2533HU891373
1UYVS2533HU891308
1UYVS2533HU891227
1UYVS2533HU891017
1UYVS2533HU877165
1JJV532B2GL890928
1UYVS2533HU877103
1UYVS2533HU800702
1UYVS2533H2995003
1UYVS2533GU412433
1UYVS2533GU188516
1UYVS2533GM410844
1UYVS2532K2752435
1UYVS2532HU891364
1UYVS2532HU891283
1UYVS2532HU891266
1UYVS2532H2995008
1UYVS2532H2891943
1UYVS2532H2156461
1UYVS2532GM411192
1UYVS2532GG579039
1UYVS2532FU227207
1UYVS2532FU192572
1UYVS2531P6711715
1UYVS2531P6711701
1UYVS2531L2579136
1UYVS2531HU891632
1UYVS2531HU891520
1UYVS2531HU891372
1UYVS2531HU891310
1JJV532B8JL063278
1UYVS2531HU891307
1JJV532B8LL174920
1UYVS2531HU891274
1UYVS2531HU891212
1UYVS2531HU891114
1UYVS2531HU891016
1UYVS2531HU877178
1UYVS2531HU877164
1UYVS2531H2891934
1UYVS2531H2891920

| |
|---|
| 1UYVS2531GM410762 |
| 1UYVS2531FU192580 |
| 1UYVS2530HU891623 |
| 1UYVS2530HU891542 |
| 1UYVS2530HU891508 |
| 1UYVS2530HU891217 |
| 1UYVS2530HU877172 |
| 1UYVS2530HU877138 |
| 1UYVS2530H2156409 |
| 1UYVS2530GG579038 |
| 1UYVS2530FU192554 |
| 1UYVS2530FU186530 |
| 1UYVS2530FU186463 |
| 1UYVS2530FU186303 |
| 1JJV532DXNL318679 |
| 1JJV532DXNL316995 |
| 1JJV532D9NL357375 |
| 1JJV532D8PL413809 |
| 1JJV532D7PL413798 |
| 1JJV532D7NL316999 |
| 1JJV532D5NL316998 |
| 1JJV532D5KL097858 |
| 1JJV532D3NL316997 |
| 1JJV532D2NL316991 |
| 1JJV532D1PL413795 |
| 1JJV532D1PL326303 |

| VIN/Serial Number | |
|---|---|
| 7SAYGDEE4NF573277 | EV Chargers |
| T124-HU1-1823-001 | EV Chargers |
| T124-HU1-1823-002 | EV Chargers |
| T124-HU1-1823-003 | EV Chargers |
| T124-HU1-1823-004 | EV Chargers |
| T124-HU1-1823-005 | EV Chargers |
| T124-HU1-1823-006 | EV Chargers |
| T124-HU1-2023-023 | EV Chargers |
| T124-HU1-2023-024 | EV Chargers |
| T124-HU1-2023-025 | EV Chargers |
| T124-HU1-2023-026 | EV Chargers |
| T124-HU1-2023-027 | EV Chargers |
| T124-HU1-2023-028 | EV Chargers |
| T124-HU1-2023-029 | EV Chargers |
| T124-HU1-2123-001 | EV Chargers |
| T124-HU1-2123-002 | EV Chargers |
| T124-HU1-2123-003 | EV Chargers |
| T124-HU1-2123-004 | EV Chargers |
| T124-HU1-2123-005 | EV Chargers |
| T124-HU1-2123-006 | EV Chargers |
| T124-HU1-2123-007 | EV Chargers |
| T124-IT1-1322-038 | EV Chargers |
| T124-IT1-1322-060 | EV Chargers |
| T124-IT1-1622-054 | EV Chargers |
| T124-IT1-1823-002 | EV Chargers |
| T124-IT1-1823-003 | EV Chargers |
| T124-IT1-1823-008 | EV Chargers |
| T124-IT1-1823-010 | EV Chargers |
| T124-IT1-1823-011 | EV Chargers |
| T124-IT1-1823-014 | EV Chargers |
| T124-IT1-1823-015 | EV Chargers |
| T124-IT1-1823-016 | EV Chargers |
| T124-IT1-1823-017 | EV Chargers |
| T124-IT1-1823-020 | EV Chargers |
| T124-IT1-1823-021 | EV Chargers |
| T124-IT1-1823-022 | EV Chargers |
| T124-IT1-1823-023 | EV Chargers |
| T124-IT1-1823-024 | EV Chargers |
| T124-IT1-1823-025 | EV Chargers |
| T124-IT1-1823-026 | EV Chargers |
| T124-IT1-1823-027 | EV Chargers |
| T124-IT1-1823-028 | EV Chargers |
| T124-IT1-1823-030 | EV Chargers |

| VIN/Serial Number | |
|---|---|
| T124-IT1-1823-031 | EV Chargers |
| T124-IT3-1323-150 | EV Chargers |
| T124-IT3-1323-176 | EV Chargers |
| T124-IT3-1323-183 | EV Chargers |
| T124-IT3-1323-214 | EV Chargers |
| T124-IT3-1323-217 | EV Chargers |
| T184-IT1-0423-269 | EV Chargers |
| T184-IT1-0423-274 | EV Chargers |
| T184-IT1-0423-293 | EV Chargers |
| T184-IT1-0423-294 | EV Chargers |
| T184-IT1-0423-295 | EV Chargers |
| T184-IT1-0423-296 | EV Chargers |
| T184-IT1-0423-297 | EV Chargers |
| T184-IT1-0423-298 | EV Chargers |
| T184-IT1-0423-299 | EV Chargers |
| T184-IT1-0423-303 | EV Chargers |
| T184-IT1-0423-304 | EV Chargers |
| T184-IT1-0623-141 | EV Chargers |
| T184-IT1-0723-141 | EV Chargers |
| T184-IT1-0723-224 | EV Chargers |
| T184-IT1-1122-102 | EV Chargers |
| T184-IT3-0223-183 | EV Chargers |
| T184-IT3-0223-203 | EV Chargers |
| T184-IT3-0223-210 | EV Chargers |
| T184-IT3-0223-216 | EV Chargers |
| T184-IT3-0323-188 | EV Chargers |
| T184-IT3-0323-190 | EV Chargers |
| T184-IT3-0323-218 | EV Chargers |
| T184-IT3-0323-237 | EV Chargers |
| T184-IT3-0323-280 | EV Chargers |
| T184-IT3-0323-282 | EV Chargers |
| T184-IT3-0423-172 | EV Chargers |
| T184-IT3-0423-180 | EV Chargers |
| T184-IT3-0423-268 | EV Chargers |
| T184-IT3-0423-285 | EV Chargers |
| T184-IT3-0523-222 | EV Chargers |
| T184-IT3-5122-225 | EV Chargers |
| T54HV-HU1-0123-041 | EV Chargers |
| T54HV-HU1-0123-042 | EV Chargers |
| T54HV-HU1-0123-043 | EV Chargers |
| T54HV-HU1-0123-044 | EV Chargers |
| T54HV-HU1-0123-045 | EV Chargers |
| T54HV-HU1-0223-041 | EV Chargers |

| VIN/Serial Number | |
| --- | --- |
| T54HV-HU1-0223-042 | EV Chargers |
| T54HV-HU1-0223-043 | EV Chargers |
| T54HV-HU1-0223-044 | EV Chargers |
| T54HV-HU1-0223-045 | EV Chargers |
| T54HV-HU1-0223-046 | EV Chargers |
| T54HV-HU1-0223-047 | EV Chargers |
| T54HV-HU1-0223-048 | EV Chargers |
| T54HV-HU1-0223-049 | EV Chargers |
| T54HV-HU1-0223-050 | EV Chargers |
| T54HV-HU1-0223-051 | EV Chargers |
| T54HV-HU1-0223-052 | EV Chargers |
| T54HV-IT1-0222-144 | EV Chargers |
| T54HV-IT1-0722-078 | EV Chargers |
| T54HV-IT1-0922-062 | EV Chargers |
| T54HV-IT1-1022-305 | EV Chargers |
| T54HV-IT1-4221-084 | EV Chargers |
| T54HV-IT1-4221-101 | EV Chargers |
| T54HV-IT1-4221-155 | EV Chargers |
| T54HV-IT1-4221-187 | EV Chargers |
| T54HV-IT1-4221-192 | EV Chargers |
| T54HV-IT1-4221-195 | EV Chargers |
| T54HV-IT1-4221-200 | EV Chargers |
| T54HV-IT1-4421-195 | EV Chargers |
| T54HV-IT1-4821-238 | EV Chargers |
| T54HV-IT1-5021-062 | EV Chargers |
| T54HV-IT3-0323-135 | EV Chargers |
| T54HV-IT3-0323-139 | EV Chargers |
| T54HV-IT3-0323-144 | EV Chargers |
| T54HV-IT3-0323-149 | EV Chargers |
| T54HV-IT3-0323-166 | EV Chargers |
| T54HV-IT3-0323-169 | EV Chargers |
| T54HV-IT3-0323-175 | EV Chargers |
| T54HV-IT3-0323-186 | EV Chargers |
| T54HV-IT3-0323-187 | EV Chargers |
| T54HV-IT3-0323-189 | EV Chargers |
| T54HV-IT3-0323-235 | EV Chargers |
| T54HV-IT3-0323-240 | EV Chargers |
| T54HV-IT3-0323-245 | EV Chargers |
| T54HV-IT3-0323-247 | EV Chargers |
| T54HV-IT3-0323-258 | EV Chargers |
| T54HV-IT3-0323-260 | EV Chargers |
| T54HV-IT3-0323-262 | EV Chargers |
| T54HV-IT3-0323-266 | EV Chargers |

| VIN/Serial Number | |
| --- | --- |
| T54HV-IT3-0323-281 | EV Chargers |
| T54HV-IT3-0323-283 | EV Chargers |
| T54HV-IT3-4222-282 | EV Chargers |
| T54HV-IT3-4222-283 | EV Chargers |
| T54HV-IT3-4422-201 | EV Chargers |
| T54HV-IT-4422-197 | EV Chargers |
| TWBUL-HU1-1022-109 | EV Chargers |
| TWBUL-HU1-3721-048 | EV Chargers |

This is Exhibit "V" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_____
*Commissioner for Taking Affidavits (or as may be)*

**BLAIR MCRADU**

| VIN/Serial Number | EquipmentYear | Equipment_Description | Model |
|---|---|---|---|
| 13N153201P1552207 | 2023 | FONTAINE | FLATBED |
| 1FUJGLD54GLGX2249 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 1FUJGLDR3HLHT0937 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 1FUJHHDR2KLKM1234 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 1FUJHHDR3KLKE3814 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 1FUJHHDR9KLKG9673 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 1GR1P0624PJ444498 | 2023 | GREAT DANE | DRY VAN |
| 1GRAA0620JW129791 | 2018 | GREAT DANE | REEFER |
| 1GRAA0622JW100423 | 2018 | GREAT DANE | REEFER |
| 1GRAA0624JT100215 | 2018 | GREAT DANE | DRY VAN |
| 1JJV532D5NL371869 | 2022 | WABASH | DRY VAN |
| 1JJV532D9NL357196 | 2022 | WABASH | DRY VAN |
| 1UYVS2531FU186410 | 2015 | UTILITY | REEFER |
| 1UYVS2534HU891253 | 2017 | UTILITY | REEFER |
| 1UYVS2535J2479618 | 2018 | UTILITY | REEFER |
| 1UYVS2535M6416516 | 2021 | UTILITY | REEFER |
| 1UYVS2536N7711135 | 2022 | UTILITY | DRYVAN |
| 1UYVS2538HU892020 | 2017 | UTILITY | REEFER |
| 1UYVS2539N3754214 | 2022 | UTILITY | DRY VAN |
| 1XKYD49X0PJ264939 | 2023 | KENWORTH | T680 |
| 1XKYD49X1MJ453062 | 2021 | KENWORTH | T680 |
| 1XKYD49X1RJ326951 | 2019 | KENWORTH | T680 |
| 1XKYD49X4PJ264927 | 2023 | KENWORTH | T680 |
| 1XKYD49X4PJ264961 | 2023 | KENWORTH | T680 |
| 1XKYD49X5KJ236918 | 2019 | KENWORTH | T680 |
| 1XKYDP9X2PJ239669 | 2023 | KENWORTH | CASCADIA 126 |
| 1XPBD49X2PD841422 | 2023 | PETERBILT | 579 |
| 1XPBD49X4PD841437 | 2023 | PETERBILT | 579 |
| 1XPBD49XXHD415141 | 2017 | PETERBILT | 579 |
| 1XPBDP9X4HD365080 | 2017 | PETERBILT | 579 |
| 1XPBDP9X6HD388537 | 2017 | PETERBILT | 579 |
| 3AKJGLD50GSGN4058 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLD53GSHF8331 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLD59GSGN4107 | 2016 | FREIGHTLINER | CASCADIA 125 |
| 3AKJGLDV1HSJE6899 | 2017 | FREIGHTLINER | CASCADIA 125 |
| 3AKJHHDR0NSNA6348 | 2022 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR1JSJJ0430 | 2018 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR1JSJJ0590 | 2018 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR1JSKB1706 | 2018 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR1KSKD2136 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR1KSKJ1128 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR1LSKU2199 | 2020 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR1LSKW9130 | 2020 | FREIGHTLINER | CASCADIA 126 |

| VIN/Serial Number | EquipmentYear | Equipment_Description | Model |
|---|---|---|---|
| 3AKJHHDR1MSMR6416 | 2021 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR2KSKE2061 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR2KSKJ1056 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR2LSKU2129 | 2020 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR4JSJJ0826 | 2018 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR4JSJL3880 | 2018 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR4LSKW9073 | 2020 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR4PSNL0840 | 2023 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR4PSUJ4067 | 2023 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR5JSJJ1810 | 2018 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR6KSKB3808 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR6KSKD2150 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR6MSMR6458 | 2021 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR7KSJW9080 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR8KSKD2182 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR8KSKP7451 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR8LSLJ4581 | 2020 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHDR9JSJS5726 | 2018 | FREIGHTLINER | CASCADIA 126 |
| 3AKJHHFG7KSKM3495 | 2019 | FREIGHTLINER | CASCADIA 126 |
| 3H3V532C5LT275177 | 2020 | HYUNDAI | DRY VAN |
| 3H3V532C5MR192024 | 2021 | HYUNDAI | DRY VAN |
| 3H3V532K0PJ463873 | 2023 | HYUNDAI | REEFER |
| 3HSDZAPR4PN424971 | 2023 | INTERNATIONAL | LT |
| 3HSDZAPR5PN424963 | 2023 | INTERNATIONAL | LT625 |
| 3UTVS2534N8474813 | 2022 | UTILITY | REEFER |
| 3UTVS2537N8475020 | 2022 | UTILITY | REEFER |
| 4V4NC9EH0HN963922 | 2017 | VOLVO | VNL64T670 |
| 4V4NC9EH6LN260253 | 2020 | VOLVO | VNL64T760 |
| 4V4NC9EH8LN246970 | 2020 | VOLVO | VNL64T760 |
| 4V4NC9EJ0FN174539 | 2015 | VOLVO | VNL64T670 |
| 4V4NC9EJ4LN237881 | 2020 | VOLVO | VNL760 |
| 527SR5323LL017654 | 2020 | CIMC | REEFER |

This is Exhibit "W" referred to in the Affidavit of Sue Santos
sworn July 5, 2024.

_Commissioner for Taking Affidavits (or as may be)_

**BLAIR MCRADU**

| VIN/Serial Number |
|---|
| 1XKYD49X4PJ264927 |
| 1UYVS2535HU891035 |
| 3AKJHHDR3LSKZ8371 |
| 1FUJHHDR6KLJZ8923 |
| 3AKJHHDR7LSKZ8356 |
| 3AKJHHDR8KSKJ1045 |
| 1XPBD49X4PD841437 |
| 3AKJHHDR9JSJS5726 |
| 4V4NC9EH8KN201445 |
| 1XPBDP9X8KD600930 |
| 1GRAA0629FW700816 |
| 3AKJHHDR1KSKD2136 |
| 1XKYD49X5KJ225496 |
| 3AKJHHDR0LSKZ8375 |
| 1FUJGLDR3HLHT0937 |
| 1XPBD49X2PD841422 |
| 1FUJHHDR9NLMW7470 |
| 3AKJHHDR9LSKZ8374 |
| 3AKJHHDR1JSJJ0430 |
| 1UYVS2534HU891253 |
| 3AKJGLD61GSGZ5565 |
| 3AKJHPDV6LSLF0434 |
| 3HSDZAPR5PN443559 |
| 1XKYD49X9HJ132473 |
| 1XKYD49X3LJ387726 |
| 1XKWD40X6HJ162552 |
| 3HSDZAPR2RN570840 |
| 1UYVS2532H2995008 |
| 3AKJHHDR4KSKC3592 |
| 3AKJHHDR6LSKZ8381 |
| 3AKJHHDR8KSKJ0252 |
| 1UYVS2535M6416516 |
| 1XKYD49X4PJ264961 |
| 1UYVS2535HU877152 |
| 1FUJHHDR3KLKE4462 |
| 3AKJHHDRXNSNA6759 |
| 1JJV532DXNL318679 |
| 3AKJHHDR0MSMX7601 |
| 3AKJGLDR3JSJJ0015 |
| 1UYVS2530FU186303 |
| 3HSDZAPRXNN566190 |
| 3AKJHHDR8LSLY5487 |
| 3HSDJAPR4GN795538 |

| VIN/Serial Number |
| --- |
| 1UYVS2534FU186319 |
| 3AKJHHDRXKSKD2054 |
| 1UYVS2538HU892020 |
| 1UYVS2537HU891523 |
| 3AKJGLD59GSGN4107 |
| 3AKJHHDRXKSJZ5348 |
| 1XKYD49X1RJ326951 |
| 3AKJGLD50GSGN4058 |
| 1UYVS2531HU891016 |
| 4V4NC9EH0FN914779 |
| 1XPBD49X7PD841450 |
| 3HSDZAPR5PN424963 |
| 1GRAA0624JT100215 |
| 3H3V532C4LT381118 |
| 3H3V532C5LT275177 |
| 3AKJHHDR8KSKP7451 |
| 3AKJHHDR0NSNA6348 |
| 1FUJHHDR7KLKG9462 |
| 1FUJHHDR3LLLN1422 |
| 3AKJHHDR7JSJJ1422 |
| 3AKJHHDR4KSKB4052 |
| 3AKJHHDR0KSKJ1007 |
| 4V4NC9EH6LN260253 |
| 4V4NC9EH8LN250775 |
| 4V4NC9EH3KN201174 |
| 3AKJHHDR9KSKB5391 |
| 4V4NC9EH9KN201440 |
| 3H3V532K0NJ783109 |
| 1JJV532D5NL371869 |
| 1UYVS2533HU877103 |
| 1UYVS2533HU891227 |
| 1XKYD49XXHJ132644 |
| 1XKYDP9X1KJ251689 |
| 1XKYD49X1MJ453062 |
| 3AKJHHDR2LSKU2129 |
| 3AKJHHDR9LSLP0285 |
| 1UYVS2536HU891142 |
| 1XPBDP9X6HD388537 |
| 1XPBD49X7KD610668 |
| 3AKJHHDR1KSKJ0190 |
| 3AKJGLDV1HSJE6899 |
| 3UTVS2531N8474607 |
| 3AKJHHDR4LSLP0288 |

| VIN/Serial Number |
|---|
| 4V4NC9EH3KN902927 |
| 3AKJHHDR8KSKJ1420 |
| 1UYVS2533GM410844 |
| 3AKJHHDR6KSKJ1271 |
| 1UYVS2530HU891542 |
| 3AKJHHDR9JSJJ0529 |
| 4V4NC9EH3KN201398 |
| 4V4NC9EH4KN201393 |
| 3AKJGLDR5HSHT4671 |
| 527SR5323LL017654 |
| 1UYVS2533HU891308 |
| 1DW1A5327GS632109 |
| 1XKYD49X5KJ236918 |
| 4V4NC9EJ0FN174539 |
| 4V4NC9EH8KN200859 |
| 4V4NC9EH3KN201000 |
| 4V4NC9EHXKN200989 |
| 1GR1P0624PJ444498 |
| 1UYVS2539N3754214 |
| 1XKYD49X6NJ100978 |
| 3AKJHHDR8LSLP8202 |
| 1UYVS2534H2891913 |
| 1UYVS2534HU891012 |
| 1UYVS2538HU891577 |
| 1XKYD49X0LJ387781 |
| 3UTVS2537N8475020 |
| 3AKJGLDR7HSHR5634 |
| 4V4NC9EH5LN250765 |
| 3AKJHHDR4MSMX7598 |
| 3AKJHHDR7JSJW5979 |
| 1XKYD49X7MJ447136 |
| 1XKYDP9X2PJ239669 |
| 4V4NC9EJ4LN237881 |
| 1FUJGLD50FLGF6401 |
| 1GRAA0622JW100423 |
| 1FUJGLD54GLGX2249 |
| 3AKJHHDR5KSKS2617 |
| 3AKJHHDR9NSMZ3670 |
| 1JJV532D5NL316998 |
| 3H3V532K1NJ783099 |
| 3AKJHLDV8KSKA4172 |
| 3AKJHHDR7KSKJ1084 |
| 1FUJHHDR5KLKE4026 |

| VIN/Serial Number |
| --- |
| 3AKJHHDR4KSKJ1110 |
| 1FUJHHDR0KLKE4094 |
| 4V4NC9EH0LN251161 |
| 3AKJHHDR4PSNL0840 |
| 1XPBD49X3PD860979 |
| 3AKJHHDR6KSKD2150 |
| 3AKJHHDR8KSKD2182 |
| 3HSDZAPR0KN284765 |
| 3H3V532C9HT585033 |
| 1DW1A5325GS632108 |
| 3AKJHHDR1LSLP1267 |
| 1JJV532DXNL316995 |
| 1XKYD49X1JJ208807 |
| 3AKJHHDR8LSLJ4581 |
| 3AKJHHDR3LSLP8284 |
| 1XPBD49XXHD415141 |
| 3AKJGLD53GSHF8331 |
| 1UYVS2531FU192580 |
| 1UYVS2531FU186410 |

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, C. C-36, AS AMENDED

Court File No: CV-24-00717340-00CL

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF PRIDE GROUP HOLDINGS INC. AND THOSE APPLICANTS LISTED ON SCHEDULE "A" TO THE INITIAL ORDER OF JUSTICE MORAWETZ DATED MARCH 27, 2024

|  |  |
|---|---|
|  | ***ONTARIO***<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>PROCEEDING COMMENCED AT TORONTO |
|  | **AFFIDAVIT OF SUE SANTOS**<br>**(Affirmed July 5, 2024)** |
|  | **OSLER, HOSKIN & HARCOURT LLP**<br>100 King Street West<br>1 First Canadian Place<br>Suite 6200, P.O. Box 50<br>Toronto ON  M5X 1B8<br><br>**Marc Wasserman** (LSO# 44066M)<br>Tel:     416.862.4908<br>Email:   mwasserman@osler.com<br><br>**Adam Hirsh** (LSO# 55239Q)<br>Tel:     416.862.6635<br>Email:   ahirsh@osler.com<br><br>**Blair McRadu** (LSO# 85586M)<br>Tel:     416.862.4204<br>Email:   bmcradu@osler.com<br><br>**Elie Farkas** (LSO# 74998J)<br>Tel:     416.862.4942<br>Email:   efarkas@osler.com<br><br>Lawyers for the applicants, Mitsubishi HC Capital America, Inc., Mitsubishi HC Capital Canada, Inc. and Mitsubishi HC Capital Canada Leasing, Inc. |

**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, C. C-36, AS AMENDED**

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF PRIDE GROUP HOLDINGS INC. and those Applicants listed on Schedule "A" hereto

Court File No: CV-24-00717340-00CL

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

PROCEEDING COMMENCED AT TORONTO

---

**MOTION RECORD**

---

**OSLER, HOSKIN & HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6200, P.O. Box 50
Toronto ON  M5X 1B8

**Marc Wasserman** (LSO# 44066M)
Tel:      416.862.4908
Email:   mwasserman@osler.com

**Adam Hirsh** (LSO# 55239Q)
Tel:      416.862.6635
Email:   ahirsh@osler.com

**Blair McRadu** (LSO# 85586M)
Tel:      416.862.4204
Email:   bmcradu@osler.com

**Elie Farkas** (LSO# 74998J)
Tel:      416.862.4942
Email:   efarkas@osler.com

Lawyers for the applicants, Mitsubishi HC Capital America, Inc., Mitsubishi HC Capital Canada, Inc. and Mitsubishi HC Capital Canada Leasing, Inc.