**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 24, 2024, AT 9:30 A.M. (EASTERN TIME)**

> This hearing will be conducted in-person in **Courtroom #7**, **3rd floor**. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.
>
> COURTCALL WILL NOT BE USED FOR THIS HEARING. To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.

**MATTER GOING FORWARD**

1.  Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 209, filed 7/16/24).

    Objection / Response Deadline: July 19, 2024, at 4:00 p.m. (ET).

    Responses Received:

    A.  Informal comments from Regions Bank N.A., Regions Equipment Finance Corporation, Regions and Commercial Equipment Finance LLC ("Regions Bank").

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Related Documents:

A.  Declaration of Randall Benson in Support of Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 210, filed 7/16/24);

B.  Motion of the Foreign Representative to Shorten Notice of Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 211, filed 7/16/24);

C.  Order Granting Motion to Shorten Notice of Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 212, entered 7/16/24); and

D.  Certification of Counsel Regarding Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (To be filed).

Status:  The Foreign Representative/Debtors will file a revised proposed order under certification of counsel which addresses the informal comments of Regions Bank after 4:00 p.m. on July 22, 2024.

Dated: July 22, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
abbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas

New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*