# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I. 209** |

## CERTIFICATION OF COUNSEL REGARDING ORDER (I) ENFORCING THE DIP AMENDMENT ORDER AND (II) GRANTING RELATED RELIEF

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative, (the "<u>Foreign Representative</u>") of the above-captioned debtors (collectively, the "<u>Debtors</u>") hereby certifies as follows:

1. On April 1, 2024 (the "<u>Petition Date</u>"), twenty-six (26) Debtors filed voluntary petitions for relief under chapter 15 of the Bankruptcy Code.

2. On April 15, 2024, forty-five (45) additional Debtors filed voluntary petitions for relief under chapter 15 of the Bankruptcy Code.

3. On July 16, 2024, the Debtors filed (i) the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order, and (II) Granting Related Relief* [D.I. 209] (the "<u>DIP Amendment Motion</u>") and (ii) the *Motion of the Foreign Representative to Shorten Notice of Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief* [D.I. 211] (the "<u>Motion

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

-2-

to Shorten"). Attached to the DIP Amendment Motion as Exhibit A was a proposed form of order (the "Proposed Order").

4. On July 16, 2024, the Court entered an *Order* [D.I. 212] granting the Motion to Shorten and set the objection deadline for the DIP Amendment Motion for July 19, 2024 at 4:00 PM ET.

5. While no formal objections were received, informal comments were provided by Regions Bank N.A., Regions Equipment Finance Corporation, Regions and Commercial Equipment Finance LLC ("Regions Bank").

6. After conferring with Regions Bank, the Debtors have revised the Proposed Order (the "Revised Proposed Order") to resolve the informal responses received. A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.

7. For the convenience of the Court and all parties in interest, a redline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit B**.

8. Counsel to Regions Bank reviewed the Revised Proposed Order and had no objection to its entry.

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

[*Signature Page to Follow*]

Dated: July 22, 2024
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*