# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 24, 2024, AT 9:30 A.M. (EASTERN TIME)**

**THERE ARE NO MATTERS GOING FORWARD.
WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

MATTER GOING FORWARD

1. Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 209, filed 7/16/24).

   Objection / Response Deadline: July 19, 2024, at 4:00 p.m. (ET).

   Responses Received:

   A. Informal comments from Regions Bank N.A., Regions Equipment Finance Corporation, Regions and Commercial Equipment Finance LLC ("Regions Bank").

   Related Documents:

   A. Declaration of Randall Benson in Support of Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 210, filed 7/16/24);

   B. Motion of the Foreign Representative to Shorten Notice of Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 211, filed 7/16/24);

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Amended items in **bold**.

C.      Order Granting Motion to Shorten Notice of Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 212, entered 7/16/24); and

**D.**      **Certification of Counsel Regarding Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 224, filed 7/22/24); and**

**E.**      **Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief (D.I. 225, entered 7/23/24.)**

**Status:** **An order has been entered. No hearing is necessary.**

Dated: July 23, 2024
Wilmington, Delaware

                 **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                 */s/ Austin T. Park*
                 Derek C. Abbott (No. 3376)
                 Andrew R. Remming (No. 5120)
                 Austin T. Park (No. 7247)
                 1201 North Market Street
                 P.O. Box 1347
                 Wilmington, DE 19899-1347
                 Telephone: (302) 658-9200
                 Facsimile: (302) 658-3989
                 abbott@morrisnichols.com
                 aremming@morrisnichols.com
                 apark@morrisnichols.com

                 -and-

                 **LINKLATERS LLP**
                 Penelope J. Jensen
                 Christopher J. Hunker
                 Clark L. Xue
                 1290 Avenue of the Americas
                 New York, NY 10104
                 Telephone: (212) 903-9000
                 Facsimile: (212) 903-9100
                 penelope.jensen@linklaters.com
                 christopher.hunker@linklaters.com
                 clark.xue@linklaters.com

                 *Attorneys for the Foreign Representative*