


8899 E 56th Street
Indianapolis, IN 46249

**U.S. Customs and Border Protection**

Bankruptcy Clerk's Office
824 Market Street, 3rd Floor,
Wilmington, DE 19801.

07/11/2024

Re:   Pride Group Holdings Inc.
      Case Number: 24-10632

      TPine Rental USA, Inc.
      Case Number: 24-10658

Dear Sir or Madam:

U.S. Customs and Border Protection has moved to a new office location and is no longer at 6650 Telecom Drive in Indianapolis, IN. The address should be updated to

U.S. Customs and Border Protection
Attn: REV-Bankruptcy–203Ja
8899 E. 56th Street
Indianapolis, IN 46249

Please update your records accordingly for U.S. Customs and Border Protection. If you have any questions about the request, please contact the bankruptcy team at BankruptcyTeam@cbp.dhs.gov.

Sincerely,

*Erin Gudaitis*

Erin Gudaitis
Supervisory Financial Program Specialist
Revenue Protection Branch
Revenue Division



**U.S. Customs and Border Protection**

OFFICE OF FINANCE, REVENUE DIVISION
8899 E. 56TH STREET
INDIANAPOLIS, IN 46249

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300





US POSTAGE PITNEY BOWES
ZIP 46249  $ 000.69⁰
02 4W
0000389470 JUL 18 2024