**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>Pride Group Holdings Inc., *et al.*[1]<br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 24-10632 (CTG)<br>Jointly Administered |

**AGREED ORDER AMONG THE FOREIGN**
**REPRESENTATIVE, THE PRIDE GROUP, THE MONITOR**
**AND REGIONS WITH RESPECT TO RELIEF FROM THE INJUNCTION**

The Court having considered the Stipulation Among the Foreign Representative, the Pride Group, the Monitor, and Regions with Respect to Relief from the Injunction (the "Stipulation")[2] presented to the Court and attached hereto as **Exhibit 1** and good and sufficient cause having been shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation, and the terms of the Stipulation, are approved.

2. The Injunction, to the extent applicable, pursuant to 11 U.S.C. § 1521(a), is lifted solely to allow Regions or its representatives, as applicable, to possess and sell the Surrendered Equipment.

3. The fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

4. The Foreign Representative, the Pride Group, the Monitor, and Regions are authorized to take all actions necessary to effectuate the relief requested in this Stipulation.

5. This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

6. This Order shall be binding on and inure to the benefit of the Parties and their respective heirs, executors, administrators, successors, and permitted assigns.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order and the Stipulation.

**Dated: July 26th, 2024**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE