**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Status Conference:  Aug. 15, 2024, at 2:00 p.m. (Eastern)**<br>**New Hearing Date:  Sept. 12, 2024, at 10:00 a.m. (Eastern)**<br>**New Obj. Deadline: Sept. 5, 2024, at 4:00 p.m. (Eastern)**<br>**Re:  Docket No. 216** |

**NOTICE OF (I) RESCHEDULED HEARING AND**
**(II) SCHEDULING OF STATUS CONFERENCE WITH**
**RESPECT TO MOTION FOR RELIEF FROM STAY**

**PLEASE TAKE NOTICE** that on July 16, 2024, Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. ("MHCA") filed the *Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief* [Docket No. 216] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, in place of the hearing currently scheduled for August 7, 2024, at 1:00 p.m. (Eastern) (the "Hearing"), the Court has scheduled a status conference on the Motion for **August 15, 2024, at 2:00 p.m. (Eastern)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at 824 Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, with the Court's permission, the Hearing has been rescheduled to **September 12, 2024, at 10:00 a.m. (Eastern)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 5, 2024, at 4:00 p.m. (Eastern).** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by counsel for MHCA, Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, Delaware 19801 (Attention:  Jason D. Angelo, Esq. (jangelo@reedsmith.com) and

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, New York 10022 (Attention: Aaron G. Javian, Esq. (ajavian@reedsmith.com)).

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 1, 2024  
       Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*  
Jason D. Angelo (No. 6009)  
1201 North Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: jangelo@reedsmith.com

- and -

Aaron G. Javian, Esq.(admitted *pro hac vice*)  
REED SMITH LLP  
599 Lexington Avenue, 22nd Floor  
New York, NY 10022  
Telephone: +1.212.521.5400  
Facsimile: +1.121.521.5450  
E-mail: ajavian@reedsmith.com

*Counsel to Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.*