**<u>Exhibit D</u>**

**Proposed Retrieval Order**

Court File No. CV-24-00717340-00CL

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

| | | |
|---|---|---|
| THE HONOURABLE | ) | WEDNESDAY, THE 7TH |
| | ) | |
| JUSTICE OSBORNE | ) | DAY OF AUGUST, 2024 |
| | ) | |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** and those Applicants listed on Schedule "A" hereto (each, an "**Applicant**", and collectively, the "**Applicants**")

**ORDER**
**(Re: Retrieval of Repossessed Assets)**

**THIS MOTION**, made by the Applicants, pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. c-36, as amended (the "**CCAA**") for an order, *inter alia*, setting out the terms and conditions for the retrieval of Repossessed Subject Assets (as defined below) was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the Tenth Report of Ernst & Young Inc., in its capacity as Monitor (the "**Monitor**") dated July 21, 2024, and on hearing the submissions of respective counsel for the Applicants and those limited partnerships set out in Schedule "A" hereto (collectively, the "**Pride Entities**"), the Monitor, the DIP Agent (as defined in the Second Amended and Restated Initial Order dated May 6, 2024, as may be amended and/or restated from time to time, the "**Initial Order**"), the Securitization Counterparties and such other counsel as were present, no one else appearing although duly served as appears from the Affidavit of Service of [●] sworn July [●], 2024:

**SERVICE**

1.      **THIS COURT ORDERS** that the time for service of the Notice of Motion is hereby abridged and validated so that this Motion is properly returnable today and hereby dispenses with further service thereof.

**DEFINITIONS AND INTERPRETATION**

2.      **THIS COURT ORDERS** that any capitalized term used and not defined herein shall have the meaning ascribed thereto in either the Initial Order or the Turnover Order dated August 7, 2024 (the "**Turnover Order**").

3.      For the purposes of this Order, the following terms shall have the following meanings:

(a)      "**Business Day**" means, except as otherwise specified herein, a day, other than a Saturday, Sunday or a statutory holiday, on which banks are generally open for business in Toronto, Ontario;

(b)      "**Repossessed Subject Assets**" means any Subject Assets consisting of motor vehicles and trailers identified by vehicle identification numbers, without a related performing lease, and in the possession of a Pride Entity.

(c)      "**Retrieval Deadline**" has the meaning set out in paragraph 5 herein.

(d)      "**Securitization Counterparty**" means the entity identified under a Securitization Program as the Person who acquired an ownership or other proprietary interest in securitized assets from a Pride Entity under the Securitization Program, being either the SPV in a Two-Step Structure or the Securitization Funder in a One-Step Structure, and in this Order refers to the Securitization Counterparties identified in Schedule "B" of the Turnover Order, as the context requires.

**RETRIEVAL OF REPOSSESSED SUBJECT ASSETS**

4.      **THIS COURT ORDERS** that the Pride Entities shall make the Repossessed Subject Assets available for retrieval by the applicable Securitization Counterparties, as soon as practicable following the date of this Order.

5.      **THIS COURT ORDERS** that the Pride Entities shall give the applicable Securitization Counterparties written notice in accordance with paragraph 8 herein when all, or certain of, such Repossessed Subject Assets are available for retrieval, by providing the applicable Securitization Counterparty with (i) the specified Repossessed Subject Assets available for retrieval, (ii) their respective location(s), and (iii) the applicable contact information of the individual(s) who will grant such Securitization Counterparty access to such location. Upon deemed receipt of such notice, the applicable Securitization Counterparty shall retrieve and remove such Repossessed Subject Assets from the applicable location(s) within thirty (30) days (the "**Retrieval Deadline**").

6.      **THIS COURT ORDERS** that if any Repossessed Subject Assets are not retrieved by the applicable Retrieval Deadline, (i) the Pride Entities, Monitor and/or CRO are authorized to seek such further relief from this Court as may be required in respect of such Repossessed Subject Assets, and (ii) the applicable Securitization Counterparty shall pay to the Pride Entities $35.00 per Repossessed Subject Asset per day for storage costs in respect of each such Repossessed Subject Asset.

7.      **THIS COURT ORDERS** that the Securitization Counterparty shall pay any actual, documented out-of-pocket costs incurred by the Pride Entities or the Monitor, or their respective counsel or agents, after the date of this Order, associated with the retrieval or relocation of the Repossessed Subject Assets.

**SERVICE AND NOTICE**

8.      **THIS COURT ORDERS** that, unless otherwise specified by this Order, any notice or document hereunder shall be served and delivered or cause to be served and delivered by providing a copy of same to Canadian and/or U.S. counsel of record for the applicable Person at the email address(es) listed for such counsel on the Service List. Notices or documents sent by email in accordance with this paragraph shall be deemed to be received on the day that such email is sent, if sent before 5:00 p.m. (Toronto Time) on a Business Day, or on the next following Business Day if sent after 5:00 p.m. (Toronto Time) on a Business Day or on a day that is not a Business Day.

**MISCELLANEOUS**

9.      **THIS COURT ORDERS** that any Securitization Counterparty, the Monitor or the Pride Entities may from time to time apply to this Court for advice and directions concerning the

discharge of their respective powers and duties under this Order or the interpretation or application of this Order by filing a motion with this Court on not less than seven (7) calendar days' notice to all other affected Persons.

10.     **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body or agency having jurisdiction in Canada or in the United States of America, including the United States Bankruptcy Court for the District of Delaware, or in any other foreign jurisdiction, to give effect to this Order and to assist the Pride Entities, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies and agencies are hereby respectfully requested to make such orders and to provide such assistance to the Pride Entities and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order or to assist the Pride Entities and the Monitor and their respective agents in carrying out the terms of this Order.

_____

## SCHEDULE "A"

### A. APPLICANTS

**Operating Entities**
*Canadian Operating Entities*
- PRIDE TRUCK SALES LTD.
- TPINE TRUCK RENTAL INC.
- PRIDE GROUP LOGISTICS LTD.
- PRIDE GROUP LOGISTICS INTERNATIONAL LTD.
- TPINE LEASING CAPITAL CORPORATION
- DIXIE TRUCK PARTS INC.
- PRIDE FLEET SOLUTIONS INC.
- TPINE FINANCIAL SERVICES INC.
- PRIDE GROUP EV SALES LTD.

*U.S. Operating Entities*
- TPINE RENTAL USA, INC.
- PRIDE GROUP LOGISTICS USA, CO.
- ARNOLD TRANSPORTATION SERVICES, INC.
- DIXIE TRUCK PARTS INC.
- TPINE FINANCIAL SERVICES CORP.
- PARKER TRANSPORT CO.
- PRIDE FLEET SOLUTIONS USA INC.

**Real Estate Holding Companies**
*Canadian Real Estate Holding Companies*
- 2029909 ONTARIO INC.
- 2076401 ONTARIO INC.
- 1450 MEYERSIDE HOLDING INC.
- 933 HELENA HOLDINGS INC.
- 30530 MATSQUI ABBOTSFORD HOLDING INC.
- 2863283 ONTARIO INC.
- 2837229 ONTARIO INC.
- 2108184 ALBERTA LTD.
- 12944154 CANADA INC.
- 13184633 CANADA INC.
- 13761983 CANADA INC.
- 102098416 SASKATCHEWAN LTD.
- 177A STREET SURREY HOLDING INC.
- 52 STREET EDMONTON HOLDING INC.
- 84 ST SE CALGARY HOLDINGS INC.
- 68TH STREET SASKATOON HOLDING INC.
- 3000 PITFIELD HOLDING INC.

*U.S. Real Estate Holding Companies*
- PGED HOLDING, CORP.
- HIGH PRAIRIE TEXAS HOLDING CORP.
- 131 INDUSTRIAL BLVD HOLDING CORP.
- 59TH AVE PHOENIX HOLDING CORP.
- DI MILLER DRIVE BAKERSFIELD HOLDING CORP.
- FRONTAGE ROAD HOLDING CORP.
- ALEXIS INVESTMENTS, LLC
- TERNES DRIVE HOLDING CORP.
- VALLEY BOULEVARD FONTANA HOLDING CORP.
- HIGHWAY 46 MCFARLAND HOLDING CORP.
- TERMINAL ROAD HOLDING, CORP.
- BISHOP ROAD HOLDING CORP.
- OLD NATIONAL HIGHWAY HOLDING CORP.
- 11670 INTERSTATE HOLDING, CORP.
- 401 SOUTH MERIDIAN OKC HOLDING CORP.
- 8201 HWY 66 TULSA HOLDING CORP.
- EASTGATE MISSOURI HOLDING CORP.
- FRENCH CAMP HOLDING CORP.
- 87TH AVENUE MEDLEY FL HOLDING CORP.
- LOOP 820 FORT WORTH HOLDING CORP.
- 162 ROUTE ROAD TROY HOLDING CORP.
- CRESCENTVILLE ROAD CINCINNATI HOLDING CORP.
- MANHEIM ROAD HOLDING CORP.
- 13TH STREET POMPANO BEACH FL HOLDING CORP.
- EAST BRUNDAGE LANE BAKERSFIELD HOLDING CORP.
- CORRINGTON MISSOURI HOLDING CORP.
- 963 SWEETWATER HOLDING CORP.
- OAKMONT DRIVE IN HOLDING CORP.

**Other Holding Companies**
*Other Canadian Holding Companies*
- 2692293 ONTARIO LTD.
- 2043002 ONTARIO INC.
- PRIDE GROUP HOLDINGS INC.
- 2554193 ONTARIO INC.
- 2554194 ONTARIO INC.
- PRIDE GROUP REAL ESTATE HOLDINGS INC.
- 1000089137 ONTARIO INC.

*Other U.S. Holding Companies*
- COASTLINE HOLDINGS, CORP.
- PARKER GLOBAL ENTERPRISES, INC.
- DVP HOLDINGS, CORP.

**B. LIMITED PARTNERSHIPS**

*U.S. Limited Partnerships*
- PRIDE TRUCK SALES L.P.
- TPINE LEASING CAPITAL L.P.
- SWEET HOME HOSPITALITY L.P.

**C. ADDITIONAL STAY PARTIES**

*Canadian Additional Stay Parties*
- BLOCK 6 HOLDING INC.
- 2500819 ONTARIO INC.

*U.S. and Other Additional Stay Parties*
- PERGOLA HOLDINGS, CORP.
- PRIDE GLOBAL INSURANCE COMPANY LTD.

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF **PRIDE GROUP HOLDINGS INC.** et al (each, an "**Applicant**", and collectively, the "**Applicants**")

Court File No.: CV-24-00717340-00CL

|  |  |
|---|---|
|  | ***ONTARIO***<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>Proceedings commenced at Toronto, Ontario |
|  | **ORDER**<br>**(Re: Retrieval of Repossessed Assets)** |
|  | **THORNTON GROUT FINNIGAN LLP**<br>TD West Tower, Toronto-Dominion Centre<br>100 Wellington Street West, Suite 3200<br>Toronto, ON  M5K 1K7<br><br>**Leanne Williams (LSO #41877E)**<br>Tel:  (416) 304-0060 / Email:  lwilliams@tgf.ca<br><br>**Rachel Nicholson (LSO #68348V)**<br>Tel:  (416) 304-1153 / Email:  rnicholson@tgf.ca<br><br>**Puya Fesharaki (LSO #70588L)**<br>Tel:  (416) 304-7979 / Email:  pfesharaki@tgf.ca<br><br>**Ines Ferreira (LSO #81472A)**<br>Tel:  (416) 304-0461 / Email:  iferreira@tgf.ca<br><br>Lawyers for the Applicants |