## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |

### NOTICE OF SERVICE OF LETTER
### REGARDING MATURITY OF AMENDED DIP FACILITY

**PLEASE TAKE NOTICE** that on August 1, 2024, Ernst & Young Inc., in its capacity as the court-appointed monitor in the Canadian proceedings (the "CCAA Proceedings") for the above captioned debtors (the "Debtors") commenced under the Companies' Creditors Arrangement Act, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL, served a letter (the "Letter") on the service list in the CCAA Proceedings regarding the maturity of the Amended DIP Facility[2], which occurred on July 31, 2024.

**PLEASE TAKE FURTHER NOTICE** that Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the Debtors, hereby files this Notice to ensure that the Court and parties-in-interest are aware of this development and the other contents of the Letter.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] The term "Amended DIP Facility" is used herein as defined in the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the DIP Amendment Order and (II) Granting Related Relief* (D.I. 209), filed with this Court on July 16, 2024.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit A**</u> is a copy of the Letter.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative intends to further update the Court on these and other case developments at the hearing scheduled for <u>**August 15, 2024, at 2:00 p.m. (ET)**</u>.

Dated: August 2, 2024
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 903-9000
Facsimile:  (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*