**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 7, 2024, AT 1:00 P.M. (EASTERN TIME)**

**THERE ARE NO MATTERS GOING FORWARD.
WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**ADJOURNED MATTER**

1. Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 216, filed 7/16/24).

   Response Deadline: September 5, 2024, at 4:00 p.m. (ET)

   Responses Received:

   Related Documents:

   A. Transmittal Declaration of Jason D. Angelo, Esquire in Support of the Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 218, filed 7/16/24);

   B. Notice of Mitsubishi HC Capital America Inc. F/K/A Hitachi Capital America Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 219, filed 7/17/24); and

   C. Notice of (I) Rescheduled Hearing and (II) Scheduling of Status Conference with Respect to Motion for Relief from Stay (D.I. 230, filed 8/1/24).

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Status: This matter has been adjourned to the hearing scheduled for September 12, 2024, at 10:00 a.m. (ET).  A status conference on this matter will take place on August 15, 2024, at 2:00 p.m. (ET).

Dated: August 5, 2024
Wilmington, Delaware

        **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

        */s/ Austin T. Park*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Austin T. Park (No. 7247)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989
        abbott@morrisnichols.com
        aremming@morrisnichols.com
        apark@morrisnichols.com

        -and-

        **LINKLATERS LLP**
        Penelope J. Jensen
        Christopher J. Hunker
        Clark L. Xue
        1290 Avenue of the Americas
        New York, NY 10104
        Telephone: (212) 903-9000
        Facsimile: (212) 903-9100
        penelope.jensen@linklaters.com
        christopher.hunker@linklaters.com
        clark.xue@linklaters.com

        *Attorneys for the Foreign Representative*