**EXHIBIT A**

<u>Proposed Form of Order</u>

(Attached)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| | **Re:  D.I. ____** |

**ORDER GRANTING MOTION OF MITSUBISHI HC CAPITAL AMERICA**
**INC. F/K/A HITACHI CAPITAL AMERICA CORP. FOR AN ORDER**
**GRANTING (I) ADEQUATE PROTECTION PAYMENTS PURSUANT**
**TO 11 U.S.C. §§ 361(a) and 363(e) AND (II) RELATED RELIEF**

Upon the motion (the "Motion")[2] of Mitsubishi HC Capital America Inc. f/k/a Hitachi

Capital America Corp. ("MHCA") for entry of an order granting MHCA adequate protection

payments, as more fully set forth in the Motion; and this Court having jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the

United States District Court for the District of Delaware, dated February 29, 2012; and this Court

having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having

found that venue of this proceeding and the Motion in this district is proper pursuant to

28 U.S.C. § 1410; and the Court having found that notice of the Motion was sufficient under the

circumstances and that no further notice need be given; and the Court having reviewed the Motion

and determined that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and upon all of the proceedings had before the Court; and after due

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms not defined in this Order have the meanings ascribed to such terms in the Motion.

deliberation, the Court having found that "cause" exists to lift the automatic stay under 11 U.S.C. §§ 361 and 363,

**IT IS HEREBY ORDERED THAT:**

1.      The relief requested in the Motion is **GRANTED** as set forth herein.

2.      The Debtors are ordered, pursuant to sections 361, 363, and 1520 of the Bankruptcy Code, to make adequate protection payments to MHCA of at least $2,400,000 per month (with equal installments being made weekly) beginning on August 9, 2024 and on the first day of each month thereafter, until further order of this Court.

3.      This Order is without prejudice to MHCA's right to seek other or further relief, including additional adequate protection payments.

4.      Nothing in this Order shall preclude MHCA from seeking payment, or the return of, additional amounts that it may determine are due pursuant to the terms of the Floorplan Agreement.

5.      Notwithstanding anything herein to the contrary, this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.