# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date:** TBD[2]<br>**Obj. Deadline:** TBD |

### DECLARATION OF SUE SANTOS IN SUPPORT OF <u>EMERGENCY MOTION OF MITSUBISHI HC CAPITAL AMERICA INC. F/K/A HITACHI CAPITAL AMERICA CORP. FOR AN ORDER GRANTING (I) ADEQUATE PROTECTION PAYMENTS PURSUANT TO 11 U.S.C. §§ 361(a) and 363(e) AND (II) RELATED RELIEF</u>

Pursuant to 28 U.S.C. § 1746, I, Sue Santos, hereby submit this declaration (this "<u>Declaration</u>") under penalty of perjury:

1. I am an Executive Vice-President and Chief Credit Officer, employed by Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. ("<u>MHCA</u>"), and maintain an office at 800 Connecticut Ave., Norwalk, CT 06854.

2. MHCA provides customized financing solutions to businesses to help meet their capital needs. MHCA offers vehicles, trading, structure, and commercial vehicle finance services. Prior to the commencement of the CCAA Proceedings[3] and these Chapter 15 Cases, MHCA provided such financing to non-debtor entity Pride Truck, a U.S. Organized entity. In the capacity of my employment with MHCA, I am authorized to submit this Declaration on behalf of MHCA

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] MHCA is filing a motion to shorten the notice and objection periods for, and scheduling an expedited hearing on, the Motion contemporaneously with the filing of the Motion.

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Adequate Protection Motion.

in support of its *Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e); and (II) Related Relief* (the "Adequate Protection Motion") filed contemporaneously herewith.

3. The facts and matters set forth in this Declaration are based on my personal knowledge and/or my review of regularly kept business records of MHCA, and are true to the best of my knowledge, information, and belief. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

4. As a duty of my employment, I am charged with maintenance of contractual and other documents maintained by MHCA in the ordinary course of its business, including the value of MHCA's collateral securing its loans to borrowers. I have been involved in the Debtors' account with MHCA since approximately May 2016. Accordingly, I am familiar with the Debtors and their relationship with MHCA.

## BACKGROUND

A. **The Floorplan Agreement**

5. On November 21, 2018, MHCA and Pride Truck entered into that certain *Floorplan and Security Agreement* (the "Floorplan Agreement"). Pursuant to the Floorplan Agreement, MHCA agreed to finance Pride Truck's purchase of inventory in the ordinary course of Pride Truck's business in the United States.

6. Under the Floorplan Agreement, Pride Truck granted MHCA an "absolute and cross-collateralized security interest in and to all of the Collateral hereby or otherwise pledged as security for all of the Obligations." Additionally, the Obligations under the Floorplan Agreement are guaranteed by, among others (including other Debtor entities), Pride Group, Sulakhan Johal, and Jasvir Johal.

7.      Pride Truck also is (i) obligated to "keep all Collateral at permitted locations and keep all tangible Collateral safe and secure, in good order, repair and operating condition and insured as required by" MHCA, and (ii) prohibited from using (except for demonstration of sale), renting, leasing, selling, transferring, consigning, licensing, encumbering, or otherwise disposing of the Floorplan Collateral without prior written consistent (and with only certain limited exceptions).

8.      MHCA perfected its first-priority security interest in the Floorplan Collateral pursuant to the UCC-1 Financing Statement filed with the Delaware Department of State on October 9, 2020, at Filing No. 20207000690, with the priority of such security interest acknowledged in that certain "No Interest" letter dated October 30, 2020, executed by the Royal Bank of Canada in favor of MHCA.

9.      Pride Truck defaulted under the Floorplan Agreement no later than mid-December 2023. Specifically, on December 21, 2023, Pride Truck notified MHCA that it had sold or assigned certain Floorplan Collateral to another third-party purchaser or lender, thereby triggering a Default under Section 7(n) of the Floorplan Agreement.[4]

10.     On December 21, 2023, MHCA issued a *Notice of Defaults and Reservation of Rights* to Pride Truck and their non-party companies that the Default under the Floorplan Agreement was continuing and remain uncured.

**B.      The Declining Value of MHCA's Collateral**

---

[4] A Default occurs under Section 7(n) of the Floorplan Agreements if MHCA in good faith believes the prospect of payment of any Obligations is impaired or it deems itself insecure.

11. There are approximately 665 units located in the United States that serve as collateral under the Floorplan Agreement and are not subject to multiple liens. MHCA's Collateral remains parked and therefore is not being sold to generate sale proceeds.

12. According to the Commercial Carrier Journal,[5] the market for long-haul trucks is currently soft and therefore values for MHCA's Collateral are depressed. Indeed, since the Debtors commenced the CCAA Proceedings on March 27, 20224 and these Chapter 15 Cases on April 1, 2024, MHCA's Collateral is depreciating an average of five percent (5%) per month.

13. The percentage depreciation equals about $2,400,000 per month in value that MHCA is losing while its Collateral (not subject to multiple liens) sits idly.

14. MHCA has identified a buyer for substantially all of its U.S. assets that are not otherwise subject to lien disputes, and each day that MHCA cannot recover its Collateral and complete the sale transaction, MHCA suffers further losses.

---

[5] https://www.ccjdigital.com/trucks/used-trucks/article/15680679/used-truck-prices-down-20-yearoveryear

- 5 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2024
　　　　Norwalk, Connecticut

By:　　*/s/ Sue Santos*