# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Re: D.I. 231** |

### NOTICE OF ENTRY OF COMBINED TURN-OVER AND RETRIEVAL ORDER IN THE CCAA PROCEEDINGS

**PLEASE TAKE NOTICE** that on August 1, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (the "Debtors"), filed with this Court the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Turn-Over and Retrieval Orders and (II) Granting Related Relief* [D.I. 231] (the "Motion"). In the Motion, the Foreign Representative indicated he would supplement the Motion by filing the as-granted Turn-Over and Retrieval Orders[2] shortly after they are signed by the Canadian Court, along with a redline reflecting any changes.

**PLEASE TAKE FURTHER NOTICE** that on August 8, 2024, the Canadian Court in the CCAA Proceedings granted the Order Re: Turnover of Securitized Assets ("the "Combined Turn-Over and Retrieval Order"), which combines the proposed versions of the Turn-Over Order and Retrieval Order, filed as Exhibit C and Exhibit D, respectively, to the Motion.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms not defined herein are defined in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Combined Turn-Over and Retrieval Order includes changes that (i) separately address the issue of Multiple Collateral Vehicles; and (ii) give additional comfort to the Securitization Counterparties. However, the Turn-Over of assets is still based on the same recommendations made by the Monitor as set forth in the Tenth Report. Moreover, the Debtors agreed to the combination of the two separate Turn-Over and Retrieval Orders into one Combined Turn-Over and Retrieval Order at the request of the Securitization Parties.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Motion, the Foreign Representative files this Notice to supplement the Motion and provide notice of the Canadian Court's granting of the Combined Turn-Over and Retrieval Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a copy of the Combined Turn-Over and Retrieval Order that was granted by the Canadian Court in the CCAA Proceedings.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline comparing the as-granted Combined Turn-Over and Retrieval Order to the proposed Turn-Over Order filed as Exhibit C to the Motion.

[*Signature Page Follows*]

Dated: August 9, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*