# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Jared S. Roach, Esquire of Reed Smith LLP to represent Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp., in the above-captioned chapter 15 cases.

Dated: August 12, 2024  
    Wilmington, Delaware

By: */s/ Jason D. Angelo*  
Jason D. Angelo (No. 6009)  
**REED SMITH LLP**  
1201 North Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: +1.302.778.7500  
Email: jangelo@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: August 12, 2024

By: */s/ Jared S. Roach*  
Jared S. Roach, Esq.  
**REED SMITH LLP**  
Reed Smith Centre  
225 Fifth Avenue  
Pittsburgh, PA 15222  
Telephone: +1 412.288.3131  
Email: jroach@reedsmith.com

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.