# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I. 231, 235** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) ENFORCING THE TURN-OVER AND RETRIEVAL ORDERS AND (II) GRANTING RELATED RELIEF

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors hereby certify that, as of the date hereof, Linklaters LLP and Morris, Nichols, Arsht & Tunnell LLP have received no answer, objection, or other responsive pleading to *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Turn-Over and Retrieval Orders and (II) Granting Related Relief* (D.I. 231) (the "Motion"), filed on August 1, 2024.

The undersigned further certify that no answer, objection, or other responsive pleading to the Motion appears on the Court's docket in these cases. Pursuant to the notice of

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Motion, objections to the Motion were to be filed and served no later than August 8, 2024 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

On August 9, 2024, in accordance with the Motion, the Foreign Representative filed the *Notice of Entry of Combined Turn-Over and Retrieval Order in the CCAA Proceedings* (D.I. 235) (the "Supplemental Notice"). Attached as Exhibit A to the Supplemental Notice was a copy of the Order Re: Turnover of Securitized Assets (the "Combined Turn-Over and Retrieval Order") entered by the Canadian Court[2] in the CCAA Proceedings, which combined the proposed versions of the Turn-Over Order and Retrieval Order, filed as Exhibit C and Exhibit D to the Motion.

Following entry of the Combined Turn-Over and Retrieval Order, the Foreign Representative gave the DIP Agent an extension of the Objection Deadline to August 12, 2024 at 4:00 p.m. (Eastern Time). The undersigned further certify that no answer, objection, or other responsive pleading to the Motion was received from the DIP Agent.

Attached hereto as **Exhibit A** is the revised proposed order (the "Revised Proposed Order") for entry which adds the date on which the Combined Turn-Over and Retrieval Order was entered. For the convenience of the Court and all parties in interest, a redline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit B**.

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the Revised Proposed Order attached to the Motion at its earliest convenience.

[*Signature Page Follows*]

---

[2] Capitalized terms not defined here are defined in the Motion.

Dated: August 13, 2024
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*