# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON AUGUST 15, 2024, AT 2:00 P.M. (EASTERN TIME)

> This hearing will be conducted in-person in **Courtroom #7**, **3rd floor**. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.
>
> COURTCALL WILL NOT BE USED FOR THIS HEARING. To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.

## MATTER UNDER CERTIFICATION

1. Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Turn-Over and Retrieval Orders and (II) Granting Related Relief (D.I. 231, filed 8/1/24).

    Response Deadline: August 8, 2024, at 4:00 p.m. (ET); extended through August 12, 2024, at 4:00 p.m. (ET) for the DIP Agent.[2]

    Responses Received: None.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] "DIP Agent" is used here as that term is defined in the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Turn-Over and Retrieval Orders and (II) Granting Related Relief* (D.I. 231).

Related Documents:

A. Notice of Entry of Combined Turn-Over and Retrieval Order in the CCAA Proceedings (D.I. 235, filed 8/9/24); and

B. Certificate of No Objection Regarding Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Turn-Over and Retrieval Orders and (II) Granting Related Relief (D.I. 238, filed 8/13/24).

Status: A certificate of no objection has been filed. No hearing on this matter is necessary unless the Court directs otherwise.

**STATUS CONFERENCE**

2. Notice of Service of Letter Regarding Maturity of Amended DIP Facility (D.I. 232, filed 8/13/24).

   Response Deadline: N/A.

   Responses Received: None.

   Related Documents: None.

   Status: The Foreign Representative intends to further update the Court on this and other case developments at the hearing.

3. Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 216, filed 7/16/24).

   Response Deadline: September 5, 2024, at 4:00 p.m. (ET).

   Responses Received:

   Related Documents:

   A. Transmittal Declaration of Jason D. Angelo, Esquire in Support of the Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 218, filed 7/16/24);

   B. Notice of Mitsubishi HC Capital America Inc. F/K/A Hitachi Capital America Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 219, filed 7/17/24);

C.       Notice of (I) Rescheduled Hearing and (II) Scheduling of Status Conference with Respect to Motion for Relief from Stay (D.I. 230, filed 8/1/24);

D.       Emergency Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 234, filed 8/9/24); and

E.       Notice of Hearing on Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 236, filed 8/12/24).

Status:  This matter is going forward as a status conference.

[*Signature Page Follows*]

Dated: August 13, 2024
Wilmington, Delaware

        **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

        */s/ Austin T. Park*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Austin T. Park (No. 7247)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989
        abbott@morrisnichols.com
        aremming@morrisnichols.com
        apark@morrisnichols.com

        -and-

        **LINKLATERS LLP**
        Penelope J. Jensen
        Christopher J. Hunker
        Clark L. Xue
        1290 Avenue of the Americas
        New York, NY 10104
        Telephone: (212) 903-9000
        Facsimile: (212) 903-9100
        penelope.jensen@linklaters.com
        christopher.hunker@linklaters.com
        clark.xue@linklaters.com

        *Attorneys for the Foreign Representative*