# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

**AMENDED**[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 15, 2024, AT 2:00 P.M. (EASTERN TIME)**

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## RESOLVED MATTER

1. Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Turn-Over and Retrieval Orders and (II) Granting Related Relief (D.I. 231, filed 8/1/24).

   Response Deadline: August 8, 2024, at 4:00 p.m. (ET); extended through August 12, 2024, at 4:00 p.m. (ET) for the DIP Agent.[3]

   Responses Received: None.

   Related Documents:

   A. Notice of Entry of Combined Turn-Over and Retrieval Order in the CCAA Proceedings (D.I. 235, filed 8/9/24);

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Amended items in **bold**.

[3] "DIP Agent" is used here as that term is defined in the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Turn-Over and Retrieval Orders and (II) Granting Related Relief* (D.I. 231).

B.      Certificate of No Objection Regarding Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Turn-Over and Retrieval Orders and (II) Granting Related Relief (D.I. 238, filed 8/13/24)**; and**

**C.      Order (I) Enforcing the Combined Turn-Over and Retrieval Order and (II) Granting Related Relief (D.I. 240, entered 8/13/24).**

**Status: An order has been entered. No hearing on this matter is necessary.**

## STATUS CONFERENCE

2. Notice of Service of Letter Regarding Maturity of Amended DIP Facility (D.I. 232, filed 8/13/24).

   Response Deadline: N/A.

   Responses Received: None.

   Related Documents: None.

   Status: The Foreign Representative intends to further update the Court on this and other case developments at the hearing.

3. Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 216, filed 7/16/24).

   Response Deadline: September 5, 2024, at 4:00 p.m. (ET)

   Responses Received:

   Related Documents:

   A.      Transmittal Declaration of Jason D. Angelo, Esquire in Support of the Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 218, filed 7/16/24);

   B.      Notice of Mitsubishi HC Capital America Inc. F/K/A Hitachi Capital America Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 219, filed 7/17/24);

   C.      Notice of (I) Rescheduled Hearing and (II) Scheduling of Status Conference with Respect to Motion for Relief from Stay (D.I. 230, filed 8/1/24);

D.      Emergency Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 234, filed 8/9/24); and

E.      Notice of Hearing on Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 236, filed 8/12/24).

Status:  This matter is going forward as a status conference.

Dated: August 13, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
abbott@morrisnichols.com
aremming@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*