Pride Group Holdings, Inc.
24-10632

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Derek | Abbott | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Jason | Angelo | Reed Smith LLP | Mitsubishi HC Capital America Inc. | Video and Audio |
| Todd | Atkinson | Womble Bond Dickinson (US) LLP | Royal Bank of Canada, as admin agent | Video and Audio |
| Randall | Benson | RC Benson Consulting | Debtors | Audio Only |
| Michael | Benz | Chapman and Cutler LLP | Royal Bank of Canada, as admin agent | Video and Audio |
| Joshua | Brooks | Landis Rath & Cobb LLP | TBK Bank, SSB | Video and Audio |
| Clint | Carlisle | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Michael | DeBaecke | Ashby & Geddes | PACCAR | Video and Audio |
| Timothy | Fox | Office of the United States Trustee | U.S. Trustee | Video and Audio |
| Kim | Gage | Cooksey, Toolen, Gage, Duffy & Woog | Daimler Truck Financial Services USA LLC | Video and Audio |
| Cindy | Giobbe | giobbe@wbd-us.com | | Pride Group Holdings In Video and Audio |
| Bradley | Giordano | McDermott Will & Emery LLP | Ernst & Young Inc., as Court-Appointed Monitor | Video and Audio |
| Rachael | Gonzales | Morgan Lewis & Bockius LLP | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Christopher | Hunker | Linklaters LLP | Debtors | Video and Audio |
| Aaron | Javian | Reed Smith LLP | Mitsubishi HC Capital America Inc. | Video and Audio |
| Penelope | Jensen | Linklaters LLP | Debtors | Video and Audio |
| Adam | Landis | Landis Rath & Cobb LLP | TBK Bank, SSB | Video and Audio |
| Charlie | Livermon | Womble Bond | 24-10632 | Video and Audio |
| Stacy | Lutkus | McDermott Will & Emery LLP | Ernst & Young Inc., as Court-Appointed Monitor | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Daimler Truck Financial Services | Video and Audio |
| Tina | Moss | Perkins Coie LLP | PACCAR | Video and Audio |
| Ryan | Nadick | McDonald Hopkins LLC | Roynat | Video and Audio |
| Rachel | Nicholson | Thornton Grout Finnigan | Debtors | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Debtors | Video and Audio |
| Morgan | Patterson | Womble Bond Dickinson (US) LLP | Royal Bank of Canada, as Admin Agent | Video and Audio |
| Amtoj | Randhawa | | | Audio Only |
| Andrew | Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtors | Video and Audio |
| Jared | Roach | Reed Smith LLP | Mitsubishi HC Capital America Inc. | Video and Audio |
| Sean | Scott | Mayer Brown | Regions Bank | Video and Audio |
| Stephen | Tetro | stetro@chapman.com | | Pride Group Holdings In Video and Audio |
| Matthew | Ward | Womble Bond Dickinson (US) LLP | Royal Bank of Canada, as admin agent | Video and Audio |
| Nichole | Wilcher | Womble Bond Dickinson (US) LLP | Royal Bank of Canada, as admin agent | Video and Audio |
| Leanne | Williams | Thornton Grout Finnigan | Debtors | Audio Only |
| Clark | Xue | Linklaters LLP | Debtors | Audio Only |
| Yuliya | Zahoroda | Chapman and Cutler LLP | Royal Bank of Canada, as admin agent | Video and Audio |