# EXHIBIT A
## (MOSS DECLARATION)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

**DECLARATION OF TINA N. MOSS IN SUPPORT OF THE MOTION OF PACCAR FINANCIAL CORP FOR AN ORDER GRANTING (I) RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND (II) RELATED RELIEF**

I, Tina N. Moss, Esq., hereby declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1.  I am a partner at the law firm Perkins Coie LLP, 1155 Avenue of the Americas, 22nd Floor, New York, New York, and an attorney representing movant PACCAR Financial Corp. ("PACCAR") in the above-captioned bankruptcy cases.

2.  I am admitted to appear *pro hac vice* before this Court, and I respectfully submit this declaration in support of the *Motion of PACCAR Financial Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief*, filed contemporaneously herewith.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a spreadsheet, based on PACCAR's books and records, listing the PACCAR vehicles that, upon information and belief, the Debtors currently have in their possession and/or control in the United States.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated August 23, 2024 from Pamela Huff of Blake, Cassels & Graydon LLP to Pride Group Holdings et al. Service List.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a letter dated August 21, 2024 from Craig R. Colraine of Birenbaum, Steinberg, Landau, Savin & Colraine LLP to Pamela Huff and Chris Burr of Blake, Cassels & Graydon LLP, and Leanne Williams of Thornton Grout Finnigan LLP.

Pursuant to 28 U.S.C. 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August, 2024 in New York, New York.

By:  */s/ Tina N. Moss*  
Tina N. Moss, Esq.  
PERKINS COIE LLP

# Exhibit 1

| Bank | Area | Class | Account | BusinessName | VIN | EY Sales Recon | short | Year | engine | Make | Model | Asset Collateral Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYD49X8GJ491697 | 491697 | **1XKYD4** | 2016 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X4KJ242385 | 242385 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X8LJ344824 | 344824 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7428451 | TPine Leasing Capital LP | 1XKYD49X2KJ242420 | 242420 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7428451 | TPine Leasing Capital LP | 1XKYD49X8KJ242485 | 242485 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7428451 | TPine Leasing Capital LP | 1XKYD49X1KJ242568 | 242568 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410053 | TPine Leasing Capital LP | 1XKYD49X3NJ467014 | 467014 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410053 | TPine Leasing Capital LP | 1XKYD49X5NJ467032 | 467032 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410053 | TPine Leasing Capital LP | 1XKYD49X6NJ489847 | 489847 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410053 | TPine Leasing Capital LP | 1XKYD49X6NJ499813 | 499813 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410053 | TPine Leasing Capital LP | 1XKYD49X7NJ101041 | 101041 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410053 | TPine Leasing Capital LP | 1XKYD49X8NJ479143 | 479143 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410053 | TPine Leasing Capital LP | 1XKYD49XXNJ467012 | 467012 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410079 | TPine Leasing Capital LP | 1XKYD49X1NJ482661 | 482661 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410079 | TPine Leasing Capital LP | 1XKYD49X3NJ172740 | 172740 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410079 | TPine Leasing Capital LP | 1XKYD49X4NJ489880 | 489880 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410079 | TPine Leasing Capital LP | 1XKYD49X6NJ123595 | 123595 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410079 | TPine Leasing Capital LP | 1XKYD49X7NJ172742 | 172742 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410079 | TPine Leasing Capital LP | 1XKYD49X8NJ489879 | 489879 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410079 | TPine Leasing Capital LP | 1XKYD49X8NJ489882 | 489882 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410079 | TPine Leasing Capital LP | 1XKYD49XXNJ151089 | 151089 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410079 | TPine Leasing Capital LP | 1XPBD49X0ND789804 | 789804 | **1XPBD4** | 2022 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYD49X4HJ132543 | 132543 | **1XKYD4** | 2017 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYDP9X7KJ239191 | 239191 | **1XKYDP** | 2019 | MX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYDP9X8KJ233013 | 233013 | **1XKYDP** | 2019 | MX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYD49X1KJ253487 | 253487 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYD49X4KJ225506 | 225506 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYDP9X9LJ421735 | 421735 | **1XKYDP** | 2020 | MX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYD49X5MJ461861 | 461861 | **1XKYD4** | 2021 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYD49X2MJ460053 | 460053 | **1XKYD4** | 2021 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYD49X2MJ447206 | 447206 | **1XKYD4** | 2021 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7410095 | TPine Leasing Capital LP | 1XKYD49X6MJ447192 | 447192 | **1XKYD4** | 2021 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7432396 | TPine Leasing Capital LP | 1XKYD49X4RJ368918 | 368918 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7432396 | TPine Leasing Capital LP | 1XKYD49X6RJ368919 | 368919 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7432396 | TPine Leasing Capital LP | 1XKYD49X8RJ368923 | 368923 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 150 | 7447733 | TPine Leasing Capital LP | 1XPBD49X8RD639526 | 639526 | **1XPBD4** | 2024 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 150 | 7447733 | TPine Leasing Capital LP | 1XPBD49XXRD639527 | 639527 | **1XPBD4** | 2024 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 150 | 7447733 | TPine Leasing Capital LP | 1XPBD49X1RD639528 | 639528 | **1XPBD4** | 2024 | ISX | Peterbilt | 579 | Tractor |

| 100 | 651 | 150 | 7447733 | TPine Leasing Capital LP | 1XPBD49XXRD639530 | 639530 | **1XPBD4** | 2024 | ISX | Peterbilt | 579 | Tractor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 651 | 150 | 7447733 | TPine Leasing Capital LP | 1XPBD49X0RD639536 | 639536 | **1XPBD4** | 2024 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 150 | 7447733 | TPine Leasing Capital LP | 1XPBD49X2RD639537 | 639537 | **1XPBD4** | 2024 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 150 | 7447733 | TPine Leasing Capital LP | 1XPBD49X4RD639538 | 639538 | **1XPBD4** | 2024 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 150 | 7447733 | TPine Leasing Capital LP | 1XPBD49X6RD639539 | 639539 | **1XPBD4** | 2024 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 150 | 7447733 | TPine Leasing Capital LP | 1XPBD49X2RD639540 | 639540 | **1XPBD4** | 2024 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7314867 | TPine Leasing Capital LP | 1XPBD49X0PD789787 | 789787 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7314867 | TPine Leasing Capital LP | 1XPBD49X4PD789789 | 789789 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7314867 | TPine Leasing Capital LP | 1XPBD49X0PD789790 | 789790 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7314867 | TPine Leasing Capital LP | 1XPBD49X2PD789791 | 789791 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7326648 | TPine Leasing Capital LP | 1XPBD49X2PD841436 | 841436 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7328891 | TPine Leasing Capital LP | 1XKYD49X4PJ246539 | 246539 | **1XKYD4** | 2023 | ISX | Kenworth | T680 | Tractor |
| 100 | 651 | 170 | 7355415 | TPine Leasing Capital LP | 1XPBD49X7PD890003 | 890003 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7355415 | TPine Leasing Capital LP | 1XPBD49X9PD890004 | 890004 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7355415 | TPine Leasing Capital LP | 1XPBD49X0PD890005 | 890005 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7355415 | TPine Leasing Capital LP | 1XPBD49X2PD890006 | 890006 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7355415 | TPine Leasing Capital LP | 1XPBD49X4PD890007 | 890007 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356660 | TPine Leasing Capital LP | 1XPBD49X6PD890008 | 890008 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356660 | TPine Leasing Capital LP | 1XPBD49X8PD890009 | 890009 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356660 | TPine Leasing Capital LP | 1XPBD49X4PD890010 | 890010 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356660 | TPine Leasing Capital LP | 1XPBD49X6PD890011 | 890011 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X6PD889988 | 889988 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X8PD889989 | 889989 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X4PD889990 | 889990 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X6PD889991 | 889991 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X8PD889992 | 889992 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X9PD889998 | 889998 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X0PD889999 | 889999 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X1PD890000 | 890000 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X3PD890001 | 890001 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7356686 | TPine Leasing Capital LP | 1XPBD49X5PD890002 | 890002 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7357882 | TPine Leasing Capital LP | 1XPBD49XXPD889993 | 889993 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7357882 | TPine Leasing Capital LP | 1XPBD49X1PD889994 | 889994 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7357882 | TPine Leasing Capital LP | 1XPBD49X3PD889995 | 889995 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7357882 | TPine Leasing Capital LP | 1XPBD49X7PD889997 | 889997 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7357882 | TPine Leasing Capital LP | 1XPBD49X8PD890012 | 890012 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7363377 | TPine Leasing Capital LP | 1XPBD49X5PD889996 | 889996 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7363377 | TPine Leasing Capital LP | 1XPBD49XXPD890013 | 890013 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7363377 | TPine Leasing Capital LP | 1XPBD49X1PD890014 | 890014 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7363377 | TPine Leasing Capital LP | 1XPBD49X3PD890015 | 890015 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 651 | 170 | 7363377 | TPine Leasing Capital LP | 1XPBD49X5PD890016 | 890016 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 651 | 170 | 7363377 | TPine Leasing Capital LP | 1XPBD49X7PD890017 | 890017 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 652 | 150 | 7410897 | TPine Leasing Capital LP | 1XKYD49X1KJ226919 | 226919 | **1XKYD4** | 2018 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7432420 | TPine Leasing Capital LP | 1XKYD49X8RJ326591 | 326591 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7440050 | TPine Leasing Capital LP | 1XKYD49X3RJ358221 | 358221 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7440050 | TPine Leasing Capital LP | 1XKYD49X5RJ358222 | 358222 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7440050 | TPine Leasing Capital LP | 1XKYD49X7RJ358223 | 358223 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7442734 | TPine Leasing Capital LP | 1XKYD49X5RJ326595 | 326595 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7442734 | TPine Leasing Capital LP | 1XKYD49X7RJ326596 | 326596 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7442734 | TPine Leasing Capital LP | 1XKYD49X9RJ326597 | 326597 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7442734 | TPine Leasing Capital LP | 1XKYD49X0RJ326598 | 326598 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49X9RJ358224 | 358224 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49X0RJ358225 | 358225 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49X2RJ358226 | 358226 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49X4RJ358227 | 358227 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49X6RJ358228 | 358228 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49X8RJ358229 | 358229 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49X4RJ358230 | 358230 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49X6RJ358231 | 358231 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49X8RJ358232 | 358232 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 683 | 150 | 7447022 | TPine Leasing Capital LP | 1XKYD49XXRJ358233 | 358233 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XKYD49X1KJ238388 | 238388 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XKYD49X1KJ240268 | 240268 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XKYD49X5KJ242167 | 242167 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XKYD49X8KJ242387 | 242387 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XPBD49X0KD610673 | 610673 | **1XPBD4** | 2019 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XPBD49X2KD610657 | 610657 | **1XPBD4** | 2019 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XPBD49X5KD610670 | 610670 | **1XPBD4** | 2019 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 3AKJHHDR0KSKG4284 | KG4284 | **3AKJHH** | 2019 | DD15 | **FL** | **CAS** | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 3AKJHHDR7KSKG4296 | KG4296 | **3AKJHH** | 2019 | DD15 | **FL** | **CAS** | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 3AKJHHDR9KSKG4350 | KG4350 | **3AKJHH** | 2019 | DD15 | **FL** | **CAS** | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XKYD49X0LJ344784 | 344784 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XKYD49X0LJ344798 | 344798 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7413271 | TPine Leasing Capital LP | 1XKYD49X2LJ344849 | 344849 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49XXKJ242150 | 242150 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49X1KJ242201 | 242201 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49XXKJ242228 | 242228 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49X0KJ242254 | 242254 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49X4KJ242340 | 242340 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49X2KJ242353 | 242353 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49X2KJ242403 | 242403 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49XXKJ242424 | 242424 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49X2KJ242479 | 242479 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49XXKJ242486 | 242486 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49X0KJ242528 | 242528 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XKYD49X5KJ242556 | 242556 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XPBD49X3KD610604 | 610604 | **1XPBD4** | 2019 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7420300 | TPine Leasing Capital LP | 1XPBD49X4LD610693 | 610693 | **1XPBD4** | 2020 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYD49X7NJ479117 | 479117 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYDP9X2LJ421737 | 421737 | **1XKYDP** | 2020 | MX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYD49X9NJ148703 | 148703 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYDP9X5PJ217892 | 217892 | **1XKYDP** | 2023 | MX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYD49X7MJ460047 | 460047 | **1XKYD4** | 2021 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYD49X8NJ467011 | 467011 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYD49X5NJ151095 | 151095 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYDP9X5PJ233879 | 233879 | **1XKYDP** | 2023 | MX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7420565 | TPine Leasing Capital LP | 1XKYD49X2JJ190009 | 190009 | **1XKYD4** | 2018 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7421191 | TPine Leasing Capital LP | 1XPBD49X1ND801491 | 801491 | **1XPBD4** | 2022 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7421191 | TPine Leasing Capital LP | 1XPBD49X5ND801493 | 801493 | **1XPBD4** | 2022 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7421191 | TPine Leasing Capital LP | 1XPBD49X3ND801492 | 801492 | **1XPBD4** | 2022 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7421191 | TPine Leasing Capital LP | 1XPBD49X7ND801494 | 801494 | **1XPBD4** | 2022 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7421191 | TPine Leasing Capital LP | 1XPBD49X4ND801498 | 801498 | **1XPBD4** | 2022 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X4KJ248395 | 248395 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X6KJ242498 | 242498 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X7KJ238427 | 238427 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X7KJ242459 | 242459 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X9KJ242351 | 242351 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X8KJ242292 | 242292 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYDP9X8KJ236574 | 236574 | **1XKYDP** | 2019 | MX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X3LJ220928 | 220928 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X7LJ344801 | 344801 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X1LJ344728 | 344728 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X9LJ374804 | 374804 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49X0MJ466353 | 466353 | **1XKYD4** | 2021 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422223 | TPine Leasing Capital LP | 1XKYD49XXLJ357512 | 357512 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422256 | TPine Leasing Capital LP | 1XKYD49X7KJ250920 | 250920 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422256 | TPine Leasing Capital LP | 1XKYD49XXKJ253326 | 253326 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422256 | TPine Leasing Capital LP | 1XKYD49X6KJ256479 | 256479 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422256 | TPine Leasing Capital LP | 1XKYD49X9KJ256671 | 256671 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422256 | TPine Leasing Capital LP | 3AKJHHDR9KSKJ0499 | KJ0499 | **3AKJHH** | 2019 | DD15 | **FL** | Cascadia | Tractor |
| 100 | 693 | 150 | 7422256 | TPine Leasing Capital LP | 1FUJHHDR8KLKG9504 | KG9504 | **1FUJHH** | 2019 | DD15 | **FL** | Cascadia | Tractor |
| 100 | 693 | 150 | 7422256 | TPine Leasing Capital LP | 1XKYD49X2LJ413698 | 413698 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422322 | TPine Leasing Capital LP | 1XKYDP9X9LJ307878 | 307878 | **1XKYDP** | 2020 | MX | Kenworth | T680 | Tractor |

| 100 | 693 | 150 | 7422322 | TPine Leasing Capital LP | 1XKYDP9X4LJ360777 | 360777 | **1XKYDP** | 2020 | MX | Kenworth | T680 | Tractor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49X1NJ101018 | 101018 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49X6NJ479156 | 479156 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49X2NJ489862 | 489862 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49X4NJ479138 | 479138 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49X0NJ489925 | 489925 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49X6NJ482560 | 482560 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49X8NJ499912 | 499912 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49XXNJ482559 | 482559 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49X9NJ479118 | 479118 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7422579 | TPine Leasing Capital LP | 1XKYD49XXNJ489849 | 489849 | **1XKYD4** | 2022 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423379 | TPine Leasing Capital LP | 1XPBD49X5PD875502 | 875502 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7423379 | TPine Leasing Capital LP | 1XPBD49X6PD875590 | 875590 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7423379 | TPine Leasing Capital LP | 1XPBD49X5PD875600 | 875600 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7423379 | TPine Leasing Capital LP | 1XPBD49X1PD875626 | 875626 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7423379 | TPine Leasing Capital LP | 1XPBD49X6PD875637 | 875637 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X4KJ242337 | 242337 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X3KJ242183 | 242183 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X0KJ242545 | 242545 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X3KJ242264 | 242264 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X7KJ242445 | 242445 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X5KJ242539 | 242539 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X3KJ242345 | 242345 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X9KJ242446 | 242446 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XPBD49X4KD610627 | 610627 | **1XPBD4** | 2019 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X4KJ242435 | 242435 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X3KJ242300 | 242300 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X2KJ242546 | 242546 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X5KJ242329 | 242329 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XPBD49X4KD610577 | 610577 | **1XPBD4** | 2019 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XPBD49X6LD690143 | 690143 | **1XPBD4** | 2020 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X6KJ242341 | 242341 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7423783 | TPine Leasing Capital LP | 1XKYD49X5KJ242217 | 242217 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7428451 | TPine Leasing Capital LP | 1XKYD49X3KJ242359 | 242359 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7428451 | TPine Leasing Capital LP | 1XKYD49X8KJ242423 | 242423 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7428451 | TPine Leasing Capital LP | 1XKYD49X0KJ242481 | 242481 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7428451 | TPine Leasing Capital LP | 1XPBD49X2KD610674 | 610674 | **1XPBD4** | 2019 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7428451 | TPine Leasing Capital LP | 1XKYD49X6LJ344806 | 344806 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49X5KJ242170 | 242170 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49X9KJ242317 | 242317 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49XXKJ242357 | 242357 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |

| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49X3KJ242426 | 242426 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49X3KJ242443 | 242443 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49X2KJ242496 | 242496 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49X6KJ242534 | 242534 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49X9KJ242561 | 242561 | **1XKYD4** | 2019 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49XXLJ344839 | 344839 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49X5LJ344733 | 344733 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XKYD49X6LJ344742 | 344742 | **1XKYD4** | 2020 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XPBD49X9KD610588 | 610588 | **1XPBD4** | 2019 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XPBD49X9KD610641 | 610641 | **1XPBD4** | 2019 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7433154 | TPine Leasing Capital LP | 1XPBD49X6LD610713 | 610713 | **1XPBD4** | 2020 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X7RJ372395 | 372395 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X8RJ372390 | 372390 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X9RJ372396 | 372396 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X5RJ372394 | 372394 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X1RJ372389 | 372389 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X1RJ383442 | 383442 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X3RJ383443 | 383443 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49XXRJ372391 | 372391 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49XXRJ383441 | 383441 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X7RJ383445 | 383445 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X2RJ385183 | 385183 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X0RJ385182 | 385182 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X4RJ386030 | 386030 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X6RJ386028 | 386028 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X8RJ386029 | 386029 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X8RJ386032 | 386032 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X2RJ386026 | 386026 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X0RJ386025 | 386025 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X9RJ386024 | 386024 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X7RJ386023 | 386023 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X6RJ386031 | 386031 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X7RJ383476 | 383476 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X6RJ383470 | 383470 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X7RJ383462 | 383462 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X3RJ383460 | 383460 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 150 | 7447758 | TPine Leasing Capital LP | 1XKYD49X5RJ383461 | 383461 | **1XKYD4** | 2024 | ISX | Kenworth | T680 | Tractor |
| 100 | 693 | 170 | 7312226 | TPine Leasing Capital LP | 1XKYDP9X2PJ233869 | 233869 | **1XKYDP** | 2023 | MX | Kenworth | T680 | Tractor |
| 100 | 693 | 170 | 7316169 | TPine Leasing Capital LP | 1XKYDP9XXPJ233876 | 233876 | **1XKYDP** | 2023 | MX | Kenworth | T680 | Tractor |
| 100 | 693 | 170 | 7363179 | TPine Leasing Capital LP | 1XPBD49X1PD850452 | 850452 | **1XPBD4** | 2023 | ISX | Peterbilt | 579 | Tractor |
| 100 | 693 | 170 | 1.07E+08 | TPine Leasing Capital LP | 1XPBDP9X2PD850509 | 850509 | **1XPBDP** | 2023 | MX | Peterbilt | 579 | Tractor |

| 100 | 693 | 170 | 1.07E+08 | TPine Leasing Capital LP | 1XPBDP9X9PD850510 | 850510 | **1XPBDP** | 2023 | MX | Peterbilt | 579 | Tractor |
| 100 | 693 | 170 | 1.07E+08 | TPine Leasing Capital LP | 1XPBDP9X2PD850512 | 850512 | **1XPBDP** | 2023 | MX | Peterbilt | 579 | Tractor |
| 100 | 693 | 170 | 1.07E+08 | TPine Leasing Capital LP | 1XPBDP9X4PD850513 | 850513 | **1XPBDP** | 2023 | MX | Peterbilt | 579 | Tractor |

# Exhibit 2



Suite 1000 - 33 Bloor Street East
Toronto, Canada M4W 3H1

Telephone: (416) 961-4100
Fax: (416) 961-2531

Craig R. Colraine
Direct Line:  (416) 961-0042
E-Mail:  colraine@bslsc.com

Refer to file no. 45706

August 21, 2024

**BY EMAIL TO pamela.huff@blakes.com and chris.burr@blakes.com**
Pamela Huff
Chris Burr
Blake, Cassels & Graydon LLP
199 Bay Street, Suite 4000
Commerce Court West
Toronto ON  M5L 1A9

**BY EMAIL TO lwilliams@tgf.ca**

Leanne Williams
Thornton Grout Finnigan LLP
TD West Tower, Toronto-Dominion Centre
100 Wellington Street West, Suite 3200
Toronto, ON  M5K 1K7

Dear Pamela, Chris and Leanne:

**Re: *Companies' Creditors Arrangement Act* proceeding (the "CCAA Proceedings") commenced by Pride Group Holdings Inc., et al (the "Applicants" or the "Pride Group")**

This letter is being written on behalf of PACCAR, VFS Canada Inc., VFS U.S. LLC, Daimler Truck Financial Services Canada Corporation and Daimler Truck Financial Services USA LLC, each of whom is an original equipment manufacturer, or a captive financing company of an original equipment manufacturer (collectively, the "OEMs") involved in the financing of the purchase and lease of trucks by certain Pride Group entities ("OEM Vehicles").

As a preliminary matter, the OEMs note that notwithstanding the direction of Justice Osborne of the Ontario Superior Court of Justice [Commercial List] in his endorsement dated August 9, 2024, none of the OEMs have been meaningfully consulted or engaged about an orderly wind-down proposal for the Pride Group as it relates to the OEM Vehicles. The OEMs appear to be excluded from that process.

- 2 -

At the same time, as the OEMs are being excluded from this process, their idle financed and leased trucks, which could be returned at little or no expense are being held hostage so that unjustifiable and unwarranted wind-up expenses can be extracted from them for the benefit of other lenders which may require more complex and expensive wind-up procedures, and the professional fees associated with such a process. The same concerns equally apply to those trucks that are currently leased out by members of the Pride Group to third parties that have been financed by the OEMs.

To date, considerable expenses have been incurred as a result of the Pride Group's failure to restructure -which realistically was never going to be possible given the justifiable mistrust of the Pride Group's stakeholders in light of the Pride Group's conduct and their failure to present a coherent and viable plan stakeholders could support.

The OEMs understand that significant costs will have to be incurred to wind up the Pride Group. However, they do not understand why arrangements cannot be made now to return easily accessible idle units and to permit the forwarding of notices of assignment to third party lessees so that they can take over servicing of those leases – leases which the OEMs understand are not presently being serviced adequately by the Pride Group. The OEMs are prepared to do that at their expense which will in turn result in cost savings and efficiencies in the overall wind-up costs and which will be in the interest of all the lenders. Space on Pride Group lots will be freed up, insurance and maintenance expenses reduced and, the administrative costs associated with operating third party leases will be reduced. The OEMs are global leaders in the trucking industry with wide networks of dealers and substantial human resources at their disposal, as well as access to unique remarketing networks, the ability to extend direct financing to end users and potential purchasers to maximize recovery, and unique product and pricing knowledge.

No third-party will be in a better position to repossess and market the idle units and to take over servicing the leases than the OEMs.

Minimal cooperation and information from Pride and the Monitor will be required to permit the recovery of idle units, trucks subject to non-performing leases and the takeover of servicing of performing leases. As a result of its extensive review of the records of the Pride Group, the Monitor should have easily accessible lists of the locations of the affected trucks and the identities and addresses of the lessees (the OEMs in fact already have much of this information in hand). In addition, Daimler has already demonstrated that the recovery of idle units can be completed quickly and efficiently, as evidenced by its orderly collection of its voluntarily surrendered units within a few weeks.

The OEMs are being substantially prejudiced by (a) not being able to deal with their assets immediately, (b) while at the same time being excluded from any discussions pertaining to a wind-up plan (notwithstanding again the clear wording in the Court's endorsement dated August 9, 2024) . Through these proceedings, collectively the value of their security has already significantly depreciated. There is simply no justifiable reason why depreciation cost

- 2 -

should continue to mount and recovery continue to be delayed, while at the same time the OEMs are excluded from any discussion around a wind-up plan.

Given the foregoing, we must insist that the Pride Group's and the Monitor's counsels make themselves available for a meeting at their earliest opportunity with counsels to the OEMs to address the issues raised in this letter.

The OEMs are attaching a draft order for consideration with respect to their proposal. Please note that the OEMs are content that the MCV's (Schedule H) be dealt with in accordance with the existing protocol. They will, however, be working with the other MCV affected parties to efficiently recover and sell those vehicles.

Yours very truly,

**BIRENBAUM, STEINBERG, LANDAU, SAVIN & COLRAINE LLP**

*[signature]*

Craig R. Colraine

cc:   Elaine Gray and Mark Freake - Dentons Canada LLP
       NicholaKluge and Thomas Gertner – Gowling WLG (Canada) LLP

# Exhibit 3

# Blakes

Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trade-mark Agents
199 Bay Street
Suite 2800, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

August 23, 2024

**Pamela Huff**
Partner
Dir: 416-863-2958
pamela.huff@blakes.com

**VIA E-MAIL**

Reference: 8431/1367

Pride Group Holdings et al. Service List

Re:   Motions to be Heard on September 3, 2024

To the Service List:

We are counsel to Ernst & Young Inc., in its capacity as the Court-appointed Monitor of Pride Group Holdings Ltd., et al.  As you are aware, the Court has scheduled time on September 3, 2024, in this matter to hear various motions, including lift stay motions filed by certain secured lenders. We wanted to advise the parties how the Applicants, the CRO and the Monitor intend to respond to such motions.

It is impossible from a band width and cost perspective for the Applicants, the Monitor and the CRO to respond to each motion individually or to negotiate separately with each secured lender.  The intention is that there will be a single, coordinated response contained in a report of the Monitor and an affidavit of the CRO, which will outline the recommended path forward: an orderly wind-down of the Pride Entities under the direction and supervision of the CRO and the Monitor, considering the interests of employees, customers, lenders and other stakeholders.  The Monitor also anticipates that its report will propose a going concern sale of the PGL business.  It is the Monitor's intention to communicate with all PGL lenders in advance of the hearing with respect to the benefits of the going concern sale and alternatives available.

At the hearing on August 9, 2024, the Court granted an Order permitting the Pride Entities to use proceeds of certain Deferred Payments to fund ordinary course working capital needs and for other general corporate purposes for the period from and after July 15, 2024 until September 3, 2024.  The Applicants will be seeking relief to allow the continued use of proceeds of certain Deferred Payments through to September 30, 2024.

1413-5988-0718.3



Page 2

The individual motions do not provide for the conclusion of the CCAA proceedings, nor do they appreciate the logistical complexity and costs of an orderly turn-over of leasing portfolios and vehicles to numerous secured lenders and financiers. This will be addressed by the CRO and the Monitor in a single response proposing an orderly turn-over of assets and the required funding to complete the necessary steps to conclude the CCAA proceedings.

Yours truly,

Pamela L.J. Huff