**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No.** ___ |

**ORDER GRANTING DAIMLER TRUCK FINANCIAL SERVICES USA LLC'S MOTION FOR AN ORDER (I) GRANTING RELIEF FROM THE INJUNCTION AND STAY IMPOSED UNDER 11 U.S.C. §§1519, 1520 AND 1521 BY CERTAIN ORDERS OF THIS COURT AS TO NON-APPLICANT AND NON-DEBTOR THIRD PARTY TPINE LEASING CAPITAL LP, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) TO THE EXTENT OF ITS APPLICATION TO NON-APPLICANT AND NON-DEBTOR THIRD PARTY TPINE LEASING CAPITAL LP AND (III) FOR RELATED RELIEF WITH RESPECT TO FIVE HUNDRED AND FOUR (504) TRUCKS ALL OF WHICH ARE THE PROPERTY OF NON-APPLICANT AND NON-DEBTOR THIRD PARTY TPINE LEASING CAPITAL LP AND WHICH WERE FINANCED AND ARE LOCATED IN THE CONTINENTAL UNITED STATES**

Upon consideration of Movant, Daimler Truck Financial Services USA LLC ("DTFS"), *Motion for an Order (I) Granting Relief From the Injunction and Stay Imposed Under 11 U.S.C. §§1519, 1520 and 1521 By Certain Orders Of This Court As To Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to the Extent Of Its Application to Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; and (III) For Related Relief with Respect to Five Hundred And Four (504) Trucks all of Which are the Property of Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP and which were Financed and are Located in the Continental United States* (the "Motion"), the Court having jurisdiction over this matter and appropriate notice of the Motion and opportunity for a hearing having been provided, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein;

2. All stays and injunctions created pursuant to (i) that certain *Order Granting Motion of the Foreign Representative for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* and that certain *Order Granting Amended Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* entered in these cases as docket numbers 49 and 110, respectively, are hereby terminated and dissolved forthwith with respect to non-debtor third party TPine Leasing Capital LP ("TPine") and those certain 504 Freightliner Trucks described with particularity in the attached Exhibit "A" (the "Vehicles");

3. The automatic stay of 11 U.S.C. §362(a) is hereby terminated as to TPine and the Vehicles to the extent that it applies;

4. The provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are hereby waived;

5. DTFS may take all steps necessary, required or permissible under applicable non-bankruptcy law to exercise its rights and remedies against TPine under applicable non-bankruptcy law including, but not limited to, taking possession of the Vehicles, liquidating the Vehicles, and applying the proceeds from liquidation of the Vehicles to its indebtedness pursuant to its contracts and applicable non-bankruptcy law; and

6. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to implementation or interpretation of this Order.

**EXHIBIT A**

| # | Model Year | Make | Model Name | VIN |
|---|---|---|---|---|
| 1 | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR4KSKG4272 |
| 2 | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR4KSKG4319 |
| 3 | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR9KSKG4252 |
| 4 | 2017 | FREIGHTLINER | CA125SLP | 3AKJGLDR3HSHT2157 |
| 5 | 2017 | FREIGHTLINER | CA125SLP | 3AKJGLDR7HSHT2274 |
| 6 | 2020 | FREIGHTLINER | PT126SLP | 1FUJHHDR2LLLA0425 |
| 7 | 2020 | FREIGHTLINER | PT126SLP | 1FUJHHDR3LLLA0420 |
| 8 | 2020 | FREIGHTLINER | PT126SLP | 1FUJHHDR6LLLA0427 |
| 9 | 2020 | FREIGHTLINER | PT126SLP | 1FUJHHDR7LLLA0422 |
| 10 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR3LSKW9176 |
| 11 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR4LSKW9106 |
| 12 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR5LSKW9101 |
| 13 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR5LSKW9132 |
| 14 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR6LSKW9107 |
| 15 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR8LSKW9108 |
| 16 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDRXLSKW9109 |
| 17 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDRXLSKW9157 |
| 18 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR9LSKW9179 |
| 19 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR1MLMJ2154 |
| 20 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR7MLMJ2157 |
| 21 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR7MLMJ2160 |
| 22 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR9MLMJ2158 |
| 23 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR0MLMJ2159 |
| 24 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR0MLMJ2162 |
| 25 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR1MLMJ2168 |
| 26 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR3MLMJ2169 |
| 27 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR4MLMJ2164 |
| 28 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR6MLMJ2165 |
| 29 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR8MLMJ2166 |
| 30 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR9MLMJ2161 |
| 31 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDRXMLMJ2170 |
| 32 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR1LSKW9189 |
| 33 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR1LSKW9242 |
| 34 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR2LSKW9203 |
| 35 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR3LSKW9193 |
| 36 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR3LSKW9243 |
| 37 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR5LSKW9194 |
| 38 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDRXLSKW9191 |
| 39 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDRXLSKW9241 |
| 40 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR2MLMA7394 |
| 41 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR4MLMA7395 |
| 42 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR5MLMA7390 |
| 43 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR6MLMA7396 |
| 44 | 2021 | FREIGHTLINER | PT126SLP | 1FUJHHDR7MLMA7391 |
| 45 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR2LSKU7816 |
| 46 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR8LSKU7819 |
| 47 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR9LSKU7957 |
| 48 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR4LSKU7980 |

| | | | | |
|---|---|---|---|---|
| 49 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR5LSKU7969 |
| 50 | 2020 | FREIGHTLINER | PT126SLP | 3AKJHHDR8LSKU7979 |
| 51 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDR4MSMY3448 |
| 52 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDR5MSMY3460 |
| 53 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDR2MSMY3447 |
| 54 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDR4MSMY3465 |
| 55 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDRXMSMY3454 |
| 56 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR0NSMZ3668 |
| 57 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR1NSMZ3663 |
| 58 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR3NSMZ3681 |
| 59 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR5NSMZ3682 |
| 60 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR8NSMZ3661 |
| 61 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR9NSMZ3667 |
| 62 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR3NSNA6375 |
| 63 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR7NSNA6363 |
| 64 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR0NLMW8717 |
| 65 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR0NLMW8720 |
| 66 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR0NLMW8751 |
| 67 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR1NLMW8757 |
| 68 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR1NLMW8760 |
| 69 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR2NLMW8752 |
| 70 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR4NLMW8753 |
| 71 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR8NLMW8755 |
| 72 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR3NSMW5525 |
| 73 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR5NSMW5526 |
| 74 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR7NSMW5527 |
| 75 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR5NLMW8759 |
| 76 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR0NSNC3358 |
| 77 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR1NSNC3384 |
| 78 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR2NSNC3359 |
| 79 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR2NSNC3393 |
| 80 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR3NSNC3354 |
| 81 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR3NSNC3371 |
| 82 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR5NSNC3369 |
| 83 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR5NSNC3372 |
| 84 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR6NSNC3364 |
| 85 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR6NSNC3395 |
| 86 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR7NSNC3356 |
| 87 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR7NSNC3373 |
| 88 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR7NSNC3390 |
| 89 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR8NSNC3365 |
| 90 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR9NSNC3374 |
| 91 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDRXNSNC3366 |
| 92 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR7NLMW8813 |
| 93 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR2NSNC3443 |
| 94 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR5NSNC3405 |
| 95 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR6NSNC3381 |
| 96 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR6NSNC3400 |
| 97 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR9NSNC3424 |

| | | | | |
|---|---|---|---|---|
| 98 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDRXNSNC3397 |
| 99 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR0NLMW8815 |
| 100 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR4NLMW8817 |
| 101 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR4NLMW8820 |
| 102 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR6NLMW8818 |
| 103 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR6NLMW8821 |
| 104 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR8NLMW8819 |
| 105 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR8NLMW8822 |
| 106 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR0NSNC3389 |
| 107 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR1NSNC3417 |
| 108 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR4NSNC3363 |
| 109 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR7NSNC3440 |
| 110 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDRXNSNC3349 |
| 111 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR0NLMW8863 |
| 112 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR0NLMW8913 |
| 113 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR4NLMW8865 |
| 114 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR6NLMW8866 |
| 115 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR7NLMW8861 |
| 116 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR9NLMW8862 |
| 117 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDRXNLMW8868 |
| 118 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR0NSNC3392 |
| 119 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR1NSNC3398 |
| 120 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR3NSNC3368 |
| 121 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR8NSNC3351 |
| 122 | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR7KSJX0858 |
| 123 | 2018 | FREIGHTLINER | PT126SLP | 3AKJHHDR9JSJW7121 |
| 124 | 2019 | FREIGHTLINER | PE116DC | 3AKJHTDV1KSKN2844 |
| 125 | 2019 | FREIGHTLINER | PE116DC | 3AKJHTDV8KSKN2842 |
| 126 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR7NLMW8911 |
| 127 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR9NLMW8814 |
| 128 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR9NLMW8912 |
| 129 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR0NSNC3361 |
| 130 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR0NSNC3375 |
| 131 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR0NSNC3408 |
| 132 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR0NSNC3411 |
| 133 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR2NSNC3376 |
| 134 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR4NSNC3377 |
| 135 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR4NSNC3394 |
| 136 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR4NSNC3444 |
| 137 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR6NSNC3445 |
| 138 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR8NSNC3396 |
| 139 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR9NSNC3357 |
| 140 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR9NSNC3391 |
| 141 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDRXNSNC3402 |
| 142 | 2022 | FREIGHTLINER | PT126SLP | 1FUJHHDR6NLMW8916 |
| 143 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR1NSNC3367 |
| 144 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR1NSNC3420 |
| 145 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR2NSNC3362 |
| 146 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR3NSNC3421 |

| | | | | |
|---|---|---|---|---|
| 147 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR8NSNC3348 |
| 148 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDRXNSNC3447 |
| 149 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR4NSNC3427 |
| 150 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR8NSNC3401 |
| 151 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR8NSNC3432 |
| 152 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR5NSNC3419 |
| 153 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR6NSNC3431 |
| 154 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR9NSNC3360 |
| 155 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR9NSNC3438 |
| 156 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR0NSNC3442 |
| 157 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR5NSNC3422 |
| 158 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR5NSNC3436 |
| 159 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR6NSNC3428 |
| 160 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR7NSNC3387 |
| 161 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR7NSNC3423 |
| 162 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR8NSNC3429 |
| 163 | 2023 | FREIGHTLINER | M2106 | 1FVACXFC5PHNU8954 |
| 164 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8463 |
| 165 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8464 |
| 166 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8465 |
| 167 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8467 |
| 168 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8470 |
| 169 | 2023 | FREIGHTLINER | M2106 | 1FVACXFCXPHNU8951 |
| 170 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR1NSNC3403 |
| 171 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8468 |
| 172 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8451 |
| 173 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8459 |
| 174 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8486 |
| 175 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8473 |
| 176 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8487 |
| 177 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8490 |
| 178 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8479 |
| 179 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8457 |
| 180 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8484 |
| 181 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8454 |
| 182 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8448 |
| 183 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8529 |
| 184 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8449 |
| 185 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8446 |
| 186 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8447 |
| 187 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8450 |
| 188 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8456 |
| 189 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8460 |
| 190 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8510 |
| 191 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8458 |
| 192 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8461 |
| 193 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8453 |
| 194 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8520 |
| 195 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8471 |

| | | | | |
|---|---|---|---|---|
| 196 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8472 |
| 197 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8482 |
| 198 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8483 |
| 199 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8499 |
| 200 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8504 |
| 201 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8535 |
| 202 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8505 |
| 203 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8495 |
| 204 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8501 |
| 205 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8491 |
| 206 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8538 |
| 207 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8466 |
| 208 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8497 |
| 209 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8498 |
| 210 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8503 |
| 211 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8551 |
| 212 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8526 |
| 213 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8494 |
| 214 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8527 |
| 215 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8544 |
| 216 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8522 |
| 217 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8555 |
| 218 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8533 |
| 219 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8550 |
| 220 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8614 |
| 221 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8492 |
| 222 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8539 |
| 223 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8548 |
| 224 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8624 |
| 225 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8611 |
| 226 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8553 |
| 227 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8576 |
| 228 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8609 |
| 229 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8604 |
| 230 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8618 |
| 231 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8546 |
| 232 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8630 |
| 233 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8541 |
| 234 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8622 |
| 235 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8508 |
| 236 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8606 |
| 237 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8629 |
| 238 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8512 |
| 239 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8557 |
| 240 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8549 |
| 241 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8566 |
| 242 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8616 |
| 243 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8530 |
| 244 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8558 |

| | | | | |
|---|---|---|---|---|
| 245 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8561 |
| 246 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8514 |
| 247 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8506 |
| 248 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8563 |
| 249 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8605 |
| 250 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8628 |
| 251 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8511 |
| 252 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8565 |
| 253 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8596 |
| 254 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8615 |
| 255 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8493 |
| 256 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8509 |
| 257 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8620 |
| 258 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8528 |
| 259 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8562 |
| 260 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8532 |
| 261 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8474 |
| 262 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8524 |
| 263 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8516 |
| 264 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8564 |
| 265 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8590 |
| 266 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8543 |
| 267 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8591 |
| 268 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8583 |
| 269 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8597 |
| 270 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8602 |
| 271 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8575 |
| 272 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8589 |
| 273 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8625 |
| 274 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8706 |
| 275 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8531 |
| 276 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8688 |
| 277 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8707 |
| 278 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8568 |
| 279 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8697 |
| 280 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8689 |
| 281 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8586 |
| 282 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8636 |
| 283 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8670 |
| 284 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8703 |
| 285 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8502 |
| 286 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8595 |
| 287 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8631 |
| 288 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8659 |
| 289 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8587 |
| 290 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8623 |
| 291 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8579 |
| 292 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8582 |
| 293 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8632 |

| | | | | |
|---|---|---|---|---|
| 294 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8686 |
| 295 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8722 |
| 296 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8650 |
| 297 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8664 |
| 298 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8681 |
| 299 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8695 |
| 300 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8642 |
| 301 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8598 |
| 302 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8682 |
| 303 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8696 |
| 304 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8701 |
| 305 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8674 |
| 306 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8691 |
| 307 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8649 |
| 308 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8675 |
| 309 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8692 |
| 310 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8756 |
| 311 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8653 |
| 312 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8720 |
| 313 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8645 |
| 314 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8662 |
| 315 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8693 |
| 316 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8640 |
| 317 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8685 |
| 318 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8704 |
| 319 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8721 |
| 320 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8655 |
| 321 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8669 |
| 322 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8705 |
| 323 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8767 |
| 324 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8678 |
| 325 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8728 |
| 326 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8759 |
| 327 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8639 |
| 328 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8656 |
| 329 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8673 |
| 330 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8687 |
| 331 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8690 |
| 332 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8768 |
| 333 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8665 |
| 334 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8679 |
| 335 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8729 |
| 336 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8657 |
| 337 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8710 |
| 338 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8724 |
| 339 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8769 |
| 340 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8554 |
| 341 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8716 |
| 342 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8725 |

| | | | | |
|---|---|---|---|---|
| 343 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8717 |
| 344 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8581 |
| 345 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8676 |
| 346 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8709 |
| 347 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8712 |
| 348 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8726 |
| 349 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8757 |
| 350 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8760 |
| 351 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8699 |
| 352 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8718 |
| 353 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8646 |
| 354 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8663 |
| 355 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8680 |
| 356 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8713 |
| 357 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8727 |
| 358 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8758 |
| 359 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8761 |
| 360 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8672 |
| 361 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8714 |
| 362 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8643 |
| 363 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8684 |
| 364 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8698 |
| 365 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8668 |
| 366 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8633 |
| 367 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8666 |
| 368 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8764 |
| 369 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8647 |
| 370 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8715 |
| 371 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8763 |
| 372 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8711 |
| 373 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8683 |
| 374 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8574 |
| 375 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8834 |
| 376 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR1PSNU8843 |
| 377 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8849 |
| 378 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR2PSNU8852 |
| 379 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8844 |
| 380 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8853 |
| 381 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8838 |
| 382 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8833 |
| 383 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8851 |
| 384 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR3PSNU8830 |
| 385 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR4PSNU8836 |
| 386 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8831 |
| 387 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8837 |
| 388 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8840 |
| 389 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8832 |
| 390 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8846 |
| 391 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR8PSNU8841 |

| | | | | |
|---|---|---|---|---|
| 392 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8850 |
| 393 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8842 |
| 394 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR0PSNU8848 |
| 395 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR5PSNU8845 |
| 396 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR9PSNU8847 |
| 397 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDRXPSNU8839 |
| 398 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR6PSNU8854 |
| 399 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR1RSUV2522 |
| 400 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSUV2514 |
| 401 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR3RSUV2523 |
| 402 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSUV2515 |
| 403 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSUV2507 |
| 404 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSUV2510 |
| 405 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR7RSUV2508 |
| 406 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR7RSUV2511 |
| 407 | 2024 | FREIGHTLINER | CA126 | 3AKJHHDR7RSUV2525 |
| 408 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR8RSUV2520 |
| 409 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR9RSUV2509 |
| 410 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR9RSUV2512 |
| 411 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDRXRSUV2518 |
| 412 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDRXRSUV2521 |
| 413 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR0RSUV2513 |
| 414 | 2023 | FREIGHTLINER | PT126SLP | 3AKJHHDR7PSNU8667 |
| 415 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR0RSUV0731 |
| 416 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR1RSUV0737 |
| 417 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSUV0732 |
| 418 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSUV0733 |
| 419 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSUV2524 |
| 420 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR8RSUV0735 |
| 421 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDRXRSUV0736 |
| 422 | 2024 | FREIGHTLINER | M2106 | 3ALACWFCXRDUV3017 |
| 423 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR9RSUV0744 |
| 424 | 2024 | FREIGHTLINER | M2106 | 3ALACWFC1RDUV3021 |
| 425 | 2024 | FREIGHTLINER | M2106 | 3ALACWFCXRDUV3020 |
| 426 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR0RSVA7506 |
| 427 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR1RSUV0740 |
| 428 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSVA7507 |
| 429 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSVA7510 |
| 430 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR3RSUV0738 |
| 431 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR3RSUV0741 |
| 432 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSVA7508 |
| 433 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSUV0742 |
| 434 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSVA7503 |
| 435 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR6RSVA7509 |
| 436 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR7RSVA7504 |
| 437 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR9RSVA7505 |
| 438 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSUV0739 |
| 439 | 2024 | FREIGHTLINER | M2106 | 3ALACWFC5RDUV3023 |
| 440 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDRXRSUZ0122 |

| | | | | |
|---|---|---|---|---|
| 441 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDRXRSVA7514 |
| 442 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR1RSVA7515 |
| 443 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR3RSVA7516 |
| 444 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR7RSVA7518 |
| 445 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR7RSVA7521 |
| 446 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR8RSVA7513 |
| 447 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR9RSVA7519 |
| 448 | 2024 | FREIGHTLINER | EP116 | 1FUJH4F71RPUX9521 |
| 449 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSVA7524 |
| 450 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSVA7525 |
| 451 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR6RSVA7526 |
| 452 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR3RSVE2749 |
| 453 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSVA7517 |
| 454 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR1RSVE2748 |
| 455 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDRXRSVE2747 |
| 456 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDRXRSVE2750 |
| 457 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR1RSVE2751 |
| 458 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR3RSVE2752 |
| 459 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSVE2753 |
| 460 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR0RSVF4177 |
| 461 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR0RSVF4180 |
| 462 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSVF4178 |
| 463 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSVF4179 |
| 464 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSVF4174 |
| 465 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR7RSVF4175 |
| 466 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR9RSVF4176 |
| 467 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSVG4436 |
| 468 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR6RSVG4437 |
| 469 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR6RSVG4440 |
| 470 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR8RSVG4438 |
| 471 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDRXRSVG4439 |
| 472 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR1RSUU6526 |
| 473 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR3RSUU6527 |
| 474 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR3RSUU6530 |
| 475 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSUU6519 |
| 476 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR5RSUU6531 |
| 477 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR7RSUU6529 |
| 478 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR2NSMX5933 |
| 479 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR3NSMX5956 |
| 480 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR3NSMX5875 |
| 481 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR4NSMX5996 |
| 482 | 2022 | FREIGHTLINER | PT126SLP | 3AKJHHDR5NSMX5957 |
| 483 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDR1MSMH8770 |
| 484 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDR1MSMH8977 |
| 485 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDR4MSMH8861 |
| 486 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDR5MSMH8741 |
| 487 | 2021 | FREIGHTLINER | PT126SLP | 3AKJHHDR5MSMH8934 |
| 488 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSVG4435 |
| 489 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR0RSVH9709 |

| 490 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR0RSVH9712 |
| 491 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSVH9713 |
| 492 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR7RSVH9707 |
| 493 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR7RSVH9710 |
| 494 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR9RSVH9708 |
| 495 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR0RSVJ4590 |
| 496 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSVJ4591 |
| 497 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSVJ4592 |
| 498 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR6RSVJ4593 |
| 499 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR8RSVJ4594 |
| 500 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR2RSVJ4588 |
| 501 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSVJ4589 |
| 502 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR3RSVJ9895 |
| 503 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR4RSVJ9890 |
| 504 | 2024 | FREIGHTLINER | PT126SLP | 3AKJHHDR6RSVJ9891 |