IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>Hearing Date: September 12, 2024 at 10:00 a.m.<br>Obj. Deadline: September 5, 2024 at 4:00 p.m. |

## NOTICE OF MOTION

Daimler Truck Financial Services USA LLC ("DTFS") has filed the *Motion for an Order (I) Granting Relief From the Injunction and Stay Imposed Under 11 U.S.C. §§1519, 1520 and 1521 By Certain Orders Of This Court As To Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to the Extent Of Its Application to Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; and (III) For Related Relief with Respect to Five Hundred And Four (504) Trucks all of Which are the Property of Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP and which were Financed and are Located in the Continental United States* (the "Motion") with the United States Bankruptcy Court for the District of Delaware:

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the Motion on or before **September 5, 2024 at 4:00 p.m. (prevailing Eastern Time)**. At the same time, you must also serve a copy of the response upon DTFS' undersigned attorneys.

A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 12, 2024 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., Wilmington, DE 19801.

ADMIN 698215351v1

<div style="display:flex">

Dated: August 29, 2024

**GREENBERG TRAURIG, LLP**

By: */s/ Dennis A. Meloro*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
Email:  Anthony. Clark@gtlaw.com
            Dennis.Meloro@gtlaw.com

-and-

Kim Gage
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, 10th Floor
Costa Mesa, CA  92626
Telephone: (714) 431-1090
E-mail: kgage@cookseylaw.com

*Counsel to Daimler Truck Financial Services USA LLC*

</div>