**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 5th day of September 2024, a copy of the *Re-Notice of Motion of PACCAR Financial Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D) and (II) Related Relief* was served upon (i) all parties of record via CM/ECF; and (ii) the parties listed below via electronic mail.

| | |
|---|---|
| Dated: September 5, 2024 | */s/ Michael D. DeBaecke* <br> Michael D. DeBaecke (No. 3186) |

{02047386;v1 }

Master Service List (as of 08/11/2024 06:00:33)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| ASHBY & GEDDES, P.A. | (COUNSEL TO PACCAR FINANCIAL CORP) | ATTN: MICHAEL D DEBAECKE | 500 DELAWARE AVE, 8TH FLR | | WILMINGTON | DE | 19801 | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | (COUNSEL TO ROYNAT INC.) | ATTN: DAVID M. KLAUDER | 1204 N KING STREET | | WILMINGTON | DE | 19801 | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | (COUNSEL TO PACCAR FINANCIAL CORP) | ATTN: CRAIG R COLRAINE. NIKITA TANWAR | STE 1000 - 33 BLOOR STREET EAST | | TORONTO | | M4W 3H1 | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | (COUNSEL TO MONITOR) | ATTN: PAMELA HUFF, CHRIS BURR, DANIEL LOBERTO, KELLY BOURASSA, ARYO SHALVIRI, CHRISTOPHER KELIHER & KEVIN WU | | | TORONTO | ON | M5L 1A9 | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com; kelly.bourassa@blakes.com; aryo.shalvir@blakes.com; christopher.keliher@blakes.com; kevin.wu@blakes.com |
| BROWARD COUNTY, FLORIDA | C/O RECORDS, TAXES, AND TREASURY DIVISION | ATTN: SCOTT ANDRON | 115 S. ANDREWS AVENUE, SUITE A-100 | | FORT LAUDERDALE | FL | 33301 | sandron@broward.org |
| BROWN MCGARRY NIMEROFF LLC | (COUNSEL TO TRIUMPH FINANCIAL SERVICES LLC) | ATTN: JAMI B. NIMEROFF | 919 N MARKET STREET, STE 420 | | WILMINGTON | DE | 19801 | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | (COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT) | ATTN: MICHAEL T BENZ, STEPHEN R TETRO II, JAMES P SULLIVAN | 320 SOUTH CANAL STREET, 27TH FLOOR | | CHICAGO | IL | 60606 | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com |
| CHAPMAN AND CUTLER LLP | (COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT) | ATTN: YULIYA ZAHORODA | 1270 AVENUE OF THE AMERICAS, 30TH FLOOR | | NEW YORK | NY | 10020-1708 | yzahoroda@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | (COUNSEL TO DAIMLER TRUCK FINANCIAL SERVICES USA LLC) | ATTN: KIM GAGE | 535 ANTON BOULEVARD, 10TH FL | | COSTA MESA | CA | 92626 | kgage@cookseylaw.com |
| ERNST & YOUNG INC. | (MONITOR) | ATTN: ALEX MORRISON, KAREN FUNG, SIMON CARVALHO, MARGARET F ENGLAND | MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | 100 ADELAIDE STREET WEST | TORONTO | ON | M5H 0B3 | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com; alexander.slovic@parthenon.ey.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | (COUNSEL TO EGO EXPRESS, INC.) | ATTN: MARGARET F ENGLAND | 1201 N ORANGE ST, STE 300 | | WILMINGTON | DE | 19801 | mengland@gsbblaw.com |
| GREENBERG TRAURIG, LLP | (COUNSEL TO DAIMLER TRUCK FINANCIAL SERVICES USA LLC) | ATTN: ANTHONY W CLARK & DENNIS A MELORO | 222 DELAWARE AVENUE, STE 1600 | | WILMINGTON | DE | 19801 | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | (COUNSEL TO REGIONS EQUIP FINANCE CORP & REGIONS COMMERCIAL EQUIP FINANCE, LLC) | ATTN: TRIP NIX | 100 CONGRESS AVE, STE 1800 | | AUSTIN | TX | 78701 | trip.nix@hklaw.com |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | JORDAN KAUFMAN, TREASURER/TAX COLLECTOR | PO BOX 579 | | BAKERSFIELD | CA | 93302-0579 | bankruptcy@kerncounty.com |
| LEWIS RICE LLC | (COUNSEL TO REGIONS EQUIP FINANCE CORP & REGIONS COMMERCIAL EQUIP FINANCE, LLC) | ATTN: JOSEPH J. TRAD | 600 WASHINGTON AVE, STE 2400 | | SAINT LOUIS | MO | 63101 | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO DALLAS COUNTY & TARRANT COUNTY) | ATTN: JOHN K. TURNER | 2777 N. STEMMONS FREEWAY, STE 1000 | | DALLAS | TX | 75207 | dallas.bankruptcy@lgbs.com; john.turner@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO CITY OF HOUSTON, HOUSTON HOMM COLL SYSTEM, HOUSTON ISD & HARRIS CO ESD #12) | ATTN: TARA L. GRUNDEMEIER | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO BEXAR COUNTY) | ATTN: DON STECKER | 112 E PECAN ST, STE 2200 | | SAN ANTONIO | TX | 78205 | sanantonio.bankruptcy@lgbs.com |
| LINKLATERS LLP | (COUNSEL TO DEBTORS) | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10104 | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MASON POLLICK & SCHMAHL, LLC | (COUNSEL TO EGO EXPRESS, INC.) | ATTN: MICHAEL M SCHMAHL | 70 W HUBBARD, STE 304 | | CHICAGO | IL | 60654 | mschmahl@mps-law.com |
| MAYER BROWN LLP | (COUNSEL TO REGIONS BANK) | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | 71 S WACKER DR | | CHICAGO | IL | 60606 | STScott@mayerbrown.com; JGross@mayerbrown.com; JMEdwards@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO ERNST & YOUNG INC., COURT APPOINTED MONITOR) | ATTN: BRADLEY THOMAS GIORDANO & CARMEN DINGMAN | 444 WEST LAKE STREET, STE 4000 | | CHICAGO | IL | 60606-0029 | bgiordano@mwe.com; cdingman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO ERNST & YOUNG INC., COURT APPOINTED MONITOR) | ATTN: STACY A. LUTKUS | ONE VANDERBILT AVE | | NEW YORK | NY | 10017-3852 | salutkus@mwe.com |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO ERNST & YOUNG INC., COURT APPOINTED MONITOR) | ATTN: DAVID R. HURST | THE BRANDYWINE BLDG | | WILMINGTON | DE | 19801 | dhurst@mwe.com |
| MCDONALD HOPKINS, LLC | (COUNSEL TO ROYNAT INC.) | ATTN: MARC J. CARMEL & RYAN S. NADICK | 300 NORTH LASALLE ST, STE 1400 | | CHICAGO | IL | 60654 | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | (COUNSEL TO ROYNAT INC.) | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | TD CANADA TRUST TWR | 421 7TH AVENUE SW | CALGARY ALBERTA | | T2P 4K9 | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca; |
| MCMILLAN LLP | (COUNSEL TO BANK OF NOVA SCOTIA) | ATTN: JEFFREY LEVINE | BROOKFIELD PLACE, STE 4400 | | TORONTO | ON | M5J 2T3 | jeffrey.levine@mcmillan.ca |
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | MIAMI-DADE BANKRUPTCY UNIT | ATTN: ALEXIS GONZALEZ | 200 NW 2ND AVE, #430 | | MIAMI | FL | 33128 | alexis.gonzalez@miamidade.gov; mdtcbkc@miamidade.gov |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO NATL BANK OF CANADA & NATL BANK FINANCIAL INC) | ATTN: JODY C BARILLARE | 1201 N MARKET ST, STE 2201 | | WILMINGTON | DE | 19801 | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO NATL BANK OF CANADA & NATL BANK FINANCIAL INC.) | ATTN: KEVIN J. BIRON, STEPHAN E. HORNUNG & GRAHAM L. FISHER | | | NEW YORK | NY | 10178 | graham.fisher@morganlewis.com |
| MORRIS NICHOLS ARSHT & TUNNELL | (DEBTORS' COUNSEL) | ATTN: DEREK C ABBOTT & ANDREW R REMMING | 1201 NORTH MARKET ST. 16TH FL | | WILMINGTON | DE | 19899 | DABBOTT@MORRISNICHOLS.COM |
| MUNSCH HARDT KOPF & HARR, PC | (COUNSEL TO MILESTONE TRAILER LEASING, LLC) | ATTN: DEBORAH M PERRY | 500 N AKARD ST, STE 4000 | | DALLAS | TX | 75201 | dperry@munsch.com |
| OFFICE OF THE US TRUSTEE | US DEPT OF JUSTICE | ATTN: TIMOTHY J FOX, JR | 844 KING ST, STE 207 | LOCKBOX #35 | WILMINGTON | DE | 19801 | timothy.fox@usdoj.gov |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES | 320 ROBERT S KERR, ROOM 307 | | | OKLAHOMA CITY | OK | 73102 | tammy.jones@oklahomacounty.org |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | (COUNSEL TO RICHARDSON ISD) | ATTN: ELIZABETH BANDA CALVO | 500 E. BORDER STREET, STE 640 | | ARLINGTON | TX | 76010 | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | (COUNSEL TO CITY OF GARLAND, GARLAND ISD & CARROLLTON-FARMERS BRANCH ISD) | ATTN: LINDA D. REECE | 1919 S. SHILOH RD, STE 640, LB 40 | | GARLAND | TX | 75042 | lreece@pbfcm.com |
| PERKINS COIE LLP | (COUNSEL TO PACCAR FINANCIAL CORP.) | ATTN BRADLEY COSMAN, TINA MOSS | 2525 E CAMELBACK ROAD, STE 500 | | PHOENIX | AZ | 85016-4227 | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | (COUNSEL TO MITSUBISHI HC CAPITAL AMERICA INC) | ATTN JASON D ANGELO | 1201 NORTH MARKET STREET, STE 1500 | | WILMINGTON | DE | 19801 | jangelo@reedsmith.com |
| REED SMITH LLP | (COUNSEL TO MITSUBISHI HC CAPITAL AMERICA INC) | ATTN AARON G JAVIAN | 599 LEXINGTON AVENUE, 22ND FLR | | NEW YORK | NY | 10022 | ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | (COUNSEL TO NATIONAL TRAILER LEASING, INC.) | ATTN JOSEPH H HUSTON, JR & ELIZABETH A ROGERS | 919 NORTH MARKET ST, STE 1300 | | WILMINGTON | DE | 19801 | joseph.huston@stevenslee.com; elizabeth.rogers@stevenslee.com |
| STEVENS & LEE, P.C. | (COUNSEL TO NATIONAL TRAILER LEASING, INC.) | ATTN JASON C MANFREY | 620 FREEDOM BUSINESS CENTER, STE 200 | | KING OF PRUSSIA | PA | 19406 | jason.manfrey@stevenslee.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER S. MURPHY, ASST ATTY GENERAL | TEXAS ATTORNEY GENERAL'S OFFICE | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | christopher.murphy@oag.texas.gov |
| THORNTON GROUT FINNIGAN LLP | (CANADIAN COUNSEL TO DEBTORS) | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON &, PUYA FESHARAKI | TD WEST TOWER, TORONTO-DOMINION CENTRE | | TORONTO | ON | M5K 1K7 | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE | BANKRUPTCY DIVISION | PO BOX 20227 | | NASHVILLE | TN | 37202-0207 | agbankdelaware@ag.tn.gov |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT) | ATTN MATTHEW P WARD & TODD A ATKINSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO VOLVO FINANCIAL SERVICES) | ATTN MORGAN L PATTERSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | morgan.patterson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO VOLVE FINANCIAL SERVICES) | ATTN JAMES S LIVERMON III | 555 FAYETTEVILLE ST, STE 1100 | | RALEIGH | NC | 27601 | charlie.livermon@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO REGIONS BANK & REGIONS EQUIP FINANCE CORP & REGIONS COMMERCIAL EQUIP FINANCE) | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & ROBERT F. POPPITI, JR. | | | WILMINGTON | DE | 19801 | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |