IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 8, 2024 at 2:00 p.m.**<br>**Obj. Deadline: September 25, 2024 at 4:00 p.m.** |

## AMENDED NOTICE OF MOTION

Daimler Truck Financial Services USA LLC ("DTFS") has filed the *Motion for an Order (I) Granting Relief From the Injunction and Stay Imposed Under 11 U.S.C. §§1519, 1520 and 1521 By Certain Orders Of This Court As To Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to the Extent Of Its Application to Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; and (III) For Related Relief with Respect to Five Hundred And Four (504) Trucks all of Which are the Property of Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP and which were Financed and are Located in the Continental United States* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.  You were previously served with a copy of the Motion.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the Motion on or before **September 25, 2024 at 4:00 p.m. (prevailing Eastern Time)**.  At the same time, you must also serve a copy of the response upon DTFS' undersigned attorneys.

ADMIN 698215351v1

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 8, 2024 at 2:00 P.M. (prevailing Eastern Time)** before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., Wilmington, DE 19801.

| | |
|---|---|
| Dated: September 5, 2024 | **GREENBERG TRAURIG, LLP** |
| | By: */s/ Dennis A. Meloro* |
| | Anthony W. Clark (DE Bar No. 2051) |
| | Dennis A. Meloro (DE Bar No. 4435) |
| | 222 Delaware Avenue, Suite 1600 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 661-7000 |
| | Email: Anthony.Clark@gtlaw.com |
| |        Dennis.Meloro@gtlaw.com |
| | |
| | -and- |
| | |
| | Kim Gage |
| | Cooksey, Toolen, Gage, Duffy & Woog |
| | 535 Anton Boulevard, 10th Floor |
| | Costa Mesa, CA 92626 |
| | Telephone: (714) 431-1090 |
| | E-mail: kgage@cookseylaw.com |
| | |
| | *Counsel to Daimler Truck Financial Services USA LLC* |