IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Pride Group Holdings Inc., *et al.*[1] | ) | Case No. 24-10632 (CTG) |
| | ) | |
| Debtors in Foreign Proceedings. | ) | (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE THAT** the undersigned firms of Sullivan Hazeltine Allinson LLC and Kelsoe, Khoury, Rogers & Clark, PC hereby enter their appearance as counsel for Val Verde Family Limited Partnership, a Texas limited partnership and Vaughn Thompson, individually (collectively "the Creditors"), in the above-captioned case, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above- captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

| | |
|---|---|
| Elihu E. Allinson, III, Esq.<br>Sullivan • Hazeltine • Allinson LLC<br>919 N. Market Street, Suite 420<br>Wilmington, DE  19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>Email: zallinson@sha-llc.com | Robert Kelsoe, Esq.<br>Kelsoe, Khoury, Rogers & Clark, PC<br>5323 Spring Valley Road, Suite 350<br>Dallas, TX   75254<br>Tel: (972) 661-2227<br>Fax: (972) 233-4971<br>Email:  rkelsoe@kelsoe-law.com |

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand or overnight delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) the Creditors' rights (i) to have final orders in non-core matters and/or matters entitled to adjudication by a judge authorized under Article III of the U.S. Constitution entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which the Creditors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditors expressly reserve.

Dated: September 9, 2024
      Wilmington, Delaware                      **SULLIVAN • HAZELTINE • ALLINSON LLC**

                                          /s/ *E.E. Allinson III*
                                          Elihu E. Allinson, III (No. 3476)
                                          919 North Market Street, Suite 420
                                          Wilmington, Delaware 19801
                                          Tel: 302-428-8191
                                          Fax: 302-428-8195
                                          Email: zallinson@sha-llc.com

                                          and

Robert Kelsoe, Esq.
Kelsoe, Khoury, Rogers & Clark, PC
5323 Spring Valley Road, Suite 350
Dallas, TX   75254
Tel: (972) 661-2227
Fax: (972) 233-4971
Email:  rkelsoe@kelsoe-law.com

*Attorneys for Val Verde Family Limited Partnership, a Texas limited partnership and Vaughn Thompson, individually*