**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 12, 2024, AT 10:00 A.M. (EASTERN TIME)**

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

**ADJOURNED MATTERS**

1. Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 216, filed 7/16/24).

   Response Deadline: September 16, 2024, at 4:00 p.m. (ET)

   Responses Received: None at this time.

   Related Documents:

   A. Transmittal Declaration of Jason D. Angelo, Esquire in Support of the Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 218, filed 7/16/24);

   B. Notice of Mitsubishi HC Capital America Inc. F/K/A Hitachi Capital America Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 219, filed 7/17/24); and

   C. Notice of (I) Rescheduled Hearing and (II) Scheduling of Status Conference with Respect to Motion for Relief from Stay (D.I. 230, filed 8/1/24).

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Status: This matter is being adjourned to a hearing scheduled for September 23, 2024, at 1:00 p.m. (ET).

2. Emergency Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) And 363(e) and (II) Related Relief (D.I. 234, filed 8/9/24).

    Response Deadline: September 16, 2024, at 4:00 p.m. (ET)

    Responses Received: None at this time.

    Related Documents:

    A. Notice of Hearing on Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 236, filed 8/12/24).

    Status: This matter is being adjourned to a hearing scheduled for September 23, 2024, at 1:00 p.m. (ET).

3. Motion of PACCAR Financial Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D) and (II) Related Relief (D.I. 246, filed 8/29/24).

    Response Deadline: September 25, 2024, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents:

    A. Re-Notice of Hearing Regarding Motion of PACCAR Financial Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D) and (II) Related Relief (D.I. 252, filed 9/5/24).

    Status: This matter is being adjourned to a hearing scheduled for October 8, 2024, at 2:00 p.m. (ET).

4. Motion for an Order (I) Granting Relief From the Injunction and Stay Imposed Under 11 U.S.C. §§ 1519, 1520 and 1521 By Certain Orders Of This Court As To Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to the Extent Of Its Application to Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; and (III) For Related Relief with Respect to Five Hundred And Four (504) Trucks all of Which are the Property of Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP and

which were Financed and are Located in the Continental United States (D.I. 248, filed 8/29/24).

Response Deadline: September 25, 2024, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents:

A.   Amended Notice of Motion for an Order (I) Granting Relief From the Injunction and Stay Imposed Under 11 U.S.C. §§1519, 1520 and 1521 By Certain Orders Of This Court As To Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to the Extent Of Its Application to Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; and (III) For Related Relief with Respect to Five Hundred And Four (504) Trucks all of Which are the Property of Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP and which were Financed and are Located in the Continental United States (D.I. 253, filed 9/5/24).

Status: This matter is being adjourned to a hearing scheduled for October 8, 2024, at 2:00 p.m. (ET).

Dated: September 10, 2024
Wilmington, Delaware

        **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

        */s/ Austin T. Park*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Austin T. Park (No. 7247)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989
        abbott@morrisnichols.com
        aremming@morrisnichols.com
        apark@morrisnichols.com

        -and-

        **LINKLATERS LLP**
        Penelope J. Jensen
        Christopher J. Hunker
        Clark L. Xue
        1290 Avenue of the Americas
        New York, NY 10104
        Telephone: (212) 903-9000
        Facsimile: (212) 903-9100
        penelope.jensen@linklaters.com
        christopher.hunker@linklaters.com
        clark.xue@linklaters.com

        *Attorneys for the Foreign Representative*