**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**New** Hearing Date:  Oct. 8, 2024, at 2:00 p.m. (Eastern)<br>**New** Obj. Deadline: Oct. 1, 2024, at 4:00 p.m. (Eastern)<br>**Re:  D.I. 216, 234** |

**NOTICE OF RESCHEDULED HEARING ON MITSUBISHI HC CAPITAL AMERICA INC.'S (A) MOTION FOR AN ORDER GRANTING (I) ADEQUATE PROTECTION PAYMENTS PURSUANT TO 11 U.S.C. §§ 361(A) AND 363(E) AND (II) RELATED RELIEF AND (B) MOTION FOR AN ORDER GRANTING (I) RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D) AND (II) RELATED RELIEF**

**PLEASE TAKE NOTICE** that (a) on July 16, 2024, Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. ("MHCA") filed the *Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief* [D.I. 216] (the "Stay Relief Motion") and (b) on August 9, 2024, MHCA filed the *Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief* [D.I. 234] (the "Adequate Protection Motion" and together with the Stay Relief Motion, the "Motions") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, with the Court's permission, the hearing on the Motions currently scheduled for September 23, 2024, at 1:00 p.m. (Eastern) has been rescheduled for **October 1, 2024 at 2:00 p.m. (Eastern)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motions must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 1, 2024, at 4:00 p.m. (Eastern).** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by counsel for MHCA, Reed Smith LLP, 1201 N. Market Street, Suite 1500,

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Wilmington, Delaware 19801 (Attention: Jason D. Angelo, Esq. (jangelo@reedsmith.com)), Reed Smith LLP, Reed Smith Centre, 225 Fifth Avenue, Pittsburgh, Pennsylvania 15222 (Attn: Jared S. Roach, Esq. (jroach@reedmsith.com)), and Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, New York 10022 (Attention: Aaron G. Javian, Esq. (ajavian@reedsmith.com)).

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 19, 2024
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*
Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: jangelo@reedsmith.com

- and -

Aaron G. Javian, Esq.(admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: +1.212.521.5400
Facsimile: +1.121.521.5450
E-mail: ajavian@reedsmith.com

*Counsel to Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.*