# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON SEPTEMBER 23, 2024, AT 1:00 P.M. (EASTERN TIME)

> **This hearing will be conducted in-person in Courtroom #7, 3rd floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING. To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the Court's website at www.deb.uscourts.gov.**

## ADJOURNED MATTERS

1. Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 216, filed 7/16/24).

    Response Deadline: October 1, 2024, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents:

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

A. Transmittal Declaration of Jason D. Angelo, Esquire in Support of the Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 218, filed 7/16/24);

B. Notice of Mitsubishi HC Capital America Inc. F/K/A Hitachi Capital America Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 219, filed 7/17/24);

C. Notice of (I) Rescheduled Hearing and (II) Scheduling of Status Conference with Respect to Motion for Relief from Stay (D.I. 230, filed 8/1/24);

D. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 256, filed 9/10/24); and

E. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 260, filed 9/19/24).

Status:  This matter is being adjourned to the hearing scheduled for October 8, 2024, at 2:00 p.m. (ET).

2. Emergency Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) And 363(e) and (II) Related Relief (D.I. 234, filed 8/9/24).

Response Deadline: October 1, 2024, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents:

A. Notice of Hearing on Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 236, filed 8/12/24); and

B. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B)

Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 256, filed 9/10/24).

C. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 260, filed 9/19/24).

Status: This matter is being adjourned to the hearing scheduled for October 8, 2024, at 2:00 p.m. (ET).

Dated: September 19, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
    aremming@morrisnichols.com
    apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
    christopher.hunker@linklaters.com
    clark.xue@linklaters.com

*Attorneys for the Foreign Representative*