## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**AMENDED[2]** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 23, 2024, AT 1:00 P.M. (EASTERN TIME)

---

**THERE ARE NO MATTERS GOING FORWARD.**
**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

---

## ADJOURNED MATTERS

1.     Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 216, filed 7/16/24).

Response Deadline: October 1, 2024, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents:

A.     Transmittal Declaration of Jason D. Angelo, Esquire in Support of the Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 218, filed 7/16/24);

B.     Notice of Mitsubishi HC Capital America Inc. F/K/A Hitachi Capital America Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 219, filed 7/17/24);

---

[1]     The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]     Amended items in **bold.**

C. Notice of (I) Rescheduled Hearing and (II) Scheduling of Status Conference with Respect to Motion for Relief from Stay (D.I. 230, filed 8/1/24);

D. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 256, filed 9/10/24); and

E. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 260, filed 9/19/24).

Status:  This matter is being adjourned to the hearing scheduled for October 8, 2024, at 2:00 p.m. (ET).

2. Emergency Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) And 363(e) and (II) Related Relief (D.I. 234, filed 8/9/24).

Response Deadline: October 1, 2024, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents:

A. Notice of Hearing on Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 236, filed 8/12/24); and

B. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 256, filed 9/10/24).

C. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 260, filed 9/19/24).

<u>Status:</u>  This matter is being adjourned to the hearing scheduled for October 8, 2024, at 2:00 p.m. (ET).

Dated: September 19, 2024       **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

<u>*/s/ Austin T. Park*</u>_____
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
       christopher.hunker@linklaters.com
       clark.xue@linklaters.com

*Attorneys for the Foreign Representative*