# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 260** |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of September 2024, I caused a copy of the *Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief* [D.I. 256] to be served upon (i) all parties of record via CM/ECF and (ii) the parties listed below via email.

Dated: September 19, 2024  
       Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*  
Jason D. Angelo (No. 6009)  
1201 North Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: jangelo@reedsmith.com

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Master Service List (as of 09/11/2024 06:00:33)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | COUNTRY | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| ASHBY & GEDDES, P.A. | (COUNSEL TO PACCAR FINANCIAL CORP) | ATTN: MICHAEL D DEBAECKE | 500 DELAWARE AVE, 8TH FLR | | WILMINGTON | DE | 19801 | | mdebaecke@ashbygeddes.com | |
| BIELLI & KLAUDER, LLC | (COUNSEL TO ROYNAT INC.) | ATTN: DAVID M. KLAUDER | 1204 N KING STREET | | WILMINGTON | DE | 19801 | | dklauder@bk-legal.com | 302-353-3744 |
| BRENNAN STEINBERG LANDAU SAVIN & COURANE LLP | (COUNSEL TO PACCAR FINANCIAL CORP) | ATTN: CRAIG R COLRAINE, NIKITA TANWAR | STE 1000 - 33 BLOOR STREET EAST | | TORONTO | | M4W 3H1 | CANADA | colraine@bslcc.com; nikita@bslcc.com | |
| BLAKE, CASSELS & GRAYDON LLP | (COUNSEL TO MONITOR) | ATTN: PAMELA HUFF, CHRIS BURR, DANIEL LOBERTO, KELLY BOURASSA, ARYO SHALVIRI, CHRISTOPHER KELIHER & KEVIN WU | 199 BAY STREET, SUITE 4000 | | TORONTO | ON | M5L 1A9 | CANADA | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com; kelly.bourassa@blakes.com; aryo.shalviri@blakes.com; christopher.keliher@blakes.com | |
| BROWARD COUNTY, FLORIDA | C/O RECORDS, TAXES AND TREASURY DIVISION | ATTN: SCOTT ANDRON | 115 S. ANDREWS AVENUE, SUITE A-100 | | FORT LAUDERDALE | FL | 33301 | | levin.wu@blakes.com; sandron@broward.org | |
| BROWN MCGARRY NIMEROPP LLC | (COUNSEL TO TRIUMPH FINANCIAL SERVICES LLC) | ATTN: JAMIE B. NIMEROPP | 919 N MARKET STREET, STE 420 | | WILMINGTON | DE | 19801 | | jnimeroff@bmnlawyers.com | 312-516-3969 |
| CHAPMAN AND CUTLER LLP | (COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT) | ATTN: MICHAEL T BENZ, STEPHEN R TETRO II, JAMES P SULLIVAN | 320 SOUTH CANAL STREET, 27TH FLOOR | | CHICAGO | IL | 60606 | | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com | 312-516-3969 |
| CHAPMAN AND CUTLER LLP | (COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT) | ATTN: YULIYA ZAHORODA | 1270 AVENUE OF THE AMERICAS, 30TH FLOOR | | NEW YORK | NY | 10020-1708 | | yzahoroda@chapman.com | 646-862-9057 |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | (COUNSEL TO DAIMLER TRUCK FINANCIAL SERVICES USA LLC) | ATTN: KIM GAGE | 535 ANTON BOULEVARD, 10TH FL | | COSTA MESA | CA | 92626 | | kgage@cookseylaw.com | |
| ERNST & YOUNG INC. | (MONITOR) | | | | | | | | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.m.eary@parthenon.ey.com; alexander.slovic@parthenon.ey.com | |
| GELLER T SIETZ BUSENKELL & BROWN, LLC | (COUNSEL TO EGO EXPRESS, INC.) | ATTN: ALEX MORRISON, KAREN FUNG, SIMON CARVALHO, MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | 100 ADELAIDE STREET WEST | | TORONTO | ON | M5H 0B3 | CANADA | mengiku@gsbblaw.com | 302-425-5814 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO DAIMLER TRUCK FINANCIAL SERVICES USA LLC) | ATTN: MARGARET ENGLAND | 1201 N ORANGE ST, STE 300 | | WILMINGTON | DE | 19801 | | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com | |
| HOLLAND & KNIGHT LLP | (COUNSEL TO REGIONS EQUIP FINANCE CORP &) | ATTN: ANTHONY W CLARK & DENNIS A MELORO | 222 DELAWARE AVENUE, STE 1600 | | WILMINGTON | DE | 19801 | | trip.nix@hklaw.com | |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | ATTN: TRIP NIX | 100 CONGRESS AVE, STE 1800 | | AUSTIN | TX | 78701 | | bankruptcy@kerncounty.com | |
| LEWIS RICE LLC | (COUNSEL TO REGIONS EQUIP FINANCE CORP &) | ATTN: JOSEPH J. TRAD | PO BOX 579 | | BAKERSFIELD | CA | 93302-0579 | | jtrad@lewisrice.com | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO DALLAS COUNTY & TARRANT COUNTY) | ATTN: JOHN K. TURNER | 600 WASHINGTON AVE, STE 2400 | | SAINT LOUIS | MO | 63101 | | dallas.bankruptcy@lgbs.com; john.turner@lgbs.com | 469.221.5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO CITY OF HOUSTON, HOUSTON HOMM COLL | SYSTEM, HOUSTON ISD & HARRIS CO ESD #12) | 2777 N. STEMMONS FREEWAY, STE 1000 | | DALLAS | TX | 75207 | | houston_bankruptcy@lgbs.com | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO BEXAR COUNTY) | ATTN: DON STECKER | ATTN: TARA L. GRUNDEMEIER | 112 E PECAN ST, STE 2200 | SAN ANTONIO | TX | 78205 | | sanantonio.bankruptcy@lgbs.com | 210-225-6410 |
| LINKLATERS LLP | (COUNSEL TO DEBTORS) | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & MICHAEL M SCHMAHL | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10104 | | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com | |
| MASON POLLICK & SCHMAHL, LLC | (COUNSEL TO EGO EXPRESS, INC.) | ATTN: MICHAEL M SCHMAHL | 70 W HUBBARD, STE 304 | | CHICAGO | IL | 60654 | | mschmahl@mps-law.com; STScott@mayerbrown.com; JGross@mayerbrown.com | |
| MAYER BROWN LLP | (COUNSEL TO REGIONS BANK) | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & | JADE M. EDWARDS | 71 S. WACKER DR | CHICAGO | IL | 60606 | | JMEdwards@mayerbrown.com | |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO ERNST & YOUNG INC., COURT APPOINTED MONITOR) | ATTN: BRADLEY THOMAS GIORDANO & CARMEN DINGMAN | 444 WEST LAKE STREET, STE 4000 | | CHICAGO | IL | 60606-0029 | | bgiordano@mwe.com; cdingman@mwe.com | 312-984-7700 |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO ERNST & YOUNG INC., COURT APPOINTED MONITOR) | ATTN: STACY A. LUTKUS | ONE VANDERBILT AVE | | NEW YORK | NY | 10017-3852 | | salutkus@mwe.com | 212-547-5444 |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO ERNST & YOUNG INC., COURT APPOINTED MONITOR) | ATTN: DAVID R. HURST | THE BRANDYWINE BLDG | 1000 N WEST ST, STE 1400 | WILMINGTON | DE | 19801 | | dhurst@mwe.com | 302-351-8711 |
| MCDONALD HOPKINS, LLC | (COUNSEL TO ROYNAT INC.) | ATTN: MARC J. CARMEL & RYAN S. NADICK | 300 NORTH LASALLE ST, STE 1400 | | CHICAGO | IL | 60654 | | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com | |
| MCMILLAN LLP | (COUNSEL TO ROYNAT INC.) | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | 421 7TH AVENUE SW | | CALGARY ALBERTA | | T2P 4K9 | | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca | |
| MCMILLAN LLP | (COUNSEL TO BANK OF NOVA SCOTIA) | ATTN: JEFFREY LEVINE | TD CANADA TRUST TWR | BROOKFIELD PLACE, SUITE 4400 | TORONTO | ON | M5J 2T3 | | jeffrey.levine@mcmillan.ca | 305-375-4601 |
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | (COUNSEL TO NAT'L BANK OF CANADA &) | ATTN: ALEXIS GONZALEZ | 200 NW 2ND AVE, #430 | | MIAMI | FL | 33128 | | alexis.gonzalez@miamidade.gov; jody.barillare@morganlewis.com | |
| MORGAN LEWIS & BOCKIUS LLP | | ATTN: JODY C BARILLARE | NAT'L BANK FINANCIAL INC) | 1201 N MARKET ST, STE 2201 | WILMINGTON | DE | 19801 | | kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com | |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO NAT'L BANK OF CANADA & NAT'L BANK FINANCIAL INC) | ATTN: KEVIN J. BIRON, STEPHAN E. HORNUNG & DEREK C ABBOTT & ANDREW R REMMING | GRAHAM L. FISHER | 101 PARK AVE | NEW YORK | NY | 10178 | | graham.fisher@morganlewis.com | |
| MORRIS NICHOLS ARSHT & TUNNELL | (DEBTORS' COUNSEL) | ATTN: DEBORAH M PERRY | 1201 NORTH MARKET ST , 16TH FL | | WILMINGTON | DE | 18899 | | DABBOTT@MORRISNICHOLS.COM | 302-658-3989 |
| MUNSCH HARDT KOPF & HARR, PC | (COUNSEL TO MILESTONE TRAILER LEASING, LLC) | ATTN: TIMOTHY J FOX, JR | LOCKBOX #15 | | DALLAS | TX | 75201 | | dperry@munsch.com | |
| OFFICE OF THE US TRUSTEE | US DEPT OF JUSTICE | ATTN: TAMMY JONES | 844 KING ST, STE 207 | | WILMINGTON | DE | 19801 | | timothy.fox@usdoj.gov | 303-573-6497 |
| OKLAHOMA COUNTY TREASURER | | ATTN: ELIZABETH BANDA CALVO | 320 ROBERT S KERR, ROOM 307 | | OKLAHOMA CITY | OK | 73102 | | tammy.jones@oklahomacounty.org | |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | (COUNSEL TO RICHARDSON ISD) | ATTN: CAROLL FOUR ARNIES BRANCH ISD | 500 E. BORDER STREET, STE 640 | | ARLINGTON | TX | 76010 | | ebcalvo@pbfcm.com | 817-860-6509 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | (COUNSEL TO GARLAND, GARLAND ISD & | CARROLLTON-FARMERS BRANCH ISD) | 1919 S. SHILOH RD, STE 640, LB 40 | | GARLAND | TX | 75042 | | lbandacalvo@pbfcm.com | 817-860-6509 |
| PERKINS COIE LLP | (COUNSEL TO PACCAR FINANCIAL CORP) | ATTN: BRADLEY COSMAN, TINA MOSS | 2525 E CAMELBACK ROAD, STE 900 | | PHOENIX | AZ | 85016-4227 | | bcosman@perkinscoie.com; tmoss@perkinscoie.com | |
| REED SMITH LLP | (COUNSEL TO MITSUBISHI HC CAPITAL AMERICA INC) | ATTN: JASON D ANGELO | 1201 NORTH MARKET STREET, STE 1500 | | WILMINGTON | DE | 19801 | | jangelo@reedsmith.com | 302-778-7575 |
| REED SMITH LLP | (COUNSEL TO MITSUBISHI HC CAPITAL AMERICA INC) | ATTN: AARON JAVIAN | 599 LEXINGTON AVENUE, 22ND FLR | | NEW YORK | NY | 10022 | | ajavian@reedsmith.com | 212-521-5450 |
| STEVENS & LEE, P.C. | (COUNSEL TO NATIONAL TRAILER LEASING, INC.) | ATTN: JOSEPH H. HUSTON, JR & ELIZABETH A ROGERS | 919 NORTH MARKET ST, STE 1300 | | WILMINGTON | DE | 19801 | | joseph.huston@stevenslee.com; elizabeth.rogers@stevenslee.com | 610-371-7972 |
| STEVENS & LEE, P.C. | (COUNSEL TO NATIONAL TRAILER LEASING, INC.) | ATTN: JASON NC MANFREY | 620 FREEDOM BUSINESS CENTER, STE 200 | | KING OF PRUSSIA | PA | 19406 | | jason.manfrey@stevenslee.com | 610-337-4374 |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER S. MURPHY, ASST ATTY GENERAL | TEXAS ATTORNEY GENERAL'S OFFICE | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | christopher.murphy@oag.texas.gov | |
| THORNTON GROUP FENNIGAN LLP | (CANADIAN COUNSEL TO DEBTORS) | ATTN: LEANNE M. WILLIAMS, RACHEL NICHOLSON & | TD WEST TOWER, TORONTO-DOMINION CENTRE | 100 WELLINGTON STREET WEST, STE 3200 | TORONTO | ON | M5K 1K7 | CANADA | leannew@tgf.ca; racheln@tgf.ca; pteshoeski@tgf.ca | 615-741-3334 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE | BANKRUPTCY DIVISION | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | | agbankdelaware@ag.tn.gov | |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO ROYAL BANK OF CANADA, AS ADMIN AGENT) | ATTN: MATTHEW PYAND & TODD A ATKINSON | 1313 NORTH MARKET STREET, STE 1200 | | WILMINGTON | DE | 19801 | | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com | 302-252-4330 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO VOLVO FINANCIAL SERVICES) | ATTN: MORGAN L PATTERSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | | morgan.patterson@wbd-us.com | 302-252-4330 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO VOLVO FINANCIAL SERVICES) | ATTN: JAMES S LIVERMON III | 555 FAYETTEVILLE ST, STE 1100 | | RALEIGH | NC | 27601 | | chartie.livermon@wbd-us.com | 919-755-6048 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO REGIONS BANK & REGIONS EQUIP FINANCE CORP & REGIONS COMMERCIAL | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | | | WILMINGTON | DE | 19801 | | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com | |