**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.*,[1] | Case No. 24-10632 (CTG) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: October 15, 2024, at 11:30 a.m. (ET)<br>Obj. Deadline: October 8, 2024, at 4:00 p.m. (ET) |

**RE-NOTICE OF HEARING REGARDING MOTION OF PACCAR FINANCIAL CORP. FOR AN ORDER GRANTING (I) RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND (II) RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 29, 2024, PACCAR Financial Corp. ("PFC") filed the *Motion of PACCAR Financial Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D) and (II) Related Relief* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion previously was served upon you.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **October 8, 2024, at 4:00 p.m. (ET).** Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion is now scheduled for **October 15, 2024, at 11:30 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada. The Debtors are also Applicants in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court").

{02048427;v1 }

Dated: October 1, 2024
      Wilmington, Delaware

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: MDeBaecke@ashbygeddes.com

-and-

**PERKINS COIE LLP**
Tina N. Moss, Esq.
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Tel: (212) 262-6910
Email: TMoss@perkinscoie.com

*Counsel for PACCAR Financial Corp.*