**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 15, 2024 at 11:30 a.m.** |

**AMENDED NOTICE OF MOTION**

Daimler Truck Financial Services USA LLC ("DTFS") has filed the *Motion for an Order (I) Granting Relief From the Injunction and Stay Imposed Under 11 U.S.C. §§1519, 1520 and 1521 By Certain Orders Of This Court As To Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to the Extent Of Its Application to Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; and (III) For Related Relief with Respect to Five Hundred And Four (504) Trucks all of Which are the Property of Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP and which were Financed and are Located in the Continental United States* (the "Motion") with the United States Bankruptcy Court for the District of Delaware. You were previously served with a copy of the Motion.

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 15, 2024 at 11:30 a.m. (prevailing Eastern Time)** before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., Wilmington, DE 19801.

| | |
|---|---|
| Dated: October 1, 2024 | **GREENBERG TRAURIG, LLP**<br><br>By: */s/ Dennis A. Meloro*<br>Anthony W. Clark (DE Bar No. 2051)<br>Dennis A. Meloro (DE Bar No. 4435)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000<br>Email:  Anthony. Clark@gtlaw.com<br>         Dennis.Meloro@gtlaw.com<br><br>-and-<br><br>Kim Gage<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, 10th Floor<br>Costa Mesa, CA  92626<br>Telephone: (714) 431-1090<br>E-mail: kgage@cookseylaw.com<br><br>*Counsel to Daimler Truck Financial Services USA LLC* |