**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Re: D.I. 266** |

**NOTICE OF ENTRY OF PGL VESTING ORDER**
**IN THE CCAA PROCEEDINGS**

**PLEASE TAKE NOTICE** that on October 1, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (the "Debtors"), filed with this Court the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the PGL Vesting Order and (II) Granting Related Relief* [D.I. 266] (the "Motion").  In the Motion, the Foreign Representative indicated that he would supplement the Motion by filing the as-granted PGL Vesting Order[2] shortly after it is granted by the Canadian Court.

**PLEASE TAKE FURTHER NOTICE** that on October 3, 2024, the Canadian Court in the CCAA Proceedings granted the PGL Vesting Order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Motion, the Foreign Representative files this Notice to supplement the Motion and provide notice of the Canadian Court's granting of the PGL Vesting Order.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms not defined herein are defined in the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit A</u>** is a copy of the PGL Vesting Order that was granted by the Canadian Court in the CCAA Proceedings.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit B</u>** is a copy of the related Counsel/Endorsement Slip issued in connection with the PGL Vesting Order.

[*Signature Page Follows*]

Dated: October 4, 2024      **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
  aremming@morrisnichols.com
  ccarlisle@morrisnichols.com
  apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
  christopher.hunker@linklaters.com
  clark.xue@linklaters.com

*Attorneys for the Foreign Representative*