**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED** that the following omnibus hearing has been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| November 5, 2024 | 3:00 p.m. (ET) |