**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 15, 2024, AT 11:30 A.M. (EASTERN TIME)**

> **THERE ARE NO MATTERS GOING FORWARD.**
> **WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**RESOLVED MATTER**

1. Motion of the Foreign Representative for Entry of an Order (I) Enforcing the PGL Vesting Order and (II) Granting Related Relief (D.I. 266, filed 10/1/24).

   Response Deadline: October 8, 2024, at 4:00 p.m. (ET).

   Responses Received:

   Related Documents:

   A. Notice of Entry of PGL Vesting Order in the CCAA Proceedings (D.I. 271, filed 10/4/24).

   B. Certificate of No Objection Regarding Motion of the Foreign Representative for Entry of an Order (I) Enforcing the PGL Vesting Order and (II) Granting Related Relief (D.I. 275, filed 10/9/24).

   C. Order (I) Enforcing the PGL Vesting Order and (II) Granting Related Relief (D.I. 276, entered 10/10/24).

   Status: An order has been entered. No hearing is necessary.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**ADJOURNED MATTERS**

2. Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 216, filed 7/16/24).

   Response Deadline: October 8, 2024, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents:

   A. Transmittal Declaration of Jason D. Angelo, Esquire in Support of the Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 218, filed 7/16/24);

   B. Notice of Mitsubishi HC Capital America Inc. F/K/A Hitachi Capital America Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 219, filed 7/17/24);

   C. Notice of (I) Rescheduled Hearing and (II) Scheduling of Status Conference with Respect to Motion for Relief from Stay (D.I. 230, filed 8/1/24);

   D. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 256, filed 9/10/24);

   E. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 260, filed 9/19/24); and

   F. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 269, filed 10/3/24).

   Status:  By agreement of the parties, this matter has been adjourned to a date and time to be determined.

3.     Emergency Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 234, filed 8/9/24).

   Response Deadline: October 8, 2024, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents:

   A. Notice of Hearing on Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 236, filed 8/12/24);

   B. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 256, filed 9/10/24);

   C. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 260, filed 9/19/24); and

   D. Notice of Rescheduled Hearing on Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp.'s (A) Motion for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief and (B) Motion for an Order Granting (I) Adequate Protection Payments Pursuant to 11 U.S.C. §§ 361(a) and 363(e) and (II) Related Relief (D.I. 269, filed 10/3/24).

   Status: By agreement of the parties, this matter has been adjourned to a date and time to be determined.

4.     Motion of PACCAR Financial Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 246, filed 8/29/24).

   Response Deadline: October 8, 2024, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents:

    A. Re-Notice of Hearing Regarding Motion of PACCAR Financial Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 252, filed 9/5/24); and

    B. Re-Notice of Hearing Regarding Motion of PACCAR Financial Corp. for an Order Granting (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief (D.I. 265, filed 10/1/24).

Status: By agreement of the parties, this matter has been adjourned to a date and time to be determined.

5. Motion for an Order (I) Granting Relief from the Injunction and Stay Imposed Under 11 U.S.C. §§ 1519, 1520 and 1521 by Certain Orders of This Court as to Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to the Extent of Its Application to Non-Applicant and Non-Debtor Third Party Tpine Leasing Capital LP; and (III) For Related Relief with Respect to Five Hundred And Four (504) Trucks all of Which are the Property of Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP and Which Were Financed and are Located in the Continental United States (D.I. 248, filed 8/29/24).

Response Deadline: October 8, 2024, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents:

    A. Amended Notice of Motion (D.I. 251, filed 9/4/24);

    B. Amended Notice of Motion (D.I. 253, filed 9/5/24); and

    C. Amended Notice of Motion (D.I. 267, filed 10/1/24).

Status: By agreement of the parties, this matter has been adjourned to a date and time to be determined.

[*Signature page follows.*]

| | |
|---|---|
| Dated: October 10, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
         aremming@morrisnichols.com
         ccarlisle@morrisnichols.com
         apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
         christopher.hunker@linklaters.com
         clark.xue@linklaters.com

*Attorneys for the Foreign Representative*