## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER (I) GRANTING RELIEF FROM THE INJUNCTION AND STAY IMPOSED UNDER 11 U.S.C. §§ 1519, 1520 AND 1521 BY CERTAIN ORDERS OF THIS COURT AS TO NON-APPLICANT AND NON-DEBTOR THIRD PARTY TPINE LEASING CAPITAL LP; (II) GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D) TO THE EXTENT OF ITS APPLICATION TO NON-APPLICANT AND NON-DEBTOR THIRD PARTY TPINE LEASING CAPITAL LP; AND (III) FOR RELATED RELIEF WITH RESPECT TO FIVE HUNDRED AND FOUR (504) TRUCKS ALL OF WHICH ARE THE PROPERTY OF NON-APPLICANT AND NON-DEBTOR THIRD PARTY TPINE LEASING CAPITAL LP AND WHICH WERE FINANCED AND ARE LOCATED IN THE CONTINENTAL UNITED STATES**

PLEASE TAKE NOTICE that Daimler Truck Financial Services USA LLC hereby withdraws the *Motion for an Order (I) Granting Relief From the Injunction and Stay Imposed Under 11 U.S.C. §§ 1519, 1520 and 1521 By Certain Orders Of This Court As To Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP; (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to the Extent Of Its Application to Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP; and (III) For Related Relief with Respect to Five Hundred And Four (504) Trucks all of Which are the Property of Non-Applicant and Non-Debtor Third Party TPine Leasing Capital LP and which were Financed and are Located in the Continental United States* [Docket No. 248] filed on August 29, 2024.

| | |
|---|---|
| Dated: October 30, 2024 | GREENBERG TRAURIG, LLP<br><br>*/s/ Dennis A. Meloro*<br>Dennis A. Meloro (DE Bar No. 4435)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360<br>Email: melorod@gtlaw.com<br><br>*Counsel for Daimler Truck Financial Services USA LLC* |