# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Re: D.I. 280** |

## NOTICE OF ENTRY OF AMENDED COLLATERAL MANAGEMENT ORDER IN THE CCAA PROCEEDINGS

**PLEASE TAKE NOTICE** that on October 29, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (the "Debtors"), filed with this Court the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Wind-Down Orders and (II) Granting Related Relief* [D.I. 280] (the "Motion").[2] In the Motion, the Foreign Representative indicated that he would supplement the Motion by filing any as-granted amendments to the Collateral Management Order shortly after they are granted by the Canadian Court, along with a redline reflecting any changes to the Collateral Management Order.

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2024, the Canadian Court in the CCAA Proceedings granted certain amendments to the Collateral Management Order (the "Amended Collateral Management Order"), upon motion of Royal Bank of Canada, in its capacity as bilateral lender ("RBC Bilat").

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms not defined herein are defined in the Motion and its accompanying exhibits.

**PLEASE TAKE FURTHER NOTICE** that the Amended Collateral Management Order expands the definition of "Management Property" to include certain additional assets to be turned over to RBC Bilat pursuant to the Wind-Down and Turn-Over Order, which are identified by vehicle identification number in Schedule "D" attached to the Amended Collateral Management Order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Motion, the Foreign Representative files this Notice to supplement the Motion and provide notice of the Canadian Court's granting of the Amended Collateral Management Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a copy of the Amended Collateral Management Order that was granted by the Canadian Court in the CCAA Proceedings.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline comparing the as-granted Amended Collateral Management Order to the as-granted Collateral Management Order.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: November 5, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Austin T. Park*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Clint M. Carlisle (No. 7313)<br>Austin T. Park (No. 7247)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ccarlisle@morrisnichols.com<br>       apark@morrisnichols.com<br><br>- and -<br><br>**LINKLATERS LLP**<br><br>Penelope J. Jensen, Esq. (admitted *pro hac vice*)<br>Christopher J. Hunker, Esq. (admitted *pro hac vice*)<br>Clark L. Xue, Esq.<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 903-9000<br>Facsimile: (212) 903-9100<br>Email: penelope.jensen@linklaters.com<br>       christopher.hunker@linklaters.com<br>       clark.xue@linklaters.com<br><br>*Attorneys for the Foreign Representative* |