**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I. 280** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) ENFORCING THE
WIND-DOWN ORDERS AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative, (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") hereby certifies as follows:

1. On October 29, 2024, the Debtors filed the *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Wind-Down Orders and (II) Granting Related Relief* [D.I. 280] (the "Enforcement Motion"). Attached to the Enforcement Motion as Exhibit A was a proposed form of order (the "Proposed Order").

2. Pursuant to the notice of the Enforcement Motion, objections to the Enforcement Motion were to be filed and served no later than November 5, 2024, at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

3. While no formal objections were received by the Objection Deadline, informal comments were received from Caraustar Recovered Fiber Group, Inc. ("Caraustar").

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

4. After conferring with Caraustar, the Debtors have revised the Proposed Order (the "Revised Proposed Order") to resolve the informal comments received. A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.

5. For the convenience of the Court and all parties in interest, a redline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit B**.

6. Counsel to Caraustar reviewed the Revised Proposed Order and had no objection to its entry.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the Revised Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: November 6, 2024  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
   aremming@morrisnichols.com
   ccarlisle@morrisnichols.com
   apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
   christopher.hunker@linklaters.com
   clark.xue@linklaters.com

*Attorneys for the Foreign Representative*