# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 12, 2024, AT 1:00 P.M. (EASTERN TIME)**

> **THERE ARE NO MATTERS GOING FORWARD.**
>
> **WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**RESOLVED MATTER**

1. Motion of the Foreign Representative for Entry of an Order (I) Enforcing the Wind-Down Orders and (II) Granting Related Relief (D.I. 280, filed 10/29/24).

    Response Deadline: November 5, 2024, at 4:00 p.m. (ET).

    Responses Received:

    A. Informal comments from Caraustar Recovered Fiber Group, Inc.

    Related Documents:

    A. Notice of Entry of Amended Collateral Management Order in the CCAA Proceedings (D.I. 283, filed 11/5/24);

    B. Certification of Counsel Regarding Order (I) Enforcing the Wind-Down Orders and (II) Granting Related Relief (D.I. 284, filed 11/6/24)**; and**

    C. **Order (I) Enforcing the Wind-Down Orders and (II) Granting Related Relief (D.I. 286, entered 11/7/24).**

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Amended items in **bold**.

**Status: An order has been entered.  No hearing is necessary.**

|  |  |
|---|---|
| Dated: November 7, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
　　　　aremming@morrisnichols.com
　　　　ccarlisle@morrisnichols.com
　　　　apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
　　　　christopher.hunker@linklaters.com
　　　　clark.xue@linklaters.com

*Attorneys for the Foreign Representative*