**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Ref. Docket No. 290** |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 14, 2024, I caused to be served the "Notice of Proposed Sale of Available U.S. Assets," dated November 14, 2024 [Docket No. 290], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to: *boris@smfnet.com* and *daniel@bbalawmi.com.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Sharna Wilson*
                                                        Sharna Wilson

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| DAGM WUBSHET, MARTA A TIBEBU, AND DMH | EXPRESS TRUCKING, LLC; LAW OFFICES OF EUGENE N BOLIN, JR, PS; ATTN E BOLIN, JR 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL BANCORP, INC. | 211 HIGH POINT DR VICTOR NY 14564-1061 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GREAT AMERICA FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |
| PRIDE GROUP ENTERPRISES | AMTOI S RANDHAWA, CLO 400 SPECTRUM CENTER DR., STE 280 IRVINE CA 92618 |
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE CORPORATION | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |

| Claim Name | Address Information |
|---|---|
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| U.S. DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| VAL VERDE FAMILY LIMITED PARTNERSHIP | 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |

**Total Creditor count  58**

Pride Group Holdings Inc., *et al.,*
Case No. 24-10632 (CTG)
First Class Mail Additional Service List

SMF, INC
ATTENTION: BORISLAV IOVANOVICI – PRESIDENT
9357 GENERAL DR. STE 120
PLYMOUTH, MI 48170

BOROJA, BERNIER & ASSOCIATES PLLC
ATTENTION: DANIEL BOROJA, ESQ
49139 SCHOENHERR
SHELBY TWP. MI 48315

**EXHIBIT B**

| NAME | ATTN | EMAIL |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE; NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF; KELLY BOURASSA; CHRIS BURR; ARYO SHALVIRI; CHRISTOPHER KELIHER; DANIEL LOBERTO; KEVIL WU | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com; kelly.bourassa@blakes.com; aryo.shalvir@blakes.com; christopher.keliher@blakes.com; kevin.wu@blakes.com |
| BROWARD COUNTY, FLORIDA | ATTN: SCOTT ANDRON | sandron@broward.org |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ; STEPHEN R TETRO, II; JAMES P SULLIVAN; YULIYA ZAHORODA | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com; yzahoroda@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON; KAREN FUNG; SIMONE CARVALHO; MICHAEL HAYES; EMILY MASRY; ALEXANDER SLOVIC | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com; alexander.slovic@parthenon.ey.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MARGARET F ENGLAND | mengland@gsbblaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK; DENNIS A. MELORO | Anthony.Clark@gtlaw.com; Dennis.Meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX | trip.nix@hklaw.com |
| KELSOE, KHOURY, ROGERS & CLARK, PC | ATTN: ROBERT KELSOE | rkelsoe@kelsoe-law.com |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | bankruptcy@kerncounty.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN K. TURNER | dallas.bankruptcy@tgbs.com; john.turner@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |

| NAME | ATTN | EMAIL |
| --- | --- | --- |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN; CHRISTOPHER J. HUNKER; CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MASON POLLICK & SCHMAHL, LLC | ATTN: MICHAEL M SCHMAHL | mschmahl@mps-law.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT; JOSHUA R. GROSS; JADE M. EDWARDS | STScott@mayerbrown.com; JGross@mayerbrown.com; JMEdwards@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: BRADLEY THOMAS GIORDANO; CARMEN DINGMAN | bgiordano@mwe.com; cdingman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: STACY A. LUTKUS | salutkus@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID R. HURST | dhurst@mwe.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL; RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV; KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MCMILLAN LLP | ATTN: JEFFREY LEVINE | jeffrey.levine@mcmillan.ca |
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | ATTN: ALEXIS GONZALEZ | alexis.gonzalez@miamidade.gov; mdtcbkc@miamidade.gov |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON; STEPHAN E. HORNUNG; GRAHAM L. FISHER | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; graham.fisher@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES | tammy.jones@oklahomacounty.org |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LINDA D. REECE | lreece@pbfcm.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN; TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO; AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR.; JASON C MANFREY; ELIZABETH A. ROGERS | joseph.huston@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E ALLINSON, III | zallinson@sha-llc.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |

Pride Group Holdings Inc., *et al.,*  Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
| --- | --- | --- |
| TN DEPT OF REVENUE | TN ATTY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON; PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD; TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III; MORGAN L PATTERSON | charlie.livermon@wbd-us.com; morgan.patterson@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR; MATTHEW B. LUNN; RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |

| ATTN | EMAIL |
|---|---|
| ATTN: DANNY MOURNING | DMOURNING@TFIN.COM |
| ATTN: STEVE GRAPH & SHAUN PARSONS | SGRAFF@AIRDBERLIS.COM; SPARSONS@AIRDBERLIS.COM |
| ATTN: DOUG MCINTOSH, ELESE ALLIN, ESTHER MANN, DUNCAN MACRAE | DMCINTOSH@ALVAREZANDMARSAL.COM; EALLIN@ALVAREZANDMARSAL.COM; ESTHER.MANN@ALVAREZANDMARSAL.COM; DMACRAE@ALVAREZANDMARSAL.COM |
| ATTN: MARK E. ARONSON | mea@amclaw.com |
| ATTN: DARRYL S. LADDIN & FRANK N. WHITE | darryl.laddin@agg.com; frank.white@agg.com |
| ATTN: HERBERT ARNOLD & THOMAS ARNOLD | htaesq@aol.com; tarnold@arnold-foster.com |
| ATTN: FRANK REDA | frank_reda@ajg.com |
| ATTN: INTAKE OFFICE | AGC-PGC.TORONTO-TAX-FISCAL@JUSTICE.GC.CA; SANDRA.PALMA@CRA-ARC.GC.CA; FOZIA.CHAUDARY@JUSTICE.GC.CA; MEGGIE.JOHNSON@JUSTICE.GC.CA; KEVIN.DIAS@JUSTICE.GC.CA |
| ATTN: JOSIE PARISI & GARY CERRATO | JPARISI@BDO.CA; GCERRATO@BDO.CA |
| ATTN: RAJ S. SAHNI & JOSHUA FOSTER | SAHNIR@BENNETTJONES.COM; FOSTERJ@BENNETTJONES.COM |
| ATTN: C COLRAINE & N TANWAR | COLRAINE@BSLSC.COM; NIKITA@BSLSC.COM |
| ATTN: PAMELA HUFF, CHRIS BURR, DANIEL LOBERTO, KEVIN WU, KELLY BOURASSA & CHRISTOPHER KELIHER | PAMELA.HUFF@BLAKES.COM; CHRIS.BURR@BLAKES.COM; DANIEL.LOBERTO@BLAKES.COM; KEVIN.WU@BLAKES.COM; KELLY.BOURASSA@BLAKES.COM; CHRISTOPHER.KELIHER@BLAKES.COM |
| ATTN: ALEX MACFARLANE, NICK HOLLARD | AMACFARLANE@BLG.COM; NHOLLARD@BLG.COM |
| ATTN: ESTELLE L. RICHMOND | ESTELLE.RICHMOND@BMO.COM |
| ATTN: ROBERT PRINCE & ADAM LAIKEN | ROBERT.PRINCE@BDC.CA; ADAM.LAIKEN@BDC.CA |
| ATTN: GUSTAVO F. CAMELINO | GCAMELINO@CGLEGAL.CA |
| ATTN: MONIQUE SASSI & STEPHANIE FERNANDES | MSASSI@CASSELS.COM; SFERNANDES@CASSELS.COM |
| ATTN: HARVEY CHAITON | HARVEY@CHAITONS.COM |
| ATTN: GIOVANNI DE MERICH & YULIYA ZAHORODA | GDEMERICH@CHAPMAN.COM; YZAHORODA@CHAPMAN.COM |

| ATTN | EMAIL |
| --- | --- |
| ATTN: MICHAEL T. BENZ, JAMES P. SULLIVAN, YULIYA ZAHORODA & STEPHEN TETRO II | BENZ@CHAPMAN.COM; JSULLIVA@CHAPMAN.COM; YZAHORODA@CHAPMAN.COM; STETRO@CHAPMAN.COM |
| ATTN: KIM GAGE | KGAGE@COOKSEYLAW.COM |
|  | bankruptcy.legal@chubb.com |
| CANADA CORPORATION | FLEETSERVICES@DAIMLERTRUCK.COM |
|  | attorney.general@delaware.gov |
| ATTN: D WIEBE, J MEYER, E GRAY, J SALMAS & R KENNEDY; M FREAKE & SARAH LAM | DENNIS.WIEBE@DENTONS.COM; JONATHAN.MEYER@DENTONS.COM; ELAINE.GRAY@DENTONS.COM; JOHN.SALMAS@DENTONS.COM; ROBERT.KENNEDY@DENTONS.COM; MARK.FREAKE@DENTONS.COM; SARAH.LAM@DENTONS.COM |
| ATTN: LISA S CORNE | LCORNE@DICKINSONWRIGHT.COM |
| ATTN: EDMOND F.B. LAMEK | EDMOND.LAMEK@DLAPIPER.COM |
| ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | ALEX.F.MORRISON@PARTHENON.EY.COM; KAREN.K.FUNG@PARTHENON.EY.COM; SIMONE.CARVALHO@PARTHENON.EY.COM; MICHAEL.HAYES@PARTHENON.EY.COM; EMILY.MASRY@PARTHENON.EY.COM; ALEXANDER.SLOVIC@PARTHENON.EY.COM |
| ATTN: D SINGH, S BROTMAN, D RICHER & A KAUFFMAN | DSINGH@FASKEN.COM; SBROTMAN@FASKEN.COM; DRICHER@FASKEN.COM; AKAUFFMAN@FASKEN.COM |
| ATTN: MORGAN TYLER | MORGAN.TYLER@FINLOC.COM |
| ATTN: CHRIS WUEST | CHRIS.WUEST@FAEF.COM |
| ATTN: SCOTT R. VVANTON & VERN W. DARE | SVENTON@FOGLERS.COM; VDARE@FOGLERS.COM |
| ATTN: DAVID DOWNS | DD@GZLEGAL.COM |
|  | MIKE.TIMCO@ASSET.NET |
| ATTN: CAROLINE DESCOURS, ERIK AXELL | CDESCOURS@GOODMANS.CA; EAXELL@GOODMAN.CA |
| ATTN: T GERTNER | THOMAS.GERTNER@GOWLINGWLG.COM |
| SCOTT KNAPMAN & MATTHEW WRIGHT | SKNAPMAN@HALTONHILLSHYDRO.COM; MATTHEWW@HALTONHILLSHYDRO.COM |
|  | hgs_canada_contact@hdi-specialty.com |
| ATTN: TRIP NIX | TRIP.NIX@HKLAW.COM |
| ENERGY INC. - ATTN: AMY GILLESPIE & KATHY RUHE | AMY.GILLESPIE@CENOVUS.COM; KATHY.RUHE@CENOVUS.COM |

Pride Group Holdings Inc., *et al.*,  Case No. 24-10632 (CTG)
Electronic Mail Provisional Relief Parties Service List

| ATTN | EMAIL |
|---|---|
|  | charles.messing@irs.gov; dennis.moody@irs.gov |
| ATTN: JOHN HENRY SMITH | jhsmith@jhsholdings.com |
| ATTN: BOBBY KOFMAN | BKOFMAN@KSVADVISORY.COM |
| ATTN: OUASSIM TADLAOUI; SOPHIE CREVIER | OTADLAOUI@LAVERY.CA; SCREVIER@LAVERY.CA |
| ATTN: JOSEPH J. TRAD & PATRICK F. GANNINGER | JTRAD@LEWISRICE.COM; PGANNINGER@LEWISRICE.COM |
|  | infocanada@libertymutual.com |
|  | enquiries@lloyds.com |
| ATTN: GRAHAM PHOENIX | GPHOENIX@LN.LAW |
| ATTN: ROBERT VAN PINE | RVANTINE@@MTB.COM |
| ATTN: HOWARD MANIS | HMANIS@MANISLAW.COM |
| ATTN: SEAN T. SCOTT | STSCOTT@MAYERBROWN.COM |
| ATTN: HEATHER MEREDITH & MEGHAN NOEL | HMEREDITH@MCCARTHY.CA; MNOEL@MCCARTHY.CA |
| ATTN: JAMEY GAGE & TREVOR COURTIS | JGAGE@MCCARTHY.CA; TCOURTIS@MCCARTHY.CA |
| ATTN: K. RYLANDS & A. MAEROY, | KOURTNEY.RYLANDS@MCMILLAN.CA; ADAM.MAEROV@MCMILLAN.CA |
| ATTN: JEFFREY LEVINE | JEFFREY.LEVINE@MCMILLAN.CA |
| CORPORATION | HINA.LATIF@MERCEDES-BENZ.COM |
| C/O MUNSCH HARDT KOPF & HARR, P.C. - ATTN: PETER C. HOGUE | PHOGUE@MUNSCH.COM |
| ATTN: JEFFREY CARHART, MATTHEW CRESSATI & PATRICK CORNEY | JCARHART@MILLERTHOMSON.COM; MCRESSATTI@MILLERTHOMSON.COM; PCORNEY@MILLERTHOMSON.COM |
|  | INSOLVENCY.UNIT@ONTARIO.CA |
| ATTN: RICHARD TANNENBAUM, HYUNA YONG AND JARED ROACH | RTANNENBAUM@REEDSMITH.COM; JROACH@REEDSMITH.COM; JANGELO@REEDSMITH.COM; HYONG@REEDSMITH.COM |
| ATTN: DEREK C. ABBOTT | DABBOTT@MORRISNICHOLS.COM |
| ATTN: PETER C. HOGUE | phogue@munch.com |
| ATTN: JENNIFER STAM & LAUREN ARCHIBALD | jennifer.stam@nortonrosefulbright.com; lauren.archibald@nortonrosefulbright.com |
| BANKRUPTCY CCAA TEAM INNOVATION, SCIENCE & ECONOMIC | OSBCCAA-LACCBSF@ISED-ISDE.GC.CA |
| TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| ATTN: TRACY SANDLER, BEN MULLER & J MCDONALD | TSANDLER@OSLER.COM; BMULLER@OSLER.COM; JMACDONALD@OSLER.COM |

Pride Group Holdings Inc., *et al.,*  Case No. 24-10632 (CTG)
Electronic Mail Provisional Relief Parties Service List

| ATTN | EMAIL |
|---|---|
| ATTN: BLAIR MCRADU, MARC WASSERMAN, TIFFANY SUN & DAVE ROSENBLAT | BMCRADU@OSLER.COM; MWASSERMAN@OSLER.COM; TSUN@OSLER.COM; DROSENBLAT@OSLER.COM |
| ATTN: JOHN RUSSO & MONTY DHALIWAL | JRUSSO@PALLETTVALO.COM; MDHALIWAL@PALLETTVALO.COM |
| ATTN: AMTOJ S, RANDHAWA | AMTOJ@RANDHAWA@PRIDEGROUPENTERPRISES.COM |
|  | R.BENSON@RCBENSONCONSULTING.COM |
| ATTN: C. FELL, R.B. BISSELL & S. JOSHI | CFELL@RECONLLP.COM; BBISSELL@RECONLLP.COM; SJOSHI@RECONLLP.COM |
| ATTN: JARED S. ROACH | JROACH@REEDSMITH.COM |
| AS ADMIN AGENT; ATTN: JOSEPH R FRANKE & KYLE SHENTON | JOSEPH.FRANKE@REGIONS.COM; KYLE.SHENTON@REGIONS.COM; STSCOTT@MAYERBROWN.COM |
| C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | JTRAD@LEWISRICE.COM |
| C/O HOLLAND & KNIGHT LLP-ATTN: MORGAN J. DELABAR | MORGAN.DELABAR@HKLAW.COM |
| C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | TRIP.NIX@HKLAW.COM; NICK.MILLER@HKLAW.COM |
| C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | JTRAD@LEWISRICE.COM |
| C/O HOLLAND & KNIGHT LLP-ATTN: MORGAN J. DELABAR | MORGAN.DELABAR@HKLAW.COM |
| C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | TRIP.NIX@HKLAW.COM; NICK.MILLER@HKLAW.COM |
| ATTN: BRAD GRIFFEN | BGRIFFIN@REPUBLICEBANK.COM |
| BRAD NEWTON, SR DIR, GRP RISK MGMT | BRAD.D.NEWTON@RBC.COM |
| AS ADMIN AGENT; ATTN JAMES COGILL | JAMES.COGILL@RBCCM.COM |
| ATTN: BICKRUMIIT DHUGGA | BICKY@RZCDLAW.COM |
|  | DOSDOC_FTAX@DELAWARE.GOV |
|  | COMMISSIONERLIZARRAGA@SEC.GOV; SECBankruptcy-OGC-ADO@sec.gov |
| ATTN: ANDREW CALAMARI | OCR@SEC.GOV |
| ATTN: ANH NGUYEN | ANH.NGUYEN2@SHELL.COM; BANKRUPTCY-NOTICES@SHELL.COM |
| ATTN: MATTHEW A. CLEMENTE & MARK D. WERNER | MCLEMENTE@SIDLEY.COM; MWERNER@SIDLEY.COM |
| ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| ATTN: L. NICHOLSON, M. MCELHERAN & R. HAMMAD | LEENICHOLSON@STIKEMAN.COM; MMCELHERAN@STIKEMAN.COM; RHAMMAD@STIKEMAN.COM |

Pride Group Holdings Inc., *et al.,* Case No. 24-10632 (CTG)
Electronic Mail Provisional Relief Parties Service List

| ATTN | EMAIL |
|---|---|
| ATTN: DEAN LANGLEY | DEAN.LANGLEY@TD.COM |
| ATTN: GARY AGRAHAMSON, ADAM ERLICH & COLEEN DELANEY | GABRAHAMSON@FULLERLLP.COM; AERLICH@FULLERLLP.COM; CDELANEY@FULLERLLP.COM |
| ATTN: LEANNE WILLIAMS, RACHEL NICHOLSON, PUYA FESHARAKI & INES FERREIRA | LWILLIAMS@TGF.CA; RNICHOLSON@TGF.CA; PFESHARAKI@TGF.CA; IFERREIRA@TGF.CA |
| ATTN: STEWART THOM & MICHAEL TAMBLYN | STHOM@TORKINMANES.COM; MTAMBLYN@TORKINMANES.COM |
| ATTN: KYLEIGH LAPIERRE | KYLAPIERRE@TOTALONELOGISTICS.COM |
|  | info@excessunderwriting.ca |
| ATTN: EVAN S GOLDSTEIN | EGOLDSTEIN@UKS.COM |
|  | AskDOJ@usdoj.gov |
| ATTN: DAVID L. KANE | DKANE@VEDDERPRICE.COM |
| ATTN: LEE ROSENKRANTZ | LROSENKRANTZ@WEBSTERBANK.COM |
| ATTN: NYNA BISHOP | NYNA.BISHOP@WELLSFARGO.COM |
| ATTN: MORGAN PATTERSON | morgan.patterson@wbd-us.com |
| ATTN: MATTHEW WARD & TODD ATKINSON | MATTHEW.WARD@WBD-US.COM; TODD.ATKINSON@WBD-US.COM |
| ATTN: CHARLIE LIVERMON | charlie.livermon@wbd-us.com |
| ATTN: PETER CROSS | peter.cross@zurich.com |