IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I. 204, 206** |

**CERTIFICATION OF COUNSEL
REGARDING ADDITIONAL AGREED ORDER AMONG THE
FOREIGN REPRESENTATIVE, THE MONITOR, THE PRIDE GROUP
AND DAIMLER WITH RESPECT TO RELIEF FROM THE INJUNCTION**

Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), hereby certifies as follows:

1. On July 2, 2024, the Foreign Representative filed the *Certification of Counsel Regarding Agreed Order Among the Foreign Representative, the Monitor, the Pride Group and Daimler with Respect to Relief from the Injunction* (D.I. 204).[2]  Attached thereto as Exhibit A

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Certification of Counsel Regarding Agreed Order Among the Foreign Representative, the Monitor, the Pride Group and Daimler with Respect to Relief from the Injunction* (D.I. 204).

was a proposed agreed order and stipulation between the Monitor and its counsel, the Debtors' U.S. and Canadian counsel, and Daimler (collectively, the "Parties"), lifting the Injunction solely to allow Daimler to take possession of and sell the Surrendered Equipment and pursuant to Section 9-624(a) of the UCC waiving any notice requirements under Section 9-611 of the UCC or any applicable state version thereof.

2. On the same day, the Court entered the *Agreed Order Among the Foreign Representative, the Pride Group, the Monitor and Daimler with Respect to Relief from the Injunction* (D.I. 206) (the "Order"), approving the stipulation attached thereto as Exhibit 1 (the "Stipulation").

3. On November 13, 2024, the Foreign Representative learned that fourteen additional trucks were surrendered prior to commencing the CCAA Proceedings and the above-captioned chapter 15 cases (the "Additional Surrendered Equipment"). The Additional Surrendered Equipment was inadvertently not included on Exhibit A to the Stipulation.

4. The Foreign Representative has discussed the foregoing with the Parties, and the Parties have agreed to supplement the Stipulation to include the Additional Surrendered Equipment (the "Additional Proposed Stipulation and Order"). Pursuant to the Additional Proposed Stipulation and Order, Daimler will be granted relief from the Injunction to sell the Additional Surrendered Equipment, and the Pride Group will, pursuant to Section 9-624(a) of the UCC, waive any notice requirements under Section 9-611 of the UCC or any applicable state version thereof with respect to sales of the Additional Surrendered Equipment.

5. Attached hereto as **Exhibit A** is a copy of the Additional Proposed Stipulation and Order.

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the Additional Proposed Stipulation and Order at its earliest convenience.

Dated: November 25, 2024
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
ccarlisle@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative and the Pride Group*