## **Exhibit A**

Additional Proposed Stipulation and Order

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

### AGREED ORDER AMONG THE FOREIGN
### REPRESENTATIVE, THE PRIDE GROUP, THE MONITOR
### AND DAIMLER WITH RESPECT TO RELIEF FROM THE INJUNCTION

The Court having considered the Additional Stipulation Among the Foreign Representative, the Pride Group, the Monitor, and Daimler with Respect to Relief from the Injunction (the "Additional Stipulation")[2] presented to the Court and attached hereto as **Exhibit 1** and good and sufficient cause having been shown:

IT IS HEREBY ORDERED THAT:

1. The Additional Stipulation, and the terms of the Additional Stipulation, are approved.

2. The Injunction, to the extent applicable, pursuant to 11 U.S.C. § 1521(a), is lifted solely to allow Daimler to take possession of and sell the Additional Surrendered

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

Equipment and any notice requirements under Section 9-611 of the UCC or any applicable state version thereof are waived with respect to sales of the Additional Surrendered Equipment.

3. The fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

4. The Foreign Representative, the Pride Group, the Monitor, and Daimler are authorized to take all actions necessary to effectuate the relief requested in the Additional Stipulation.

5. This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

6. This Order shall be binding on and inure to the benefit of the Parties and their respective heirs, executors, administrators, successors, and permitted assigns.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order and the Additional Stipulation.

**<u>Exhibit 1</u>**

**Additional Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*<sup>1</sup><br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

### ADDITIONAL STIPULATION AMONG THE FOREIGN REPRESENTATIVE, THE PRIDE GROUP, THE MONITOR AND DAIMLER WITH RESPECT TO RELIEF FROM THE INJUNCTION

This additional stipulation (the "Stipulation") is entered into by and among (i) Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), (ii) the Pride Group,[2] (iii) Ernst & Young Inc., the Debtors' Canadian Court-appointed monitor (in such capacity, the "Monitor"), and (iv) Daimler Truck Financial Services USA LLC ("Daimler") (each of (i)-(iv), a "Party," and collectively, the "Parties").

**WHEREAS**, on July 2, 2024, the Court entered the *Agreed Order Among the Foreign Representative, the Pride Group, the Monitor and Daimler with Respect to Relief from the*

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] As used herein, "Pride Group" includes: (i) each of the Debtors; (ii) Pride Truck Sales L.P., TPine Leasing Capital L.P., and Sweet Home Hospitality L.P.; and (iii) Block 6 Holding Inc., 2500819 Ontario Inc., Pergola Holdings, Corp., and Pride Global Insurance Company Ltd.

*Injunction* (D.I. 206) (the "Order"), approving the stipulation attached thereto as Exhibit 1 (the "Approved Stipulation").

**WHEREAS**, on November 13, 2024, the Foreign Representative learned that fourteen additional trucks were surrendered prior to commencing the CCAA Proceedings and the above-captioned chapter 15 cases (the "Additional Surrendered Equipment"). The Additional Surrendered Equipment was inadvertently not included on Exhibit A to the Approved Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel, as follows**:**

1. Exhibit A to the Approved Stipulation is hereby amended to add the following fourteen units of Additional Surrendered Equipment and any notice requirements under Section 9-611 of the UCC or any applicable state version thereof are waived with respect to sales of the Additional Surrendered Equipment.

- 3AKJHHDR5NSNC3369
- 3AKJHHDR7KSJX0858
- 3AKJHHDR4NSNC3444
- 3AKJHHDR6PSNU8465
- 3AKJHHDR7PSNU8460
- 3AKJHHDR3PSNU8505
- 3AKJHHDR0PSNU8624
- 3AKJHHDR7PSNU8524
- 3AKJHHDR3PSNU8696
- 3AKJHHDRXRSUZ0122
- 1FUJH4F71RPUX9521
- 3AKJHHDR4RSUU6519
- 3AKJHHDR0MSMH8968
- 3AKJHHDR6PSNU8482

2. This Stipulation may be signed in counterpart originals. Evidence of the execution of this Stipulation may be exchanged by facsimile or electronic transmission of a

scanned copy of the signature pages or by exchange of an originally signed document, each of which shall be as fully binding on the Party as a signed original.

3. Each person who executes the Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute the Stipulation on behalf of such Party.

4. This Stipulation shall be effective and enforceable immediately upon entry by the Court, and the fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

5. This Stipulation shall be binding on and inure to the benefit of the Parties and their respective heirs, executors, administrators, successors, and permitted assigns.

6. The Foreign Representative, Monitor, and Daimler are authorized to take all actions necessary to effectuate the relief requested in this Stipulation.

7. Nothing in this Stipulation, whether express or implied, shall be construed to give to any person or entity other than the Parties any legal or equitable right, remedy, interest, or claim under or in respect of this Stipulation.

8. This Stipulation represents the Parties' mutual understandings and supersedes all prior agreements, whether in oral or written form.

9. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation and/or enforcement of this Stipulation.

| | |
|---|---|
| Dated: November 25, 2024 | Dated: November 25, 2024 |
|  /s/ Austin T. Park |  /s/ Kim Gage |

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **COOKSEY TOOLEN GAGE DUFFY & WOOG P.C.** |
| Derek C. Abbott (No. 3376) | Kim Gage |
| Andrew R. Remming (No. 5120) | 535 Anton Blvd. 10th Floor |
| Clint M. Carlisle (No. 7313) | Costa Mesa CA 92626 |
| Austin T. Park (No. 7247) | Telephone: (714) 431-1090 |
| 1201 North Market Street | Facsimile: (714) 431-1119 |
| P.O. Box 1347 | kgage@cookseylaw.com |
| Wilmington, DE 19899-1347 | |
| Telephone: (302) 658-9200 | *Attorney for Daimler Truck Financial Services USA LLC* |
| Facsimile: (302) 658-3989 | |
| dabbott@morrisnichols.com | |
| aremming@morrisnichols.com | |
| ccarlisle@morrisnichols.com | Dated: November 25, 2024 |
| apark@morrisnichols.com |  /s/ David R. Hurst |

| | |
|---|---|
| and | **MCDERMOTT WILL & EMERY LLP** |
| **LINKLATERS LLP** | David R. Hurst (I.D. No. 3743) |
| Penelope J. Jensen | 1000 N. West Street, Suite 1400 |
| Christopher J. Hunker | Wilmington, DE 19801 |
| Clark L. Xue | Telephone: (302) 485-3900 |
| 1290 Avenue of the Americas | Fax: (302) 351-8711 |
| New York, NY 10104 | dhurst@mwe.com |
| Telephone: (212) 903-9000 | |
| Facsimile: (212) 903-9100 | Bradley Thomas Giordano |
| penelope.jensen@linklaters.com | Carmen Dingman |
| christopher.hunker@linklaters.com | 444 West Lake Street, Suite 4000 |
| clark.xue@linklaters.com | Chicago, IL 60606-0029 |
| | Telephone: (312) 372-2000 |
| *Attorneys for the Foreign Representative and the Pride Group* | Fax: (312) 984-7700 |
| | bgiordano@mwe.com |
| | cdingman@mwe.com |
| | |
| | Stacy A. Lutkus |
| | One Vanderbilt Avenue |
| | New York, NY 10017-3852 |
| | Telephone: (212) 547-5400 |
| | Fax: (212) 547-5444 |
| | salutkus@mwe.com |
| | |
| | *Counsel to Ernst & Young Inc., in its capacity as Court-Appointed Monitor* |