IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

**TRANSMITTAL DECLARATION OF JASON D. ANGELO, ESQUIRE
IN SUPPORT OF THE MOTION OF MITSUBISHI HC CAPITAL AMERICA INC.
F/K/A HITACHI CAPITAL AMERICA CORP. FOR AN ORDER GRANTING
(I) RELIEF FROM THE AUTOMATIC STAY PURSUANT
TO 11 U.S.C. § 362(d) AND (II) RELATED RELIEF**

I, Jason D. Angelo, Esquire, hereby declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am Counsel at the law firm Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801, and an attorney representing movant Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. ("MHCA") in the above-captioned action.

2. I am admitted to appear before this Court, and I respectfully submit this declaration in support of the *Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief* (the "Motion")[2] filed contemporaneously herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Floorplan and Security Agreement* dated November 21, 2018, by and between Pride Truck and MHCA.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2] Capitalized terms not otherwise defined herein have the meaning given in the Motion.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Personal Guaranty Agreement* dated July 21, 2014, executed by the Personal Guarantors in favor of MHCA.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the *Forbearance, Waiver and Reaffirmation Agreement* dated November 10, 2020, executed by and between Personal Guarantors and MHCA.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the *Second Amended and Restated Program Agreement* dated May 31, 2023, by and between Tpine and MHCA.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the *Continuing Personal Guaranties* dated March 18, 2020, executed by the Personal Guarantors in favor of MHCA.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the *Master Lease Receivables Sale and Assignment Agreement* dated as of May 25, 2021, by and between Tpine and MHCA.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the *Servicing and Remarketing Agreement* dated May 25, 2021, by and between Tpine and MHCA.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the *Personal Guaranty Agreement* dated May 25, 2021, executed by the Personal Guarantors in favor of MHCA.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the *Notice of Default and Reservation of Rights* dated December 21, 2023, sent to Personal Guarantors by MHCA.

12. Attached hereto as **Exhibit 10** are true and correct copies of the complaints filed in each of the Personal Guarantor Actions.

[*Signature Page Follows*]

- 3 -

Pursuant to 28 U.S.C. 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of November, 2024 in Wilmington, Delaware.

                                              By:   */s/ Jason D. Angelo*
                                                        Jason D. Angelo (No. 6009)
                                                        REED SMITH LLP