IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 294** |

**NOTICE OF ADJOURNMENT *SINE DIE* OF HEARING
ON MITSUBISHI HC CAPITAL AMERICA INC.'S
<u>MOTION RELIEF FROM THE AUTOMATIC STAY</u>**

**PLEASE TAKE NOTICE** that, on November 25, 2024, Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. ("<u>MHCA</u>") filed the *Motion of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. for an Order Granting (I) Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) Related Relief* [D.I. 294] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the notice served with respect to the Motion, a hearing to consider the Motion was scheduled for December 20, 2024, at 10:00 a.m. (Eastern) (the "<u>Hearing</u>") before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801, with responses or objections to the Motion, if any, due at 4:00 p.m. (Eastern) on December 13, 2024 (the "<u>Objection Deadline</u>").

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**PLEASE TAKE FURTHER NOTICE** that, with the Court's permission, MHCA has adjourned the Hearing and Objection Deadline to **a date and time to be determined** and scheduled by the Court at its convenience.

**PLEASE TAKE FURTHER NOTICE** that MHCA will file and serve a notice of the new date and time of the Hearing on the Motion when such date and time is fixed by the Court.

Dated: December 13, 2024  
       Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*  
Jason D. Angelo (No. 6009)  
1201 North Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: jangelo@reedsmith.com

- and -

Aaron G. Javian, Esq.(admitted *pro hac vice*)  
REED SMITH LLP  
599 Lexington Avenue, 22nd Floor  
New York, NY 10022  
Telephone: +1.212.521.5400  
Facsimile: +1.121.521.5450  
E-mail: ajavian@reedsmith.com

*Counsel to Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp*.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 13th day of December 2024, I caused a copy of the *Notice of Adjournment* Sine Die *of Mitsubishi HC Capital America Inc.'s Motion for Relief from the Automatic Stay* to be served upon all parties of record via CM/ECF.

      By:    */s/ Jason D. Angelo*
              Jason D. Angelo (No. 6009)