**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Re:  D.I. 306** |

## CERTIFICATE OF SERVICE

The undersigned certifies that I caused a copy of the *Objection of Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. to the Foreign Representative's Notice of Sale and Order Authorizing and Approving Sale of Available U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests in Accordance with the Sale Procedures Order* to be served upon (i) all parties of record via CM/ECF on December 16, 2024 and (ii) the parties below in accordance with *Notice of Proposed Sale of Available U.S. Assets* [D.I. 303] via First Class United States Mail on December 17, 2024.

| | |
|---|---|
| **LINKLATERS LLP**<br>Attn: Penelope J. Jensen, Esq.<br>Attn: Christopher J. Hunker, Esq.<br>1290 Avenue of the Americas<br>New York, NY 10104 | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Attn: Derek C. Abbott, Esq.<br>Attn: Andrew R. Remming, Esq.<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19801 |

Dated: December 17, 2024
　　　　Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*
　　Jason D. Angelo (No. 6009)
　　1201 North Market Street, Suite 1500
　　Wilmington, DE 19801
　　Telephone:  (302) 778-7500
　　Facsimile:  (302) 778-7575
　　E-mail:  jangelo@reedsmith.com

---

[1]  The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.