**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I. 197, 299** |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING AND
APPROVING SALE OF AVAILABLE U.S. ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, ENCUMBRANCES AND OTHER INTERESTS IN ACCORDANCE
WITH THE SALE PROCEDURES ORDER**

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative, (the "<u>Foreign Representative</u>") of the above-captioned debtors (collectively, the "<u>Debtors</u>") hereby certifies as follows:

1. On June 7, 2024 the Court entered the *Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Related Relief* [D.I. 197] (the "<u>Sale Procedures Order</u>"), which authorizes the sale of the Debtors' assets located within the territorial jurisdiction of the United States pursuant to the procedures set forth in the Sale Procedures Order.

2. Pursuant to the Sale Procedures Order, on November 27, 2024, the Foreign Representative filed the *Notice of Proposed Sale of Available U.S. Assets* [D.I. 299] (the "<u>Sale

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Notice")². Attached to the Sale Notice as Exhibit B was a proposed form of order (the "Proposed Order").

3. Pursuant to the Sale Notice, objections to the Sale were to be filed and served no later than December 18, 2024 (the "Objection Deadline").

4. While no formal objections were received by the Objection Deadline, informal comments were received from First American Title Insurance Company, as Escrow Agent for Ernst & Young Inc., the Debtors' Canadian Court-appointed monitor ("First American").

5. After conferring with First American, the Foreign Representative has revised the Proposed Order (the "Revised Proposed Order") to resolve the informal comments received. A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.

6. For the convenience of the Court and all parties in interest, a redline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit B**.

7. Counsel to First American reviewed the Revised Proposed Order and had no objection to its entry.

[*Remainder of page intentionally left blank*]

---

² Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Notice and the exhibits attached thereto.

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the Revised Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: December 19, 2024  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
 aremming@morrisnichols.com
 ccarlisle@morrisnichols.com
 apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
 christopher.hunker@linklaters.com
 clark.xue@linklaters.com

*Attorneys for the Foreign Representative*