**Exhibit C**

Summary of Competitive Bids

Confidential Appendix "A"

## Summary of Offers – Dixie Parts Assets

The following table is a summary of offers made by the three most competitive bidders for the purchase of the Dixie Parts Assets[1]:

| Item | Proposed Dixie Purchaser (1001076738 Ontario Inc.) Canadian Proposed Transaction | Proposed Dixie Purchaser (1001076738 Ontario Inc.) U.S. Proposed Transaction | ██████████ | ███████████ |
|---|---|---|---|---|
| Proposed purchase price | Canadian Dixie Parts Assets: $750,000 | U.S. Dixie Parts Assets: $250,000 | $605,000 | $584,084 |
| Additional consideration | Up to $92,500 comprised of: (a) various equipment used in the Canadian Dixie Parts Assets business; (b) intellectual property and licences for the business; and (c) reimbursements of select costs which is separate from the offer to purchase the Canadian Dixie Parts Assets. | Up to $7,500 for various equipment used in the U.S. Dixie Parts Assets business, which is separate from the offer to purchase the U.S. Dixie Parts Assets. | N/A | N/A |
| Binding offer | Yes | Yes | No | No |

[1] All amounts are denominated in Canadian Dollars and rounded to the nearest dollar. Any offers denominated in U.S. Dollars were converted to Canadian Dollars based on the Bank of Canada exchange rate (1.4305) as of December 17, 2024.

| Item | Proposed Dixie Purchaser (1001076738 Ontario Inc.) Canadian Proposed Transaction | Proposed Dixie Purchaser (1001076738 Ontario Inc.) U.S. Proposed Transaction | ███████████ | ████████████ ████████████ |
|---|---|---|---|---|
| Payment terms | Deposit payable to the Monitor in trust, upon acceptance of the Proposed Dixie Purchaser's bid: $100,000<br><br>Remaining balance: Five (5) days following the issuance of an approval and vesting order ("**AVO**") satisfactory to the Proposed Dixie Purchaser, the CRO and the Monitor. | Deposit payable to the Monitor in trust, upon acceptance of the Proposed Dixie Purchaser's bid: $50,000<br><br>Remaining balance: Five (5) days following the issuance of an AVO satisfactory to the Proposed Dixie Purchaser, the CRO and the Monitor. | Not specified | Not specified |
| Purchased on an "as is, where is" basis | Yes | Yes | No | Not specified |

| Item | Proposed Dixie Purchaser (1001076738 Ontario Inc.) Canadian Proposed Transaction | Proposed Dixie Purchaser (1001076738 Ontario Inc.) U.S. Proposed Transaction | ███████████████ | ███████████████ ███████████████ |
|---|---|---|---|---|
| Other material conditions | Continuation of insurance of the Canadian Dixie Parts Assets against loss, theft or destruction up to the closing date for the transaction, with such insurance proceeds to be used to replace or reimburse the Proposed Dixie Purchaser for any Canadian Dixie Parts Assets lost, stolen or destroyed between the date of the bid and the closing date.<br><br>Issuance of the AVO. | Insurance condition for the U.S. Dixie Parts Assets that is substantially similar to the insurance condition set out in the Canadian Proposed Transaction.<br><br>Issuance of the AVO. | Verification of inventory in accordance with an itemized schedule.<br><br>Subject to verification of the asset conditions, which is required to be "new or like new". | Not specified |

**1001076738 ONTARIO INC.**

**BID TO ACQUIRE THE CANADIAN ASSETS OF DIXIE TRUCK PARTS INC.**
*(all dollar amounts are in Canadian Dollars, unless otherwise indicated)*

<u>*Confidential*</u>

December 10, 2024

TO:  Nations Capital, LLC ("**NCI**")
Delivered via e-mail: njaeger@nationscapitalinc.com; jlightburn@nationscapitalinc.com; zdalton@nationscapitalinc.com
Attention:  Nick Jaeger, Jim Lightburn and Zac Dalton

AND TO:  Ernst & Young Inc. (in its capacity as "**Monitor**")
Delivered via e-mail: Alex.F.Morrison@parthenon.ey.com;
Michael.Hayes@parthenon.ey.com
Attention: Alex Morrison & Michael Hayes

AND TO:  Randall Benson, Chief Restructuring Officer ("**CRO**")
Delivered via email: r.benson@rcbensonconsulting.com

Dear Sirs:

Reference is made to the order of the Ontario Superior Court of Justice (*Commercial List*) (the "**Court**") made in the ongoing proceedings of Pride Group Holdings Inc. and certain related entities (collectively, the "**Pride Group**"), including the Dixie Druck Parts Inc. ("**DTPI**"), pursuant to the *Companies' Creditors Arrangement Act* ("**CCAA**"), on November 22, 2024 authorizing and empowering NCI to market for sale and sell the inventory, assets and property owned by DTPI in accordance with the sale process developed by NCI in consultation with the Monitor and CRO.

1001076738 Ontario Inc. (the "**Purchaser**"), a corporation controlled by certain members of the Johal family (the "**Johal Family**") and of which Navraj Johal is the director, hereby presents this bid letter, outlining its offer to purchase all the assets of DTPI as set out below (the "**Bid**").

**BID TO PURCHASE ASSETS**

The Purchaser hereby submits an all-cash offer to purchase the following assets (the "**Purchased Assets**") for the following consideration:

    i.    All Canadian inventory of DTPI as listed in Schedule "A" (located in Mississauga, ON and Milton, ON) attached hereto for $750,000

In addition, to the extent that the following are available for purchase, the Purchaser offers to purchase the following, which will be included among the Purchased Assets if available to purchase:

    ii.    all worldwide intellectual property and operating licenses of DTPI for $10,000, including the brands "Dixie Truck Parts", "Pride EV", and all associated web domains and addresses, phone

numbers, email addresses, trade names, brands, signage, logos and marks, and customer and supplier lists

iii.    all shelving, racking systems, signage, furniture and office equipment of DTPI or utilized by DTPI at its facilities in Mississauga Ontario and Milton Ontario for $22,500

iv.    one forklift situated at DTPI's Mississauga Ontario facility and one forklift situated at DTPI's Milton Ontario facility for $10,000 ($5,000 for each forklift).

v.    assignment of the lease by the applicable Pride Group entities at 5850 Dixie Rd, Mississauga, Ontario, for which the Purchaser will pay up to $50,000 toward cure costs (if any) and legal costs of the Monitor to effect such assignment and will additionally reimburse the Vendors for any deposits or prepaid rents held by the Landlord that will remain for the benefit of the Purchaser upon assignment of lease.

**TRANSACTION STRUCTURE**

The transaction is to be structured as an asset purchase for cash consideration, with a $100,000 deposit payable to the Monitor in trust upon acceptance by the Monitor of this Bid and the balance payable to the Monitor in trust within 5 business days after the issuance of the AVO (as defined below) by the Court. The conveyance and transfer of the assets to the Purchaser shall occur pursuant to an asset purchase agreement, bill of sale or other definitive documentation satisfactory to the Purchaser, the Monitor and the CRO (the "**Conveyance Documentation**"), approved by the Court pursuant to an approval and vesting order satisfactory to the Purchaser, the Monitor and the CRO (the "**AVO**"), vesting the Purchased Assets in and to the Purchaser, free and clear of all liens, security interests, rights, claims or encumbrances of any other person or entity (collectively, the "**Transaction**").

**SOURCES OF FINANCING**

The Purchaser is able to consummate the Transaction in cash and does not require financing.

**REQUIRED CONDITIONS AND APPROVALS**

The closing of the Transaction is subject to the following conditions:

i.    execution and delivery of the Conveyance Documentation by the CRO on behalf of DTPI;

ii.    issuance by the Court of the AVO; and

iii.    The Purchaser acknowledges that the Purchased Assets are being purchased on an "as-is, where-is" basis, provided that DTPI shall secure and insure the Purchased Assets existing as at the date of this Bid against loss, theft or destruction up to the closing date for the Transaction (the "**Closing Date**"), with such insurance proceeds to be used to replace or reimburse the Purchaser for any Purchased Assets lost, stolen or destroyed between the date of this Bid and the Closing Date.

**IRREVOCABILITY & BINDING OFFER**

The Purchaser acknowledges and agrees that this Bid is a binding offer and irrevocable until the earlier of January 31, 2025, or the selection by the CRO, Monitor or NCI of another bid as the successful bid; provided however that if this Bid is selected as the successful bid for all of the Purchased Assets prior to January 31, 2025, this Bid shall remain binding and irrevocable until the motion for the AVO is heard by the Court, with

such hearing to occur no later than January 31, 2025.  The foregoing dates may be extended by the Purchaser in its discretion.

In the event that this Bid is not selected as the successful bid by January 31, 2025 or the AVO approving this Bid is not issued by the Court by February 7, 2025 or the transaction does not otherwise close for any reason other than breach by Purchaser by no later than February 28, 2025 or such later date as may be mutually agreed by the Purchaser, the CRO and the Monitor, this Bid shall be terminated and of no further force or effect and the full amount of the Deposit shall be returned to the Purchaser.

As the sole director of the Purchaser, the undersign hereby confirms that the Purchaser is authorized to submit, execute and deliver this Bid.

**1001076738 Ontario Inc.**

By: _____

      Name:    Navraj Johal
      Title:    Authorized Signatory

I have authority to bind the Corporation.

**1001076738 ONTARIO INC.**

**BID TO ACQUIRE THE US ASSETS OF DIXIE TRUCK PARTS INC.**
*(all dollar amounts are in Canadian Dollars, unless otherwise indicated)*

<u>*Confidential*</u>

December 10, 2024

TO:  Nations Capital, LLC ("**NCI**")
Delivered via e-mail: njaeger@nationscapitalinc.com; jlightburn@nationscapitalinc.com;
zdalton@nationscapitalinc.com
Attention:  Nick Jaeger, Jim Lightburn and Zac Dalton

AND TO:  Ernst & Young Inc. (in its capacity as "**Monitor**")
Delivered via e-mail: Alex.F.Morrison@parthenon.ey.com;
Michael.Hayes@parthenon.ey.com
Attention: Alex Morrison & Michael Hayes

AND TO:  Randall Benson, Chief Restructuring Officer ("**CRO**")
Delivered via email: r.benson@rcbensonconsulting.com

Dear Sirs:

Reference is made to the order of the Ontario Superior Court of Justice (*Commercial List*) (the "**Court**") made in the ongoing proceedings of Pride Group Holdings Inc. and certain related entities (collectively, the "**Pride Group**"), including the Dixie Druck Parts Inc. ("**DTPI**"), pursuant to the *Companies' Creditors Arrangement Act* ("**CCAA**"), on November 22, 2024 authorizing and empowering NCI to market for sale and sell the inventory, assets and property owned by DTPI in accordance with the sale process developed by NCI in consultation with the Monitor and CRO.

1001076738 Ontario Inc. (the "**Purchaser**"), a corporation controlled by certain members of the Johal family (the "**Johal Family**") and of which Navraj Johal is the director, hereby presents this bid letter, outlining its offer to purchase all the assets of DTPI as set out below (the "**Bid**").

**BID TO PURCHASE ASSETS**

The Purchaser hereby submits an all-cash offer to purchase the following assets (the "**Purchased Assets**") for the following consideration:

i.   All US inventory of DTPI as listed in Schedule "A" (located in Fresno, CA) attached hereto for $250,000

In addition, to the extent that the following are available for purchase, the Purchaser offers to purchase the following, which will be included among the Purchased Assets if available to purchase:

ii.  all shelving, racking systems, signage, furniture and office equipment of DTPI or utilized by DTPI at its facilities in Fresno California for $7,500

**TRANSACTION STRUCTURE**

The transaction is to be structured as an asset purchase for cash consideration, with a $50,000 deposit payable to the Monitor in trust upon acceptance by the Monitor of this Bid and the balance payable to the Monitor in trust within 5 business days after the issuance of the AVO (as defined below) by the Court.  The conveyance and transfer of the assets to the Purchaser shall occur pursuant to an asset purchase agreement, bill of sale or other definitive documentation satisfactory to the Purchaser, the Monitor and the CRO (the "**Conveyance Documentation**"), approved by the Court pursuant to an approval and vesting order satisfactory to the Purchaser, the Monitor and the CRO (the "**AVO**"), vesting the Purchased Assets in and to the Purchaser, free and clear of all liens, security interests, rights, claims or encumbrances of any other person or entity (collectively, the "**Transaction**").

**SOURCES OF FINANCING**

The Purchaser is able to consummate the Transaction in cash and does not require financing.

**REQUIRED CONDITIONS AND APPROVALS**

The closing of the Transaction is subject to the following conditions:

i.   execution and delivery of the Conveyance Documentation by the CRO on behalf of DTPI;

ii.  issuance by the Court of the AVO; and

iii. The Purchaser acknowledges that the Purchased Assets are being purchased on an "as-is, where-is" basis, provided that DTPI shall secure and insure the Purchased Assets existing as at the date of this Bid against loss, theft or destruction up to the closing date for the Transaction (the "**Closing Date**"), with such insurance proceeds to be used to replace or reimburse the Purchaser for any Purchased Assets lost, stolen or destroyed between the date of this Bid and the Closing Date.

**IRREVOCABILITY & BINDING OFFER**

The Purchaser acknowledges and agrees that this Bid is a binding offer and irrevocable until the earlier of January 31, 2025**,** or the selection by the CRO, Monitor or NCI of another bid as the successful bid; provided however that if this Bid is selected as the successful bid for all of the Purchased Assets prior to January 31, 2025**,** this Bid shall remain binding and irrevocable until the motion for the AVO is heard by the Court, with such hearing to occur no later than January 31, 2025.  The foregoing dates may be extended by the Purchaser in its discretion.

In the event that this Bid is not selected as the successful bid by January 31, 2025 or the AVO approving this Bid is not issued by the Court by February 7, 2025 or the transaction does not otherwise close for any reason other than breach by Purchaser by no later than February 28, 2025 or such later date as may be mutually agreed by the Purchaser, the CRO and the Monitor, this Bid shall be terminated and of no further force or effect and the full amount of the Deposit shall be returned to the Purchaser.

As the sole director of the Purchaser, the undersign hereby confirms that the Purchaser is authorized to submit, execute and deliver this Bid.

**1001076738 Ontario Inc.**

By: _N. Johal_____

       Name:    Navraj Johal

       Title:     Authorized Signatory

I have authority to bind the Corporation.