**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| | **Ref. Docket No. 320** |

<u>**CERTIFICATE OF SERVICE**</u>

I, AMY HENAULT, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 27, 2025, I caused to be served the:

    a.  "Notice of Proposed Sale of Available U.S. Assets," dated January 27, 2025 [Docket No. 320], (the "Sales Notice"), and

    b.  *slipsheet* "Notice of Proposed Sale of Available U.S. Assets," dated January 27, 2025, *related to Docket No. 320*, a copy of which is annexed hereto as <u>Exhibit A</u>, (the "Slipsheet Sales Notice"),

    by causing true and correct copies of the:

    i.  Slipsheet Sales Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    ii.  Sales Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Amy Henault*
Amy Henault

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

## NOTICE OF PROPOSED SALE OF AVAILABLE U.S. ASSETS

**PLEASE TAKE NOTICE** that on March 27, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act, R.S.C. 1985 c. C-36, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), and that on April 1, 2024 filed the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 2] (as amended on April 23, 2024 [D.I. 120], the "Amended Verified Petition") and the form chapter 15 petitions for the Initial Debtors (together with the form chapter 15 petitions for the Additional Debtors filed on April 15, 2024 and the Amended Verified Petition, the "Chapter 15 Petitions") pursuant to chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on May 2, 2024, the Court entered an order granting recognition of the CCAA Proceedings and related relief sought in the Chapter 15 Petitions [D.I. 152] (the "Recognition Order").

**PLEASE TAKE FURTHER NOTICE** that on June 7, 2024, the Court entered the *Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief* [D.I. 197] (the "Sale Procedures Order"),[2] which authorizes the sale of the Debtors' assets located within the territorial jurisdiction of the United States pursuant to the procedures set forth in the Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Procedures Order, the Foreign Representative seeks authority from the Court for the Debtors to consummate the *de*

---

[1]   The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Procedures Order.

*minimis* sale of the Debtors' assets located within the territorial jurisdiction of the United States (the "Sale") pursuant to the asset purchase agreement (the "APA")[3] attached to this Sale Notice as **Exhibit A**.  The material terms of the APA are described below:

- **Available U.S. Assets Being Sold**: all standard truck and trailer repair parts and inventory of Debtor Dixie Truck Parts Inc. (US) (the "Seller") listed in Schedule "B" annexed to the APA located in Fresno, California, each on an "as is, where is" basis.

- **Purchaser**: 1001076738 Ontario Inc. (the "Purchaser").[4]

- **Purchase Price**: The Purchaser will (i) pay US$250,000 in cash (the "Cash Purchase Price"), which excludes applicable taxes, and (ii) assume from the Seller and become obligated to pay, perform and discharge, when due, the Assumed Obligations (as defined in the APA) (collectively, the "Purchase Price").

- **Terms of Payment**: Purchaser has deposited US$50,000 with Ernst & Young Inc., the Debtors' Canadian Court-appointed monitor (the "Monitor"). The Purchaser will pay the balance of the Cash Purchase Price (subject to adjustments) at closing.

- **Marketing Efforts**:

  - As set forth in the Foreign Representative Declaration, on November 22, 2024, the Canadian Court granted an order authorizing and empowering Nations Capital, LLC ("NCI"), an independent liquidation agent with experience and expertise in the trucking and logistics industry, to market for sale and sell the inventory, assets and property owned by Dixie Truck Parts Inc. (Ontario) (the "Canadian Dixie Parts Assets") and the Seller (the "U.S. Dixie Parts Assets", and together with the Canadian Dixie Parts Assets, the "Dixie Parts Assets") in accordance with the sale process developed by NCI, in consultation with the Monitor and the CRO.  The entire sale process was carried out by NCI. The Debtors, their principals, and their advisors did not have any involvement in the conduct of the sale process, or the review and analysis of any offers submitted on the Dixie Parts Assets.

  - Following the issuance of that order, NCI leveraged its existing network and contacted approximately 1,500 potential purchasers of the Dixie Parts Assets, which resulted in five bidders submitting offers to NCI for the Dixie Parts Assets, including (i) the Purchaser's binding offer of CAD$1,000,000, (ii) a non-binding offer of CAD$605,000, (iii) a non-binding offer of

---

[3]    An order approving the transaction contemplated by the APA was granted by the Canadian Court on January 15, 2025. Although that order inadvertently states that the APA is dated January 15, 2025, the correct date of the APA is January 14, 2025.

[4]    The Purchaser is a special purpose entity incorporated for the purpose of acquiring the Dixie Parts Assets. The sole director and officer of the Purchaser is Mr. Navraj (Raj) Johal, the son of one of the principals of the Debtors. As such, the Purchaser is an "insider" of the Debtors, as that term is defined in the Bankruptcy Code.

CAD$584,084, (iv) a non-binding offer of CAD$425,000, and (v) a non-binding offer of CAD$300,000.[5] Given the multiple offers received, NCI continued to seek a higher and better offer from the Purchaser notwithstanding that it was highest and best offer and the only binding offer received by NCI as of the bid deadline. However, the Purchaser was unwilling to raise its offer.

- o As detailed in the Twentieth Report of the Monitor, dated January 10, 2025 (together with any supplements thereto, the "Twentieth Report"), which is attached hereto as **Exhibit D**, the Monitor estimated that based on the Debtors' books and records, approximately 90% of the value of the Dixie Parts Assets is attributable to the Canadian Dixie Parts Assets. Given the *de minimis* value of the U.S. Dixie Parts Assets relative to the overall transaction, the Debtors, in consultation with the Monitor, instructed NCI to request that the Purchaser bifurcate the transaction into separate sales for the Canadian Dixie Part Assets and U.S. Dixie Parts Assets to reduce the risks to the Debtors' wind-down objectives if the U.S. sale component fails to obtain approval pursuant to the Sale Procedures Order in these Chapter 15 Cases. Accordingly, the Purchaser promptly revised its offer by separately offering to purchase the Canadian Dixie Parts Assets and the U.S. Dixie Parts Assets. The aggregate purchase price ultimately obtained for the total Dixie Parts Assets under the Purchaser's revised offer was unchanged from the Purchaser's original offer. The competing bidders were not solicited to submit revised bids because the Purchaser's original offer was significantly higher than the competing offers, and the only binding offer submitted to NCI.

- o After reviewing all offers submitted on the Dixie Parts Assets, NCI recommended that the Seller accept the Purchaser's revised offer of US$250,000 for the U.S. Dixie Parts Assets, which NCI determined to be the highest and best offer based on (i) total value offered, (ii) the terms and conditions of the offer and (iii) Purchaser's assurances that the Sale would close. NCI determined that additional marketing efforts would be unlikely to yield an offer that is a higher and better offer than the Purchaser's offer under the circumstances. The Monitor supports the Sale for the foregoing reasons, which culminated in the APA between the Seller and Purchaser.

- • **Known Liens**: As of the date hereof, the DIP Agent (as defined in the Recognition Order) is the only party with liens on the U.S. Dixie Parts Assets. There are no other known liens on the U.S. Dixie Parts Assets.

- • **Consent by Known Holders of Liens**: The DIP Agent has consented to the Sale of the U.S. Dixie Parts Assets.

---

[5] A redacted summary of the terms and conditions of the offers submitted to NCI by the three most competitive bidders for the Dixie Parts Assets is attached hereto as **Exhibit C.**

- **Other Material Terms**:

  o The U.S. Dixie Parts Assets remain at the risk of the Seller prior to closing. The Seller is obligated to maintain, preserve and protect the U.S. Dixie Parts Assets prior to closing and maintain any insurance currently in effect with respect to the U.S. Dixie Parts Assets.

  o It is a condition precedent to closing under the APA that either (i) the relevant objection deadline set forth in this Sale Notice has elapsed and the Seller may close the transaction or (ii) the transaction has been approved by the Court, if applicable.

**PLEASE TAKE FURTHER NOTICE** that in support of this Sale Notice, the Foreign Representative submits the *Declaration of Foreign Representative* attached to this Sale Notice as **Exhibit B** (the "Foreign Representative Declaration").[6]

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response, answer, or objection to the Sale must do so pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such response, answer, or objection must (i) be in writing, (ii) set forth in detail the factual and legal bases therefor, (iii) be filed with the United States Bankruptcy Court for the District of Delaware, Office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, and (iv) served upon counsel for the Foreign Representative, Linklaters LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attention: Penelope J. Jensen, Esq. and Christopher J. Hunker, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801 (Attention: Derek C. Abbott, Esq. and Andrew R. Remming, Esq.), so as to be actually received on or before **February 3, 2025**.[7]

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Debtors may consummate the Sale without further order of the Court following the expiration of the objection deadline.

*[Remainder of Page Intentionally Left Blank]*

---

[6]  Pursuant to the Sale Procedures Order, the Foreign Representative is not required to submit a declaration in support of any *de minimis* Sale with an aggregate sale price less than or equal to US$1,000,000. However, given that the Purchaser is an "insider" of the Debtors, the Foreign Representative is submitting the Foreign Representative Declaration in the interests of full disclosure and transparency with respect to the sale process undertaken with respect to the Available U.S. Assets being sold.

[7]  In accordance with the Sale Procedures Order, the Foreign Representative must provide: (i) seven (7) days' notice with respect to any Sale with an aggregate sale price less than US$7,000,000 and (ii) twenty-one (21) days' notice with respect to any Sale with an aggregate sale price greater than or equal to US$7,000,000.

Dated: January 27, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ccarlisle@morrisnichols.com
      apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq. (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
      christopher.hunker@linklaters.com
      clark.xue@linklaters.com

*Attorneys for the Foreign Representative*

## **Exhibit A**

APA

[This exhibit has been omitted from this service copy of the Notice due to its length. Copies of this Notice with this exhibit included may be obtained free of charge on the docket report maintained on the website of the Debtors' noticing agent at https//dm.epiq11.com/case/pridegroup/dockets. A copy of the Notice with this exhibit included may also be requested by emailing the Debtors' noticing agent at TPine@epiqglobal.com.]

**Exhibit B**

Foreign Representative Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**DECLARATION OF FOREIGN REPRESENTATIVE
IN SUPPORT OF THE SALE OF AVAILABLE U.S. ASSETS FREE AND
CLEAR OF ANY LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS**

I, Randall Benson, pursuant to 28 U.S.C. § 1746, hereby declare (this "Declaration") under penalty of perjury under the laws of the United States, as follows:

1.      I am the founder of RC Benson Consulting Inc, which was engaged on February 26, 2024 as the Chief Restructuring Officer (in such capacity, the "CRO") of the Pride Group.  The Debtors and certain of their affiliates are the subject of proceedings (the "CCAA Proceedings") under the Companies' Creditors Arrangement Act, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court").  I was appointed as the foreign representative of the Debtors (the "Foreign Representative") by the Canadian Court pursuant to the preliminary initial order dated March 27, 2024.

2.      I am an individual over the age of 18 and, if called upon, could and would testify to the facts set forth in this Declaration.  Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by members of

---

[1]     The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

the Pride Group's management and professionals or learned from my review of relevant documents, or my opinion based upon my experience and knowledge of the Pride Group's industry, operations, and financial condition that I have acquired since my engagement.

3.      I am authorized to make this Declaration on behalf of the Debtors in support of the sale notice submitted contemporaneously herewith with respect to the sale (the "Sale") of the Debtors' assets free and clear of any liens, claims, encumbrances and other interests (collectively, the "Liens"), pursuant to the asset purchase agreement dated January 14, 2025 (the "APA")[2] by and between Dixie Truck Parts Inc. (US), as seller (the "Seller"), and 1001076738 Ontario Inc., as purchaser (the "Purchaser").[3]

## THE SALE PROCEDURES

4.      On May 21, 2024, the Foreign Representative filed a motion [D.I. 178] (the "Sale Procedures Motion") seeking, among other things, this Court's approval of the Sale Procedures governing the sale of any Available U.S. Assets being sold in the United States.

5.      On June 7, 2024, this Court entered an Order granting the relief requested in the Sale Procedures Motion [D.I. 197] (the "Sale Procedures Order").[4]

6.      Paragraph 2(e) of the Sale Procedures Order provides that the Foreign Representative shall attach to the applicable Sale Notice "a declaration in support of the Sale containing statements sufficient for the Court to find that: (i) the Sale constitutes a prudent exercise

---

[2]    An order approving the transaction contemplated by the APA was granted by the Canadian Court on January 15, 2025. Although that order inadvertently states that the APA is dated January 15, 2025, the correct date of the APA is January 14, 2025.

[3]    The Purchaser is a special purpose entity incorporated for the purpose of acquiring the Dixie Parts Assets. The sole director and officer of the Purchaser is Mr. Navraj (Raj) Johal, the son of one of the principals of the Debtors. As such, the Purchaser is an "insider" of the Debtors, as that term is defined in the Bankruptcy Code.

[4]    Capitalized terms used in this Declaration but not otherwise defined shall have the meanings ascribed to them in the Sale Procedures Order.

of the applicable Debtor's business judgment; (ii) the Sale may be consummated free and clear of all Liens under section 363(f) of the Bankruptcy Code; and (iii) the purchaser is a good faith purchaser entitled to the protections of section 363(m) of the Bankruptcy Code."[5]

## STATEMENTS IN SUPPORT OF THE SALE NOTICE

7.    I believe that the Sale is in the best interests of the Debtors' estates and constitutes a prudent exercise of the Seller's business judgment.

8.    On November 22, 2024, the Canadian Court granted an order authorizing and empowering Nations Capital, LLC ("NCI"), an independent liquidation agent with experience and expertise in the trucking and logistics industry, to market for sale and sell the inventory, assets and property owned by Dixie Truck Parts Inc. (Ontario) (the "Canadian Dixie Parts Assets") and the Seller (the "U.S. Dixie Parts Assets", and together with the Canadian Dixie Parts Assets, the "Dixie Parts Assets") in accordance the sale process developed by NCI, in consultation with the Ernst & Young Inc., the Debtors' Canadian Court-appointed monitor (the "Monitor"), and the CRO. The entire sale process was carried out by NCI. The Debtors, their principals, and their advisors did not have any involvement in the conduct of the sale process, or the review and analysis of any offers submitted on the Dixie Parts Assets.

9.    Following the issuance of that order, NCI leveraged its existing network and contacted approximately 1,500 potential purchasers of the Dixie Parts Assets, which resulted in five bidders submitting offers to NCI for the Dixie Parts Assets, including (i) the Purchaser's binding offer of CAD$1,000,000, (ii) a non-binding offer of CAD$605,000, (iii) a non-binding

---

[5]    Pursuant to the Sale Procedures Order, the Foreign Representative is not required to submit a declaration in support of any *de minimis* Sale with an aggregate sale price less than or equal to US$1,000,000. However, given that the Purchaser is an "insider" of the Debtors, the Foreign Representative is submitting this Declaration in the interests of full disclosure and transparency with respect to the sale process undertaken with respect to the Available U.S. Assets being sold.

offer of CAD$584,084, (iv) a non-binding offer of CAD$425,000, and (v) a non-binding offer of CAD$300,000.[6] Given the multiple offers received, NCI continued to seek a higher and better offer from the Purchaser notwithstanding that it was highest and best offer and the only binding offer received by NCI as of the bid deadline. However, the Purchaser was unwilling to raise its offer.

10.     As detailed in the Twentieth Report of the Monitor, dated January 10, 2025 (together with any supplements thereto, the "Twentieth Report"), which is attached to the Sale Notice as Exhibit D, the Monitor estimated that based on the Debtors' books and records, approximately 90% of the value of the total Dixie Parts Assets is attributable to the Canadian Dixie Parts Assets. Given the *de minimis* value of the U.S. Dixie Parts Assets relative to the overall transaction, the Debtors, in consultation with the Monitor, instructed NCI to request that the Purchaser bifurcate the transaction into separate sales for the Canadian Dixie Part Assets and U.S. Dixie Parts Assets to reduce the risks to the Debtors' wind-down objectives if the U.S. sale component fails to obtain approval pursuant to the Sale Procedures Order in these Chapter 15 Cases.  Accordingly, the Purchaser promptly revised its offer by separately offering to purchase the Canadian Dixie Parts Assets and the U.S. Dixie Parts Assets. The aggregate purchase price ultimately obtained for the total Dixie Parts Assets under the revised offer was unchanged from the Purchaser's original offer. The competing bidders were not solicited to submit revised bids because the Purchaser's original offer was significantly higher than the competing offers, and the only binding offer submitted to NCI.

11.     After reviewing all offers submitted on the Dixie Parts Assets, NCI recommended that the Debtors accept the Purchaser's revised offer of US$250,000 for the U.S. Dixie Parts

---

[6]     A redacted summary of the terms and conditions of the offers submitted to NCI by the three most competitive bidders for the Dixie Parts Assets is attached to the Sale Notice as Exhibit C.

Assets, which was the highest and best offer based on (i) total value offered, (ii) the terms and conditions of the offer and (iii) Purchaser's assurances that the Sale would close. NCI determined that additional marketing efforts would be unlikely to yield an offer that is a higher and better offer than the Purchaser's offer under the circumstances. The Monitor supports the Sale for the foregoing reasons, which culminated in the APA between the Seller and Purchaser. As required under the APA, the Purchaser has paid a deposit of US$50,000, which will be held in escrow pending closing of the Sale.

12.     I believe that the U.S. Dixie Parts Assets were marketed publicly in a manner designed to maximize the purchase price obtained for those assets in accordance with the Sale Procedures Order. The Purchaser's offer for the U.S. Dixie Parts Assets is the highest or otherwise best offer received to date, is in line with the market for similar assets, and constitutes reasonably equivalent value for the U.S. Dixie Parts Assets.

13.     As of the date hereof, the DIP Agent (as defined in the Recognition Order) has Liens on the U.S. Dixie Parts Assets. No other secured or unsecured lender or any other party is known to have an interest in the U.S. Dixie Parts Assets or any proceeds therefrom. The DIP Agent has consented to the sale of the U.S. Dixie Parts Assets to the Purchaser. I am further advised that all Liens on the U.S. Dixie Parts Assets will attach to the proceeds of the sale under the APA with the same force, validity, priority, and effect as they currently exist.

14.     For these reasons, I believe that selling the U.S. Dixie Parts Assets to the Purchaser pursuant to the terms set forth in the APA constitutes a prudent exercise of the Seller's business judgment.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 27, 2025
      Toronto, Canada

*/s/ Randall Benson*
Randall Benson

**Exhibit C**

Summary of Competitive Bids

**Confidential Appendix "A"**

**Summary of Offers – Dixie Parts Assets**

The following table is a summary of offers made by the three most competitive bidders for the purchase of the Dixie Parts Assets[1]:

| Item | Proposed Dixie Purchaser (1001076738 Ontario Inc.) Canadian Proposed Transaction | Proposed Dixie Purchaser (1001076738 Ontario Inc.) U.S. Proposed Transaction | ███████████ | ████████████ |
|------|------|------|------|------|
| Proposed purchase price | Canadian Dixie Parts Assets: $750,000 | U.S. Dixie Parts Assets: $250,000 | $605,000 | $584,084 |
| Additional consideration | Up to $92,500 comprised of: (a) various equipment used in the Canadian Dixie Parts Assets business; (b) intellectual property and licences for the business; and (c) reimbursements of select costs which is separate from the offer to purchase the Canadian Dixie Parts Assets. | Up to $7,500 for various equipment used in the U.S. Dixie Parts Assets business, which is separate from the offer to purchase the U.S. Dixie Parts Assets. | N/A | N/A |
| Binding offer | Yes | Yes | No | No |

[1] All amounts are denominated in Canadian Dollars and rounded to the nearest dollar. Any offers denominated in U.S. Dollars were converted to Canadian Dollars based on the Bank of Canada exchange rate (1.4305) as of December 17, 2024.

| Item | Proposed Dixie Purchaser (1001076738 Ontario Inc.) Canadian Proposed Transaction | Proposed Dixie Purchaser (1001076738 Ontario Inc.) U.S. Proposed Transaction | ███████████ | ███████████ ███████████ |
|---|---|---|---|---|
| Payment terms | Deposit payable to the Monitor in trust, upon acceptance of the Proposed Dixie Purchaser's bid: $100,000<br><br>Remaining balance: Five (5) days following the issuance of an approval and vesting order ("**AVO**") satisfactory to the Proposed Dixie Purchaser, the CRO and the Monitor. | Deposit payable to the Monitor in trust, upon acceptance of the Proposed Dixie Purchaser's bid: $50,000<br><br>Remaining balance: Five (5) days following the issuance of an AVO satisfactory to the Proposed Dixie Purchaser, the CRO and the Monitor. | Not specified | Not specified |
| Purchased on an "as is, where is" basis | Yes | Yes | No | Not specified |

| Item | Proposed Dixie Purchaser (1001076738 Ontario Inc.) Canadian Proposed Transaction | Proposed Dixie Purchaser (1001076738 Ontario Inc.) U.S. Proposed Transaction | ███████████ | ███████████ ███████████ |
|------|------|------|------|------|
| Other material conditions | Continuation of insurance of the Canadian Dixie Parts Assets against loss, theft or destruction up to the closing date for the transaction, with such insurance proceeds to be used to replace or reimburse the Proposed Dixie Purchaser for any Canadian Dixie Parts Assets lost, stolen or destroyed between the date of the bid and the closing date. Issuance of the AVO. | Insurance condition for the U.S. Dixie Parts Assets that is substantially similar to the insurance condition set out in the Canadian Proposed Transaction. Issuance of the AVO. | Verification of inventory in accordance with an itemized schedule. Subject to verification of the asset conditions, which is required to be "new or like new". | Not specified |

**1001076738 ONTARIO INC.**

**BID TO ACQUIRE THE CANADIAN ASSETS OF DIXIE TRUCK PARTS INC.**
*(all dollar amounts are in Canadian Dollars, unless otherwise indicated)*

*<u>Confidential</u>*

December 10, 2024

TO:  Nations Capital, LLC ("**NCI**")
Delivered via e-mail: njaeger@nationscapitalinc.com; jlightburn@nationscapitalinc.com;
zdalton@nationscapitalinc.com
Attention:  Nick Jaeger, Jim Lightburn and Zac Dalton

AND TO:  Ernst & Young Inc. (in its capacity as "**Monitor**")
Delivered via e-mail: Alex.F.Morrison@parthenon.ey.com;
Michael.Hayes@parthenon.ey.com
Attention: Alex Morrison & Michael Hayes

AND TO:  Randall Benson, Chief Restructuring Officer ("**CRO**")
Delivered via email: r.benson@rcbensonconsulting.com

Dear Sirs:

Reference is made to the order of the Ontario Superior Court of Justice (*Commercial List*) (the "**Court**") made in the ongoing proceedings of Pride Group Holdings Inc. and certain related entities (collectively, the "**Pride Group**"), including the Dixie Druck Parts Inc. ("**DTPI**"), pursuant to the *Companies' Creditors Arrangement Act* ("**CCAA**"), on November 22, 2024 authorizing and empowering NCI to market for sale and sell the inventory, assets and property owned by DTPI in accordance with the sale process developed by NCI in consultation with the Monitor and CRO.

1001076738 Ontario Inc. (the "**Purchaser**"), a corporation controlled by certain members of the Johal family (the "**Johal Family**") and of which Navraj Johal is the director, hereby presents this bid letter, outlining its offer to purchase all the assets of DTPI as set out below (the "**Bid**").

**BID TO PURCHASE ASSETS**

The Purchaser hereby submits an all-cash offer to purchase the following assets (the "**Purchased Assets**") for the following consideration:

i.    All Canadian inventory of DTPI as listed in Schedule "A" (located in Mississauga, ON and Milton, ON) attached hereto for $750,000

In addition, to the extent that the following are available for purchase, the Purchaser offers to purchase the following, which will be included among the Purchased Assets if available to purchase:

ii.   all worldwide intellectual property and operating licenses of DTPI for $10,000, including the brands "Dixie Truck Parts", "Pride EV", and all associated web domains and addresses, phone

numbers, email addresses, trade names, brands, signage, logos and marks, and customer and supplier lists

iii.    all shelving, racking systems, signage, furniture and office equipment of DTPI or utilized by DTPI at its facilities in Mississauga Ontario and Milton Ontario for $22,500

iv.    one forklift situated at DTPI's Mississauga Ontario facility and one forklift situated at DTPI's Milton Ontario facility for $10,000 ($5,000 for each forklift).

v.    assignment of the lease by the applicable Pride Group entities at 5850 Dixie Rd, Mississauga, Ontario, for which the Purchaser will pay up to $50,000 toward cure costs (if any) and legal costs of the Monitor to effect such assignment and will additionally reimburse the Vendors for any deposits or prepaid rents held by the Landlord that will remain for the benefit of the Purchaser upon assignment of lease.

**TRANSACTION STRUCTURE**

The transaction is to be structured as an asset purchase for cash consideration, with a $100,000 deposit payable to the Monitor in trust upon acceptance by the Monitor of this Bid and the balance payable to the Monitor in trust within 5 business days after the issuance of the AVO (as defined below) by the Court.  The conveyance and transfer of the assets to the Purchaser shall occur pursuant to an asset purchase agreement, bill of sale or other definitive documentation satisfactory to the Purchaser, the Monitor and the CRO (the "**Conveyance Documentation**"), approved by the Court pursuant to an approval and vesting order satisfactory to the Purchaser, the Monitor and the CRO (the "**AVO**"), vesting the Purchased Assets in and to the Purchaser, free and clear of all liens, security interests, rights, claims or encumbrances of any other person or entity (collectively, the "**Transaction**").

**SOURCES OF FINANCING**

The Purchaser is able to consummate the Transaction in cash and does not require financing.

**REQUIRED CONDITIONS AND APPROVALS**

The closing of the Transaction is subject to the following conditions:

i.    execution and delivery of the Conveyance Documentation by the CRO on behalf of DTPI;

ii.    issuance by the Court of the AVO; and

iii.    The Purchaser acknowledges that the Purchased Assets are being purchased on an "as-is, where-is" basis, provided that DTPI shall secure and insure the Purchased Assets existing as at the date of this Bid against loss, theft or destruction up to the closing date for the Transaction (the "**Closing Date**"), with such insurance proceeds to be used to replace or reimburse the Purchaser for any Purchased Assets lost, stolen or destroyed between the date of this Bid and the Closing Date.

**IRREVOCABILITY & BINDING OFFER**

The Purchaser acknowledges and agrees that this Bid is a binding offer and irrevocable until the earlier of January 31, 2025, or the selection by the CRO, Monitor or NCI of another bid as the successful bid; provided however that if this Bid is selected as the successful bid for all of the Purchased Assets prior to January 31, 2025, this Bid shall remain binding and irrevocable until the motion for the AVO is heard by the Court, with

such hearing to occur no later than January 31, 2025. The foregoing dates may be extended by the Purchaser in its discretion.

In the event that this Bid is not selected as the successful bid by January 31, 2025 or the AVO approving this Bid is not issued by the Court by February 7, 2025 or the transaction does not otherwise close for any reason other than breach by Purchaser by no later than February 28, 2025 or such later date as may be mutually agreed by the Purchaser, the CRO and the Monitor, this Bid shall be terminated and of no further force or effect and the full amount of the Deposit shall be returned to the Purchaser.

As the sole director of the Purchaser, the undersign hereby confirms that the Purchaser is authorized to submit, execute and deliver this Bid.

**1001076738 Ontario Inc.**

By: _N. Johal_____

       Name:    Navraj Johal
       Title:     Authorized Signatory

I have authority to bind the Corporation.

**1001076738 ONTARIO INC.**

**BID TO ACQUIRE THE US ASSETS OF DIXIE TRUCK PARTS INC.**
*(all dollar amounts are in Canadian Dollars, unless otherwise indicated)*


<u>***Confidential***</u>

December 10, 2024

TO:  Nations Capital, LLC ("**NCI**")
Delivered via e-mail: njaeger@nationscapitalinc.com; jlightburn@nationscapitalinc.com;
zdalton@nationscapitalinc.com
Attention:  Nick Jaeger, Jim Lightburn and Zac Dalton

AND TO:  Ernst & Young Inc. (in its capacity as "**Monitor**")
Delivered via e-mail: Alex.F.Morrison@parthenon.ey.com;
Michael.Hayes@parthenon.ey.com
Attention: Alex Morrison & Michael Hayes

AND TO:  Randall Benson, Chief Restructuring Officer ("**CRO**")
Delivered via email: r.benson@rcbensonconsulting.com

Dear Sirs:

Reference is made to the order of the Ontario Superior Court of Justice (*Commercial List*) (the "**Court**") made in the ongoing proceedings of Pride Group Holdings Inc. and certain related entities (collectively, the "**Pride Group**"), including the Dixie Druck Parts Inc. ("**DTPI**"), pursuant to the *Companies' Creditors Arrangement Act* ("**CCAA**"), on November 22, 2024 authorizing and empowering NCI to market for sale and sell the inventory, assets and property owned by DTPI in accordance with the sale process developed by NCI in consultation with the Monitor and CRO.

1001076738 Ontario Inc. (the "**Purchaser**"), a corporation controlled by certain members of the Johal family (the "**Johal Family**") and of which Navraj Johal is the director, hereby presents this bid letter, outlining its offer to purchase all the assets of DTPI as set out below (the "**Bid**").

**BID TO PURCHASE ASSETS**

The Purchaser hereby submits an all-cash offer to purchase the following assets (the "**Purchased Assets**") for the following consideration:

i.     All US inventory of DTPI as listed in Schedule "A" (located in Fresno, CA) attached hereto for $250,000

In addition, to the extent that the following are available for purchase, the Purchaser offers to purchase the following, which will be included among the Purchased Assets if available to purchase:

ii.    all shelving, racking systems, signage, furniture and office equipment of DTPI or utilized by DTPI at its facilities in Fresno California for $7,500

**TRANSACTION STRUCTURE**

The transaction is to be structured as an asset purchase for cash consideration, with a $50,000 deposit payable to the Monitor in trust upon acceptance by the Monitor of this Bid and the balance payable to the Monitor in trust within 5 business days after the issuance of the AVO (as defined below) by the Court. The conveyance and transfer of the assets to the Purchaser shall occur pursuant to an asset purchase agreement, bill of sale or other definitive documentation satisfactory to the Purchaser, the Monitor and the CRO (the "**Conveyance Documentation**"), approved by the Court pursuant to an approval and vesting order satisfactory to the Purchaser, the Monitor and the CRO (the "**AVO**"), vesting the Purchased Assets in and to the Purchaser, free and clear of all liens, security interests, rights, claims or encumbrances of any other person or entity (collectively, the "**Transaction**").

**SOURCES OF FINANCING**

The Purchaser is able to consummate the Transaction in cash and does not require financing.

**REQUIRED CONDITIONS AND APPROVALS**

The closing of the Transaction is subject to the following conditions:

i.   execution and delivery of the Conveyance Documentation by the CRO on behalf of DTPI;

ii.  issuance by the Court of the AVO; and

iii. The Purchaser acknowledges that the Purchased Assets are being purchased on an "as-is, where-is" basis, provided that DTPI shall secure and insure the Purchased Assets existing as at the date of this Bid against loss, theft or destruction up to the closing date for the Transaction (the "**Closing Date**"), with such insurance proceeds to be used to replace or reimburse the Purchaser for any Purchased Assets lost, stolen or destroyed between the date of this Bid and the Closing Date.

**IRREVOCABILITY & BINDING OFFER**

The Purchaser acknowledges and agrees that this Bid is a binding offer and irrevocable until the earlier of January 31, 2025, or the selection by the CRO, Monitor or NCI of another bid as the successful bid; provided however that if this Bid is selected as the successful bid for all of the Purchased Assets prior to January 31, 2025, this Bid shall remain binding and irrevocable until the motion for the AVO is heard by the Court, with such hearing to occur no later than January 31, 2025. The foregoing dates may be extended by the Purchaser in its discretion.

In the event that this Bid is not selected as the successful bid by January 31, 2025 or the AVO approving this Bid is not issued by the Court by February 7, 2025 or the transaction does not otherwise close for any reason other than breach by Purchaser by no later than February 28, 2025 or such later date as may be mutually agreed by the Purchaser, the CRO and the Monitor, this Bid shall be terminated and of no further force or effect and the full amount of the Deposit shall be returned to the Purchaser.

As the sole director of the Purchaser, the undersign hereby confirms that the Purchaser is authorized to submit, execute and deliver this Bid.

**1001076738 Ontario Inc.**

By: _____

      Name:    Navraj Johal
      Title:     Authorized Signatory

I have authority to bind the Corporation.

**Exhibit D**

Twentieth Report

[This exhibit has been omitted from this service copy of the Notice due to its length. Copies of this Notice with this exhibit included may be obtained free of charge on the docket report maintained on the website of the Debtors' noticing agent at https//dm.epiq11.com/case/pridegroup/dockets. A copy of the Notice with this exhibit included may also be requested by emailing the Debtors' noticing agent at TPine@epiqglobal.com.]

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| DAGM WUBSHET, MARTA A TIBEBU, AND DMH | EXPRESS TRUCKING, LLC; LAW OFFICES OF EUGENE N BOLIN, JR, PS; ATTN E BOLIN, JR 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL BANCORP, INC. | 211 HIGH POINT DR VICTOR NY 14564-1061 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GM FINANCIAL CANADA LEASING LTD. | 2001 SHEPPARD AVENUE, SUITE 600 TORONTO ON M2J 4Z8 CANADA |
| GREAT AMERICA FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE CORPORATION | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |

| Claim Name | Address Information |
|---|---|
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| U.S. DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| VAL VERDE FAMILY LIMITED PARTNERSHIP | 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |

**Total Creditor count: 58**

**EXHIBIT C**

Pride Group Holdings Inc., *et al* .
Case No. 24-10632 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE & NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR & DANIEL LOBERTO | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ, STEPHEN R TETRO, II, JAMES P SULLIVAN; YULIYA ZAHORODA | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com; yzahoroda@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG & SIMONE CARVALHO | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MARGARET F ENGLAND | mengland@gsbblaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK & DENNIS A. MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX | trip.nix@hklaw.com |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | bankruptcy@kerncounty.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN K. TURNER | dallas.bankruptcy@tgbs.com; john.turner@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |

Pride Group Holdings Inc., *et al* .
Case No. 24-10632 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|------|------|---------------|
| MASON POLLICK & SCHMAHL, LLC | ATTN: MICHAEL M SCHMAHL | mschmahl@mps-law.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | stscott@mayerbrown.com; jgross@mayerbrown.com; jmedwards@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: BRADLEY THOMAS GIORDANO & CARMEN DINGMAN | bgiordano@mwe.com; cdingman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: STACY A. LUTKUS | salutkus@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID R. HURST | dhurst@mwe.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL & RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | ATTN: ALEXIS GONZALEZ | alexis.gonzalez@miamidade.gov; mdtcbkc@miamidade.gov |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON; STEPHAN E. HORNUNG; GRAHAM L. FISHER | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; graham.fisher@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES | tammy.jones@oklahomacounty.org |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LINDA D. REECE | lreece@pbfcm.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN & TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO & AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR., JASON C MANFREY  & ELIZABETH A. ROGERS | joseph.huston@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |

Pride Group Holdings Inc., *et al* .
Case No. 24-10632 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |
| TN DEPT OF REVENUE | TN ATTY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III, MORGAN L PATTERSON | charlie.livermon@wbd-us.com; morgan.patterson@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |

Pride Group Holdings Inc., *et al* .
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| Name | Attn | Email Address |
|---|---|---|
| ADVANCE BUSINESS CAPITAL LLC DBA TRIUMPH BUSINESS CAPITAL | ATTN: DANNY MOURNING | dmourning@tfin.com |
| AIRD & BERLIS LLP | ATTN: STEVE GRAPH & SHAUN PARSONS | sgraff@airdberlis.com; sparsons@airdberlis.com |
| ANDERSON, MCPHARLIN & CONNERS LLP | ATTN: MARK E. ARONSON | mea@amclaw.com |
| ARNOLD FOSTER LLP | ATTN: HERBERT ARNOLD & THOMAS ARNOLD | htaesq@aol.com; tarnold@arnold-foster.com |
| ATTORNEY GENERAL OF CANADA | ATTN: INTAKE OFFICE | agc-pgc.toronto-tax-fiscal@justice.gc.ca; sandra.palma@cra-arc.gc.ca; fozia.chaudary@justice.gc.ca; meggie.johnson@justice.gc.ca; kevin.dias@justice.gc.ca |
| BENNETT JONES LLP | ATTN: RAJ S. SAHNI & JOSHUA FOSTER | sahnir@bennettjones.com; fosterj@bennettjones.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: C COLRAINE & N TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR, DANIEL LOBERTO, KEVIN WU | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com; kevin.wu@blakes.com |
| BMO CAPITAL MARKETS | | estelle.richmond@bmo.com |
| BUSINESS DEVELOPMENT BANK OF CANADA | ATTN: ROBERT PRINCE | robert.prince@bdc.ca |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MONIQUE SASSI & STEPHANIE FERNANDES | msassi@cassels.com; sfernandes@cassels.com |
| CHAITONS LLP | ATTN: HARVEY CHAITON | harvey@chaitons.com |
| CHAPMAN AND CUTLER LLP | ATTN: GIOVANNI DE MERICH & YULIYA ZAHORODA | gdemerich@chapman.com; yzahoroda@chapman.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T. BENZ, JAMES P. SULLIVAN, YULIYA ZAHORODA & STEPHEN TETRO II | benz@chapman.com; jsulliva@chapman.com; yzahoroda@chapman.com; stetro@chapman.com |

Pride Group Holdings Inc., *et al* .
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| Name | Attn | Email Address |
|------|------|---------------|
| COOKSEY, TOOLEN, GAGE, DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| DAIMLER TRUCKS FINANCIAL SERVICES | CANADA CORPORATION | fleetservices@daimlertruck.com |
| DELAWARE DEPARTMENT OF JUSTICE | | attorney.general@delaware.gov |
| DENTONS CANADA LLP | ATTN: D WIEBE, J MEYER, E GRAY, J SALMAS  & R KENNEDY | dennis.wiebe@dentons.com; jonathan.meyer@dentons.com; elaine.gray@dentons.com; john.salmas@dentons.com; robert.kennedy@dentons.com |
| DLA PIPER (CANADA) LLP | ATTN: EDMOND F.B. LAMEK | edmond.lamek@dlapiper.com |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES & EMILY MASRY | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com |
| FASKEN MARTINEAU DUMOULIN LLP | ATTN: D SINGH, S BROTMAN & D RICHER | dsingh@fasken.com; sbrotman@fasken.com; dricher@fasken.com |
| FIRST AMERICAN COMMERCIAL BANCORP INC. | ATTN: CHRIS WUEST | chris.wuest@faef.com |
| FOGLER, RUBINOFF LLP | ATTN: SCOTT R. VVANTON & VERN W. DARE | sventon@foglers.com; vdare@foglers.com |
| GOODMANS LLP | ATTN: CAROLINE DESCOURS | cdescours@goodmans.ca |
| GOWLING WLG | ATTN: T GERTNER | thomas.gertner@gowlingwlg.com |
| HALTON HILL HYDRO INC. | SCOTT KNAPMAN & MATTHEW WRIGHT | sknapman@haltonhillshydro.com; mattheww@haltonhillshydro.com |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX | trip.nix@hklaw.com |
| HUSKY OIL OPERATIONS LIMITED C/O CENOVUS | ENERGY INC. - ATTN: AMY GILLESPIE & KATHY RUHE | amy.gillespie@cenovus.com; kathy.ruhe@cenovus.com |
| INTERNAL REVENUE SERVICE | | charles.messing@irs.gov; dennis.moody@irs.gov |
| KSV ADVISORY INC | ATTN: BOBBY KOFMAN | bkofman@ksvadvisory.com |
| LEWIS RICE LLC | ATTN: JOSEPH J. TRAD & PATRICK F. GANNINGER | jtrad@lewisrice.com; pganninger@lewisrice.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT | stscott@mayerbrown.com |

Pride Group Holdings Inc., *et al* .
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| Name | Attn | Email Address |
|---|---|---|
| MCCARTHY TETRAULT LLP | ATTN: HEATHER MEREDITH & MEGHAN NOEL | hmeredith@mccarthy.ca; mnoel@mccarthy.ca |
| MCCARTHY TETRAULT LLP | ATTN: JAMEY GAGE & TREVOR COURTIS | jgage@mccarthy.ca; tcourtis@mccarthy.ca |
| MCMILLAN LLP | ATTN: K. RYLANDS & A. MAEROV, | kourtney.rylands@mcmillan.ca; adam.maerov@mcmillan.ca |
| MCMILLAN LLP | ATTN: JEFFREY LEVINE | jeffrey.levine@mcmillan.ca |
| MERCEDES-BENZ FINANCIAL & MERCEDES-BENZ | FINANCIAL SERVICES CANADA CORPORATION | hina.latif@mercedes-benz.com |
| MILESTONE TRAILER LEASING, LLC | C/O MUNSCH HARDT KOPF & HARR, P.C. - ATTN: PETER C. HOGUE | phogue@munsch.com |
| MILLER THOMSON LLP | ATTN: ASIM IQBAL, JEFFREY CARHART & MATTHEW CRESSATI | aiqbal@millerthomson.com; jcarhart@millerthomson.com; mcressatti@millerthomson.com |
| MINISTER OF FINANCE INSOLVENCY UNIT | | insolvency.unit@ontario.ca |
| MITSUBISHI HC CAPITAL C/O REED SMITH LLP | ATTN: RICHARD TANNENBAUM, HYUNA YONG AND JARED ROACH | rtannenbaum@reedsmith.com; jroach@reedsmith.com; jangelo@reedsmith.com; hyong@reedsmith.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | dabbott@morrisnichols.com |
| OFFICE OF THE SUPERINTENDENT OF | BANKRUPTCY CCAA TEAM INNOVATION, SCIENCE & ECONOMIC | osbccaa-laccbsf@ised-isde.gc.ca |
| OFFICE OF THE UNITED STATES TRUSTEE DISTRICT OF DELAWARE | TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY SANDLER, BEN MULLER & J MCDONALD | tsandler@osler.com; bmuller@osler.com; jmacdonald@osler.com |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: BLAIR MCRADU & MARC WASSERMAN | bmcradu@osler.com; mwasserman@osler.com |
| PALLETT VALO LLP | ATTN: JOHN RUSSO & MONTY DHALIWAL | jrusso@pallettvalo.com; mdhaliwal@pallettvalo.com |
| RC BENSON CONSULTING INC. | | r.benson@rcbensonconsulting.com |
| RECONSTRUCT LLP | ATTN: C. FELL, R.B. BISSELL & S. JOSHI | cfell@reconllp.com; bbissell@reconllp.com; sjoshi@reconllp.com |
| REED SMITH LLP | ATTN: JARED S. ROACH | jroach@reedsmith.com |

Pride Group Holdings Inc., *et al* .
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| Name | Attn | Email Address |
|------|------|---------------|
| REGIONS BANK | AS ADMIN AGENT | joseph.franke@regions.com; kyle.shenton@regions.com; stscott@mayerbrown.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | jtrad@lewisrice.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP-ATTN: MORGAN J. DELABAR | morgan.delabar@hklaw.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | trip.nix@hklaw.com; nick.miller@hklaw.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | jtrad@lewisrice.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP-ATTN: MORGAN J. DELABAR | morgan.delabar@hklaw.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | trip.nix@hklaw.com; nick.miller@hklaw.com |
| ROYAL BANK OF CANADA | | brad.d.newton@rbc.com |
| ROYAL BANK OF CANADA | AS ADMIN AGENT | james.cogill@rbccm.com |
| SECRETARY OF STATE/DIV OF REVENUE DIVISION OF CORPORATIONS; FRANCHISE TAX | | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | | commissionerlizarraga@sec.gov; secbankruptcy-ogc-ado@sec.gov |
| SECURITIES & EXCHANGE COMMISSION NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI | ocr@sec.gov |
| SHELL USA, INC. | ATTN: ANH NGUYEN | anh.nguyen2@shell.com; bankruptcy-notices@shell.com |
| SIDLEY AUSTIN LLP | ATTN: MATTHEW A. CLEMENTE & MARK D. WERNER | mclemente@sidley.com; mwerner@sidley.com |

Pride Group Holdings Inc., *et al* .
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| Name | Attn | Email Address |
|---|---|---|
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN:  KATHY JENNINGS | attorney.general@delaware.gov |
| STIKEMAN ELLIOTT LLP | ATTN: L. NICHOLSON, M. MCELHERAN & R. HAMMAD | leenicholson@stikeman.com; mmcelheran@stikeman.com; rhammad@stikeman.com |
| TD EQUIPMENT FINANCE CANADA | ATTN: DEAN LANGLEY | dean.langley@td.com |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE WILLIAMS, RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| TORKIN MANES LLP | ATTN: STEWART THOM & MICHAEL TAMBLYN | sthom@torkinmanes.com; mtamblyn@torkinmanes.com |
| U.S. DEPARTMENT OF JUSTICE | | askdoj@usdoj.gov |
| VEDDERPRICE | ATTN: DAVID L. KANE | dkane@vedderprice.com |
| WELLS FARGO EQUIPMENT FINANCE COMPANY | ATTN: NYNA BISHOP | nyna.bishop@wellsfargo.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MORGAN PATTERSON | morgan.patterson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW WARD & TODD ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKSINSON (US) LLP | ATTN: CHARLIE LIVERMON | charlie.livermon@wbd-us.com |

Pride Group Holdings Inc., *et al* .
Case No. 24-10632 (CTG)
Email Service List

| Email Address |
| --- |
| tyler@safecoverroofing.com |
| chehalis@nwhometeam.com |
| alyssarudolphrealestate@gmail.com |
| raj@pridegrouplogistics.com |
| sahnir@bennettjones.com |
| nelmsa@bennettjones.com |