**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et al.* | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 322**

Gigg Express, Inc., by and through undersigned counsel, hereby withdraws the *Motion of Gigg Express, Inc. for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* [D.I. No. 322], without prejudice, filed on March 12, 2025 in the above-captioned chapter 15 case.

Dated: March 12, 2025

Respectfully submitted,

*/s/ Michael Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
Email: mjoyce@mjlawoffices.com