**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING
AGREED ORDER BETWEEN THE FOREIGN REPRESENTATIVE
AND BANK OF MONTREAL WITH RESPECT TO STAY RELIEF**

Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), hereby certifies as follows:

1.    On March 27, 2024, the Debtors commenced the CCAA Proceedings in the Canadian Court, and the Canadian Court issued the initial order on the following day (as amended and restated from time to time, the "Initial Order") granting certain relief in connection with the CCAA Proceedings including, among other things, appointing Ernst & Young, Inc. as the Canadian Court-appointed monitor (in such capacity, the "Monitor") and staying (the "CCAA Stay") the commencement or continuation of any proceeding or

---

[1]    The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

enforcement process in any court or tribunal against the Debtors and certain non-Debtor affiliates. The CCAA Stay was initially granted through April 6, 2024 pursuant to the Initial Order, but has been since extended by further orders of the Canadian Court, most recently to March 31, 2025.

2. On April 1, 2024, the Foreign Representative (a) commenced the above-captioned chapter 15 cases in the United States Bankruptcy Court for the District of Delaware (the "Court"), and (b) filed the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 2] (the "Verified Petition") seeking, among other things, recognition of the CCAA Proceedings as "foreign main proceedings" under section 1517 of the Bankruptcy Code and certain related relief.

3. On April 3, 2024, consistent with the Initial Order of the Canadian Court, this Court stayed and enjoined the commencement or continuation of any action or proceeding in the United States against the Pride Group[2], pursuant to this Court's *Order Granting Motion of the Foreign Representative for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* [D.I. 49] (the "First Provisional Relief Order").

4. On May 2, 2024, the Court entered the *Order Granting Amended Verified Petition for (i) Recognition of Foreign Main Proceedings, (ii) Recognition of Foreign Representative, and (iii) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 152] (the "Recognition Order"), which, among other things, (i) extends all relief granted pursuant to the First Provisional Relief Order on a final basis; and (ii) stays and enjoins all persons and entities pursuant to sections 362(a) and 1521(a) of the Bankruptcy Code from, among other

---

[2] As used herein, "Pride Group" includes: (i) each of the Debtors; (ii) Pride Truck Sales L.P., TPine Leasing Capital L.P., and Sweet Home Hospitality L.P.; and (iii) Block 6 Holding Inc., 2500819 Ontario Inc., Pergola Holdings, Corp., and Pride Global Insurance Company Ltd.

things, executing against the assets of the Pride Group located within the territorial jurisdiction of the United States, commencing or continuing any action or proceedings against the Pride Group in the United States, and transferring, relinquishing or disposing of any property of the Pride Group located within the territorial jurisdiction of the United States to any person or entity other than the Foreign Representative (the "U.S. Stay and Injunction");

5.      On December 6, 2023, Intermodal Equipment Exchange, LLC (the "Plaintiff") commenced an action in Ohio state court against Debtor Crescentville Road Cincinnati Holding Corp. ("Crescentville"), which owns a parcel of real property located at 1985 E. Crescentville Road, West Chest, Ohio (the "Crescentville Property") captioned A2305297 (the "Crescentville Litigation"). The Crescentville Litigation remains pending as of the date hereof. Although Crescentville is named as a defendant, it maintains certain claims against the Plaintiff that may be pursued in the Crescentville Litigation.

6.      The Debtors have requested, with the consent of the Foreign Representative, that the Bank of Montreal ("BMO"), the mortgagee on the Crescentville Property, fund and pursue the Crescentville Litigation in the place of Crescentville on a discretionary basis. Although the Foreign Representative and BMO do not believe that the U.S. Stay and Injunction would prevent BMO from pursuing the Crescentville Litigation, out of an abundance of caution and in order to prevent any unnecessary delays in the Crescentville Litigation, the Foreign Representative and the Debtors have agreed to consent to lift the CCAA Stay and the U.S. Stay and Injunction solely to permit the Crescentville Litigation to continue at the direction of BMO. The terms of that agreement are set forth in the stipulation and consensual order (the "Proposed Stipulation and Order") attached hereto as **Exhibit A**.

WHEREFORE, the Foreign Representative respectfully requests the entry of the Proposed Stipulation and Order at the earliest convenience of the Court.

Dated: March 24, 2025
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
ccarlisle@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*