# **CERTIFICATION OF SERVICE**

I, Austin T. Park, certify that I am not less than 18 years of age, and that service of the foregoing ***Foreign Representative's (I) Final Report and (II) Motion for an Order Closing Certain Chapter 15 Cases*** was caused to be made on March 24, 2025, in the manner indicated upon the parties identified in **Exhibits A**, **B**, and **C** below.

Dated: March 24, 2025                    */s/ Austin T. Park*

                            Austin T. Park (No. 7247)

## Exhibit A

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| **JEOFFREY L. BURTCH**<br>P.O. Box 549<br>Wilmington, Delaware 19899<br>jburtch@burtchtrustee.com<br><br>*The Chapter 7 Trustee* | **COZEN O'CONNOR**<br>Mark E. Felger (No. 3919)<br>Gregory F. Fischer (No. 5269)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>mfelger@cozen.com<br>gfischer @cozen.com<br><br>*Counsel to the Chapter 7 Trustee* |

**OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Timothy J. Fox, Jr.
J. Caleb Boggs Federal Building
844 North King Street
Suite 2207, Lock Box 35
Wilmington, Delaware 19801
timothy.fox@usdoj.gov

## Exhibit B

**VIA FIRST-CLASS MAIL**

| Claim Name | Address Information |
|---|---|
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| DAGM WUBSHET, MARTA A TIBEBU, AND DMH | EXPRESS TRUCKING, LLC; LAW OFFICES OF EUGENE N BOLIN, JR, PS; ATTN E BOLIN, JR 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL BANCORP, INC. | 211 HIGH POINT DR VICTOR NY 14564-1061 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GM FINANCIAL CANADA LEASING LTD. | 2001 SHEPPARD AVENUE, SUITE 600 TORONTO ON M2J 4Z8 CANADA |
| GREAT AMERICA FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE CORPORATION | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| U.S. DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| VAL VERDE FAMILY LIMITED PARTNERSHIP | 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |

**Total Creditor count: 58**

Pride Group Holdings Inc., *et al*.
Case No. 24-10632 (CTG)
Additional First Class Mail
Service Parties

GILL GROUP OF COMPANIES, LLC
ATT: JAG GILL
2106 TIVERTON DR., BAKERSFIELD, CA 93311

CHAMBERS OF THE HONOURABLE JUSTICE OSBOURNE
SUPERIOR COURT OF JUSTICE (COMMERCIAL LIST)
330 UNIVERSITY AVENUE
TORONTO, ONTARIO, M5G 1R7
CANADA

## Exhibit C

**VIA ELECTRONIC MAIL**

# VIA ELECTRONIC MAIL

| NAME | ATTN | EMAIL |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE & NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, KELLY BOURASSA, CHRIS BURR, ARYO SHALVIRI, CHRISTOPHER KELIHER, DANIEL LOBERTO & KEVIL WU | pamela.huff@blakes.com; chris.burr@blakes.com; daniel.loberto@blakes.com; kelly.bourassa@blakes.com; aryo.shalviri@blakes.com; christopher.keliher@blakes.com; kevin.wu@blakes.com |
| BROWARD COUNTY, FLORIDA | ATTN: SCOTT ANDRON | sandron@broward.org |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ, STEPHEN R TETRO, II, JAMES P SULLIVAN; YULIYA ZAHORODA | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com; yzahoroda@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com; alexander.slovic@parthenon.ey.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MARGARET F ENGLAND | mengland@gsbblaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK & DENNIS A. MELORO | Anthony.Clark@gtlaw.com; Dennis.Meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX | trip.nix@hklaw.com |
| KELSOE, KHOURY, ROGERS & CLARK, PC | ATTN: ROBERT KELSOE | rkelsoe@kelsoe-law.com |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | bankruptcy@kerncounty.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN K. TURNER | dallas.bankruptcy@tgbs.com; john.turner@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MASON POLLICK & SCHMAHL, LLC | ATTN: MICHAEL M SCHMAHL | mschmahl@mps-law.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | STScott@mayerbrown.com; JGross@mayerbrown.com; JMEdwards@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: BRADLEY THOMAS GIORDANO & CARMEN DINGMAN | bgiordano@mwe.com; cdingman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: STACY A. LUTKUS | salutkus@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID R. HURST | dhurst@mwe.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL & RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MCMILLAN LLP | ATTN: JEFFREY LEVINE | jeffrey.levine@mcmillan.ca |
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | ATTN: ALEXIS GONZALEZ | alexis.gonzalez@miamidade.gov; mdtcbkc@miamidade.gov |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON & STEPHAN E. HORNUNG | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES | tammy.jones@oklahomacounty.org |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LINDA D. REECE | lreece@pbfcm.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN & TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO & AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR., JASON C MANFREY & ELIZABETH A. ROGERS | joseph.huston@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E ALLINSON, III | zallinson@sha-llc.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |
| TN DEPT OF REVENUE | TN ATTY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III, MORGAN L PATTERSON | charlie.livermon@wbd-us.com; morgan.patterson@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |