**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 326** |

## CERTIFICATE OF SERVICE

Supplementing the Certification of Service filed at Docket No. 326-3, I, Austin T. Park, certify that I am not less than 18 years of age, and that service of the ***Foreign Representative's (I) Final Report and (II) Motion for an Order Closing Certain Chapter 15 Cases*** **(D.I. 326)** was caused to be made on March 24, 2025, in the manner indicated upon the parties identified in **Exhibit D** below.

Dated: March 24, 2025          */s/ Austin T. Park*
                                                  Austin T. Park (No. 7247)

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.