IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Pride Group Holdings Inc., *et al.*[1]<br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 24-10632 (CTG)<br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL
REGARDING AGREED ORDER BETWEEN THE FOREIGN
REPRESENTATIVE AND MITSUBISHI HC CAPITAL AMERICA INC.
(F/K/A HITACHI CAPITAL AMERICA INC.) WITH RESPECT TO STAY RELIEF**

Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), hereby certifies as follows:

1. On March 27, 2024, the Debtors commenced the CCAA Proceedings in the Canadian Court, and the Canadian Court issued the initial order on the following day (as amended and restated from time to time, the "Initial Order") granting certain relief in connection with the CCAA Proceedings including, among other things, appointing Ernst & Young, Inc. as the Canadian Court-appointed monitor (in such capacity, the "Monitor") and staying (the "CCAA Stay") the commencement or continuation of any proceeding or

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

enforcement process in any court or tribunal against the Debtors, certain non-Debtor affiliates, and Sulakhan Johal, Jasvir Johal, and Amrinder Johal (collectively and solely in their capacities as guarantors on certain of the Pride Group's[2] debt, the "Personal Guarantors"). The CCAA Stay was initially granted through April 6, 2024 pursuant to the Initial Order, but has been since extended by further orders of the Canadian Court, most recently to March 31, 2025.

2. On April 1, 2024, the Foreign Representative (a) commenced the above-captioned chapter 15 cases in the United States Bankruptcy Court for the District of Delaware (the "Court"), and (b) filed the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 2] (the "Verified Petition") seeking, among other things, recognition of the CCAA Proceedings as "foreign main proceedings" under section 1517 of the Bankruptcy Code and certain related relief.

3. On April 3, 2024, consistent with the Initial Order of the Canadian Court, this Court stayed and enjoined the commencement or continuation of any action or proceeding in the United States against the Pride Group and the Personal Guarantors, pursuant to this Court's *Order Granting Motion of the Foreign Representative for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* [D.I. 49] (the "First Provisional Relief Order").

4. On May 2, 2024, the Court entered the *Order Granting Amended Verified Petition for (i) Recognition of Foreign Main Proceedings, (ii) Recognition of Foreign Representative, and (iii) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 152] (the "Recognition Order"), which, among other things, (i) extends all relief granted pursuant to

---

[2] As used herein, "Pride Group" includes: (i) each of the Debtors; (ii) Pride Truck Sales L.P., TPine Leasing Capital L.P., and Sweet Home Hospitality L.P.; and (iii) Block 6 Holding Inc., 2500819 Ontario Inc., Pergola Holdings, Corp., and Pride Global Insurance Company Ltd.

the First Provisional Relief Order on a final basis; and (ii) stays and enjoins all persons and entities pursuant to section 1521(a) of the Bankruptcy Code from, among other things, executing against the assets of the Pride Group and the Personal Guarantors located within the territorial jurisdiction of the United States, commencing or continuing any action or proceedings against the Pride Group and the Personal Guarantors in the United States, and transferring, relinquishing or disposing of any property of the Pride Group and the Personal Guarantors located within the territorial jurisdiction of the United States to any person or entity other than the Foreign Representative (the "U.S. Stay and Injunction");

5. On November 25, 2024, Mitsubishi HC Capital America Inc. (f/k/a Hitachi Capital America Inc.) ("Mitsubishi") filed a motion in this Court seeking relief from the U.S. Stay and Injunction to pursue prepetition actions commenced against certain of the Personal Guarantors [D.I. 294] (the "Mitsubishi Stay Relief Motion").  As of the date hereof, the Mitsubishi Stay Relief Motion has been adjourned *sine die.*

6. On December 9, 2024, and in accordance with the *Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief* [D.I. 197] (the "Sale Procedures Order"), the Foreign Representative filed the *Notice of Proposed Sale of Available U.S. Assets* [D.I. 303] (the "Original Sweetwater Sale Notice"), seeking Court authority to sell all of the issued and outstanding shares in Debtor 963 Sweetwater Holding Corp., which owns a parcel of real property located at 255 NE Spanish Court, Boca Raton, Florida (the "Sweetwater Property"), to Rashpal Johal, the wife of Sulakhan Johal (the "Original Sweetwater Sale").

7. On December 16, 2024, Mitsubishi filed an objection to the Original Sweetwater Sale Notice [D.I. 306] (the "Sale Objection"), in which it made a number of unsubstantiated allegations against the Foreign Representative and objected to the process that culminated with the Original Sweetwater Sale Notice.

8. On January 6, 2025, this Court held a status conference on the Original Sweetwater Sale Notice and the Sale Objection at which the Foreign Representative, by and through his counsel, vehemently disputed the allegations set forth in the Sale Objection but nevertheless agreed not to proceed with the Original Sweetwater Sale Notice at that time given the cost and expense of litigating the Sale Objection relative to the value being generated by the Original Sweetwater Sale.

9. Following extensive good faith negotiations, the Foreign Representative and Mitsubishi have agreed to a global resolution of the Mitsubishi Stay Relief Motion and the Sale Objection whereby (a) the Foreign Representative and the Monitor have agreed to consent to lift the CCAA Stay and the U.S. Stay and Injunction (on terms that are consistent with the CCAA Lift Stay Order (as defined below)) to permit any party in interest (including, but not limited to, Mitsubishi) to pursue its claims, if any, against the Personal Guarantors and (b) Mitsubishi has agreed (i) to withdraw its objection to the Original Sweetwater Sale Notice, (ii) to stipulate to facts relating to the Original Sweetwater Sale and these Chapter 15 Cases, notwithstanding the unsubstantiated allegations made in the Sale Objection and (iii) that it will not object to future sales conducted in accordance with the Sale Procedures Order solely on the basis that the purchaser in such sales is a member of or related to the Johal family. The terms of that agreement are set forth in the stipulation and consensual order (the "Proposed Stipulation and Order") attached hereto as **Exhibit A**.

10. On March 10, 2025, an order was granted in the CCAA Proceedings lifting the CCAA Stay as to the Personal Guarantors for all parties in interest, including Mitsubishi (the "CCAA Lift Stay Order"). On March 11, 2025, the Debtors' Canadian counsel served the CCAA Lift Stay Order on the Canadian noticing list and, further to the direction of the Canadian Court, indicated that any person with an objection to the CCAA Lift Stay Order was required to advise the Monitor's Canadian Counsel of the particulars of such objection by 5:00 p.m. (ET) on March 18, 2025. No objections were received by the objection deadline, and the CCAA Lift Stay Order became effective in Canada.

11. On March 11, 2025, Rashpal Johal terminated the Original Sweetwater Sale because the time for completing the transaction under the relevant sale documents had expired. Rashpal Johal subsequently submitted a revised bid on the Sweetwater Property that was not acceptable to the Debtors or Royal Bank of Canada, as administrative agent under the Debtors' debtor-in-possession facility (the "DIP Agent"). Since then, a new third-party bidder unrelated to the Johals submitted a bid for the Sweetwater Property, which has been endorsed by the DIP Agent, and the Foreign Representative (in his capacity as the chief restructuring officer of the Debtors) and the Monitor are engaging with that bidder on an expedited basis. The Foreign Representative will file appropriate pleadings with the Court seeking approval of a sale of the Sweetwater Property in due course.

WHEREFORE, the Foreign Representative respectfully requests the entry of the Proposed Stipulation and Order at the earliest convenience of the Court.

Dated: March 27, 2025
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
ccarlisle@morrisnichols.com
apark@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*