**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | **Ref. Docket Nos. 330 – 332** |

<u>**CERTIFICATE OF SERVICE**</u>

I, DIANE STREANY, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 27, 2025, I caused to be served the:

    a.  "Motion of the Foreign Representative for Entry of an Order (I) Enforcing the CCAA Lift Stay Order and (II) Granting Related Relief," dated March 27, 2025 [Docket No. 330], (the "Motion"),

    b.  "Certification of Counsel Regarding Agreed Order Between the Foreign Representative and Mitsubishi HC Capital America Inc. (F/K/A Hitachi Capital America Inc.) with Respect to Stay Relief," dated March 27, 2025 [Docket No. 331], (the "Mitsubishi Certification"),

    c.  "Notice of Proposed Sale of Available U.S. Assets," dated March 27, 2025 [Docket No. 332], (the "Sale Notice"), and

    d.  *slipsheet* "Notice of Proposed Sale of Available U.S. Assets," dated March 27, 2025, *related to Docket No. 332*, a copy of which is annexed hereto as <u>Exhibit A</u>, (the "Slipsheet Sale Notice"),

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

by causing true and correct copies of the:

    i. Motion, Mitsubishi Certification, and Slipsheet Sale Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    ii. Slipsheet Sale Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

    iii. Motion, Mitsubishi Certification, and Sale Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit D, and

    iv. Sale Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 197** |

## NOTICE OF PROPOSED SALE OF AVAILABLE U.S. ASSETS

**PLEASE TAKE NOTICE** that on March 27, 2024, Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act, R.S.C. 1985 c. C-36, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), and that on April 1, 2024 filed the *Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 2] (as amended on April 23, 2024 [D.I. 120], the "Amended Verified Petition") and the form chapter 15 petitions for the Initial Debtors (together with the form chapter 15 petitions for the Additional Debtors filed on April 15, 2024 and the Amended Verified Petition, the "Chapter 15 Petitions") pursuant to chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on May 2, 2024, the Court entered an order granting recognition of the CCAA Proceedings and related relief sought in the Chapter 15 Petitions [D.I. 152] (the "Recognition Order").

**PLEASE TAKE FURTHER NOTICE** that on June 7, 2024, the Court entered the *Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief* [D.I. 197] (the "Sale Procedures Order"),[2] which authorizes the sale of the Debtors' assets located within the territorial jurisdiction of the United States pursuant to the procedures set forth in the Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Procedures Order, the Foreign Representative seeks authority from the Court for the Debtors to consummate the sale of

---

[1]    The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Procedures Order.

the Debtors' assets located within the territorial jurisdiction of the United States (the "Sale") pursuant to the asset purchase agreement (the "APA") attached to this Sale Notice as **Exhibit A**. The material terms of the APA are described below:

- **Available U.S. Assets Being Sold**: all rights, title and interests of Debtor 87th Avenue Medley FL Holding Corp. (the "Seller") in and to the real property located at 10015 NW 87th Avenue, Medley, FL 33166 and all other property described in Section 1.01 of the APA (collectively referred to as the "Property"):

- **Purchaser**: JMC Trucking Inc. (the "Purchaser").

- **Purchase Price**: US$3,100,000 (the "Purchase Price").

- **Terms of Payment**: Purchaser has made earnest money deposits in the aggregate amount of US$155,000 to First American Title Insurance Company, as Escrow Agent for Ernst & Young Inc., the Debtors' Canadian Court-appointed monitor (the "Monitor"), to be held in trust upon execution of the APA. The Purchaser will pay the balance of the Purchase Price in cash at closing (subject to adjustments).

- **Marketing Efforts**:

  o As set forth in the Foreign Representative Declaration, on February 26, 2024, the Seller retained Lee & Associates to publicly list the Property for sale. The marketing process generated three offers for the Property over the course of its listing.

  o After reviewing all offers submitted on the Property, the Seller determined that the Purchaser's offer of $3,100,000 was the highest and best offer based on (i) total value offered, (ii) the terms and conditions of the offer and (iii) Purchaser's assurances that the Sale would close, which culminated in the APA between the Seller and Purchaser. The Seller, in consultation with the CRO and the Monitor, determined that additional marketing efforts would be unlikely to yield an offer that is a higher and better offer than the Purchaser's offer under the circumstances.

- **Known Liens**: As of the date hereof, Bank of Montreal, as the mortgagee, and the DIP Agent (as defined in the Recognition Order), have liens on the Property. There are no other known liens on the Property.

- **Consent by Known Holders of Liens**: Bank of Montreal, as the mortgagee, and the DIP Agent have consented to the Sale of the Property.

- **Other Material Terms**: N/A.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative requests entry of the proposed order attached to this notice as **Exhibit B** (the "Proposed Order") authorizing the consummation of the Sale and granting relief pursuant to sections 363(f) and 363(m) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that in support of the relief requested in the Proposed Order, the Foreign Representative submits the *Declaration of Foreign Representative* attached to this Sale Notice as **Exhibit C** (the "Foreign Representative Declaration").

**PLEASE TAKE FURTHER NOTICE** that consistent with the Sale Procedures Order and the Foreign Representative Declaration, if the Court enters an order granting relief under section 363(f) of the Bankruptcy Code, upon closing of the Sale, the Available U.S. Assets shall be transferred free and clear of all liens, claims, encumbrances and other interests, with such liens, claims, encumbrances and other interests attaching to the sale proceeds with the same validity, priority, force, and effect such liens, claims, encumbrances and other interests had on the property immediately prior to the Sale.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response, answer, or objection to the Sale must do so pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such response, answer, or objection must (i) be in writing, (ii) set forth in detail the factual and legal bases therefor, (iii) be filed with the United States Bankruptcy Court for the District of Delaware, Office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, and (iv) served upon counsel for the Foreign Representative, Linklaters LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attention: Penelope J. Jensen, Esq. and Christopher J. Hunker, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801 (Attention: Derek C. Abbott, Esq. and Andrew R. Remming, Esq.), so as to be actually received on or before **April 3, 2025**.[3]

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Proposed Order may be entered by the Court without further notice or a hearing.

*[Remainder of Page Intentionally Left Blank]*

---

[3]  In accordance with the Sale Procedures Order, the Foreign Representative must provide: (i) seven (7) days' notice with respect to any Sale with an aggregate sale price less than US$7,000,000 and (ii) twenty-one (21) days' notice with respect to any Sale with an aggregate sale price greater than or equal to US$7,000,000.

Dated: March 27, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ccarlisle@morrisnichols.com
      apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq. (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
      christopher.hunker@linklaters.com
      clark.xue@linklaters.com

*Attorneys for the Foreign Representative*

**Exhibit A**

APA

[This exhibit has been omitted from this service copy of the Notice due to its length. Copies of this Notice with this exhibit included may be obtained free of charge on the docket report maintained on the website of the Debtors' noticing agent at https//dm.epiq11.com/case/pridegroup/dockets. A copy of the Notice with this exhibit included may also be requested by emailing the Debtors' noticing agent at TPine@epiqglobal.com.]

**Exhibit B**

Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., et al.[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

### ORDER AUTHORIZING AND APPROVING SALE OF AVAILABLE
### U.S. ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND
### OTHER INTERESTS IN ACCORDANCE WITH THE SALE PROCEDURES ORDER

Upon the *Notice of Proposed Sale of Available U.S. Assets* (the "Sale Notice") and the

*Declaration of Foreign Representative* attached to the Sale Notice as Exhibit C (the "Foreign

Representative Declaration") in support of entry of an order (this "Order") authorizing the sale of

the Available U.S. Assets (the "Sale") under the asset purchase agreement dated January 29, 2025,

as amended by the Amendment to Purchase and Sale Agreement dated February 28, 2025 (as may

be further amended from time to time, the "APA") by and between 87th Avenue Medley FL Holding

Corp., as seller, and JMC Trucking Inc., as purchaser (the "Purchaser"), pursuant to the *Order (I)*

*Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S.*

*Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting*

*Related Relief* [D.I. 197] (the "Sale Procedures Order");[2] and upon this Court's review and

consideration of the Foreign Representative Declaration; and, if necessary, this Court having held

a hearing to consider the relief requested in this Order (the "Hearing"); and due and proper notice

---

[1]     The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large
number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their
unique identification numbers is not provided herein.  A complete list of such information may be obtained on
the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for
the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale
Procedures Order.

1

of the Sale Notice having been provided and no other or further notice being necessary or required; and no objections or other responses having been filed that have not been overruled, withdrawn, or otherwise resolved; and all interested parties having had an opportunity to be heard at the Hearing, if any; and after due deliberation and sufficient cause appearing therefor,

**THIS COURT HEREBY FINDS AND DETERMINES THAT:**

A.        The findings and conclusions set forth herein constitute this Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052 and made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

B.        This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.

C.        This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P).

D.        Venue is proper in this district pursuant to 28 U.S.C. § 1410.

E.        Good and sufficient notice of the relief granted by this Order has been given in accordance with the Sale Procedures Order.  Notice of the Sale was good, sufficient and appropriate under the circumstances and provided a reasonable opportunity to object or be heard regarding the relief granted by this Order to parties entitled to notice pursuant to the Bankruptcy Rules and the Local Rules.  No further notice of the Sale is required.

F.        The Foreign Representative has demonstrated that the Sale is a reasonable exercise of the Foreign Representative's business judgment and is in the best interests of the Debtors, their creditors and other parties in interest. Sound business reasons exist for the Sale.

G.       The transfer of the Available U.S. Assets to the Purchaser pursuant to the APA shall be legal, valid and effective and shall vest the Purchaser with all right, title and interest of the Debtors to the Available U.S. Assets free and clear of all liens, claims, encumbrances and other interests. One or more of the standards set forth in sections 363(f)(1)-(5) of the Bankruptcy Code have been satisfied.

H.       The Purchaser is a good faith purchaser for value, is entitled to all of the protections afforded under section 363(m) of the Bankruptcy Code and has otherwise acted in good faith in connection with the Sale. Specifically, (a) the Purchaser is not an "insider" of the Debtors, as that term is defined in the Bankruptcy Code; (b) the Sale was negotiated at arm's-length and in good faith; (c) the Purchaser did not in any way induce or cause the filing of these Chapter 15 Cases; (d) the consideration provided by the Purchaser under the Sale is fair and reasonable; and (e) the Sale is not the result of fraud or collusion.  Neither the Foreign Representative nor the Purchaser has engaged in any conduct that would cause or permit the Sale to be avoided or result in the imposition of any costs or damages under section 363(n) of the Bankruptcy Code.

I.       The entry of this Order is in the best interests of the Debtors, their creditors and all other parties in interest in these Chapter 15 Cases;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1.       The Sale is approved as set forth herein.

2.       Pursuant to sections 363(b) and 363(f) of the Bankruptcy Code, the Foreign Representative is authorized to transfer the Available U.S. Assets to the Purchaser pursuant to the terms of the APA with all right, title and interest in the Available U.S. Assets free and clear of all liens, claims, encumbrances and other interests. Any liens, claims, encumbrances and other interests in the Available U.S. Assets shall attach to the proceeds of the Sale in the order of priority and with the same validity, force and effect that they have as against the Available U.S. Assets

3

immediately prior to the Sale. The APA is hereby approved, and the Foreign Representative is authorized to take all actions necessary to consummate the Sale.

3.      The Purchaser is a good faith buyer within the meaning of section 363(m) of the Bankruptcy Code and is entitled to the full protections of section 363(m) of the Bankruptcy Code. The reversal or modification on appeal of the authorization provided herein to consummate the Sale shall not affect the validity of the Sale, unless such authorization and consummation of the Sale is duly and properly stayed pending such appeal.

4.      The proceeds of the Sale will be distributed in accordance with a further order of the Canadian Court.

5.      Notwithstanding Bankruptcy Rule 6004(h) or any other provision in the Bankruptcy Rules or Local Rules to the contrary: (i) the terms of this Order shall be immediately effective and enforceable upon its entry; (ii) the Foreign Representative is not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order and (iii) the Foreign Representative may, in its discretion and without further delay, take any action and perform any act authorized under this Order, the Canadian Orders, or other order of the Canadian Court, including, without limitation, taking any actions or executing any documents the Foreign Representative (acting on behalf of the Debtors) believes appropriate in furtherance of, or in connection with, the consummation of the Sale or the implementation of this Order.

6.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

**Exhibit C**

Foreign Representative Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

## DECLARATION OF FOREIGN REPRESENTATIVE
## IN SUPPORT OF THE SALE OF AVAILABLE U.S. ASSETS FREE AND
## CLEAR OF ANY LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS

I, Randall Benson, pursuant to 28 U.S.C. § 1746, hereby declare (this "Declaration") under penalty of perjury under the laws of the United States, as follows:

1.     I am the founder of RC Benson Consulting Inc, which was engaged on February 26, 2024 as the Chief Restructuring Officer (in such capacity, the "CRO") of the Pride Group.  The Debtors and certain of their affiliates are the subject of proceedings (the "CCAA Proceedings") under the Companies' Creditors Arrangement Act, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court").  I was appointed as the foreign representative of the Debtors (the "Foreign Representative") by the Canadian Court pursuant to the preliminary initial order dated March 27, 2024.

2.     I am an individual over the age of 18 and, if called upon, could and would testify to the facts set forth in this Declaration.  Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by members of

---

[1]     The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

the Pride Group's management and professionals or learned from my review of relevant documents, or my opinion based upon my experience and knowledge of the Pride Group's industry, operations, and financial condition that I have acquired since my engagement.

3.      I am authorized to make this Declaration on behalf of the Debtors in support of an order approving the sale (the "Sale") of the Debtors' assets free and clear of any liens, claims, encumbrances and other interests (collectively, the "Liens") pursuant to the asset purchase agreement dated January 29, 2025, as amended by the Amendment to Purchase and Sale Agreement dated February 28, 2025 (as may be further amended from time to time, the "APA") by and between 87th Avenue Medley FL Holding Corp., as seller, and JMC Trucking Inc., as purchaser (the "Purchaser"), in compliance with Paragraph 2(e) of the Sale Procedures Order (as defined below).[2]

## THE SALE PROCEDURES

4.      On May 21, 2024, the Foreign Representative filed a motion [D.I. 178] (the "Sale Procedures Motion") seeking, among other things, this Court's approval of the Sale Procedures governing the sale of any Available U.S. Assets being sold in the United States.

5.      On June 7, 2024, this Court entered an Order granting the relief requested in the Sale Procedures Motion [D.I. 197] (the "Sale Procedures Order").

6.      Paragraph 2(e) of the Sale Procedures Order provides that the Foreign Representative shall attach to the applicable Sale Notice "a declaration in support of the Sale containing statements sufficient for the Court to find that: (i) the Sale constitutes a prudent exercise of the applicable Debtor's business judgment; (ii) the Sale may be consummated free and clear of

---

[2]     Capitalized terms used in this Declaration but not otherwise defined shall have the meanings ascribed to them in the Sale Procedures Order.

all Liens under section 363(f) of the Bankruptcy Code; and (iii) the purchaser is a good faith purchaser entitled to the protections of section 363(m) of the Bankruptcy Code."

**STATEMENTS PURSUANT TO**
**PARAGRAPH 2(e) OF THE SALE PROCEDURES ORDER**

**I. The Sale Constitutes a Prudent Exercise of the Seller's Business Judgement**

7.     I believe that the Sale is in the best interests of the Debtors' estates and constitutes a prudent exercise of the Seller's business judgment.

8.     On February 26, 2024, the Seller retained Lee & Associates to publicly list for sale the real property, including all right, title, and interest therein, located at 10015 NW 87th Avenue, Medley, FL 33166 (the "Property"). The marketing process generated three offers for the Property over the course of its listing.

9.     After reviewing all offers submitted on the Property, the Seller determined that the Purchaser's offer of US$3,100,000 was the highest and best offer based on (i) total value offered, (ii) the terms and conditions of the offer and (iii) Purchaser's assurances that the Sale would close, which culminated in the APA between the Seller and Purchaser. The Seller, in consultation with the CRO and the Monitor, determined that additional marketing efforts would be unlikely to yield an offer that is a higher and better offer than the Purchaser's offer under the circumstances.  As required under the APA, the Purchaser has paid deposits in the aggregate amount of US$155,000, which will be held in escrow pending closing of the Sale.

10.     I believe that the Property was marketed publicly in a manner designed to maximize the purchase price obtained for those assets in accordance with the Sale Procedures Order.  The Purchaser's offer is the highest or otherwise best offer received for the Property to date, is in line with the market for similar assets, and constitutes reasonably equivalent value for the Property.

3

11.     For these reasons, I believe that selling the Property to the Purchaser pursuant to the terms set forth in the APA constitutes a prudent exercise of the Seller's business judgment.

## II.     The Available Assets Should be Transferred Free and Clear of All Liens, Claims, Encumbrances, and Other Interests Pursuant to Section 363(f) of the Bankruptcy Code

12.     I believe consummation of the Sale and transfer of the Property free and clear of all Liens is appropriate pursuant to section 363(f) of the Bankruptcy Code.

13.     As of the date hereof, the only parties known to have any Liens on the Property are Bank of Montreal, as the mortgagee, and the DIP Agent (as defined in the Recognition Order). Bank of Montreal, as the mortgagee, and the DIP Agent have consented to the sale of the Property to the Purchaser. I am further advised that all Liens on the Property will attach to the proceeds of the sale under the APA with the same force, validity, priority, and effect as they currently exist.

14.     Accordingly, I believe that the sale of the Property free and clear of all Liens satisfies the statutory requirements of section 363(f) of the Bankruptcy Code.

## III.     The Purchaser Should be Entitled to the Protections of Section 363(m) of the Bankruptcy Code

15.     I believe the Purchaser is a good faith purchaser for value and has otherwise acted in good faith in connection with the Sale. Specifically: (i) the Purchaser is not an "insider" of the Debtors, as that term is defined in the Bankruptcy Code; (ii) the Sale was negotiated at arm's length and in good faith, and at all times each of the Purchaser and the Seller were represented by competent counsel of their choosing; (iii) the Purchaser did not in any way induce or cause the filing of the CCAA Proceedings or these Chapter 15 Cases; (iv) the consideration provided by the Purchaser pursuant to the Sale is fair and reasonable; and (v) the Sale is not the result of fraud or collusion.

4

16.     Based on the foregoing, I believe the Purchaser was acting in good faith within the meaning of section 363(m) of the Bankruptcy Code with respect to the Sale and is entitled to the protections thereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 27, 2025
        Toronto, Canada

*/s/ Randall Benson*
Randall Benson

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| DAGM WUBSHET, MARTA A TIBEBU, AND DMH | EXPRESS TRUCKING, LLC; LAW OFFICES OF EUGENE N BOLIN, JR, PS; ATTN E BOLIN, JR 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL BANCORP, INC. | 211 HIGH POINT DR VICTOR NY 14564-1061 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GM FINANCIAL CANADA LEASING LTD. | 2001 SHEPPARD AVENUE, SUITE 600 TORONTO ON M2J 4Z8 CANADA |
| GREAT AMERICA FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX 100 CONGRESS AVE, STE 1800 AUSTIN TX 78701 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE CORPORATION | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |

| Claim Name | Address Information |
|---|---|
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| U.S. DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| VAL VERDE FAMILY LIMITED PARTNERSHIP | 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |

**Total Creditor count: 59**

**EXHIBIT C**

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
First Class Mail Additional Service List

GREGORY T. MARTINI, P.A.
ATTN: GREGORY T. MARTINI
2334 PONCE DE LEON BOULEVARD,
SUITE 250
CORAL GABLES, FL 33134

JMC TRUCKING INC.
ATTN: JUAN M. CRUZ, PRESIDENT
11093 N.W. 138 STREET, UNIT 111
HIALEAH GARDENS, FL 33018

ROBERT J. JULIA
15205 N.W. 60TH AVENUE
MIAMI LAKES, FL 33014

**EXHIBIT D**

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)

Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE & NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, KELLY BOURASSA, CHRIS BURR, ARYO SHALVIRI & KEVIL WU | pamela.huff@blakes.com; chris.burr@blakes.com; kelly.bourassa@blakes.com; aryo.shalviri@blakes.com; kevin.wu@blakes.com |
| BROWARD COUNTY, FLORIDA | ATTN: SCOTT ANDRON | sandron@broward.org |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ, STEPHEN R TETRO, II, JAMES P SULLIVAN; YULIYA ZAHORODA | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com; yzahoroda@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com; alexander.slovic@parthenon.ey.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MARGARET F ENGLAND | mengland@gsbblaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK & DENNIS A. MELORO | Anthony.Clark@gtlaw.com; Dennis.Meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: DAVID WIRT | David.Wirt@hklaw.com |
| KELSOE, KHOURY, ROGERS & CLARK, PC | ATTN: ROBERT KELSOE | rkelsoe@kelsoe-law.com |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | bankruptcy@kerncounty.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN K. TURNER | dallas.bankruptcy@tgbs.com; john.turner@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MASON POLLICK & SCHMAHL, LLC | ATTN: MICHAEL M SCHMAHL | mschmahl@mps-law.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | STScott@mayerbrown.com; JGross@mayerbrown.com; JMEdwards@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: BRADLEY THOMAS GIORDANO & CARMEN DINGMAN | bgiordano@mwe.com; cdingman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: STACY A. LUTKUS | salutkus@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID R. HURST | dhurst@mwe.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL & RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MCMILLAN LLP | ATTN: JEFFREY LEVINE | jeffrey.levine@mcmillan.ca |
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | ATTN: ALEXIS GONZALEZ | mdtcbkc@miamidade.gov |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON & STEPHAN E. HORNUNG | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES | tammy.jones@oklahomacounty.org |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LINDA D. REECE | lreece@pbfcm.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN & TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO & AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR., JASON C MANFREY  & ELIZABETH A. ROGERS | joseph.huston@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E ALLINSON, III | zallinson@sha-llc.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |
| TN DEPT OF REVENUE | TN ATTY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III, MORGAN L PATTERSON | charlie.livermon@wbd-us.com; morgan.patterson@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |

Pride Group Holdings Inc., *et al.*
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| NAME | ATTN | EMAIL |
|---|---|---|
| ADVANCE BUSINESS CAPITAL LLC DBA TRIUMPH BUSINESS CAPITAL | ATTN: DANNY MOURNING | dmourning@tfin.com |
| AIRD & BERLIS LLP | ATTN: STEVE GRAPH & SHAUN PARSONS | sgraff@airdberlis.com; sparsons@airdberlis.com |
| ALVAREZ & MARSAL CANADA ULC | ATTN: DOUG MCINTOSH, ELESE ALLIN, ESTHER MANN, DUNCAN MACRAE | dmcintosh@alvarezandmarsal.com; eallin@alvarezandmarsal.com; esther.mann@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| ANDERSON, MCPHARLIN & CONNERS LLP | ATTN: MARK E. ARONSON | mea@amclaw.com |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN & FRANK N. WHITE | darryl.laddin@agg.com; frank.white@agg.com |
| ARNOLD FOSTER LLP | ATTN: HERBERT ARNOLD & THOMAS ARNOLD | htaesq@aol.com; tarnold@arnold-foster.com |
| ARTHUR J. GALLAGHER CANADA LIMITED | ATTN: FRANK REDA | frank_reda@ajg.com |
| ATTORNEY GENERAL OF CANADA | ATTN: INTAKE OFFICE | agc-pgc.toronto-tax-fiscal@justice.gc.ca; sandra.palma@cra-arc.gc.ca; fozia.chaudary@justice.gc.ca; meggie.johnson@justice.gc.ca; kevin.dias@justice.gc.ca |
| BDO CANADA LIMITED | ATTN: JOSIE PARISI & GARY CERRATO | jparisi@bdo.ca; gcerrato@bdo.ca |
| BENNETT JONES LLP | ATTN: RAJ S. SAHNI & JOSHUA FOSTER | sahnir@bennettjones.com; fosterj@bennettjones.com |
| BFL CANADA RISK & INS SERVICES INC - TOR | | rhill@bflcanada.ca |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: C COLRAINE & N TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR, KEVIN WU & KELLY BOURASSA | pamela.huff@blakes.com; chris.burr@blakes.com; kevin.wu@blakes.com; kelly.bourassa@blakes.com |
| BORDON LADNER GERVAIS LLP | ATTN: ALEX MACFARLANE, NICK HOLLARD | amacfarlane@blg.com; nhollard@blg.com |
| BMO CAPITAL MARKETS | ATTN: ESTELLE L. RICHMOND | estelle.richmond@bmo.com |
| BUSINESS DEVELOPMENT BANK OF CANADA | ATTN: ROBERT PRINCE & ADAM LAIKEN | robert.prince@bdc.ca; adam.laiken@bdc.ca |
| CAMELINO GALESSIERE LLP | ATTN: GUSTAVO F. CAMELINO | gcamelino@cglegal.ca |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MONIQUE SASSI & STEPHANIE FERNANDES | msassi@cassels.com; sfernandes@cassels.com |
| CHAITONS LLP | ATTN: HARVEY CHAITON | harvey@chaitons.com |
| CHAPMAN AND CUTLER LLP | ATTN: GIOVANNI DE MERICH & YULIYA ZAHORODA | gdemerich@chapman.com; yzahoroda@chapman.com |

Pride Group Holdings Inc., *et al.*
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| NAME | ATTN | EMAIL |
|---|---|---|
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T. BENZ, JAMES P. SULLIVAN, YULIYA ZAHORODA & STEPHEN TETRO II | benz@chapman.com; jsulliva@chapman.com; yzahoroda@chapman.com; stetro@chapman.com |
| COOKSEY, TOOLEN, GAGE, DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| CHUBB GROUP OF INSURANCE COMPANIES/FEDERAL INSURANCY COMPANY | | bankruptcy.legal@chubb.com |
| DAIMLER TRUCKS FINANCIAL SERVICES | CANADA CORPORATION | fleetservices@daimlertruck.com |
| DELAWARE DEPARTMENT OF JUSTICE | | attorney.general@delaware.gov |
| DENTONS CANADA LLP | ATTN: D WIEBE, J MEYER, E GRAY, J SALMAS  & R KENNEDY; M FREAKE & SARAH LAM | dennis.wiebe@dentons.com; jonathan.meyer@dentons.com; elaine.gray@dentons.com; john.salmas@dentons.com; robert.kennedy@dentons.com; mark.freake@dentons.com; sarah.lam@dentons.com |
| DICKINSON WRIGHT LLP | ATTN: LISA S CORNE | lcorne@dickinsonwright.com |
| DLA PIPER (CANADA) LLP | ATTN: EDMOND F.B. LAMEK | edmond.lamek@dlapiper.com |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com; alexander.slovic@parthenon.ey.com |
| FASKEN MARTINEAU DUMOULIN LLP | ATTN: D SINGH, S BROTMAN, D RICHER & A KAUFFMAN | dsingh@fasken.com; sbrotman@fasken.com; dricher@fasken.com; akauffman@fasken.com |
| FNLOC 2000 INC | ATTN: MORGAN TYLER | morgan.tyler@finloc.com |
| FIRST AMERICAN COMMERCIAL BANCORP INC. | ATTN: CHRIS WUEST | chris.wuest@faef.com |
| FOGLER, RUBINOFF LLP | ATTN: SCOTT R. VVANTON & VERN W. DARE | sventon@foglers.com; vdare@foglers.com |
| GARFIN ZEIDENBERG LLP | ATTN: DAVID DOWNS | dd@gzlegal.com |
| GOODMANS LLP | ATTN: CAROLINE DESCOURS, ERIK AXELL | cdescours@goodmans.ca; eaxell@goodmans.ca |
| GOWLING WLG | ATTN: T GERTNER | thomas.gertner@gowlingwlg.com |
| HALTON HILL HYDRO INC. | SCOTT KNAPMAN & MATTHEW WRIGHT | sknapman@haltonhillshydro.com; mattheww@haltonhillshydro.com |
| HDI GLOBAL SPECIALTY SE | | hgs_canada_contact@hdi-specialty.com |
| HUSKY OIL OPERATIONS LIMITED C/O CENOVUS | ENERGY INC. - ATTN: AMY GILLESPIE & KATHY RUHE | amy.gillespie@cenovus.com; kathy.ruhe@cenovus.com |
| INTERNAL REVENUE SERVICE | | charles.messing@irs.gov; dennis.moody@irs.gov |

Pride Group Holdings Inc., *et al.*
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| NAME | ATTN | EMAIL |
|------|------|-------|
| JOHN HENRY SMITH LAND INC. | ATTN: JOHN HENRY SMITH | jhsmith@jhsholdings.com |
| KSV ADVISORY INC | ATTN: BOBBY KOFMAN | bkofman@ksvadvisory.com |
| LAVERY, DE BILLY S.E.N.C.R.L. | ATTN: OUASSIM TADLAOUI; SOPHIE CREVIER | otadlaoui@lavery.ca; screvier@lavery.ca |
| LEWIS RICE LLC | ATTN: JOSEPH J. TRAD & PATRICK F. GANNINGER | jtrad@lewisrice.com; pganninger@lewisrice.com |
| LIBERTY MUTUAL INSURANCE CO. | | infocanada@libertymutual.com |
| LLOYD'S UNDERWRITERS | | enquiries@lloyds.com |
| LOOPSTRA NIXON LLP | ATTN: GRAHAM PHOENIX | gphoenix@ln.law |
| M&T CAPITAL AND LEASING CORPORATION | ATTN: ROBERT VAN PINE | rvantine@@mtb.com |
| MANIS LAW | ATTN: HOWARD MANIS | hmanis@manislaw.ca |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT | stscott@mayerbrown.com |
| MCCARTHY TETRAULT LLP | ATTN: HEATHER MEREDITH & MEGHAN NOEL | hmeredith@mccarthy.ca; mnoel@mccarthy.ca |
| MCCARTHY TETRAULT LLP | ATTN: JAMEY GAGE & TREVOR COURTIS | jgage@mccarthy.ca; tcourtis@mccarthy.ca |
| MCMILLAN LLP | ATTN: K. RYLANDS & A. MAEROY, | kourtney.rylands@mcmillan.ca; adam.maerov@mcmillan.ca |
| MCMILLAN LLP | ATTN: JEFFREY LEVINE | jeffrey.levine@mcmillan.ca |
| MERCEDES-BENZ FINANCIAL & MERCEDES-BENZ | FINANCIAL SERVICES CANADA CORPORATION | hina.latif@mercedes-benz.com |
| MILESTONE TRAILER LEASING, LLC | C/O MUNSCH HARDT KOPF & HARR, P.C. - ATTN: PETER C. HOGUE | phogue@munsch.com |
| MILLER THOMSON LLP | ATTN: JEFFREY CARHART, MATTHEW CRESSATI & PATRICK CORNEY | jcarhart@millerthomson.com; mcressatti@millerthomson.com; pcorney@millerthomson.com |
| MINISTER OF FINANCE INSOLVENCY UNIT | | insolvency.unit@ontario.ca |
| MITSUBISHI HC CAPITAL C/O REED SMITH LLP | ATTN: RICHARD TANNENBAUM, HYUNA YONG AND JARED ROACH | rtannenbaum@reedsmith.com; jroach@reedsmith.com; jangelo@reedsmith.com; hyong@reedsmith.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | dabbott@morrisnichols.com |
| MUNSCH HARDT KOPFE & HARR, P.C. | ATTN: PETER C. HOGUE | phogue@munsch.com |
| NORTON ROSE FULBRIGHT CANADA LLP | ATTN: JENNIFER STAM & LAUREN ARCHIBALD | jennifer.stam@nortonrosefulbright.com; lauren.archibald@nortonrosefulbright.com |
| OFFICE OF THE SUPERINTENDENT OF | BANKRUPTCY CCAA TEAM INNOVATION, SCIENCE & ECONOMIC | osbccaa-laccbsf@ised-isde.gc.ca |
| OFFICE OF THE UNITED STATES TRUSTEE DISTRICT OF DELAWARE | TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY SANDLER, BEN MULLER & J MCDONALD | tsandler@osler.com; bmuller@osler.com; jmacdonald@osler.com |

Pride Group Holdings Inc., *et al.*
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| NAME | ATTN | EMAIL |
|---|---|---|
| OSLER, HOSKIN & HARCOURT LLP | ATTN: BLAIR MCRADU, MARC WASSERMAN, TIFFANY SUN & DAVE ROSENBLAT | bmcradu@osler.com; mwasserman@osler.com; tsun@osler.com;drosenblat@osler.com |
| PALLETT VALO LLP | ATTN: JOHN RUSSO & MONTY DHALIWAL | jrusso@pallettvalo.com; mdhaliwal@pallettvalo.com |
| PRIDE GROUP ENTERPRISES | ATTN: AMTOJ S, RANDHAWA | amtoj@randhawa@pridegroupenterprises.com |
| RC BENSON CONSULTING INC. | | r.benson@rcbensonconsulting.com |
| RECONSTRUCT LLP | ATTN: C. FELL, R.B. BISSELL & S. JOSHI | cfell@reconllp.com; bbissell@reconllp.com; sjoshi@reconllp.com |
| REED SMITH LLP | ATTN: JARED S. ROACH | jroach@reedsmith.com |
| REGIONS BANK | AS ADMIN AGENT; ATTN: JOSEPH R FRANKE & KYLE SHENTON | joseph.franke@regions.com; kyle.shenton@regions.com; stscott@mayerbrown.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | jtrad@lewisrice.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP- ATTN: MORGAN J. DELABAR | morgan.delabar@hklaw.com |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | trip.nix@hklaw.com; nick.miller@hklaw.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | jtrad@lewisrice.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP- ATTN: MORGAN J. DELABAR | morgan.delabar@hklaw.com |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | trip.nix@hklaw.com; nick.miller@hklaw.com |
| REPUBLIC BANK OF CHICAGO | ATTN: BRAD GRIFFEN | bgriffen@republicbank.com |
| ROYAL BANK OF CANADA | BRAD NEWTON, SR DIR, GRP RISK MGMT | brad.d.newton@rbc.com |
| ROYAL BANK OF CANADA | AS ADMIN AGENT; ATTN JAMES COGILL | james.cogill@rbccm.com |
| RZCD LAW FIRM LLP | ATTN: BICKRUMIIT DHUGGA | bicky@rzcdlaw.com |
| SECRETARY OF STATE/DIV OF REVENUE DIVISION OF CORPORATIONS; FRANCHISE TAX | | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | | commissionerlizarraga@sec.gov; secbankruptcy-ogc-ado@sec.gov |
| SECURITIES & EXCHANGE COMMISSION NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI | ocr@sec.gov |
| SHELL USA, INC. | ATTN: ANH NGUYEN | anh.nguyen2@shell.com; bankruptcy-notices@shell.com |
| SIDLEY AUSTIN LLP | ATTN: MATTHEW A. CLEMENTE & MARK D. WERNER | mclemente@sidley.com; mwerner@sidley.com |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN:  KATHY JENNINGS | attorney.general@delaware.gov |

Pride Group Holdings Inc., *et al.*
Case No. 24-10632 (CTG)
Email Service List - Provisional Relief Parties

| NAME | ATTN | EMAIL |
|------|------|-------|
| STIKEMAN ELLIOTT LLP | ATTN: L. NICHOLSON, M. MCELHERAN & R. HAMMAD | leenicholson@stikeman.com; mmcelheran@stikeman.com; rhammad@stikeman.com |
| STOUGHTON TRAILERS CANADA CORPORATION | | dmanthe@stoughtontrailers.com |
| TBK BANK, SSB | ATTN: JOSH BROOKS | brooks@lrclaw.com |
| TD EQUIPMENT FINANCE CANADA | ATTN: DEAN LANGLEY | dean.langley@td.com |
| THE FULLER LANDAU GROUP INC | ATTN: GARY AGRAHAMSON, ADAM ERLICH & COLEEN DELANEY | gabrahamson@fullerllp.com; aerlich@fullerllp.com; cdelaney@fullerllp.com |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE WILLIAMS, RACHEL NICHOLSON, PUYA FESHARAKI & INES FERREIRA | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca; iferreira@tgf.ca |
| TORKIN MANES LLP | ATTN: STEWART THOM & MICHAEL TAMBLYN | sthom@torkinmanes.com; mtamblyn@torkinmanes.com |
| TOTAL ONE LOGISTICS | ATTN: KYLEIGH LAPIERRE | kylapierre@totalonelogistics.com |
| TOWERHILL INSURANCE UNDERWRITERS INC. AKA EXCESS UNDERWRITERS | | info@excessunderwriting.ca |
| UPDIKE KELLY & SPELLACY, PC | ATTN: EVAN S GOLDSTEIN | egoldstein@uks.com |
| U.S. DEPARTMENT OF JUSTICE | | askdoj@usdoj.gov |
| VEDDERPRICE | ATTN: DAVID L. KANE | dkane@vedderprice.com |
| WEBSTER CAPITAL FINANCE, INC | ATTN: LEE ROSENKRANTZ | lrosenkrantz@websterbank.com |
| WELLS FARGO EQUIPMENT FINANCE COMPANY | ATTN: NYNA BISHOP | nyna.bishop@wellsfargo.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MORGAN PATTERSON | morgan.patterson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW WARD & TODD ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKSINSON (US) LLP | ATTN: CHARLIE LIVERMON | charlie.livermon@wbd-us.com |
| ZURICH INSURANCE COMPANY LTD. | ATTN: PETER CROSS | peter.cross@zurich.com |

**TOTAL  182**

**EXHIBIT E**

Pride Group Holdings Inc., *et al.* , Case No. 24-10632 (CTG)

Electronic Mail Additional Service List

| NAME | ATTN | EMAIL |
|------|------|-------|
| GREGORY T. MARTINI, P.A. | ATTN: GREGORY T. MARTINI | greg@gregmartinilaw.com |
| ROBERT J. JULIA | | robertj@premierservicesfl.com |