IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>Re: D.I. 197, 299, 308, 312 |

**CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER
AUTHORIZING AND APPROVING SALE OF AVAILABLE U.S. ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER
INTERESTS IN ACCORDANCE WITH THE SALE PROCEDURES ORDER**

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative, (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") hereby certifies as follows:

1. On June 7, 2024 the Court entered the *Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief* [D.I. 197] (the "Sale Procedures Order"), which authorizes the sale of the Debtors' assets located within the territorial jurisdiction of the United States pursuant to the procedures set forth in the Sale Procedures Order.

2. Pursuant to the Sale Procedures Order, on November 27, 2024, the Foreign Representative filed the *Notice of Proposed Sale of Available U.S. Assets* [D.I. 299] (the "Sale

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Notice").[2] The Sale Notice sought court approval of the sale (the "Sale") of Debtor High Prairie Texas Holding Corp.'s (the "Seller") rights, title and interests in and to the real property located at 3375 High Prairie Road, Grand Prairie, TX 75050 (the "Property") to Alterra IOS Acquisitions III, LLC (the "Purchaser", and together with the Seller, the "Parties"), pursuant to an asset purchase agreement attached as Exhibit A to the Sale Notice (as amended from time to time, the "APA"). Pursuant to the Sale Notice, objections to the Sale Notice were to be filed and served no later than December 18, 2024 (the "Objection Deadline").

3. On December 19, 2024, the Foreign Representative filed the *Certification of Counsel Regarding Order Authorizing and Approving Sale of Available U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests in Accordance with the Sale Procedures Order* [D.I. 308], which included a revised proposed form of order to reflect informal comments received from First American Title Insurance Company, as Escrow Agent for Ernst & Young Inc., the Debtors' Canadian Court-appointed monitor ("First American"). No formal objections to the Sale Notice were filed or received by the Foreign Representative by the Objection Deadline.

4. On December 30, 2024, this Court entered the *Order Authorizing and Approving Sale of Available U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests in Accordance with the Sale Procedures Order* [D.I. 312] (the "Sale Order"), approving the Sale and the APA.

5. Around the time that the Parties entered into the APA, several significant acts of vandalism occurred at the Property. Following these acts, which caused damage to the

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Notice and the exhibits attached thereto.

Property that has not been repaired by the Debtors, the Parties worked to find a consensual resolution to proceed to closing. In the interim, the Parties entered into eight amendments to the APA, each of which extended the Due Diligence Period during which the Purchaser could elect to exercise its right to terminate the APA.

6. On March 24, 2025, the Parties entered into a further amendment to the APA reducing the purchase price under the APA by US$750,000 (or approximately 5% of the total purchase price) to US$15,100,000 to account for the damage to the Property (the "Purchase Price Amendment", which is attached as **Exhibit 1** to **Exhibit A** hereto). The Parties acknowledged and agreed that the purchase price adjustment was a credit provided to the Purchaser in exchange for its assumption of sole responsibility for any repairs related to the Property.

7. A copy of the revised proposed sale order attached hereto as **Exhibit A** (the "Revised Proposed Sale Order") seeking approval of the Purchase Price Amendment has been provided to each of First American, Royal Bank of Canada, and the U.S. Trustee (collectively, the "Parties in Interest"). The Parties in Interest have confirmed with counsel to the Foreign Representative that they have reviewed the Revised Proposed Sale Order and have no objection to its entry by the Court. A redline comparing the Sale Order and the Revised Proposed Sale Order is attached hereto as **Exhibit B**.

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the Revised Proposed Sale Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: April 1, 2025  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ccarlisle@morrisnichols.com
       apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
       christopher.hunker@linklaters.com
       clark.xue@linklaters.com

*Attorneys for the Foreign Representative*