## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., et al.[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

### AMENDED ORDER AUTHORIZING AND
### APPROVING SALE OF AVAILABLE U.S. ASSETS
### FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER
### INTERESTS IN ACCORDANCE WITH THE SALE PROCEDURES ORDER

**WHEREAS**, on June 7, 2024 the Court entered the *Order (I) Approving the Sale Procedures and Sale Notice, (II) Authorizing the Sale of the Debtors' U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief* [D.I. 197] (the "Sale Procedures Order"), which authorizes the sale of the Debtors' assets located within the territorial jurisdiction of the United States pursuant to the procedures set forth in the Sale Procedures Order;

**WHEREAS**, pursuant to the Sale Procedures Order, on November 27, 2024, the Foreign Representative filed the *Notice of Proposed Sale of Available U.S. Assets* [D.I. 299] (the "Sale Notice");[2]

**WHEREAS**, the Sale Notice sought court approval of the sale (the "Sale") of Debtor High Prairie Texas Holding Corp.'s (the "Seller") rights, title and interests in and to the real property

---

[1]   The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Notice and the exhibits attached thereto.

located at 3375 High Prairie Road, Grand Prairie, TX 75050 (the "Property") to Alterra IOS Acquisitions III, LLC (the "Purchaser", and together with the Seller, the "Parties"), pursuant to an asset purchase agreement attached as Exhibit A to the Sale Notice (as amended from time to time, the "APA");

**WHEREAS**, pursuant to the Sale Notice, objections to the Sale Notice were to be filed and served no later than December 18, 2024 (the "Objection Deadline");

**WHEREAS**, on December 19, 2024, the Foreign Representative filed the *Certification of Counsel Regarding Order Authorizing and Approving Sale of Available U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests in Accordance with the Sale Procedures Order* [D.I. 308];

**WHEREAS**, no formal objections to the Sale Notice were filed or received by the Foreign Representative by the Objection Deadline;

**WHEREAS**, on December 30, 2024, this Court entered the *Order Authorizing and Approving Sale of Available U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests in Accordance with the Sale Procedures Order* [D.I. 312] (the "Sale Order"), approving the Sale and the APA;

**WHEREAS**, around the time that the Parties entered into the APA, several significant acts of vandalism occurred at the Property;

**WHEREAS**, the Parties entered into eight amendments to the APA, each of which extended the Due Diligence Period during which the Purchaser could elect to exercise its right to terminate the APA;

**WHEREAS**, on March 24, 2025, the Parties entered into a further amendment to the APA reducing the purchase price under the APA by US$750,000 (or approximately 5% of the total

purchase price) to US$15,100,000 to account for the damage to the Property (the "Purchase Price Amendment", which is attached hereto as **Exhibit 1**);

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Sale is approved as set forth herein.

2.      Pursuant to sections 363(b) and 363(f) of the Bankruptcy Code, the Foreign Representative is authorized to transfer the Available U.S. Assets to the Purchaser pursuant to the terms of the APA (as amended by the Purchase Price Amendment) with all right, title and interest in the Available U.S. Assets free and clear of all liens, claims, encumbrances and other interests. Any liens, claims, encumbrances and other interests in the Available U.S. Assets shall attach to the proceeds of the Sale in the order of priority and with the same validity, force and effect that they have as against the Available U.S. Assets immediately prior to the Sale. The APA (as amended by the Purchase Price Amendment) is hereby approved, and the Foreign Representative is authorized to take all actions necessary to consummate the Sale.

3.      The Purchaser is a good faith buyer within the meaning of section 363(m) of the Bankruptcy Code and is entitled to the full protections of section 363(m) of the Bankruptcy Code. The reversal or modification on appeal of the authorization provided herein to consummate the Sale shall not affect the validity of the Sale, unless such authorization and consummation of the Sale is duly and properly stayed pending such appeal.

4.      The proceeds of the Sale will be distributed in accordance with any orders entered by the Canadian Court governing the distribution of such proceeds.

5.      Notwithstanding Bankruptcy Rule 6004(h) or any other provision in the Bankruptcy Rules or Local Rules to the contrary: (i) the terms of this Order shall be immediately effective and enforceable upon its entry; (ii) the Foreign Representative is not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order and (iii) the

Foreign Representative may, in its discretion and without further delay, take any action and perform any act authorized under this Order, the Canadian Orders, or other order of the Canadian Court, including, without limitation, taking any actions or executing any documents the Foreign Representative (acting on behalf of the Debtors) believes appropriate in furtherance of, or in connection with, the consummation of the Sale or the implementation of this Order.

6.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

**Dated: April 2nd, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**