## **Exhibit 1**

Purchase Price Amendment

Purchaser

## NINTH AMENDMENT TO PURCHASE AND SALE AGREEMENT

THIS NINTH AMENDMENT TO PURCHASE AND SALE AGREEMENT (this "Ninth Amendment") is entered into as of March 24, 2025 (the "Effective Date"), by and between High Prairie Texas Holding Corp ("Seller"), and Alterra IOS Acquisitions III, LLC ("Purchaser").

## WITNESSETH:

WHEREAS, Seller and Purchaser entered into that certain Purchase and Sale Agreement, dated as of October 2, 2024 (the "Agreement"), providing for Purchaser's agreement to purchase the Property;

WHEREAS, Seller and Purchaser entered into a First Amended To Purchase and Sale Agreement, dated as of November 18, 2024, modifying certain terms of the Agreement;

WHEREAS, Seller and Purchaser entered into a Second Amended To Purchase and Sale Agreement, dated as of December 2, 2024, modifying certain terms of the Agreement;

WHEREAS, Seller and Purchaser entered into a Third Amended To Purchase and Sale Agreement, dated as of December 9, 2024, modifying certain terms of the Agreement;

WHEREAS, Seller and Purchaser entered into a Fourth Amended To Purchase and Sale Agreement, dated as of December 16, 2024, modifying certain terms of the Agreement; and

WHEREAS, Seller and Purchaser entered into a Fifth Amended To Purchase and Sale Agreement, dated as of December 20, 2024, modifying certain terms of the Agreement;

WHEREAS, Seller and Purchaser entered into a Sixth Amended To Purchase and Sale Agreement, dated as of January 31, 2025, modifying certain terms of the Agreement;

WHEREAS, Seller and Purchaser entered into a Seventh Amended To Purchase and Sale Agreement, dated as of February 4, 2025, modifying certain terms of the Agreement;

WHEREAS, Seller and Purchaser entered into an Eighth Amended To Purchase and Sale Agreement, dated as of March 10, 2025, modifying certain terms of the Agreement; and

WHEREAS, Seller and Purchaser desire to amend the Agreement as provided in this Ninth Amendment.

NOW, THEREFORE, for and in consideration of the mutual covenants of the parties hereto, and other good and valuable consideration to the parties hereto, the receipt and sufficiency of which is hereby acknowledged, and for the benefit which will inure to each party from the execution of this Ninth Amendment, Seller and Purchaser hereby agree as follows.

1.      All capitalized terms not otherwise defined in this Ninth Amendment shall have the meaning set forth in the Agreement.

2.      The definition of "Purchase Price" set forth in Section 2.01 of the Agreement is hereby reduced by $750,000.00 to the sum of Fifteen Million One Hundred Thousand and 00/100 United States Dollars ($15,100,000.00 USD). The foregoing reduction in the Purchase Price is being made to address damage to the Property caused by vandalism that occurred around the time that the Agreement was entered into between Seller and Purchaser. Purchaser acknowledges and agrees that Seller is providing Purchaser with a credit in the form of the aforementioned price reduction in lieu of performing any repairs on the Property. As such, Seller shall not be responsible

Docusign Envelope ID: EB8058C8-6420-444E-9DD9-F39FB24CF0E6

Seller *RB*

Purchaser

for any such damage caused to the Property, or any repairs related to same, and ~~Seller~~ shall assume full and complete responsibility related to same - including but not limited to - what if any repairs ~~Seller~~ elects to make to the Property after Closing.

Purchaser

3.      The definition of "Closing Date" as set forth in Section 4.01 of the Agreement is hereby revised to be no later than May 9, 2025.

4.      The Due Diligence Period shall expire upon the mutual execution of this Ninth Amendment, and Purchaser shall have waived its right to terminate the Agreement pursuant to Section 3.01 of the Agreement.

Seller

5.      Except as modified and amended as set forth in this Ninth Amendment, the Agreement is hereby ratified and confirmed by Purchaser and Seller and shall remain in full force and effect and enforceable in accordance with its terms.  The terms of this Ninth Amendment will control in the event of any conflicts between the terms of this Ninth Amendment and the terms of the Agreement, and all provisions of the Agreement will be deemed to be revised accordingly to effect the provisions of this Ninth Amendment.

6.      This Ninth Amendment may be executed in any number of counterparts, each of which shall be deemed to be an original, and all such counterparts shall constitute one agreement. To facilitate execution of this Ninth Amendment, the parties may execute and exchange by email, PDF counterparts of the signature pages.

*[signature page immediately follows]*

EXECUTED to be effective as of the Effective Date.

**SELLER:**

HIGH PRAIRIE TEXAS HOLDING CORP

By: _____

      Name: Randall Benson
      Title:  Court-Appointed Chief
            Restructuring Officer

**PURCHASER:**

ALTERRA IOS ACQUISITIONS III, LLC

By: _____

      Name: Jeff Pustizzi
      Title:  Authorized Signatory