**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| | **Ref. Docket No. 333** |

### CERTIFICATE OF SERVICE

I, PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 28, 2025, I caused to be served the "Agreed Order Between the Foreign Representative and Mitsubishi HC Capital America Inc. (f/k/a Hitachi Capital America Inc.) with Respect to Stay Relief," dated March 28, 2025 [Docket No. 333], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| DAGM WUBSHET, MARTA A TIBEBU, AND DMH | EXPRESS TRUCKING, LLC; LAW OFFICES OF EUGENE N BOLIN, JR, PS; ATTN E BOLIN, JR 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL BANCORP, INC. | 211 HIGH POINT DR VICTOR NY 14564-1061 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GM FINANCIAL CANADA LEASING LTD. | 2001 SHEPPARD AVENUE, SUITE 600 TORONTO ON M2J 4Z8 CANADA |
| GREAT AMERICA FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX 100 CONGRESS AVE, STE 1800 AUSTIN TX 78701 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE CORPORATION | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |

| Claim Name | Address Information |
|---|---|
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| U.S. DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| VAL VERDE FAMILY LIMITED PARTNERSHIP | 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |

**Total Creditor count: 59**

**EXHIBIT B**

Pride Group Holdings Inc., *et al.*,
Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE & NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, KELLY BOURASSA, CHRIS BURR, ARYO SHALVIRI & KEVIL WU | pamela.huff@blakes.com; chris.burr@blakes.com; kelly.bourassa@blakes.com; aryo.shalviri@blakes.com; kevin.wu@blakes.com |
| BROWARD COUNTY, FLORIDA | ATTN: SCOTT ANDRON | sandron@broward.org |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ, STEPHEN R TETRO, II, JAMES P SULLIVAN; YULIYA ZAHORODA | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com; yzahoroda@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com; alexander.slovic@parthenon.ey.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MARGARET F ENGLAND | mengland@gsbblaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK & DENNIS A. MELORO | Anthony.Clark@gtlaw.com; Dennis.Meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: DAVID WIRT | David.Wirt@hklaw.com |
| KELSOE, KHOURY, ROGERS & CLARK, PC | ATTN: ROBERT KELSOE | rkelsoe@kelsoe-law.com |

Pride Group Holdings Inc., *et al.,*
Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | bankruptcy@kerncounty.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN K. TURNER | dallas.bankruptcy@tgbs.com; john.turner@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MASON POLLICK & SCHMAHL, LLC | ATTN: MICHAEL M SCHMAHL | mschmahl@mps-law.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | STScott@mayerbrown.com; JGross@mayerbrown.com; JMEdwards@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: BRADLEY THOMAS GIORDANO & CARMEN DINGMAN | bgiordano@mwe.com; cdingman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: STACY A. LUTKUS | salutkus@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID R. HURST | dhurst@mwe.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL & RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MCMILLAN LLP | ATTN: JEFFREY LEVINE | jeffrey.levine@mcmillan.ca |
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | ATTN: ALEXIS GONZALEZ | mdtcbkc@miamidade.gov |

Pride Group Holdings Inc., *et al.*,
Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
| --- | --- | --- |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON & STEPHAN E. HORNUNG | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES | tammy.jones@oklahomacounty.org |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LINDA D. REECE | lreece@pbfcm.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN & TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO & AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR., JASON C MANFREY & ELIZABETH A. ROGERS | joseph.huston@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E ALLINSON, III | zallinson@sha-llc.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |
| TN DEPT OF REVENUE | TN ATTY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III, MORGAN L PATTERSON | charlie.livermon@wbd-us.com; morgan.patterson@wbd-us.com |

Pride Group Holdings Inc., *et al.,*
Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |

Pride Group Holdings Inc., *et al.,*
Case No. 24-10632 (CTG)
Electronic Mail Provisional Relief Parties Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ADVANCE BUSINESS CAPITAL LLC DBA TRIUMPH BUSINESS CAPITAL | ATTN: DANNY MOURNING | DMOURNING@TFIN.COM |
| AIRD & BERLIS LLP | ATTN: STEVE GRAPH & SHAUN PARSONS | SGRAFF@AIRDBERLIS.COM; SPARSONS@AIRDBERLIS.COM |
| ALVAREZ & MARSAL CANADA ULC | ATTN: DOUG MCINTOSH, ELESE ALLIN, ESTHER MANN, DUNCAN MACRAE | DMCINTOSH@ALVAREZANDMARSAL.COM; EALLIN@ALVAREZANDMARSAL.COM; ESTHER.MANN@ALVAREZANDMARSAL.COM; DMACRAE@ALVAREZANDMARSAL.COM |
| ANDERSON, MCPHARLIN & CONNERS LLP | ATTN: MARK E. ARONSON | mea@amclaw.com |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN & FRANK N. WHITE | darryl.laddin@agg.com; frank.white@agg.com |
| ARNOLD FOSTER LLP | ATTN: HERBERT ARNOLD & THOMAS ARNOLD | htaesq@aol.com; tarnold@arnold-foster.com |
| ARTHUR J. GALLAGHER CANADA LIMITED | ATTN: FRANK REDA | frank_reda@ajg.com |
| ATTORNEY GENERAL OF CANADA | ATTN: INTAKE OFFICE | AGC-PGC.TORONTO-TAX-FISCAL@JUSTICE.GC.CA; SANDRA.PALMA@CRA-ARC.GC.CA; FOZIA.CHAUDARY@JUSTICE.GC.CA; MEGGIE.JOHNSON@JUSTICE.GC.CA; KEVIN.DIAS@JUSTICE.GC.CA |
| BDO CANADA LIMITED | ATTN: JOSIE PARISI & GARY CERRATO | JPARISI@BDO.CA; GCERRATO@BDO.CA |

| NAME | ATTN | EMAIL |
|---|---|---|
| BENNETT JONES LLP | ATTN: RAJ S. SAHNI & JOSHUA FOSTER | SAHNIR@BENNETTJONES.COM; FOSTERJ@BENNETTJONES.COM |
| BFL CANADA RISK & INS SERVICES INC - TOR | | RHILL@BFLCANADA.CA |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: C COLRAINE & N TANWAR | COLRAINE@BSLSC.COM; NIKITA@BSLSC.COM |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR, KEVIN WU & KELLY BOURASSA | PAMELA.HUFF@BLAKES.COM; CHRIS.BURR@BLAKES.COM; KEVIN.WU@BLAKES.COM; KELLY.BOURASSA@BLAKES.COM |
| BORDON LADNER GERVAIS LLP | ATTN: ALEX MACFARLANE, NICK HOLLARD | AMacFarlane@blg.com; NHollard@blg.com |
| BMO CAPITAL MARKETS | ATTN: ESTELLE L. RICHMOND | ESTELLE.RICHMOND@BMO.COM |
| BUSINESS DEVELOPMENT BANK OF CANADA | ATTN: ROBERT PRINCE & ADAM LAIKEN | ROBERT.PRINCE@BDC.CA; ADAM.LAIKEN@BDC.CA |
| CAMELINO GALESSIERE LLP | ATTN: GUSTAVO F. CAMELINO | GCAMELINO@CGLEGAL.CA |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MONIQUE SASSI & STEPHANIE FERNANDES | MSASSI@CASSELS.COM; SFERNANDES@CASSELS.COM |
| CHAITONS LLP | ATTN: HARVEY CHAITON | HARVEY@CHAITONS.COM |

| NAME | ATTN | EMAIL |
|---|---|---|
| CHAPMAN AND CUTLER LLP | ATTN: GIOVANNI DE MERICH & YULIYA ZAHORODA | GDEMERICH@CHAPMAN.COM; YZAHORODA@CHAPMAN.COM |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T. BENZ, JAMES P. SULLIVAN, YULIYA ZAHORODA & STEPHEN TETRO II | BENZ@CHAPMAN.COM; JSULLIVA@CHAPMAN.COM; YZAHORODA@CHAPMAN.COM; STETRO@CHAPMAN.COM |
| COOKSEY, TOOLEN, GAGE, DUFFY & WOOG | ATTN: KIM GAGE | KGAGE@COOKSEYLAW.COM |
| CHUBB GROUP OF INSURANCE COMPANIES/FEDERAL INSURANCY COMPANY | | bankruptcy.legal@chubb.com |
| DAIMLER TRUCKS FINANCIAL SERVICES | CANADA CORPORATION | FLEETSERVICES@DAIMLERTRUCK.COM |
| DELAWARE DEPARTMENT OF JUSTICE | | attorney.general@delaware.gov |
| DENTONS CANADA LLP | ATTN: D WIEBE, J MEYER, E GRAY, J SALMAS & R KENNEDY; M FREAKE & SARAH LAM | DENNIS.WIEBE@DENTONS.COM; JONATHAN.MEYER@DENTONS.COM; ELAINE.GRAY@DENTONS.COM; JOHN.SALMAS@DENTONS.COM; ROBERT.KENNEDY@DENTONS.COM; MARK.FREAKE@DENTONS.COM; SARAH.LAM@DENTONS.COM |
| DICKINSON WRIGHT LLP | ATTN: LISA S CORNE | LCORNE@DICKINSONWRIGHT.COM |
| DLA PIPER (CANADA) LLP | ATTN: EDMOND F.B. LAMEK | EDMOND.LAMEK@DLAPIPER.COM |

| NAME | ATTN | EMAIL |
|---|---|---|
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | ALEX.F.MORRISON@PARTHENON.EY.COM; KAREN.K.FUNG@PARTHENON.EY.COM; SIMONE.CARVALHO@PARTHENON.EY.COM; MICHAEL.HAYES@PARTHENON.EY.COM; EMILY.MASRY@PARTHENON.EY.COM; ALEXANDER.SLOVIC@PARTHENON.EY.COM |
| FASKEN MARTINEAU DUMOULIN LLP | ATTN: D SINGH, S BROTMAN, D RICHER & A KAUFFMAN | DSINGH@FASKEN.COM; SBROTMAN@FASKEN.COM; DRICHER@FASKEN.COM; AKAUFFMAN@FASKEN.COM |
| FNLOC 2000 INC | ATTN: MORGAN TYLER | MORGAN.TYLER@FINLOC.COM |
| FIRST AMERICAN COMMERCIAL BANCORP INC. | ATTN: CHRIS WUEST | CHRIS.WUEST@FAEF.COM |
| FOGLER, RUBINOFF LLP | ATTN: SCOTT R. VVANTON & VERN W. DARE | SVENTON@FOGLERS.COM; VDARE@FOGLERS.COM |
| GARFIN ZEIDENBERG LLP | ATTN: DAVID DOWNS | DD@GZLEGAL.COM |
| GOODMANS LLP | ATTN: CAROLINE DESCOURS, ERIK AXELL | CDESCOURS@GOODMANS.CA; EAXELL@GOODMANS.CA |
| GOWLING WLG | ATTN: T GERTNER | THOMAS.GERTNER@GOWLINGWLG.COM |
| HALTON HILL HYDRO INC. | SCOTT KNAPMAN & MATTHEW WRIGHT | SKNAPMAN@HALTONHILLSHYDRO.COM; MATTHEWW@HALTONHILLSHYDRO.COM |
| HDI GLOBAL SPECIALTY SE | | hgs_canada_contact@hdi-specialty.com |

Pride Group Holdings Inc., *et al.,*
Case No. 24-10632 (CTG)
Electronic Mail Provisional Relief Parties Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| HUSKY OIL OPERATIONS LIMITED C/O CENOVUS | ENERGY INC. - ATTN: AMY GILLESPIE & KATHY RUHE | AMY.GILLESPIE@CENOVUS.COM; KATHY.RUHE@CENOVUS.COM |
| INTERNAL REVENUE SERVICE | | charles.messing@irs.gov; dennis.moody@irs.gov |
| JOHN HENRY SMITH LAND INC. | ATTN: JOHN HENRY SMITH | jhsmith@jhsholdings.com |
| KSV ADVISORY INC | ATTN: BOBBY KOFMAN | BKOFMAN@KSVADVISORY.COM |
| LAVERY, DE BILLY S.E.N.C.R.L. | ATTN: OUASSIM TADLAOUI; SOPHIE CREVIER | OTADLAOUI@LAVERY.CA; SCREVIER@LAVERY.CA |
| LEWIS RICE LLC | ATTN: JOSEPH J. TRAD & PATRICK F. GANNINGER | JTRAD@LEWISRICE.COM; PGANNINGER@LEWISRICE.COM |
| LIBERTY MUTUAL INSURANCE CO. | | infocanada@libertymutual.com |
| LLOYD'S UNDERWRITERS | | enquiries@lloyds.com |
| LOOPSTRA NIXON LLP | ATTN: GRAHAM PHOENIX | GPHOENIX@LN.LAW |
| M&T CAPITAL AND LEASING CORPORATION | ATTN: ROBERT VAN PINE | RVANTINE@@MTB.COM |
| MANIS LAW | ATTN: HOWARD MANIS | HMANIS@MANISLAW.CA |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT | STSCOTT@MAYERBROWN.COM |
| MCCARTHY TETRAULT LLP | ATTN: HEATHER MEREDITH & MEGHAN NOEL | HMEREDITH@MCCARTHY.CA; MNOEL@MCCARTHY.CA |

| NAME | ATTN | EMAIL |
|---|---|---|
| MCCARTHY TETRAULT LLP | ATTN: JAMEY GAGE & TREVOR COURTIS | JGAGE@MCCARTHY.CA; TCOURTIS@MCCARTHY.CA |
| MCMILLAN LLP | ATTN: K. RYLANDS & A. MAEROY, | KOURTNEY.RYLANDS@MCMILLAN.CA; ADAM.MAEROV@MCMILLAN.CA |
| MCMILLAN LLP | ATTN: JEFFREY LEVINE | JEFFREY.LEVINE@MCMILLAN.CA |
| MERCEDES-BENZ FINANCIAL & MERCEDES-BENZ | FINANCIAL SERVICES CANADA CORPORATION | HINA.LATIF@MERCEDES-BENZ.COM |
| MILESTONE TRAILER LEASING, LLC | C/O MUNSCH HARDT KOPF & HARR, P.C. - ATTN: PETER C. HOGUE | PHOGUE@MUNSCH.COM |
| MILLER THOMSON LLP | ATTN: JEFFREY CARHART, MATTHEW CRESSATI & PATRICK CORNEY | JCARHART@MILLERTHOMSON.COM; MCRESSATTI@MILLERTHOMSON.COM; PCORNEY@MILLERTHOMSON.COM |
| MINISTER OF FINANCE INSOLVENCY UNIT | | INSOLVENCY.UNIT@ONTARIO.CA |
| MITSUBISHI HC CAPITAL C/O REED SMITH LLP | ATTN: RICHARD TANNENBAUM, HYUNA YONG AND JARED ROACH | RTANNENBAUM@REEDSMITH.COM; JROACH@REEDSMITH.COM; JANGELO@REEDSMITH.COM; HYONG@REEDSMITH.COM |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | DABBOTT@MORRISNICHOLS.COM |
| MUNSCH HARDT KOPFE & HARR, P.C. | ATTN: PETER C. HOGUE | phogue@munsch.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| NORTON ROSE FULBRIGHT CANADA LLP | ATTN: JENNIFER STAM & LAUREN ARCHIBALD | jennifer.stam@nortonrosefulbright.com; lauren.archibald@nortonrosefulbright.com |
| OFFICE OF THE SUPERINTENDENT OF | BANKRUPTCY CCAA TEAM INNOVATION, SCIENCE & ECONOMIC | OSBCCAA-LACCBSF@ISED-ISDE.GC.CA |
| OFFICE OF THE UNITED STATES TRUSTEE DISTRICT OF DELAWARE | TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY SANDLER, BEN MULLER & J MCDONALD | TSANDLER@OSLER.COM; BMULLER@OSLER.COM; JMACDONALD@OSLER.COM |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: BLAIR MCRADU, MARC WASSERMAN, TIFFANY SUN & DAVE ROSENBLAT | BMCRADU@OSLER.COM; MWASSERMAN@OSLER.COM; TSUN@OSLER.COM; DROSENBLAT@OSLER.COM |
| PALLETT VALO LLP | ATTN: JOHN RUSSO & MONTY DHALIWAL | JRUSSO@PALLETTVALO.COM; MDHALIWAL@PALLETTVALO.COM |
| PRIDE GROUP ENTERPRISES | ATTN: AMTOJ S, RANDHAWA | AMTOJ@RANDHAWA@PRIDEGROUPENTERPRISES.COM |
| RC BENSON CONSULTING INC. | | R.BENSON@RCBENSONCONSULTING.COM |
| RECONSTRUCT LLP | ATTN: C. FELL, R.B. BISSELL & S. JOSHI | CFELL@RECONLLP.COM; BBISSELL@RECONLLP.COM; SJOSHI@RECONLLP.COM |
| REED SMITH LLP | ATTN: JARED S. ROACH | JROACH@REEDSMITH.COM |

Pride Group Holdings Inc., *et al.*,
Case No. 24-10632 (CTG)
Electronic Mail Provisional Relief Parties Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| REGIONS BANK | AS ADMIN AGENT; ATTN: JOSEPH R FRANKE & KYLE SHENTON | JOSEPH.FRANKE@REGIONS.COM; KYLE.SHENTON@REGIONS.COM; STSCOTT@MAYERBROWN.COM |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | JTRAD@LEWISRICE.COM |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP- ATTN: MORGAN J. DELABAR | MORGAN.DELABAR@HKLAW.COM |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | TRIP.NIX@HKLAW.COM; NICK.MILLER@HKLAW.COM |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | JTRAD@LEWISRICE.COM |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP- ATTN: MORGAN J. DELABAR | MORGAN.DELABAR@HKLAW.COM |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | TRIP.NIX@HKLAW.COM; NICK.MILLER@HKLAW.COM |
| REPUBLIC BANK OF CHICAGO | ATTN: BRAD GRIFFEN | BGRIFFIN@REPUBLICBANK.COM |

| NAME | ATTN | EMAIL |
|---|---|---|
| ROYAL BANK OF CANADA | BRAD NEWTON, SR DIR, GRP RISK MGMT | BRAD.D.NEWTON@RBC.COM |
| ROYAL BANK OF CANADA | AS ADMIN AGENT; ATTN JAMES COGILL | JAMES.COGILL@RBCCM.COM |
| RZCD LAW FIRM LLP | ATTN: BICKRUMIIT DHUGGA | BICKY@RZCDLAW.COM |
| SECRETARY OF STATE/DIV OF REVENUE DIVISION OF CORPORATIONS; FRANCHISE TAX | | DOSDOC_FTAX@DELAWARE.GOV |
| SECURITIES & EXCHANGE COMMISSION | | COMMISSIONERLIZARRAGA@SEC.GOV; SECBankruptcy-OGC-ADO@sec.gov |
| SECURITIES & EXCHANGE COMMISSION NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI | OCR@SEC.GOV |
| SHELL USA, INC. | ATTN: ANH NGUYEN | ANH.NGUYEN2@SHELL.COM; BANKRUPTCY-NOTICES@SHELL.COM |
| SIDLEY AUSTIN LLP | ATTN: MATTHEW A. CLEMENTE & MARK D. WERNER | MCLEMENTE@SIDLEY.COM; MWERNER@SIDLEY.COM |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STIKEMAN ELLIOTT LLP | ATTN: L. NICHOLSON, M. MCELHERAN & R. HAMMAD | LEENICHOLSON@STIKEMAN.COM; MMCELHERAN@STIKEMAN.COM; RHAMMAD@STIKEMAN.COM |

Pride Group Holdings Inc., *et al.,*
Case No. 24-10632 (CTG)
Electronic Mail Provisional Relief Parties Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| STOUGHTON TRAILERS CANADA CORPORATION | | dmanthe@stoughtontrailers.com |
| TBK BANK, SSB | ATTN: JOSH BROOKS | brooks@lrclaw.com |
| TD EQUIPMENT FINANCE CANADA | ATTN: DEAN LANGLEY | DEAN.LANGLEY@TD.COM |
| THE FULLER LANDAU GROUP INC | ATTN: GARY AGRAHAMSON, ADAM ERLICH & COLEEN DELANEY | GABRAHAMSON@FULLERLLP.COM; AERLICH@FULLERLLP.COM; CDELANEY@FULLERLLP.COM |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE WILLIAMS, RACHEL NICHOLSON, PUYA FESHARAKI & INES FERREIRA | LWILLIAMS@TGF.CA; RNICHOLSON@TGF.CA; PFESHARAKI@TGF.CA; IFERREIRA@TGF.CA |
| TORKIN MANES LLP | ATTN: STEWART THOM & MICHAEL TAMBLYN | STHOM@TORKINMANES.COM; MTAMBLYN@TORKINMANES.COM |
| TOTAL ONE LOGISTICS | ATTN: KYLEIGH LAPIERRE | KYLAPIERRE@TOTALONELOGISTICS.COM |
| TOWERHILL INSURANCE UNDERWRITERS INC. AKA EXCESS UNDERWRITERS | | info@excessunderwriting.ca |
| UPDIKE KELLY & SPELLACY, PC | ATTN: EVAN S GOLDSTEIN | EGOLDSTEIN@UKS.COM |

Pride Group Holdings Inc., *et al.,*
Case No. 24-10632 (CTG)
Electronic Mail Provisional Relief Parties Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | AskDOJ@usdoj.gov |
| VEDDERPRICE | ATTN: DAVID L. KANE | DKANE@VEDDERPRICE.COM |
| WEBSTER CAPITAL FINANCE, INC | ATTN: LEE ROSENKRANTZ | LROSENKRANTZ@WEBSTERBANK.COM |
| WELLS FARGO EQUIPMENT FINANCE COMPANY | ATTN: NYNA BISHOP | NYNA.BISHOP@WELLSFARGO.COM |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MORGAN PATTERSON | morgan.patterson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW WARD & TODD ATKINSON | MATTHEW.WARD@WBD-US.COM; TODD.ATKINSON@WBD-US.COM |
| WOMBLE BOND DICKSINSON (US) LLP | ATTN: CHARLIE LIVERMON | charlie.livermon@wbd-us.com |
| ZURICH INSURANCE COMPANY LTD. | ATTN: PETER CROSS | peter.cross@zurich.com |