**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| | **Ref. Docket No. 336** |

## CERTIFICATE OF SERVICE

I, PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 2, 2025, I caused to be served the "Amended Order Authorizing and Approving Sale of Available U.S. Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests in Accordance with the Sale Procedures Order," dated April 2, 2025 [Docket No. 336], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to: *tyler@safecoverroofing.com*, *chehalis@nwhometeam.com*, and *alyssarudolphrealestate@gmail.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 400 SPECTRUM HOLDINGS LLC | 400 SPECTRUM CENTER DRIVE IRVINE CA 92618 |
| AVIATOR FINANCIAL INC | 1100 BURLOAK DRIVE, SUITE 301 BURLINGTON ON M5X 1A1 CANADA |
| AVIATOR FINANCIAL INC | 14 WALL ST, 20TH FL NEW YORK NY 10005 |
| BANK OF MONTREAL | 100 KING ST W, 18TH FL FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BMO HARRIS BANK N.A. | CHARLES R. SMITH & DAN LUNDBERG 300 E. JOHN CARPENTER FREEWAY SUITE 400 IRVING TX 75062 |
| CASTELLON PLUMBING CORP. | 9841 NW 130 ST HIALEAH GARDENS FL 33018 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD WHITEHOUSE STATION NJ 08889 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| DAGM WUBSHET, MARTA A TIBEBU, AND DMH | EXPRESS TRUCKING, LLC; LAW OFFICES OF EUGENE N BOLIN, JR, PS; ATTN E BOLIN, JR 144 RAILROAD AVE, STE 308 EDMONDS WA 98020 |
| DAIMLER TRUST | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DORMAKABA CANADA INC. | RELIN, GOLDSTEIN & CRANE LLP ATTN: JOSEPH M SHUR 28 E MAIN STREET, STE 1800 ROCHESTER NY 14614 |
| ENGS COMMERCIAL FINANCE CO | PO BOX 128 ITASCA IL 60143-0128 |
| ENGS COMMERCIAL FINANCE CO. | ONE PIERCE PLACE, SUITE 1100 WEST ITASCA IL 60143 |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 NORTH ILLINOIS SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIRST AMERICAN COMMERCIAL BANCORP, INC. | 211 HIGH POINT DR VICTOR NY 14564-1061 |
| G3 DEVELOPMENT COMPANY | 3369 S.CHESTNUT AVENUE FRESNO CA 93725 |
| GAELCO LEASING | 2800 FRENCH CAMP TURNPIKE STOCKTON CA 95206 |
| GM FINANCIAL CANADA LEASING LTD. | 2001 SHEPPARD AVENUE, SUITE 600 TORONTO ON M2J 4Z8 CANADA |
| GREAT AMERICA FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401-2030 |
| GV TRANS | 15666 SLOVER AVE FONTANA CA 92337 |
| HEIDI BERG AND SUSAN BERG FLORES | 3275 E CENTRAL AVE FRESNO CA 93725 |
| HITACHI CAPITAL AMERICA CORP | 800 CONNECTICUT AVE, 4TH FL N NORWALK CT 06854 |
| HOLLAND & KNIGHT LLP | ATTN: TRIP NIX 100 CONGRESS AVE, STE 1800 AUSTIN TX 78701 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| MCCARTY PROPERTY INVESTMENTS, LLC. | 8022 WEST FWY HOUSTON TX 77029 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | 13650 HERITAGE PKWY FT WORTH TX 76177 |
| MICHAEL E COLVIN DBA C & C HOLDINGS | 7200 NE 45TH STREET KANSAS CITY MO 64117 |
| MTCK LLC | 345 GRAND ISLAND TONAWANDA NY 14150 |
| NATIONAL BANK FINANCIAL INC | AS ADMIN AGENT 1155, RUE METCALFE, 23RD FL-F511 MONTREAL QC H3B 4S9 CANADA |
| NATIONAL TRAILER LEASING, INC | 2382 ROUTE 130 DAYTON NJ 08810 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OUR COMMUNITY CREDIT UNION | PO BOX 1670 SHELTON WA 98584 |
| PACCAR FINANCIAL CORP | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL CORP | PO BOX 1518 BELLEVUE WA 98009 |
| PACCAR FINANCIAL LTD. | 240 GIBRALTAR ROAD, SUITE 200 HORSHAM PA 19044 |
| PACCAR FINANCIAL LTD. | PO BOX 1518 BELLEVUE WA 98009 |
| RAY PROPERTIES LLC | 3032 E CENTRAL AVENUE FRESNO CA 93725 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC ATTN: KYLE SHENTON 250 PARK AVENUE NEW YORK NY 10177 |
| REGIONS CAPITAL MARKETS | REGIONS SECURITIES LLC C/O MAYER BROWN LLP; SEAN SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| REGIONS EQUIPMENT FINANCE CORPORATION | 1900 5TH AVE N SUITE 2400 BIRMINGHAM AL 35203 |
| ROYAL BANK OF CANADA | 155 WELLINGTON STREET WEST, 8TH FL TORONTO ON M5V 3K7 CANADA |

| Claim Name | Address Information |
|---|---|
| ROYNAT, INC. | 1235 N SERVICE RD, STE 200 OAKVILLE ON L6M 2W2 CANADA |
| ROYNAT, INC. | 40 KING ST W, 13TH FL TORONTO ON M5H 1H1 CANADA |
| TA OPERATING LLC | 2510 BURR ST GARY IN 46406 |
| TBK BANK SSB | 12700 PARK CENTRAL DR, STE 1700 DALLAS TX 75251 |
| THE BANK OF NOVA SCOTIA | 44 KING ST W, 14TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE TORONTO-DOMINION BANK | 100 WELLINGTON STREET WEST, 26TH FL TORONTO ON M5K 1A2 CANADA |
| THE TORONTO-DOMINION BANK | AS ADMIN AGENT 77 KING ST W, TD N TWR, 25TH FL TORONTO ON M5K 1A2 CANADA |
| U.S. DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| VAL VERDE FAMILY LIMITED PARTNERSHIP | 3410 IRVING BLVD DALLAS TX 75247 |
| VAUGHN THOMPSON | 3150 IRVING BLVD DALLAS TX 75247 |
| VERSA FINANCE US CORP. | 140 FULLARTON STREET, SUITE 2002 LONDON ON N6A 5P2 CANADA |
| VF US LLC | PO BOX 26131 GREENSBORO NC 27402 |
| VILLAGE OF FRANKLIN PARK | 9500 BELMONT FRANKLIN PARK IL 60131 |
| VOLVO FINANCIAL SERVICES | (A DIVISION OF VFS CANADA INC.) 238 WELLINGTON ST. E. 3RD FLOOR AURORA ON L4G 1J5 CANADA |
| VRP, INC. | 15662 VALLEY BLVD FONTANA CA 92335 |

**Total Creditor count: 59**

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
First Class Mail Additional Service Parties

ALTERRA IOS ACQUISITIONS III, LLC
C/O ALTERRA PROPERTY GROUP, LLC
ATTN: JEFFREY J. PUSTIZZI
TWO TOWN PLACE, SUITE 220
BRYN MAWR, PA 19010

RITTENHOUSE LAW, LLC
ATTN: JAMES K. FREEMAN
414 S. 16TH STREET, SUITE 101
PHILADELPHIA, PA 19146

**EXHIBIT B**

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | mdebaecke@ashbygeddes.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | dklauder@bk-legal.com |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: CRAIG R. COLRAINE & NIKITA TANWAR | colraine@bslsc.com; nikita@bslsc.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, KELLY BOURASSA, CHRIS BURR, ARYO SHALVIRI & KEVIL WU | pamela.huff@blakes.com; chris.burr@blakes.com; kelly.bourassa@blakes.com; aryo.shalviri@blakes.com; kevin.wu@blakes.com |
| BROWARD COUNTY, FLORIDA | ATTN: SCOTT ANDRON | sandron@broward.org |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T BENZ, STEPHEN R TETRO, II, JAMES P SULLIVAN; YULIYA ZAHORODA | benz@chapman.com; stetro@chapman.com; jsullivan@chapman.com; yzahoroda@chapman.com |
| COOKSEY, TOOLEN, GAGE DUFFY & WOOG | ATTN: KIM GAGE | kgage@cookseylaw.com |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | alex.f.morrison@parthenon.ey.com; karen.k.fung@parthenon.ey.com; simone.carvalho@parthenon.ey.com; michael.hayes@parthenon.ey.com; emily.masry@parthenon.ey.com; alexander.slovic@parthenon.ey.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MARGARET F ENGLAND | mengland@gsbblaw.com |
| GREENBERG TRAURIG, LLP | ATTN: ANTHONY W CLARK & DENNIS A. MELORO | Anthony.Clark@gtlaw.com; Dennis.Meloro@gtlaw.com |
| HOLLAND & KNIGHT LLP | ATTN: DAVID WIRT | David.Wirt@hklaw.com |
| KELSOE, KHOURY, ROGERS & CLARK, PC | ATTN: ROBERT KELSOE | rkelsoe@kelsoe-law.com |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | bankruptcy@kerncounty.com |
| LEWIS RICE LLC | ATTN: JOSEPH J TRAD | jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN K. TURNER | dallas.bankruptcy@tgbs.com; john.turner@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |
| LINKLATERS LLP | ATTN: PENELOPE J. JENSEN, CHRISTOPHER J. HUNKER & CLARK L. XUE | penelope.jensen@linklaters.com; christopher.hunker@linklaters.com; clark.xue@linklaters.com |
| MASON POLLICK & SCHMAHL, LLC | ATTN: MICHAEL M SCHMAHL | mschmahl@mps-law.com |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT, JOSHUA R. GROSS & JADE M. EDWARDS | STScott@mayerbrown.com; JGross@mayerbrown.com; JMEdwards@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: BRADLEY THOMAS GIORDANO & CARMEN DINGMAN | bgiordano@mwe.com; cdingman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: STACY A. LUTKUS | salutkus@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID R. HURST | dhurst@mwe.com |
| MCDONALD HOPKINS, LLC | ATTN: MARC J. CARMEL & RYAN S. NADICK | mcarmel@mcdonaldhopkins.com; rnadick@mcdonaldhopkins.com |
| MCMILLAN LLP | ATTN: ADAM C. MAEROV & KOURTNEY RYLANDS | adam.maerov@mcmillan.ca; kourtney.rylands@mcmillan.ca |
| MCMILLAN LLP | ATTN: JEFFREY LEVINE | jeffrey.levine@mcmillan.ca |

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| MIAMI-DADE OFFICE OF THE TAX COLLECTOR | ATTN: ALEXIS GONZALEZ | mdtcbkc@miamidade.gov |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE; KEVIN J. BIRON & STEPHAN E. HORNUNG | jody.barillare@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY | dperry@munsch.com |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES | tammy.jones@oklahomacounty.org |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LINDA D. REECE | lreece@pbfcm.com |
| PERKINS COIE LLP | ATTN: BRADLEY COSMAN & TINA MOSS | bcosman@perkinscoie.com; tmoss@perkinscoie.com |
| REED SMITH LLP | ATTN: JASON D ANGELO & AARON G JAVIAN | jangelo@reedsmith.com; ajavian@reedsmith.com |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR., JASON C MANFREY & ELIZABETH A. ROGERS | joseph.huston@stevenslee.com; elizabeth.rogers@stevenslee.com; jason.manfrey@stevenslee.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E ALLINSON, III | zallinson@sha-llc.com |
| TEXAS WORKFORCE COMMISSION | ATTN: CHRISTOPHER MURPHY | christopher.murphy@oag.texas.gov |
| TN DEPT OF REVENUE | TN ATTY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE M. WILLIAMS; RACHEL NICHOLSON & PUYA FESHARAKI | lwilliams@tgf.ca; rnicholson@tgf.ca; pfesharaki@tgf.ca |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, TODD A. ATKINSON | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: JAMES S. LIVERMOON III, MORGAN L PATTERSON | charlie.livermon@wbd-us.com; morgan.patterson@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: MICHAEL R. NESTOR, MATTHEW B. LUNN & RYAN M. BARTLEY | mnestor@ycst.com; mlunn@ycst.com; rbartley@ycst.com |

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
Electronic Mail Service List - Provisional

| NAME | ATTN | EMAIL |
| --- | --- | --- |
| ADVANCE BUSINESS CAPITAL LLC DBA TRIUMPH BUSINESS CAPITAL | ATTN: DANNY MOURNING | DMOURNING@TFIN.COM |
| AIRD & BERLIS LLP | ATTN: STEVE GRAPH & SHAUN PARSONS | SGRAFF@AIRDBERLIS.COM; SPARSONS@AIRDBERLIS.COM |
| ALVAREZ & MARSAL CANADA ULC | ATTN: DOUG MCINTOSH, ELESE ALLIN, ESTHER MANN, DUNCAN MACRAE | DMCINTOSH@ALVAREZANDMARSAL.COM; EALLIN@ALVAREZANDMARSAL.COM; ESTHER.MANN@ALVAREZANDMARSAL.COM; DMACRAE@ALVAREZANDMARSAL.COM |
| ANDERSON, MCPHARLIN & CONNERS LLP | ATTN: MARK E. ARONSON | mea@amclaw.com |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN & FRANK N. WHITE | darryl.laddin@agg.com; frank.white@agg.com |
| ARNOLD FOSTER LLP | ATTN: HERBERT ARNOLD & THOMAS ARNOLD | htaesq@aol.com; tarnold@arnold-foster.com |
| ARTHUR J. GALLAGHER CANADA LIMITED | ATTN: FRANK REDA | frank_reda@ajg.com |
| ATTORNEY GENERAL OF CANADA | ATTN: INTAKE OFFICE | AGC-PGC.TORONTO-TAX-FISCAL@JUSTICE.GC.CA; SANDRA.PALMA@CRA-ARC.GC.CA; FOZIA.CHAUDARY@JUSTICE.GC.CA; MEGGIE.JOHNSON@JUSTICE.GC.CA; KEVIN.DIAS@JUSTICE.GC.CA |
| BDO CANADA LIMITED | ATTN: JOSIE PARISI & GARY CERRATO | JPARISI@BDO.CA; GCERRATO@BDO.CA |
| BENNETT JONES LLP | ATTN: RAJ S. SAHNI & JOSHUA FOSTER | SAHNIR@BENNETTJONES.COM; FOSTERJ@BENNETTJONES.COM |
| BFL CANADA RISK & INS SERVICES INC - TOR | | RHILL@BFLCANADA.CA |
| BIRENBAUM STEINBERG LANDAU SAVIN & COLRAINE LLP | ATTN: C COLRAINE & N TANWAR | COLRAINE@BSLSC.COM; NIKITA@BSLSC.COM |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: PAMELA HUFF, CHRIS BURR, KEVIN WU & KELLY BOURASSA | PAMELA.HUFF@BLAKES.COM; CHRIS.BURR@BLAKES.COM; KEVIN.WU@BLAKES.COM; KELLY.BOURASSA@BLAKES.COM |
| BORDON LADNER GERVAIS LLP | ATTN: ALEX MACFARLANE, NICK HOLLARD | AMacFarlane@blg.com; NHollard@blg.com |
| BMO CAPITAL MARKETS | ATTN: ESTELLE L. RICHMOND | ESTELLE.RICHMOND@BMO.COM |
| BUSINESS DEVELOPMENT BANK OF CANADA | ATTN: ROBERT PRINCE & ADAM LAIKEN | ROBERT.PRINCE@BDC.CA; ADAM.LAIKEN@BDC.CA |
| CAMELINO GALESSIERE LLP | ATTN: GUSTAVO F. CAMELINO | GCAMELINO@CGLEGAL.CA |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MONIQUE SASSI & STEPHANIE FERNANDES | MSASSI@CASSELS.COM; SFERNANDES@CASSELS.COM |
| CHAITONS LLP | ATTN: HARVEY CHAITON | HARVEY@CHAITONS.COM |
| CHAPMAN AND CUTLER LLP | ATTN: GIOVANNI DE MERICH & YULIYA ZAHORODA | GDEMERICH@CHAPMAN.COM; YZAHORODA@CHAPMAN.COM |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL T. BENZ, JAMES P. SULLIVAN, YULIYA ZAHORODA & STEPHEN TETRO II | BENZ@CHAPMAN.COM; JSULLIVA@CHAPMAN.COM; YZAHORODA@CHAPMAN.COM; STETRO@CHAPMAN.COM |
| COOKSEY, TOOLEN, GAGE, DUFFY & WOOG | ATTN: KIM GAGE | KGAGE@COOKSEYLAW.COM |
| CHUBB GROUP OF INSURANCE COMPANIES/FEDERAL INSURANCY COMPANY | | bankruptcy.legal@chubb.com |

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
Electronic Mail Service List - Provisional

| NAME | ATTN | EMAIL |
|---|---|---|
| DAIMLER TRUCKS FINANCIAL SERVICES | CANADA CORPORATION | FLEETSERVICES@DAIMLERTRUCK.COM |
| DELAWARE DEPARTMENT OF JUSTICE | | attorney.general@delaware.gov |
| DENTONS CANADA LLP | ATTN: D WIEBE, J MEYER, E GRAY, J SALMAS & R KENNEDY; M FREAKE & SARAH LAM | DENNIS.WIEBE@DENTONS.COM; JONATHAN.MEYER@DENTONS.COM; ELAINE.GRAY@DENTONS.COM; JOHN.SALMAS@DENTONS.COM; ROBERT.KENNEDY@DENTONS.COM; MARK.FREAKE@DENTONS.COM; SARAH.LAM@DENTONS.COM |
| DICKINSON WRIGHT LLP | ATTN: LISA S CORNE | LCORNE@DICKINSONWRIGHT.COM |
| DLA PIPER (CANADA) LLP | ATTN: EDMOND F.B. LAMEK | EDMOND.LAMEK@DLAPIPER.COM |
| ERNST & YOUNG INC. | ATTN: ALEX MORRISON, KAREN FUNG, SIMONE CARVALHO, MICHAEL HAYES, EMILY MASRY & ALEXANDER SLOVIC | ALEX.F.MORRISON@PARTHENON.EY.COM; KAREN.K.FUNG@PARTHENON.EY.COM; SIMONE.CARVALHO@PARTHENON.EY.COM; MICHAEL.HAYES@PARTHENON.EY.COM; EMILY.MASRY@PARTHENON.EY.COM; ALEXANDER.SLOVIC@PARTHENON.EY.COM |
| FASKEN MARTINEAU DUMOULIN LLP | ATTN: D SINGH, S BROTMAN, D RICHER & A KAUFFMAN | DSINGH@FASKEN.COM; SBROTMAN@FASKEN.COM; DRICHER@FASKEN.COM; AKAUFFMAN@FASKEN.COM |
| FNLOC 2000 INC | ATTN: MORGAN TYLER | MORGAN.TYLER@FINLOC.COM |
| FIRST AMERICAN COMMERCIAL BANCORP INC. | ATTN: CHRIS WUEST | CHRIS.WUEST@FAEF.COM |
| FOGLER, RUBINOFF LLP | ATTN: SCOTT R. VVANTON & VERN W. DARE | SVENTON@FOGLERS.COM; VDARE@FOGLERS.COM |
| GARFIN ZEIDENBERG LLP | ATTN: DAVID DOWNS | DD@GZLEGAL.COM |
| GOODMANS LLP | ATTN: CAROLINE DESCOURS, ERIK AXELL | CDESCOURS@GOODMANS.CA; EAXELL@GOODMANS.CA |
| GOWLING WLG | ATTN: T GERTNER | THOMAS.GERTNER@GOWLINGWLG.COM |
| HALTON HILL HYDRO INC. | SCOTT KNAPMAN & MATTHEW WRIGHT | SKNAPMAN@HALTONHILLSHYDRO.COM; MATTHEWW@HALTONHILLSHYDRO.COM |
| HDI GLOBAL SPECIALTY SE | | hgs_canada_contact@hdi-specialty.com |
| HUSKY OIL OPERATIONS LIMITED C/O CENOVUS | ENERGY INC. - ATTN: AMY GILLESPIE & KATHY RUHE | AMY.GILLESPIE@CENOVUS.COM; KATHY.RUHE@CENOVUS.COM |
| INTERNAL REVENUE SERVICE | | charles.messing@irs.gov; dennis.moody@irs.gov |
| JOHN HENRY SMITH LAND INC. | ATTN: JOHN HENRY SMITH | jhsmith@jhsholdings.com |
| KSV ADVISORY INC | ATTN: BOBBY KOFMAN | BKOFMAN@KSVADVISORY.COM |
| LAVERY, DE BILLY S.E.N.C.R.L. | ATTN: OUASSIM TADLAOUI; SOPHIE CREVIER | OTADLAOUI@LAVERY.CA; SCREVIER@LAVERY.CA |
| LEWIS RICE LLC | ATTN: JOSEPH J. TRAD & PATRICK F. GANNINGER | JTRAD@LEWISRICE.COM; PGANNINGER@LEWISRICE.COM |
| LIBERTY MUTUAL INSURANCE CO. | | infocanada@libertymutual.com |
| LLOYD'S UNDERWRITERS | | enquiries@lloyds.com |
| LOOPSTRA NIXON LLP | ATTN: GRAHAM PHOENIX | GPHOENIX@LN.LAW |
| M&T CAPITAL AND LEASING CORPORATION | ATTN: ROBERT VAN PINE | RVANTINE@@MTB.COM |
| MANIS LAW | ATTN: HOWARD MANIS | HMANIS@MANISLAW.CA |
| MAYER BROWN LLP | ATTN: SEAN T. SCOTT | STSCOTT@MAYERBROWN.COM |
| MCCARTHY TETRAULT LLP | ATTN: HEATHER MEREDITH & MEGHAN NOEL | HMEREDITH@MCCARTHY.CA; MNOEL@MCCARTHY.CA |
| MCCARTHY TETRAULT LLP | ATTN: JAMEY GAGE & TREVOR COURTIS | JGAGE@MCCARTHY.CA; TCOURTIS@MCCARTHY.CA |
| MCMILLAN LLP | ATTN: K. RYLANDS & A. MAEROY, | KOURTNEY.RYLANDS@MCMILLAN.CA; ADAM.MAEROV@MCMILLAN.CA |

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
Electronic Mail Service List - Provisional

| NAME | ATTN | EMAIL |
|---|---|---|
| MCMILLAN LLP | ATTN: JEFFREY LEVINE | JEFFREY.LEVINE@MCMILLAN.CA |
| MERCEDES-BENZ FINANCIAL & MERCEDES-BENZ | FINANCIAL SERVICES CANADA CORPORATION | HINA.LATIF@MERCEDES-BENZ.COM |
| MILESTONE TRAILER LEASING, LLC | C/O MUNSCH HARDT KOPF & HARR, P.C. - ATTN: PETER C. HOGUE | PHOGUE@MUNSCH.COM |
| MILLER THOMSON LLP | ATTN: JEFFREY CARHART, MATTHEW CRESSATI & PATRICK CORNEY | JCARHART@MILLERTHOMSON.COM; MCRESSATTI@MILLERTHOMSON.COM; PCORNEY@MILLERTHOMSON.COM |
| MINISTER OF FINANCE INSOLVENCY UNIT | | INSOLVENCY.UNIT@ONTARIO.CA |
| MITSUBISHI HC CAPITAL C/O REED SMITH LLP | ATTN: RICHARD TANNENBAUM, HYUNA YONG AND JARED ROACH | RTANNENBAUM@REEDSMITH.COM; JROACH@REEDSMITH.COM; JANGELO@REEDSMITH.COM; HYONG@REEDSMITH.COM |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | DABBOTT@MORRISNICHOLS.COM |
| MUNSCH HARDT KOPFE & HARR, P.C. | ATTN: PETER C. HOGUE | phogue@munsch.com |
| NORTON ROSE FULBRIGHT CANADA LLP | ATTN: JENNIFER STAM & LAUREN ARCHIBALD | jennifer.stam@nortonrosefulbright.com; lauren.archibald@nortonrosefulbright.com |
| OFFICE OF THE SUPERINTENDENT OF | BANKRUPTCY CCAA TEAM INNOVATION, SCIENCE & ECONOMIC | OSBCCAA-LACCBSF@ISED-ISDE.GC.CA |
| OFFICE OF THE UNITED STATES TRUSTEE DISTRICT OF DELAWARE | TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY SANDLER, BEN MULLER & J MCDONALD | TSANDLER@OSLER.COM; BMULLER@OSLER.COM; JMACDONALD@OSLER.COM |
| OSLER, HOSKIN & HARCOURT LLP | ATTN: BLAIR MCRADU, MARC WASSERMAN, TIFFANY SUN & DAVE ROSENBLAT | BMCRADU@OSLER.COM; MWASSERMAN@OSLER.COM; TSUN@OSLER.COM;DROSENBLAT@OSLER.COM |
| PALLETT VALO LLP | ATTN: JOHN RUSSO & MONTY DHALIWAL | JRUSSO@PALLETTVALO.COM; MDHALIWAL@PALLETTVALO.COM |
| PRIDE GROUP ENTERPRISES | ATTN: AMTOJ S, RANDHAWA | AMTOJ@RANDHAWA@PRIDEGROUPENTERPRISES.COM |
| RC BENSON CONSULTING INC. | | R.BENSON@RCBENSONCONSULTING.COM |
| RECONSTRUCT LLP | ATTN: C. FELL, R.B. BISSELL & S. JOSHI | CFELL@RECONLLP.COM; BBISSELL@RECONLLP.COM; SJOSHI@RECONLLP.COM |
| REED SMITH LLP | ATTN: JARED S. ROACH | JROACH@REEDSMITH.COM |
| REGIONS BANK | AS ADMIN AGENT; ATTN: JOSEPH R FRANKE & KYLE SHENTON | JOSEPH.FRANKE@REGIONS.COM; KYLE.SHENTON@REGIONS.COM; STSCOTT@MAYERBROWN.COM |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | JTRAD@LEWISRICE.COM |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP- ATTN: MORGAN J. DELABAR | MORGAN.DELABAR@HKLAW.COM |
| REGIONS COMMERCIAL EQUIPMENT FINANCE LLC | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | TRIP.NIX@HKLAW.COM; NICK.MILLER@HKLAW.COM |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O LEWIS RICE LLC - ATTN: JOSEPH TRAD | JTRAD@LEWISRICE.COM |
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP- ATTN: MORGAN J. DELABAR | MORGAN.DELABAR@HKLAW.COM |

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
Electronic Mail Service List - Provisional

| NAME | ATTN | EMAIL |
|---|---|---|
| REGIONS EQUIPMENT FINANCE CORPORATION | C/O HOLLAND & KNIGHT LLP - ATTN: WILLIAM TRIP NIX & NICHOLAS R. MILLER | TRIP.NIX@HKLAW.COM; NICK.MILLER@HKLAW.COM |
| REPUBLIC BANK OF CHICAGO | ATTN: BRAD GRIFFEN | BGRIFFIN@REPUBLICBANK.COM |
| ROYAL BANK OF CANADA | BRAD NEWTON, SR DIR, GRP RISK MGMT | BRAD.D.NEWTON@RBC.COM |
| ROYAL BANK OF CANADA | AS ADMIN AGENT; ATTN JAMES COGILL | JAMES.COGILL@RBCCM.COM |
| RZCD LAW FIRM LLP | ATTN: BICKRUMIIT DHUGGA | BICKY@RZCDLAW.COM |
| SECRETARY OF STATE/DIV OF REVENUE DIVISION OF CORPORATIONS; FRANCHISE TAX | | DOSDOC_FTAX@DELAWARE.GOV |
| SECURITIES & EXCHANGE COMMISSION | | COMMISSIONERLIZARRAGA@SEC.GOV; SECBankruptcy-OGC-ADO@sec.gov |
| SECURITIES & EXCHANGE COMMISSION NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI | OCR@SEC.GOV |
| SHELL USA, INC. | ATTN: ANH NGUYEN | ANH.NGUYEN2@SHELL.COM; BANKRUPTCY-NOTICES@SHELL.COM |
| SIDLEY AUSTIN LLP | ATTN: MATTHEW A. CLEMENTE & MARK D. WERNER | MCLEMENTE@SIDLEY.COM; MWERNER@SIDLEY.COM |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STIKEMAN ELLIOTT LLP | ATTN: L. NICHOLSON, M. MCELHERAN & R. HAMMAD | LEENICHOLSON@STIKEMAN.COM; MMCELHERAN@STIKEMAN.COM; RHAMMAD@STIKEMAN.COM |
| STOUGHTON TRAILERS CANADA CORPORATION | | dmanthe@stoughtontrailers.com |
| TBK BANK, SSB | ATTN: JOSH BROOKS | brooks@lrclaw.com |
| TD EQUIPMENT FINANCE CANADA | ATTN: DEAN LANGLEY | DEAN.LANGLEY@TD.COM |
| THE FULLER LANDAU GROUP INC | ATTN: GARY AGRAHAMSON, ADAM ERLICH & COLEEN DELANEY | GABRAHAMSON@FULLERLLP.COM; AERLICH@FULLERLLP.COM; CDELANEY@FULLERLLP.COM |
| THORNTON GROUT FINNIGAN LLP | ATTN: LEANNE WILLIAMS, RACHEL NICHOLSON, PUYA FESHARAKI & INES FERREIRA | LWILLIAMS@TGF.CA; RNICHOLSON@TGF.CA; PFESHARAKI@TGF.CA; IFERREIRA@TGF.CA |
| TORKIN MANES LLP | ATTN: STEWART THOM & MICHAEL TAMBLYN | STHOM@TORKINMANES.COM; MTAMBLYN@TORKINMANES.COM |
| TOTAL ONE LOGISTICS | ATTN: KYLEIGH LAPIERRE | KYLAPIERRE@TOTALONELOGISTICS.COM |
| TOWERHILL INSURANCE UNDERWRITERS INC. AKA EXCESS UNDERWRITERS | | info@excessunderwriting.ca |
| UPDIKE KELLY & SPELLACY, PC | ATTN: EVAN S GOLDSTEIN | EGOLDSTEIN@UKS.COM |
| U.S. DEPARTMENT OF JUSTICE | | AskDOJ@usdoj.gov |
| VEDDERPRICE | ATTN: DAVID L. KANE | DKANE@VEDDERPRICE.COM |
| WEBSTER CAPITAL FINANCE, INC | ATTN: LEE ROSENKRANTZ | LROSENKRANTZ@WEBSTERBANK.COM |
| WELLS FARGO EQUIPMENT FINANCE COMPANY | ATTN: NYNA BISHOP | NYNA.BISHOP@WELLSFARGO.COM |

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
Electronic Mail Service List - Provisional

| NAME | ATTN | EMAIL |
|---|---|---|
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MORGAN PATTERSON | morgan.patterson@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW WARD & TODD ATKINSON | MATTHEW.WARD@WBD-US.COM; TODD.ATKINSON@WBD-US.COM |
| WOMBLE BOND DICKSINSON (US) LLP | ATTN: CHARLIE LIVERMON | charlie.livermon@wbd-us.com |
| ZURICH INSURANCE COMPANY LTD. | ATTN: PETER CROSS | peter.cross@zurich.com |

Pride Group Holdings Inc., *et al.*, Case No. 24-10632 (CTG)
Electronic Mail Additional Service List

| Name | Attention | Email Address |
| --- | --- | --- |
| Alterra IOS Acquisitions III, LLC | ATTN: Jeffrey J. Pustizzi | jeff@alterraproperty.com |
| Rittenhouse Law, LLC | ATTN: James K. Freeman | jfreeman@rittenhouselaw.com |