# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON APRIL 11, 2025, AT 2:30 P.M. (EASTERN TIME)

**THERE ARE NO MATTERS GOING FORWARD.**

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

### RESOLVED MATTER

1. Motion of the Foreign Representative for Entry of an Order (I) Enforcing the CCAA Lift Stay Order and (II) Granting Related Relief (D.I. 330, filed 3/27/25).

    Response Deadline: April 4, 2025, at 4:00 p.m. (ET)

    Responses Received: None.

    Related Documents:

    A. Certificate of No Objection Regarding Motion of the Foreign Representative for Entry of an Order (I) Enforcing the CCAA Lift Stay Order and (II) Granting Related Relief (D.I. 342, filed 4/7/25); and

    B. Order (I) Enforcing the CCAA Lift Stay Order and (II) Granting Related Relief (D.I. 343, entered 4/8/25).

    Status: An order has been entered. No hearing is necessary.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

| | |
|---|---|
| Dated: April 9, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Austin T. Park*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Clint M. Carlisle (No. 7313)<br>Austin T. Park (No. 7247)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      ccarlisle@morrisnichols.com<br>      apark@morrisnichols.com<br><br>- and -<br><br>**LINKLATERS LLP**<br><br>Penelope J. Jensen, Esq. (admitted *pro hac vice*)<br>Christopher J. Hunker, Esq. (admitted *pro hac vice*)<br>Clark L. Xue, Esq.<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 903-9000<br>Facsimile: (212) 903-9100<br>Email: penelope.jensen@linklaters.com<br>      christopher.hunker@linklaters.com<br>      clark.xue@linklaters.com<br><br>*Attorneys for the Foreign Representative* |