## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 345** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SALE OF PROPERTY OF DEBTOR VALLEY BOULEVARD FONTANA HOLDING CORP. FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors hereby certify that, as of the date hereof, Linklaters LLP and Morris, Nichols, Arsht & Tunnell LLP have received no answer, objection, or other responsive pleading to the *Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Valley Boulevard Fontana Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief* (D.I. 345) (the "Motion"), filed on April 9, 2025.

The undersigned further certify that no answer, objection, or other responsive pleading to the Motion appears on the Court's docket in these cases. Pursuant to the notice of Motion, objections to the Motion were to be filed and served no later than April 23, 2025, at 4:00 p.m. (ET).

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

WHEREFORE, the Foreign Representative respectfully requests that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: April 24, 2025  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
  aremming@morrisnichols.com
  ccarlisle@morrisnichols.com
  apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
  christopher.hunker@linklaters.com
  clark.xue@linklaters.com

*Attorneys for the Foreign Representative*