IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc.,<br><br>      Debtor in Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |
| In re<br><br>Arnold Transportation Services, Inc.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10639 (CTG)<br><br>(Jointly Administered) |
| In re<br><br>DVP Holdings, Corp.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10644 (CTG)<br><br>(Jointly Administered) |
| In re<br><br>Parker Global Enterprises, Inc.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10645 (CTG)<br><br>(Jointly Administered) |
| In re<br><br>Parker Transport Co.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10646 (CTG)<br><br>(Jointly Administered) |

**<u>ORDER CLOSING CERTAIN CHAPTER 15 CASES</u>**

Upon consideration of the *Final Report and Motion for an Order Closing Certain Chapter 15 Cases* (collectively, the "<u>Final Report and Motion</u>")[6] of Randall Benson, solely in his capacity as the duly authorized foreign representative (the "<u>Foreign Representative</u>") of the above-

---

[6] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Final Report and Motion.

captioned debtors (the "Debtors"); and the Court having found that: (i) it has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the "Amended Standing Order of Reference" from the United States District Court for the District of Delaware, dated as of February 29, 2012; (ii) venue in this district is proper pursuant to 28 U.S.C. §§ 1410(1) and (3); (iii) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); (iv) notice of this Final Report and Motion and the opportunity for a hearing on this Motion was appropriate and no other or further notice is necessary; and (v) the relief requested is appropriate and necessary to effectuate the purposes of chapter 15 of the Bankruptcy Code; and it appearing that entry of this Order is in the best interests of the Debtors and all other parties in interest in the Arnold Chapter 15 Cases (as defined below); and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Final Report is APPROVED, and the Motion is GRANTED.

2. Pursuant to sections 350(a) and 1517(d) of the Bankruptcy Code, Bankruptcy Rule 5009(c) and Local Rule 5009-2, the Chapter 15 Cases of: (i) *In re Arnold Transportation Services, Inc.*, No. 24-10639 (CTG); (ii) *In re DVP Holdings, Corp.*, No. 24-10644 (CTG); (iii) *In re Parker Global Enterprises, Inc.*, No. 24-10645 (CTG); and (iv) *In re Parker Transport Co.*, No. 24-10646 (CTG) (collectively, the "Arnold Chapter 15 Cases") are hereby closed effective immediately as of the date of entry of this Order.

3. Upon entry of this Order, the Foreign Representative shall be released and discharged from his duties and obligations as foreign representative in the Arnold Chapter 15 Cases.

4. Any orders heretofore entered by this Court in the Arnold Chapter 15 Cases shall continue in full force and effect and survive entry of this Order.

5. This Court shall retain jurisdiction with respect to the implementation, enforcement, amendment or modification of this Order and prior orders in the Arnold Chapter 15 Cases.

**Dated: April 25th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**