### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Pride Group Holdings Inc., *et al.*[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 5, 2025, AT 3:00 P.M. (EASTERN TIME)

---

#### THERE ARE NO MATTERS GOING FORWARD.

#### WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.

---

### RESOLVED MATTER

1. Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Valley Boulevard Fontana Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (D.I. 345, filed 4/9/25).

   Response Deadline: April 23, 2025, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Documents:

   A. Declaration of Foreign Representative in Support of Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Valley Boulevard Fontana Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (D.I. 347, filed 4/9/25); and

---

[1]  The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

B.  Notice of Hearing on Motion of The Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Valley Boulevard Fontana Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (D.I. 348, entered 4/10/25);

C.  Certificate of No Objection Regarding Motion of the Foreign Representative for Entry of an Order (I) Authorizing the Sale of Property of Debtor Valley Boulevard Fontana Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (D.I. 358, filed 4/24/25); and

D.  Order (I) Authorizing the Sale of Property of Debtor Valley Boulevard Fontana Holding Corp. Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (D.I. 359, entered 4/25/25).

Status:  An order has been entered.  No hearing is necessary.

Dated: May 1, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Clint M. Carlisle (No. 7313)
Austin T. Park (No. 7247)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ccarlisle@morrisnichols.com
        apark@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

Email: penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*