**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In Re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>        Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

## REQUEST FOR NOTICES

Please take notice that Republic Bank of Chicago ("Republic Bank"), a creditor and party-in-interest in the above-captioned case files a Request for Notices and requests to be added to the master mailing list. Republic Bank hereby requests that notice of all matters which may come before the Court be served upon the following address:

Dennis A. Dressler
Counsel for Republic Bank of Chicago
Dressler & Peters, LLC
101 W. Grand Ave., Suite 404
Chicago, IL 60654
Phone: 312-602-7360
Fax: 312-637-9378
Email: ddressler@dresslerpeters.com

The following requests includes the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001 and 9007, and also includes, without limitation, notice of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

before this Court in this case.

REPUBLIC BANK OF CHICAGO,

By:    /s/ Dennis A. Dressler
Dennis A. Dressler (IL #6271183)
Dressler |Peters, LLC
101 W. Grand Ave., Suite 404
Chicago, IL 60654
Phone: (312) 602-7360
Fax : (312) 637-9378
Email: ddressler@dresslerpeters.com

## CERTIFICATE OF SERVICE

I, Rachel McCandless, hereby certify that I have served a copy of the foregoing

Request for Notices by ECF Notice of Electronic Filing this 4th day of June, 2025.

/s/ Rachel McCandless
Rachel McCandless
Paralegal
Dressler |Peters, LLC