IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered |

**CERTIFICATION OF COUNSEL REGARDING AGREED ORDER AMONG THE FOREIGN REPRESENTATIVE, THE MONITOR, THE PRIDE GROUP AND DAIMLER TRUCK FINANCIAL SERVICES USA LLC WITH RESPECT TO EXECUTION OF POWER OF ATTORNEY**

Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in the Canadian proceedings (the "CCAA Proceedings") commenced under the Companies' Creditors Arrangement Act, pending before the Ontario Superior Court of Justice (Commercial List) in Ontario, Canada, Court File No. CV-24-00717340-00CL (the "Canadian Court"), hereby certifies as follows:

1.   On March 27, 2024, the Debtors commenced the CCAA Proceedings in the Canadian Court.

2.   On April 1, 2024, the Foreign Representative commenced the above-captioned chapter 15 cases in the United States Bankruptcy Court for the District of Delaware (the "Court"), and on May 2, 2024, the Court entered the *Order Granting Amended Verified Petition for (i) Recognition of Foreign Main Proceedings, (ii) Recognition of Foreign Representative, and (iii)*

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

*Related Relief Under Chapter 15 of the Bankruptcy Code* [D.I. 152] which, among other things, recognizes the CCAA Proceedings as "foreign main proceedings" under title 11 of the United States Code.

3. On August 8, 2024, the Canadian Court entered the order (the "Securitized Assets Turnover Order") authorizing the turnover of certain assets of the Pride Group[2] to its securitization lenders.

4. On October 10, 2024, the Canadian Court entered an order (the "CCAA Wind-Down Order") authorizing the turnover of certain assets of the Pride Group to its secured lenders, and approving the Pride Group's wind-down plan (the "Wind-Down Plan"). The CCAA Wind-Down Order and the Wind-Down Plan were enforced in the United States pursuant to the Court's *Order (i) Enforcing the Wind-Down Orders and (ii) Granting Related Relief* [D.I. 286] entered on November 7, 2024.

5. In furtherance of the Wind-Down Plan and Securitized Assets Turnover Order, as applicable, the Foreign Representative, and the Pride Group, in consultation with the Monitor, have determined that it is necessary and proper to enter into a stipulation with and execute a limited power of attorney (the "Limited PoA") in favor of Daimler Truck Financial Services USA LLC (the "Lender"), which, among other things, authorizes the Lender to sign in the name of the Pride Group certain instruments and documents related to vehicles and equipment that constitute the applicable lender's collateral.

6. The Foreign Representative and the Pride Group, in consultation with the Monitor, have reached an agreement with the Lender as set forth in the stipulation and consensual order

---

[2] As used herein, "Pride Group" includes: (i) each of the Debtors; (ii) Pride Truck Sales L.P., TPine Leasing Capital L.P., and Sweet Home Hospitality L.P.; (iii) Block 6 Holding Inc., 2500819 Ontario Inc., and Pergola Holdings, Corp., and (iv) any other entity related to the foregoing for which Lender may require a Limited PoA (as defined herein).

(the "<u>Proposed Stipulation and Order</u>").  Pursuant to the Proposed Stipulation and Order, the Pride Group will execute a Limited PoA in favor of the Lender with respect to the Lender's collateral listed as Exhibit A to Exhibit 1 to the Proposed Stipulation and Order.

7. Attached hereto as **<u>Exhibit A</u>** is a copy of the Proposed Stipulation and Order.

WHEREFORE, the Parties respectfully request the entry of the Proposed Stipulation and Order at the earliest convenience of the Court.

Dated: July 15, 2025
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Luke Brzozowski*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Luke Brzozowski (No. 7377)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
lbrzozowski@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen
Christopher J. Hunker
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative and the Pride Group*