IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 15 |
| Pride Group Holdings Inc., *et. al.*,[1] | Case No. 24-10632 (CTG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

### NOTICE OF CHANGE OF LAW FIRM NAME

**PLEASE TAKE NOTICE** that, on August 1, 2025, the law firm of McDermott Will & Emery LLP, attorneys for Ernst & Young Inc., in its capacity as the court-appointed monitor, combined with Schulte Roth & Zabel LLP to form MCDERMOTT WILL & SCHULTE LLP.  All other contact information will remain the same.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

| | |
|---|---|
| Dated: August 6, 2025<br>Wilmington, Delaware | **MCDERMOTT WILL & SCHULTE LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Email: dhurst@mwe.com<br><br>– and –<br><br>Bradley Thomas Giordano<br>Carmen Dingman<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606-0029<br>Telephone: (312) 372-2000<br>Email: bgiordano@mwe.com<br>        cdingman@mwe.com<br><br>– and –<br><br>Stacy A. Lutkus<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Email: salutkus@mwe.com<br><br>*Counsel to Ernst & Young Inc.,*<br>*in its capacity as Court-Appointed Monitor* |