

JB Pritzker
*Governor*

Raymond P. Marchiori
*Director*

September 10, 2025

RE: Debtor: American Education Centers Inc Case #: **24-10632**     Claim #: n/a     Court/Division: Delaware
Associated Cases: **24-10639** Claim: 3-1 & **24-10655** no claim.

Dear Sir or Madam,

This letter is to formally inform you that the **Illinois Department of Employment Security** has recently relocated its central offices. As of **January 30, 2025**, our new address is:

**Illinois Department of Employment Security**
C/O Revenue Division, Bankruptcy Unit
115 S. LaSalle Street, Floor LL2
Chicago, IL 60603

**Our old address was:**
**Illinois Department of Employment Security**
Employer Bankruptcy Unit
33 S. State Street, 10 Floor
Chicago, IL 60603-2802

Please update your records accordingly. We kindly request that all future correspondence, including payments, be directed to our new address.

Should you require any additional information, please do not hesitate to contact us.

Thank you for your attention to this matter.

Sincerely,

*Keena C. Leonard*

Keena C. Leonard
Manager, Collection Enforcement
Illinois Department of Employment Security
C/O Revenue Division, Bankruptcy Unit
115 S. LaSalle Street, Floor LL2
Chicago, IL 60603