## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 397** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) ENFORCING THE CCAA MCCOY SETTLEMENT ORDER AND (II) GRANTING RELATED RELIEF

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors hereby certify that, as of the date hereof, Linklaters LLP and Morris, Nichols, Arsht & Tunnell LLP have received no answer, objection, or other responsive pleading to *Motion of the Foreign Representative for Entry of an Order (I) Enforcing the CCAA McCoy Settlement Order and (II) Granting Related Relief* (D.I. 397) (the "Motion"), filed on September 9, 2025.

The undersigned further certify that no answer, objection, or other responsive pleading to the Motion appears on the Court's docket in these cases.  Pursuant to the notice of Motion, objections to the Motion were to be filed and served no later than September 16, 2025, at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

WHEREFORE, the Foreign Representative respectfully requests that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1]    The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399.  Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup.  The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Dated: September 17, 2025
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Luke Brzozowski*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Luke Brzozowski (No. 7377)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
lbrzozowski@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen (admitted *pro hac vice*)
Christopher J. Hunker (admitted *pro hac vice*)
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*