## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON SEPTEMBER 24, 2025, AT 2:30 P.M. (EASTERN TIME)

---

**THERE ARE NO MATTERS GOING FORWARD.**

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

---

## RESOLVED MATTER

1.    Motion of the Foreign Representative for Entry of an Order (I) Enforcing the CCAA Mccoy Settlement Order and (II) Granting Related Relief (D.I. 397, filed 9/9/25).

Response Deadline: September 16, 2025, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

    A.    Certificate of No Objection Regarding Motion of the Foreign Representative for Entry of an Order (I) Enforcing the CCAA McCoy Settlement Order and (II) Granting Related Relief (D.I. 399, filed 9/17/25); and

    B.    Order (I) Enforcing the CCAA McCoy Settlement Order and (II) Granting Related Relief (D.I. 400, entered 9/18/25).

Status:  An order has been entered.  No hearing is necessary.

---

[1]    The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 401, Mississauga, Ontario, L5T 2N5, Canada.

Dated: September 22, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Luke Brzozowski*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Luke Brzozowski (No. 7377)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        lbrzozowski@morrisnichols.com

- and -

**LINKLATERS LLP**

Penelope J. Jensen, Esq. (admitted *pro hac vice*)
Christopher J. Hunker, Esq. (admitted *pro hac vice*)
Clark L. Xue, Esq.
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: penelope.jensen@linklaters.com
        christopher.hunker@linklaters.com
        clark.xue@linklaters.com

*Attorneys for the Foreign Representative*