# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Pride Group Holdings Inc., *et al.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 24-10632 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I. 404** |

**CERTIFICATE OF NO OBJECTION REGARDING ORDER
AUTHORIZING AND APPROVING SALE OF AVAILABLE U.S. ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER
INTERESTS IN ACCORDANCE WITH THE SALE PROCEDURES ORDER**

The undersigned counsel to Randall Benson, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors hereby certify that, as of the date hereof, Linklaters LLP and Morris, Nichols, Arsht & Tunnell LLP have received no answer, objection, or other responsive pleading to the *Notice of Proposed Sale of Available U.S. Assets* (D.I. 404) (the "Sale Notice"), filed on November 26, 2025.

The undersigned further certify that no answer, objection, or other responsive pleading to the Sale Notice appears on the Court's docket in these cases. Pursuant to the Sale Notice, objections to the Sale were to be filed and served no later than December 3, 2025, at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

WHEREFORE, the Foreign Representative respectfully requests that the Order attached to the Sale Notice be entered at the earliest convenience of the Court.

---

[1] The last four digits of Debtor Pride Group Holdings Inc.'s Canadian business number are 6399. Due to the large number of debtors in these chapter 15 cases, a complete list of the debtor entities and the last four digits of their unique identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing agent at https://dm.epiq11.com/pridegroup. The Debtors' service address for the purposes of these chapter 15 cases is 1450 Meyerside, Suite 600, Mississauga, Ontario, L5T 2N5, Canada.

Dated: December 4, 2025
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Luke Brzozowski*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Luke Brzozowski (No. 7377)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
lbrzozowski@morrisnichols.com

-and-

**LINKLATERS LLP**
Penelope J. Jensen (admitted *pro hac vice*)
Christopher J. Hunker (admitted *pro hac vice*)
Clark L. Xue
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
penelope.jensen@linklaters.com
christopher.hunker@linklaters.com
clark.xue@linklaters.com

*Attorneys for the Foreign Representative*